IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXOSMITHKLINE BIOLOGICALS SA and GLAXOSMITHKLINE LLC, <br><br> Plaintiffs, <br><br> v. <br><br> PFIZER INC., PHARMACIA & UPJOHN CO. LLC, BIONTECH SE, BIONTECH MANUFACTURING GMBH, and BIONTECH US INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 24-512 (GBW) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Defendants' Proposed Claim Constructions for Identified Terms* were caused to be served on October 9, 2025 upon the following in the manner indicated:

Kelly E. Farnan, Esquire                                                              *VIA ELECTRONIC MAIL*
Sara M. Metzler, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Attorneys for Plaintiffs*

John M. Desmarais, Esquire                                                       *VIA ELECTRONIC MAIL*
Michael E. Furrow, Esquire
Karl Mullen, Esquire
Kerri-Ann Limbeek, Esquire
DESMARAIS LLP
230 Park Avenue
New York, NY  10169
*Attorneys for Plaintiffs*

Justin P.D. Wilcox, Esquire  
David J. Shaw, Esquire  
Rebecca A. Lindhorst, Esquire  
Jamie M. Dohopolski, Esquire  
Delon Lier, Esquire  
Thomas J. Derbish, Esquire  
Eric Speckhard, Esquire  
DESMARAIS LLP  
1899 Pennsylvania Avenue, NW, Suite 400  
Washington, D.C.  20006  
*Attorneys for Plaintiffs*

*VIA ELECTRONIC MAIL*

Gabrielle E. Higgins, Esquire  
Ada Locke, Esquire  
DESMARAIS LLP  
101 California Street, Suite 3000  
San Francisco, CA  94111  
*Attorneys for Plaintiffs*

*VIA ELECTRONIC MAIL*

OF COUNSEL:

Sara Tonnies Horton  
Ren-How Harn  
WILLKIE FARR & GALLAGHER LLP  
300 North LaSalle Drive  
Chicago, IL 60654-3406  
(312) 728-9000

Matthew Freimuth  
Nicholas Vennekotter  
WILLKIE FARR & GALLAGHER LLP  
787 Seventh Avenue  
New York, NY 10019  
(212) 728-8000

*Attorneys for Defendants Pfizer Inc. and Pharmacia & Upjohn Co. LLC*

Charles B. Klein  
Jovial Wong  
Claire Fundakowski  
WINSTON & STRAWN LLP  
1901 L Street NW  
Washington, D.C.  20036  
(202) 282-5000

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ *Jeremy A. Tigan*

Jeremy A. Tigan (#5239)  
Megan E. Dellinger (#5739)  
Anthony D. Raucci (#5948)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE  19899  
(302) 658-9200  
jtigan@morrisnichols.com  
mdellinger@morrisnichols.com  
araucci@morrisnichols.com

*Attorneys for Defendants Pfizer Inc., Pharmacia & Upjohn Co. LLC, BioNTech SE, BioNTech Manufacturing GmbH, and BioNTech US Inc.*

David P. Dalke, Ph.D.
Michael A. Meneghini
Zoe A. Goldstein
WINSTON & STRAWN LLP
35 West. Wacker Drive
Chicago, IL  60601-9703
(312) 558-5600

Eimeric Reig-Plessis
Noorossadat Torabi
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA  94111-5840
(415) 591-1000

*Attorneys for Defendants BioNTech SE, BioNTech Manufacturing GmbH, and BioNTech US Inc.*

October 10, 2025

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 10, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 10, 2025, upon the following in the manner indicated:

| | |
|---|---|
| Kelly E. Farnan, Esquire<br>Sara M. Metzler, Esquire<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| John M. Desmarais, Esquire<br>Michael E. Furrow, Esquire<br>Karl Mullen, Esquire<br>Kerri-Ann Limbeek, Esquire<br>DESMARAIS LLP<br>230 Park Avenue<br>New York, NY  10169<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |
| Justin P.D. Wilcox, Esquire<br>David J. Shaw, Esquire<br>Rebecca A. Lindhorst, Esquire<br>Jamie M. Dohopolski, Esquire<br>Delon Lier, Esquire<br>Thomas J. Derbish, Esquire<br>Eric Speckhard, Esquire<br>DESMARAIS LLP<br>1899 Pennsylvania Avenue, NW, Suite 400<br>Washington, D.C.  20006<br>*Attorneys for Plaintiffs* | *VIA ELECTRONIC MAIL* |

2

Gabrielle E. Higgins, Esquire                                              *VIA ELECTRONIC MAIL*
Ada Locke, Esquire
DESMARAIS LLP
101 California Street, Suite 3000
San Francisco, CA  94111
*Attorneys for Plaintiffs*

                                                    */s/ Jeremy A. Tigan*
                                                    _____
                                                    Jeremy A. Tigan (#5239)