# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXOSMITHKLINE BIOLOGICALS SA and GLAXOSMITHKLINE LLC, | ) ) ) |
| Plaintiffs, | ) ) ) C.A. No. 24-512 (GBW) |
| v. | ) ) |
| PFIZER INC., PHARMACIA & UPJOHN CO. LLC, BIONTECH SE, BIONTECH MANUFACTURING GMBH, and BIONTECH US INC., | ) **JURY TRIAL DEMANDED** ) ) ) ) |
| Defendants. | ) |

## PLAINTIFFS' MOTION TO COMPEL

Pursuant to Federal Rules of Civil Procedure 26, 34 and 37, Plaintiffs GlaxoSmithKline Biologicals SA and GlaxoSmithKline LLC (jointly, "GSK") hereby move the Court for an order compelling Defendants to supplement and amend their invalidity contentions to: (1) identify, in an enumerated list, the specific combination(s) of references they contend render obvious each asserted claim; and (2) narrow their contentions to no more than twelve obviousness combinations for each asserted claim.

Pursuant to Special Master Order #2, GSK will provide this motion, its proposed order, and its letter brief on these issues to the Special Master by e-mail and serve it on all parties. GSK's Motion will be heard on October 10, 2025 at 2:00 p.m. by Zoom.

OF COUNSEL:

John Desmarais
Kerri-Ann Limbeek
Michael E. Furrow
Karl Mullen
jdesmarais@desmaraisllp.com
klimbeek@desmaraisllp.com
mfurrow@desmaraisllp.com
kmullen@desmaraisllp.com
DESMARAIS LLP
230 Park Ave.
New York, NY 10169
(212) 351-3400

Justin P. D. Wilcox
David J. Shaw
Thomas J. Derbish
Rebecca A. Lindhorst
Eric Speckhard
Jamie Dohopolski
Delon Lier
jwilcox@desmaraisllp.com
dshaw@desmaraisllp.com
tderbish@desmaraisllp.com
rlindhorst@desmaraisllp.com
especkhard@desmaraisllp.com
jdohopolski@desmaraisllp.com
dlier@desmaraisllp.com
DESMARAIS LLP
1899 Pennsylvania Ave., NW, Suite 400
Washington, D.C. 20006
(202) 451-4900

Ada Locke
alocke@desmaraisllp.com
DESMARAIS LLP
101 California St., Suite 3000
San Francisco, CA 94111
(415) 573-1900

Dated: October 3, 2025

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
Sara M. Metzler (#6509)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
metzler@rlf.com

*Attorneys for Plaintiffs GlaxoSmithKline Biologicals SA and GlaxoSmithKline LLC*