IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXOSMITHKLINE BIOLOGICALS SA and GLAXOSMITHKLINE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>PFIZER INC., PHARMACIA & UPJOHN CO. LLC, BIONTECH SE, BIONTECH MANUFACTURING GMBH, and BIONTECH US INC.,<br><br>Defendants. | ) ) ) ) ) ) ) C.A. No. 24-512 (GBW) ) ) ) ) ) ) ) ) |

## STIPULATION AND [PROPOSED] ORDER

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, as follows:

(1) the deadline for Defendants to comply with Special Master Squire's October 20, 2025 Memorandum Opinion and Order (D.I. 116) granting in part Plaintiffs' motion to compel (D.I. 114) is extended to December 8, 2025;

(2) Defendants will make rolling productions of materials subject to Special Master Squire's October 20, 2025 Memorandum Opinion and Order (D.I. 116) prior to December 8, 2025; and

(3) the parties are negotiating the search protocol Defendants will use to find materials related to the Asserted Patent Relatives, and Plaintiffs reserve the right to raise a dispute regarding the appropriate scope of the search terms if the parties have not reached agreement before November 14, 2025.

| | |
|---|---|
| RICHARDS, LAYTON & FINGER, PA | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ *Kelly E. Farnan* | /s/ *Anthony D. Raucci* |
| Kelly E. Farnan (#4395)<br>Sara M. Metzler (#6509)<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>farnan@rlf.com<br>metzler@rlf.com<br><br>*Attorneys for Plaintiffs GlaxoSmithKline Biologicals SA and GlaxoSmithKline LLC* | Jeremy A. Tigan (#5239)<br>Megan E. Dellinger (#5739)<br>Anthony D. Raucci (#5948)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jtigan@morrisnichols.com<br>mdellinger@morrisnichols.com<br>araucci@morrisnichols.com<br><br>*Attorneys for Defendants Pfizer Inc., Pharmacia & Upjohn Co. LLC, BioNTech SE, BioNTech Manufacturing GmbH, and BioNTech US Inc.* |

November 7, 2025

SO ORDERED this **7th** day of **November**, 2025.

_____
Special Master Monté T. Squire