# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXOSMITHKLINE BIOLOGICALS SA and GLAXOSMITHKLINE LLC,<br><br>                   Plaintiffs,<br>    v.<br><br>PFIZER INC., PHARMACIA & UPJOHN CO. LLC, BIONTECH SE, BIONTECH MANUFACTURING GMBH, and BIONTECH US INC.,<br><br>                   Defendants. | C.A. No. 24-512-GBW<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION TO EXTEND TIME

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and subject to the approval of the Court, that the deadline for the parties to submit a Joint Technology Tutorial (D.I. 56 ¶ 7) is extended through and including December 12, 2025.

| | |
|---|---|
| */s/ Kelly E. Farnan*<br>Kelly E. Farnan (#4395)<br>Sara M. Metzler (#6509)<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>farnan@rlf.com<br>metzler@rlf.com<br><br>*Attorneys for Plaintiffs GlaxoSmithKline Biologicals SA and GlaxoSmithKline LLC* | */s/ Jeremy A. Tigan*<br>Jeremy A. Tigan (#5239)<br>Megan E. Dellinger (#5739)<br>Anthony D. Raucci (#5948)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jtigan@morrisnichols.com<br>mdellinger@morrisnichols.com<br>araucci@morrisnichols.com<br><br>*Attorneys for Defendants Pfizer Inc., Pharmacia & Upjohn Co. LLC, BioNTech SE, BioNTech Manufacturing GmbH, and BioNTech US Inc.* |

IT IS SO ORDERED this _____ day of December, 2025.

                                                          _____
                                                          The Honorable Gregory B. Williams