# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GLAXOSMITHKLINE BIOLOGICALS SA and GLAXOSMITHKLINE LLC, ) ) ) | |
| Plaintiffs, ) | C.A. No. 24-512 (GBW) |
| ) | |
| v. ) | **JURY TRIAL DEMANDED** |
| ) | |
| PFIZER INC., PHARMACIA & UPJOHN CO. LLC, BIONTECH SE, BIONTECH MANUFACTURING GMBH, and BIONTECH US INC., ) ) ) ) ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 18, 2025, true and correct copies of Plaintiffs'

Opening Claim Construction Brief were caused to be served on the following counsel as indicated:

**BY E-MAIL**
Jeremy A. Tigan
Megan E. Dellinger
Anthony D. Raucci
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

**BY E-MAIL**
Noorossadat Torabi
Eimeric Reig-Plessis
Winston & Strawn LLP
101 California Street, 35th Floor
San Francisco, CA 94111

**BY E-MAIL**
Charles B. Klein
Jovial Wong
Claire Fundakowski
Anna Sonju
Winston & Strawn LLP
1901 L Street NW
Washington, D.C. 20036

**BY E-MAIL**
Sara Tonnies Horton
Ren-How Harn
Willkie Farr & Gallagher LLP
300 North LaSalle Drive
Chicago, IL 60654-3406

**BY E-MAIL**
Matthew Freimuth
Nicholas Vennekotter
Willkie Farr & Gallagher LLP
787 Seventh Avenue
New York, NY 10019

**BY E-MAIL**
David P. Dalke, Ph.D.
Michael A. Meneghini
Zoe A. Goldstein
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

| | |
|---|---|
| **BY E-MAIL**<br>Ashley Graham<br>Winston & Strawn LLP<br>200 Park Avenue<br>New York, NY 10166-4193 | **BY E-MAIL**<br>Sarah Elizabeth McGrath<br>Winston & Strawn LLP<br>255 Shoreline Drive<br>Suite 520<br>Redwood City, CA 94065 |
| OF COUNSEL:<br>John Desmarais<br>Kerri-Ann Limbeek<br>Michael E. Furrow<br>Karl Mullen<br>jdesmarais@desmaraisllp.com<br>klimbeek@desmaraisllp.com<br>mfurrow@desmaraisllp.com<br>kmullen@desmaraisllp.com<br>**DESMARAIS LLP**<br>230 Park Avenue<br>New York, NY 10169<br>(212) 351-3400 | */s/ Kelly E. Farnan*<br>Kelly E. Farnan (#4395)<br>Sara M. Metzler (#6509)<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>One Rodney Square<br>920 N. King Street<br>Wilmington, DE 19801<br>(302) 651-7700<br>farnan@rlf.com<br>metzler@rlf.com<br><br>*Attorneys for Plaintiffs GlaxoSmithKline Biologicals SA and GlaxoSmithKline LLC* |

Justin P. D. Wilcox
David J. Shaw
Thomas J. Derbish
Rebecca A. Lindhorst
Eric Speckhard
Jamie Dohopolski
jwilcox@desmaraisllp.com
dshaw@desmaraisllp.com
tderbish@desmaraisllp.com
rlindhorst@desmaraisllp.com
especkhard@desmaraisllp.com
jdohopolski@desmaraisllp.com
**DESMARAIS LLP**
1899 Pennsylvania Avenue, NW
Suite 400
Washington, DC 20006
(202) 451-4900

Ada Locke
alocke@desmaraisllp.com
**DESMARAIS LLP**
101 California Street, Suite 3000
San Francisco, CA 94111
(415) 573-1900

Dated: December 18, 2025