## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| GLAXOSMITHKLINE BIOLOGICALS SA and GLAXOSMITHKLINE LLC,<br><br>        Plaintiffs,<br><br>      v.<br><br>PFIZER INC., PHARMACIA & UPJOHN CO. LLC, BIONTECH SE, BIONTECH MANUFACTURING GMBH, and BIONTECH US INC.,<br>        Defendants. | C.A. No. 24-512 (GBW)<br><br>**JURY TRIAL DEMANDED** |

## JOINT APPENDIX TO CLAIM CONSTRUCTION BRIEF

### VOLUME I
### JA001-JA009-part 1

Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
Anthony D. Raucci (#5948)
**MORRIS, NICHOLS,
ARSHT & TUNNELL LLP**
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Defendants Pfizer Inc.,
Pharmacia & Upjohn Co. LLC, BioNTech
SE, BioNTech Manufacturing
GmbH, and BioNTech US Inc.*

Kelly E. Farnan (#4395)
Sara M. Metzler (#6509)
farnan@rlf.com
metzler@rlf.com
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700

*Attorneys for Plaintiffs GlaxoSmithKline
Biologicals SA and GlaxoSmithKline LLC*

## TABLE OF EXHIBITS

### PATENTS IN SUIT - ATTACHMENTS TO JOINT CLAIM CHART (D.I. 122)

| Description | Appendix Pages |
|---|---|
| U.S. Patent No. 11,638,693 | A1-48 |
| U.S. Patent No. 11,638,694 | A49-96 |
| U.S. Patent No. 11,666,534 | A97-144 |
| U.S. Patent No. 11,766,401 | A145-192 |
| U.S. Patent No. 11,786,467 | A193-242 |
| U.S. Patent No. 11,759,422 | A243-294 |
| U.S. Patent No. 11,655,475 | A295-340 |
| U.S. Patent No. 11,851,660 | A341-385 |

### EXHIBITS TO JOINT APPENDIX TO JOINT CLAIM CONSTRUCTION BRIEF

| Joint Appx No. | Description |
|---|---|
| **Attachments to GSK Claim Construction Briefing** | |
| JA-001 | Declaration of Jamie Dohopolski iso GSK Opening & Reply CC Briefs |
| JA-002 | "Who We Are, IUPAC", https://iupac.org/who-we-are/ as it appeared on December 5, 2025 |
| JA-003 | IUPAC 2009 Glossary Excerpts |
| JA-004 | Excerpt of PBNT's Initial Invalidity Contentions as served on August 7, 2025 |
| JA-005 | U.S. Patent No. 11,324,770 (GSK-PBM-00000474–512) |
| JA-006 | Additional Excerpts of Defendants' Initial Invalidity Contentions served on August 7, 2025 |
| JA-007 | Claim Construction Order issued in *KOM Software Inc. v. NetApp, Inc.*, 1:18-cv-00160-WCB, D.I. 116 (D. Del. May 18, 2023) |
| JA-008 | Laird Forrest Opening Declaration |
| JA-009 | Laird Forrest Reply Declaration |
| **Exhibits to Forrest Declarations JA-008 & JA-009** | |
| JA-008 Ex. 1 | Forrest Curriculum Vitae |
| JA-008 Ex. 2 | Forrest Materials Considered List |
| JA-008 Ex. 3 | Asserted Claims |
| JA-008 Ex. 4 | IUPAC 2009 (Breuer) |
| JA-008 Ex. 5 | M.R. Mozafari, Nanoliposomes: Preparation and Analysis (Mozafari) |
| JA-008 Ex. 6 | Stenesh, Dictionary of BioChemistry and Molecular Biology, 2nd Ed. |

| Joint Appx No. | Description |
|---|---|
| JA-008 Ex. 7 | Lehninger, Principles of Biochemistry, 5th Ed. |
| JA-008 Ex. 8 | The New Oxford American Dictionary, 2001 |
| JA-008 Ex. 9 | Jeffs, *et al.*, A Scalable, Extrusion-Free Method for Efficient Liposomal Encapsulation of Plasmid DNA, 2005 (Jeffs 2005) |
| JA-009 Ex. 10 | Forrest Reply Materials Considered List |
| JA-009 Ex. 11 | Maurer, *et al.*, Spontaneous Entrapment of Polynucleotides upon Electrostatic Interaction with Ethanol-Destabilized Cationic Liposomes, *Biophysical Journal*, v.80, May 2001 (Maurer 2001) |
| JA-009 Ex. 12 | Fenske *et al.,* Liposomal Nanomedicines: An Emerging Field, Toxicologic Pathology, 2008 (Fenske 2008a) |
| JA-009 Ex. 13 | Fenske & Cullis*, Liposomal nanomedicines, *Expert Opin. Drug Deliv.*, 2008 (Fenske 2008b) |
| JA-009 Ex. 14 | Maurer, *et al.*, Encapsulation of Nucleic Acid-Based Therapeutics (Maurer 2010) |
| JA-009 Ex. 15 | International Pub. No. WO 2005/121348 (MacLachlan) |
| JA-009 Ex. 16 | International Pub. No. WO 2009/086558 (Hope) |
| JA-009 Ex. 17 | International Pub. No. WO 2011/076807 (Baryza) |
| JA-009 Ex. 18 | Martin & Parton, Lipid droplets: a unified view of a dynamic organelle, *Nature Reviews/Molecular Cell Biology*, May 2006 (Martin 2006) |
| JA-009 Ex. 19 | Walther & Farese Jr., The life of lipid droplets, *Biochimica et Biophysica Acta 1791* (2009) 459–466 (Walther 2009) |
| JA-009 Ex. 20 | Alberts, B. *et al.,* Molecular Biology of The Cell, 5th Ed. 2008 (Alberts 2008) |
| JA-009 Ex. 21 | Liposome Drug Products: Chemistry, Manufacturing, and Controls; Human Pharmacokinetics and Bioavailability; and Labeling Documentation – Guidance for Industry, U.S. Dept. of Health and Human Services, FDA Center for Drug Evaluation and Research, April 2018 (CDER 2018) |
| JA-009 Ex. 22 | Dehghani-Ghahnaviyeh, *et al.*, Ionizable Amino Lipids Distribution and Effects on DSPC/Cholesterol Membranes: Implications for Lipid Nanoparticle Structure, *J. Phys. Chem.* 2023 |
| JA-009 Ex. 23 | Joint Technology Tutorial Booklet, Dec. 12, 2005 (24-cv-512, 24-cv-1135 & 24-cv-1136) |
| JA-009 Ex. 24 | Makarov, V. *et al.,* Solvation and Hydration of Proteins and Nucleic Acids: A Theoretical View of Simulation and Experiment, *Acc. Chem. Res.* 2002 (Makarov 2002) |
| JA-009 Ex. 25 | Leung, A.K. *et al.,* Lipid Nanoparticles Containing siRNA Synthesized by Microfluidic Mixing Exhibit an Electron-Dense Nanostructured Core, *J. of Phys. Chem.*, 2012 (Leung 2012) |

| Joint Appx No. | Description |
|---|---|
| JA-009 Ex. 26 | Fenske & Cullis, Entrapment of Small Molecules and Nucleic Acid-Based Drugs in Liposomes, *Methods in Enzymology,* Vol. 391 2005 (Fenske 2005) |
| JA-009 Ex. 27 | V. Torchilin, Recent Advances with Liposomes as Pharmaceutical Carriers, *Nature Reviews/*Drug Discovery, Vol. 4, 2005 (Torchilin 2005) |
| JA-009 Ex. 28 | Reflection paper on the data requirements for intravenous liposomal products developed with reference to an innovator liposomal product, *European Medicines Agency* Feb. 2013 (EMA 2013) |
| JA-009 Ex. 29 | MacLachlan, Ian., Liposomal Formulations for Nucleic Acid Delivery. Chapter 9 in *Antisense Drug Technology*, 2nd Ed. 2008 (MacLachlan 2008) |
| JA-009 Ex. 30 | Gruner, Sol M., Materials Properties of Liposomal Bilayers. Chapter 1 in *Liposomes – from Biophysics to Therapeutics* (Gruner 1987) |
| JA-009 Ex. 31 | Abraham, S.A. *et al.*, The Liposomal Formulation of Doxorubicin, *Liposomal Anticancer Agents* (Abraham 2005) |
| JA-009 Ex. 32 | Stryer, L., Biochemistry, 2nd Ed. (Stryer 1981) |
| JA-009 Ex. 33 | Liposome Drug Products: Chemistry, Manufacturing, and Controls; Human Pharmacokinetics and Bioavailability; and Labeling Documentation – Guidance for Industry, U.S. Dept. of Health and Human Services, FDA Center for Drug Evaluation and Research, August 2002 (CDER 2002) |
| **Attachments to Defendants' Claim Construction Briefing** ||
| JA-010 | Excerpt of EXHIBIT 10 Claim Chart – Infringement of U.S. Patent Application Publication No. US2022/0125722 [**Highly Confidential**] |
| JA-011 | Merriam-Webster's Medical Dictionary 2006 at "sequential" |
| JA-012 | Oxford Dictionary of English 2010 at "sequence" |
| JA-013 | Taber's Cyclopedic Medical Dictionary (2005) defines "sequencing" |
| JA-014 | Green Answering Declaration |
| JA-015 | Green Sur-Reply Declaration |
| **Exhibits to Green Declarations JA-014 & JA-015** ||
| JA-014 Ex. 1 | Green CV |
| JA-014 Ex. 2 | Materials Considered |
| JA-014 Ex. 3 | Mozafari 2010 |
| JA-014 Ex. 4 | MacLachlan 2008 |
| JA-014 Ex. 5 | Cullis 1989 |
| JA-014 Ex. 6 | CDER Liposome Guidance |
| JA-014 Ex. 7 | 2014-12 OAR |
| JA-014 Ex. 8 | MW Collegiate Dictionary |

3

| Joint Appx No. | Description |
|---|---|
| JA-014 Ex. 9 | New Oxford Dictionary |
| JA-014 Ex. 10 | MacLachlan US2004_0142025 |
| JA-014 Ex. 11 | Popescu |
| JA-014 Ex. 12 | JTT Booklet |
| JA-014 Ex. 13 | Martinon 1993 |
| JA-014 Ex. 14 | Dmitriadis 1978 |
| JA-014 Ex. 15 | Ostro 1978 |
| JA-015 Ex. 16 | Materials Considered List (Green Sur-Reply ) |
| JA-015 Ex. 17 | Cai 2011 |

4

Dated: March 12, 2026

OF COUNSEL:
John Desmarais
Kerri-Ann Limbeek
Michael E. Furrow
Karl Mullen
jdesmarais@desmaraisllp.com
klimbeek@desmaraisllp.com
mfurrow@desmaraisllp.com
kmullen@desmaraisllp.com
**DESMARAIS LLP**
230 Park Avenue
New York, NY 10169
(212) 351-3400

Justin P. D. Wilcox
David J. Shaw
Thomas J. Derbish
Rebecca A. Lindhorst
Eric Speckhard
Jamie Dohopolski
jwilcox@desmaraisllp.com
dshaw@desmaraisllp.com
tderbish@desmaraisllp.com
rlindhorst@desmaraisllp.com
especkhard@desmaraisllp.com
jdohopolski@desmaraisllp.com
**DESMARAIS LLP**
1899 Pennsylvania Avenue, NW
Suite 400
Washington, DC 20006
(202) 451-4900

Ada Locke
alocke@desmaraisllp.com
**DESMARAIS LLP**
101 California Street, Suite 3000
San Francisco, CA 94111
(415) 573-1900

By:    _/s/ Sara M. Metzler_
       Kelly E. Farnan (#4395)
       Sara M. Metzler (#6509)
       farnan@rlf.com
       metzler@rlf.com
       **RICHARDS, LAYTON & FINGER, P.A.**
       One Rodney Square
       920 N. King Street
       Wilmington, DE 19801
       (302) 651-7700

       _Attorneys for Plaintiffs GlaxoSmithKline_
       _Biologicals SA and GlaxoSmithKline LLC_

5

OF COUNSEL:

Sara Tonnies Horton
Ren-How Harn
WILLKIE FARR & GALLAGHER LLP
300 North LaSalle Drive
Chicago, IL  60654-3406
(312) 728-9000

Matthew Freimuth
Nicholas Vennekotter
Dan Constantinescu
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY  10019
(212) 728-8000

*Attorneys for Defendants Pfizer Inc. and
Pharmacia & Upjohn Co. LLC*

Charles B. Klein
Jovial Wong
Claire Fundakowski
WINSTON & STRAWN LLP
1901 L Street NW
Washington, D.C.  20036
(202) 282-5000
David P. Dalke, Ph.D.
Michael A. Meneghini
Zoe A. Goldstein
Brian O'Gara
WINSTON & STRAWN LLP
300 N. LaSalle Dr.,
Chicago, IL 60654-3406
(312) 558-3938

Eimeric Reig-Plessis
Noorossadat Torabi
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA  94111-5840
(415) 591-1000

Ashley Graham

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Defendants Pfizer Inc., Pharmacia
& Upjohn Co. LLC, BioNTech SE, BioNTech
Manufacturing GmbH, and BioNTech US Inc.*

WINSTON & STRAWN LLP
200 Park Avenue
New York, NY  10166-4193
(212) 294-1727

Sarah Elizabeth McGrath
WINSTON & STRAWN LLP
255 Shoreline Drive, Suite 520
Redwood City, CA  94065

*Attorneys for Defendants BioNTech SE,*
*BioNTech Manufacturing GmbH, and*
*BioNTech US Inc.*