# JA-001

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

GLAXOSMITHKLINE BIOLOGICALS SA
and GLAXOSMITHKLINE LLC,

        Plaintiffs,

        v.

PFIZER INC., PHARMACIA & UPJOHN
CO. LLC, BIONTECH SE, BIONTECH
MANUFACTURING GMBH, and
BIONTECH US INC.,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

C.A. No. 24-512 (GBW)

### DECLARATION OF JAMIE DOHOPOLSKI IN SUPPORT OF
### PLAINTIFFS' OPENING & REPLY CLAIM CONSTRUCTION BRIEF

I, Jamie Dohopolski, hereby declare:

1.      I am an attorney with the law firm of Desmarais LLP, counsel for Plaintiffs GlaxoSmithKline Biologicals SA and GlaxoSmithKline LLC (collectively, "GSK") in the above-captioned matter.  I am admitted to this court *pro hac vice*.  I submit this declaration based on personal knowledge, and if called upon as a witness, I could competently testify to the truth of each statement herein.

2.      I make this declaration in support of GSK's Opening Claim Construction Brief and GSK's Reply Claim Construction Brief.

3.      Attached as Attachment 1 is a true and correct copy of the Opening Claim Construction Declaration Of M. Laird Forrest, Ph.D., including associated Exhibits ("Forrest Decl.").

4.      Attached as Attachment 2 is a true and correct copy of *Who We Are*, IUPAC, https://iupac.org/who-we-are/ as it appeared on December 5, 2025.

5.      Attached as Attachment 3 is a true and correct copy of Eli Breuer et al., *Glossary of Terms Related to Pharmaceutics (IUPAC Recommendations 2009)*, 81 Pure Appl. Chem. 971 (2009), as produced in this litigation at GSK-PBM-00912294–322.

6.      Attached as Attachment 4 is a true and correct copy of an excerpt of Defendants' Initial Invalidity Contentions as served on August 7, 2025.

7.      Attached as Attachment 5 is a true and correct copy of U.S. Patent No. 11,324,770, as produced in this litigation at GSK-PBM-00000474–512.

8.      Attached as Attachment 6 is a true and correct copy of the Reply Claim Construction Declaration of M. Laird Forrest, Ph.D., including associated Exhibits ("Forrest Reply Decl.").

9.      Attached as Attachment 7 is a true and correct copy of excerpts of Defendants' Initial Invalidity Contentions served on August 7, 2025.

10.     Attached as Attachment 8 is a true and correct copy of the Claim Construction Order issued in *KOM Software Inc. v. NetApp, Inc.*, 1:18-cv-00160-WCB, D.I. 116 (D. Del. May 18, 2023)

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 12, 2026                          */s/ Jamie Dohopolski*
                                                   Jamie Dohopolski

2

# JA-002



**INTERNATIONAL UNION OF PURE AND APPLIED CHEMISTRY**

              

IUPAC | INTERNATIONAL UNION OF PURE AND APPLIED CHEMISTRY  >  WHO WE ARE

# WHO WE ARE

## The International Union of Pure and Applied Chemistry (IUPAC)

The International Union of Pure and Applied Chemistry (IUPAC) is the world authority on digital standards in chemistry; chemical nomenclature and terminology, including the naming of new elements in the periodic table; on standardized methods for measurement; and on atomic weights. Founded in 1919, IUPAC has been creating the common language of chemistry for more than a century.

IUPAC is a leader in the provision of objective scientific expertise for the resolution of critical global issues that involve every aspect of chemistry, all of which have societal impact.  Our scientific work is conducted largely through a formal project system, in which proposals from chemists around the world are peer-reviewed and, if meritorious, are approved and supported. In addition, IUPAC is involved in a wide range of diverse activities that ultimately impact both the chemical profession and  society as a whole.

IUPAC unites chemists worldwide and we fulfill our mission by fostering sustainable development, providing a common language for chemistry, and advocating the free exchange of scientific information.

*We are IUPAC – International and Unique, advancing Pure and Applied Chemistry worldwide!*





Emerging from about three years of virtual meetings only, the Bureau gathered in-person in November 2022. Front raw, from left: Christopher Brett (Past President, Portugal), Wolfram Koch (Treasurer, Germany), Ehud Keinan (Vice President, Israel), Javier García Martínez (President, Spain), Mei-Hung Chiu (Taiwan Normal University), Richard M. Hartshorn (Secretary General, New Zealand); middle: Jan Reedijk (Netherlands), Greta Heydenrych (staff), Ghada Bassioni (Egypt) Helle Møller Johannessen (Denmark), Leah McEwen (USA), Zoltán Mester (Canada), Lidia Armelao (Italy), David Shaw (USA), Mary Garson (Australia), Amelia Rauter (Portugal), Christine Luscombe (Japan), Laura McConnell (USA); back: Petr Fedotov (Russia), Marietjie Potgieter (South Africa), Fabienne Meyers (staff), Attila Császár (Hungary), Michelle Rogers (USA). Attending remotely and not present: Hemda Garelick (UK), Gloria Obuzor (Nigeria), Bipul Behari Saha (India), Ken Sakai (Japan), Zhigang Shuai (China), Pierangelo Metrangolo (Italy), Roberto Terzano (Italy), Buxing Han (China), Fran Kerton (Canada), Anna Makarova (Russia), and Jürgen Stohner (Switzerland)

WHO WE ARE

[MEMBER DIRECTORY](#)

[OUR LEADERSHIP](#)

[SECRETARIAT](#)

[OUR HISTORY](#)

[STRATEGIC PLAN](#)

[ORGANIZATIONAL CHART](#)

[DIVISIONS](#)

[COMMITTEES](#)

[EMERITUS FELLOWS](#)

[GOVERNANCE](#)

[NATIONS AFFILIATED WITH IUPAC](#)

Subscribe to Newsletter

Share your News or Update

**IUPAC**

## International Union of Pure and Applied Chemistry

- Member Directory
  Leadership
  Strategic Plan
  Divisions
  Committees
  Governance
- Periodic Table of Elements
  Nomenclature
  Terminology
  Databases
  Journals
  Recommendations & Reports

- Top Ten Emerging Technologies

Digital Standards

Color Books

Projects

Conferences

Awards



## IUPAC Secretariat

PO BOX 13757
Research Triangle Park, NC 27709-3757, USA

## Follow Us

Copyright © 2025 IUPAC. All Rights Reserved.
WordPress Development + Custom Programming by TheeDigital

# JA-003

*Pure Appl. Chem.*, Vol. 81, No. 5, pp. 971–999, 2009.
doi:10.1351/PAC-REC-04-10-14
© 2009 IUPAC, Publication date (Web): 15 April 2009

INTERNATIONAL UNION OF PURE AND APPLIED CHEMISTRY

CHEMISTRY AND HUMAN HEALTH DIVISION*
SUBCOMMITTEE ON MEDICINAL CHEMISTRY AND DRUG DEVELOPMENT**

# GLOSSARY OF TERMS RELATED TO PHARMACEUTICS

## (IUPAC Recommendations 2009)

*Prepared for publication by*
ELI BREUER[1,‡], MUKUND S. CHORGHADE[2], JÁNOS FISCHER[3], AND GERSHON GOLOMB[4]

[1]*The Department of Medicinal Chemistry and* [4]*The Department of Pharmaceutics, The School of Pharmacy, The Hebrew University of Jerusalem, P.O. Box 12065, Jerusalem 91120, Israel;* [2]*Chorghade Enterprises, 14 Carlson Circle, Natick, MA 01760, USA;* [3]*Research Laboratory of Gedeon Richter Ltd., P.O. Box 27, H-1475 Budapest 10, Hungary*

*Membership of the Chemistry and Human Health Division Committee during the preparation of this report (2001–2008) was as follows:

**President**: A. Kallner (Sweden, 1996–2003); P. W. Erhardt (USA, 2004–2007); D. M. Templeton (Canada, 2007–2008); **Secretary**: B. Heinzow (Germany, 2000–2005); M. S. Chorghade (USA, 2005–2008); **Past Presidents**: C. G. Wermuth (France, 2001); A. Kallner (Sweden 2004–2005), P. W. Erhardt (USA, 2007–2008); **Vice President**: P. Soares de Araujo (Brazil, 2006–2007); **Members**: M. S. Chorghade (USA, 2001–2005); J. M. Christensen (France, 2001–2004), R. Cornelis (Belgium, 2001–2003), J. H. Duffus (UK, 2001–2006); U. Forsum (Sweden, 2001–2005); C. R. Ganellin (UK, 2001–2003); M. N. Liebman (USA, 2004–2008); M. Nordberg (Sweden, 2006–2008) T. J. Perun (USA, 2001–2003), P. Soares de Araujo (Brazil, 2001–2004); D. M. Templeton (Canada, 2006–2007), H. Timmerman (Netherlands, 2004–2007).

**Titular Members in 2008**: O. F.-A. Andersen, X. Fuentes-Arderiu, M. N. Liebman, M. Nordberg, F. Pontet, F. Sanz, G. Tarzia; **Associate Members in 2008**: J. H. Duffus, J. Fischer, H. P. A. Illing, Y. C. Martin, H. Timmerman.

Membership of the Medicinal Chemistry Section (2001) was as follows:
C. R. Ganellin (*President*), T. J. Perun (*Vice President*), B. K. Trivedi (*Secretary*), N. Koga (*Past President*), E. Breuer, M. S. Chorghade, P. W. Erhardt, J. Fischer, G. Gaviraghi, T.-H. Kobayashi, P. Lindberg, A. Monge-Vega, J. G. Topliss.

**Membership of the Subcommittee on Medicinal Chemistry and Drug Development (2002–2008) was as follows:
C. R. Ganellin (UK, *Chairperson*); J. Proudfoot (USA, *Secretary*); D. Alker (UK); S. O. Bachurin (Russia); J. Bremner (Australia); P.-E. Bost (France); E. Breuer (Israel); D. R. Buckle (UK); M. S. Chorghade (USA); G. Ecker (Austria); P. W. Erhardt (USA); F. Sanz (Spain); J. Fischer, (Hungary); A. Ganesan (UK); G. Gaviraghi (Italy); S. Jaroch (Germany); O. A. W. Kebir (Egypt); T.-H. Kobayashi (Japan); N. Koga (Japan); M. N. Liebman (USA); P. Lindberg (Sweden); D. Maclean (USA); Y. C. Martin (USA); A. Monge-Vega, (Spain); D. S. Moore (USA); N. E. Nifantiev (Russia); N.-S. Park (Korea); T. J. Perun (USA); J. Senn-Bilfinger (Germany); J. K. Seydel (Germany); G. Tarzia (Italy); H. Timmerman (Netherlands); M. Varasi (Italy); C. G. Wermuth (France).

‡Corresponding author

*Republication or reproduction of this report or its storage and/or dissemination by electronic means is permitted without the need for formal IUPAC permission on condition that an acknowledgment, with full reference to the source, along with use of the copyright symbol ©, the name IUPAC, and the year of publication, are prominently visible. Publication of a translation into another language is subject to the additional condition of prior approval from the relevant IUPAC National Adhering Organization.*

GSK-PBM-00912294

Case 1:24-cv-00512-GBW    Document 167-1    Filed 03/12/26    Page 10 of 325 PageID #: 13711

E. BREUER et al.

# Glossary of terms related to pharmaceutics

## (IUPAC Recommendations 2009)

*Abstract*: This Glossary of Terms Related to Pharmaceutics is needed by practitioners in the field of pharmaceutics as this field fulfills an important and crucial role, different from the roles of other scientific disciplines involved in the drug-making process. The glossary contains 168 definitions used in pharmaceutics. These are related to various aspects of this discipline, such as: (1) physicochemical characterization of pharmaceutical preparations and the active ingredients they contain; (2) unit operations used in the practice of pharmaceutics; (3) terms related to the various dosage forms; (4) terms related to the various modes and routes of drug delivery; (5) terms used in pharmacokinetics and biopharmaceutics in general; and additional miscellaneous terms. The field of pharmaceutics itself is of a multidisciplinary nature as its practitioners come from a variety of disciplines, such as chemistry or various biological sciences, thus a glossary containing authoritative definitions would be useful for them. The terms used in pharmaceutics are rarely covered by existing glossaries, and in the cases they are, their definitions are often inappropriate for the field of pharmaceutics and require new or modified definitions to better fit the new context.

*Keywords*: pharmaceutics; medicinal chemistry; drugs; glossary; dosage form; sustained release; drug delivery; pharmacokinetics; IUPAC Chemistry and Human Health Division.

## INTRODUCTION

The idea of constructing a glossary of terms related to pharmaceutics was raised first at the meeting of the Section on Medicinal Chemistry of the Chemistry and Human Health Division in 1999, and became a recognized project in 2001. Prior to this glossary, the Chemistry and Human Health Division did not deal with the areas of pharmacy and pharmaceutics, although the Section on Medicinal Chemistry has dealt with closely related subjects such as toxicology, drug metabolism, pharmaceutically acceptable drug salts, training and research in medicinal chemistry in developing countries and the Glossary of Terms used in Medicinal Chemistry, as well as some other topics.

Pharmaceutics is defined in this glossary as the science of preparation of drugs, dosage forms, and drug delivery systems, taking into account the pharmacokinetics and pharmacodynamics of the drug as well as its physical and chemical properties. Thus, many branches of chemistry such as organic, inorganic, solid-state, colloid, and surface chemistry, as well as nanotechnology and others, play roles in pharmaceutics. Even the more biologically oriented branch of pharmaceutics, i.e., biopharmaceutics, draws on chemical concepts such as (pharmaco)kinetics, absorption, dissolution, diffusion, and others. Therefore, it appears timely for IUPAC to publish recommendations in this area.

The glossary was first given the title "Glossary of Terms in Pharmaceutical Technology". Over the years, this title underwent a few changes until it has become the present one. During the review process, a communication from the U.S. Pharmacopoeia (USP) indicated concern regarding some definitions that differ from those of the Pharmacopoeia. The Subcommittee on Medicinal Chemistry and Drug Development has considered these concerns and recommended to incorporate the Pharmacopoeia's definitions into the glossary in cases where they are clearly superior. However, in instances where the

© 2009 IUPAC, *Pure and Applied Chemistry* 81, 971–999

GSK-PBM-00912295

IUPAC definition was considered to be more suitable for chemists, the IUPAC definitions were retained. During the time in which this glossary was already in production, a proposed glossary was received from USP, but it was too late to make any use of it in the present version. Its recommendations will be reserved for consideration in a future update.

Considerable effort was made to make all terms in the glossary compatible with similar terms (where they exist) in the online IUPAC "Gold Book". Readers are invited to point out any errors or inconsistencies to the authors.

## ACKNOWLEDGMENTS

The authors are very grateful to the following individuals for their valuable comments and suggestions for improvements of this glossary: Heike Bauer (Germany), Hitesh Bhagat (USA), Abraham J. Domb (Israel), Amnon Hoffman (Israel), Sanjeev Katti, (USA), Lajos Kovács (Hungary), Mahesh Govind Kulkarni (USA), Joseph R. Robinson (USA), László Wagner (Hungary).

## GLOSSARY OF TERMS

### absolute bioavailability
Fraction of the administered dose of a drug from a *dosage form* absorbed intact into the *systemic* circulation.

See also *bioavailability*, *relative availability*.

### absorption (in pharmaceutics)
Process by which a *drug* moves from its site of *administration*, usually across biological membranes, to the *systemic* circulation or its site of action in the body.
[1]

> *Note*:    Systemic absorption: uptake to the blood and transport via the blood of a substance to an organ or compartment in the body distant from the site of absorption.

### active transport of drugs
Carriage of a solute across a biological membrane, which requires a suitable carrier and the expenditure of energy.
[2]

### adjuvant
1.    Additive with no intended pharmacological action, used in the *formulation* of *dosage forms*.
2.    In pharmacology, a substance added to a drug to speed or increase the action of the main component.
3.    In immunology, a substance (such as aluminum hydroxide) or an organism (such as killed mycobacterium) that increases the response to an antigen.

[3]
See *excipient*.

### administration (of a substance)
Introduction of a substance to an organism by a defined route [3].

GSK-PBM-00912296

974                                    E. BREUER et al.

**administration of drugs, ocular route**
Administration of drugs through the *eye*.

> *Note 1*:   Drugs used to treat *eye* disorders can be administered as liquid or semi-solid *dosage forms*. Solid inserts, which release the drug in slow-release pattern, are also available.

> *Note 2*:   Ocular drugs are almost always used for their local effects. Some drugs produce a local effect after they are absorbed through the cornea and conjunctiva. Some of these drugs then enter the bloodstream and may have unwanted or wanted *systemic* effects.

See also *administration*.

**administration of drugs, oral route**
Administration of drugs through the mouth to swallow.

> *Note 1*:   This is the most convenient and popular administration route.

> *Note 2*:   Per-oral products can be *powders*, *granules*, un*coated* or *coated tablets*, *capsules*, and liquids (solutions, *emulsions*, and suspensions). Liquids for oral use may contain anti-microbial preservatives and are supplied in multi- or single-dose containers.

> *Note 3*:   It differs from intraoral *administration*.

See also *administration*.

**administration of drugs, parenteral route**
Method of introducing substances into an organism, avoiding the gastrointestinal tract [1].

> *Note 1*:   *Parenteral* routes may be employed whenever enteral routes are contraindicated or in-adequate.

> *Note 2*:   Parenteral administration includes some conventional (*intravenous, intramuscular, sub-cutaneous*) and some special (intradermal, intraventricular, etc.) routes.

> *Note 3*:   Parenteral products can be solutions, suspensions, and *emulsions*. They are presented as *sterile* products. It is commonly used to imply administration by *injection* or infusion.

See also *administration*.

**administration of drugs, rectal route**
Administration of drugs into the rectal cavity or through the rectum.

> *Note 1*:   Products may be solid (*suppositories*) or liquid unit dosage preparations, or *creams*, *ointments*, and *gels*.

> *Note 2*:   This is an important way of administering a medicinal product that may not be tolerated orally, especially in pediatrics and geriatrics or when the patient has an infection of the gastrointestinal tract; or when the drug is less suited for oral administration because of side effects, bad taste, or enzymatic degradation.

> *Note 3*:   The *rectal* route has several drawbacks. These can be, in addition to psychological aver-sion, slow and incomplete *absorption*, and inadequacy where rapid absorption and high plasma levels are required.

See also *enemas, administration*.

GSK-PBM-00912297

**administration of drugs, respiratory route**
introduction of drugs by inhalation
Delivery to the lower *respiratory* tract in order to obtain a local or *systemic* effect.

> *Note*:    Products usually deliver the active substance in the form of *aerosol* droplets or solid particles (*powders*).

See also *inhalation therapy, administration.*

**administration of drugs, topical route**
Administration of drugs on surfaces of the body.

> *Note*:    *Topical* products usually produce pharmacological effects at or near the point of application, such as the skin, eyes, nose, throat, ears, and vagina, etc., but sometimes may also have *systemic* effects.

See also *administration.*

**administration of drugs, transdermal route**
diadermic administration
percutaneous administration
transcutaneous administration
transdermic administration
Introduction of products through unbroken skin by means of a specific *drug delivery system* (such as a patch containing a semi-solid *formulation* of the drug) for *systemic* and/or prolonged drug effect.
See also *administration.*

**administration of drugs, vaginal route**
Introduction of products into the vagina normally for local effect.

> *Note*:    *Vaginal* preparations may be liquid dispersions (solutions, foams), semi-solid (*gels, creams, ointments*), and solids (*tablets, capsules, pessaries,* tampons, sponges).

See also *administration.*

**adsorption**
Accumulation of gases, liquids, or solutes on a solid surface, e.g., powder, polymer, glassware, syringes, etc.
    Process by which a compound, solid, liquid, or gas becomes loosely held by weak attraction to the surface of a solid. The attraction forces in adsorption are much weaker and less permanent than those of absorption.

> *Note 1*:    In *pharmaceutics*, it mainly refers to the binding of a therapeutic agent or an impurity or a toxic material to a solid surface, or to modification of release in pharmaceutical formulations, and in analysis.

> *Note 2*:    In contrast to *absorption*, which is a transport phenomenon, adsorption is a surface phenomenon. In other words, it refers to accumulation of gases, liquids, or solutes on a solid surface, e.g., glassware, syringes, etc.

GSK-PBM-00912298

976                                    E. BREUER et al.

*Note 3*:    The main application of adsorption is NOT to modify release, but rather in *formulation* of *dosage forms*, purifying, charcoal adsorption (as treatment), analytics, etc.
[3,4]


**aerosol**
Mixture of small particles (solid, liquid, or a mixed variety) and a *carrier* gas (usually air).

*Note 1*:    Owing to their size, these particles (usually less than 100 μm and greater than 0.01 μm in diameter) have a comparatively small sedimentation velocity and hence exhibit some degree of stability in the earth's gravitational field.

*Note 2*:    An aerosol may be characterized by its chemical composition, its radioactivity, the particle size distribution, the electrical charge, and the optical properties [3,5].


**agglomeration**
Adherence of particles into a larger mass due to moisture, static charge, or chemical or mechanical binding [5].
See also *aggregation*.


**aggregation**
Accumulation or collection of particles into larger units.
See also *agglomeration, coagulation, flocculation*, orthokinetic *aggregation*, perikinetic *aggregation*.
[5,6]


**amorphous**
Solid substances that are not *crystals*. Amorphous solids consist of randomly oriented molecules. Solids without definite shape consist of randomly oriented molecules.

*Note 1*:    Used to describe substances that are solids but not crystals.

*Note 2*:    Frequently they are more soluble than *crystalline* solids.


**amphipathic, amphiphilic**
Molecules that contain groups with characteristically different properties, e.g., both *hydrophilic* and *lipophilic* (*hydrophobic*) properties.

*Note*:    The property of surface activity is usually due to the fact that the molecules of the substance are amphipathic or amphiphilic, meaning that each contains both a hydrophilic and a hydrophobic (lipophilic) group.

[3,6]


**angle of repose**
Characteristic angle of slope formed with the horizontal by the side of a static conical mound of *powder*.

*Note 1*:    Angle of repose is determined by a balance of gravitational force and the frictional forces caused by interparticulate interactions.

*Note 2*:    A measure of cohesiveness in powders. The smaller the angle of repose the greater the ability of the powder to flow. A particle will begin to slide on a slope when the angle of

GSK-PBM-00912299

inclination is sufficiently large to overcome the frictional forces, and conversely the particle will not move when the angle is below that required to overcome cohesion and adhesion.

*Note 3*:    The angle of repose depends on the method of measurement.

**appertization**
Process by which food is rendered free from pathogenic, toxigenic, and spoilage organisms.

*Note 1*:    A term used in the food industry.

*Note 2*:    Appertization will not necessarily kill thermophilic spores, and thus products subjected to the process may not be *sterile*.

See also *sterilization, disinfection.*

**binder**
Substance that acts as adhesives to bind together *powders* for making *tablets* (direct *tableting*) or *granules* (*granulation*) that are mainly used in tableting.

**bioassay**
Procedure for estimating the concentration or biological activity of a substance by measuring its effect on a living system compared to a standard system [3,12].

**bioavailability**
1.    Ratio of the *systemic* exposure from extravascular (ev) exposure to that following intravenous (iv) exposure as described by the equation:

$$F = \frac{A_{ev} D_{iv}}{B_{iv} D_{ev}}$$

where $F$ is the bioavailability, $A$ and $B$ are areas under the (plasma) concentration-time curve following ev and iv *administration*, respectively, and $D_{ev}$ and $D_{iv}$ are the administered ev and iv doses.
2.    Relative amount of the administered dose of a *drug* that reaches systemic circulation from a certain *dosage form* in comparison to the amount that reaches the systemic circulation by iv *administration*.
See also *relative bioavailability.*
[7,12]

**bioequivalence**
1.    Relationship between two preparations of the same drug in the same dosage form that have a similar *bioavailability*.
2.    Dosage forms containing the same drug are said to be bioequivalent if they do not differ significantly in the bioavailability (e.g., AUC, $c_{max}$, $t_{max}$.) of the active constituent/ingredient, when administered in the same dose under similar experimental conditions.
[12]

GSK-PBM-00912300

978                                                 E. BREUER et al.

**biological half life**

For a substance, the time required for the amount of a *drug* or a substance in a biological system to be reduced to one-half of its value by biological processes when the rate of removal is approximately exponential.

> *Note 1*:   This is an important consideration in determining the proper amount and frequency of dose of a drug to be administered.
>
> *Note 2*:   Often the rate of removal of a drug (e.g., by metabolism, excretion and/or decomposition) is not exponential.
>
> *Note 3*:   Normally, the longer the biological *half life*, the longer is the drug present in the body. However, even a substance with an estimated short biological half life may sometimes have a significant fraction which persists in the body

[3,8]

**biological product**

Virus, therapeutic serum, toxin, antitoxin, or analogous product applicable to the prevention, treatment, or cure of diseases or injuries in humans and/or animals.

> *Note*:   The term "analogous product" may include essentially all *biotechnology*-derived products and procedures including *gene therapy*, transgenics, and somatic cell therapy.

**biopharmaceutics**

Branch of pharmaceutical science that deals with the fate of drugs in the living system; particularly the release of the drug from its *dosage form* into a biological medium, its passage across membranes into the *systemic* circulation, metabolism, and elimination, and the application of this knowledge to obtain the desired therapeutic effect.

**biotechnology**

1.   Technique that uses living organisms (or component(s) of organisms) to make or modify products, to improve plants or animals, or to develop microorganisms for specific uses.
2.   More recent usage refers to the industrial and pharmaceutical use of DNA, cell fusion, novel bio-processing techniques, and *gene therapy*.
3.   The integration of life sciences with chemical, physical, and engineering sciences in order to achieve the application of organisms, cells, parts thereof, and molecular analogs for products and services [3,6,9].

**buccal tablet**

Usually a small, flat, and soft *tablet*, which is designed to be placed inside the cheek to be directly absorbed through the mucosa for *systemic* effect.

**bulk density**

Characteristic of a *powder* rather than of individual particles given by the mass of powder occupying a known volume.

> *Note 1*:   Characteristics of importance in *tablet* production.
>
> *Note 2*:   The bulk density is always lower than the true density of its component particles.

GSK-PBM-00912301

Note 3:   A powder can have only one true density, but it can have many different bulk densities, depending on how tightly the particles are packed.

**capsule**

Small edible package made usually from gelatin or other materials that can be filled with *drugs* (solids or liquids) to produce a unit dose, mainly for *oral* use. Hard capsules consist of two pieces that fit one inside the other which are produced empty and filled in a separate operation, and soft, liquid-filled capsules, which are manufactured and filled in one operation.

**carrier-mediated drug transport**

Transfer of a drug across a membrane by a transporter (often a protein) constituent of the cytosol membrane. Also known as *active transport* as opposed to passive *diffusion/absorption*.

**coacervation**

Separation of colloidal systems into two liquid phases. The phase more concentrated in colloid component is the coacervate, while the other phase is the equilibrium solution [6].

**coagulation**

Close, tight *aggregation* (see also *flocculation*) of colloid particles, *emulsion* droplets, *suspension* particles, which are difficult to redisperse. Clotting: the process of changing from a liquid to a solid, said especially of blood (i.e., blood coagulation). Transformation of a sol into a gel or semi-solid mass; e.g., the coagulation of the white of an egg by means of boiling.

Note:   When a *sol* is colloidally unstable (i.e., the rate of aggregation is not negligible) the formation of aggregates is called coagulation or flocculation.

[6,7]

**coating**

Technological process consisting of the application of a substance, which forms a layer (e.g, to protect the *drug* and/or the *tablet*, to mask taste, to control the rate of drug release (e.g., film coating, sugar coating).

Note:   Sugar coating is used to mask bad taste without altering release profile.

**compressed tablet**

A solid dosage form prepared to a desired shape, usually in large-scale production, by means of high pressure in a punch and die.

Note:   Most compressed *tablets* consist of the active ingredient and a diluent (filler), binder, disintegrator, and lubricant.

**controlled-release dosage form**

Medication, which due to its special technological construction provides for drug release having predefined kinetics (zero order, $t^{1/2}$, 1st order, etc.) at a sufficient rate to maintain the desired therapeutic level over an extended period of time.

Note:   Also used to denote *sustained-release* products with zero-order release kinetics.

© 2009 IUPAC, *Pure and Applied Chemistry* 81, 971–999

GSK-PBM-00912302

980                                          E. BREUER et al.

**cosolvent**

Vehicle (often ethanol) used in combination to increase the solubility of *drugs*. Frequently, the solubility of a drug in a mixed solvent system is greater than can be predicted from its solubility in each solvent component separately.

**cream**

Semi-solid *emulsion* for external application. Oil-in-water emulsions are most useful as water-washable bases, whereas water-in-oil emulsions are emollient and cleansing [3,6].

**critical micelle concentration** (cmc)

Threshold detergent concentration at which *micelle* formation begins in the bulk phase. This means that all effective molecules are present as monomers at a concentration below their cmc.

*Note 1*:   There is a relatively narrow range of concentrations separating the limit below which virtually no micelles are detected and the limit above which virtually all additional *surfactant* molecules form micelles.

*Note 2*:   Many properties of *surfactant* solutions, if plotted against the surfactant concentration (usually the log of concentration), appear to change at different rates above and below this range. By extrapolating the locus of such a property above and below this range until they intersect, a value may be obtained known as the *critical micellization concentration* (*critical micelle concentration*), symbol $C_M$, abbreviation *cmc* (or c.m.c.) [3].

See also *inverted micelle*.

**critical moisture content**

A stage in the drying of solids, above which the drying rate (derived from the plot of the loss of moisture content against time) is linear, at which the drying rate ceases to be linear, until it reaches the *equilibrium moisture content*.
[10]

**crossover study**

Type of comparative *bioavailability* study designed in such a way as to take into account differences in bioavailability arising from differences between patients suffering from disease, participating in the study.

*Note*:   The differences between the subjects may be in age, stage or severity of the disease, and prior drug treatment that some may have received. In such a crossover study, the patients are divided into two equal size groups, uniform with respect to age, body weight, sex, etc. The first group is given a specific dose of the product studied, while the second group is given a second product of proven clinical efficacy, containing the same active ingredient. After taking an appropriate number of blood samples from each individual and a washout period, the groups are reversed and the first group is given the product of proven clinical efficacy and the second is given the product being studied. This way each patient serves as his or her own control.

[11]

GSK-PBM-00912303

**crystalline**
Term that describes a solid of regular shape and the presence of three-dimensional order on the level of atomic dimensions, for a given molecule.

*Note 1*:    Crystallinity may be detected by diffraction techniques, heat-of-fusion measurements, etc.

*Note 2*:    Crystalline forms are often preferred, over *amorphous* forms, in pharmaceutical *dosage forms*, due to uniformity, reproducibility, and sometimes lack of hygroscopicity.

**deflocculation**
Reversal of *coagulation* or *flocculation*, i.e., the dispersion of *aggregates* to form a stable colloidal *suspension* or *emulsion*.
See also *flocculation*.
[3,5]

**delayed-release dosage form**
Pharmaceutical preparation that releases the drug(s) at a time other than promptly after administration.

*Note*:    Typically, this is related to *enteric coated tablets*.

**deliquescence**
Process that occurs when the vapor pressure of the saturated aqueous solution of a substance is less than the vapor pressure of water in the ambient air.

*Note*:    When water vapor is collected by the pure solid compound, a mixture of the solid and liquid or an aqueous solution of the compound forms until the substance is dissolved and is in equilibrium with its environment; at this time the vapor pressure of water over the aqueous solution will equal the partial pressure of water in the atmosphere in contact with it. A *crystalline* salt *aerosol* particle will deliquesce in the atmosphere when the relative humidity surpasses a characteristic value, the so-called deliquescence point [3].

**deliquescent**
Substance that absorbs sufficient moisture from the atmosphere to dissolve itself.

**depot**
Deposit of a *drug* in a body created by injection or by a similar mode of introduction to form a source of slow release.

**detergency**
Property, which serves as basis for the process whereby *surfactants* are used for the removal of foreign matter from surfaces (including dirt from clothes or body surfaces).
See also *detergents*, *solubilizing*, *surface-active agent*, *surfactant*.

**detergent**
*Surfactant* (or a mixture containing one or more surfactants) having cleaning properties in dilute solutions (soaps are surfactants and detergents) [3].

GSK-PBM-00912304

982                                     E. BREUER et al.

**diffusion barrier**

Obstacle such as *coating* or *embedding*, which acts as a factor controlling the rate of *drug* release.

> *Note*:    Body fluids or membranes can also act as barriers.

**disperse system**

Dosage form in which the active ingredient is insoluble in the carrier; includes *aerosols* (solids or liquids in gas), suspensions (solids in liquids), *emulsions* (liquids in liquids), and foams (gas in liquid), or *ointments/creams* (solid in solid or in semi-solid, or liquid in solid).

> *Note*:    These systems are thermodynamically unstable and need to be stabilized by suspensifying or emulsifying agents.

**divided granule**

*Formulation* in which individual doses of a *granulated dosage form* are separated (e.g., gelatin *capsule*s).

**divided powder**

*Powder formulation* in which individual doses of a powdered *dosage form* are separately wrapped (e.g., sachets, envelopes, or gelatin *capsules*).

**dosage form**

*Formulated* preparation of molecules/*drugs* that are rarely if ever suitable for administration to patients without additives.
See also *tablet, syrup, solution, cream, suppositories*, etc.

> *Note*:    They can be designed for *administration* by all possible administration routes to achieve the desired therapeutic response.

**dosage regimen**

Dose and dosing interval of a *drug*.

**drug**

Biologically active substance, which when biodistributed in the body is expected to modify one or more of its functions.

> *Note 1*:    Frequently used synonyms from formulated drugs (see *dosage forms*) are: medicine, medication, remedy.

> *Note 2*:    The term is generally accepted for a substance taken for a therapeutic purpose, but is also commonly used for abused substances [3,12].

**drug delivery system**

Sophisticated *dosage form*, which, by its construction, is able to modify/control the availability of the *drug* substance to the body by temporal or spatial considerations.
*controlled release*
*extended release*
delayed release
*delayed action*

GSK-PBM-00912305

Case 1:24-cv-00512-GBW    Document 167-1    Filed 03/12/26    Page 21 of 325 PageID #: 13722

*dosage form*
*depot*
*embedding*
*gradual release*
*fast release* or *immediate release*, i.e., conventional *dosage form*
*implants*
*liposome*
*long-acting*
*modified release*
*prolonged action*
pulsatile release
*slow release*

**drug-eluting stent**
Refers to a *stent* with an active *drug* that is intended to produce a therapeutic effect (e.g., reduction of restenosis) [13].

**dusting powder**
Usually intended for external use.

> *Note 1*:   Usually contains ingredients used for therapeutic, prophylactic, or lubricant purposes.
>
> *Note 2*:   Normally dispensed in containers with perforated lids.
>
> *Note 3*:   The *powder* must flow well so that it can be dusted over the required area.
>
> *Note 4*:   Examples are antibacterial and antifungal products.

**effervescent tablet**
Solid preparation that on contact with water breaks apart by the effect of gas (usually $CO_2$) evolution, resulting commonly from the reaction of hydrogen carbonate with citric or tartaric acid, in order to facilitate dissolution or dispersion of the active ingredient before ingestion.

**efflorescence**
Opposite of *deliquescence*; the drying of a salt solution when the vapor pressure of water in the saturated solution of a substance is greater than the partial pressure of water in the ambient air. Also refers to the loss of water of crystallization from a solid salt such as $Na_2CO_3 \cdot 10H_2O$ [3].

**efflorescent**
Substance that loses water to form a lower hydrate or becomes anhydrous spontaneously.

**elixir**
Sweet (often colored) dilute alcohol-based, "hydroalcoholic", liquid used in the compounding of *drugs* to be taken by mouth in order to improve palatability.

> *Note*:   Elixirs are among the most common types of medicinal preparations taken orally in liquid form.

© 2009 IUPAC, *Pure and Applied Chemistry* 81, 971–999

GSK-PBM-00912306

984                                          E. BREUER et al.

**elutriation**
The process of separating the lighter particles of a *powder* from the heavier ones by means of an upward-directed stream of fluid (gas or liquid).
[3,7]


**embedding**
Technological process, which consists of mixing or inclusion of the therapeutic substance with an *excipient* or their mixtures, typically as a *matrix dosage form*, in order to change the rate of release.


**emulsion**
Fluid *colloidal* dispersion system in which liquid droplets and/or liquid crystals are dispersed in a liquid.

> *Note 1*:   The droplets often exceed the usual limits for *colloids* in size.

> *Note 2*:   An emulsion is denoted by the symbol o/w if the continuous phase is an aqueous solution and by w/o if the continuous phase is an organic liquid (an "oil").

> *Note 3*:   More complicated double emulsions such as o/w/o (i.e., oil droplets contained within aqueous droplets dispersed in a continuous oil phase) are also possible [3].


**encapsulation**
Process of enclosing a *drug* in a (micro or nano) particle (*capsule*, *liposome*, polymer).


**enemas**
Solutions (aqueous or oily), *emulsions*, or *suspensions* for *rectal administration* of *medicaments* for cleansing, diagnostic, or therapeutic purposes.


**enteric coating**
Used on *tablets*, *granules*, *pellets*, and *capsules* to make them resistant to gastric fluids but designed to disintegrate, disrupt, or dissolve when the preparation enters the duodenum.

> *Note*:    Enteric coating is used for one of the following reasons:
> - To protect the *drug* from degradation by the acid in the stomach (e.g., erythromycin).
> - To protect the stomach from the irritant effect of the drug (e.g., aspirin).
> - To facilitate absorption of a drug distally to the stomach.

See also *delayed release dosage form*.


**equilibrium moisture content** (EMC)
Final stage reached after drying of a solid, beyond the critical moisture content.


**excipient**
additive
ingredient
Pharmacologically inactive carrier (vehicle or basis) or a component of the carrier of the active substance(s) in the dosage form. It may contribute to shape, appearance, patient acceptability, stability, biopharmaceutical profile, and improvement of the manufacturing process.

GSK-PBM-00912307

Material added to a dosage form to fulfill various functions, e.g., to act as filler for purposes of bulk, disintegrant, lubricant, color, etc.

*Note 1*:   Vehicle, refers to liquids only.

*Note 2*:   Excipients are intended to be without any biological effects and detrimental interactions with other ingredients in the *dosage form*.

See *adjuvant*.
[3,14]
See also *adjuvant*, *dosage forms*, *absorption*, *lubricant*.


**extended release**
See *sustained release*.


**fast-dissolving tablet**
A *tablet formulation* intended for a rapid release of its active agent.
See also *immediate-release tablet*, and in contrast, *sustained-release tablet*.


**flocculation**
Process of contact and adhesion whereby particles in dispersion form larger-size clusters.
See also *aggregation*, *coagulation*.
[3]


**formulation**
Summary of operations carried out to convert a pharmacologically active compound into a *dosage form* suitable for *administration*.
See also *drug delivery systems*, *excipient*, *solubilizing agents*.


**gargle**
mouthwash
Aqueous solution used for the prevention and treatment of mouth and throat infections.

*Note 1*:   May contain antiseptics, antibacterials, analgesics, and/or astringents.

*Note 2*:   Usually diluted with water before use.


**gastric emptying rate**
Pace at which a *drug* along with the stomach content leaves and enters the duodenum.

*Note 1*:   Often, gastric emptying rate is also expressed as gastric emptying time.

*Note 2*:   Gastric emptying rate (or time) is expressed typically in units of time or $t_{1/2}$. It is also expressed as the amount of a given substance emptied per the total mass in the stomach, at a given time; or as the amount emptied, at a given time, of a given substance.

*Note 3*:   Since most drugs are optimally absorbed from the small intestine, the onset of drug action depends on the gastric emptying rate. Thus, the rate of gastric emptying determines the timing but not the extent of *oral drug absorption*.


© 2009 IUPAC, *Pure and Applied Chemistry* 81, 971–999

GSK-PBM-00912308

986                                    E. BREUER et al.

Note 4:   The gastric emptying rate depends on several factors, e.g., stomach calorie content, pH, hunger, anxiety, the nature of the drugs and body posture. High-calorie foods (e.g., fats) usually retard gastric emptying and delay *drug absorption.*

[15]


**gel**
Colloidal system with a finite, usually rather small yield stress.
Non-fluid colloidal network or polymer network that is expanded throughout its whole volume by a fluid.
[5,6]


**gene therapy**
Use of products containing genetic material (e.g., pDNA, antisense DNA, siRNA) to treat a disease or condition, or to modify or manipulate the expression of genetic material or to alter the biological properties of living cells.


**generic(s)**
*Drug(s)* or formulation(s) of drug(s) or *dosage forms,* which no longer have patent protection.

Note 1:   Generic or nonproprietary drugs that may enter the market after the expiry of the basic patent covering the original drugs.

Note 2:   Nonproprietary drugs are required to meet the same bioequivalency test as the original brand name drugs.

Note 3:   Generic products may themselves bear brand names.


**gradual release**
See *sustained release.*


**granules**
*Powder* particles, which have been aggregated to form larger irregular particles, usually of 0.5–2 mm diameter.

Note 1:   Granules are also used as intermediates in *tableting.* These are typically of smaller sizes.

Note 2:   May also be used rarely as independent *dosage form* for *oral administrations.*

See also *tablet.*


**granulation**
Process in which *powder* particles are made to aggregate to larger particles called *granules.*

Note 1:   In the majority of cases, granulation is required in the production of *tablets* or *capsules,* when granules are made as an intermediate product.

Note 2:   Granulation is preceded by mixing the necessary powdered ingredients to assure their uniform distribution in the granules.

GSK-PBM-00912309

*Note 3*:    Granulation may be carried out by two methods: wet granulations which utilize non-toxic volatile liquids, like water or low alcohols; or dry methods in which high pressure is applied.

See also *binders*, *granules*.


**half life,** $t_{1/2}$
half time
Time required for the concentration of a reactant in a given reaction to reach a value that is the arithmetic mean of its initial and final (equilibrium) values. For a reactant that is entirely consumed, it is the time taken for the reactant concentration to fall to one-half of its initial value.

*Note*:    The half life of a reaction has meaning only in special cases:
1.    For a first-order reaction, the half life of the reactant may be called the half life of the reaction.
2.    For a reaction involving more than one reactant, with the concentrations of the reactants in their stoichiometric ratios, the half life of each reactant is the same, and may be called the half life of the reaction. If the concentrations of reactants are not in their stoichiometric ratios, there are different half lives for different reactants, and one cannot speak of the half life of the reaction.

See also *biological half life*.
[3,12]


**hydrate**
*Crystalline* form of a compound in which water molecules are part of the *crystal* structure.

*Note 1*:    Association of water molecule(s) in a crystal can be of different strength.

*Note 2*:    The term "hydrate" may mean different things in different contexts. Common to all contexts is the content of water, which may be part of crystal structure or part of a molecule to which water has been added reversibly (e.g., chloral hydrate) or the elements of water incorporated covalently (e.g., carbohydrates).

See also *solvate*.


**hydrophile–lipophile balance system** (HLB system)
Empirical scale (of 0–20) used to classify *surfactants* and *emulsifying* agents.
Ionic surfactants such as sodium lauryl sulfate have, e.g., an HLB of 40.

*Note 1*:    The numerical value is determined by the expression (HLB = 20 * $M_h/M$) where $M_h$ is the molecular mass of the *hydrophilic* portion of the molecule, and $M$ is the molecular mass of the whole molecule, giving a result on an arbitrary scale of 0–20.

*Note 2*:    An HLB value of 0 corresponds to a completely *hydrophobic* molecule, while a value of 20 corresponds to a molecule made up completely of hydrophilic components.

*Note 3*:    The more hydrophilic the surfactant the more it favors the formation of o/w over w/o *emulsions*.

[16]
See also *surfactant*, *emulsion*.


© 2009 IUPAC, *Pure and Applied Chemistry* 81, 971–999

GSK-PBM-00912310

988                                    E. BREUER et al.

**hydrophilicity**
Tendency of a molecule to be solvated by water.
[3,17]

**hydrophobicity**
Property of being water-repellent; tending not to absorb water.

> *Note*:    Hydrophobic interaction could result from hydrophobicity; the thermodynamic tendency of molecules or groups to escape from an aqueous environment resulting in the association of nonpolar groups.

[3,17]

**hygroscopicity**
Tendency of a substance to absorb water from the atmosphere.

> *Note*:    A substance that absorbs moisture from the atmosphere is called hygroscopic.

**immediate-release tablet**
*Dosage form* that releases the *drug* immediately.
See also *fast-dissolving tablet*, in contrast to *sustained-release tablet*.

**implantation**
Insertion or grafting of a biological, living, inert, or radioactive material into the body.

**implants**
Small *sterile* usually polymeric matrices, pellets, or particles for insertion or implanting into the body by surgical means or by *injection* to help achieve *sustained release*.

**inactivation factor** (IF)
Number that expresses the reduction in the numbers of a microorganism, brought about by a sterilization process.

> *Note*:    The IF value is specific for a microorganism and a sterilization process.

**inhalation therapy**
*Administration* of drugs directly to the respiratory tract, mostly by *aerosols*.

> *Note 1*:    Since a *drug* is delivered directly to the site of action, lower dose is needed by this route than by other routes, e.g., the gastrointestinal or *parenteral* routes.

> *Note 2*:    The incidence and the intensity of side effects are generally lower when this route is used as compared to other routes of *drug administration*.

See also other entries under *administration*.

**injection**
Delivery of a generally *sterile* liquid medication into the body, or a vessel, tissue, or organ via syringe and needle.

© 2009 IUPAC, *Pure and Applied Chemistry* 81, 971–999

GSK-PBM-00912311

*Note 1*:    Epidural injections are given into the epidural space of the spinal cord.

*Note 2*:    Intra-articular injections are made into the synovial fluid, which lubricates the articulating ends of bones in a joint.

*Note 3*:    Intrabursal injections are given into the bursae, which are small sacks of fluids between the tendons and bones.

*Note 4*:    Intracardial injections are given directly into the heart in emergencies.

*Note 5*:    Intracutaneous or intradermal injections are made into the skin between the inner layer (dermis) and the outer layer (epidermis).

*Note 6*:    Intramuscular injections are made by inserting the needle across the skin, subcutaneous tissue, and membrane enclosing the muscle.

*Note 7*:    Intraspinal injections are made into or around the spinal cord.

*Note 8*:    Intravascular injections (intra-arterial and -venous) are made directly into the blood stream for rapid effect.

*Note 9*:    Intrathecal injection is the introduction of material for diffusion throughout the subarachnoid space by means of lumbar puncture.

*Note 10*:    Ophthalmic injections include a variety of sites within the eye.

*Note 11*:    Subcutaneous or hypodermic injections are made under the skin into the subcutaneous tissue.

*Note 12*:    The same formulation cannot be used for all routes.


**inverted micelle**
Reversible formation of association colloids from *surfactants* in nonpolar solvents leads to *aggregates* termed inverted (or inverse, reverse, or reversed) *micelles*. Such association is often of the type: monomer ⇌ dimer ⇌ trimer ⇌⋯n-mer, and the phenomenon of *critical micelle concentration* (or an analogous effect) is consequently not observed. In an inverted micelle, the polar groups of the surfactants are concentrated in the interior and the *lipophilic* groups extend toward and into the nonpolar solvent.
[3]
See also *micelle*.


**liniment**
Liquid intended for massaging into the skin.


**liposome**
Artificial spherical lipid bilayer droplet formed mainly from phospholipids having a core of water phase, small enough to form a relatively stable *dispersion* in aqueous media and with potential use in *drug delivery*.
[3]


**loading dose**
Initial, typically larger than the maintenance dose of a *drug* given to a patient at the start of pharmacotherapy.


© 2009 IUPAC, *Pure and Applied Chemistry* 81, 971–999

GSK-PBM-00912312

990                                              E. BREUER et al.

> *Note*:      The objective is to reach quickly the therapeutically beneficial plasma level. This is fol-
> lowed by smaller (maintenance) doses in order to maintain the plasma concentration.

**long acting**
See *sustained release*.

**lotion**
Solution, *emulsion*, or *suspension* to be applied to the skin.

**lozenge**
*Tablet*, which does not contain a disintegrant and which is sucked to dissolve in the mouth to produce either a local (e.g., antiseptic) or *systemic* (e.g., vitamins) effect.

> *Note*:      Lozenges must be palatable and slowly soluble.

See also *troche*.

**lubricant**
Used as processing aid in *tablet* and *capsule* manufacturing, to facilitate the movement of the formulation into the dye and punch and to reduce the energy of compression.

**lyophilic**
Denotes a *dispersed* phase having a pronounced affinity for the dispersion medium.

> *Note*:      When the dispersed phase is lyophilic, the colloid is usually a reversible one.

[6]

**lyophobic**
Denotes a *dispersed* phase having but slight affinity for the dispersion medium.

> *Note*:      When the dispersed phase is lyophobic, the colloid is usually an irreversible one.

[6]

**matrix formulation** (e.g., matrix *tablet*)
Specific case of *drug* embedding in insoluble *excipients* (typically in a polymer) in order to achieve *extended release*.

> *Note 1*:    Matrices can be monolithic or heterogeneous, dissolved or dispersed, or both.

> *Note 2*:    This term also applies to a matrix made of *hydrophilic* substances, which, in contact with water, form a *gel* of high viscosity.

See *embedding*.

**maximum additive concentration**
Maximum concentration of a *drug*, which will form a clear solution with a given concentration of *surfactant*.

© 2009 IUPAC, *Pure and Applied Chemistry* 81, 971–999

GSK-PBM-00912313

**maximum safe concentration**
Concentration of a *drug* in the plasma, above which side effects are likely to occur in a patient.

**micelle(s)**
*Aggregates* of colloidal dimensions (i.e., association of colloids) formed reversibly from *amphiphile* molecules.
[3]

> *Note 1*:  A micelle is thus a structural unit of the dispersed phase (*surfactant*) in an *emulsion*, *suspension*, or a *gel*; a unit whose repetition in three dimensions constitutes the micellar structure of the gel; it does not denote the individual particles in free suspension or solution, or the unit structure of a *crystal*.

> *Note 2*:  Arrangements of groups of molecules of *hydrophobic* liquids in aqueous environment, formed by *surface-active agents*.

[7]
See also *critical micelle concentration*.

**micellization**
Formation of *micelles*.

**microemulsions**
Emulsions in which the *dispersed* droplets are in the micron-size range.

> *Note 1*:  It is sometimes difficult to differentiate between a swollen *micelle* and a small *emulsion* droplet.

> *Note 2*:  Some microemulsions are in the submicron size.

**microencapsulation**
Formation of microparticles *encapsulating* a *drug*.

> *Note*:  Such coating protects the drug from chemical or enzymatic attack and/or prolongs drug release.

See *encapsulation*.

**microfiltration**
Pressure-driven, membrane-based separation process in which particles and dissolved macromolecules larger than 0.1 µm are rejected.

> *Note*:  Can be used for *sterilization* with 0.22-µm size filters.

[18]

**microsphere**
Solid spherical particles of micron-size range, used as matrix dosage forms.

© 2009 IUPAC, *Pure and Applied Chemistry* 81, 971–999

GSK-PBM-00912314

992                                       E. BREUER et al.

**minimum effective plasma concentration**
Concentration of a *drug* that must be achieved in the plasma before any desired therapeutic or pharmacological effect can be obtained.

**minimum inhibitory concentration** (MIC)
Lowest concentration of an antibacterial *drug* necessary to inhibit the growth of a microorganism.

**minimum therapeutic plasma concentration**
See *minimum effective plasma concentration.*

**modified release**
Release of a *drug* from a *dosage form* that it is not immediate (e.g., *sustained release*, *retarded release*, *delayed-action preparations*, *controlled release*, *extended release*, etc.).

**moistening agents**
Usually water or low-molecular-weight alcohols or compounds, used in *topical* applications and in *wet granulation*, for the production of *tablets.*

**multicompartment formulation**
*Dosage form* (*capsule*, *tablet*) comprising several elements (e.g., *microspheres* or *coated* pellets) differing in the rate of *drug* release.

**multilayer tablet**
Consists of several different layers that are compressed on top of each other, to form a single *tablet* composed of two or more layers.

     *Note*:    Mainly used for incompatible substances and for *sustained release.*

**nanoencapsulation**
Formation of *nanoparticles encapsulating* a *drug.*

**nanoparticles**
Microscopic particle whose size is measured in nanometers, often restricted to so-called nanosized particles (NSPs; <100 nm in aerodynamic diameter), also called ultrafine particles.

     *Note 1*:    *Drug* may be embedded in (as in a *matrix*) or *adsorbed* or *encapsulated.*

     *Note 2*:    Particles containing drug of sizes less than 0.5 μm are often named as nanoparticles.

[3]

**nebulizer**
Device that disperses liquids to *aerosols* for therapeutic use by inhalation through a mask.

**ointment**
Greasy, semi-solid preparation for external application, often anhydrous, containing dissolved or *dispersed medicaments.*

GSK-PBM-00912315

**one-compartment model**
Kinetic model, where the whole body is thought of as a single compartment in which a substance is distributed rapidly, achieving an equilibrium between blood and tissue immediately.

> *Note*:    In pharmacokinetics, the substance is a *drug* component which is assumed to be released from a *dosage form* and distributed instantly after *absorption* to reach an equilibrium between blood and tissues.

[12]

**onset of drug action**
Time required to achieve the *minimum effective plasma concentration* following *administration* of the *dosage form*.

**parenteral**
See *administration of drugs*, *parenteral*.

**paste**
*Ointment* containing >0 % of *powder*, *dispersed* in a fatty base.

**pellet**
1.    Very small *tablet* or pilule.
2.    Implantable polymeric *matrix*.
3.    Spherical *granule*.

**pelletization**
Process of *agglomeration* that converts fine *powders* or *granules* of bulk *drugs* and *excipients* into small, free-flowing, spherical, or semi-spherical units, referred to as *pellets*.

> *Note 1*:    *Pellets* range typically between 0.5 and 1.5 mm in diameter.

> *Note 2*:    The most widely used pelletization processes in the pharmaceutical industry are extrusion/spheronization, solution/suspension layering, and powder layering.

[19]

**pharmaceutical equivalence**
To be pharmaceutically equivalent, the *generic* and proprietary *formulations* must (1) contain the same amount of active ingredient; (2) contain the same active ingredient in the same *dosage form*; (3) be intended for the same route of *administration*; and (4) generally be labeled for the same conditions of use.

> *Note*:    It is not usually required that the generic and the reference *drug* contain the same *excipients*, or that the mechanism by which the active drug substance is released from the formulation be the same. But, the regulation authority approves the generic equivalent on the basis of certain in vitro and in vivo data.

See *bioequivalence*, *generic*, *nonproprietary*.

© 2009 IUPAC, *Pure and Applied Chemistry* 81, 971–999

GSK-PBM-00912316

994                                        E. BREUER et al.

**pharmaceutics**
Science of preparation of *drugs*, *dosage forms*, and *drug delivery systems* taking into account the *pharmacokinetics* and *pharmacodynamics* of the drug as well as its physical and chemical properties.

**polymorph**
Solid material that exists at least in two different molecular arrangements, i.e., distinctly different *crystal* species.

> *Note 1*:    The differences between polymorphs disappear in solution or in the vapor phase.

> *Note 2*:    Solubility, melting point, density, crystal shape, crystal structure, and some other physical properties often differ from one polymorph to the other.

**polymorphic transition**
Transition of a solid *crystalline* phase to another phase having the same chemical composition but a different *crystal* structure.

> *Note*:    The transition may occur at a characteristic temperature and pressure, called the inversion point.

[3,20]

**polymorphism**
Existence of two or more different *crystal* structures for the same compound.

**powder grades**
Defined for *powders* used pharmaceutically, according to particle sizes.

> *Note*:    It is required that when the fineness of a powder is described by a number, all particles must pass through a sieve with aperture diameter in microns equal to that number.

**powder(s)**
Dry solid material consisting of many, usually free flowing, fine particles. Conventionally, the title "powder" should be restricted to powder mixes for internal use and alternative terms are used for other powdered *formulations* presented in this way, e.g., *dusting powders*, which are for external use.

> *Note* :    The term "powder", when used to describe a dosage form, however, describes a formulation in which a *drug powder* has been mixed with other powdered *excipient*s to produce the final product.

**preformulation**
Exploratory activity that begins early in *pharmaceutics*, involving studies designed to determine the compatibility of *excipients* with the active substance for a *biopharmaceutical*; physicochemical and bioanalytical investigation in support of promising experimental *formulations*.
[21]

**prodrug**
Chemically modified form of a pharmacologically active compound that has to undergo biochemical or chemical transformation before exhibiting its pharmacological effect.

© 2009 IUPAC, *Pure and Applied Chemistry* 81, 971–999

GSK-PBM-00912317

> *Note*:    Prodrugs can be viewed as *drugs* containing specialized nontoxic protective groups used in a transient manner to alter or to eliminate undesirable properties in the parent drug molecule.

[2]

**prolonged action**
See *sustained release.*

**pseudopolymorph(s)**
Different *crystalline* form(s) of a *solvated* compound that differ in the identity and/or the stoichiometry of the *solvating* molecule.

**relative bioavailability**
Measure of the fraction of a given *drug* that is absorbed intact into the *systemic* circulation from a *dosage form*, relative to a recognized, clinically proven, standard dosage form of that drug.

**repeat action dosage form**
*Tablet* or *capsule* distinguished from a *sustained-release dosage form*, by the fact that it releases the medicinal agent, or part of it, at any time other than promptly after administration as opposed to a slow, controlled manner.

> *Note*:    A repeat action tablet contains usually two doses of the *drug*, the first being released immediately following *per-oral administration*. The second dose is released later, when the layer of *enteric coating* is dissolved.

**sieving**
Process that differentiates or separates solid particles according to their size using a meshed or perforated device.

**slow release**
See *sustained release.*

**slugging**
Method by which *powder* particles are compressed into a large *tablet*, called a slug, which is subsequently dry-screened and compressed into a tablet.

**sol**
Fluid colloidal dispersion of a solid in a liquid.
*Surfactant* solution above the *critical micelle concentration* [5,6].

**sol-gel transition**
Transition of a suspension of solid, usually colloid, particles in a liquid (*sol*) to an apparent solid, jelly-like material (*gel*).
[3,20]

© 2009 IUPAC, *Pure and Applied Chemistry* 81, 971–999

GSK-PBM-00912318

996                                        E. BREUER et al.

**solubilizing agents**
Additives making a substance soluble or more soluble, especially in water.

**solvate**
*Crystalline* form of a compound in which one or more solvent molecules are part of the *crystal* structure.
See also *hydrate*.

**spheronization**
Process of making dense, spherical *pellets* by means of special spheronizing or pelletizing equipment.

**stent**
Scaffold placed into narrowed, diseased vessels (mainly coronary arteries) or a device implanted in a vessel used to help keep it open.
[22]

**sterility**
Condition of being aseptic, or statistically free from living microorganisms and their spores.

**sterilization**
Destruction or removal of microorganisms in or about an object, e.g., by steam (flowing or pressurized), chemical agents (alcohol, phenol, ethylene oxide gas), high-velocity electron bombardment, gamma or ultraviolet light radiation or filtration.

**sublingual tablets**
Usually small, flat, and soft *tablets*, which are designed to be placed under the tongue to allow direct absorption of the active ingredient through the mucosa for *systemic* effect.

**suppositories**
*Dosage form*, semi-solid, used for the *administration* of *drugs* via the rectal route, for *systemic* or *local* effect. When application is via other routes (e.g., the *vaginal route*), suppositories are termed differently, inserts, *pessaries*, etc.

> *Note 1*:  The vehicles used in suppositories are of two types, i.e., fatty bases and water-soluble ones.

> *Note 2*:  An important requirement for suppositories is a melting point (or disintegration/dissolution) at around 36–37 °C so as to discharge the drug in the rectum.

**surfactant (surface-active agent)**
Substance that alters the conditions prevailing at an interface, causing, for example, a marked decrease in the surface tension of water or nonaqueous solvents.

> *Note 1*:  Such substances are of importance in a wide variety of fields as *emulsifying* agents, *detergents*, *solubilizing agents*, wetting agents, foaming and antifoaming agents, *flocculants* and *deflocculants*, and in *drug* stability and *drug absorption*.

© 2009 IUPAC, *Pure and Applied Chemistry* 81, 971–999

GSK-PBM-00912319

> Note 2:   Surfactants are characterized by having two regions in their molecular structure: a *lyophobic* (or *hydrophobic*) group, such as a hydrocarbon chain, that has no affinity for water, and a *lyophilic* (or *hydrophilic*) group that has an affinity for water.

[3,6]

## sustained release

*Dosage form* designed to release the *drug* contained therein at a continuous and controlled rate for a longer period of time that can normally be achieved with its conventional, nonsustained counterpart.

> Note 1:   Per-oral administration of a single dose of a sustained-release product increases the duration of therapeutic action of the drug, beyond that achieved normally with a single dose of the corresponding non-sustained conventional counterpart.

> Note 2:   Sustained-release injectables are also available.

Other terms used to describe the same concept include: "controlled release", "extended release", "long-acting", "gradual release", "modified release", "prolonged action", and "slow release".

## syrup

Liquid preparation of high sugar concentration with or without medicinal and additional flavoring substances.

> Note 1:   Syrup is a highly concentrated solution of sugar. Other polyols, such as glycerol or sorbitol, may be present to retard crystallization of sucrose or to increase the solubility of added ingredients.

> Note 2:   When the syrup contains a medicinal substance, it is termed "medicated syrup"; and the syrup is diluted since USP syrup is close to a saturated solution. Although syrup tends (due to its very high [approximately 85 %] sucrose content) to resist mold or bacterial contamination, syrup may contain antimicrobial agents to prevent bacterial and mold growth.

> Note 3:   It is often required to add a cosolvent or water to the medicated syrup in order to dissolve the *drug*.

## systemic

1.   Effect, relating to the entire organism as distinguished from any of its individual parts.
2.   Opposite of local (administration or pathology).

> Note 1:   To obtain a systemic effect, transfer of *drug* through the systemic circulation is required.

> Note 2:   *Intravenous* or *transdermal administrations* and *tablets* for *oral administration* are typically for *systemic* action.

> Note 3:   *Ear* or eye drops, *topical creams*, or *drug-eluting stents* are typically for *local action*.

## tablet

pastille
*pellet*
pill
*troche*

© 2009 IUPAC, *Pure and Applied Chemistry* 81, 971–999

GSK-PBM-00912320

998                                    E. BREUER et al.

Solid dosage form compressed into a specific shape containing medicinal substances with or without suitable diluents.

> *Note*:    Tablets may vary in shape, size, color and weight, and may be classified according to the method of manufacture, as molded tablet and compressed tablet.

See also: *buccal tablet, compressed tablet, enteric coating, lozenge, prolonged-action tablet, sublingual tablet, sustained-action tablet.*


### tablet coating
Solid layers based typically on cellulose derivatives and may include plasticizers and pigments. Employed usually for one or more of the following reasons:

1.    Protection of the ingredients (from light or moisture).
2.    Masking the bad taste of the drug.
3.    Masking possible batchwise differences in the appearance of raw materials and hence allaying possible patient concern over tablets of differing appearance.
4.    Coating confers mechanical strength and facilitates handling.
5.    Colored coating aids in the rapid identification of a product.
6.    Functional film coating is used to impart *enteric* or *controlled-release* properties to the tablet.

See *enteric coating.*


### therapeutic index
Ratio between toxic and therapeutic doses (the higher the ratio, the greater the safety of the therapeutic dose).
[12]


### transplantation
The removal of tissue from one part of the body or from one individual and its implantation or insertion in another.
See also *implantation.*


### troche
Applied to compressed *lozenges.* In lay language, lozenge and troche are used interchangeably.


## REFERENCES

1.    M. Nordberg, J. H. Duffus, D. M. Templeton. *Pure Appl. Chem.* **79**, 1583 (2007).
2.    C. G. Wermuth, C. R. Ganellin, P. Lindberg, L. A. Mitscher. *Pure Appl. Chem.* **70**, 1129 (1998).
3.    IUPAC. *Compendium of Chemical Terminology*, 2nd ed. (the "Gold Book"). Compiled by A. D. McNaught and A. Wilkinson. Blackwell Scientific Publications, Oxford (1997). XML on-line corrected version: http://goldbook.iupac.org (2006) created by M. Nic, J. Jirat, B. Kosata; updates compiled by A. Jenkins.
4.    <http://www.google.com/search?hl=en&client=firefox-a&rls=org.mozilla:en-US: official&hs=ZAK&defl=en&q=define:Adsorption&sa=X&oi=glossary_definition&ct=title>.
5.    J. Alemán, A. V. Chadwick, J. He, M. Hess, K. Horie, R. G. Jones, P. Kratochvíl, I. Meisel, I. Mita, G. Moad, S. Penczek, R. F. T. Stepto. *Pure Appl. Chem.* **79**, 1801 (2007).
6.    D. H. Everett. *Pure Appl. Chem.* **31**, 577 (1972).
7.    M. Nordberg, J. Duffus, D. M. Templeton. *Pure Appl. Chem.* **76**, 1033 (2004).

GSK-PBM-00912321

8.  R. van Grieken, M. de Bruin. *Pure Appl. Chem.* **66**, 2513 (1994).

9.  B. Nagel, H. Dellweg, L. M. Gierasch. *Pure Appl. Chem.* **64**, 143 (1992).

10. <http://www.pauloabbe.com/glossary.html>.

11. <http://www.medterms.com/script/main/art.asp?articlekey=2872>.

12. J. H. Duffus, M. Nordberg, D. M. Templeton. *Pure Appl. Chem.* **79**, 1153 (2007).

13. (a) R. D. Winslow, S. K. Sharma, M. C. Kim. *Mt. Sinai J. Med.* **72**, 81 (2005); (b) R. Moreno, C. Fernandez, R. Hernandez, F. Alfonso, D. J. Angiolillo, M. Sabate, J. Escaned, C. Banuelos, A. Fernandez-Ortiz, C. Macaya. *J. Am. Collect. Cardiol.* **45**, 954 (2005).

14. H. Kalász, I. Antal. *Curr. Med. Chem.* **13**, 2535 (2006).

15. N. Washington, C. Washington, C. G. Wilson. *Physiological Pharmaceutics: Barriers to Drug Absorption*, 2nd ed., Taylor & Francis, New York (2001).

16. (a) W. C. Griffin. *J. Soc. Cosmet. Chem.* **1**, 311 (1949); (b) W. C. Griffin. *J. Soc. Cosmet. Chem.* **5**, 259 (1954); (c) J. T. Davies. *Proc. Int. Congress Surf. Act.* 426 (1957).

17. H. Van De Waterbeemd, R. E. Carter, G. Grassy, H. Kubiny, Y. C. Martin, M. S. Tute, P. Willett. *Pure Appl. Chem.* **69**, 1137 (1997).

18. W. J. Koros, Y. H. Ma, T. Shimidzu. *Pure Appl. Chem.* **68**, 1479 (1996).

19. I. Ghebre-Sellassie (Ed.). *Pharmaceutical Pelletization Technology*, Informa Healthcare, New York (1989).

20. J. B. Clarke, J. W. Hastie, L. H. E. Kihlborg, R. Metselaar, M. M. Thackeray. *Pure Appl. Chem.* **66**, 577 (1994).

21. (a) S. K. Niazi. *Handbook of Preformulation: Chemical, Biological, and Botanical Drugs*, Taylor & Francis, London (2006); (b) M. Gibson. *Pharmaceutical Preformulation and Formulation*, 2nd ed., Taylor & Francis, London (2009).

22. W. E. Boden, R. A. O'Rourke, K. K. Teo, P. M. Hartigan, D. J. Maron, W. J. Kostuk, M. Knudtson, M. Dada, P. Casperson, C. L. Harris, B. R. Chaitman, L. Shaw, G. Gosselin, S. Nawaz, L. M. Title, G. Gau, A. S. Blaustein, D. C. Booth, E. R. Bates, J. A. Spertus, D. S. Berman, J. Mancini, W. S. Weintraub. *N. Engl. J. Med.* **356**, 1503 (2007).

GSK-PBM-00912322

# JA-004

The '099 Publication discloses "a method for encapsulating high molecular weight nucleic acids and which also provides for high entrapment efficiency." '099 Publication at [0012]. The '099 Publication also describes "a method for transfecting cells which is fast, inexpensive and reliable, in comparison to available methods for transfecting cells." *Id*. The '099 Publication reports "method for encapsulating in liposomes nucleic acids ranging from about 1 to 20 kB and, preferably, from about 5 to about 18 kB." *Id*. at [0015].

### 13.    Felnerova et al., "Liposomes and Virosomes as Delivery Systems for Antigens, Nucleic Acids and Drugs," 15 Current Opinion in Biotech., 518–529 (2004) ("Felnerova 2004")

Felnerova 2004 published in 2004 and is prior art to the Asserted Patents under, at least, 35 U.S.C. § 102(b).

Felnerova 2004 describes the advantages of liposomal delivery systems, including that liposomes protect their payload from the environment. Felnerova 2004 at 518; *see also id*. at 519 (teaching that liposomes can protect nucleic acids, such as DNA and RNA, from extracellular degradation and deliver RNA to the cytoplasm). Felnerova 2004 further teaches that "[a]s a negative charge is a common feature of nucleic acids, the inclusion of cationic lipids in the liposome formulation results in a strong association of the liposome contents (nucleic acids) with the liposomal carrier. In addition, cationic lipids, especially when forming nonlamellar phases, possess some intrinsic bilayer-disrupting properties enabling them to escape from endosomes." *Id*. at 519.

Felnerova 2004 teaches that "[l]iposomes are spherical, self-enclosed structures formed by a lipid bilayer surrounding the hydrophilic inner compartment." *Id*. at 522. Felnerova 2004 further teaches "[c]ationic lipids interact and form particulate complexes with negatively charged molecules in the liposomal membrane and are often used for the formulation of nucleic acids. Cationic lipids are composed of a charged head-group, a linker and a hydrophobic moiety." *Id*.

19

### 32.    Pascolo, "Plasmid DNA and Messenger RNA for Therapy," in Handbook of Pharmaceutical Biotechnology, 971–1011 (2007) ("Pascolo 2007")

Pascolo 2007 published in 2007 and is prior art to the Asserted Patents under, at least, pre-AIA 35 U.S.C. § 102(b).

Pascolo 2007 teaches that mRNA, when produced in a cell, "is capped at its 5′ end (the addition of a methylated guanine followed by three phosphates bonds) and poly-adenylated at its 3′ end (the addition of several hundreds of adenine residues)." *See* Pascolo 2007 at 977.  In the cytoplasm, "elongation initiation factors recognize the Cap structure, [and] the poly-A binding protein binds to the 3′ poly A tail.  These proteins allow the ribosomes to bind to the mRNA" to start translating mRNA to produce the encoded protein. *Id.*; *see also id.* at 980 (disclosing Cap analog (m7G(5′)ppp(5′)G)); *id.* at 985 (teaches that the poly-A tail should be of a minimum of 30 residues and preferably exceed 100 residues).  Pascolo 2007 teaches that "[a] noncapped mRNA is not translated in eukaryotic cells." *Id.* at 985.

Pascolo 2007 teaches that "[d]epending on the presence of stabilization and destabilization sequences in its UTRs, its length, structure, and efficacy of translation, the intracellular mRNA can have a half-life varying from minutes to weeks." *Id.* at 978.

Pascolo 2007 also discloses that "[l]iposomes are vesicles that consist of an aqueous compartment enclosed in a phospholipids bilayer. As they lack proteinaceous components, liposomes are not immunogenic. A broad variety of cationic liposomes containing eventually modified lipids have been used to deliver pDNA and mRNA for therapeutic utilizations." *Id.* at 981.

Pascolo 2007 teaches plasmid DNA and mRNA can be used to express the protein of interest, such as sequences encoding immunogens from viruses, bacteria, parasites, or tumors. *Id.* at 982.  Pascolo 2007 teaches that vaccination "is by far the most exploited feature of nonviral

37

vesicle because treatment with pancreatic ribonuclease did not significantly reduce the acid-precipitable radioactivity of the vesicle preparation.  Ribonuclease degraded >90% of free RNA in the presence of preformed vesicles, indicating that the lipid bilayer protected the encapsulated RNA from degradation while free molecules, of those that might be associated with the outside of the vesicle, were subject to enzymatic attack."  *Id*. at 78. Wilson 1979 discloses that liposomes "appear to be efficient vehicles for the introduction of pure nucleic acids into cells" (*id*. at 77) and notes that "LUV-entrapped poliovirus RNA produced infectious titers 10-100 fold higher than comparable RNA preparations delivered to cells by other techniques."  *Id*. at Abstract; *see also id*. at 78, 80, Tables 3, 5.

WO '023 teaches that "[r]eplicons can be used to induce an immune response against the encoded heterologous protein in an animal recipient.  Thus, the replicons of the instant invention along with a pharmaceutically acceptable carrier can constitute a vaccine.  Pharmaceutical carries included, but are not limited to . . . liposomes, . . . or any other protein or molecule able to condense the RNA."  *Id.* at 8; *see also id.* at 7 ("Replicons can be introduced into the host by several means, including intramuscular injection, gold particle-coated gene gun delivery, protein-packaged injection (e.g., packaged in pseudo-viral particles), protamine-condensed injection, or liposome-encapsulated injection.").

WO '060 discloses methods for preparing liposomes.  *See, e.g.,* WO '060 at [0288].

WO '152 discloses liposomes.  *See, e.g.,* WO '152 at [0010]. WO '152 discloses that "[l]iposomes containing the cationic lipids of the present invention are also particularly useful as carriers for vaccines that will be targeted to the appropriate lymphoid organs to stimulate an immune response." WO '152  at [0175].

WO '401 discloses liposomes "having lipid-containing membranes enclosing an aqueous interior."  WO '401 at 26-27.

478

# JA-005

8441718

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME;

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

December 19, 2023

THIS IS TO CERTIFY THAT ANNEXED HERETO IS A TRUE COPY FROM THE RECORDS OF THIS OFFICE OF:

PATENT NUMBER: *11,324,770*
ISSUE DATE: *May 10, 2022*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

Sylvia Holley
Certifying Officer

GSK-PBM-00000474

US011324770B2

## (12) United States Patent
### Geall et al.

(10) Patent No.: **US 11,324,770 B2**

(45) Date of Patent: **\*May 10, 2022**

(54) **DELIVERY OF RNA TO TRIGGER MULTIPLE IMMUNE PATHWAYS**

(71) Applicant: **GLAXOSMITHKLINE BIOLOGICALS S.A.**, Rixensart (BE)

(72) Inventors: **Andrew Geall**, Littleton, MA (US); **Katrin Ramsauer**, Vienna (AT); **Gillis Otten**, Rowley, MA (US); **Christian Walter Mandl**, Lexington, MA (US)

(73) Assignee: **GLAXOSMITHKLINE BIOLOGICALS SA**, Rixensart (BE)

(\*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 271 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **16/740,924**

(22) Filed: **Jan. 13, 2020**

(65) **Prior Publication Data**

US 2020/0323896 A1    Oct. 15, 2020

### Related U.S. Application Data

(60) Continuation of application No. 15/725,858, filed on Oct. 5, 2017, now Pat. No. 10,532,067, which is a division of application No. 13/808,085, filed as application No. PCT/US2011/043104 on Jul. 6, 2011, now Pat. No. 9,801,897.

(60) Provisional application No. 61/361,789, filed on Jul. 6, 2010.

(51) **Int. Cl.**
| | |
|---|---|
| *A61K 31/7088* | (2006.01) |
| *A61K 39/00* | (2006.01) |
| *A61K 39/12* | (2006.01) |

(52) **U.S. Cl.**
CPC .......... *A61K 31/7088* (2013.01); *A61K 39/00* (2013.01); *A61K 39/12* (2013.01); *A61K 2039/53* (2013.01); *A61K 2039/55555* (2013.01); *C12N 2760/18522* (2013.01); *C12N 2760/18534* (2013.01); *C12N 2770/36143* (2013.01)

(58) **Field of Classification Search**
None
See application file for complete search history.

(56) **References Cited**

#### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,013,556 A | 5/1991 | Woodle et al. | |
| 5,279,833 A | 1/1994 | Rose | |
| 5,750,390 A | 5/1998 | Thompson et al. | |
| 5,814,482 A | 9/1998 | Dubensky et al. | |
| 5,972,704 A | 10/1999 | Draper et al. | |
| 6,009,406 A | 12/1999 | Nick | |
| 6,015,686 A | 1/2000 | Dubensky | |
| 6,060,308 A | 5/2000 | Parrington | |
| 6,090,406 A | 7/2000 | Popescu et al. | |
| 6,395,302 B1 * | 5/2002 | Hennink | A61K 9/127 264/4.1 |
| 6,432,925 B1 | 8/2002 | Hoon et al. | |
| 6,610,321 B2 | 8/2003 | Huang et al. | |
| 6,790,449 B2 | 9/2004 | Collins | |
| 6,858,225 B2 | 2/2005 | Semple et al. | |
| 6,890,554 B2 | 5/2005 | Jessee et al. | |
| 7,250,404 B2 | 7/2007 | Feigner et al. | |
| 7,303,881 B2 | 12/2007 | Huang et al. | |
| 7,384,923 B2 | 6/2008 | Gregoriadis | |
| 7,557,200 B2 | 7/2009 | Wu et al. | |
| 7,799,565 B2 | 9/2010 | MacLachlan et al. | |
| 8,058,069 B2 | 11/2011 | Yaworski et al. | |
| 8,338,583 B2 * | 12/2012 | Michaeli | A61P 33/02 536/24.5 |
| 8,877,206 B2 | 11/2014 | Chen et al. | |
| 9,254,265 B2 | 2/2016 | Geall et al. | |
| 9,504,651 B2 | 11/2016 | MacLachlan et al. | |
| 9,770,463 B2 | 9/2017 | Geall et al. | |
| 9,801,897 B2 | 10/2017 | Geall et al. | |

(Continued)

#### FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| BR | 1120120016660 A2 | 9/2019 |
| EP | 0786522 A1 | 7/1997 |

(Continued)

#### OTHER PUBLICATIONS

Broz, et al. "Newly described pattern recognition receptors team up against intracellular pathogents", Nat. Rev. Immunol. 13:8: 551-565 (2013).

Carralot, J.P., et al., "Polarization of immunity induced by direct injection of naked sequence-stabilized mRNA vaccines". Cell. Mole. Life Sci. 61(18): 2418-2424 (2004)—XP002355208.

Cheng, W.F., et al, "Enhancement of Sindbis Virus Self-Replicating RNA Vaccine Potency by Linkage of Herpes Simplex Virus Type 1 VP22 Protein to Antigen", J. Virol. 75(5): 2368-2376 (2001)—XP002201711.

(Continued)

*Primary Examiner* — Agnieszka Boesen

(74) *Attorney, Agent, or Firm* — Christopher L. Wright

(57) **ABSTRACT**

RNA encoding an immunogen is co-delivered to non-immune cells at the site of delivery and also to immune cells which infiltrate the site of delivery. The responses of these two cell types to the same delivered RNA lead to two different effects, which interact to produce a strong immune response against the immunogen. The non-immune cells translate the RNA and express the immunogen. Infiltrating immune cells respond to the RNA by expressing type I interferons and pro-inflammatory cytokines which produce a local adjuvant effect which acts on the immunogen-expressing non-immune cells to upregulate major histocompatibility complex expression, thereby increasing presentation of the translated protein to T cells. The effects on the immune and non-immune cells can be achieved by a single delivery of a single RNA e.g. by a single injection.

**114 Claims, 10 Drawing Sheets**

GSK-PBM-00000475

**US 11,324,770 B2**

Page 2

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 9,801,987 | B2 | 10/2017 | Geall et al. |
| 10,487,332 | B2 | 11/2019 | Geall |
| 10,532,067 | B2 | 1/2020 | Geall et al. |
| 11,026,964 | B2 | 6/2021 | Geall et al. |
| 2003/0124134 | A1 | 7/2003 | Edwards et al. |
| 2003/0138453 | A1 | 7/2003 | O'Hagan et al. |
| 2003/0212022 | A1 | 11/2003 | Vogel et al. |
| 2004/0142025 | A1 | 7/2004 | MacLachlan et al. |
| 2005/0032730 | A1 | 2/2005 | Von Der Mulbe et al. |
| 2005/0042230 | A1 | 2/2005 | Anderson et al. |
| 2005/0064595 | A1 | 3/2005 | Maclachlan et al. |
| 2005/0118566 | A1 | 6/2005 | Escriou et al. |
| 2006/0002991 | A1 | 1/2006 | Essler et al. |
| 2006/0051405 | A1 | 3/2006 | Maclachlan et al. |
| 2006/0063732 | A1 | 3/2006 | Vogel et al. |
| 2006/0083780 | A1 | 4/2006 | Heyes et al. |
| 2006/0177819 | A1 | 8/2006 | Smith et al. |
| 2007/0014805 | A1 | 1/2007 | Dalencon et al. |
| 2007/0118094 | A1 | 5/2007 | Bingham et al. |
| 2008/0057080 | A1 | 3/2008 | Luke et al. |
| 2008/0085870 | A1 | 4/2008 | Hermanson et al. |
| 2008/0249046 | A1 | 10/2008 | MacLachlan et al. |
| 2008/0311158 | A1 | 12/2008 | Merola |
| 2009/0104226 | A1 | 4/2009 | Perri |
| 2010/0040650 | A1 | 2/2010 | Crowe et al. |
| 2010/0173980 | A1 | 7/2010 | Valliant et al. |
| 2011/0076335 | A1 | 3/2011 | Yaworski et al. |
| 2011/0200582 | A1 | 8/2011 | Baryza |
| 2011/0200667 | A1 | 8/2011 | Contreras et al. |
| 2011/0244026 | A1 | 10/2011 | Guild et al. |
| 2011/0300205 | A1 | 12/2011 | Geall |
| 2011/0305727 | A1 | 12/2011 | Swanson et al. |
| 2012/0100207 | A1 | 4/2012 | Motokui et al. |
| 2012/0195936 | A1 | 8/2012 | Carten et al. |
| 2013/0171241 | A1 | 7/2013 | Geall et al. |
| 2013/0189351 | A1 | 7/2013 | Geall |
| 2013/0195968 | A1 | 8/2013 | Geall et al. |
| 2013/0195969 | A1 | 8/2013 | Geall et al. |
| 2013/0202684 | A1 | 8/2013 | Geall et al. |
| 2014/0141070 | A1 | 5/2014 | Geall et al. |
| 2016/0024157 | A1 | 1/2016 | Masignani et al. |
| 2016/0129105 | A1 | 5/2016 | Mülbe et al. |
| 2018/0094033 | A1 | 4/2018 | Telford et al. |
| 2019/0343862 | A1 | 11/2019 | Geall |
| 2020/0048636 | A1 | 2/2020 | Geall |
| 2020/0323896 | A1 | 10/2020 | Geall |
| 2021/0268013 | A1 | 9/2021 | Geall et al. |

FOREIGN PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| EP | 1083232 | A1 | 3/2001 |
| EP | 1392341 | B1 | 3/2005 |
| EP | 1637144 | A1 | 3/2006 |
| EP | 2591114 | B1 | 6/2016 |
| EP | 2590676 | B1 | 8/2016 |
| EP | 3318248 | B1 | 4/2019 |
| EP | 2591103 | B1 | 8/2019 |
| JP | 2001514857 | A | 9/2001 |
| JP | 2007112768 | A1 | 5/2007 |
| JP | 2008501729 | A | 1/2008 |
| WO | 1993024640 | A2 | 12/1993 |
| WO | 98/10748 | A1 | 3/1998 |
| WO | 1999011808 | A1 | 3/1999 |
| WO | 99/52503 | A2 | 10/1999 |
| WO | 2000000617 | A2 | 1/2000 |
| WO | 01/29233 | A2 | 4/2001 |
| WO | 2001/79253 | A1 | 10/2001 |
| WO | 2002002606 | A2 | 1/2002 |
| WO | 02/09645 | A2 | 2/2002 |
| WO | 02/26209 | A2 | 4/2002 |
| WO | 2002034771 | A2 | 5/2002 |
| WO | 02/061113 | A2 | 8/2002 |
| WO | 2002072027 | A2 | 9/2002 |
| WO | 2002079239 | A2 | 10/2002 |
| WO | 02/095023 | A2 | 11/2002 |
| WO | 2002026209 | A3 | 1/2003 |
| WO | 2003018054 | A1 | 3/2003 |
| WO | 2003068190 | A1 | 8/2003 |
| WO | 2004098509 | A2 | 11/2004 |
| WO | 2005002619 | A2 | 1/2005 |
| WO | 2005032582 | A2 | 4/2005 |
| WO | 2005111066 | A2 | 11/2005 |
| WO | 2005/120152 | A2 | 12/2005 |
| WO | 2005113782 | A1 | 12/2005 |
| WO | 2005120152 | A2 | 12/2005 |
| WO | 2005121348 | A1 | 12/2005 |
| WO | 2006/078294 | A2 | 7/2006 |
| WO | 2006089264 | A2 | 8/2006 |
| WO | 2006091517 | A2 | 8/2006 |
| WO | 2006092607 | A1 | 9/2006 |
| WO | 2006110413 | A2 | 10/2006 |
| WO | 2006138004 | A2 | 12/2006 |
| WO | 2007024708 | A2 | 3/2007 |
| WO | 2007/047749 | A1 | 4/2007 |
| WO | 2007047749 | A1 | 4/2007 |
| WO | 2007049155 | A2 | 5/2007 |
| WO | 2007024708 | A3 | 9/2007 |
| WO | 2008020330 | A2 | 2/2008 |
| WO | 2008103276 | A2 | 8/2008 |
| WO | 2008/137758 | A2 | 11/2008 |
| WO | 2008/155141 | A2 | 12/2008 |
| WO | 2009016515 | A2 | 2/2009 |
| WO | 2009031043 | A2 | 3/2009 |
| WO | 2009042794 | A3 | 5/2009 |
| WO | 2009/079185 | A2 | 6/2009 |
| WO | 2009/086558 | A1 | 7/2009 |
| WO | 2009104092 | A2 | 8/2009 |
| WO | 2009109860 | A2 | 9/2009 |
| WO | 2009111088 | A2 | 9/2009 |
| WO | 2009127230 | A1 | 10/2009 |
| WO | 2009132206 | A1 | 10/2009 |
| WO | 2009/146867 | A1 | 12/2009 |
| WO | 2010/015098 | A1 | 2/2010 |
| WO | 2010042877 | A1 | 4/2010 |
| WO | 2010059689 | A2 | 5/2010 |
| WO | 2010119343 | A2 | 10/2010 |
| WO | 2011/005799 | A2 | 1/2011 |
| WO | 2011/008974 | A2 | 1/2011 |
| WO | 2011001780 | A1 | 1/2011 |
| WO | 2011005799 | A2 | 1/2011 |
| WO | 2011/068810 | A1 | 6/2011 |
| WO | 2011/076807 | A2 | 6/2011 |
| WO | 2011140627 | A1 | 11/2011 |
| WO | 2012/006369 | A2 | 1/2012 |
| WO | 2012/006377 | A2 | 1/2012 |
| WO | 2012/006378 | A1 | 1/2012 |
| WO | 2012/006380 | A2 | 1/2012 |
| WO | 2012006372 | A1 | 1/2012 |
| WO | 2012006380 | A2 | 1/2012 |
| WO | 2012/030901 | A2 | 3/2012 |
| WO | 2012031043 | A2 | 3/2012 |
| WO | 2012031046 | A1 | 3/2012 |
| WO | 2013033563 | A1 | 3/2013 |

OTHER PUBLICATIONS

Diebold, S.S., et al., "Innate Antiviral Responses by Means of TLR7-Mediated Recognition of Single-Stranded RNA", Science 303(5663): 1529-1531 (2004)—XP002675306.

Fleeton et al. (Journal of Infectious Diseases, 2001, vol. 183, p. 1395-1398).

Greer, C, et al., "A chimeric alphavirus RNA replicon gene-based vaccine for human parainfluenza virus type 3 induces protective immunity against intranasal virus challenge", Vaccine 25(3): 481-489 (2007)—XP005798901.

Hamm et al. (International Immunology, 2007, vol. 19, 297-304).

Hoerr, et al., "In vivo application of RNA leads to induction of specific cytotoxic T lymphocytes and antibodies"; Eur. J. Immunol.; 2000; vol. 30; pp. 1-7.

Hornung, et al., "5'-Triphosphate RNA is the Ligand for RIG-I" Science; 2006; vol. 314; pp. 994-997.

Johnson, T, et al., "TLR9 agonist, but not TLR7/8, functions as an adjuvant to diminish FI-RSV vaccine-enhanced disease, while either

GSK-PBM-00000476

**US 11,324,770 B2**

Page 3

(56)　　　　**References Cited**

OTHER PUBLICATIONS

agonist used as therapy during primary RSV infection increases disease severity", Vaccine 27 (23): 3045-3052 (2009)—XP026058722.

Kariko, et al., "mRNA is an Endogenous Ligand for Toll-like Receptor 3"; The Journal of Biological Chemistry; 2004; vol. 279, No. 13; pp. 12542-12550.

Kariko, et al., "Suppression of RNA Recognition by Toll-like Receptors: The Impact of Nucleoside Modification and the Evolutionary Origin of RNA"; Immunity; 2005; vol. 23; pp. 165-175.

Kornbluth at al. (Journal of Leukocyte Biology, 2006, vol. 80, p. 1084-1102).

Martinon et al. (European Journal of Immunology, 1993, vol. 23, p. 1719-1722).

Martinon, et al., "Induction of virus-specific cytotoxic T lymphocytes in vivo by liposome-entrapped mRNA"; Eur. J. Immunol.; 1993; vol. 23; pp. 1719-1722.

Scheel, et al., "Toll-like receptor-dependent activation of several human blood cell types by protamine-condensed mRNA"; Eur. J. Immunol.; 2005; pp. 1557-1566.

Third Party Observations under Art. 115 EPC Nov. 3, 2016; pp. 1-17.

Ying, H., et al., "Cancer therapy using self-replicating RNA vaccine", Nat. Med. 5(7):823-827 (1999).

Zhou, X., et al., "Self-replicating Semliki Forest virus RNA as recombinant vaccine", Vaccine 12(16): 1510-1514 (1994).

Crooke Stanley T. ed., Antisense Drug Technology: Principles, Strategies, and Applications, 2nd ed., chapter 9 (2008), pp. 237-270.

Fleeton et al., Journal of Infectious Diseases, 183:1395-1398 (2001).

Singh et al., PNAS, 97:811-816 (2000).

Ott et al., Journal of Controlled Release, 79:1-5 (2002).

Bringmann et al., Journal of Biomedicine and Biotechnology, 2010:1-12 (2010).

Saxena et al., Veterinary Microbiology, 136:36-44 (2009).

Manning et al., Intervirology, 20:164-168 (1983).

Wilson et al., Cell, 17:77-84 (1979).

Zimmermann et al., Nature, 441:111-114 (2006).

Lazzaro et al., Immunology, 146:312-326 (2015).

Anonymous, "Mengovirus", Wikipedia, (Apr. 25, 2020), pp. 1-2, URL: https://en.wikipedia.org/wiki/Mengovirus.

Leitner et al., Vaccine, 18:765-777 (2000).

Dupuis et al., Cellular Immunology, 186:18-27 (1998).

Dupuis et al., Journal of Immunology, 165:2850-2858 (2000).

Mosca et al., Proc. Natl. Acad. Sci. USA, 105:10501-10506 (2008).

Kumar et al., Biochemical and Biophysical Research Communications, 388:621-625 (2009).

Strejan et al., Journal of Neuroimmunology, 7:27-41 (1984).

Vignuzzi et al., Journal of General Virology, 82:1737-1747 (2001).

Cheng et al., Journal of Immunology, 166:6218-6226 (2001).

Jeffs et al., Pharmaceutical Research, 22:362-372 (2005).

Heyes et al., Journal of Controlled Release, 107:276-287 (2005).

Fenske et al., Toxicologic Pathology, 36:21-29 (2008).

Buyens et al., Langmuir, 25:4886-4891 (2009).

Zhou et al., Human Gene Therapy, 10:2719-2724 (1999).

Zuckerman, BMJ, 321:1237-1238 (2000).

Certified U.S. Appl. No. 61/361,794, filed Jul. 6, 2010.

Schlesinger and Dubensky Curr. Op. Biotech, 1999, vol. 10, pp. 434-439.

S11223347 Jul. 6, 2009; US Certified Provisional Patent Application.

Declaration of Prof. Liljestrom submitted to the European Patent Office in the opposition proceedings concerning EP2590676 B1.

Liljestrom Curriculum Vitae.

Liljestrom Publications.

Aberle, "Humeral and Cellular Immune Response to RNA Immunization with Flavivirus Replicons Derived from Tick-Borne Encephalitis Virus", Journal of Virology; 2005; pp. 15107-15113; vol. 79(24).

Acheampong, Samuel et al.; "Ionization and transfection activity of n-methyl-substituted carbamoyl-cholesterol derivatives", Journal of Biophysical Chemistry, vol. 2, No. 2, 53-62; 2011.

Felgner, et al., "Lipofection: A Highly Efficient, Lipid-Mediated DNA-Transfection Procedure." Proc. Natl. Acad. Sci. USA; 1987pp. 7413-7417; vol. 84.

Atwood, et al., "Comprehensive Supramolecular Chemistry II" Gen. Prin. of SupraMol. Chem. and Mol. Recogn.; pp. 141-143.

Final Decision and Upheld Claims from EP2591114, European Equivalent of U.S. Appl. No. 13/808,153, dated Nov. 27, 2018.

Babiuk, S., et al., "Electroporation improves the efficacy of DNA vaccines in large animals." Vaccine; pp. 3399-3408; vol. 20(27-28).

Bagarazzi, M. L., et al., "Immunotherapy against HPV16/18 generates potent TH1 and cytotoxic cellular immune responses." Science Translational Medicine; 2012; vol. 4(155).

Bailey et al., Biochemistry, 33:12573-80 (1994).

Barai, V.N. et al. Production of highly purified RNA from yeast using calcium. Applied Biochemistry and Microbiology. 1995; 31(5): 421-424.

Birdi, K.S., Handbook of Surface and Colloidal Chemistry, CRC Press.

Fraenkel-Conrat, "Togaviridae", Virology second edition, Prentice-Hall Inc.; 1988; p. 2 pp. 99.

Bogers, et al., "Macaques Primed with Self-Amplifying RNA Vaccines Expressing HIV-1 Envelope and Boosted with Recombinant Protein Show Potent T- and B-Cell Responses" poster at the AIDS Vaccine 2012 meeting; Sep. 9-12, 2012; Boston, MA USA.

Bogers, et al., "Potent Immune Responses in Rhesus Macaques Induced by Nonviral Delivery of a Self-amplifying RNA Vaccines Expressing HIV Type 1 Envelope With a Cationic Nanoemulsion." J. Infectious Disease; 2015; pp. 947-955; vol. 211.

Boxus, M., et al., "DNA immunization with plasmids encoding fusion and nucleocapsid proteins of bovine respiratory synctial virus induces a strong cell-mediated immunity and protects calves against challenge." Journal of Virology; 2007; pp. 6879-6889; vol. 81(13).

Bramwell (DDT. 2005; 10(22): 1527-1534).

Brito, et al., "A Cationic Nanoemulsion for the Delivery of Next-generation RNA Vaccines" The Journal of the Am. Soc. Gene & Cell Thera; 2014; pp. 2118-2129; vol. 22.

Brito, Luis et al.; "Self-Amplifying mRNA Vaccines", Advances in Genetics, vol. 89; p. 179-233; 2014.

Buza, J. et al., "CD14+ cells are required for IL.-12 response in bovine blood mononuclear cells activated with Toll-like receptor (TLR) 7 and TLR8 ligands", Vet. Immunol. Immunopath. 126(3-4): 273-282 (2008)—XP025676816.

Cannon, G., et al., "RNA Based Vaccines", DNA Cell Biol., 21(12): 953-961 (2002).

Caplen, N.J., "Nucleic acid transfer using cationic lipids", Methods in Mole. Biol., 133:1-19 (2000).

Chambers, et al., "Vaccination of mice and cattle with plasmid DNA encoding the Mycobacterium bovis antigent MPB83." Clinical Infection Diseases; 2000; pp. S283-S287; vol. 30(3).

Chiaramoni et al. Liposome/DNA systems: correlation between hydrophobicity and DNA conformational change. J Biol Phys (2008) 34:179-188.

Chrai, et al. (2002). Liposomes: A Review Part I: Manufacturing Issues, (April), Biotech Trends, Pharmaceutical Technology, pp. 28-34.

Freddolino, et al, "Molecular Dynamics Simulations of the Complete Satellite Tobacco Mosaic Virus." Structure; 2006; pp. 437-449; vol. 14.

Conry, et al., "Characterization of a Messenger RNA Polynucleotide Vaccine Vector." Cancer Research; 1995; pp. 1397-1400; vol. 55.

Cox, et al., "Bovine herpesvirus 1: immune responses in mice and cattle injected with plasmid DNA." Journal of Virology; 1993; pp. 5664-5667; vol. 67(9).

Cui, et al., DNA Vaccine, Advances in Genetics; 2005; pp. 257-289; vol. 54.

Cullis, Pieter; WO2011140627 certified Priority Document U.S. Appl. No. 61/280,510.

Cvagna, et al.; "7—Signs and Work of Man"; The National Park of the Casentine Forests; 2003; pp. 175.

GSK-PBM-00000477

**US 11,324,770 B2**

Page 4

(56)                **References Cited**

OTHER PUBLICATIONS

Davis, et al., "DNA vaccine for hepatitis B Evidence for immunogenicity in chimpanzees and comparison with other vaccines." Proc. Natl Acad Sci USA; 1996; pp. 7213-7218; vol. 93.

Deering, et al., "Nucleic acid vaccines: prospects for non-viral delivery of mRNA vaccines." Expert Opinion Drug Delivery; 2014; pp. 885-899; vol. 11(6).

Declaration of Professor Liljestrom dated Dec. 11, 2018 submitted in EP2590676, itself having annexes A-G.

Declaration by Prof. Peter Liljestrom, dated Aug. 7, 2018.

Declaration by Prof. Peter Liljestrom, dated Mar. 31, 2019.

Declaration Andrew Geall dated Sep. 11, 2014.

Fynan, E.F., et al., DNA vaccines: Protective immunizations by parenteral, mucosal, and gene-gun inoculations; Proc Natl Acad Sci.; 1993; pp. 11478-11482; vol. 90.

El Ouahabi, A. et al., "Double long-chain amidine liposome-mediated self replicating RNA transfection", FEBS Letters, 380(1-2): 108-112 (1996).

Elbashir et al., (2001). Duplexes of 21-nucleotide RNAs mediate RNA interference in cultured mammalian cells. Nature, 411(6836), 494-8.

"Encyclopedia Britannica" House Mouse; 2005.

Evers, M., Kulkarni, J., Van Der Meel, R., Cullis, P., Vader, P., Schiffelers, R., "State-of-the-Art Design and Rapid-Mixing Production Techniques of Lipid Nanoparticles for Nucleic Acid Delivery" Small Methods, 2:1-20, (2018).

Papahadjopoulos, et al., "Cochleate Lipid Cylinders: Formation by Fusion of Unilamellar Lipid Vesicles" Biochim et Biophys Acta; 1975; pp. 483-491; vol. 394.

Papahadjopoulos, et al., "Incorporation of Macromolecules within Large Unilamellar Vesicles (LUV)" Annals NY Academy of Sciences; 1978; pp. 259-267.

Perri et al., J Virol, (2003), vol. 77, pp. 10394-10403.

Preliminary Opposition Opinion from EP2591114, European Equivalent of U.S. Appl. No. 13/808,153, dated Feb. 23, 2018.

"Pschyrembel, Klinisches Wortenbuch" Immunisisenrung, Immunreaktion; 1997; pp. 747-748.

Ramana, et al. (2010). Development of a liposomal nanodelivery system for nevirapine. Journal of Biomedical Science, 17, 57.

Rayner, et al., "Alphavirus vectors and vaccination", Reviews in Medical Virology; 2002; pp. 279-296; vol. 12.

Wilson, "Biological properties of poliovirus encapsulated in lipid vesicles: Antibody resistance and infectivity in virus-resistant cells", Proc. Natl. Acad. Sci. USA; 1977; pp. 3471-3475; vol. 74, No. 8.

Ren et al. Immunogene therapy of recurrent glioblastoma multiforme with a liposomally encapsulated replication-incompetent Semliki forest virus vector carrying the human interleukin-12 gene—a phase 1/11 clinical protocol (J. NeuroOnc, 2003, 64:147-154) (Year: 2003).

Wilson, Kaley et al.; "The combination of stabilized plasmid lipid particles and lipid nanoparticle encapsulated CpG containing oligodexoynucleotides as a systemic genetic vaccine", The Journal of Gene Medicine; 11; p. 14-25; 2009.

Rodriguez-Gascon, et al., Development of nucleic acid vaccines: use of self-amplifying RNA in lipid nanoparticles, International Journal of Nanomedicine, 2014, vol. 9(1), 1833-1843.

Russell Johnson Declaration.

Wloch, et al., "Safety and Immunogenicity of a Bivalent of CMV DNA Vaccine in Healthy Adult Subjects." J Infect Dis; 2008; pp. 1634-1642; vol. 197(12).

Sacco, et al., "The Average Body Surface Area of Adult Cancer Patients in the UK: A Multicentre Retrospective Study." PLoS ONE; 2010; pp. 1-6; vol. 5(1).

Saeki, Y., et al., "Development and Characterization of Cationic Liposomes Conjugated with HVJ (Sendai Virus): reciprocal Effect of Cationic Lipid for In Vitro and In Vivo Gene Transfer", Human gene Therapy, 8(17): 2134-2135 (1997).

Saenz-Badillos, et al., "RNA as a tumor vaccine; a review of the literature", Experimental Dermatology; 2001; pp. 143-154; vol. 10, Issue 3.

Samad et al. (2007). Liposomal drug delivery systems: an updated review. Curr Drug Deliv. Oct. 2007;4(4):297-305.

Xiong et al., Science, 243:1188-1191 (1989).

Schirrmacher, et al., "Intra-pinna anti-tumor vaccination with self-replicating infectious RNA or with DNA encoding a model tumor antigen and a cytokine" Gene Therapy; 2000; pp. 1137-1146; vol. 7.

Semple et al. Efficient encapsulation of antisense oligonucleotides in lipid vesicles using ionizable aminolipids: formation of novel small multilamellar vesicle structures. Biochimica et Biophysica Acta (BBA)—Biomembranes, vol. 1510, 2001, pp. 152-166.

Semple et al., Nature Biotechnology, 28:172-176 (2010).

Sharma, et al., "To scale or not to scale: the prinicples of dose extrapolation." British Journal of Pharmacology; 2009; pp. 907-921; vol. 157.

Silva, et al (2010). Effect of ultrasound parameters for unilamellar liposome preparation. Ultrasonics Sonochemistry, 17 (3), 628-32.

Singh et al., Pharmaceutical Research, (2003), vol. 20, pp. 247-251.

Smerdou, et al., "Non-viral amplification systems for gene transfer: Vectors based on alphaviruses." Curr Opin Mol Ther; 1999; pp. 244-251; vol. 1(2).

Stability data of licensed vaccines as of Nov. 29, 2012.

Stuart, et al., "A new liposomal formulation for antisense oligodeoxynucleotides with small size, high incorporation efficiency and good stability", Biochimica et Biophysica Acta, 1463(2), 219-29 (2000).

Sugiyama, T., "Immunoadjuvant effects of polyadenylic:polyuridylic acids through TLR3 and TLR7", Int. Immunolo. 20(1): 1-9 (2008)—XP002665154.

Taylor, et al., "DNA vaccination against respiratory syncytial virus in young calves." Vaccine; 2005; pp. 1242-1250; vol. 23(10).

Textbook "Antisense Drug Technology", Crooke, 2nd ed. CRC Press 2008, pp. 237-270, chapter 9: "Liposomal Formulations for Nucleic Acid Delivery".

Tseng et al.. Liposomes incorporated with cholesterol for drug release triggered by magnetic field, Journal of Medical and Biological Engineering, vol. 27, No. 1 (2007), 29-34.

Yamamoto, et al. (2009). Current prospects for mRNA gene delivery. Eur. Journal of Pharma and Biopharm 71, 184-189.

Yoder, et al., "Role of Complement in Neutralization of Respiratory Syncytial Virus" J Med Virol; 2004; pp. 688-694; vol. 72.

Ulmer, et al., "Heterologous Protection Against Influenza by Injection of DNA Encoding a Viral Protein." Science; 1993; pp. 1745-1749; vol. 259.

Vajdy, et al., "Mucosal adjuvants and delivery systems for protein-, DNA- and RNA-based vaccines." Immunol Cell Biol. Dec. 2004;82(6):617-27.

Vasiljeva et al., Journal of Biological Chemistry, Jun. 9, 2000; 275(23):17281-17287.

Vassilev, et al., "Microparticle-mediated RNA immunization against bovine viral diarrhea virus." Vaccine; 2001; pp. 2012-2019; vol. 19.

Wang, et al., "pH-sensitive immunoliposomes mediate target-cell-specific delivery and controlled expression of a foreign gene in mouse." Proc Natl Acad. Sci. USA; 1987; pp. 7851-7855; vol. 84.

Ward, et al., "Generation of CTL responses using Kunjin replicon RNA" Immunology and Cell Biology; 2003; pp. 73-78; vol. 81(1).

Weide, et al., "Results of the First Phase I/II Clinical Vaccination Trial with Direct Injection of mRNA." Journal of Immunotherapy; 2008; pp. 180-188; vol. 31(2).

Weide, et al., "Direct Injection of Protamine-protected mRNA: Results of a Phase 1/2 Vaccination Trial in Metastatic Melanoma Patients." Journal of Immunotherapy; 2009; pp. 498-507; vol. 32(5).

Yi, et al., "A Cationic Lipid Emulsion/DNA Complex as a Physically Stable and Serum-Resistant Gene Delivery." Pharmaceutical Research; 2000; pp. 314-320; vol. 17.

Whitehead, et al., "Knocking down barriers: advances in siRNA delivery" Nature Reviews Drug Discovery; 2009; pp. 129-138; vol. 8.

Opponents arguments by Georg Schnappauf filed on Jan. 14, 2022 in opposition to European Patent No. 2591103.

Opponents arguments by Janssen Vaccines & Prevention B.V. filed on Jan. 14, 2022 in opposition to European Patent No. 2591103.

GSK-PBM-00000478

# US 11,324,770 B2

Page 5

## (56)  References Cited

### OTHER PUBLICATIONS

Auxilliary requests 1, 2 and 3 (claims 1-13) filed in relation to the Opposition of European Patent No. 2590676B1 (Appln No. 11741348.4) (6 pages).

Szoka, Francis, and Demetrios Papahadjopoulos. "Procedure for preparation of liposomes with large internal aqueous space and high capture by reverse-phase evaporation." PNAS 75.9 (1978): 4194-4198.

ThermoFisher—Ribosomal RNA Sizes.

Lorenzi, Julio CC, et al. "Intranasal vaccination with messenger RNA as a new approach in gene therapy: use against tuberculosis." BMC Biotechnology 10.1 (2010): 1-11.

Smith Korsholm, Karen, et al. "The adjuvant mechanism of cationic dimethyldioctadecylammonium liposomes." Immunology 121.2 (2007): 216-226.

Espuelas, Socorro, et al. "Effect of synthetic lipopeptides formulated in liposomes on the maturation of human dendritic cells." Molecular Immunology 42.6 (2005): 721-729.

Communication of the Board of Appeals pursuant to Art. 15(1) of the Rules of Procedure of the Boards of Appeal issued on Mar. 25, 2021 in European Patent Application Publication No. 2590676.

Jones et al. "DNA vaccination protects against an influenza challenge in a double-blind randomised placebo-controlled phase 1b clinical trial" Vaccine 27 (2009): 2506-2512.

U.S. Appl. No. 17/512,258, filed Oct. 27, 2021.

U.S. Appl. No. 17/511,762, filed Oct. 27, 2021.

Gamvrellis A. et al. Vaccines that facilitate antigen entry into dendritic cells. Immunol Cell Biol. Oct. 2004; 82(5): 506-516.

Geall, A. et al (2012). Nonviral delivery of self-amplifying RNA vaccines. Proceedings of the National Academy of Sciences of the United States of America, 109(36), 14604-9.

Geall, et al. "Using self-amplifying mRNA vaccines to facilitate a rapid response to pandemic influenza" Eur. Pharm. Review 19:3 20-23 (2014).

Geisbert, et al., 2006, "Postexposure Protection of Guinea Pigs against a Lethal Ebola Virus Challenge is Conferred by RNA Interference", Journal of Infectious Diseases; 2006; pp. 1650-1657; vol. 193.

O'hagan et al., J Virology, (2001), vol. 75, pp. 9037-9043.

Giuliani et al., Proc Natl Acad Sci USA, (2006), vol. 103, No. 29, pp. 10834-10839.

Gonsalves, et al (2004). The effect of liposome size on the final lipid/DNA ratio of cationic lipoplexes. Biophysical Journal, 86(3), 1554-63.

Graham, et al., "Priming Immunization Determines T Helper Cytokine mRNA Expression Patterns in Lungs of Mice Challenged with Respiratory Syncytial Virus." The Journal of Immunology; Aug. 15, 1993; pp. 2032-2040; vol. 151, No. 4.

Granstein, et al., "Induction of Anti-Tumor Immunity with Epidermal Cells Pulsed with Tumor-Derived RNA or Intradermal Administration of RNA." Journal of Investigative Dermatology; 2000; pp. 632-636; vol. 114(4).

Opposition Document D60—Johnson Declaration from EP2591114, European Equivalent of U.S. Appl. No. 13/808,153, filed Aug. 8, 2018.

Heidel, J.D., et al., "Administration in non-human primates of escalating intravenous doses of targeted nanoparticles containing ribonucleotide reductase subunit M2 siRNA" Proc. Natl Acad Sci USA; 2007; pp. 5715-5721; vol. 104(14).

Herweijer et al. (Advanced Drug Delivery Reviews 27; 1997; 5-16).

Hope, et al., Chapter 8: Reduction of Liposome Size and Preparation of unilamellar Vesicles by Extrusion Techniques. Liposome Technology; 1993; pp. 123-129; vol. 1.

Huang, et al., Immunization with a bovine herpesvirus 1 glycoprotein B DNA vaccine induces cytotoxic T-lymphocyte responses in mice and cattle. Journal of General Virology; 2005; pp. 887-898; vol. 86(4).

Iavarone et al., "A Point Mutation in the Amino Terminus of TLR7 Abolishes Signaling without Affecting Ligand Binding", JIMMUNOL, (2011), vol. 186, pp. 4213-4222.

"IMAGINES Immunization" Merriam Webster's Medical Desk Dictionary; 1993; pp. 326-327.

Johanning et al., Nucleic Acids Res, (1995), vol. 23, pp. 1495-1501.

Johnson signed Declaration dated Oct. 22, 2020 (9 pages).

Khan, K. H. "Review DNA vaccines roles against diseases." GERMS; 2013; pp. 26-35; vol. 3(1).

Kinnan, et al., "Enhanced Immunogenicity to *Mycobacterium tuberculosis* by Vaccination with an Alphavirus Plasmid Replicon Expressing Antigen 85A" Infection and Immunity; 2003; pp. 575-579; vol. 71(1).

Kita, H., et al. "Replication of Genetic Information with Self-Encoded Replicase in Liposomes," CHEMBIOCHEM 9 (15): 2403-2410 (2008).

Knipe; Fields Virology, 4th edition, Lipincott Williams & Wilkins, 2001; p. 690; vol. 1, p. 2.

Kofler, et al. "Mimicking live flavivirus immunization with a noninfectious RNA vaccine." Proc. Natl. Acad. Sci. USA; 2004; pp. 1951-1956; vol. 101(7).

Kulkarni, et al. (1995). Factors affecting microencapsulation of drugs in liposomes. Journal of Microencapsulation, 12 (3), 229-246.

Kutzler, et al., "DNA vaccines; ready for prime time?" Nature Reviews; Genetics; 2008; pp. 776-788; vol. 9(10).

Lee, et al., "Venezuelan Equine Encephatlitis Virus-Vectored Vaccines Protect Mice Against Anthrax Spore Challenge." Infection and Immunity; 2003; pp. 1491-1496; vol. 71.

Levine, M., et al., "Vaccine development strategies for improving immunization: the role of modern immunology", Mature Immunol., 5(5): 460-464 (2004).

Levy; "Quantitation of supercoiled circular content in plasmid DNA solutions using a fluorescence based method", Nucleic Acids Res.; 2000; 28:e57.

Liljestrom, et al., (Journal of Virology. Aug. 1991; 65(8): 4107-4113).

Liljestrom, et al., Biotechnology, 9:1356-1361 (1991).

Ljungberg et al., Increased Immunogenicity of a DNA-Launched Venezuelan Equine Encephalitis Virus-Based Replicon DNA Vaccine. Journal of Virology, Dec. 2007, p. 13412-13423.

Lonez, C. et al., "Cationic liposomal lipids: From gene carriers to cell signaling", Progress in Lipid Research, 47 (5):340-347 (2008).

Lu, et al., Cancer Gene Ther., 1(4):245-252 (1994) (abstract).

Lundstrom et al., "Biology and application of alphaviruses in gene therapy", Gene Therapy; 2005; Suppl 1; pp. S92-S97.

Lyubchenko, et al., Visualization of supercoiled DNA with atomic force microscopy in situ Proc. Natl. Acad Sci. USA; 1997; pp. 496-501; vol. 94.

Malone et al., "Cationic liposome-mediated RNA transfection", Proc. Natl. Acad. Sci. (PNAS) USA: Biochemistry; 86:16; 6077-6081; 1989.

Martin, et al., "Characterization of formaldehyde-inactivated poliovirus preparations made from live-attenuated strains." Journal of General Virology; 2003; pp. 1781-1788; vol. 84.

Maurer, et al., "Spontaneous Entrapment of Polynucleotides upon Electrostatic Interaction with Ethanol-Destabilized Cationic Liposomes" Biophys Journal; vol. 80; 2001; pp. 2310-2326.

Mcglone, et al., "Pig Production: Biological Principles and Applications" Chapter 8; 2000; p. 99.

Merriam-Webster definition of "virion" (downloaded Mar. 14, 2016).

Mockey, M., et al. "mRNA-based cancer vaccine: prevention of B16 melanoma progression and metastasis by systemic injection of MART1 mRNA histidylated lipopolyplexes," Cancer Gene Therapy 14(9): 802-814 (2007).

Mockey et al., "mRNA-based cancer vaccine: Prevention of B16 melanoma progression and metastasis by systemic injection of MART1 mRNA histidylated lipoplexes", International Journal of Nanomedicine, 2008, 3(3), 359-371.

Morris-Downes, et al., "A recombinant Semliki Forest virus particle vaccine encoding the prME and NS1 proteins of louping ill virus is effective in a sheep challenge model." Vaccine; 2001; pp. 3877-3884; vol. 19.

Mossman, "Protection against Lethal Simian Immunodeficiency Virus SIVsmmPBj14 Disease by a Recombinant Semliki Forest Virus gp160 Vaccines and by a gp120 Subunit Vaccine." J. Virology; 1996; pp. 1953-1960; vol. 70.

GSK-PBM-00000479

**US 11,324,770 B2**

Page 6

(56)        **References Cited**

OTHER PUBLICATIONS

NCBI reference sequence. *Homo sapiens* coagulation factor VIII (FB), transcript variant 1, mRNA. Mar. 2016, pp. 1-18.
Organism overview of Encephalomyocarditis virus and of Poliovirus obtained from PubMed "Encephalomyocarditis virus." retrieved on Jun. 4, 2019 from https://www.ncbi.nlm.nih.gov/genome/?term= encephalomyocarditis+virus, and "Enterovirus C" retrieved on Jun. 4, 2019 from https://www.ncbi.nlm.nih.gov/genome/?term= poliovirus[orgn].
Obata, "Evaluation of pH-responsive liposomes containing amino acid-based zwitterionic lipids for improving intracellular drug delivery in vitro and in vivo", Journal of Controlled Release; 2010; pp. 267-276; vol. 142, No. 2.
Yoffe, "Predicting the sizes of large RNA molecules" PNAS; vol. 105; 2008; pp. 16153-16158.
Yoneyama, Fujita, Cytokine & Growth Factor Reviews, (2007), vol. 18, pp. 545-551.
Yoon, et al., "DNA-Mediated Immunization of Mice with Plasmid Encoding HBs Antigen." J. Korean Med Sci; 1999; pp. 187-192; vol. 14.

Zhang, J., et al., "Ionization Behavior of Amino Lipids for siRNA Delivery: Determination of Ionization Constants, SAR, and the Impact of Lipid pKa on Cationic Lipid-Biomembrane Interactions," Langmuir: The ACS Journal of Surfaces and Colloids, ACS, 15(5): 1907-1914 (2011).
Zuckerman, Principles and Practice of Travel Medicine; 2001; pp. 168.
Patentee's Reply to Opposition in relation to European Patent No. 2591103B1 (Appln No. 11736498.4) dated Oct. 23, 2020 (28 pages).
Notice of Opposition in relation to European Patent No. 2591103B1 (Appln No. 11736498.4) dated May 27, 2020 (17 pages).
Notice of Opposition in relation to European Patent No. 2591103B1 (Appln No. 11736498.4) dated May 28, 2020 (44 pages).
Certified U.S. Appl. No. 61/265,653, filed Dec. 1, 2009.
Certified U.S. Appl. No. 61/361,780, filed Jul. 6, 2010.
U.S. Appl. No. 17/560,019, filed Dec. 22, 2021.
U.S. Appl. No. 17/560,052, filed Dec. 22, 2021.
U.S. Appl. No. 17/560,059, filed Dec. 22, 2021.
U.S. Appl. No. 17/560,116, filed Dec. 22, 2021.
U.S. Appl. No. 17/560,138, filed Dec. 22, 2021.
U.S. Appl. No. 17/560,092, filed Dec. 22, 2021.

* cited by examiner

GSK-PBM-00000480

**U.S. Patent**        May 10, 2022        Sheet 1 of 10        US 11,324,770 B2

## *FIGURE 1*



## *FIGURE 2*



GSK-PBM-00000481

**FIGURE 3**



**FIGURE 4**



GSK-PBM-00000482

**U.S. Patent**    May 10, 2022    Sheet 3 of 10    US 11,324,770 B2

## FIGURE 5



## FIGURE 6



GSK-PBM-00000483

## FIGURE 7



## FIGURE 8



GSK-PBM-00000484



*FIGURE 9*



*FIGURE 10*

GSK-PBM-00000485



**FIGURE 11**

**FIGURE 12**

GSK-PBM-00000486



*FIGURE 13*



*FIGURE 14A*

GSK-PBM-00000487



FIGURE 14B

GSK-PBM-00000488

**U.S. Patent**     May 10, 2022     Sheet 9 of 10     US 11,324,770 B2

*FIGURE 15A*



*FIGURE 15B*



GSK-PBM-00000489

## FIGURE 16A



## FIGURE 16B



GSK-PBM-00000490

US 11,324,770 B2

**1**

## DELIVERY OF RNA TO TRIGGER MULTIPLE IMMUNE PATHWAYS

### CROSS-REFERENCE TO RELATED APPLICATIONS

This application is a Continuation of U.S. patent application Ser. No. 15/725,858, filed Oct. 5, 2017, which is a Divisional of U.S. patent application Ser. No. 13/808,085, filed Mar. 27, 2013, now U.S. Pat. No. 9,801,897, which is the U.S. National Phase of International Application No. PCT/US2011/043104, filed Jul. 6, 2011 and published in English, which claims the benefit of U.S. provisional application 61/361,789 (filed Jul. 6, 2010), the complete contents of which are hereby incorporated herein by reference for all purposes.

### TECHNICAL FIELD

This invention is in the field of non-viral delivery of RNA for immunization.

### BACKGROUND ART

The delivery of nucleic acids for immunizing animals has been a goal for several years. Various approaches have been tested, including the use of DNA or RNA, of viral or non-viral delivery vehicles (or even no delivery vehicle, in a "naked" vaccine), of replicating or non-replicating vectors, or of viral or non-viral vectors.

There remains a need for further and improved nucleic acid vaccines.

### DISCLOSURE OF THE INVENTION

According to the invention, RNA encoding an immunogen is delivered to cells to trigger multiple innate immune response pathways. The delivered RNA triggers both an endosomal innate immunity receptor (e.g. TLR7) and also a cytoplasmic innate immunity receptor (e.g. a RNA helicase such as MDA5 or RIG-I), thereby enhancing the immune response which is elicited when the RNA-encoded immunogen is expressed.

Thus the invention provides a method of raising an immune response in a vertebrate, comprising administering an immunogen-encoding RNA to the vertebrate such that the RNA: (i) stimulates an endosomal innate immunity receptor; (ii) stimulates a cytoplasmic innate immunity receptor; and (iii) is translated to provide expression of the immunogen.

The invention also provides an immunogen-encoding RNA for use in an in vivo method of raising an immune response in a vertebrate, wherein the method comprises administering the RNA to a vertebrate such that the RNA: (i) stimulates an endosomal innate immunity receptor; (ii) stimulates a cytoplasmic innate immunity receptor; and (iii) is translated to provide expression of the immunogen.

The invention also provides the use of an immunogen-encoding RNA in the manufacture medicament for raising an in vivo immune response in a vertebrate, wherein the RNA is prepared for administration to the vertebrate after which it: (i) stimulates an endosomal innate immunity receptor; (ii) stimulates a cytoplasmic innate immunity receptor; and (iii) is translated to provide expression of the immunogen.

Administration

The invention involves administration of a RNA molecule to a vertebrate. The administration site will usually be

**2**

muscle tissue, such as skeletal muscle. Alternatives to intramuscular administration include, but are not limited to: intradermal, intranasal, intraocular, subcutaneous, intraperitoneal, intravenous, interstitial, buccal, transdermal, or sublingual administration Intradermal and intramuscular administration are two preferred routes.

Administration can be achieved in various ways. For instance, injection via a needle (e.g. a hypodermic needle) can be used, particularly for intramuscular, subcutaneous, intraocular, intraperitoneal or intravenous administration. Needle-free injection can be used as an alternative.

Intramuscular injection is the preferred way of administering RNA according to the invention. Injection into the upper arm, deltoid or thigh muscle (e.g. anterolateral thigh) is typical.

The administration site includes non-immune cells, such as muscle cells (which may be multinucleated and may be arranged into fascicles) and/or fibroblasts. RNA enters the cytoplasm of these cells after (or while) being administered. Entry can be via endocytosis e.g. across the sarcolemma of a muscle cell, or across the cell membrane of a fibroblast RNA escapes from the endosomes into the cytoplasm, where it can be bound by RNA helicases (e.g. in the RIG-I-like receptor family i.e. RLRs) such as RIG-I (RLR-1), MDA5 (RLR-2) and/or LGP2 (RLR-3). This binding initiates RLR-mediated signaling, thereby triggering a first innate immune pathway which enhances the immunogenic effect of the delivered RNA. Even if the delivered RNA is single stranded, it can form double-stranded RNA either during replication or due to its secondary structure, which means that the RNA can also initiate PKR-mediated signaling, again leading to the triggering of a cytoplasmic innate immune pathway. Both RLR-mediated and PKR-mediated signaling can lead to secretion of type I interferons (e.g. interferon α and/or β) by the non-immune cells. The non-immune cells may undergo apoptosis after transfection. RLR-mediated signaling in the non-immune cell in the presence of an expressed immunogen is a potent combination for initiating an effective immune response.

The administration site also includes immune cells, such as macrophages (e.g. bone marrow derived macrophages), dendritic cells (e.g. bone marrow derived plasmacytoid dendritic cells and/or bone marrow derived myeloid dendritic cells), monocytes (e.g. human peripheral blood monocytes), etc. These immune cells can be present at the time of administration but will usually infiltrate the site after administration. For example, the tissue damage caused by invasive administration (e.g. caused by a needle at the administration site) can cause immune cells to infiltrate the damaged area. These infiltrating cells will encounter the RNA, which is now at the delivery site and RNA can enter the immune cells via endocytosis. Inside the endosomes the RNA can bind to TLR7 (ssRNA), TLR8 (ssRNA) or TLR3 (dsRNA), thereby triggering a second innate immune pathway. These cells may then secrete type I interferons and/or pro-inflammatory cytokines. The RNA can cause this effect via pattern-recognition receptors, such as toll-like receptors (e.g. TLR7), intracellular helicases (e.g. RIG-I), and PKR (dsRNA-dependent protein kinase). The RNA may or may not be translated by the immune cells, and so the immune cells may or may not express the immunogen. If the immunogen is expressed by the immune cell then it may be presented by the immune cell's MHC-1 and/or MHC-II. If the immunogen is not expressed by the immune cell then it may instead be captured by the immune cell from other cells (e.g. non-immune cells) which had taken up RNA and expressed the immunogen, and the immunogen can thus be

GSK-PBM-00000491

US 11,324,770 B2

3

presented by the immune cell's MHC-U and/or MHC-I. Antigen presentation will generally occur in draining lymph nodes after immune cells have migrated away from the administration site.

Thus the RNA can separately trigger two innate immune pathways: one via cytoplasmic (E.g. RLR-mediated and/or PKR-mediated) signaling and one via endosomal (e.g. TLR7-mediated) signaling. These two separate triggers create an immunostimulatory environment which enhances the immune response which is elicited, when the RNA-encoded immunogen is expressed as a polypeptide. The two triggers may be provided by the same cell type or by different cell types e.g. the first trigger could be in a fibroblast whereas the second trigger could be in a plasmacytoid dendritic cell. Where the two triggers are provided by the same cell type, they may even be provided by the same single cell. Usually, however, the two triggers are provided by different cell types. In some embodiments the first trigger (RLR-mediated signaling) occurs in TLR7-negative cells and the second trigger (TLR7-mediated signaling) occurs in RIG-I-negative cells (or, more generally, in RLR-negative cells).

The ability of a RNA to stimulate an endosomal innate immunity receptor such as TLR7, or to a cytoplasmic innate immunity receptor such as RIG-1, can be directly detected by known in vitro assays. Indirect detection of the RNA/ receptor interaction can be based on detection of downstream events which follow receptor stimulation, such as in vitro or in vivo detection of specific cytokine signatures or gene expression signatures associated with particular receptors. It is preferred that RNA "stimulates" an endosomal innate immunity receptor or a cytoplasmic innate immunity receptor by binding to that receptor i.e. the RNA "binds to" the receptor rather than merely "stimulates" it. Assays for binding of RNAs to these receptors are known in the art.

The RNA can be delivered as naked RNA (e.g merely as an aqueous solution of RNA) but, to enhance both entry to immune and non-immune cells and also subsequent intercellular effects, the RNA is preferably administered in combination with a delivery system, such as a particulate or emulsion delivery system. Three useful delivery systems of interest are (i) liposomes (ii) non-toxic and biodegradable polymer microparticles (iii) cationic submicron oil-in-water emulsions. Liposomes are a preferred delivery system.

Liposomes

Various amphiphilic lipids can form bilayers in an aqueous environment to encapsulate a RNA-containing aqueous core as a liposome. These lipids can have an anionic, cationic or zwitterionic hydrophilic bead group. Formation of liposomes from anionic phospholipids dates back to the 1960s, and cationic liposome-forming lipids have been studied since the 1990s. Some phospholipids are anionic whereas other are zwitterionic and others are cationic. Suitable classes of phospholipid include, but are not limited to, phosphatidylethanolamines, phosphatidylcholines, phosphatidylserines, and phosphatidyl-glycerols, and some useful phospholipids are listed in Table 1. Useful cationic lipids include, but are not limited to, dioleoyl trimethylammonium propane (DOTAP), 1,2-distearyloxy-N, N-dimethyl-3-aminopropane (DSDMA), 1,2-dioleyloxy-N,N-dimethyl-3-aminopropane (DODMA), 1,2-dilinoleyloxy-N,N-dimethyl-3-aminopropane (DSDMA), 1,2-dilinolenyloxy-N,N-dimethyl-3-aminopropane (DLenDMA). Zwitterionic lipids include, but are not limited to, acyl zwitterionic lipids and ether zwitterionic lipids. Examples of useful zwitterionic lipids are DPPC, DOPC and dodecylphosphocholine. The lipids can be saturated or unsaturated. The use of at least one unsaturated lipid for preparing liposomes is preferred. If an

4

unsaturated lipid has two tails, both tails can be unsaturated, or it can have one saturated tail and one unsaturated tail.

Liposomes can be formed from a single lipid or from a mixture of lipids. A mixture may comprise (i) a mixture of anionic lipids (ii) a mixture of cationic lipids (iii) a mixture of zwitterionic lipids (iv) a mixture of anionic lipids and cationic lipids (v) a mixture of anionic lipids and zwitterionic lipids (vi) a mixture of zwitterionic lipids and cationic lipids or (vii) a mixture of anionic lipids, cationic lipids and zwitterionic lipids. Similarly, a mixture may comprise both saturated and unsaturated lipids. For example, a mixture may comprise DSPC (zwitterionic, saturated), DlinDMA (cationic, unsaturated), and/or DMG (anionic, saturated). Where a mixture of lipids is used, not all of the component lipids in the mixture need to be amphiphilic e.g. one or more amphiphilic lipids can be mixed with cholesterol.

The hydrophilic portion of a lipid can be PEGylated (i.e. modified by covalent attachment of a polyethylene glycol). This modification can increase stability and prevent nonspecific adsorption of the liposomes. For instance, lipids can be conjugated to PEG using techniques such as those disclosed in reference 1 and 2. Various lengths of PEG can be used e.g. between 0.5-8 kDa.

A mixture of DSPC, DlinDMA, PEG-DMG and cholesterol is used in the examples.

Liposomes are usually divided into three groups: multilamellar vesicles (MLV); small unilamellar vesicles (SUV); and large unilamellar vesicles (LUV). MLVs have multiple bilayers in each vesicle, forming several separate aqueous compartments. SUVs and LUVs have a single bilayer encapsulating an aqueous core; SUVs typically have a diameter ≤50 nm, and LUVs have a diameter >50 nm. Liposomes useful with of the invention are ideally LUVs with a diameter in the range of 50-220 nm. For a composition comprising a population of LUVs with different diameters: (i) at least 80% by number should have diameters in the range of 20-220 nm, (ii) the average diameter (Zav, by intensity) of the population is ideally in the range of 40-200 nm, and/or (iii) the diameters should have a polydispersity index <0.2. The liposome/RNA complexes of reference 37 are expected to have a diameter in the range of 600-800 nm and to have a high polydispersity.

Techniques for preparing suitable liposomes are well known in the art e.g. see references 3 to 5. One useful method is described in reference 6 and involves mixing (i) an ethanolic solution of the lipids (ii) an aqueous solution of the nucleic acid and (iii) buffer, followed by mixing, equilibration, dilution and purification. Preferred liposomes of the invention are obtainable by this mixing process.

RNA is preferably encapsulated within the liposomes, and so the liposome forms a outer layer around an aqueous RNA-containing core. This encapsulation has been found to protect RNA from RNase digestion. The liposomes can include some external RNA (e.g. on the surface of the liposomes), but at least half of the RNA (and ideally all of it) is encapsulated.

Polymeric Microparticles

Various polymers can form microparticles to encapsulate or adsorb RNA. The use of a substantially non-toxic polymer means that a recipient can safely receive the particles, and the use of a biodegradable polymer means that the particles can be metabolized after delivery to avoid long-term persistence. Useful polymers are also sterilizable, to assist in preparing pharmaceutical grade formulations.

Suitable non-toxic and biodegradable polymers include, but are not limited to, poly(α-hydroxy acids), polyhydroxy butyric acids, polylactones (including polycaprolactones),

GSK-PBM-00000492

US 11,324,770 B2

5

polydioxanones, polyvalerolactone, polyorthoesters, poly-anhydrides, polycyanoacrylates, tyrosine-derived polycar-bonates, polyvinyl-pyrrolidinones or polyester-amides, and combinations thereof.

In some embodiments, the microparticles are formed from poly(α-hydroxy acids), such as a poly(lactides) ("PLA"), copolymers of lactide and glycolide such as a poly(D,L-lactide-co-glycolide) ("PLG"), and copolymers of D,L-lac-tide and caprolactone. Useful PLG polymers include those having a lactide/glycolide molar ratio ranging, for example, from 20:80 to 80:20 e.g. 25:75, 40:60, 45:55, 50:50, 55:45, 60:40, 75:25. Useful PLG polymers include those having a molecular weight between, for example, 5,000-200,000 Da e.g. between 10,000-100,000, 20,000-70,000, 30,000-40,000, 40,000-50,000 Da.

The microparticles ideally have a diameter in the range of 0.02 μm to 8 μm. For a composition comprising a population of microparticles with different diameters at least 80% by number should have diameters in the range of 0.03-7 μm.

Techniques for preparing suitable microparticles are well known in the art e.g. see references 5,7 (in particular chapter 7) and 8. To facilitate adsorption of RNA a microparticle may include a cationic surfactant and/or lipid e.g. as dis-closed in references 9 & 10. An alternative way of making polymeric microparticles is by molding and curing e.g. as disclosed in reference 11.

Microparticles of the invention can have a zeta potential of between 40-100 mV.

One advantage of microparticles over liposomes is that they are readily lyophilised for stable storage.

RNA can be adsorbed to the microparticles, and adsorp-tion is facilitated by including cationic materials (e.g. cat-ionic lipids) in the microparticle.

Oil-in-Water Cationic Emulsions

Oil-in-water emulsions are known for adjuvating influ-enza vaccines e.g. the MF59™ adjuvant in the FLUAD™ product, and the AS03 adjuvant in the PREPANDRIX™ product. RNA delivery according to the present invention can utilize an oil-in-water emulsion, provided that the emul-sion includes one or more cationic molecules. For instance, a cationic lipid can be included in the emulsion to provide a positive droplet surface to which negatively-charged RNA can attach.

The emulsion comprises one or more oils. Suitable oil(s) include those from, for example, an animal (such as fish) or a vegetable source. The oil is ideally biodegradable (metabo-lizable) and biocompatible. Sources for vegetable oils include nuts, seeds and grains. Peanut oil, soybean oil, coconut oil, and olive oil, the most commonly available, exemplify the nut oils. Jojoba oil can be used e.g. obtained from the jojoba bean. Seed oils include safflower oil, cot-tonseed oil, sunflower seed oil, sesame seed oil and the like. In the grain group, corn oil is the most readily available, but the oil of other cereal grains such as wheat, oats, rye, rice, teff, triticale and the like may also be used. 6-10 carbon fatty acid esters of glycerol and 1,2-propanediol, while not occur-ring naturally in seed oils, may be prepared by hydrolysis, separation and esterification of the appropriate materials starting from the nut and seed oils. Fats and oils from mammalian milk are metabolizable and so may be used. The procedures for separation, purification, saponification and other means necessary for obtaining pure oils from animal sources are well known in the art.

Most fish contain metabolizable oils which may be readily recovered. For example, cod liver oil, shark liver oils, and whale oil such as spermaceti exemplify several of the fish oils which may be used herein. A number of branched chain

6

oils are synthesized biochemically in 5-carbon isoprene units and are general]:),' referred to as terpenoids. Preferred emulsions comprise squalene, a shark liver oil which is a branched, unsaturated terpenoid ($C_{30}H_{50}$; [$(CH_3)_2C$[$=CHCH_2CH_2C(CH_3)]_2=CHCH_2$]2; 2,6,10,15,19,23-hex-amethyl-2,6,10,14,18,22-tetracosahexacne; CAS RN 7683-64-9). Squalene, the saturated analog to squalene, can also be used. Fish oils, including squalene and squalene, are readily available from commercial sources or may be obtained by methods known in the art.

Other useful oils are the tocopherols, particularly in combination with squalene. Where the oil phase of an emulsion includes a tocopherol, any of the α, β, γ, δ, ε or ξ tocopherols can be used, but a tocopherols are preferred. D-α-tocopherol and DL-α-tocopherol can both be used. A preferred α-tocopherol is DL-α-tocopherol. An oil combi-nation comprising squalene and a tocopherol (e.g. DL-α-tocopherol) can be used.

The oil in the emulsion may comprise a combination of oils e.g. squalene and at least one further oil. The aqueous component of the emulsion can be plain water (e.g. w.f.i.) or can include further components e.g. solutes. For instance, it may include salts to form a buffer e.g. citrate or phosphate salts, such as sodium salts. Typical buffers include: a phos-phate buffer; a Tris buffer; a borate buffer; a succinate buffer; a histidine buffer; or a citrate buffer. A buffered aqueous phase is preferred, and buffers will typically be included in the 5-20 mM range.

The emulsion also includes a cationic lipid. Preferably this lipid is a surfactant so that it can facilitate formation and stabilization of the emulsion. Useful cationic lipids gener-ally contains a nitrogen atom that is positively charged under physiological conditions e.g. as a tertiary or quaternary amine. This nitrogen can be in the hydrophilic head group of an amphiphilic surfactant. Useful cationic lipids include, but are not limited to: 1,2-dioleoyloxy-3-(trimethylammonio) propane (DOTAP), 3'-[N—(N',N'-Dimethylaminoethane)-carbamoyl]Cholesterol (DC Cholesterol), dimethyldiocta-decyl-ammonium (DDA e.g. the bromide), 1,2-Dimyristoyl-3-Trimethyl-AmmoniumPropane (DMTAP), dipalmitoyl (C16:0)trimethyl ammonium propane (DPTAP), distearoyltrimethylammonium propane (DSTAP). Other useful cationic lipids are: benzalkonium chloride (BAK), benzelkonium chloride, cetramide (which contains tetra-decyltrimethylammonium bromide and possibly small amounts of dedecyltrimethylammonium bromide and hexa-decyltrimethyl ammonium bromide), cetylpyridinium chlo-ride (CPC), cetyl trimethylammonium chloride (CTAC), N,N',N'-polyoxyethylene (10)-N-tallow-1,3-diaminopro-pane, dodecyltrimethylammonium bromide, hexadecyltrim-ethyl-ammonium bromide, mixed alkyl-trimethyl-ammo-nium bromide, benzyldimethyldodecylammonium chloride, benzyldimethylhexadecyl-ammonium chloride, benzyltrim-ethylammonium methoxide, cetyldimethylethylammonium bromide, dimethyldioctadecyl ammonium bromide (DDAB), methylbenzethonium chloride, decamethonium chloride, methyl mixed trialkyl ammonium chloride, methyl trioctylammonium chloride), N,N-dimethyl-N-[2 (2-methyl-4-(1,1,3,3tetramethylbutyl)-phenoxy]-ethoxy)ethyl]-ben-zenemetha-naminium chloride (DEBDA), dialkyldimety-lammonium salts, [1-(2,3-dioleyloxy)-propyl]-N,N,N, trimethylammonium chloride, 1,2-diacyl-3-(trimethylammonio) propane (acyl group=dimyristoyl, dipalmitoyl, distearoyl, dioleoyl), 1,2-diacyl-3 (dimethyl-ammonio)propane (acyl group=dimyristoyl, dipalmitoyl, distearoyl, dioleoyl), 1,2-dioleoyl-3-(4'-trimethyl-ammonio) butanoyl-sn-glycerol, 1,2-dioleoyl 3-succinyl-sn-glycerol

GSK-PBM-00000493

US 11,324,770 B2

7

choline ester, cholesteryl (4'-trimethylammonio) butanoate), N-alkyl pyridinium salts (e.g. cetylpyridinium bromide and cetylpyridinium chloride), N-alkylpiperidinium salts, dicationic bolaform electrolytes (C2Me6; C12BU6), dialkylglycetylphosphorylcholine, lysolecithin, L-α dioleoylphosphatidylethanolamine, cholesterol hemisuccinate choline ester, lipopolyamines, including but not limited to dioctadecylamidoglycylspermine (DOGS), dipalmitoyl phosphatidylethanol-amidospermine (DPPES), lipopoly-L (or D)-lysine (LPLL, LPDL), poly (L (or D)-lysine conjpgated to N-glutarylphosphatidylethanolamine, didodecyl glutamate ester with pendant amino group ($C_{12}$GluPhC$_n$N$^+$), ditetradecyl glutamate ester with pendant amino group ($C_{12}$GluPhC$_n$N$^+$), cationic derivatives of cholesterol, including but not limited to cholesteryl-3 β-oxysuccinamidoethylenetrimethylammonium salt, cholesteryl-3 β-oxysuccinamidoethylene-dimethylamine, cholesteryl-3 β-carboxyarnidoethylenetrimethylammonium salt, and cholesteryl-3 β-carboxyamidoethylenedimethylamine. Other useful cationic lipids are described in refs. 12 & 13.

The cationic lipid is preferably biodegradable (metabolizable) and biocompatible.

In addition to the oil and cationic lipid, an emulsion can include a non-ionic surfactant and/or a zwitterionic surfactant. Such surfactants include, but are not limited to: the polyoxyethylene sorbitan esters surfactants (commonly referred to as the Tweens), especially polysorbate 20 and polysorbate 80; copolymers of ethylene oxide (EO), propylene oxide (PO), and/or butylene oxide (BO), sold under the DOWFAX™ tradename, such as linear EO/PO block copolymers; octoxynols, which can vary in the number of repeating ethoxy (oxy-1,2-ethanediyl) groups, with octoxynol-9 (Triton X-100, or t-octylphenoxypolyethoxyethanol) being of particular interest; (octylphenoxy)polyethoxyethanol (IGEPAL CA-630/NP-40); phospholipids such as phosphatidylcholine (lecithin); polyoxyethylene fatty ethers derived from lauryl, cetyl, stearyl and oleyl alcohols (known as Brij surfactants), such as triethyleneglycol monolauryl ether (Brij 30); polyoxyethylene-9-lauryl ether; and sorbitan esters (commonly known as the Spans), such as sorbitan trioleate (Span 85) and sorbitan monolaurate. Preferred surfactants for including in the emulsion are polysorbate 80 (Tween 80; polyoxyethylene sorbitan monooleate), Span 85 (sorbitan trioleate), lecithin and Triton X-100.

Mixtures of these surfactants can be included in the emulsion e.g. Tween 80/Span 85 mixtures, or Tween 80/Triton-X100 mixtures. A combination of a polyoxyethylene sorbitan ester such as polyoxyethylene sorbitan monooleate (Tween 80) and an octoxynol such as t-octylphenoxy-polyethoxyethanol (Triton X-100) is also suitable. Another useful combination comprises laureth 9 plus a polyoxyethylene sorbitan ester and/or an octoxynol. Useful mixtures can comprise a surfactant with a HLB value in the range of 10-20 (e.g. polysorbate 80, with a HLB of 15.0) and a surfactant with a HLB value in the range of 1-10 (e.g. sorbitan trioleate, with a HLB of 1.8).

Preferred amounts of oil (% by volume) in the final emulsion are between 2-20% e.g. 5-15%, 6-14%, 7-13%, 8-12%. A squalene content of about 4-6% or about 9-11% is particularly useful.

Preferred amounts of surfactants (% by weight) in the final emulsion are between 0.001% and 8%. For example: polyoxyethylene sorbitan esters (such as polysorbate 80) 0.2 to 4%, in particular between 0.4-0.6%, between 0.45-0.55%, about 0.5% or between 1.5-2%, between 1.8-2.2%, between 1.9-2.1%, about 2%, or 0.85-0.95%, or about 1%; sorbitan esters (such as sorbitan trioleate) 0.02 to 2%, in particular

8

about 0.5% or about 1%; octyl- or nonylphenoxy polyoxyethanols (such as Triton X-100) 0.001 to 0.1%, in particular 0.005 to 0.02%; polyoxyethylene ethers (such as laureth 9) 0.1 to 8%, preferably 0.1% to 10% and in particular 0.1 to 1%, or about 0.5%.

The absolute amounts of oil and surfactant, and their ratio, can be varied within wide limits while still forming an emulsion. A skilled person can easily vary the relative proportions of the components to obtain a desired emulsion, but a weight ratio of between 4:1 and 5:1 for oil and surfactant is typical (excess oil).

An important parameter for ensuring immunostimulatory activity of an emulsion, particularly in large animals, is the oil droplet size (diameter). The most effective emulsions have a droplet size in the submicron range. Suitably the droplet sizes will be in the range 50-750 nm. Most usefully the average droplet size is less than 250 nm e.g. less than 200 nm, less than 150 nm. The average droplet size is usefully in the range of 80-180 nm. Ideally, at least 80%, (by number) of the emulsion's oil droplets are less than 250 nm in diameter, and preferably at least 90%. Apparatuses for determining the average droplet size in an emulsion, and the size distribution, are commercially available. These typically use the techniques of dynamic light scattering and/or single-particle optical sensing e.g. the Accusizer™ and Nicomp™ series of instruments available from Particle Sizing Systems (Santa Barbara, USA), or the Zetasizer™ instruments from Malvern Instruments (UK), or the Particle Size Distribution Analyzer instruments from Horiba (Kyoto, Japan).

Ideally, the distribution of droplet sizes (by number) has only one maximum i.e. there is a single population of droplets distributed around an average (mode), rather than having two maxima. Preferred emulsions have a polydispersity of <0.4 e.g. 0.3, 0.2, or less.

Suitable emulsions with submicron droplets and a narrow size distribution can be obtained by the use of microfluidisation. This technique reduces average oil droplet size by propelling streams of input components through geometrically fixed channels at high pressure and high velocity. These streams contact channel walls, chamber walls and each other. The results shear, impact and cavitation forces cause a reduction in droplet size. Repeated steps of microfluidisation can be performed until an emulsion, with a desired droplet size average and distribution are achieved.

As an alternative to microfluidisation, thermal methods can be used to cause phase inversion, as disclosed in reference 14. These methods can also provide a submicron emulsion with a tight particle size distribution.

Preferred emulsions can be filter sterilized i.e. their droplets can pass through a 220 nm filter. As well as providing a sterilization, this procedure also removes any large droplets in the emulsion.

In certain embodiments, the cationic lipid in the emulsion is DOTAP. The cationic oil-in-water emulsion may comprise from about 0.5 mg/ml to about 25 mg/ml DOTAP. For example, the cationic oil-in-water emulsion may comprise DOTAP at from about 0.5 mg/ml to about 25 mg/mL from about 0.6 mg/ml to about 25 mg/ml, from about 0.7 mg/ml to about 25 mg/ml, from about 0.8 mg/ml to about 25 mg/ml, from about 0.9 mg/ml to about 25 mg/ml, from about 1.0 mg/ml to about 25 mg/ml, from about 1.1 mg/ml to about 25 mg/ml, from about 1.2 mg/ml to about 25 mg/ml, from about 1.3 mg/ml to about 25 mg/ml, from about 1.4 mg/ml to about 25 mg/ml, from about 1.5 mg/ml to about 25 mg/ml, from about 1.6 mg/ml to about 25 mg/ml, from about 1.7 mg/ml to about 25 mg/ml, from about 0.5 mg/ml to about 24 mg/ml,

GSK-PBM-00000494

US 11,324,770 B2

9

from about 0.5 mg/ml to about 22 mg/ml, from about 0.5 mg/ml to about 20 mg/ml, from about 0.5 mg/ml to about 18 mg/ml, from about 0.5 mg/ml to about 15 mg/ml, from about 0.5 mg/ml to about 12 mg/ml, from about 0.5 mg/ml to about 10 mg/ml, from about 0.5 mg/ml to about 5 mg/ml, from about 0.5 mg/ml to about 2 mg/ml, from about 0.5 mg/ml to about 1.9 mg/ml, from about 0.5 mg/ml to about 1.8 mg/ml, from about 0.5 mg/ml to about 1.7 mg/ml, from about 0.5 mg/ml to about 1.6 mg/ml, from about 0.6 mg/ml to about 1.6 mg/ml, from about 0.7 mg/ml to about 1.6 mg/ml, from about 0.8 mg/ml to about 1.6 mg/ml, about 0.5 mg/ml, about 0.6 mg/ml, about 0.7 mg/ml, about 0.8 mg/ml, about 0.9 mg/ml, about 1.0 mg/ml, about 1.1 mg/ml, about 1.2 mg/ml, about 1.3 mg/ml, about 1.4 mg/ml, about 1.5 mg/ml, about 1.6 mg/ml, about 12 mg/ml, about 18 mg/ml, about 20 mg/ml, about 21.8 mg/ml about 24 mg/ml, etc. In an exemplary embodiment, the cationic oil-in-water emulsion comprises from about 0.8 mg/ml to about 1.6 mg/ml DOTAP, such as 0.8 mg/ml, 1.2 mg/ml, 1.4 mg/ml or 1.6 mg/ml.

In certain embodiments, the cationic lipid is DC Cholesterol. The cationic oil-in-water emulsion may comprise DC Cholesterol at from about 0.1 mg/ml to about 5 mg/ml DC Cholesterol. For example, the cationic oil-in-water emulsion may comprise DC Cholesterol from about 0.1 mg/ml to about 5 mg/ml, from about 0.2 mg/ml to about 5 mg/ml, from about 0.3 mg/ml to about 5 mg/ml, from about 0.4 mg/ml to about 5 mg/ml, from about 0.5 mg/ml to about 5 mg/ml, from about 0.62 mg/ml to about 5 mg/ml, from about 1 mg/ml to about 5 mg/ml, from about 1.5 mg/ml to about 5 mg/ml, from about 2 mg/ml to about 5 mg/ml, from about 2.46 mg/ml to about 5 mg/ml, from about 3 mg/ml to about 5 mg/ml, from about 3.5 mg/ml to about 5 mg/ml, from about 4 mg/ml to about 5 mg/ml, from about 4.5 mg/ml to about 5 mg/ml, from about 0.1 mg/ml to about 4.92 mg/ml, from about 0.1 mg/ml to about 4.5 mg/ml, from about 0.1 mg/ml to about 4 mg/ml, from about 0.1 mg/ml to about 3.5 mg/ml, from about 0.1 mg/ml to about 3 mg/ml, from about 0.1 mg/ml to about 2.46 mg/ml, from about 0.1 mg/ml to about 2 mg/ml, from about 0.1 mg/ml to about 1.5 mg/ml, from about 0.1 mg/ml to about 1 mg/ml, from about 0.1 mg/ml to about 0.62 mg/ml, about 0.15 mg/ml, about 0.3 mg/ml, about 0.6 mg/ml, about 0.62 mg/ml, about 0.9 mg/ml, about 1.2 mg/ml, about 2.46 mg/ml, about 4.92 mg/ml, etc. In an exemplary embodiment, the cationic oil-in-water emulsion comprises from about 0.62 mg/ml to about 4.92 mg/ml DC Cholesterol, such as 2.46 mg/ml.

In certain embodiments, the cationic lipid is DDA. The cationic oil-in-water emulsion may comprise from about 0.1 mg/ml to about 5 mg/ml DDA. For example, the cationic oil-in-water emulsion may comprise DDA at from about 0.1 mg/ml to about 5 mg/ml, from about 0.1 mg/ml to about 4.5 mg/ml, from about 0.1 mg/ml to about 4 mg/ml, from about 0.1 mg/ml to about 3.5 mg/ml, from about 0.1 mg/ml to about 3 mg/ml, from about 0.1 mg/ml to about 2.5 mg/ml, from about 0.1 mg/ml to about 2 mg/ml, from about 0.1 mg/ml to about 1.5 mg/ml, from about 0.1 mg/ml to about 1.45 mg/ml, from about 0.2 mg/ml to about 5 mg/ml, from about 0.3 mg/ml to about 5 mg/ml, from about 0.4 mg/ml to about 5 mg/ml, from about 0.5 mg/ml to about 5 mg/ml, from about 0.6 mg/ml to about 5 mg/ml,

from about 0.73 mg/ml to about 5 mg/ml, from about 0.8 mg/ml to about 5 mg/ml, from about 0.9 mg/ml to about 5 mg/ml, from about 1.0 mg/ml to about 5 mg/ml, from about 1.2 mg/ml to about 5 mg/ml, from about 1.45 mg/ml to about 5 mg/ml, from about 2 mg/ml to about 5 mg/ml, from about 2.5 mg/ml to about 5 mg/ml, from about 3 mg/ml to about

10

5 mg/ml, from about 3.5 mg/ml to about 5 mg/ml, from about 4 mg/ml to about 5 mg/ml, from about 4.5 mg/ml to about 5 mg/ml, about 1.2 mg/ml, about 1.45 mg/ml, etc. Alternatively, the cationic oil-in-water emulsion may comprise DDA at about 20 mg/ml, about 21 mg/ml, about 21.5 mg/ml, about 21.6 mg/ml, about 25 mg/ml In an exemplary embodiment, the cationic oil-in-water emulsion comprises from about 0.73 mg/ml to about 1.45 mg/ml DDA, such as 1.45 mg/ml.

Certain preferred compositions of the invention for administration to a patient comprise squalene, span 85, polysorbate 80, and DOTAP. For instance: squalene may be present at 5-15 mg/ml; span 85 may be present at 0.5-2 mg/ml; polysorbate 80 may be present at 0.5-2 mg/ml; and DOTAP may be present at 0.1-10 mg/ml. The emulsion can include the same amount (by volume) of span 85 and polysorbate 80. The emulsion can include more squalene than surfactant. The emulsion can include more squalene than DOTAP.

The RNA

The invention involves in vivo delivery of RNA which encodes an immunogen. The RNA triggers two separate innate immunity pathways and is also translated, leading to expression of the immunogen.

The RNA is +-stranded, and so it can be translated without needing any intervening replication steps such as reverse transcription.

Preferred +-stranded RNAs are self-replicating. A self-replicating RNA molecule (replicon) can, when delivered to a vertebrate cell even without any proteins, lead to the production of multiple daughter RNAs by transcription from itself (via an antisense copy which it generates from itself). A self-replicating RNA molecule is thus typically a +-strand molecule which can be directly translated after delivery to a cell, and this translation provides a RNA-dependent RNA polymerase which then produces both antisense and sense transcripts from the delivered RN. Thus the delivered RNA leads to the production of multiple daughter RNAs. These daughter RNAs, as well as collinear subgenomic transcripts, may be translated themselves to provide in situ expression of an encoded immunogen, or may be transcribed to provide further transcripts with the same sense as the delivered RNA which are translated to provide in situ expression of the immunogen. The overall results of this sequence of transcriptions is a huge amplification in the number of the introduced replicon RNAs and so the encoded immunogen becomes a major polypeptide product of the cells.

One suitable system for achieving self-replication is to use an alphavirus-based RNA replicon. These +-stranded replicons are translated after delivery to a cell to give of a replicase (or replicase-transcriptase). The replicase is translated as a polyprotein which auto-cleaves to provide a replication complex which creates genomic-strand copies of the +-strand delivered RNA. These −strand transcripts can themselves be transcribed to give further copies of the +-stranded parent RNA and also to give a subgenomic transcript which encodes the immunogen. Translation of the subgenomic transcript thus leads to in situ expression of the immunogen by the infected cell. Suitable alphavirus replicons can use a replicase from a sindbis virus, a semliki forest virus, an eastern equine encephalitis virus, a venezuelan equine encephalitis virus, etc. Mutant or wild-type virus sequences can be used e.g. the attenuated TC83 mutant of VEEV has been used in replicons [15].

A preferred self-replicating RNA molecule thus encodes (i) a RNA-dependent RNA polymerase which can transcribe RNA from the self-replicating RNA molecule and (ii) an

GSK-PBM-00000495

US 11,324,770 B2

11                                                    12

immunogen. The polymerase can be an alphavirus replicase e.g. comprising one or more of alphavirus proteins nsP1, nsP2, nsP3 and nsP4.

Whereas natural alphavirus genomes encode structural virion proteins in addition to the non-structural replicase polyprotein, it is preferred that a self-replicating RNA molecule of the invention does not encode alphavirus structural proteins. Thus a preferred self-replicating RNA can lead to the production of genomic RNA copies of itself in a cell, but not to the production of RNA-containing virions. The inability to produce these virions means that, unlike a wild-type alphavirus, the self-replicating RNA molecule cannot perpetuate itself in infectious form. The alphavirus, structural proteins which are necessary for perpetuation in wild-type viruses are absent from self-replicating RNAs of the invention and their place is taken by gene(s) encoding the immunogen of interest, such that the subgenomic transcript encodes the immunogen rather than the structural alphavirus virion proteins.

Thus a self replicating RNA molecule useful with the invention may have two open reading frames. The first (5') open reading frame encodes a replicase; the second (3') open reading frame encodes an immunogen. In some embodiments the RNA may have additional (e.g. downstream) open reading frames e.g. to encode further immunogens (see below) or to encode accessory polypeptides.

A self-replicating RNA molecule can have a 5' sequence which is compatible with the encoded replicase.

Self-replicating RNA molecules can have various lengths but they are typically 5000•-25000 nucleotides long e.g. 8000-15000 nucleotides, or 9000-12000 nucleotides. Thus the RNA is longer than seen in siRNA delivery.

A RNA molecule useful with the invention may have a 5' cap (e.g. a 7-methylguanosine). This cap can enhance in vivo translation of the RNA.

The 5' nucleotide of a RNA molecule useful with the invention may have a 5' triphosphate group. In a capped RNA this may be linked to a 7-methylgmmosine via a 5'-to-5' bridge. A 5' triphosphate can enhance RIG-I binding.

A RNA molecule may have a 3' poly-A tail. It may also include a poly-A polymerase recognition sequence (e.g. AAUAAA) near its 3' end.

A RNA molecule useful with the invention will typically be single-stranded. Single-stranded RNAs can generally initiate an adjuvant effect by binding to TLR7, TLR8, RNA helicases and/or PKR. RNA delivered in double-stranded form (dsRNA) can bind to TLR3, and this receptor can also be triggered by dsRNA which is formed either during replication of a single-stranded RNA or within the secondary structure of a single-stranded RNA.

A RNA molecule useful with the invention can conveniently be prepared by in vitro transcription (IVT). IVT can use a (cDNA) template created and propagated in plasmid form in bacteria, or created synthetically (for example by gene synthesis and/or polymerase chain-reaction (PCR) engineering methods). For instance, a DNA-dependent RNA polymerase (such as the bacteriophage T7, T3 or SP6 RNA polymerases) can be used to transcribe the RNA from a DNA template. Appropriate capping and poly-A addition reactions can be used as required (although the replicon's poly-A is usually encoded within the DNA template). These RNA polymerases can have stringent requirements for the transcribed 5' nucleotide(s) and in some embodiments these requirements must be matched with the requirements of the encoded replicase, to ensure that the IVT-transcribed RNA can function efficiently as a substrate for its self-encoded replicase.

As discussed in reference 16, the self-replicating RNA can include (in addition to any 5' cap structure) one or more nucleotides having a modified nucleobase. Thus the RNA can comprise m5C (5-methylcytidine), m5U (5-methyluridine), m6A (N6-methyl]adenosine), s2U (2-thiouridine), Um (2'-O-methyluridine), m1A (1-methyladenosine); m2A (2-methyladenosine); Am (2'-O-methyladenosine); ms2m6A (2-methylthio-N6-methyladenosine); i6A (N6-isopentenyladenosine); ms2i6A (2-methylthio-N6isopentenyladenosine); io6A (N6-(cis-hydroxyisopentenyl)adenosine); ms2io6A (2-methylthio-N 6-(cis-hydroxyisopentenyl) adenosine); g6A (N6-glycinylcarbamoyladcnosine); t6A (N6-threonyl carbamoyladcnosine); ms2t6A (2-methylthio-N6-threonyl carbamoyladenosine); m6t6A (N6-methyl-N6-threonylcarbamoyladenosine); hn6A (N6.-hydroxynorvalylcarbamoyl adenosine); ms2ln6A (2-methylthio-N6-hydroxynorvalyl carbamoyladenosine); Ar(p) (2'-O-ribosyladenosine (phosphate)); I (inosine); mI1 (1-methylinosine); m'Im (1,2'-O-dimethylinosine); m3C (3-rnethylcytidine); Cm (2T-O-methylcytidine); s2C (2-thiocytidine); ac4C (N4-acetyleytidine); f5C (5-fonnyleytidine); m5Cm (5,2-O-dimethyleytidine); ac4Cm (N4acetyl2TOmethykytidine); k2C (lysidine); mIG (1-methylguanosine); m2G (N2-methylguanosine); m7G (7-methylguanosine); Gm (2'-O-methylguanosine); m22G (N2,N2-dimethylguanosine); m2Gm (N2,2'-O-dimethylguanosine); m22Gm (N2,N2,2'-O-trimethylguanosine); Gr(p) (2'-O-ribosylguanosine (phosphate)); yW (wybutosine); o2yW (peroxywybutosine); OHyW (hydroxywybutosine); OHyW* (undermodified hydroxywybutosine); imG (wyosine); mimG (methylguanosine); Q (queuosine); oQ (epoxyqueuosine); galQ (galtactosyl-queuosine); manQ (mannosyl-queuosine); preQo (7-cyano-7-deazaguanosine); preQi (7-aminomethyl-7-deazaguanosinc); G* (archacosine); D (dihydrouridine); m5Um (5,2'-O-dimethyluridine); s4U (4-thiouridine); m5s2U (5-methyl-2-thiouridine); s2Um (2-thio-2'-O-methyluridine); acp3U (3-(3-amino-3-carboxypropyl)uridine); ho5U (5-hydroxyuridine); mo5U (5-methoxyuridine); cmo5U (uridine 5-oxyacetic acid); mcmo5U (uridine 5-oxyacetic acid methyl ester); chm5TJ (5-(carboxyhydroxymethyl)uridine)); mchm5U (5-(carboxyhydroxymethyl)uridine methyl ester); mcm5U (5-methoxycarbonyl methyluridine); rncm5Um (S-methoxycarbonylmethyl-2-O-methyluridine); mcm5s2U (5-methoxycarbonylmethyl-2-thiouridine); nm5s2U (5-aminomethyl-2-thiouridine); mnm5U (5-methylaminomethyiuridinc); mnm5s2U (5-methylaminomethyl-2-thiouridine); mnm5se2U (5-methylaminomethyl-2-selenouridine); ncm5U (5-carbamoylmethyl uridine); ncm5Um (5-carbamoylmethyl-2'-O-methyluridine); cmnm5U (5-carboxymethylaminomethyluridine); cnmm5Um (5-carboxymethylaminomethyl-2-L-Omethyluridine); cmnm5s2U (5-carboxymethylaminomethyl-2-thiouridine); m62A (N6,N6-dimethyladenosine); Tm (2'-O-methylinosine); m4C (N4-methykytidine); m4Cm (N4,2-O-dimethylcytidine); hm5C (5-hydroxymethylcytidine); m3U (3-methyluridine); cm5U (5-carboxymethyluridine); m6Am (N6,T-O-dimethyladenosinc); rn62Am (N6,N6,O-2-trimethyladenosine); m2'7G (N2,7-dimethylguanosine): m2'2'7G (N2,N2,7-trimethylguanosine); m3Um (3,2T-O-dimethyluridine); m5D (5-methyldihydrouridine); f5Cm (5-formyl-2'-O-methylcytidine); mlGm (1,2'-O-dimethylguanosine); m'Am (1,2-O-dimethy1 adenosine) irinomethyluridine); tm5s2U (S-taurinomethyl-2-thiouridine)); imG-14 (4-demethyl guanosine); imG2 (isoguanosine); or ac6A (N6-acetyladenosine), hypoxanthine, inosine, 8-oxo-adenine, 7-substituted derivatives thereof, dihydrourncil, pseudourncil,

GSK-PBM-00000496

US 11,324,770 B2

13

2-thiouracil, 4-thiouracil, 5-aminouracil, 5-(C1-C6)-alkyluracil, 5-methyluracil, 5-(C2-C6)-alkenyluracil, 5-(C2-C6)-alkynyluracil, 5-(hydroxymethyl)uracil, 5-chlorouracil, 5-fluorouracil, 5-bromouracil, 5-hydroxycytosine, 5-(C1-C6)-alkylcytosine, 5-methylcytosine, 5-(C2-C6)-alkenylcytosine,5-(C2-C6)-alkynylcytosine, 5-chlorocytosine, 5-fluorocytosine, 5-bromocytosine,N2-dimethylguanine7-deazaguanine, 8-azaguanine,7-deaza-7-substituted guanine, 7-deaza-7-(C2-C6)alkynylguanine, 7-deaza-8-substituted guanine, 8-hydroxyguanine, 6-thioguanine, 8-oxoguanine, 2-aminopurine, 2-amino-6-chloropurine, 2,4-diaminopurine, 2,6-diaminopurine, 8-azapurine, substituted 7-deazapurine, 7-deaza-7-substituted purine, 7-deaza-8-substituted purine, or an abasic nucleotide. For instance, a self-replicating RNA can include one or more modified pyrimidine nucleobases, such as pseudouridine and/or 5-methylcytosine residues. In some embodiments, however, the RNA includes no modified nucleobases, and may include no modified nucleotides i.e. all of the nucleotides in the RNA are standard A, C, G and U ribonucleotides (except for any 5' cap structure, which may include a 7'-methylguanosine). In other embodiments, the RNA may include a 5' cap comprising a 7'-methylguanosine, and the first 1, 2 or 3 5'ribonucleotides may be methylated at the 2' position of the ribose.

A RNA used with the invention ideally includes only phosphodiester linkages between nucleosides, but in some embodiments it can contain phosphoramidate, phosphorothioate, and/or methylphosphonate linkages.

Ideally, administered RNA includes fewer than 10 different species of RNA e.g. 5, 4, 3, or 2 different species; most preferably, a composition includes a single RNA species i.e. all RNA molecules in the composition (e.g. within a liposome) have the same sequence and same length.

The Immunogen

RNA molecules used with the invention encode a polypeptide immunogen. After administration of the RNA the immunogen is translated in vivo and can elicit an immune response in the recipient. The immunogen may elicit an immune response against a bacterium, a virus, a fungus or a parasite (or, in some embodiments, against an allergen; and in other embodiments, against a tumor antigen). The immune response may comprise an antibody response (usually including IgG) and/or a cell-mediated immune response. The polypeptide immunogen will typically elicit an immune response which recognizes the corresponding bacterial, viral, fungal or parasite (or allergen or tumor) polypeptide, but in some embodiments the polypeptide may act as a mimotope to elicit an immune response which recognizes a bacterial, viral, fungal or parasite saccharide. The immunogen will typically be a surface polypeptide e.g. an adhesin, a hemagglutinin, an envelope glycoprotein, a spike glycoprotein, etc.

RNA molecules can encode a single polypeptide immunogen or multiple polypeptides. Multiple immunogens can be presented as a single polypeptide immunogen (fusion polypeptide) or as separate polypeptides. If immunogens are expressed as separate polypeptides then one or more of these may be provided with an upstream IRES or an additional viral promoter element. Alternatively, multiple immunogens may be expressed from a polyprotein that encodes individual immunogens fused to a short autocatalytic protease (e.g. foot-and-mouth disease virus 2A protein), or as inteins.

Unlike references 37 and 17, the RNA, encodes an immunogen. For the avoidance of doubt, the invention does not encompass RNA which encodes a firefly luciferase or which encodes a fusion protein of *E. coli* β-galactosidase or

14

which encodes a green fluorescent protein (GFP). Also, the RNA is not total mouse thymus RNA.

In some embodiments the immunogen elicits an immune response against one of these bacteria:

*Neisseria meningitidis*: useful immunogens include, but are not limited to, membrane proteins such as adhesins, autotransporters, toxins, iron acquisition proteins, and factor H binding protein. A combination of three useful polypeptides is disclosed in reference 18.

*Streptococcus pneumoniae*: useful polypeptide immunogens are disclosed in reference 19. These include, but are not limited to, the RrgB pilus submit, the beta-N-acetyl-hexosaminidase precursor (spr0057), spr0096, General stress protein GSP-781 (spr2021, SP2216), serine/threonine kinase StkP (SP1 732), and pneumococcal surface adhesin PsaA.

*Streptococcus pyogenes*: useful immunogens include, but are not limited to, the polypeptides disclosed in references 20 and 21.

*Moraxella catarrhalis*.

*Bordetella pertussis*: Useful pertussis immunogens include, but are not limited to, pertussis toxin or toxoid (PT), filamentous haemagglutinin (FHA), pertactin, and agglutinogens 2 and 3.

*Staphylococcus aureus*: Useful immunogens include, but are not limited to, the polypeptides disclosed in reference 22, such as a hemolysin, esxA, esxB, ferrichrome-binding protein (sta006) and/or the sta011 lipoprotein.

*Clostridium tetani*: the typical immunogen is tetanus toxoid.

*Cornynebacterium diphtheriae*: the typical immunogen is diphtheria toxoid.

*Haemophilus influenzae*: Useful immunogens include, but are not limited to, the polypeptides disclosed in references 23 and 24.

*Pseudomonas aeruginosa*

*Streptococcus agalactiae*: useful immunogens include, but are not limited to, the polypeptides disclosed in reference 20.

*Chlamydia trachomatis*: Useful immunogens include, but are not limited to, PepA, LcrE, ArtJ, DnaK, CT398, OmpH-like, L7/L12, OmcA, AtoS, CT547, Eno, HtrA and MurG (e.g. as disclosed in reference 25. LcrE [26] and HtrA [27] are two preferred immunogens.

*Chlamydia pneumoniae*: Useful immunogens include, but are not limited to, the polypeptides disclosed in reference 28.

*Helicobacter pylori*: Useful immunogens include, but are not limited to, CagA, VacA, NAP, and/or urease [29].

*Escherichia coli*: Useful immunogens include, but are not limited to, immunogens derived from enterotoxigenic *E. coli* (ETEC), enteroaggregative *E. coli* (EAggEC), diffusely adhering *E. coli* (DAEC), enteropathogenic *E. coli* (EPEC), extraintestinal pathogenic *E. coli* (ExPEC) and/or enterohemorrhagic *E. coli* (EHEC). ExPEC strains include uropathogenic *E. coli* (UPEC) and meningitis/sepsis-associated *E. coli* (MNEC). Useful UPEC polypeptide immunogens are disclosed in references 30 and 31. Useful MNEC immunogens are disclosed in reference 32. A useful immunogen for several *E. coli* types is AcfD [33].

*Bacillus anthracis*

*Yersinia pestis*: Useful: immunogens include, but are not limited to, those disclosed in references 34 and 35.

*Staphylococcus epidermis*

*Clostridium perfringens* or *Clostridium botulinums*

*Legionella pneumophila*

GSK-PBM-00000497

US 11,324,770 B2

15

Coxiella burnetii

*Brucella*, such as *B. abortus, B. canis, B. melitensis, B. neotomae, B. ovis, B. suis, B. pinnipediae.*

*Francisella*, such as *F. novicida, F. philomimgia, F. tularensis.*

*Neisseria gonorrhoeae*

*Treponema pallidum*

*Haemophilus ducreyi*

*Enterococcus faecalis* or *Enterococcus faecium*

*Staphylococcus saprophyticus*

*Yersinia enterocolitica*

*Mycobacterium tuberculosis*

*Rickettsia*

*Listeria monocytogenes*

*Vibrio cholerae*

*Salmonella typhi*

*Borrelia burgdorferi*

*Porphyromonas gingivalis*

*Klebsiella*

In some embodiments the immunogen elicits an immune response against one of these viruses:

Orthomyxovirus: Useful immunogens can be from an influenza A, B or C virus, such as the hemagglutinin, neuraminidase or matrix M2 proteins. Where the immunogen is an influenza A virus hemagglutinin it may be from any subtype e.g. H1, H2, H3, H4, H5, H6, H7, H8, H9, H10, H11, H12, H13, H14, H15 or H16.

Paramyxoviridae viruses: Viral immunogens include, but are not limited to, those derived from Pneumoviruses (e.g. respiratory syncytial virus, RSV), Rubulaviruses (e.g. mumps virus), Paramyxoviruses (e.g. parainfluenza virus), Metapneumoviruses and Morbilliviruses (e.g. measles).

Poxviridae: Viral immunogens include, but are not limited to, those derived from Orthopoxvirus such as *Variola vera*, including but not limited to, *Variola major* and *Variola minor*.

Picornavirus: Viral immunogens include, but are not limited to those derived from Picornaviruses, such as Enteroviruses, Rhinoviruses, Heparnavirus, Cardioviruses and Aphthoviruses. In one embodiment, the enterovirus is a poliovirus e.g. a type 1, type 2 and/or type 3 poliovirus. In another embodiment, the enterovirus is an EV71 enterovirus. In another embodiment, the enterovirus is a coxsackie A or B virus.

Bunyavirus: Viral immunogens include, but are not limited to, those derived from an Orthobunyavirus, such as California encephalitis virus, a Phlebovirus, such as Rift Valley Fever virus, or a Nairovirus, such as Crimean-Congo hemorrhagicfever virus.

Heparnavirus: Viral immunogens include, but are not limited to, those derived from a Heparnavirus, such as hepatitis A virus (HA V).

Filovirus: Viral immunogens include, but are not limited to, those derived from a filovirus, such as an Ebola virus (including a Zaire, Ivory Coast, Reston or Sudan ebolavirus) or a Marburg virus.

Togavirus: Viral immunogens include, but are not limited to, those derived from a Togavirus, such as a Rubivirus, an Alphavirus, or an Arterivirus. This includes rubella virus.

Flavivirus: Viral immunogens include, but are not limited to, those derived from a Flavivirus, such as Tick-borne encephalitis (TBE) virus, Dengue (types 1, 2, 3 or 4) virus, Yellow Fever virus, Japanese encephalitis virus, Kyasanur Forest Virus, West Nile encephalitis virus, St.

16

Louis encephalitis virus, Russian spring-summer encephalitis virus, Powassan encephalitis virus.

Pestivirus: Viral immunogens include, but are not limited to, those derived from a Pestivirus, such as Bovine viral diarrhea (BVDV), Classical swine fever (CSFV) or Border disease (BDV).

Hepadnavirus: Viral immunogens include, but are not limited to, those derived from a Hepadnavirus, such as Hepatitis B virus. A composition can include hepatitis B virus surface antigen (HBsAg).

Other hepatitis viruses: A composition can include an immunogen from a hepatitis C virus, delta hepatitis virus, hepatitis E virus, or hepatitis G virus.

Rhabdovirus: Viral immunogens include, but are not limited to, those derived from a Rhabdovirus, such as a Lyssavirus (e.g. a Rabies virus) and Vesiculovirus (VSV).

Caliciviridae: Viral immunogens include, but are not limited to, those derived from Calciviridae, such as Norwalk virus (Norovirus), and Norwalk-like Viruses, such as Hawaii Virus and Snow Mountain Virus.

Coronavirus: Viral immunogens include, but are not limited to, those derived from a SARS coronavirus, avian infectious bronchitis (IBV), Mouse hepatitis virus (MHV), and Porcine transmissible gastroenteritis virus (TGEV). The coronavirus immunogen may be a spike polypeptide.

Retrovirus: Viral immunogens include, but are not limited to, those derived from an Oncovirus, a Lentivirus (e.g. HIV-1 or HIV-2) or a Spumavirus.

Reovirus: Viral immunogens include, but are not limited to, those derived from an Orthoreovirus, a Rotavirus, an Orbivirus, or a Coltivirus.

Parvovirus: Viral immunogens include, but are not limited to, those derived from Parvovirus B19.

Herpesvirus: Viral immunogens include, but are not limited to, those derived from a human herpesvirus, such as, by way of example only, Herpes Simplex Viruses (HSV) (e.g. HSV types 1 and 2), Varicella-zoster virus (VZV), Epstein-Barr virus (EBV), Cytomegalovirus (CMV), Human Herpesvirus 6 (HHV6), Human Herpesvirus 7 (HHV7), and Human Herpesvirus 8 (HHV8).

Papovaviruses: Viral immunogens include, but are not limited to, those derived from Papillomaviruses and Polyomaviruses. The (human) papillomavirus may be of serotype 1, 2, 4, 5, 6, 8, 11, 13, 16, 18, 31, 33, 35, 39, 41, 42, 47, 51, 57, 58, 63 or 65 e.g. from one or more of serotypes 6, 11, 16 and/or 18.

Adenovirus: Viral immunogens include those derived from adenovirus serotype 36 (Ad-36).

In some embodiments, the immunogen elicits an immune response against a virus which infects fish, such as: infectious salmon anemia virus (ISAV), salmon pancreatic disease virus (SPDV), infectious pancreatic necrosis virus (IPNV), channel catfish virus (CCV), fish lymphocystis disease virus (FLDV), infectious hematopoietic necrosis virus (IHNV), koi herpesvirus, salmon picorna-like virus (also known as picorna-like virus of atlantic salmon), land-locked salmon virus (LSV), atlantic salmon rotavirus (ASR), trout strawberry disease virus (TSD), coho salmon tumor virus (CSTV), or viral hemorrhagic septicemia virus (VHSV).

Fungal immunogens may be derived from Dermatophytres, including: *Epidermophyton floccusum, Microsporum audouini, Microsporum canis. Microsporum distortum, Microsporum equinum, Microsporum gypsum, Microsporum nanum, Trichophyton concentricum, Trichophyton equi-*

GSK-PBM-00000498

US 11,324,770 B2

17

num, *Trichophyton gallinae*, *Trichophyton gypseum*, *Trichophyton megnini*, *Trichophyton mentagrophytes*, *Trichophyton quinckeanum*, *Trichophyton rubrum*, *Trichophyton schoenleini*, *Trichophyton tonsurans*, *Trichophyton verrucosum*, *T. verrucosum* var. *album*, var. *discoides*, var. *ochraceum*, *Trichophyton violaceum*, and/or *Trichophyton faviforme*; or from *Aspergillus fumigatus*, *Aspergillus flavus*. *Aspergillus niger*, *Aspergillus nidulans*, *Aspergillus terreus*. *Aspergillus sydowii*, *Aspergillus flavatus*, *Aspergillus glaucus*, *Blastoschizomyces capitatus*, *Candida albicans*, *Candida enolase*, *Candida tropicalis*, *Candida glabrata*, *Candida krusei*, *Candida parapsilosis*, *Candida stellatoidea*, *Candida kusei*, *Candida parakwsei*, *Candida lusitaniae*, *Candida pseudotropicalis*, *Candida guilliermondi*, *Cladosporium carrionii*, *Coccidioides immitis*, *Blastomyces dermatidis*, *Cryptococcus neoformans*, *Geotrichum clavatum*, *Histoplasma capsulatum*, *Klebsiella pneumoniae*, *Microsporidia*, *Encephalitozoon* spp., *Septata intestinalis* and *Enterocytozoon bieneusi*; the less common are *Brachiola* spp., *Microsporidium* spp., *Nosema* spp., *Pleistophora* spp., *Trachipleistophora* spp., *Vittaforma* spp *Paracoccidioides brasiliensis*, *Pneumocystis carinii*. *Pythiumn insidiosum*, *Pityrosporum ovale*, *Sacharomyces cerevisae*, *Saccharomyces boulardii*, *Saccharomyces pombe*, *Scedosporium apiosperum*, *Sporothrix schenckii*, *Trichosporon beigelii*, *Toxoplasma gondii*, *Penicillium marneffei*, *Malassezia* spp., *Fonsecaea* spp., *Wangiella* spp., *Sporothrix* spp., *Basidiobolus* spp., *Conidiobolus* spp., *Rhizopus* spp, *Mucor* spp, *Absidia* spp, *Mortierella* spp, *Cunninghamella* spp, *Saksenaea* spp., *Alternaria* spp, *Curvularia* spp, *Helminthosporium* spp, *Fusarium* spp, *Aspergillus* spp, *Penicillium* spp, *Monolinia* spp, *Rhizoctonia* spp, *Paecilomyces* spp, *Pithomyces* spp, and *Cladosporium* spp.

In some embodiments the immunogen elicits an immune response against a parasite from the *Plasmodium* genus, such as *P. falciparum*, *P. vivax*, *P. malariae* or *P. ovale*. Thus the invention may be used for immunizing against malaria. In some embodiments the immunogen elicits an immune response against a parasite from the Caligidae family, particularly those from the *Lepeophtheirus* and *Caligus* genera e.g. sea lice such as *Lepeophtheirus salmonis* or *Caligus rogercresseyi*.

In some embodiments the immunogen elicits an immune response against: pollen allergens (tree-, herb, weed-, and grass pollen allergens); insect or arachnid allergens (inhalant, saliva and venom allergens, e.g. mite allergens, cockroach and midges allergens, hymenopthera venom allergens); animal hair and dandruff allergens (from e.g. dog, cat. horse, rat, mouse, etc.); and food allergens (e.g. a gliadin). Important pollen allergens from trees, grasses and herbs are such originating from the taxonomic orders of Fagalcs, Olcalcs, Pinales and platanaceae including, but not limited to, birch (*Betula*), alder (*Alnus*), hazel (*Corylus*), hornbeam (*Carpinus*) and olive (*Olea*), cedar (*Cryptomeria* and *Juniperus*), plane tree (*Platanus*), the order of Poales including grasses of the genera *Lolium*, *Phleum*, *Poa*, *Cynodon*, *Dactylis*, *Holcus*, *Phalaris*, *Secale*, and Sorghum, the orders of Asterales and Urticales including herbs of the genera *Ambrosia*, *Artemisia*, and *Parietaria*. Other important inhalation allergens are those from house dust mites of the genus *Dermatophagoides* and *Euroglyphus*, storage mite e.g. Lepidoglyphys, Glycyphagus and Tyrophagus, those from cockroaches, midges and fleas e.g. Blatella, Periplancta, Chironomus and *Ctenocephalides*, and those from mammals such as cat, dog and horse, venom allergens including such originating from stinging orbiting insects such as those from

18

the taxonomic order of Hymenoptera including bees (*Apidae*), wasps (*Vespidea*), and ants (*Formicoidae*).

In some embodiments the immunogen is a tumor antigen selected from: (a) cancer-testis antigens such as NY-ESO-1, SSX2, SCP1 as well as RAGE, BAGE, GAGE and MAGE family polypeptides, for example, GAGE-1, GAGE-2, MAGE1, MAGE-2, MAGE-3, MAGE-4, MAGE-5, MAGE-6, and MAGE-12 (which can be used, for example, to address melanoma, lung, head and neck, NSCLC, breast, gastrointestinal, and bladder tumors; (b) mutated antigens, for example, p53 (associated with various solid tumors, e.g., colorectal, lung, head and neck cancer), p21/Ras (associated with, e.g., melanoma, pancreatic cancer and colorectal cancer), CDK4 (associated with, e.g., melanoma), MUM1 (associated with, e.g., melanoma), caspase-8 (associated with, e.g., head and neck cancer), CIA 0205 (associated with, e.g., bladder cancer), HLA-A2-R1701, beta catenin (associated with, e.g., melanoma), TCR (associated with, e.g., T-cell non-Hodgkins lymphoma), BCR-abl (associated with, e.g., chronic myelogenous leukemia), triosephosphate isomerase, KTA 0205, CDC:-27, and LDLRFUT; (c) over-expressed antigens, for example, Galectin 4 (associated with, e.g., colorectal cancer), Galectin 9 (associated with, e.g., Hodgkin's disease), proteinase 3 (associated with, e.g., chronic myelogenous leukemia), WT 1 (associated with, e.g., various leukemias), carbonic anhydrase (associated with, e.g., renal cancer), aldolase A (associated with, e.g., lung cancer), PRAME (associated with, e.g., melanoma), HER-2/neu (associated with, e.g., breast, colon, lung and ovarian cancer), mammaglobin, alpha-fetoprotein (associated with, e.g., hepatoma), KSA (associated with, e.g., colorectal cancer), gastrin (associated with, e.g., pancreatic and gastric cancer), telomerase catalytic protein, MUC-1 (associated with, e.g., breast and ovarian cancer), G-250 (associated with, e.g., renal cell carcinoma), p53 (associated with, e.g., breast, colon cancer), and carcinoembryonic antigen (associated with, e.g., breast cancer, lung cancer, and cancers of the gastrointestinal tract such as colorectal cancer); (d) shared antigens, for example, melanoma-melanocyte differentiation antigens such as MART-I/Melan A, gp100, MC1R, melanocyte-stimulating hormone receptor, tyrosinase, tyrosinase related protein-1/TRP1 and tyrosinaserelated protein-2/TRP2 (associated with, e.g., melanoma); (c) prostate associated antigens such as PAP, PSA, PSMA, PSH-P1, PSM-P1, PSM-P2, associated with e.g., prostate cancer; (f) immunoglobulin idiotypes (associated with myeloma and B cell lymphomas, for example). In certain embodiments, tumor immunogens include, but are not limited to, p15, Hom/Mel-40, H-Ras, E2A-PRL, H4-RET, IGH-IGK, MYL-RAR, Epstein Barr virus antigens, EBNA, human papillomavirus (HPV) antigens, including E6 and E7, hepatitis B and C virus antigens, human T-cell lymphotropic virus antigens, TSP-180, p185erbB2, p180erbB-3, c-met, mn-23HI, TAG-72-4, CA 19-9, CA 72-4, CAM 17.1, NuMa, K-ras, p16, TAGE, PSCA, CT7, 43-9F, 5T4, 791 Tgp72, beta-HCG, BCA225, BTAA, CA 125, CA 15-3 (CA27.29\BCAA), CA 195, CA 242, CA-50, CAM43, CD68\KP1, CO-029, FGF-5, Ga733 (EpCAM), HTgp-175, M344, MA-50, MG7-Ag, MOV18, NB/70K, NY-CO-1, RCAS1, SDCCAG16, TA-90, (Mac-2 binding protein/cyclophilin C-associated protein), TAAL6, TAG72, TLP, TPS, and the like.

Pharmaceutical Compositions

RNA will be administered as a component in a pharmaceutical composition for immunizing subjects against various diseases. These compositions will typically include a pharmaceutically acceptable carrier in addition to the RNA,

GSK-PBM-00000499

US 11,324,770 B2

19                                                                              20

often as part of a delivery system as described above. A thorough discussion of pharmaceutically acceptable carriers is available in reference 36.

A pharmaceutical composition of the invention may include one or more small molecule immunopotentiators. For example, the composition may include a TLR2 agonist (e.g. Pam3CSK4), a TLR4 agonist (e.g. an aminoalkyl glucosaminide phosphate, such as E6020), a TLR7 agonist (e.g. imiquimod), a TLR8 agonist (e.g. resiquimod) and/or a TLR9 agonist (e.g. IC31). Any such agonist ideally has a molecular weight of <2000 Da. Where a RNA is encapsulated, in some embodiments such agonist(s) are also encapsulated with the RNA, but in other embodiments they are unencapsulated. Where a RNA is adsorbed to a particle, in some embodiments such agonist(s) are also adsorbed with the RNA, but in other embodiments they are unadsorbed.

Pharmaceutical compositions of the invention may include the particles in plain water (e.g. w.f.i.) or in a buffer e.g. a phosphate buffer, a Tris buffer, a borate buffer, a succinate buffer, a histidine buffer, or a citrate buffer. Buffer salts will typically be included in the 5-20 mM range.

Pharmaceutical compositions of the invention may have a pH between 5.0 and 9.5 e.g. between 6.0 and 8.0.

Compositions of the invention may include sodium salts (e.g. sodium chloride) to give tonicity. A concentration of 10±2 mg/ml NaCl is typical e.g. about 9 mg/ml.

Compositions of the invention may include metal ion chelators. These can prolong RNA stability by removing ions which can accelerate phosphodiester hydrolysis. Thus a composition may include one or more of EDTA, EGTA, BAPTA, pentetic acid, etc. Such chelators are typically present at between 10-500 µM e.g. 0.1 mM. A citrate salt, such as sodium citrate, can also act as a chelator, while advantageously also providing buffering activity.

Pharmaceutical compositions of the invention may have an osmolality of between 200 mOsm/kg and 400 mOsm/kg, e.g. between 240-360 mOsm/kg, or between 290-310 mOsm/kg.

Pharmaceutical compositions of the invention may include one or more preservatives, such as thiomersal or 2-phenoxyethanol. Mercury-free compositions are preferred, and preservative-free vaccines can be prepared.

Pharmaceutical compositions of the invention are preferably sterile.

Pharmaceutical compositions of the invention are preferably non-pyrogenic e.g. containing <1 EU (endotoxin unit, a standard measure) per dose, and preferably <0.1 EU per dose.

Pharmaceutical compositions of the invention are preferably gluten free.

Pharmaceutical compositions of the invention may be prepared in unit dose form. In some embodiments a unit dose may have a volume of between 0.1-1.0 ml e.g. about 0.5 ml.

The compositions may be prepared as injectables, either as solutions or suspensions. The composition may be prepared for pulmonary administration e.g. by an inhaler, using a fine spray. The composition may be prepared for nasal, aural or ocular administration e.g. as spray or drops. Injectables for intramuscular administration are typical.

Compositions comprise an immunologically effective amount of RNA, as well as any other components, as needed. By 'immunologically effective amount', it is meant that the administration of that amount to an individual, either in a single dose or as part of a series, is effective for treatment or prevention. This amount varies depending upon the health and physical condition of the individual to be

treated, age, the taxonomic group of individual to be treated (e.g. non-human primate, primate, etc.), the capacity of the individual's immune system to synthesize antibodies, the degree of protection desired, the formulation of the vaccine, the treating doctor's assessment of the medical situation, and other relevant factors. It is expected that the amount will fall in a relatively broad range that can be determined through routine trials. The RNA content of compositions of the invention will generally be expressed in terms of the amount of RNA per dose. A preferred dose has ≤10 µg RNA, and expression can be seen at much lower levels e.g. ≤1 µg/dose, ≤100 ng/dose, ≤10 ng/dose ≤1 ng/dose, etc.

The invention also provides a delivery device (e.g. syringe, nebulizer, sprayer, inhaler, dermal patch, etc.) containing a pharmaceutical composition of the invention. This device can be used to administer the composition to a vertebrate subject.

RNAs are not delivered in combination with ribosomes and so pharmaceutical compositions of the invention are ribosome-free.

Methods of Treatment and Medical Uses

RNA delivery according to the invention is for eliciting an immune response in vivo against an immunogen of interest. The immune response is preferably protective and preferably involves antibodies and/or cell-mediated immunity. The method may raise a booster response.

By raising an immune response the vertebrate can be protected against various diseases and/or infections e.g. against bacterial and/or viral diseases as discussed above. RNA-containing compositions are immunogenic, and are more preferably vaccine compositions. Vaccines according to the invention may either be prophylactic (i.e. to prevent infection) or therapeutic (i.e. to treat infection), but will typically be prophylactic.

The vertebrate is preferably a mammal, such as a human or a large veterinary mammal (e.g. horses, cattle, deer, goats, pigs). Where the vaccine is for prophylactic use, the human is preferably a child (e.g. a toddler or infant) or a teenager; where the vaccine is for therapeutic use, the human is preferably a teenager or an adult. A vaccine intended for children may also be administered to adults e.g. to assess safety, dosage, immunogenicity, etc.

Vaccines prepared according to the invention may be used to treat both children and adults. Thus a human patient may be less than 1 year old, less than 5 years old, 1-5 years old, 5-15 years old, 15-55 years old, or at least 55 years old. Preferred patients for receiving the vaccines are the elderly (e.g. ≥50 years old, ≥60 years old, and preferably ≥65 years), the young (e.g. ≤5 years old), hospitalized patients, healthcare workers, armed service and military personnel, pregnant women, the chronically ill, or immunodeficient patients. The vaccines are not suitable solely for these groups, however, and may be used more generally in a population.

Compositions of the invention will generally be administered directly to a patient. Direct delivery may be accomplished by parenteral injection (e.g. subcutaneously, intraperitoneally, intravenously, intramuscularly, or to the interstitial space of a tissue; unlike reference 37, intraglossal injection is not typically used with the present invention), or mucosally, such as by rectal, oral (e.g. tablet, spray), vaginal, topical, transdermal or transcutaneous, intranasal, ocular, aural, pulmonary or other mucosal administration. Injection may be via a needle (e.g. a hypodermic needle), but needle-free injection may alternatively be used. A typical intramuscular dose is 0.5 mL

GSK-PBM-00000500

US 11,324,770 B2

## 21

The invention may be used to elicit systemic and/or mucosal immunity, preferably to elicit an enhanced systemic and/or mucosal immunity.

Dosage can be by a single dose schedule or a multiple dose schedule. Multiple doses may be used in a primary immunization schedule and/or in a booster immunization schedule. In a multiple dose schedule the various doses may be given by the same or different routes e.g. a parenteral prime and mucosal boost, a mucosal prime and parenteral boost, etc. Multiple doses will typically be administered at least 1 week apart (e.g. about 2 weeks, about 3 weeks, about 4 weeks, about 6 weeks, about 8 weeks, about 10, weeks, about 12 weeks, about 16 weeks, etc.). In one embodiment multiple doses may be administered approximately 6 weeks, 10 weeks and 14 weeks after birth, e.g. at an age of 6 weeks, 10 weeks and 14 weeks, as often used in the World Health Organization's Expanded Program on Immunization ("EPI"). In an alternative embodiment, two primary doses are administered about two months apart, e.g. about 7, 8 or 9 weeks apart, followed by one or more booster doses about 6 months to 1 year after the second primary dose, e.g. about 6, 8, 10 or 12 months after the second primary dose. In a further embodiment, three primary doses are administered about two months apart, e.g. about 7, 8 or 9 weeks apart followed by one or more booster doses about 6 months to 1 year after the third primary dose, e.g. about 6, 8, 10, or 12 months after the third primary dose.

General Embodiments

In some embodiments of the invention, the RNA includes no modified nucleotides (see above). In other embodiments the RNA can optionally include at least one modified nucleotide, provided that one or more of the following features (already disclosed above) is also required:

A. Where the RNA is delivered with a liposome, the liposome comprises DSDMA, DODMA, DLinDMA and/or DLcnDMA.

B. Where the RNA is encapsulated in a liposome, the hydrophilic portion of a lipid in the liposome is PEGylated.

C. Where the RNA is encapsulated in a liposome, at least 80% by number of the liposomes have diameters in the range of 20-220 nm.

D. Where the RNA is delivered with a microparticle, the microparticle is a non-toxic and biodegradable polymer microparticle.

E. Where the RNA is delivered with a microparticle, the microparticles have a diameter in the range of 0.02 μm to 8 μm.

F. Where the RNA is delivered with a microparticle, at least 80% by number of the microparticles have a diameter in the range of 0.03-7 μm.

G. Where the RNA is delivered with a microparticle, the composition is lyophilised.

H. Where the RNA is delivered with an emulsion, the emulsion comprises a biodegradable oil (e.g. squalene).

I. Where the RNA is delivered with an emulsion, the emulsion includes one or more cationic molecules e.g. one or more cationic lipids.

J. The RNA has a 3' poly-A tail, and the immunogen can elicits an immune response in vivo against a bacterium, a virus, a fungus or a parasite.

K. The RNA is delivered in combination with a metal ion chelator with a delivery system selected from (i) liposomes (ii) non-toxic and biodegradable polymer microparticles (iii) cationic submicron oil-in-water emulsions.

## 22

General

The practice of the present invention will employ, unless otherwise indicated, conventional methods of chemistry, biochemistry, molecular biology, immunology and pharmacology, within the skill of the art. Such techniques are explained fully in the literature. See, e.g., references 38-44, etc.

The term "comprising" encompasses "including" as well as "consisting" e.g. a composition "comprising" X may consist exclusively of X or may include something additional e.g. X+Y.

The term "about" in relation to a numerical value x is optional and means, for example, x±10%.

The word "substantially" does not exclude "completely" e.g. a composition which is "substantially free" from Y may be completely free from Y. Where necessary, the word "substantially" may be omitted from the definition of the invention.

References to charge, to cations, to anions, to zwitterions, etc., arc taken at pH 7.

TLR3 is the Toll-like receptor 3. It is a single membrane-spanning receptor which plays a key role in the innate immune system. Known TLR3 agonists include poly(I:C). "TLR3" is the approved HGNC name for the gene encoding this receptor, and its unique HGNC ID is HGNC:11849. The RefSeq sequence for the human TLR3 gene is GI:2459625.

TLR7 is the Toll-like receptor 7. It is a single membrane-spanning receptor which plays a key role in the innate immune system. Known TLR7 agonists include e.g. imiquimod. "TLR7" is the approved HGNC name for the gene encoding this receptor, and its unique HGNC ID is HGNC: 15631. The Ref.Seq sequence for the human TLR7 gene is GI:67944638.

TLR8 is the Toll-like receptor 8. It is a single membrane-spanning receptor which plays a key role in the innate immune system. Known TLR8 agonists include e.g. resiquimod. "TLR8" is the approved HGNC name for the gene encoding this receptor, and its unique HGNC ID is HGNC: 15632. The RefSeq sequence for the human TLR8 gene is GI:20302165.

The RIG-I-like receptor ("RLR") family includes various RNA helicases which play key roles in the innate immune system [45]. RLR-1 (also known as RIG-I or retinoic acid inducible gene I) has two caspase recruitment domains near its N-terminus. The approved HGNC name for the gene encoding the RLR-1 helicase is "DDX58" (for DEAD (Asp-Glu-Ala-Asp) box polypeptide 58) and the unique HGNC ID is HGNC:19102. The RefSeq sequence for the human RLR-1 gene is GI:77732514. RLR-2 (also known as MDA5 or melanoma differentiation-associated gene 5) also has two caspase recruitment domains near its N-terminus. The approved HGNC name for the gene encoding the RLR-2 helicase is "IFIHI" (for interferon induced with helicase C domain 1) and the unique HGNC ID is HGNC: 18873. The RefSeq sequence for the human RLR-2 gene is GI: 27886567. RLR-3 (also known as LGP2 or laboratory of genetics and physiology 2) has no caspase recruitment domains. The approved HGNC name for the gene encoding the RLR-3 helicase is "DHX58" (for DEXH (Asp-Glu-X-His) box polypeptide 58) and the unique HGNC ID is HGNC:29517. The RefSeq sequence for the human RLR-3 gene is GI: 149408121.

PKR is a double-stranded RNA-dependent protein kinase. It plays a key role in the innate immune system. "ETF2AK2" (for eukaryotic translation initiation factor 2-alpha kinase 2) is the approved HGNC name for the gene

GSK-PBM-00000501

US 11,324,770 B2

23 24

encoding this enzyme, and its unique HGNC TD is HGNC: 9437. The RefSeq sequence for the human PKR gene is GJ:208431825.

BRIEF DESCRIPTION OF DRAWINGS

FIG. 1 shows a gel with stained RNA. Lanes show (1) markers (2) naked replicon (3) replicon after RNase treatment (4) replicon encapsulated in liposome (5) liposome after RNase treatment (6) liposome treated with RNase then subjected to phenol/chloroform extraction.

FIG. 2 is an electron micrograph of liposomes.

FIG. 3 shows protein expression (as relative light units, RLU) at days 1, 3 and 6 after delivery of RNA as a virion-package replicon (squares), naked RNA (triangles), or as microparticles (circles).

FIG. 4 shows a gel with stained RNA. Lanes show (1) markers (2) naked replicon (3) replicon encapsulated in liposome (4) liposome treated with RNase then subjected to phenol/chloroform extraction.

FIG. 5 shows protein expression at days 1, 3 and 6 after delivery of RNA as a virion-packaged replicon (squares), as naked RNA (diamonds), or in liposomes (+=0.1 µg, x=1 µg).

FIG. 6 shows protein expression at days 1, 3 and 6 after delivery of four different doses of liposome-encapsulated RNA.

FIG. 7 shows anti-F IgG titers in animals receiving virion-packaged replicon (VRP or VSRP),1 µg naked RNA, and 1 µg liposome-encapsulated RNA.

FIG. 8 shows anti-F IgG titers in animals receiving VRP, 1 µg naked RNA, and 0.1 g or 1 µg liposome-encapsulated RNA.

FIG. 9 shows neutralizing antibody titers in animals receiving VRP or either 0.1 g or 1 µg liposome-encapsulated RNA.

FIG. 10 shows expression levels after delivery of a replicon as naked RNA (circles), liposome-encapsulated RNA (triangle & square), or as a lipoplex (inverted triangle).

FIG. 11 shows F-specific IgG titers (2 weeks after second dose) after delivery of a replicon as naked RNA (0.01-1 µg), liposome-encapsulated RNA (0.01-1 µg), or packaged as a virion (VRP, $10^6$ infectious units or IU).

FIG. 12 shows F-specific IgG titers (circles) and PRNT titers (squares) after delivery of a replicon as naked RNA (1 µg), liposome-encapsulated RNA (0.1 or 1 µg), or packaged as a virion (VRP, $10^6$ IU). Titers in naive mice are also shown. Solid lines show geometric means.

FIG. 13 shows intracellular cytokine production after restimulation with synthetic peptides representing the major epitopes in the F protein, 4 weeks after a second dose. The y-axis shows the % cytokine+ of CD8+CD4−.

FIG. 14 shows F-specific IgG titers (mean $\log_{10}$ titers±std dev) over 63 days (FIG. 14A) and 210 days (FIG. 14B) after immunization of calves. The four lines are easily distinguished at day 63 and are, from bottom to top: PBS negative control; liposome-delivered RNA; emulsion-delivered RNA; and the "Triangle 4" product.

FIG. 15A shows IFN-β released by fibroblasts. The graphs include two sets of 4 bars. The left quartet are for control mice; the right quartet are for RNA-immunized mice. The 4 bars in each quartet, from left to right, show data from rig-i+/−, rig-1−/−, mda5+/− and mda5−/−. Figures are pg/ml.

FIG. 15B shows IL-6 released by fibroblasts. The graphs include two sets of 4 bars. The left quartet are for control mice; the right quartet are for RNA-immunized mice. The 4 bars in each quartet, from left to right, show data from rig-i+/−, rig-1−/−, mda5+/− and mda5−/− mice. Figures are pg/ml.

FIG. 16A shows IL-6 (pg/ml) released by pDC. There are 4 pairs of bars, from left to right: control; immunized with RNA+DOTAP; immunized with RNA+lipofectamine; and immunized with RNA in liposomes. In each pair the black bar is wild-type mice, grey is rsq1 mutant.

FIG. 16B shows IFNα (pg/ml) released by pDC. There are 4 pairs of bars, from left to right: control; immunized with RNA+DOTAP; immunized with RNA+lipofectamine; and immunized with RNA in liposomes. In each pair the black bar is wild-type mice, grey is rsq1 mutant.

MODES FOR CARRYING OUT THE INVENTION

RNA Replicons

Various replicons are used below. In general these are based on a hybrid alphavirus genome with non-structural proteins from venezuelan equine encephalitis virus (VEEV), a packaging signal from sindbis virus, and a 3' UTR from Sindbis virus or a VEEV mutant. The replicon is about 10 kb long and has a poly-A tail.

Plasmid DNA encoding alphavirus replicons (named: pT7-mvEEV-FL.RSVF or A317; pT7-mVEEV-SEAP or A306; pSP6-VCR-GFP or A50) served as a template for synthesis of RNA in vitro. The replicons contain the alphavirus genetic elements required for RNA replication but lack those encoding gene products necessary for particle assembly; the structural proteins are instead replaced by a protein of interest (either a reporter, such as SEAP or GFP, or an immunogen, such as full-length RSV F protein) and so the replicons are incapable of inducing the generation of infectious particles. A bacteriophage (T7 or SP6) promoter upstream of the alphavirus cDNA facilitates the synthesis of the replicon RNA in vitro and a hepatitis delta virus (HDV) ribozyme immediately downstream of the poly(A)-tail generates the correct 3'-end through its self-cleaving activity.

Following linearization of the plasmid DNA downstream of the HDV ribozyme with a suitable restriction endonuclease, run-off transcripts were synthesized in vitro using T7 or SP6 bacteriophage derived DNA-dependent RNA polymerase. Transcriptions were performed for 2 hours at 37° C. in the presence of 7.5 mM (T7 RNA polymerase) or 5 mM (SP6 RNA polymerase) of each of the nucleoside triphosphates (ATP, CTP, GTP and UTP) following the instructions provided by the manufacturer (Ambion). Following transcription, the template DNA was digested with TURBO DNase (Ambion). The replicon RNA was precipitated with LiC and reconstituted in nuclease-free water. Uncapped RNA was capped post-transcriptionally with Vaccinia Capping Enzyme (VCE) using the ScriptCap m7G Capping System (Epicentre Biotechnologies) as outlined in the user manual; replicons capped in this way are given the "v" prefix e.g. vA317 is the A317 replicon capped by VCE. Post-transcriptionally capped RNA was precipitated with LiCi and reconstituted in nuclease-free water. The concentration of the RNA samples was determined by measuring OD260 nm—Integrity of the in vitro transcripts was confirmed by denaturing agarose gel electrophoresis.

PLG Adsorption

Microparticles were made using 500 mg of PLG RG503 (50:50 lactide/glycolide molar ratio, MW~30 kDa) and 20 mg DOTAP using an Omni Macro Homogenizer. The particle suspension was shaken at 150 rpm overnight and then filtered through a 40 µm sterile filter for storage at 2-8° C.

GSK-PBM-00000502

US 11,324,770 B2

25

Self-replicating RNA was adsorbed to the particles. To prepare 1 mL of PLG/RNA suspension the required volume of PLG particle suspension was added to a vial and nuclease-free water was added to bring the volume to 900 µL. 100 uL RNA (10 µg/mL) was added dropwise to the PLG suspension, with constant shaking. PLG/RNA was incubated at room temperature for 30 min. For 1 mL of reconstituted suspension, 45 mg mannitol, 15 mg sucrose and 250-500 µg of PVA were added. The vials were frozen at −80° C. and lyophilized.

To evaluate RNA adsorption, 100 µL particle suspension was centrifuged at 10,000 rpm for 5 min and supernatant was collected. PLG/RNA was reconstituted using 1 mL nuclease-free water. To 100 µL particle suspension (1 µg RNA), 1 mg heparin sulfate was added. The mixture was vortexed and allowed to sit at room temperature for 30 min for RNA desorption. Particle suspension was centrifuged and supernatant was collected.

For RNAse stability, 100 µL particle suspension was incubated with 6.4 mAU of RNase A at room temperature for 30 min. RNAse was inactivated with 0.126 mAU of Proteinase K at 55° C. for 10 min. 1 mg of heparin sulfate was added to desorb the RNA followed by centrifugation. The supernatant samples containing RNA were mixed with formaldehyde load dye, heated at 65° C. for 10 min and analyzed using a 1% denaturing gel (460 ng RNA loaded per lane).

To assess expression, Balb/c mice were immunized with 1 µg RNA in 100 µL intramuscular injection volume (50 µL/leg) on day 0. Sera were collected on days 1, 3 and 6. Protein expression was determined using a chemiluminescence assay. As shown in FIG. 3, expression was higher when RNA was delivered by PLG (triangles) than without any delivery particle (circles).

Cationic Nanoemulsion

An oil-in-water emulsion was prepared by microfluidising squalene, span 85, polysorbate 80, and varying amounts of DOTAP. Briefly, oil soluble components (squalene, span 85, cationic lipids, lipid surfactants) were combined in a beaker, lipid components were dissolved in organic solvent. The resulting lipid solution was added directly to the oil phase. The solvent was allowed to evaporate at room temperature for 2 hours in a fume hood prior to combining the aqueous phase and homogenizing the sample to provide a homogeneous feedstock. The primary emulsions were passed three to five times through a Microfluidizer with an ice bath cooling coil. The batch samples were removed from the unit and stored at 4° C.

This emulsion is thus similar to the commercial MF59 adjuvant, but supplemented by a cationic DOTAP to provide a cationic nanoemulsion ("CNE"). The final composition of emulsion "CNE17" was squalene (4.3%) by weight), span 85 (0.5% by weight), polysorbate 80 (0.5% by weight), DOTAP (1.4 mg/ml), in 10 mM citrate buffer, pH 6.5.

RNA adsorbs to the surface of the oil droplets in these cationic emulsions. To adsorb RNA a RNA solution is diluted to the appropriate concentration in RNase free water and then added directly into an equal volume of emulsion while vortexing lightly. The solution is allowed to sit at room temperature for approximately 2 hours to allow adsorption. The resulting solution is diluted to the required RNA concentration prior to administration.

Liposomal Encapsulation

RNA was encapsulated in liposomes made by the method of references 6 and 46. The liposomes were made of 10%, DSPC (zwitterionic), 40% DlinDMA (cationic), 48% cho-

26

lesterol and 2% PEG-conjugated DMG (2 kDa PEG) These proportions refer to the % moles in the total liposome.

DlinDMA (1,2-dilinoleyloxy-N,N-dimethyl-3-aminopropane) was synthesized using the procedure of reference 1. DSPC (1,2-Diastearoyl-sn-glycero-3-phosphocholine) was purchased from Genzyme. Cholesterol was obtained from Sigma-Aldrich. PEG-conjugated DMG (1,2-dimyristoyl-sn-glycero-3-phosphoethanolamine-N-[methoxy(polyethylene glycol), ammonium salt), DOTAP (1,2-dioleoyl-3-trimethylammonium-propane, chloride salt) and DC-chol (3β-[N—(N',N'-dimethylaminoethane)-carbamoyl]cholesterol hydrochloride) were from Avanti Polar Lipids.

Briefly, lipids were dissolved in ethanol (2 ml), a RNA replicon was dissolved in buffer (2 ml, 100 mM sodium citrate, pH 6) and these were mixed with 2 ml of buffer followed by 1 hour of equilibration. The mixture was diluted with 6 ml buffer then filtered. The resulting product contained liposomes, with ~95% encapsulation efficiency.

For example, in one particular method, fresh lipid stock solutions were prepared in ethanol, 37 mg of DlinDMA, 11.8 mg of DSPC, 27.8 mg of cholesterol and 8.07 mg of PEG-DMG were weighed and dissolved in 7.55 mL of ethanol. The freshly prepared lipid stock solution was gently rocked at 37° C. for about 15 min to form a homogenous mixture. Then, 755 µL of the stock was added to 1.245 mL ethanol to make a working lipid stock solution of 2 mL. This amount of lipids was used to form liposomes with 250 µg RNA. A 2 mL working solution of RNA was also prepared from a stock solution of ~1 µg/µL in 100 mM citrate buffer (pH 6), Three 20 mL glass vials (with stir bars) were rinsed with RNase Away solution (Molecular BioProducts) and washed with plenty of MilliQ water before use to decontaminate the vials of RNases. One of the vials was used for the RNA working solution and the others for collecting the lipid and RNA mixes (as described later). The working lipid and RNA solutions were heated at 37° C. for 10 min before being loaded into 3 cc luer-lok syringes. 2 mL citrate buffer (pH 6) was loaded in another 3 cc syringe. Syringes containing RNA and the lipids were connected to a T mixer (PEEK™ 500 µm ID junction, Idex Health Science) using FEP tubing (fluorinated ethylene-propylene; all FEP tubing used had a 2 mm internal diameter and a 3 mm outer diameter; obtained from Idex Health Science). The outlet from the T mixer was also FEP tubing. The third syringe containing the citrate buffer was connected to a separate piece of tubing.

All syringes were then driven at a flow rate of 7 mL/min using a syringe pump. The tube outlets were positioned to collect the mixtures in a 20 mL glass vial (while stirring). The stir bar was taken out and the ethanol/aqueous solution was allowed to equilibrate to room temperature for 1 h. 4 ml of the mixture was loaded into a 5 cc syringe, which was connected to a piece of FEP tubing and in another 5 cc syringe connected to an equal length of FEP tubing, an equal amount of 100 mM citrate buffer (pH 6) was loaded. The two syringes were driven at 7 mL/min flow rate using the syringe pump and the final mixture collected in a 20 mL glass vial (while stirring). Next, the mixture collected from the second mixing step (liposomes) were passed through a Mustang Q membrane (an anion-exchange support that binds and removes anionic molecules, obtained from Pall Corporation). Before using this membrane for the liposomes, 4 mL of 1 M NaOH, 4 mL of 1 M NaCl and 10 mL of 100 mM citrate buffer (pH 6) were successively passed through it. Liposomes were warmed for 10 min at 37° C. before passing through the membrane. Next, liposomes were concentrated to 2 mL and dialyzed against 10-15 volumes of 1×PBS using

GSK-PBM-00000503

US 11,324,770 B2

27

by tangential flow filtration before recovering the final product. The TFF system and hollow fiber filtration membranes were purchased from Spectrum Labs (Rancho Dominguez) and were used according to the manufacturer's guidelines. Polysulfone hollow fiber filtration membranes with a 100 kD pore size cutoff and 8 cm² surface area were used. For in vitro and in vivo experiments formulations were diluted to the required RNA concentration with 1×PBS.

FIG. 2 shows an example electron micrograph of liposomes prepared by these methods. These liposomes contain encapsulated RNA encoding full-length RSV F antigen. Dynamic light scattering of one batch showed an average diameter of 141 nm (by intensity) or 78 nm (by number).

The percentage of encapsulated RNA and RNA concentration were determined by Quant-iT RiboGreen RNA reagent kit (Invitrogen), following manufacturer's instructions. The ribosomal RNA standard provided in the kit was used to generate a standard curve. Liposomes were diluted 10× or 100× in 1×TE buffer (from kit) before addition of the dye. Separately, liposomes were diluted 10× or 100× in 1×TE buffer containing 0.5% Triton X before addition of the dye (to disrupt the liposomes and thus to assay total RNA). Thereafter an equal amount of dye was added to each solution and then ~180 μL of each solution after dye addition was loaded in duplicate into a 96 well tissue culture plate. The fluorescence (Ex 485 nm, Em 528 nm) was read on a microplate reader. All liposome formulations were dosed in vivo based on the encapsulated amount of RNA.

Encapsulation in liposomes was shown to protect RNA from RNase digestion. Experiments used 3.8 mAU of RNase A per microgram of RNA, incubated for 30 minutes at room temperature. RNase was inactivated with Proteinase K at 55° C. for 10 minutes. A 1:1 v/v mixture of sample to 25:24:1 v/v/v, phenol:chloroform:isoamyl alcohol was then added to extract the RNA from the lipids into the aqueous phase. Samples were mixed by vortexing for a few seconds and then placed on a centrifuge for 15 minutes at 12 k RPM. The aqueous phase (containing the RNA) was removed and used to analyze the RNA Prior to loading (400 ng RNA per well) all the samples were incubated with formaldehyde loading dye, denatured for 10 minutes at 65° C. and cooled to room temperature. Ambion Millennium markers were used to approximate the molecular weight of the RNA construct. The gel was run at 90 V. The gel was stained using 0.1% SYBR gold according to the manufacturer's guidelines in water by rocking at room temperature for 1 hour. FIG. 1 shows that RNase completely digests RNA in the absence of encapsulation (lane 3). RNA is undetectable after encapsulation (lane 4), and no change is seen if these liposomes are treated with RNase (lane 4). After RNase-treated liposomes are subjected to phenol extraction, undigested RNA is seen (lane 6). Even after 1 week at 4° C. the RNA could be seen without any fragmentation (FIG. 4, arrow). Protein expression in vivo was unchanged after 6 weeks at 4° C. and one freeze-thaw cycle. Thus liposome-encapsulated RNA is stable.

To assess in vivo expression of the RNA a reporter enzyme (SEAP; secreted alkaline phosphatase) was encoded in the replicon, rather than an immunogen. Expression levels were measured in sera diluted 1:4 in 1× Phospha-Light dilution buffer using a chemiluminescent alkaline phosphate substrate. 8-10 week old BALB/c mice (5/group) were injected intramuscularly on day 0, 50 μl per leg with 0.1 μg or 1 μg RNA dose. The same vector was also administered without the liposomes (in RNase free 1×PBS) at 1 μg. Virion-packaged replicons were also tested. Virion-packaged replicons used herein (referred to as "VRPs") were

28

obtained by the methods of reference 47, where the alphavirus replicon is derived from the mutant VEEV or a chimera derived from the genome of VEEV engineered to contain the 3' UTR of Sindbis virus and a Sindbis virus packaging signal (PS), packaged by co-electroporating them into BHK cells with defective helper RNAs encoding the Sindbis virus capsid and glycoprotein genes.

As shown in FIG. 5, encapsulation increased SEAP levels by about 1% log at the 1 μg dose, and at day 6 expression from a 0.1 μg encapsulated dose matched levels seen, with 1 μg unencapsulated dose. By day 3 expression levels exceeded those achieved with VRPs (squares). Thus expressed increased when the RNA was formulated in the liposomes relative to the naked RNA control, even at a 10× lower dose. Expression was also higher relative to the VRP control, but the kinetics of expression were very different (see FIG. 5). Delivery of the RNA with electroporation resulted in increased expression relative to the naked RNA control, but these levels were lower than with liposomes.

To assess whether the effect seen in the liposome groups was due merely to the liposome components, or was linked to the encapsulation, the replicon was administered in encapsulated form (with two different purification protocols, 0.1 μg RNA), or mixed with the liposomes after their formation (a non-encapsulated "lipoplex", 0.1 μg RNA), or as naked RNA (1 μg). FIG. 10 shows that the lipoplex gave the lowest levels of expression, showing that shows encapsulation is essential for potent expression.

Further SEAP experiments showed a clear dose response in vivo, with expression seen after delivery of as little as 1 ng RNA (FIG. 6). Further experiments comparing expression from encapsulated and naked replicons indicated that 0.01 μg encapsulated RNA was equivalent to 1 μg of naked RNA. At a 0.5 μg dose of RNA the encapsulated material gave a 12-fold higher expression at day 6; at a 0.1 μg dose levels were 24-fold higher at day 6.

Rather than looking at average levels in the group, individual animals were also studied. Whereas several animals were non-responders to naked replicon, encapsulation eliminated non-responders.

Further experiments replaced DlinDMA with DOTAP. Although the DOTAP liposomes gave better expression than naked replicon, they were inferior to the DlinDMA liposomes (2- to 3-fold difference at day 1).

To assess in vivo immunogenicity a replicon was constructed to express full-length F protein from respiratory syncytial virus (RSV). This was delivered naked (1 μg), encapsulated in liposomes (0.1 or 1 μg), or packaged in virions (10⁶ IU; "VRP") at days 0 and 21. FIG. 7 shows anti-F IgG titers 2 weeks after the second dose, and the liposomes clearly enhance immunogenicity. FIG. 8 shows titers 2 weeks later, by which point there was no statistical difference between the encapsulated RNA at 0.1 μg, the encapsulated RNA at 1 μg, or the VRP group. Neutralization titers (measured as 60% plaque reduction, "PRNT60") were not significantly different in these three groups 2 weeks after the second dose (FIG. 9). FIG. 12 shows both IgG and PRNT titers 4 weeks after the second dose.

FIG. 13 confirms that the RNA elicits a robust CD8 T cell response.

Further experiments compared F-specific IgG titers in mice receiving VRP, 0.1 μg liposome-encapsulated RNA, or 1 μg liposome-encapsulated RNA. Titer ratios (VRP:liposome) at various times after the second dose were as follows:

GSK-PBM-00000504

US 11,324,770 B2

29

|  | 2 weeks | 4 weeks | 8 weeks |
|---|---|---|---|
| 0.1 µg | 2.9 | 1.0 | 1.1 |
| 1 µg | 2.3 | 0.9 | 0.9 |

Thus the liposome-encapsulated RNA induces essentially the same magnitude of immune response as seen with virion delivery.

Further experiments showed superior F-specific IgG responses with a 10 µg dose, equivalent responses for 1 µg and 0.1 µg doses, and a lower response with a 0.01 µg dose. FIG. 11 shows IgG titers in mice receiving the replicon in naked form at 3 different doses, in liposomes at 4 different doses, or as VRP ($10^6$ IU). The response seen with 1 µg liposome-encapsulated RNA was statistically insignificant (ANOVA) when compared to VRP, but the higher response seen with 10 µg liposome-encapsulated RNA was statistically significant ($p < 0.05$) when compared to both of these groups.

A further study confirmed that the 0.1 µg of liposome-encapsulated RNA gave much higher anti-F IgG responses (15 days post-second dose) than 0.1 µg of delivered DNA, and even was more immunogenic than 20 µg plasmid DNA encoding the F antigen, delivered by electroporation (Elgen™ DNA Delivery System, Inovio).

A further study was performed in cotton rats (*Sigmodon hispidis*) instead of mice. At a 1 µg dose liposome encapsulation increased F-specific IgG titers by 8.3-fold compared to naked RNA and increased PRNT titers by 9.5-fold. The magnitude of the antibody response was equivalent to that induced by $5 \times 10^6$ IU VRP. Both naked and liposome-encapsulated RNA were able to protect the cotton rats from RSV challenge ($1 \times 10^5$ plaque forming units), reducing lung viral load by at least 3.5 logs. Encapsulation increased the reduction by about 2-fold.

A large-animal study was performed in cattle. Cows were immunized with 66 µg of replicon encoding full-length RSV F protein at days 0, 21, 86 & 146, formulated either inside liposomes or with the CNE17 emulsion. PBS alone was used as a negative control, and a licensed vaccine was used as a positive control ("Triangle 4'" from Fort Dodge, containing killed virus). FIG. 14 shows F-specific IgG titers over the first 63 days. The RNA replicon was immunogenic in the cows using both delivery systems, although it gave lower titers than the licensed vaccine. All vaccinated cows showed F-specific antibodies after the second dose, and titers were very stable from the period of 2 to 6 weeks after the second dose (and were particularly stable for the RNA vaccines). The titers with the liposome delivery system were more tightly clustered than with the emulsion.

The data from this study provide proof of concept for RNA replicon RSV vaccines in large animals, with two of the five calves in the emulsion-adjuvanted group demonstrating good neutralizing antibody titers after the third vaccination, as measured by the complement-independent HRSV neutralization assay. In a complement-enhanced HRSV neutralization assay all vaccinated calves had good neutralizing antibody titers after the second RNA vaccination regardless of the formulation. Furthermore, both RNA vaccines elicited F-specific serum IgG titers that were detected in a few calves after the second vaccination and in all calves after the third vaccination. MF59-adjuvanted RSV-F was able to boost the IgG response in all previously vaccinated calves, and to boost complement-independent HRSV neutralization titers of calves previously vaccinated with RNA.

Mechanism of Action

Bone marrow derived dendritic cells (pDC) were obtained from wild-type mice or the "Resq" (rsq1) mutant strain. The mutant strain has a point mutation at the amino terminus of its TLR7 receptor which abolishes TLR7 signaling without affecting ligand binding [48]. The cells were stimulated with replicon RNA formulated with DOTAP, lipofectamine 2000 or inside a liposome. As shown in FIG. 16, IL-6 and INFα were induced in WT cells but this response was almost completely abrogated in mutant mice. These results shows that TLR7 is required for RNA recognition in immune cells, and that liposome-encapsulated replicons can cause immune cells to secrete high levels of both interferons and pro-inflammatory cytokines.

The involvement of TLR7 was further investigated by comparing responses in wild type (WT) C57BL/6 mice and in the "Resq" mutant strain. Mice (5 per group) were given bilateral intramuscular vaccinations (50 µL per leg) on days 0 and 21 with 1 µg self-replicating RNA ("vA317", encoding the surface fusion glycoprotein of RSV) formulated in liposomes (40% DlinDMA, 10% DSPC, 48% cholesterol, 2% PEG-DMG conjugate), or with 2 µg of RSV-F protein adjuvanted with aluminum hydroxide.

Serum was collected for immunological analysis on days 14 (2wp1) and 35 (2wp2). F-specific serum IgG titers (GMT) were as follows:

|  |  | RNA vaccine | | Protein vaccine | |
|---|---|---|---|---|---|
|  | Day | WT | Resq | WT | Resq |
| Total IgG | 14 | 1038 | 145 | 2324 | 2601 |
|  | 35 | 9038 | 1224 | 27211 | 17150 |
| IgG 1 | 14 | 25 | 25 | 3657 | 2974 |
|  | 35 | 125 | 125 | 34494 | 26459 |
| IgG 2c | 14 | 1941 | 211 | 25 | 25 |
|  | 35 | 35804 | 2080 | 125 | 125 |

With the protein vaccine, F-specific serum IgG titers were comparable between the wild type and Resq C56BL/6 mice i.e. immunogenicity of the protein vaccine was not dependent on TLR7. In contrast, the self-replicating RNA formulated in liposomes showed a 7-fold decrease in F-specific serum IgG titers after both vaccinations, indicating at least a partial dependence on TLR7 for the immunogenicity of the RNA vaccine.

The results also show that the RNA vaccine can elicit primarily a Th1-type immune response.

Further experiments were performed with the same RNA and the same mutant mice. Mice were given bilateral intramuscular vaccinations (50 µL per leg) on days 0 and 21 with 1 µg of the RNA replicon, formulated either with a submicron cationic oil-in-water nanoemulsion (squalene, span 85, polysorbate 80, DOTAP) or with liposomes (40% DlinDMA, 10% DSPC, 48% cholesterol, 2% PEG-conjugated DMG). For comparison, 2 µg of alum-adjuvanted F protein was used. Sera were collected for immunological analysis on days 14 (2wp1) and 35 (2wp2).

F-specific serum IgG, IgG1 and IgG2c titers (GMT) were as follows:

|  |  | RNA + liposome | | RNA + CNE | | Protein vaccine | |
|---|---|---|---|---|---|---|---|
|  | Day | WT | Resq | WT | Resq | WT | Resq |
| Total IgG | 14 | 718 | 401 | 849 | 99 | 2795 | 2295 |
|  | 35 | 2786 | 1650 | 1978 | 374 | 41519 | 33327 |

GSK-PBM-00000505

US 11,324,770 B2

**31**

-continued

| | Day | RNA + liposome | | RNA + CNE | | Protein vaccine | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | WT | Resq | WT | Resq | WT | Resq |
| IgG 1 | 14 | 25 | 25 | 136 | 76 | 3410 | 3238 |
| | 35 | 125 | 125 | 195 | 183 | 38150 | 48040 |
| IgG 2c | 14 | 1605 | 849 | 136 | 76 | 25 | 25 |
| | 35 | 14452 | 3183 | 7567 | 335 | 125 | 125 |

These results confirm the previous findings that, unlike the protein vaccine, the RNA vaccine shows at least a partial dependence on TLR7 for its immunogenicity, particularly with the emulsion adjuvant.

Further Innate Immunity Receptors and Cytokine Responses

As shown above, a delivered replicon can stimulate wild-type mouse dendritic cells to secrete IFN-α and IL-6, but the same response is not seen in dendritic cells from mice which carry the Resq mutation in TLR7.

Similarly, Lipofectamine-delivered vA317 replicons can stimulate wild-type mouse fibroblasts to secrete high levels of IFN-β and IL-6, but the replicons stimulate much lower levels of these cytokines in fibroblasts which lack MDA5 or RIG-1 i.e. cytoplasmic RNA receptors (see FIG. 15). These fibroblasts are non-immune cells which do not respond to TLR7 ligands. Mouse embryonic fibroblasts (MEFs) from RIG-I and MDA5 knockout mice (−/−) were stimulated with replicon RNA formulated with lipofectamine 2000. Heterozygous littermates (+/−) were used as controls. The RNA stimulates IL-6 and IFN-β in the heterozygous mice but in the knockout mice the activation is almost completely abrogated. Thus these helicases are important for RNA recognition in non-immune cells.

In general, liposome-delivered RNA replicons were shown to induce several serum cytokines within 24 hours of intramuscular injection (IFN-α, IP-10 (CXCL-10), 1L-6, KC, IL-5, 1L-13, MCP-1, and MIP-a), whereas only MIP-1 was induced by naked RNA and liposome alone induced only IL-6.

IFN-α was shown to contribute to the immune response to liposome-encapsulated RSV-F-encoding replicon because an anti-IFNα receptor (IFNAR1) antibody reduced F-specific serum IgG a 10-fold reduction after 2 vaccinations.

Expression Kinetics

Experiments on expression kinetics used RNA encoding GFP or the SEAP reporter enzyme. The "vA306" replicon encodes SEAP; the "vA17" replicon encodes GFP; the "vA336" replicon encodes GFP but cannot self-replicate; the "vA336*" replicon is the same as vA336 but was prepared with 10%) of uridines replaced with 5-methyluridine; the "vA336**" replicon is the same as va336 but 100% of its uridine residues are M5U. BALB/c mice were given bilateral intramuscular vaccinations (50 µL per leg) on day 0. Animals, 35 total, were divided into 7 groups (5 animals per group) and were immunized as follows:

Group 1 Naive control.

Group 2 were given bilateral intramuscular vaccinations (50 µL per leg) on day 0 with RNA (vA306, 0.1 µg,

**32**

SEAP) formulated in liposomes mixed with self-replicating RNA (vA17, 1.0 µg, GFP) formulated in liposomes.

Group 3 were given bilateral intramuscular vaccinations (50 µL per leg) on day 0 with RNA (vA306, 0.1 µg. SEAP) formulated in liposomes mixed with non-replicating RNA (vA336, 1.0 µg, GFP) formulated in liposomes.

Group 4 were given bilateral intramuscular vaccinations (50 µL per leg) on day 0 with RNA (vA306, 0.1 µg, SEAP) formulated in liposomes mixed with non-replicating RNA (vA336*, 1.0 µg, GFP) formulated in liposomes.

Group 5 were given bilateral intramuscular vaccinations (50 µL per leg) on day 0 with RNA (vA306, 0.1 µg, SEAP) formulated in liposomes mixed with non-replicating RNA (vA336**, 1.0 µg, GFP) formulated in liposomes.

Group 6 were given bilateral intramuscular vaccinations (50 µL per leg) on day 0 with RNA (vA306, 0.1 µg, SEAP) formulated in liposomes mixed with empty liposomes at the same lipid dose as groups 2-5.

Group 7 were given bilateral intramuscular vaccinations (50 µL per leg) on day 0 with RNA (vA306, 0.1 µg, SEAP) formulated in liposomes mixed with self-replicating RNA (vA17, 1.0 µg, GFP) formulated in liposomes.

These experiments aimed to see if host responses to RNA might limit protein expression. Thus expression was followed for only 6 days, before an adaptive response (antibodies, T cells) would be apparent. Serum SEAP activity (relative light units) at days 0, 3 and 6 were as follows (GMT):

| | Day 1 | Day 3 | Day 6 |
| --- | --- | --- | --- |
| 1 | 898 | 1170 | 2670 |
| 2 | 1428 | 4219 | 28641 |
| 3 | 1702 | 9250 | 150472 |
| 4 | 1555 | 8005 | 76043 |
| 5 | 1605 | 8822 | 91019 |
| 6 | 10005 | 14640 | 93909 |
| 7 | 1757 | 6248 | 53497 |

Replication-competent RNA encoding GFP suppressed the expression of SEAP more than replication-defective GFP RNA, suggesting a strong host defense response against replicating RNA which leads to suppression of SEAP expression. It is possible that interferons induced in response to the GFP RNA suppressed the expression of SEAP. Under the host response/suppression model, blocking host recognition of RNA, would be expected to lead to increased SEAP expression, but 5' methylation of U residues in the GFP RNA was not associated with increased SEAP, suggesting that host recognition of RNA was insensitive to 5' methylation.

It will be understood that the invention has been described by way of example only and modifications may be made whilst remaining, within the scope and spirit of the invention.

TABLE 1

| useful phospholipids | |
| --- | --- |
| DDPC | 1,2-Didecanoyl-sn-Glycero-3-phosphatidylcholine |
| DEPA | 1,2-Dierucoyl-sn-Glycero--3--Phosphate |
| DEPC | 1,2-Erucoyl-sn-Glycero-3-phosphatidylcholine |

GSK-PBM-00000506

US 11,324,770 B2

33

34

## TABLE 1-continued

### useful phospholipids

| | |
|---|---|
| DEPE | 1,2-Dierucoyl-sn-Glycero-3-phosphatidylethanolamine |
| DEPG | 1,2-Dierucoyl-sn-Glycero-3[Phosphatidyl-rac-(1-glycerol . . .) |
| DLOPC | 1,2-Linoleoyl-sn-Glycero-3-phosphatidylcholine |
| DLPA | 1,2-Dilauroyl-sn-Glycero-3-Phosphate |
| DLPC | 1,2-Dilauroyl-sn-Glycero-3-phosphatidycholine |
| DLPE | 1,2-Dilauroyl-sn-Glycero-3-phosphatidylethanolamine |
| DLPG | 1,2-Dilauroy1-sn-Glycero-3[Phosphatidyl-rac-(1-glycerol . . .) |
| DLPS | 1,2-Dilauroyl-sn-Glycero-3-phosphatidylserine |
| DMG | 1,2-Dimyristoyl-sn-glycero-3-phosphoethanolamine |
| DMPA | 1,2-Dimyristoyl-sn-Glycero-3-Phosphate |
| DMPC | 1,2-Dimyristoyl-sn-Glycero-3-phosphatidylcholine |
| DMPE | 1,2-Dimyristoyl-sn-Glycero-3-phosphatidylethanolamine |
| DMPG | 1,2-Myristoyl-sn-Glycero-3[Phosphatidyl-rac-(1-glycerol . . .) |
| DMPS | 1,2-Dimyristoyl-sn-Glycero-3-phosphatidylserine |
| DOPA | 1,2-Dioleoyl-sn-Glycero-3-Phosphate |
| DOPC | 1,2-Dioleoyl-sn-Glycero-3-phosphatidylcholine |
| DOPE | 1,2-Dioleoyl-sn-Glycero-3-phosphatidylethanolamine |
| DOPG | 1,2-Dioleoy1-sn-Glycero-3[Phosphatidyl-rac-(1-glycerol . . .) |
| DOPS | 1,2-Dioleoyl-sn-Glycero-3-phosphatidylserine |
| DPPA | 1,2-Dipalmitoyl-sn-Glycero-3-Phosphate |
| DPPC | 1,2-Dipalmitoyl-sn-Glycero-3-phosphatidylcholine |
| DPPE | 1,2-Dipalmitoyl-sn-Glycero-3-phosphatidylethanolamine |
| DPPG | 1,2-Dipalmitoyl-sn-Glycero-3[Phosphatidyl-rac-(1-glycerol . . .) |
| DPPS | 1,2-Dipalmitoyl-sn-Glycero-3-phosphatidylserine |
| DPyPE | 1,2-diphytanoyl-sn-glycero-3-phosphoethanolamine |
| DSPA | 1,2-Distearoyl-sn-Glycero-3-Phosphate |
| DSPC | 1,2-Distearoyl-sn-Glycero-3-phosphatidylcholine |
| DSPE | 1,2-Diostearpyl-sn-Glycero-3-phosphatidylethanolamine |
| DSPG | 1,2-Distearoyl-sn-Glycero-3[Phosphatidyl-rac-(1-glycerol . . .) |
| DSPS | 1,2-Distearoyl-sn-Glycero-3-phosphatidylserine |
| EPC | Egg-PC |
| HEPC | Hydrogenated Egg PC |
| HSPC | High purity Hydrogenated Soy PC |
| HSPC | Hydrogenated Soy PC |
| LYSOPC MYRISTIC | 1-Myristoyl-sn-Glycero-3-phosphatidylcholine |
| LYSOPC PALMITIC | 1-Palmitoyl-sn-Glycero-3-phosphatidylcholine |
| LYSOPC STEARIC | 1-Stearoyl-sn-Glycero-3-phosphatidylcholine |
| Milk Sphingomyelin MPPC | 1-Myristoyl,2-palmitoyl-sn-Glycero 3-phosphatidylcholine |
| MSPC | 1-Myristoyl,2-stearoyl-sn-Glycero-3-phosphatidylcholine |
| PMPC | 1-Palmitoyl,2-myristoyl-sn-Glycero-3-phosphatidylcholine |
| POPC | 1-Palmitoyl,2-oleoyl-sn-Glycero-3-phosphatidylchoine |
| POPE | 1-Palmitoyl,2-oleoyl-sn-Glycero-3-phosphatidylethanolamine |
| POPG | 1,2-Dioleoyl-sn-Glycero-3 [Phosphatidyl-rac-(1-glycerol) . . .] |
| PSPC | 1-Palmitoyl,2-stearoyl-sn-Glycero-3-phosphatidylcholine |
| SMPC | 1-Stearoyl,2-myristoyl-sn-Glycero-3-phosphatidylcholine |
| SOPC | 1-Stearoyl,2-oleoyl-sn-Glycero-3-phosphatidylcholine |
| SPPC | 1-Stearoyl,2-palmitoyl-sn-Glycero-3-phosphatidylcholine |

## REFERENCES

[1]  Heyes et al (2005) *J Controlled Release* 107: 276-87.
[2]  WO2005; 121348.
[3]  *Liposomes: Methods and Protocols, Volume 1: Pharmaceutical Nanocarriers: Methods and Protocols*, (ed. Weissig). Humana Press, 2009. ISBN 160327359X.
[4]  *Liposome Technology*, volumes I, II 8c III. (ed. Gregoriadis). Informa Healthcare, 2006.
[5]  *Functional Polymer Colloids and Microparticles volume 4 (Microspheres, microcapsules & liposomes)*, (eds. Arshady & Guyot). Citus Books, 2002.
[6]  Jeffs et al. (2005) *Pharmaceutical Research* 22 (3): 362-372.
[7]  *Polymers in Drug Delivery*, (eds. Uchegbu & Schatzlein). CRC Press, 2006.
[8]  *Microparticulate Systems for the Delivery of Proteins and Vaccines*, (eds. Cohen & Bernstein). CRC Press. 1996.
[9]  O'Hagan et al. (2001) J *Virology* 75: 9037-9043.
[10]  Singh el al. (2003) *Pharmaceutical Research* 20: 247-251.
[11]  WO2009/132206.
[12]  US-2008/0085870.

GSK-PBM-00000507

US 11,324,770 B2

35

-continued

REFERENCES

[13]    US-2008/0057080.
[14]    US-2007/0014805.
[15]    WO2005/113782.
[16]    WO2011/005799.
[17]    El Ouahabi et al. (1996) *FEBS Letts* 380: 108-12.
[18]    Giuliani et al. (2006) *Proc Natl Acad Sci USA* 103(29): 10834-9.
[19]    WO2009/016515.
[20]    WO02/34771.
[21]    WO2005/032582.
[22]    WO2010/119343.
[23]    WO2006/110413.
[24]    WO2005/111066.
[25]    WO2005/002619.
[26]    WO2006/138004.
[27]    WO2009/109860.
[28]    WO02/02606.
[29]    WO03/018054.
[30]    WO2006/091517.
[31]    WO2008/020330.
[32]    WO2006/089264.
[33]    WO2009/104092.
[34]    WO2009/031043.
[35]    WO2007/049155.
[36]    Gennaro (2000) *Remington; The Science and Practice of Pharmacy.*
        20th edition, ISBN: 0683306472.
[37]    Johanning et al. (1995) *Nucleic Acids Res* 23: 1495-1501.
[38]    *Methods In Enzymology* (S. Colowick and N. Kaplan, eds.,
        Academic Press, Inc.)
[39]    *Handbook of Experimental Immunology*, Vols. I-IV
        (D. M. Weir and C. C. Blackwell, eds, 1986. Blackwell Scientific Publications)
[40]    Sambrook et al. (2001) *Molecular Cloning: A Laboratory Manual.*
        3rd edition (Cold Spring Harbor Laboratory Press).
[41]    *Handbook of Surface and Colloidal Chemistry*
        (Birdi, K. S. ed., CRC Press, 1997)
[42]    Ausubel el al. (eds) (2002) *Short protocols in molecular biology.*
        5th edition (Current Protocols).
[43]    *Molecular Biology Techniques: An Intensive Laboratory Course,*
        (Ream et al., eds., 1998, Academic Press)
[44]    *PCR (Introduction to Biotechniques Series)*, 2nd ed.
        (Newton & Graham eds., 1997, Springer Verlag)
[45]    Yoneyama & Fujita (2007) *Cytokine & Growth Factor Reviews* 18: 545-51.
[46]    Maurer et al. (2001) *Biophysical Journal*, 80: 2310-2326.
[47]    Perri et al. (2003) *J Virol* 77: 10394-10403.
[48]    Iavarone et al. (2011) *J Immunol* 186; 4213-22.

The invention claimed is:

1. An immunogenic composition comprising lipid particles and messenger ribonucleic acid (mRNA) molecules; the mRNA molecules comprising a 7'-methylguanosine, a first 5' ribonucleotide, and a sequence that encodes an immunogen; the immunogen comprising a respiratory syncytial virus (RSV) immunogen, an Epstein-Barr virus (EBV) immunogen, a cytomegalovirus (CMV) immunogen, a coronavirus spike polypeptide immunogen, an influenza virus immunogen, a *Varicella zoster* virus (VZV) immunogen, or a flavivirus immunogen; the first 5' ribonucleotide comprising a 2'-methylated ribose; the 7' methylguanosine linked 5'-to-5' to the first 5' ribonucleotide; the lipid particles comprising a polyethylene glycol-ylated (PEGylated) lipid, cholesterol, a first phospholipid, and a cationic lipid; the cationic lipid comprising a tertiary amine; the first phospholipid comprising an anionic phospholipid or a zwitterionic phospholipid; the lipid particles encapsulating at least half of the mRNA molecules; and the immunogenic composition being immunogenic in vivo by eliciting at least: (i) an antibody response against the immunogen, (ii) a cell-mediated immune response against the immunogen, or (iii) both (i) and (ii).

2. The immunogenic composition of claim 1, the mRNA molecules comprising modified nucleotides.

3. The immunogenic composition of claim 2, the mRNA molecules further comprising a poly(adenosine monophosphate) (poly(A)) tail.

4. The immunogenic composition of claim 3, the mRNA molecules being positive-stranded.

5. The immunogenic composition of claim 1, the mRNA molecules being a self-replicating RNA.

6. An immunogenic composition comprising lipid particles and mRNA molecules; the mRNA molecules comprising a 7'-methylguanosine, a first 5' ribonucleotide, and a sequence that encodes an immunogen; the first 5' ribonucleotide comprising a 2'-methylated ribose; the 7' methylguanosine linked 5'-to-5' to the first 5' ribonucleotide; the lipid particles comprising a PEGylated lipid, cholesterol, a first phospholipid, and a cationic lipid; the cationic lipid comprising a tertiary amine; the first phospholipid comprising an anionic phospholipid or a zwitterionic phospholipid; the lipid particles encapsulating at least half of the mRNA molecules; and the immunogenic composition being immunogenic in vivo by eliciting at least: (i) an antibody response against the immunogen, (ii) a cell-mediated immune response against the immunogen, or (iii) both (i) and (ii).

7. The immunogenic composition of claim 6, the mRNA molecules comprising modified nucleotides.

8. The immunogenic composition of claim 7, the mRNA molecules further comprising a poly(A) tail.

GSK-PBM-00000508

US 11,324,770 B2

37

9. The immunogenic composition of claim 8, the mRNA molecules being positive-stranded.

10. The immunogenic composition of claim 6, the mRNA molecules being a self-replicating RNA.

11. A composition comprising liposomes and mRNA molecules; the mRNA molecules comprising a 7'-methyl-guanosine, a first 5' ribonucleotide, a poly(A) tail, and a sequence that encodes an immunogen; the immunogen comprising a RSV immunogen, an EBV immunogen, a CMV immunogen, a coronavirus spike polypeptide immunogen, an influenza virus immunogen, a VZV immunogen, or a flavivirus immunogen; the first 5' ribonucleotide comprising a 2'-methylated ribose; the 7' methylguanosine linked 5'-to-5' to the first 5' ribonucleotide; the liposomes comprising a cationic lipid; the cationic lipid comprising a tertiary amine; and the liposomes encapsulating at least half of the mRNA molecules.

12. The composition of claim 11, the mRNA molecules comprising modified nucleotides.

13. The composition of claim 12, the mRNA molecules being positive-stranded.

14. The composition of claim 11, the mRNA molecules being a self-replicating RNA.

15. The composition of claim 13, the liposomes further comprising cholesterol and a first phospholipid comprising an anionic phospholipid or a zwitterionic phospholipid.

16. A composition comprising liposomes and mRNA molecules; the mRNA molecules comprising a 7'-methyl-guanosine, a first 5' ribonucleotide, poly(A) tail, and a sequence that encodes an immunogen; the immunogen comprising a bacterial immunogen, a viral immunogen, a fungal immunogen, or a parasite immunogen; the first 5' ribonucleotide comprising a 2'-methylated ribose; the 7' methylguanosine linked 5'-to-5' to the first 5' ribonucleotide; the liposomes comprising a cationic lipid; the cationic lipid comprising a tertiary amine; and the liposomes encapsulating at least half of the mRNA molecules.

17. The composition of claim 16, the mRNA molecules comprising modified nucleotides.

18. The composition of claim 16, the mRNA molecules being positive-stranded.

19. The composition of claim 16, the mRNA molecules being a self-replicating RNA.

20. The composition of claim 16, the liposomes further comprising cholesterol and a first phospholipid comprising an anionic phospholipid or a zwitterionic phospholipid.

21. A method of eliciting an immune response in a human, the method comprising administering to the human an effective amount to elicit the immune response of the immunogenic composition of claim 4; the immune response comprising the antibody response against the immunogen or the cell-mediated immune response against the immunogen.

22. The method of claim 21 comprising administering at least two unit doses of the immunogenic composition to the human.

23. The method of claim 21 comprising administering the immunogenic composition to skeletal muscle tissue by injection.

24. A method of eliciting an immune response in a vertebrate, the method comprising administering to the vertebrate an effective amount to elicit the immune response of the immunogenic composition of claim 6; the immune response comprising the antibody response against the immunogen or the cell-mediated immune response against the immunogen.

38

25. The method of claim 24 comprising administering at least two unit doses of the immunogenic composition to the vertebrate.

26. The method of claim 24 comprising administering the immunogenic composition to skeletal muscle tissue by injection.

27. A method of eliciting an immune response comprising an antibody response or a cell-mediated immune response in a human, the method comprising administering to the human an effective amount to elicit the immune response of the composition of claim 13.

28. The method of claim 27 comprising administering at least two unit doses of the composition to the human.

29. A method of eliciting an immune response comprising an antibody response or a cell-mediated immune response in a vertebrate, the method comprising administering to the vertebrate an effective amount to elicit the immune response of the composition of claim 16.

30. The method of claim 29 comprising administering at least two unit doses of the composition to the vertebrate.

31. The method of claim 29, the vertebrate being a human.

32. The method of claim 24, the vertebrate being a human.

33. The immunogenic composition of claim 4, the immunogen comprising the RSV immunogen.

34. The immunogenic composition of claim 4, the immunogen comprising the EBV immunogen.

35. The immunogenic composition of claim 4, the immunogen comprising the CMV immunogen.

36. The immunogenic composition of claim 4, the immunogen comprising the coronavirus spike polypeptide immunogen.

37. The immunogenic composition of claim 4, the immunogen comprising the influenza virus immunogen.

38. The immunogenic composition of claim 37, the influenza virus immunogen comprising an influenza virus A immunogen.

39. The immunogenic composition of claim 4, the immunogen comprising the VZV immunogen.

40. The immunogenic composition of claim 4, the immunogen comprising the flavivirus immunogen.

41. The immunogenic composition of claim 33, the first phospholipid comprising a zwitterionic lipid; the zwitterionic lipid comprising 1,2-distearoyl-sn-glycero-3-phospho-choline (DSPC).

42. The immunogenic composition of claim 34, the first phospholipid comprising a zwitterionic lipid; the zwitterionic lipid comprising DSPC.

43. The immunogenic composition of claim 35, the first phospholipid comprising a zwitterionic lipid; the zwitterionic lipid comprising DSPC.

44. The immunogenic composition of claim 36, the first phospholipid comprising a zwitterionic lipid; the zwitterionic lipid comprising DSPC.

45. The immunogenic composition of claim 37 the first phospholipid comprising a zwitterionic lipid; the zwitterionic lipid comprising DSPC.

46. The immunogenic composition of claim 38, the first phospholipid comprising a zwitterionic lipid; the zwitterionic lipid comprising DSPC.

47. The immunogenic composition of claim 39, the first phospholipid comprising a zwitterionic lipid; the zwitterionic lipid comprising DSPC.

48. The immunogenic composition of claim 40, the first phospholipid comprising a zwitterionic lipid; the zwitterionic lipid comprising DSPC.

GSK-PBM-00000509

US 11,324,770 B2

**39**

49. The immunogenic composition of claim 9, the first phospholipid comprising a zwitterionic lipid; the zwitterionic lipid comprising DSPC.

50. The composition of claim 13, the immunogen comprising the RSV immunogen.

51. The composition of claim 13, the immunogen comprising the EBV immunogen.

52. The composition of claim 13, the immunogen comprising the CMV immunogen.

53. The composition of claim 13, the immunogen comprising the coronavirus spike polypeptide immunogen.

54. The composition of claim 13, the immunogen comprising the influenza virus immunogen.

55. The composition of claim 54, the influenza virus immunogen comprising an influenza virus A immunogen.

56. The composition of claim 13, the immunogen comprising the VZV immunogen.

57. The composition of claim 13, the immunogen comprising the flavivirus immunogen.

58. The composition of claim 50, the liposomes further comprising cholesterol and DSPC.

59. The composition of claim 51, the liposomes further comprising cholesterol and DSPC.

60. The composition of claim 52, the liposomes further comprising cholesterol and DSPC.

61. The composition of claim 53, the liposomes further comprising cholesterol and DSPC.

62. The composition of claim 54, the liposomes further comprising cholesterol and DSPC.

63. The composition of claim 55, the liposomes further comprising cholesterol and DSPC.

64. The composition of claim 56, the liposomes further comprising cholesterol and DSPC.

65. The composition of claim 57, the liposomes further comprising cholesterol and DSPC.

66. The composition of claim 18, the liposomes further comprising cholesterol and DSPC.

67. The method of claim 21, the immunogen comprising the RSV immunogen.

68. The method of claim 21, the immunogen comprising the EBV immunogen.

69. The method of claim 21, the immunogen comprising the CMV immunogen.

70. The method of claim 21, the immunogen comprising the coronavirus spike polypeptide immunogen.

71. The method of claim 21, the immunogen comprising the influenza virus immunogen.

72. The method of claim 71, the influenza virus immunogen comprising an influenza virus A immunogen.

73. The method of claim 21, the immunogen comprising the flavivirus immunogen.

74. The method of claim 21, the immunogen comprising the VZV immunogen.

75. The method of claim 67 comprising administering at least two unit doses of the immunogenic composition to the human.

76. The method of claim 68 comprising administering at least two unit doses of the immunogenic composition to the human.

77. The method of claim 69 comprising administering at least two unit doses of the immunogenic composition to the human.

78. The method of claim 70 comprising administering at least two unit doses of the immunogenic composition to the human.

**40**

79. The method of claim 71 comprising administering at least two unit doses of the immunogenic composition to the human.

80. The method of claim 72 comprising administering at least two unit doses of the immunogenic composition to the human.

81. The method of claim 73 comprising administering at least two unit doses of the immunogenic composition to the human.

82. The method of claim 74 comprising administering at least two unit doses of the immunogenic composition to the human.

83. The method of claim 75, the first phospholipid comprising the zwitterionic phospholipid; the zwitterionic phospholipid comprising DSPC.

84. The method of claim 76, the first phospholipid comprising the zwitterionic phospholipid; the zwitterionic phospholipid comprising DSPC.

85. The method of claim 77, the first phospholipid comprising the zwitterionic phospholipid; the zwitterionic phospholipid comprising DSPC.

86. The method of claim 78, the first phospholipid comprising the zwitterionic phospholipid; the zwitterionic phospholipid comprising DSPC.

87. The method of claim 79, the first phospholipid comprising the zwitterionic phospholipid; the zwitterionic phospholipid comprising DSPC.

88. The method of claim 80, the first phospholipid comprising the zwitterionic phospholipid; the zwitterionic phospholipid comprising DSPC.

89. The method of claim 81, the first phospholipid comprising the zwitterionic phospholipid; the zwitterionic phospholipid comprising DSPC.

90. The method of claim 82, the first phospholipid comprising the zwitterionic phospholipid; the zwitterionic phospholipid comprising DSPC.

91. The method of claim 27, the immunogen comprising the RSV immunogen.

92. The method of claim 27, the immunogen comprising the EBV immunogen.

93. The method of claim 27, the immunogen comprising the CMV immunogen.

94. The method of claim 27, the immunogen comprising the coronavirus spike polypeptide immunogen.

95. The method of claim 27, the immunogen comprising the influenza virus immunogen.

96. The method of claim 91, the influenza virus immunogen comprising an influenza virus A immunogen.

97. The method of claim 27, the immunogen comprising the flavivirus immunogen.

98. The method of claim 27, the immunogen comprising the VZV immunogen.

99. The method of claim 91 comprising administering at least two unit doses of the composition to the human.

100. The method of claim 92 comprising administering at least two unit doses of the composition to the human.

101. The method of claim 93 comprising administering at least two unit doses of the composition to the human.

102. The method of claim 94 comprising administering at least two unit doses of the composition to the human.

103. The method of claim 95 comprising administering at least two unit doses of the composition to the human.

104. The method of claim 96 comprising administering at least two unit doses of the composition to the human.

105. The method of claim 97 comprising administering at least two unit doses of the composition to the human.

GSK-PBM-00000510

US 11,324,770 B2

41 | 42

**106**. The method of claim **98** comprising administering at least two unit doses of the composition to the human.

**107**. The method of claim **99**, the liposomes comprising cholesterol and DSPC.

**108**. The method of claim **100**, the liposomes comprising cholesterol and DSPC.

**109**. The method of claim **101**, the liposomes comprising cholesterol and DSPC.

**110**. The method of claim **102**, the liposomes comprising cholesterol and DSPC.

**111**. The method of claim **103**, the liposomes comprising cholesterol and DSPC.

**112**. The method of claim **104**, the liposomes comprising cholesterol and DSPC.

**113**. The method of claim **105**, the liposomes comprising cholesterol and DSPC.

**114**. The method of claim **106**, the liposomes comprising cholesterol and DSPC.

\*    \*    \*    \*    \*

GSK-PBM-00000511

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.        : 11,324,770 B2                                Page 1 of 1
APPLICATION NO.   : 16/740924
DATED             : May 10, 2022
INVENTOR(S)       : Andrew Geall et al.

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On the Title Page

On page 3, Item (56), Line 63, please delete "S11223347" and insert in place thereof -- 611223347 --.

In the Claims

In Claim 96, at Column 40, Line 48, please delete "claim 91" and insert in place thereof -- claim 95 --.

Signed and Sealed this
Seventh Day of June, 2022

*Katherine Kelly Vidal*

Katherine Kelly Vidal
*Director of the United States Patent and Trademark Office*

GSK-PBM-00000512

JA-006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| GLAXOSMITHKLINE BIOLOGICALS SA and GLAXOSMITHKLINE LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 24-512 (GBW) |
| PFIZER INC., PHARMACIA & UPJOHN CO. LLC, BIONTECH SE, BIONTECH MANUFACTURING GMBH, and BIONTECH US INC., | ) ) ) ) ) | |
| Defendants. | ) | |

**DEFENDANTS' INITIAL INVALIDITY CONTENTIONS
REGARDING U.S. PATENT NOS. 11,638,693, 11,638,694, 11,666,534, 11,766,401,
11,786,467, 11,759,422, 11,655,475, and 11,851,660**

A POSA would have understood that the process steps in these three Asserted Patents (Indefinite Issue 2 shown above) require measurements performed by a person to determine the $pK_a$ values. Based on the above claim language, a POSA would not have understood with any reasonable certainty whether infringement occurs (1) when the formulation is created or (2) after the cationic lipids have undergone measurements by a person to determine the $pK_a$ values. The additional process steps foster ambiguity as to when infringement occurs.

At bottom, a POSA would not have understood with any reasonable certainty whether infringement occurs when one creates the claimed formulation or after the requisite human activity of determining the $pK_a$, which may occur at a later time and different place than the creation of the formulation. Consequently, all asserted claims of the '693 and '694 Patents, along with dependent claims 12–13 and 28–29 of the '467 Patent, are indefinite because they impermissibly mix and match statutory classes, thereby fostering ambiguity as to when infringement occur.

## IX.    35 U.S.C. § 112 LACK OF WRITTEN DESCRIPTION

To the extent that any of the Asserted Claims are found to be nonobvious under 35 U.S.C. § 103, such claims are invalid for lack of written description under 35 U.S.C. § 112 for the reasons explained below. The POSA would not have understood that the inventor(s) were in possession of the full scope of any of the Asserted Claims. For example, the Asserted Claims cover very large genuses of lipid formulations varying in the number and type of lipid component(s) as well as the molar percentages of each lipid component. The breadth of such lipid compositions is not supported by the respective written description for any of the Asserted Claims. In particular, to the extent not obvious, there is no written description for lipid formulations that are not liposomes. Nor is there written description support for such liposomes comprising tertiary amine cationic lipids where the only tertiary amine is at the atom connecting the protonatable portion of the lipid to the lipid tails. Moreover, the Asserted Claims cover broad genuses of RNA, with the claimed

920

(PEG-conjugated) lipid, and cholesterol, wherein the PEG-conjugated lipid comprises a PEG that has a molecular weight of 2000 Daltons.  *See also* claims 3 and 15 of the '401 Patent.

Thus, on information and belief, Andrew Geall and/or Ayush Verma have contributed to the subject matter claimed in the '693 Patent, the '694 Patent, the '534 Patent, the '401 Patent, and the '467 Patent. However, these five Asserted Patents list only Andrew Geall as the named inventor. Thus, on information and belief, the '693 Patent, the '694 Patent, the '534 Patent, the '401 Patent, and the '467 Patent are invalid for improper inventorship for failure to list Ayush Verma as a named inventor.

OF COUNSEL:

Sara Tonnies Horton
Ren-How Harn
WILLKIE FARR & GALLAGHER LLP
300 North LaSalle Drive
Chicago, IL 60654-3406
(312) 728-9000

Matthew Freimuth
Nicholas Vennekotter
WILLKIE FARR & GALLAGHER LLP
787 Seventh Avenue
New York, NY 10019
(212) 728-8000

*Attorneys for Defendants Pfizer Inc. and Pharmacia & Upjohn Co. LLC*

Charles B. Klein
Jovial Wong
Claire Fundakowski
WINSTON & STRAWN LLP
1901 L Street NW
Washington, D.C.  20036
(202) 282-5000
David P. Dalke, Ph.D.
Michael A. Meneghini
Zoe A. Goldstein
WINSTON & STRAWN LLP

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Defendants Pfizer Inc., Pharmacia & Upjohn Co. LLC, BioNTech SE, BioNTech Manufacturing GmbH, and BioNTech US Inc.*

35 West. Wacker Drive
Chicago, IL  60601-9703
(312) 558-5600

Eimeric Reig-Plessis
Noorossadat Torabi
WINSTON & STRAWN LLP
101 California Street, 35th Floor
San Francisco, CA  94111-5840
(415) 591-1000

*Attorneys for Defendants BioNTech SE,*
*BioNTech Manufacturing GmbH, and*
*BioNTech US Inc.*

August 7, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2025, copies of the foregoing were caused to be served upon the following in the manner indicated:

Kelly E. Farnan, Esquire                                  *VIA ELECTRONIC MAIL*
Sara M. Metzler, Esquire
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
*Attorneys for Plaintiffs*

John M. Desmarais, Esquire                               *VIA ELECTRONIC MAIL*
Michael E. Furrow, Esquire
Karl Mullen, Esquire
Kerri-Ann Limbeek, Esquire
DESMARAIS LLP
230 Park Avenue
New York, NY  10169
*Attorneys for Plaintiffs*

Justin P.D. Wilcox, Esquire                              *VIA ELECTRONIC MAIL*
David J. Shaw, Esquire
Rebecca A. Lindhorst, Esquire
Jamie M. Dohopolski, Esquire
Delon Lier, Esquire
Thomas J. Derbish, Esquire
Eric Speckhard, Esquire
DESMARAIS LLP
1899 Pennsylvania Avenue, NW, Suite 400
Washington, D.C.  20006
*Attorneys for Plaintiffs*

Gabrielle E. Higgins, Esquire
Ada Locke, Esquire
DESMARAIS LLP
101 California Street, Suite 3000
San Francisco, CA  94111
*Attorneys for Plaintiffs*

*VIA ELECTRONIC MAIL*

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)

2

# JA-007

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KOM SOFTWARE INC., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 18-160-WCB |
| | § | |
| NETAPP, INC., | § | |
| APACHE CORPORATION, and ON | § | |
| SEMICONDUCTOR, LLC, | § | |
| | § | |
| *Defendants.* | § | |
| | § | |
| | § | |

## CLAIM CONSTRUCTION ORDER

In this patent case, plaintiff KOM Software Inc. ("KOM") has asserted a total of 18 claims from four patents against defendants NetApp, Inc., Apache Corp, and ON Semiconductor, LLC. Those claims are:  claims 5, 6, and 9 of U.S. Patent No. 6,654,864 ("the '864 patent"); claims 12 through 21 of U.S. Patent No. 7,076,624 ("the '624 patent"); claim 32 of U.S. Patent No. 7,536,524 ("the '524 patent"); and claims 4, 34, 69, and 103 of U.S. Patent No. 9,361,243 ("the '243 patent"). All the asserted patents claim priority to the same 1998 Canadian patent application.  The patents are generally directed to restricting access to files contained within a computer data storage medium.

As explained in the specification of the '864 patent, a software application may seek to access and modify various files stored in a storage medium, such as a hard drive or CD-ROM, while the medium is running.  '864 patent, col. 1, ll. 15–41.  In many operating systems, including "Windows NT," the drivers for the storage devices are "hidden from applications by a protected subsystem."  *Id.* at col. 1, ll. 30–34.  That is, the applications and the storage devices do not

1

communicate directly with one another; instead, "[e]ach communicates with the operating system independently." *Id.* at col. 1, ll. 43–47.

In a typical operating system, a software application will submit a request to open a file through the application's protected subsystem.  The request is sent to the "IO [input/output] system services," which in turn direct the "IO Manager" to communicate with the device drivers.  *Id.* at col. 4, ll. 25–42.  As the specification of the '864 patent notes, however, prior art systems would require the device drivers to "deal[] with file system commands which cannot be completed," because all access requests were sent through the IO manager to the device drivers.  *See id.* at col. 7, line 53, through col. 8, line 5.

The patents disclose implementing a "trap layer" between the application layer and the file system layer of the computer system.  *Id.* at col. 7, ll. 53–58.  The trap layer prevents invalid requests from being passed to the device drivers.  Based on the capabilities of the storage device that is being accessed, the trap layer can block some requests and modify other requests.  *Id.* at col. 7, ll. 60–64.  For example, a particular storage device may permit files to be read and written but not deleted.  *Id.* at col. 8, ll. 8–10.  In such a device, the trap layer that is disclosed in the asserted patents would "intercept" a request to delete a file and would return an error message to the application that was trying to access the device.  *Id.* at col. 8, ll. 14–21.  Similarly, if the device supports read access but not write access, the trap layer could modify a request to open a file with read/write access to convert that request into one seeking read-only access.  *See id.* at col. 7, ll. 44–46.

The parties have agreed that six claims are representative of the asserted claims in this case: claim 5 is representative of the asserted claims of the '864 patent; claim 12 is representative of the asserted claims of the '624 patent; claim 32 is the asserted claim of the '524 patent; and claim 103

2

is the asserted claim of the '243 patent. Claim 103 of the '243 patent is a dependent claim that

incorporates claims 66 and 102 of that patent.

Claim 5 of the '864 patent recites as follows:

5. A method of restricting access by a computer to a storage medium other than a write once medium in communication with the computer, the method comprising the steps of:

providing an indication of a data write access privilege for the entire logical storage medium indicating a disabled operation relating to alteration of a portion of each file stored within the logical storage medium, the indication other than a read only indication; and

restricting file access to each file within the logical storage medium in accordance with the same indication while allowing access to free space portions of the same logical storage medium.

'864 patent, cl. 5.

Claim 12 of the '624 patent recites as follows:

12. A system for applying an operation access privilege to at least a logical portion of a logical storage medium in communication with a computer, the system comprising:

providing means for providing an operation access privilege indicative of at least one of an enabled operation and/or a restricted operation to be performed on at least a logical portion of a logical storage medium;

associating means for associating said operation access privilege with at least one logical portion of said logical storage medium;

interception means for intercepting in a trap layer an attempted operation on said at least one logical portion identified by at least one data identifier, wherein said interception means performs regardless of an identity of a user attempting said attempted operation, and transparently to the user and transparently to a computer application invoking said operation; and

at least one of allowing means for allowing said attempted operation if matching said enabled operation, modifying and allowing means for modifying and allowing said modified attempted operation, and/or denial means for denying said attempted operation if matching said restricted operation.

'624 patent, cl. 12.

3

Claim 32 of the '524 patent recites as follows:

32. A system for applying an operation access privilege to a storage medium, comprising:

means for associating an access privilege with at least a portion of the storage medium;

means for intercepting an attempted operation on said at least a portion of the storage medium, wherein said intercepting occurs regardless of an identity of a user attempting the attempted operation;

means for comparing the attempted operation to the access privilege;

means for allowing, or denying the attempted operation based on comparing the attempted operation to the access privilege; and

means for enforcing at least one retention policy comprising applying a restricted state to said at least a portion of the storage medium and preventing modification of the restricted state portion of the storage medium.

'524 patent, cl. 32.

Claims 66, 102, and 103 of the '243 patent recite as follows:

66. A data processing system configured to apply a computer file system operation access privilege to a computer storage medium, comprises:

at least one computer processor configured to associate the computer file system operation access privilege with at least a portion of the computer storage medium;

said at least one computer processor configured to intercept, by at least one computer file system trap layer or at least one computer file system filter layer, an attempted operation on said at least a portion of the computer storage medium,

> wherein said interception occurs regardless of an identity of a user that attempts the attempted operation;

> said at least one computer processor configured to compare the attempted operation to the computer file system operation access privilege; and

> said at least one computer processor configured to allow, or deny the attempted operation based on the comparison of the attempted operation to the computer file system operation access privilege.

* * *

4

102. The method according to claim 66, wherein said allowing, or said denying the attempted operation comprises:

allowing creating a file relating to the attempted operation on a first portion of the computer storage medium while restricting access to said first portion of the computer storage medium.

\* \* \*

103. The method according to claim 102, further comprising:

evaluating a content of said file relating to the attempted operation; and

at least one of allowing, or denying the attempted operation based on said evaluating.

'243 patent, claims 66, 102, 103.

The parties disagree about the proper construction of a number of terms recited in the above claims. I conducted a *Markman* hearing on May 16, 2023. I address below each dispute raised by the parties in their briefs and at the hearing.

## A. "portion of each file"

The phrase "portion of each file" is recited in claim 5 of the '864 patent and by incorporation in claim 6 of that patent. KOM argues that the phrase should be construed to mean a "portion less than the entirety of the file." The defendants argue that the phrase should be given its plain and ordinary meaning, by which the defendants mean that the phrase should be construed to include not only parts of a file, but also the entire file.

The words "portion of each file" appear in the "providing" step of claim 5, which recites "providing an indication of a data write access privilege for the entire logical storage medium indicating a disabled operation relating to alteration of a portion of each file stored within the logical storage medium." '864 patent, cl. 5. KOM argues that the language of claim 5 "distinguishes between file access (including the entirety of the file) and alteration (of a portion

5

less than the entirety of the file)." Dkt. No. 102 at 4. The defendants argue that claim 5 is not so limited. *Id.*

KOM provides an example of the meaning of its proposed construction in its briefing. KOM explains that, for example, a file stored in WORM ("write once read many") memory may permit data to be appended to it, but may not permit its file name or creation date to be changed. *Id.* at 7. KOM suggests that in that example the "portion" of the file having a disabled operation is the file name or the creation date, while other portions of the file (e.g., the body of the file) may still be written to.

KOM previously advanced its proposed construction during an *inter partes* review of the '864 patent. The Patent Trial and Appeal Board ("the Board") found it unnecessary to construe the phrase "portion of each file," however, because the Board found that the "portion of each file" limitation in claim 1 of the '864 patent was disclosed in the prior art even under KOM's construction. Dkt. No. 86-13 at 11, 17. The Board found claim 5 not to be unpatentable for reasons not depending on the construction of the "portion of each file" limitation. *Id.* at 18–20.

On appeal from the IPR proceeding, KOM challenged the Board's treatment of the phrase "portion of each file," again arguing that the phrase should be construed to mean "less than the entirety of each file." *KOM Software, Inc. v. NetApp, Inc.*, No. 2021-1075, 2021 WL 5985360, at *1 (Fed. Cir. Dec. 17, 2021). The court of appeals saw "no error" in the Board's treatment of that limitation and affirmed the Board's decision in the IPR proceeding. *Id.* at *1–2. Although the court observed that "the Board did not expressly construe 'portion,'" the Federal Circuit specifically "reject[ed] KOM's narrowing construction." *Id.* at *1. For that reason, KOM's proposed construction of the phrase "portion of each file" is effectively foreclosed by the Federal Circuit's opinion in the appeal from the IPR proceeding. *See Ottah v. Fiat Chrysler*, 884 F.3d

6

1135, 1139–40 (Fed. Cir. 2018) (claim constructions adopted by the Federal Circuit in a prior appeal govern under the doctrine of *stare decisis*).

The Federal Circuit's opinion notwithstanding, KOM argues that there are distinctions between claims 1 and 5 of the '864 patent that compel the adoption of its construction of the phrase "portion of each file" for purposes of claim 5. The relevant limitation of claim 1 recites a "restriction to alteration of a same portion of each file," whereas the relevant limitation of claim 5 recites a "disabled operation relating to alteration of a portion of each file." '864 patent, claims 1, 5. However, I discern no basis in the claims or in the specification to conclude that the phrase "portion of each file" has a different meaning as used in claim 5 than it has as used in claim 1. Notably, outside of the "summary of the invention" section, which merely restates the language of the claims, the term "portion" is used in the specification of the '864 patent exclusively to refer to a portion of a storage medium rather than a portion of a file. Moreover, the Federal Circuit has observed that "claim terms are normally used consistently throughout the patent." *Phillips v. AWH Corp.*, 415 F.3d 1303, 1314 (Fed. Cir. 2005) (en banc), and there is no apparent reason to depart from that general rule in this case.

I also note that to accept KOM's proposed construction would appear to read a preferred embodiment out of the claims. In the "Summary of the Invention" section of the '864 patent, the inventor included a paragraph that tracks the language of claim 5. '864 patent, col. 3, ll. 22–36. That paragraph stated that the indication of a data write access privilege can include "write access without delete." *Id.* at col. 3, ll. 33–34. In that example, the "disabled operation relating to a portion of each file" that is recited in claim 5 would be the delete operation, which naturally applies only to entire files. Therefore, to construe a portion of each file to mean something less than the entire file would exclude the "write access without delete" embodiment specifically recited in the

7

specification. As the Federal Circuit has explained, a construction that excludes a preferred embodiment from the claims is "rarely, if ever, correct and would require highly persuasive evidentiary support." *Vitronics Corp. v. Conceptronic, Inc.*, 90 F.3d 1576, 1583 (Fed. Cir. 1996).

KOM argues that construing the phrase "portion of each file" to include the entirety of a file would render the word "portion" superfluous. In support of that proposition, KOM points to the "restricting" step of claim 5, which recites "restricting file access to each file within the logical storage medium." '864 patent, cl. 5. KOM takes the view that the use of the words "each file" in the "restricting" step means that a "portion of each file," which is recited in the previous step, has a different meaning. To the contrary, a "portion of each file" would include any portion of a file as well as the entirety of the file, whereas the term "each file" presumably would include only complete files.

Accordingly, the phrase "portion of each file" will be given its plain and ordinary meaning, i.e., the phrase will be construed to mean any portion of a file, including the entirety of the file.

## B. "logical storage medium"

The term "logical storage medium" is recited in claims 5, 6 (through incorporation), and 9 of the '864 patent. It is also expressly recited in claims 12, 13, 14, 18, and 19 of the '624 patent and included by incorporation in claims as claims 15, 16, 17, 20, and 21 of that patent. The specification of the '864 patent states that "[t]he term 'logical storage medium is used herein and in the claim[s] that follow to designate either a physical storage medium or a portion of [a] physical storage medium that is treated by the operating system as a separate storage medium." '864 patent, col. 10, ll. 11–15. KOM argues that the term "logical storage medium" should be construed to include more than one physical storage medium. Dkt. No. 102 at 13. The defendants argue that

the term should be limited to either a single storage medium or a portion of a single storage medium. *Id.* at 14–16.

The defendants rely on the express definition of the term "logical storage medium" in column 10 of the '864 patent, which they characterize as an instance of "textbook lexicography." They urge that the term should be limited to the definition adopted by the inventor in that passage, and not to include more than a single physical storage medium. *Id.* at 17.

One potential problem with the definition identified by the defendants is that the word "a," when used in a patent claim, is generally construed to mean "more than one" unless the claims, the specification, or the prosecution history "necessitate a departure from the rule." *Salazar v. AT&T Mobility LLC*, 64 F.4th 1311, 1315 (Fed. Cir. 2023) (quoting *Baldwin Graphic Sys., Inc. v. Siebert, Inc.*, 512 F.3d 1338, 1342–43 (Fed. Cir. 2008)). Under that "general plural rule," the definition of "logical storage medium" recited in column 10 of the '864 patent would be further construed to include more than one physical storage medium. *See id.*

However, another disclosure in the '864 patent makes it clear that the use of the term "a" in the column 10 definition was intended to refer to only a single physical storage medium or a portion thereof. Specifically, in the "Summary of the Invention" section of the patent, the inventor stated that "[a] logical storage medium consists of a single physical storage medium or a single partition within a storage medium." '864 patent, col. 3, ll. 49–51. That statement, read together with the definition of "logical storage medium" set forth in column 10 of the '864 patent, shows that the inventor intended to define a logical storage medium as being limited to a single physical storage medium or a portion thereof.

9

Accordingly, the term "logical storage medium" will be construed to mean "either a single physical storage medium or a portion of a physical storage medium that is treated by the operating system as a separate storage medium."

## C.  "the entire logical storage medium"

The phrase "the entire logical storage medium" is recited in claims 5, 6 (through incorporation), and 9 of the '864 patent.  The defendants argue that the phrase is indefinite, while KOM argues that the phrase should be given its plain and ordinary meaning.  Dkt. No. 102 at 9.

The primary basis for the defendants' contention that the phrase "the entire logical storage medium" is indefinite is that the phrase lacks antecedent basis.  In relevant part, the preamble of claim 5 recites "[a] method of restricting access by a computer to a storage medium," and the first step of claim 5 recites "providing an indication of a data write access privilege for the entire logical storage medium."  '864 patent, cl. 5.  The defendants' position is that the recitation of "a storage medium" generally in the preamble does not provide a sufficient antecedent basis for the phrase "the entire logical storage medium."

The defendants argue that claim 5 is ambiguous as to whether it requires a physical storage medium, a logical storage medium, or both.  I discern no such ambiguity in the claim.  Although it is true that the use of "a storage medium" in the preamble, standing alone, could leave open the possibility that the claim covers both physical and logical storage media, the recitation of "the entire logical storage medium" in the first step of the method claim makes it clear that the "storage medium" of the preamble is a logical storage medium.  The claim does not "fail to inform, with

10

reasonable certainty, those skilled in the art about the scope of the invention," and it therefore is not indefinite.[1] *See Nautilus, Inc. v. Biosig Instruments, Inc.*, 572 U.S. 898, 901 (2014).

### D. "data write access privilege"

The term "data write access privilege" is recited in claims 5 and 9 of the '864 patent. In context, the relevant limitation recites "providing an indication of a data write access privilege for the entire logical storage medium." '864 patent, cl. 5. KOM argues that the term should be given its plain and ordinary meaning, while the defendants argue that the term should be construed to mean a "data write access privilege for all users." Dkt. No. 102 at 18.

As for what KOM considers the plain and ordinary meaning of the term to be, KOM suggests in its briefing that the "data write access privilege" refers to operations that are allowed by a particular storage medium, e.g., "a storage medium may indicate read-write access but may not support delete operations." *Id.* at 19; '864 patent, col. 8, ll. 8–10. The defendants' construction of the term is essentially the same, although the defendants articulate the point by saying that the privileges would apply in the same way to all users; that is, every user would be permitted to perform read and write operations, but no user would be permitted to perform a delete operation.

There appears to be no substantive difference between the positions taken by the parties. Moreover, the defendants point out that their construction is consistent with the arguments KOM made during the IPR proceedings for the '864 patent. For example, in its Preliminary Response,

---

[1] At the *Markman* hearing, the defendants cited section 2173.05(e) of the U.S. Patent and Trademark Office's Manual of Patent Examining Procedure ("MPEP") in support of their indefiniteness argument. That section provides the following example: "A claim which refers to 'said aluminum lever,' but recites only 'a lever' earlier in the claim, is indefinite because it is uncertain as to the lever to which reference is made." MPEP § 2173.05(e). That example is not like the situation presented by the claim term in this case, because there is no uncertainty about the storage medium that claim 5 refers to. And, as the MPEP recognizes, "the failure to provide explicit antecedent basis for terms does not always render a claim indefinite." *Id.*

KOM repeatedly tried to distinguish an asserted prior art patent to Vossen, on the ground that the access privileges in Vossen applied differently to different users.  KOM argued to the Board as follows:

- "Vossen does not uniformly apply data write access privileges for the entire logical storage medium but instead applies data write access privileges in a different manner for different users and processes of the logical storage medium."  Dkt. No. 86-9 at 9.

- "Vossen focuses on user-specific restrictions to access a storage medium rather than 'providing a data write access privilege for the entire logical storage medium' as it relates to all users."  *Id.* at 16–17.

- "The '864 Patent discusses specific examples of when it is useful to restrict access to file access privileges or portions of files for all users."  *Id.* at 17.

- "Vossen relates to access privileges for a given process/application to a subset of files on a storage medium whereas the '864 Patent relates to associating access privileges with the entire logical storage medium and all files stored therein for all users and processes."  *Id.* at 19.

KOM continued to press those arguments after the Board instituted the IPR.  In its Patent Owner Sur-Reply, KOM argued that "Vossen, by allowing different restrictions for different processes and different users, fails to disclose 'a data write access privilege' that 'restrict[s] alteration of a [same] portion of each file' 'for the entire logical storage medium.'"  Dkt. No. 86-11 at 10.  For example, KOM explained, "if User 1 were subject to a privilege restricting file alteration that did not apply to User 2, portions of the logical storage medium would be altered, and the privilege applicable to User 1 would not be 'for the entire logical storage medium.'"  *Id.*  And at the IPR hearing, KOM invoked that same example and argued that "[d]ifferent restrictions for

12

different users and processes don't disclose the data write access privileges that restricts alteration to the same portion of each file for the entire logical storage medium." Dkt. No. 86-12 at 50:1–14. KOM's position in the IPR was thus consistent with the construction that the defendants now propose.

The Federal Circuit has made clear that statements made to the Board during an IPR or similar proceeding can be considered during claim construction for purposes of determining whether there has been a prosecution disclaimer. *Aylus Networks, Inc. v. Apple Inc.*, 856 F.3d 1353, 1361 (Fed. Cir. 2017). In general, a statement must be "both clear and unmistakable" to result in a prosecution disclaimer. *Omega Eng'g, Inc, v. Raytek Corp.*, 334 F.3d 1314, 1325–26 (Fed. Cir. 2003). In light of KOM's clear and repeated statements in the IPR proceedings, I find that KOM made a clear and unmistakable disclaimer of data write access privileges relating to a subset of all users. However, even if KOM's statements amounted to something less than a clear and unmistakable disclaimer, KOM's statements nonetheless support the defendants' claim construction because they provide strong evidence of "how the inventor understood the invention." *Northpeak Wireless, LLC v. 3COM Corp.*, 674 F. App'x 982, 986 (Fed. Cir. 2016) (quoting *Phillips*, 415 F.3d at 1317).

KOM argues that its statements in the IPR proceedings do not compel the defendants' proposed construction for two reasons. First, KOM argues that the defendants "conflate the nature of the privilege with the result/advantage of applying the privilege." Dkt. No. 102 at 21–22. What KOM appears to mean by that statement is that although "the restrictions at issue are ultimately applied to operation access requests for all users . . . , users or 'all users' is not part of the privilege itself." *Id.* at 18–19. In other words, KOM argues that a "data write access privilege" is distinct from the restrictions that are actually imposed on users based on that privilege.

13

The problem for KOM is that at least some of the statements from its IPR submissions quoted above appear to refer to the "data write access privilege" itself and not to the restrictions that result from the privilege.  And even the statements cited by KOM in its briefing support the defendants' construction.  As KOM acknowledges, it stated in the IPR that "[n]owhere does the '864 Patent attempt to claim user, user program, or user process related access privileges as part of its invention."  Dkt. No. 86-10 at 28.  KOM further explained that "the '864 Patent is trying to prevent users, user programs, their processes, and even the operating system from altering the data for the entire logical volume, regardless of process credentials or file descriptors."  *Id.* at 26.  Those assertions are consistent with the conclusion that a "data write access privilege" is one that applies to "all users" rather than some subset of all users.

Second, KOM argues that the defendants also "reversed their position in [the] IPR," having argued in the IPR that the data write access privileges need not be "uniform across all users."  Dkt. No. 102 at 22 (quoting Dkt. No. 86-6 at 5–6).  That point is irrelevant, however, because it is the patent owner's representations "that potentially shed light on the construction of the claims," not those of another party whose position was ultimately rejected.  *See Laitram Corp. v. Morehouse Indus., Inc.*, 143 F.3d 1456, 1462–63 (Fed. Cir. 1998).

In summary, the differences between the parties' positions on this issue appear to be largely semantic: the inclusion or omission of reference to "all users" does not appear to make any difference in the substantive scope of the "data write access privilege."  Moreover, to the extent that there is any substantive difference between the parties' positions, KOM's statements during the IPR proceedings strongly favor the defendants' proposed construction of "data write access privilege."  Accordingly, the term "data write access privilege" will be construed to mean "data write access privilege for all users."

### E. "regardless of an identity of a user"

The phrase "regardless of an identity of a user" is recited in claim 12 of the '624 patent, and by incorporation in claims 13 through 21 of that patent; in claim 32 of the '524 patent; and in dependent claims 4, 34, 69, and 103 of the '243 patent, incorporating limitations from claims 1, 66, and 102 of that patent. Each of those claims recites an "interception means" or a means for "intercepting" that performs "regardless of an identity of a user attempting [the] operation." '624 patent, cl. 12; '524 patent, cl. 32; '243 patent, claims 1, 66. The defendants argue that the phrase should be construed to mean "for all users regardless of identity." Dkt. No. 102 at 24. KOM argues that the phrase should be given its plain and ordinary meaning and the "all users" language should not be imported into the claims.

As with the "data write access privilege" limitation, the parties' briefing makes clear that there is little, if any, substantive difference between the two proposed constructions. As KOM explains in its brief, it does not disagree that the "interception" recited in the claims occurs "for 'all users.'" *Id.* KOM challenges the defendants' proposed construction, however, because in KOM's view it "introduces confusion by inappropriately focusing on users, versus processes or applications." *Id.* at 26.

In sum, the phrase "regardless of an identity of a user" could lead to potential confusion because of the inclusion of the term "identity." It appears to be undisputed that the interception means operates without regard to which user is attempting an operation. Accordingly, I will construe the term "regardless of an identity of a user attempting [the] operation" to mean "without regard to which user is attempting [the] operation."

### F. "interception means for intercepting" / "means for intercepting"

Claim 12 of the '624 patent, and by incorporation claims 13 through 21 of that patent, recite an "interception means for intercepting in a trap layer an attempted operation." Similarly, claim 32 of the '524 patent recites a "means for intercepting an attempted operation." The defendants argue that the "interception means" terms are indefinite because they are means-plus-function terms for which there is insufficient disclosure of a structure in the specifications of the '624 and '524 patents corresponding to the functions recited in the claims. KOM agrees that the "interception means" terms are means-plus-function terms but argues that the terms are not indefinite because the structure corresponding to the recited functions is adequately disclosed in the patent specifications.

Section 112 of the Patent Act provides that a means-plus-function claim "shall be construed to cover the corresponding structure, material, or acts described in the specification and equivalents thereof." 35 U.S.C. § 112 ¶ 6 (2008).[2] In other words, "if one employs means-plus-function language in a claim, one must set forth in the specification an adequate disclosure showing what is meant by that language." *In re Donaldson Co.*, 16 F.3d 1189, 1195 (Fed. Cir. 1994) (en banc). For software-based inventions, the specification must "disclose the algorithm for performing the function." *Function Media, L.L.C. v. Google, Inc.*, 708 F.3d 1310, 1318 (Fed. Cir. 2013). Such a disclosure may be made "as a mathematical formula, in prose, or as a flow chart, or in any other manner that provides sufficient structure." *Id.* (quoting *Noah Sys., Inc. v. Intuit, Inc.*, 675 F.3d 1302, 1312 (Fed. Cir. 2012)).

---

[2] Section 112, paragraph 6, was recodified without substantive change as 35 U.S.C. § 112(f) in the America Invents Act ("AIA"). The pre-AIA version of the statute applies in this case because the AIA provided that the pre-AIA version of section 112 would continue to apply to all patents issuing from applications filed prior to the date one year after the AIA's enactment, i.e., September 16, 2012. *See* Pub. L. No. 112-29 § 4(e), 125 Stat. 297 (2011).

KOM argues that the structure corresponding to the "interception means" limitations is the "filter driver logically disposed between the application layer and the file system layer, or within the file system layer, as shown in Figures 3, 4, and 7 and associated text." Dkt. No. 102 at 27. In the parties' joint claim construction chart, KOM asserted that along with Figures 3, 4, and 7 of the '624 patent, two passages from the specification of that patent provide the necessary structure for the claimed "interception means."[3] *Id.* at 27–28. The first passage, in column 2 of the '624 patent, recites the following method step: "executing a trap layer on the computer, the trap layer logically disposed above the file system layer." '624 patent, col. 2, ll. 44–45. The second passage, in column 7 of the '624 patent, recites as follows:

> Referring to FIG. 3, a block diagram of an operating system is shown. The block diagram presents a simplified view of operating system functionality according to the invention. An application layer for supporting application execution communicates with an input/output layer of the computer. The input/output layer includes a display and a file system layer. The application layer communicates with the file system layer for, performing read operations and write operations with storage media. Disposed between the application layer and the file system layer is a trap layer also referred to as a filter layer. Each file system access request that is transmitted from the application layer to the file system layer is intercepted by the trap layer. In the trap layer restrictions relating to access privileges are implemented. For example, some requests are blocked and error messages are returned to the application layer. Other requests are modified and the modified request passed onto the file system. When a data store is read only, a request to open a file for read write access is modified to an open file for read-only access; a request to delete a file is blocked and an error message is returned. The use of a trap layer is applicable when the present invention is implemented within an existing operating system such as Windows NT®.

'624 patent, col. 7, ll. 30–51.

The problem for KOM is that all that is disclosed by those two passages and the figures cited by KOM is that the interception means is a trap layer that is disposed between the application

---

[3] With respect to the three means-plus-function limitations that are discussed in the parties' joint claim construction brief, the parties have frequently cited passages in the '624 patent specification and equivalent passages in the specification of the '524 patent. For clarity, I refer only to the references to the '624 patent unless otherwise noted.

layer and the file system layer.  That trap layer, according to the specification, can intercept requests and can block or modify those requests if necessary.  What is not disclosed in those passages is *how* the trap layer intercepts requests that are directed to the storage medium.

In its reply brief, KOM cites additional portions of the '624 patent specification that it alleges provide the structure for the "interception means."  In particular, KOM focuses on Figure 2 of the '624 patent and passages from columns 6 and 9 of that patent.  The passage in column 6, which discusses Figure 2 of the patent, recites as follows:

> When the device interrupts, the driver's interrupt service routine {ISR) [sic] does only as much work BS [sic] as is necessary to stop the device from interrupting and to save, necessary context about the operation. The ISR then calls an IO support routine with the IRP [IO request packet] to queue a driver-supplied DPC routine to complete the requested operation at a lower hardware priority than the ISR.

'624 patent, col. 6, ll. 39–45.  Neither that passage nor Figure 2, which is reproduced below, explains how the trap layer performs the function of interrupting; they merely describe how the file system driver and the driver of a storage device handle an IO request packet.  That activity would occur downstream of the trap layer, which is interposed between the application layer and the file system layer.



FIG. 2

*Id.* at Fig. 2.

The passage cited by KOM from column 9 recites as follows:

Referring to FIG. 5, a flow diagram of a method of storing data in a storage medium forming part of a system such as that of FIG. 3 is shown. An application in execution on the system seeks to store a data file on a storage medium within the file system layer of the system. A request and data for storage within the file is transmitted from the application layer to the file system layer. The request includes an operation and data relating to a destination storage medium on which to store the data. The trap layer intercepts the request and the data and determines whether the storage medium selected supports the operation. The trap layer is a transparent trap layer, which intercepts requests transparently to the user and transparently to a computer application invoking the requests. When the storage medium supports the operation, the request and the data is passed on to the file system layer. When necessary, the request is modified prior to provision to the file system layer. In the file system layer the operation is conducted according to normal file system layer procedures. When the storage medium does not support the operation in its original or a modified form, the trap layer returns an indication of this to the application layer. The operation and the data are not passed onto the file system layer. This provides additional access privilege functionality.

*Id.* at col. 9, ll. 19–41. That passage, much like the passage from column 7 quoted above, merely

explains the function of the trap layer without explaining how the interception is performed. For

19

example, the specification notes that "[t]he trap layer intercepts the request and the data and determines whether the storage medium selected supports the operation," and adds that the trap layer intercepts requests "transparently to the user and transparently to a computer application invoking the requests." *Id.* at col. 9, ll. 27–32.  But those statements each "describe[] an outcome, not a means for achieving that outcome." *See Aristocrat Techs. Australia Pty Ltd. v. Int'l Game Tech.*, 521 F.3d 1328, 1335 (Fed. Cir. 2008).

At the *Markman* hearing, KOM focused heavily on Figure 4 of the '624 patent.  That figure depicts "a simplified block diagram of opening a file within Windows NT® according to the invention." '624 patent, col. 7, ll. 55–56.  KOM argued that the details regarding how a request is sent from the application to the file system layer, i.e., the details of the steps depicted in Figure 4, are pertinent to the structure of the "intercepting means."  In Figure 4, the arrow labeled "5" corresponds to the "I/O Manager" sending an IO request packet to file system driver. *Id.* at Fig. 4; *see also id.* at col. 5, ll. 21–30 (describing the equivalent arrow in Figure 1).  That arrow is intersected by a thick black line, which represents the trap layer. *Id.* at col. 7, ll. 57–59.  As the specification explains, it is the trap layer itself that intercepts "requests passed from the application layer for the specific data sto[r]e." *Id.* at col. 8, ll. 17–19.  The process shown in Figure 4, which is reproduced below, and the associated text in the specification provide no additional detail regarding how the trap layer intercepts a request.

20



**FIG. 4**

*Id.* at Fig. 4.

KOM also asserts that the specification discloses a three-step algorithm for the "interception means." Dkt. No. 102 at 27. The steps of that proposed algorithm are: (1) "receiving a file system access request in a trap layer"; (2) "before the file system access request is transmitted to the file system layer (if at all), further processing the file system access request in the trap layer"; and (3) "as needed, transmitting from the trap layer the file system access request (possibly in a modified form) to the file system layer and equivalents thereof." *Id.* The problem is that the second and third steps do not describe the function of "intercepting" at all. Instead, those two steps together refer to one or more of "comparing," "allowing," "allowing and modifying," or "denying" the file access request, which are separate functions recited in the claims. *See* '624 patent, cl. 12;

21

'524 patent, cl. 32. What remains is the first step, "receiving a file system access request in a trap layer," which is effectively a restatement of the claimed function, "intercepting in a trap layer an attempted operation."

In *Blackboard, Inc. v. Desire2Learn, Inc.*, 574 F.3d 1371, 1382–85 (Fed. Cir. 2009), a case analogous to this one, the Federal Circuit held that a computer-implemented means-plus-function claim was indefinite. In that case, the relevant claim recited, in part, a "means for allowing access to and control of the data file." *Id.* at 1382. The specification of the patent disclosed an "access control manager," which the patent owner contended provided the structure for the "means for allowing access" limitation of the claim. *Id.* The patentee relied on a single paragraph from the patent specification, which described the function of the access control manager but did not explain with any specificity how it worked. *Id.* The court explained that the access control manager was "essentially a black box that performs a recited function," and the specification contained no disclosure of "how it does so." *Id.* at 1383. It was not enough, the court added, that a person of ordinary skill "would be able to devise a means to perform the claimed function." *Id.* at 1385.

In this case, the trap layer disclosed in the specifications of the '624 and '524 patents is similarly a "black box." *Id.* at 1383. Although the specifications explain that the trap layer intercepts file access requests intended for the file system layer, there is no discussion of how that interception occurs. To conclude that the "interception means" limitations are not indefinite would essentially mean that KOM has "capture[d] any possible means for achieving that end." *See id.* at 1385.

Notably, the Board reached a similar conclusion when it declined to institute an IPR challenging certain claims of the '624 patent. In that proceeding, NetApp argued that the

"interception means" limitation of claim 12 was a means-plus-function limitation, and that the necessary structure was contained in the specification of the '624 patent.  Dkt. No. 86-19 at 12.

Many of the passages relied on by KOM in this proceeding are the same passages that NetApp relied on before the Board.[4]  *See id.*  The Board observed that "[t]he cited passages of the '624 patent specification do not describe how the [trap layer] operates to perform the recited 'intercepting' function."  *Id.* at 15.  Instead, the Board explained that the "cited passages merely restate the function of 'intercepting' but do not explain how the software operates to perform the 'intercepting' function recited in the claim."  *Id.*  Accordingly, the Board found that NetApp had "failed to identify structure in the '624 patent specification sufficient to perform the recited 'intercepting' function."  *Id.* at 16.

Of course, the Board is not authorized to decide questions of indefiniteness in an IPR proceeding.  *See Samsung Elecs. Am., Inc. v. Prisua Eng'g Corp.*, 948 F.3d 1342, 1350 (Fed. Cir. 2020).  And it did not purport to do so in its decision denying institution of IPR.  However, the Board's analysis of the proper construction of the "interception means" term in the '624 patent lends some additional persuasive weight to this court's conclusion that the patent specifications do not disclose a sufficient structure for the "interception means" claim terms.

---

[4]  KOM suggests that the Board's decision may have been the result of NetApp's failure to identify certain disclosures in the specification of the '624 patent as providing the structure for the "interception means" limitation.  In particular, KOM points out that NetApp did not cite to the Board several passages that KOM argues are part of the structure of the "interception means" limitations.  The portions of the specification of the '624 patent that KOM relies on that were not cited by NetApp to the Board are Figure 4; column 2, lines 44–45; column 5, line 22, through column 6, line 45; column 7, lines 30–49; and column 9, lines 19–26 and lines 33–41.  *See* Dkt. No. 86-19 at 12–13.  With respect to the passage from column 7, that passage discusses Figure 3, which was cited by NetApp to the Board.  *Id.*  The remaining passages provide no additional detail regarding how the trap layer operates.  Accordingly, I do not read the Board's decision as being driven by NetApp's failure to cite certain portions of the specification in its IPR petition.

For all the reasons set forth above, I conclude that the "interception means" limitations are not supported by an adequate disclose of structure in the patent specifications, and are therefore indefinite. Claim 12 of the '624 patent and claim 32 of the '524 patent are therefore invalid for indefiniteness.

### G. "modifying and allowing means"

Claim 12 of the '624 patent recites, in part, a "modifying and allowing means for modifying and allowing said modified attempted operation." By incorporation, that term is also present in claims 13 through 21 of the '624 patent. As with the "interception means" limitations discussed above, the parties agree that this term is a means-plus-function limitation. The defendants argue that the limitation is indefinite, while KOM argues that the limitation is supported by sufficient structure in the specification of the '624 patent. Although it is not strictly necessary to decide this issue in light of my conclusion that claim 12 of the '624 patent (and its dependent claims) are indefinite, I reach it in the event that it becomes relevant to any further proceedings in this case.

At the outset, I note that the function asserted by KOM does not map to the language of the claim for the "modifying and allowing means" limitation. KOM characterizes the function of that limitation as "(modifying and) allowing said attempted operation if matching said enabled operation." Dkt. No. 102 at 39. Significantly, the word "matching" does not appear in claim 12's recitation of a "modifying and allowing means for modifying and allowing said attempted operation." '624 patent, cl. 12. It does appear in claim 12's recitation of an "allowing means" and a "denial means." *Id.* KOM's insertion of the word "matching" would thus seem to narrow the scope of the "modifying and allowing means" limitation from the scope that would be associated with the plain language of the claim. Nonetheless, I will assume that KOM's proposed function

24

is proper for purposes of determining whether the claim recites sufficient structure to satisfy the definiteness requirement of section 112.

The structure that KOM argues corresponds to the "modifying and allowing means" is essentially the same structure that KOM proposed for the "interception means": a "filter driver logically disposed between the application layer and the file system layer, as shown in Figures 3, 4, and 7 and associated text." Dkt. No. 102 at 39. In other words, KOM again asserts that the "trap layer" provides the required structure for the "modifying and allowing means."

The problem for KOM is that like the '624 patent specification's description of "intercepting," the specification's description of "modifying and allowing" is entirely result-focused and does not contain information about how the modifying and allowing is intended to occur. For example, the '624 patent makes the following disclosures about the capability of the trap layer to modify and allow file access requests:

- "The trap layer limits operations performed on the storage medium to-those [sic] supported by the read/write device by . . . filtering and/or modifying the requests." '624 patent, col. 9, ll. 53–57.

- "When an access command is permitted, it is performed on the appropriate storage medium. The access command may be that requested or, alternatively, a modified form of the requested command resulting in a supported operation." *Id.* at col. 10, ll. 6–9.

- "Other requests are modified and the modified request passed onto the file system. When a data store is read only, a request to open a file for read write access is modified to [a request to] open [the] file for read only access." *Id.* at col. 7, ll. 44–48.

Those disclosures simply describe the results of the modifying and allowing that is done by the trap layer. They do not in any way describe how that modification is actually performed.

25

The trap layer is effectively a "black box" that modifies and allows requests.  *See Blackboard*, 574 F.3d at 1383.

At the *Markman* hearing, KOM argued that the nature of the file open requests made by the system supported its proposed structure for the "modifying and allowing means."  Specifically, KOM argued that the file open requests discussed in the specification of the '624 patent are part of a "specific algorithm" that is implemented by the embodiments disclosed in the patent.  Recording of May 16, 2023, Hearing at 1:43:52–1:46:50.  For example, KOM pointed to a passage from column 4 of the '624 patent, which discloses that an application's subsystem may make a "request to open such a file object and to obtain a handle for IO to a device or a data file."  *Id.* at 1:45:18–1:46:40; '624 patent, col. 4, ll. 65–67.  The problem, however, is that disclosures such as the one in column 4 about the file open requests address merely the structure of the requests and, at most, how they are created.  They do not address how the trap layer modifies and allows a request that is sent from an application to the file system layer.

The algorithm that KOM proposes in the joint claim construction chart for the "modifying and allowing means" step is similarly lacking in detail.  The proposed algorithm involves two steps that occur "[i]f a file system access request does not match an enabled operation":  (1) "determining whether [the] request can be modified to an enabled operation, e.g., is not a delete operation for a read-only storage medium"; and (2) "modifying the open file system access request to an open file with an enabled operation."  Dkt. No. 102 at 39.  In simpler terms, those two steps consist of (1) determining whether the request needs to be modified; and (2) modifying the request.  KOM's proposed algorithm thus provides only a small amount of additional detail about the function of the trap layer.  The implementation is left to a skilled artisan, who would have to "devise a means to perform the claimed function."  *See Blackboard*, 574 F.3d at 1385.  For that reason, the '624

26

patent specification contains insufficient structure to support the "modifying and allowing means" limitation. Claim 12 of the '624 patent is therefore invalid as indefinite for that independent reason (in addition to the reason that the "interception means" limitation is indefinite).

### H. "associating means" / "means for associating"

Claim 12 of the '624 patent (and by incorporation claims 13 through 21 of that patent) and claim 32 of the '524 patent each recite a means for "associating" an access privilege "with at least one portion of" a "storage medium."[5] '624 patent, cl. 12; '524 patent, cl. 32. The parties agree that the "associating means" limitations are means-plus-function limitations. The defendants argue that the limitations are indefinite, and KOM argues that the limitations are supported by sufficient structure disclosed in the patent specifications. In the alternative, the defendants propose a different alternative structure from that proposed by KOM. Although I need not reach this issue in light of my indefiniteness rulings above, I do so in the in the event that it becomes relevant to any further proceedings in this case.

KOM proposes that the structure of the "associating means" be articulated as follows: "an algorithm including the step of combining or joining the operation access privileges within at least one/a [logical] portion of said/the [logical] storage medium." Dkt. No. 102 at 45. At the outset, I note that KOM's proposed structure is nearly identical to the function that the parties agree is performed by the "associating means": "associating said/an operation access privilege with at least one/a [logical] portion of said/the [logical] storage medium." *Id.* at 44–45. The only notable difference between the two is that KOM has replaced the word "associating" with "combining or joining."

---

[5] Claim 12 of the '624 patent recites a "logical storage medium," whereas claim 32 of the '524 patent recites a more general "storage medium."

27

The problem for KOM is that the '624 and '524 patent specifications do not link KOM's proposed structure to the "associating means" limitations. As the Federal Circuit has explained, in order for the limitation to satisfy the definiteness requirement of section 112, the structure that is disclosed in the specification must be "clearly link[ed] . . . to the function recited in the claim." *Noah Sys.*, 675 F.3d at 1311 (citation omitted). In support of its proposed structure, KOM points to a passage in column 9 of the '624 patent, which recites as follows: "The storage medium has stored thereon data relating to access privileges for the storage medium." '624 patent, col. 9, ll. 45–46. That passage does not provide sufficient linkage to the "associating means" limitations, however, because as the Federal Circuit stated in a prior related appeal, storing an access privilege in a storage medium is "ungrounded in the ordinary and customary meaning of the word 'associating.'" *See KOM Software, Inc. v. NetApp, Inc.*, No. 2021-1181, 2021 WL 5985364, at *1 (Fed. Cir. Dec. 17, 2021).

More generally, the function of "associating" is not referenced anywhere in the specification of the '624 patent, and it is discussed in only the most general terms in the "Brief Summary of the Invention" section of the '524 patent. *See* '524 patent, col. 2, line 40, through col. 6, line 23; *see generally* '624 patent. The terms "combining" and "joining" are similarly missing from the specifications of the '624 and '524 patents. For those reasons, KOM's proposed structure renders the limitation indefinite because the structure is not linked to the "associating" function recited in the claims.

The defendants suggest a possible alternative structure that could be claimed to correspond to the associating function, but that possible structure suffers from similar flaws. The suggested alternative structure is "computer hardware programmed to associate the operation access privilege with at least one/a [logical] portion of said/the [logical] storage medium." Dkt. No. 101 at 45. The

support for that structure, the defendants suggest, is recited in passages from columns 3 and 7–10 of the '624 patent. *Id.* But there is no description in those passages of hardware that associates an access privilege with a storage medium. More importantly, there is no discussion in those paragraphs of how the associating is to take place. For that reason, the defendants' proposed alternative also fails to identify sufficient structure to support the "associating means" limitations. Accordingly, claim 12 of the '624 patent and claim 32 of the '524 patent are also invalid for the independent reason that the "associating means" limitations are indefinite.

## I. "transparently to the user"

The parties' next disagreement relates to the proper construction of the phrase "transparently to the user," which is found in claim 12 of the '624 patent and by incorporation in claims 13 through 21 of that patent. Representative claim 12 recites an "interception means for intercepting in a trap layer an attempted operation," in which the interception means performs "transparently to a user." '624 patent, cl. 12. In the joint claim construction brief, KOM proposed that the phrase be construed to mean "[t]he trap layer performs in a manner that is invisible to, and of no concern to the user." Dkt. No. 102 at 53. The defendants proposed that the phrase be given its plain and ordinary meaning. *Id.* At the *Markman* hearing, the parties came to an agreement that the term should be construed to mean "invisible to the user." Accordingly, I will adopt that construction.

## J. "transparently to a computer application"

The phrase "transparently to a computer application" is also recited in claim 12 of the '624 patent and by incorporation in claims 13 through 21 of that patent. The relevant limitation of representative claim 12 recites an "interception means for intercepting in a trap layer an attempted operation," wherein the interception means performs "transparently to a computer application

29

performing said operation." '624 patent, cl. 12.  KOM argues that the phrase should be construed as follows:  "The trap layer performs in a manner that is invisible, and of no concern to the computer application, and the computer application need not be modified for the trap layer code to perform processing of the access request."  Dkt. No. 102 at 57.  The defendants propose that the phrase be given its plain and ordinary meaning.  *Id.*  Although I have already determined that claims 12 through 21 of the '624 patent are indefinite, I address this term in the interest of completely resolving the disputes before me.

As with the "transparently to the user" limitation, the parties agree that "transparently" is essentially synonymous with "invisible" for purposes of claim 12.  KOM also agreed at the *Markman* hearing to withdraw its proposal to include the "no concern" language in the court's claim construction.

With respect to the "need not be modified" language that KOM suggests should be added to the claim construction, KOM has identified no support in the specification or elsewhere to indicate that the pertinent language of claim 12 should so limited.  KOM suggests in its briefing that "transparent" means that "the request need not be modified by the originating application," and that it can instead be modified by the trap layer. *Id.* at 58–59.  But that assertion is not tethered to the construction proposed by KOM, which focuses on whether the "computer application" must be modified in order for the trap layer to function.  *See id.* at 57.  KOM has thus failed to demonstrate that there is any justification for adding its proposed "need not be modified" clause to the construction of the phrase "transparently to a computer application."

Accordingly, the phrase "transparently to a computer application" will be construed to mean "invisible to a computer application."

**K. "[t]he method according to claim 66" / "[t]he method according to claim 102"**

Claim 103 of the '243 patent depends from claim 102, which in turn depends from claim 66, a system claim. The defendants argue that claim 103 is indefinite because it is denominated a method claim, yet it incorporates a system claim. It is impermissible, the defendants argue, for a single claim to be directed to both a system (or apparatus) and a method. KOM argues that a skilled artisan would understand the scope of claim 103 and that the claim is therefore not indefinite.

Claim 66 of the '243 patent recites a "data processing system" comprising a "computer processor" that is configured to perform multiple functions. One such function is recited in the following limitation of claim 66: "said at least one computer processor configured to allow, or deny the attempted operation based on the comparison of the attempted operation to the computer file system operation access privilege." '243 patent, cl. 66. Claim 102 then recites "[t]he method according to claim 66, wherein said allowing, or said denying the attempted operation comprises . . . ." *Id.* at cl. 102. Claim 103 further recites "[t]he method according to claim 102, further comprising: evaluating a content of said file relating to the attempted operation; and at least one of allowing, or denying the attempted operation based on said evaluating." *Id.* at cl. 103.

As noted above, a patent claim is indefinite if it "fail[s] to inform, with reasonable certainty, those skilled in the art about the scope of the invention." *Nautilus*, 572 U.S. at 901. As relevant to this dispute, the Federal Circuit has explained that a claim is indefinite if it "recites both a system and a method for using that system," because such a claim "does not apprise a person of ordinary skill in the art of its scope." *IPXL Holdings, L.L.C. v. Amazon.com, Inc.*, 430 F.3d 1377, 1384 (Fed. Cir. 2005). The problem with such claims is that they fail to make it clear to a skilled artisan whether infringement occurs when one creates a system with the capabilities described in the

31

claim, or whether infringement occurs only when the system is used in an infringing manner. *See id.*

Relying on *MasterMine Software, Inc. v. Microsoft Corp.*, 874 F.3d 1307, 1313 (Fed. Cir. 2017), KOM points out that "apparatus claims are not necessarily indefinite for using functional language." In *MasterMine* and other similar cases, the Federal Circuit has found that functional language is not always directed to the performance of steps in a method. Instead, it can be directed to describing the capability of a system or apparatus, or the environment in which the system or apparatus performs.

When the functional language found in a claim serves those purposes, rather than describing the steps performed as part of a method, the functional language does not give rise to an *IPXL* problem. *See id.* ("Though claim 8 includes active verbs—presents, receives, and generates–these verbs represent permissible functional language used to describe capabilities of the 'reporting module. . . . "[T]he claims here do not claim activities performed by the user."); *LifeNet Health v. LifeCell Corp.*, 837 F.3d 1316, 1327 (Fed. Cir. 2016) ("[T]he non-removal limitation defines a property of the recited plasticizer."); *Ultimate Pointer, L.L.C. v. Nintendo Co.*, 816 F.3d 816, 826 (Fed. Cir. 2016) ("If an apparatus claim 'is clearly limited to a[n apparatus] possessing the recited structure and *capable* of performing the recited functions," then the claim is not invalid as indefinite.") (citation omitted); *HTC Corp. v. IPCom GmbH & Co.*, 667 F.3d 1270, 1277 (Fed. Cir. 2012) ("The claims merely establish those functions as the underlying network environment in which the mobile station operates.").

On the other hand, where the claim language is not directed to the capability of a system or apparatus, but instead recites a step in a method, the court in *MasterMine* recognized that the rule from *IPXL* applies, and that the claim is indefinite because it "create[s] confusion as to when

32

direct infringement occurs" as a result of being directed to both a system and a method.  874 F.3d at 1314 (citation omitted); *see also H-W Tech., L.C. v. Overstock.com, Inc.*, 758 F.3d 1329, 1335–36 (Fed. Cir. 2014); *Rembrandt Data Techs., LP v. AOL, LLC*, 641 F.3d 1331, 1339 (Fed. Cir. 2011); *In re Katz Interactive Call Processing Pat. Litig.*, 639 F.3d 1303, 1318 (Fed. Cir. 2011).

Claim 103 of the '243 patent falls on the *MasterMine* side of that line.  The biggest problem for KOM is that claim 102 refers to "[t]he method according to claim 66," and claim 103 refers to "[t]he method according to claim 102."  The description of claim 66 as claiming a method is plainly wrong; claim 66 is unequivocally a claim to a system.  The description of claim 102 as a method claim is also in error, as claim 102 depends from claim 66 and thus is presumptively also a system claim.  The use of the term "method" in claims 102 and 103 is therefore best viewed as an error in patent drafting.

Disregarding the use of the term "method," claims 102 and 103 are best characterized as features of the system recited in claim 66, but expressed in functional terms.  The final limitation of claim 66 recites a computer processor "configured to allow, or deny the attempted operation based on the comparison of the attempted operation to the computer file system operation access privilege."  Claim 102 expands upon that limitation by reciting that "said allowing, or said denying the attempted operation comprises: allowing creating a file relating to the attempted operation on a first portion of the computer storage medium while restricting access to said first portion of the computer storage medium."  Claim 103 further expands upon the limitation from claim 66, as elaborated in claim 102, by reciting that the limitation set forth in claim 102 further comprises

33

"evaluating a content of said file relating to the attempted operation; and at least one of allowing, or denying the attempted operation based on said evaluating."[6]

Read together, those three limitations are best understood to describe a processor that is configured (1) to allow or deny an attempted operation based on the computer's file system operation access privilege (claim 66); (2) to do so by allowing the creation of a file relating to the operation on one portion of the computer storage medium while restricting access to that portion of the storage medium (claim 102); and (3) to also evaluate the contents of the file relating to the attempted operation and to allow or deny the attempted operation based on that evaluation (claim 103). As such, a skilled artisan would understand that claims 102 and 103 recite the capabilities of the data processing system of claim 66, not a method of performing particular tasks. For that reason, the claims are like those discussed by the Federal Circuit in *MasterMine, LifeNet, Ultimate Pointer, HTC*, and *Microprocessor Enhancement Corp. v. Texas Instruments, Inc.*, 520 F.3d 1367, 1374–75 (Fed. Cir. 2008). Moreover, they do not "fail to inform, with reasonable certainty, those skilled in the art about the scope of the invention." *Nautilus*, 572 U.S. at 901.

Interpreted in that fashion, claim 103 does not present the problem inherent in mixing system (or apparatus) claims with method claims—the difficulty in determining when infringement occurs. Instead, as interpreted here claim 103 would be infringed when a device having all the capabilities described in claims 66, 102, and 103 is made, used, sold, offered for

---

[6] In this respect, the limitations in claim 103 are distinguishable from the limitation that was found to give rise to indefiniteness in the *Rembrandt* case. As the Federal Circuit explained in *MasterMine*, the problematic limitation in *Rembrandt*, although not directed to a function performed by a user (as was the case in *IPXL, Katz, and H-W Technology*), appeared in isolation and was not "specifically tied to structure." 874 F.3d at 1316. Here, the functions recited in claim 103 of the '243 patent are specifically tied to the structure recited in claim 66, i.e., a computer processor "configured to allow, or deny the attempted operation based on the comparison of the attempted operation to the computer file system operation access privilege."

sale, or imported. It would not be the case that infringement of claim 103 would be complete only when a user of the system recited in claim 66 actually used it in the manner recited in claims 102 and 103. Claim 103 is therefore not invalid for indefiniteness based on the defendants' *IPXL* theory. Instead, the claim will be interpreted as reciting a system configured to perform the functions set forth in claims 66, 102, and 103.

IT IS SO ORDERED.

SIGNED this 18th day of May, 2023.

_____
WILLIAM C. BRYSON
UNITED STATES CIRCUIT JUDGE

# JA-008

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GLAXOSMITHKLINE BIOLOGICALS SA and GLAXOSMITHKLINE LLC,<br><br>       Plaintiffs,<br><br>   v.<br><br>PFIZER INC., PHARMACIA & UPJOHN CO. LLC, BIONTECH SE, BIONTECH MANUFACTURING GMBH, and BIONTECH US INC.,<br><br>       Defendants. | Civil Action No. 24-cv-512-GBW |

**OPENING CLAIM CONSTRUCTION DECLARATION OF
M. LAIRD FORREST, PH.D.**

**TABLE OF CONTENTS**

**Page**

I.      INTRODUCTION ..................................................................................................1

II.     QUALIFICATIONS AND PROFESSIONAL EXPERIENCE............................................1

        A.      Education ...........................................................................................1

        B.      Employment.......................................................................................1

        C.      Other Professional Roles....................................................................3

        D.      Awards and Recognition.....................................................................4

        E.      Additional Qualifications....................................................................4

III.    MATERIALS CONSIDERED .................................................................................5

IV.     THE ASSERTED PATENTS AND CLAIMS .............................................................5

        A.      The Field of the Asserted Patents .........................................................5

        B.      The 240 Family ...................................................................................6

        C.      The 243 Family ...................................................................................7

        D.      The 248 Family ...................................................................................9

V.      BACKGROUND OF THE TECHNOLOGY ................................................................9

        A.      Vaccines...........................................................................................10

                1.      Inactivated Vaccines...............................................................10

                2.      Subunit Vaccines ...................................................................10

                3.      Nucleic Acid Vaccines............................................................10

        B.      Lipids and Lipid Membranes..............................................................11

                1.      Amphiphilic Lipids ................................................................11

                2.      Ionic (Charged) Amphiphilic Lipids...........................................14

                3.      Ionizable (Capable of Being Charged) Amphiphilic Lipids.....................16

                4.      Uncharged Amphiphilic Lipids.................................................18

i

VI. THE INVENTIONS OF THE ASSERTED PATENTS ....................................................19

 A. Components of Lipid Formulations of the Invention .............................................19

 B. Preparation of Lipid Formulations of the Invention .............................................21

 C. Determining the pKa of Tertiary Amine Cationic Lipids of the Invention ..........22

VII. LEGAL STANDARDS OF CONSTRUCTION .................................................................23

VIII. STIPULATED CONSTRUCTIONS ...................................................................................25

IX. MY OPINIONS ON THE DISPUTED CLAIM TERMS ..................................................25

 A. Terms that Concern Complete Lipid Formulations ...............................................26

  1. "Encapsulat[ed/ing]"....................................................................................26

  2. "Liposomes" ................................................................................................28

 B. Terms that Concern Components of the Lipid Formulations ................................30

  1. "Cationic Lipid"...........................................................................................30

  2. "pKa" ...........................................................................................................32

X. RESERVATION OF RIGHTS .........................................................................................33

APPENDIX A – BACKGROUND ON MOLECULAR BIOLOGY, VIROLOGY, AND
 IMMUNOLOGY ...................................................................................................................1

 A. DNA → mRNA → Protein......................................................................................1

  1. DNA...............................................................................................................1

  2. Transcription: DNA → mRNA.....................................................................5

  3. Translation: mRNA → Protein .....................................................................6

 B. Viruses and Viral Replication..................................................................................7

 C. Immune Response.....................................................................................................9

  1. Innate Immune Response...............................................................................9

  2. Adaptive Immune Response .......................................................................12

I, M. Laird Forrest, Ph.D., declare as follows:

## I.    INTRODUCTION

1.    I have been retained by Desmarais LLP to provide expert opinions and regarding the meaning of certain patent claim terms in U.S. Patent Nos. 11,638,693 (the "'693 patent"), 11,638,694 (the "'694 patent"), 11,666,534 (the "'6534 patent"), 11,766,401 (the "'401 patent"), 11,786,467 (the "'467 patent"), 11,759,422 (the "'422 patent"), 11,655,475 (the "'475 patent"), and 11,851,660 (the "'660 patent") (collectively, the "Asserted Patents" or "Patents-in-Suit") on behalf of GlaxoSmithKline Biologicals SA and GlaxoSmithKline LLC ("GSK" or "Plaintiffs").

2.    I am being compensated at my usual consulting rate of $800 per hour for my work related to this dispute.  My compensation is not dependent on the outcome of this dispute or the testimony or opinions that I provide.

## II.    QUALIFICATIONS AND PROFESSIONAL EXPERIENCE

### A.    Education

3.    I received a Bachelor of Science in Chemical Engineering from Auburn University in 1998, a Master of Science in Chemical Engineering from the University of Illinois in 2001, and a Ph.D. in Chemical and Biomolecular Engineering from the University of Illinois in 2003.  I was a Postdoctoral Fellow in the Division of Pharmaceutical Sciences at the University of Wisconsin, Madison, from 2004 to 2006.

### B.    Employment

4.    In 2006, I became Adjunct Assistant Professor in the Department of Pharmaceutical Sciences at Washington State University, a position I held until 2011.  In 2007, I accepted a position as Assistant Professor in the Department of Pharmaceutical Chemistry at the University of Kansas.  I was promoted to Associate Professor at the University of Kansas in 2013 and to Professor in 2017.  I am also Professor in the Bioengineering Center, a position I have held since

1

2011, and Professor in the Department of Medicinal Chemistry, a position I have held since 2015, both also at the University of Kansas.

5.      In these roles, I have taught pharmaceutical formulation and biopharmaceutics to both clinical pharmacy students and graduate students studying pharmaceutical sciences since 2007. Relevant topics I teach include acid/base equilibrium (e.g. pKa theory), nanoparticle-based formulation and analytical characterization, including nanoparticle-based vaccine formulation, protein/biotherapeutic stability and formulation, and the development of non-viral gene therapy formulations.

6.      I have worked for over 27 years in the areas of gene therapy, nucleic acid formulation, and nanoparticle development. My dissertation as a doctoral student was on the chemical design, synthesis and characterization of cationic amine polymers for the delivery of DNA, with a focus on the effect of cationic amine properties on the efficiency of the nucleic acid carriers.  Since then, my research has utilized a variety of delivery systems for RNA and DNA materials, including cationic polymers, PEG polymer-virus hybrid carriers, cationic polymer micelles, lipid emulsions, and liposome systems, including lipid nanoparticles. I have extensively investigated the role of formulation vehicle structure on the stability of mRNA and DNA materials, and the mechanisms of formulation vehicle entry into cells along with the trafficking and release of genetic materials within the cell. In addition, my research has examined the effects of changing cationic polymer charge density and pKa (e.g., by altering the proportion of tertiary amines) on the behavior of nucleotide carriers in vitro, and the effects of chemical modification on a molecule's pKa and the resulting changes in distribution within cellular compartments, such as endosomes and the cytoplasm.  As part of my work, I also develop new adjuvant systems for vaccination and immune system activation, where I have examined the effects of differing

nanoparticle structures on in vivo immunization efficiency.  In addition, much of my research has focused on oligonucleotide-mimic adjuvants targeting RNA and DNA sensing systems that are part of the innate immune system.

7.    I have published approximately 117 scientific articles in peer reviewed journals and 10 book chapters. In addition, I have approximately 36 US and international patent applications and issued patents.

8.    My research toward pharmaceuticals has been competitively funded by multiple awards from the National Institutes of Health and the National Cancer Institute (including for the development of novel nucleotide delivery technologies and novel immune agonists), the National Institute of Allergy and Infectious Disease (including for the development of novel vaccine adjuvants), the Food and Drug Administration ("FDA") (including for the development of techniques for analyzing complex biomolecular formulations), the American Cancer Society, the Department of Defense, Susan G. Komen Race for the Cure, and the Pharmaceutical Research and Manufacturers of America Foundation ("PhRMA"), among others.

### C.    Other Professional Roles

9.    I am currently or have been in the past a member of various professional societies, including the American Association for Cancer Research, the American Association of Pharmaceutical Scientists, and the American Institute of Chemical Engineers.  I serve or have served on numerous scientific review panels for the United States National Institutes of Health, the American Cancer Society, the Canadian National Sciences and Engineering Research Council, the Hong Kong Innovation and Technology Support Programme, the Polish National Science Centre (Narodowe Centrum Nauki), the Association for International Cancer Research (United Kingdom), and the Netherlands Technology Foundation (STW).  I have been a standing member

3

of the American Cancer Society review panel on Cancer Drug Development and currently serve as an ad hoc reviewer.

10.     Since 2009, I have been a Member of the Scientific and Medical Advisory Board of Exogenesis Corporation, which develops nanoscale surface modifications for implantable medical devices.  Since 2022, I have served on an external advisory board at Novartis Pharma AG on the stability and pharmacokinetics of subcutaneously delivered biopharmaceutics. I am the co-founder of: HylaPharm LLC, founded in 2011, which specializes in nanotechnology driven pharmaceutical formulation; Hafion LLC, founded in 2016, which specializes in the development of subunit based vaccines and vaccine adjuvants; Aerobyx LLC, founded in 2017, which specializes in the development of medications for treatment of neurological and metabolic diseases; Vesarex, founded in 2018, which specializes in the development of ultrasound imaging devices and contrast agents; Kapecia LLC, founded in 2019, which focuses on the development of novel peptides for enhancing stem cell growth; and Ferroximend, founded in 2020, which focuses on osseous tissue regeneration and fracture repair.

### D.    Awards and Recognition

11.     I have received many awards and honors, including the Baxendale Innovation Award (2016), the University of Kansas Leading Light award (2014), the Japan Society for Promotion of Science Visiting Scholar Fellow (2010), the American Cancer Society Research Scholar (2008 to 2012), the American Association of Colleges of Pharmacy, New Investigators Award (2007), and the PhRMA Foundation Postdoctoral Fellow (2006), among others.

### E.    Additional Qualifications

12.     My *curriculum vitae*, which further details my educational and professional qualifications including, among other things, my degrees, employment history, teaching experience, publications, scholarly accomplishments, professional contributions, honors and

awards, fields of expertise, and legal proceedings in which I have provided expert testimony over the past 4 years is attached to this declaration as **Exhibit 1**.[1]

## III.   MATERIALS CONSIDERED

13.      In preparing this declaration, I have relied upon my education, experience, and training, as summarized herein and in my attached *curriculum vitae* (**Exhibit 1**).  I have also considered the Asserted Patents and their priority applications, file histories, and the other materials cited herein and/or listed in the attached list of materials considered (**Exhibit 2**).

## IV.   THE ASSERTED PATENTS AND CLAIMS

14.      The Asserted Patents fall into one of three families.  All priority applications were filed in 2010 by Novartis AG (all Novartis entities henceforth, "Novartis").

15.      The Asserted Patents each expressly incorporate by reference, in their entireties, all applications to which priority is claimed.  I understand that the disclosures of each priority application in a family, as filed, are therefore to be considered part of the Asserted Patents in that family.  I further understand this may be analogized to stapling each priority application to the back of each Asserted Patent.

16.      The asserted claims for each Asserted Patent are identified in attached **Exhibit 3**.

### A.      The Field of the Asserted Patents

17.      As discussed in additional detail in later sections, the Asserted Patents concern lipid formulations encapsulating RNA encoding an immunogen and their administration to raise an immune response against the immunogen once expressed.  As described in the Asserted Patents (using the specific phrasing from the '467 patent):

---

[1] **Appendix A** provides basic background information on molecular biology, virology, and immunology that aligns with the joint technology tutorial submitted by the parties.

- "This invention is in the field of non-viral delivery of RNA for immunization."[2]

- "RNA molecules used with the invention encode a polypeptide immunogen."[3]

- "The invention utilizes liposomes in which immunogen-encoding RNA is encapsulated. Thus the RNA is (as in a natural virus) separated from any external medium by the liposome's lipid bilayer, and encapsulation in this way has been found to protect RNA from RNase digestion."[4]

- "After administration of the liposomes the RNA is translated in vivo and the immunogen can elicit an immune response in the recipient."[5]

- "The immune response may comprise an antibody response (usually including IgG) and/or a cell-mediated immune response."[6]

- "By raising an immune response in the vertebrate by these uses and methods, the vertebrate can be protected against various diseases and/or infections e.g. against bacterial and/or viral diseases as discussed above. The liposomes and compositions are immunogenic, and are more preferably vaccine compositions. Vaccines according to the invention may either be prophylactic (i.e. to prevent infection) or therapeutic (i.e. to treat infection), but will typically be prophylactic."[7]

As discussed below, the formulations in some asserted claims are referred to as "lipid particles" or simply characterized as comprising specifically named "lipids."

### B.    The 240 Family

18.    The '475 and '660 patents claim priority back to International Patent Application No. PCT/US2011/043096 (the "'096 PCT application"), filed July 6, 2011 (published as International Publication No. WO2012/006369 (the "WO '369 publication") on January 12, 2012), and from there to U.S. Provisional Patent Application No. 61/361,794 (the "'794 provisional"), filed July 6, 2010. This family of applications was designated the "PAT054240" family (the "240 Family") by Novartis. (*See, e.g.*, the "Atty. Docket" designation marked on each

---

[2] '467 patent at 1:19-20.
[3] '467 patent at 7:42-43.
[4] '467 patent at 1:64-2:1.
[5] '467 patent at 7:43-45.
[6] '467 patent at 7:49-51.
[7] '467 patent at 14:48-56.

provisional application.)  For brevity in view of the common specification of each non-provisional application as filed, I have limited my 240 Family specification cites to the '475 patent.

19.     The independent claims of the '475 patent are directed to, as relevant to the claim terms currently presented for construction, "[a] method of eliciting an antibody response against an immunogen … comprising administering … at least two unit doses … comprising a composition comprising liposomes and messenger ribonucleic acid (mRNA) molecules …, the liposomes comprising a cationic lipid comprising a tertiary amine [and] the liposomes encapsulating at least half of the mRNA molecules; the at least two unit doses being sequential and at least 1 week apart …."  In dependent claims, the liposomes further comprise, *inter alia*, "an anionic phospholipid or a zwitterionic phospholipid" and "cholesterol."

20.     The independent claims of the '660 patent are directed to, as relevant to the claim terms currently presented for construction, "[a] method of eliciting an antibody response against a coronavirus spike polypeptide immunogen … comprising administering … at least two unit doses … comprising a composition comprising lipid particles and messenger ribonucleic acid (mRNA) molecules; the at least two unit doses being sequential and administered at least 1 week apart; … the mRNA molecules comprising a sequence that encodes the coronavirus spike polypeptide immunogen; … the lipid particles comprising: i) a polyethylene glycol-conjugated lipid, ii) cholesterol, iii) an anionic or zwitterionic phospholipid, and iv) a cationic lipid; the cationic lipid comprising a tertiary amine; [and] the lipid particles encapsulating at least half of the mRNA molecules …."

### C.     The 243 Family

21.     The '693, '694, '6534, '401, and '467 patents all claim priority back (through intervening patent applications in the family) to International Patent Application No. PCT/US2011/043105 (the "'**105 PCT application**"), filed July 6, 2011 (published as International

7

Publication No. WO2012/006378 (the "**WO '378 publication**") on January 12, 2012), and from there to U.S. Provisional Patent Application No. 61/378,837 (the "**'837 provisional**"), filed August 31, 2010, and U.S. Provisional Patent Application No. 61/361,830 (the "**'830 provisional**"), filed July 6, 2010. This family of applications was designated the "PAT054243" family (the "**243 Family**") by Novartis. (*See, e.g.*, the "Atty. Docket" designation marked on each provisional application.) For brevity in view of the common specification of each non-provisional application as filed, I have limited my 243 Family specification cites to the '467 patent.

22. The independent claims of the '467 patent are directed to, as relevant to the claim terms currently presented for construction, "[a] formulation comprising: ribonucleic acid (RNA) molecules comprising a sequence that encodes an immunogen; and lipids comprising a tertiary amine cationic lipid, a polyethylene glycol-conjugated (PEG-conjugated) lipid, and cholesterol, wherein the formulation is immunogenic in vivo by eliciting an antibody response against the immunogen in vivo; wherein the lipids encapsulate at least half of the mRNA molecules."

23. The independent claims of the '693 and '694 patents are directed to, as relevant to the claim terms currently presented for construction, "[a] formulation comprising" "ribonucleic acid molecules comprising a sequence that encodes" an "immunogen"; and "lipids comprising: (a) . . . cationic lipid, (b) an anionic or zwitterionic lipid, (c) a polyethylene glycol-conjugated (PEG-conjugated) lipid, and (d) . . . cholesterol"; wherein "the lipids encapsulate at least half of the RNA molecules"; "the formulation is immunogenic in vivo by eliciting an antibody response against the immunogen in vivo"; and "the cationic lipid comprises a tertiary amine" and "has a pKa . . . where the pKa is determined at standard temperature and pressure . . . ."

24. The independent claims of the '6534 and '401 patent are directed to, as relevant to the claim terms currently presented for construction, "[a] method of eliciting an immune response

8

against an immunogen" the method comprising "administering . . . a formulation comprising ribonucleic acid (RNA) molecules comprising a sequence that encodes an immunogen . . . lipids comprising a tertiary amine cationic lipid, a polyethylene glycol-conjugated (PEG-conjugated) lipid, and cholesterol"; "wherein the lipids encapsulate at least half of the RNA molecules"; and "the immune response against the immunogen comprises an antibody response against the immunogen."

### D.     The 248 Family

25.     The '422 patent claims priority back to International Patent Application No. PCT/US2011/050095 (the "**'095 PCT application**"), filed August 31, 2011 (published as International Publication No. WO2012/006369 (the "**WO '369 publication**") on January 12, 2012), and from there to U.S. Provisional Patent Application No. 61/378,826 (the "**'826 provisional**"), filed August 31, 2010.   This family of applications was designated the "PAT054248" family (the "**248 Family**") by Novartis. (*See, e.g.*, the "Atty. Docket" designation marked on each provisional application.)

26.     The independent claims of the '422 patent are directed to, as relevant to the claim terms currently presented for construction, "[a] method for raising a protective immune response … comprising administering … a liposome within which at least one ribonucleic acid (RNA) that encodes an immunogen of interest is encapsulated, … wherein the liposome comprises at least one lipid that includes a [polyethylene glycol (PEG)] moiety, wherein the PEG moiety is present on at least the exterior of the liposome."  In dependent claims, the liposomes further comprise, *inter alia*, "a cationic lipid," "a zwitterionic lipid," or "cholesterol."

## V.     BACKGROUND OF THE TECHNOLOGY

27.     In this section, I provide an introduction to various scientific concepts of relevance to the inventions of the Asserted Patents.  Basic principles of molecular biology, virology, and

9

immunology that were covered in the parties' joint technology tutorial are also provided in **Appendix A**, hereto.

### A.    Vaccines

28.    Vaccines are used to induce an adaptive immune response to a particular pathogen—a virus, bacterium, fungus, or parasite—without exposing a subject to infection.  This can be accomplished in various ways.

#### 1.    Inactivated Vaccines

29.    In one long-used approach, weakened or inactivated forms of the pathogen—that do not cause illness—are administered.  These forms of the pathogen still possess some features (e.g., various surface and non-surface proteins) of the active pathogen.  As a result, the adaptive immune system reacts to these vaccines by the same pathways as for the corresponding virulent pathogen, albeit often muted relative to the response to the infectious pathogen.

#### 2.    Subunit Vaccines

30.    In other conventional vaccines, a protein "**subunit**" of the pathogen, such as a viral surface protein, is used.[8]  Here as well, the cells and immune system respond to the foreign proteins by the same pathways.  Although again, the immune response may be diminished relative to the response to the infectious pathogen, often requiring coadministration with "**adjuvants**" (substances that enhance the body's immune response to an antigen).

#### 3.    Nucleic Acid Vaccines

31.    In nucleic acid vaccines, DNA or RNA molecules including sequences encoding for (following transcription of DNA and translation of messenger RNA, *see* **Appendix A**) an immunogenic pathogen protein, but lacking sequences needed for formation of complete virions,

---

[8] *See, e.g.*, '467 patent at 10:35-36, 34:22-35:8; '475 patent at 16:42-43; '422 patent at 11:63-64, 39:22-24, 39:64-40:2.

are used. For these vaccines, the encoded immunogen is produced inside cells, akin to the behavior of normal viruses, and the same pathways of the immune response to natural infection are implicated.

32.    In the jointly submitted technology tutorial, the exemplary DNA molecules used for vaccination are depicted using the same image as for chromosomes. In reality, those sequences are much shorter—typically on the order of a few thousand base pairs. They are also circular continuous sequences. Those "**plasmids**" still adopt the canonical double-helix conformation, supercoil, and compact further depending on the conditions. The below electron micrographs (images acquired using an electron microscope) show plasmids in a "relaxed" state (left-most image) and variously supercoiled states (at this resolution, the double helix appears as a string).[9]



0.2 μm

### B.    Lipids and Lipid Membranes

#### 1.    Amphiphilic Lipids

33.    Cell membranes present a barrier that must be traversed for a pathogen to infect a cell, or for a vaccine to elicit the various immune responses discussed above.

---

[9] David L. Nelson & Michael M. Cox, *Lehninger Principles of Biochemistry* 955 (5th ed. 2008). (**Exhibit 7**).

11

34.    A simplified representation of a cell membrane is provided, below.  As drawn, it shows an outer layer and an inner layer made up of "**phospholipids**"—here specifically, "**distearoylphosphatidylcholine**"[10] ("**DSPC**") molecules—and molecules of "**cholesterol**," with embedded proteins.



35.    Lipids are molecules that contain a "**hydrophobic**" portion—a part (or all) of the molecule that does not favorably interact with water (sometimes referred to as water "**insoluble**"). DSPC falls into a class of compounds known as "**amphiphilic lipids**."  Amphiphilic lipids have a "**hydrophilic**" portion—that interacts favorably with water (sometimes referred to as water "**soluble**")—in addition to the hydrophobic portion.[11]  These two regions in DSPC are identified by blue (hydrophilic) and yellow (hydrophobic) ovals below, left.  Cholesterol may also be

---

[10] Alternatively, "1,2-distearoyl-sn-glycero-3-phosphocholine."  *See, e.g.*, '467 patent claim 17.
[11] *See, e.g.*, J. Stenesh, *Dictionary of Biochemistry and Molecular Biology* 25 (2d ed. 1989) **(Exhibit 6)**.

considered an amphiphilic lipid.  However, the only component in cholesterol that can interact favorably with water is the single hydroxyl (OH), as indicated below, right.



36.     In an aqueous environment, amphiphilic lipids line up such that only the hydrophilic portions interface with water (on both sides of the membrane) and the hydrophobic portions interface with other hydrophobic ("**lipidic**") structures.   Cholesterol, being nearly completely hydrophobic, embeds within the lipidic portion of the membrane.   Simplified representations follow.



37.    In reality, the composition and "**morphology**" (organization and shape in three dimensions) of cell and organelle (e.g., mitochondria, endoplasmic reticulum, Golgi apparati) membranes is much more complex and dynamic (constantly changing) than these simplified illustrations convey.

### 2.    Ionic (Charged) Amphiphilic Lipids

38.    The chemical makeup of a compound determines whether it is hydrophilic or hydrophobic.  Chemical groups that carry a charge—whether negative ("**anionic**") or positive ("**cationic**")—tend to form strong "**ionic**" (also referred to as "**electrostatic**") associations with water.  Although neutral water is not ionic, it is a "**polar**" molecule, meaning it has a region that is partially cationic ($\delta^+$) and a region that is partially anionic ($\delta^-$) due to increased "**electronegativity**" (strength of attraction of negatively charged electrons, such as those that make up chemical bonds) of oxygen (O) relative to hydrogen (H).  Due to this polarity, the oxygen atom in water tends to associate favorably with cations (represented by the large $\oplus$ , below) while the hydrogen atoms tend to associate favorably with anions (represented by the large $\ominus$ , below).  This

14

association can be quite strong, creating a "**hydration shell**" (or more than one shell) of tightly held water molecules around a charged chemical group.



39.    In DSPC, the phosphate group (the "P" atom with bonds to four "O" atoms) is anionic, as indicated by the ⊖ , and the "**amine**" (the "N")—in DSPC a "**quaternary amine**"—is cationic, as indicated by the ⊕ .



DSPC

40.    "**Primary**," "**secondary**," or "**tertiary**" amines are compounds conceptually derived from ammonia ($NH_3$) by substituting one ($RNH_2$), two ($R_2NH$), or three ($R_3N$) hydrogen atoms (H) for hydrocarbon groups (R), respectively.  In a quaternary amine, the nitrogen is bonded to a fourth hydrocarbon group ($R_4N$ ⊕ ) and, as a result, carries a permanent positive charge.  A representation of these classes of amines is provided below.  The lone pair of electrons (••) possessed by the nitrogen atom in primary, secondary, and tertiary amines is used to covalently bond to the fourth hydrocarbon group in quaternary amines.

ammonia        primary amine        secondary amine        tertiary amine        quaternary amine

15

41.    Lipids like DSPC that have both a negative charge and a positive charge are "**zwitterionic**."  Those charged chemical groups render that portion of the molecule hydrophilic and therefore reside at the interface with water even though overall the lipid is net neutral.

### 3.    Ionizable (Capable of Being Charged) Amphiphilic Lipids

42.    Some classes of lipids may be neutral (uncharged) or ionized (charged) depending on the acidity of the medium.  For example, primary, secondary, and tertiary amine-containing lipids can adopt a neutral or cationic state.  This happens because the lone pair of electrons in a tertiary amine (below, $R_3N:$) can reversibly accept a proton ($H \oplus$) from water (here, using protonated water, $H_3O \oplus$, which is formed in increasing concentration as the medium becomes more acidic).  The resulting protonated form of the tertiary amine ($R_3NH \oplus$) is cationic.

$$R_3N: \quad \underset{H_2O}{\overset{H_3\overset{\oplus}{O}}{\rightleftharpoons}} \quad R_3\overset{\oplus}{N}\text{-H}$$

43.    To illustrate this for tertiary amine lipids, the neutral and protonated states of 1,2-dioleyloxy-N,N-dimethyl-3-aminopropane ("**DODMA**") and l,2-dilinoleyloxy-N,N-dimethyl-3-aminopropane ("**DLinDMA**") are depicted, below.[12]  The amphiphilic nature of the protonated forms is represented using the yellow and blue ovals.

---

[12] *See, e.g.*, '467 patent at 2:15-19, Fig. 3; '475 patent at 3:64-4:3; '422 patent at 2:19-25.

16



DODMA                                              DLinDMA

44.    The relative abundance of the two states of an "**ionizable lipid**" —neutral, the form of each above lipid shown on the left side of each equation, and protonated, the right lipid form shown with the $R_3NH^{\oplus}$ and the hydrophilic and hydrophobic portions highlighted—changes as the concentration of protons in the medium changes. This can be characterized using the "**pH**" scale—the negative logarithm of the proton concentration in the medium. Neutral, pure water has a pH of 7. As the medium becomes more acidic (the concentration of protons increases), that number drops. As that number drops, the equilibrium represented by the above equations shifts to the right—i.e., the relative abundance of the cationic (protonated) form of the lipid increases (more of the lipid molecules become positively charged). The pH at which the relative abundance of the two forms of a lipid—neutral and protonated—is equal is the "**pKa**" under that set of conditions.

45.    The pKa of an ionizable lipid under a specific set of aqueous conditions may be determined by sampling the proportion of cationic and neutral forms in various buffers at different pHs. The pKa is the pH corresponding to 50:50 cationic form:neutral form. Below is a model plot

for a hypothetical ionizable cationic lipid exhibiting a pKa of 6 (under a hypothetical set of aqueous conditions), showing pH on the X-axis and the percentage of cationic (ionized) species present on the Y-axis.



#### 4.    Uncharged Amphiphilic Lipids

46.    Not all hydrophilic chemical moieties are charged. For example, "**polyethylene glycol**" ("**PEG**") chains (polymers of ethylene glycol (—$OCH_2CH_2$—)) are neutral, but highly hydrophilic as a result of extensive hydrogen bonding between the PEG oxygen atoms and water. Neutral amphiphilic lipids can be formed by attaching PEG chains to hydrophobic moieties. Two examples of neutral "**PEGylated lipids**" are shown below: 3-*O*-[2′-(ω-methoxypolyethylene glycol)2000]-1,2-distearoyl-*sn*-glycerol ("**PEG-S-DSG-2k**");[13] and 1,2-dimyristoyl-rac-glycero-3-methoxypolyethylene glycol-2000 ("**PEG-DMG-2K**").[14]  The 2000 in these chemical names

---

[13] Jeffs et. al., "A Scalable, Extrusion-Free Method for Efficient Liposomal Encapsulation of Plasmid DNA," *Pharm. Res.* 22(3), 362-72 (2005) ("Jeffs 2005") (**Exhibit 9**).

[14] *See, e.g.*, '467 patent at 18:60-62; '475 patent at 25:41-43; '422 patent at 29:26-28.

conveys the average molecular weight of the PEG chains (corresponding roughly to a mean length of 45 repeated —OCH$_2$CH$_2$— units).  The amphiphilic nature of these lipids is represented using the yellow and blue ovals.



PEG-S-DSG-2K

PEG-DMG-2K

## VI.    THE INVENTIONS OF THE ASSERTED PATENTS

### A.    Components of Lipid Formulations of the Invention

47.    The description of the lipid formulations of the invention under the header, "The liposome," in the '467 patent is reproduced below:[15]

The invention utilises liposomes in which immunogen-encoding RNA is encapsulated. Thus the RNA is (as in a natural virus) separated from any external medium by the liposome's lipid bilayer, and encapsulation in this way has been found to protect RNA from RNase digestion. The liposomes can include some external RNA (e.g. on their surface), but at least half of the RNA (and ideally all of it) is encapsulated in the liposome's core. Encapsulation within liposomes is distinct from, for instance, the lipid/RNA complexes disclosed in reference 1.

Various amphiphilic lipids can form bilayers in an aqueous environment to encapsulate a RNA-containing aqueous core as a liposome. These lipids can have an anionic, cationic or zwitterionic hydrophilic head group. Liposomes of the invention comprise a lipid having a pKa in the range of 5.0 to 7.6, and preferred lipids with a pKa in this range have a tertiary amine. For example, they may comprise 1,2-dilinoleyloxy-N,N-dimethyl-3-aminopropane

---

[15] *See, e.g.*, '467 patent at 1:64-3:41; *see also*; '475 patent at 3:53-4:64; '422 patent at 1:64-5:38.

Various amphiphilic lipids can form bilayers in an aqueous environment to encapsulate a RNA-containing aqueous core as a liposome. These lipids can have an anionic, cationic or zwitterionic hydrophilic head group. Liposomes of the invention comprise a lipid having a pKa in the range of 5.0 to 7.6, and preferred lipids with a pKa in this range have a tertiary amine. For example, they may comprise 1,2-dilinoleyloxy-N,N-dimethyl-3-aminopropane (DLinDMA; pKa 5.8) and/or 1,2-dilinolenyloxy-N,N-dimethyl-3-aminopropane (DLenDMA). Another suitable lipid having a tertiary amine is 1,2-dioleyloxy-N,N-dimethyl-3-aminopropane (DODMA). See FIG. 3 & reference 2. Some of the amino acid lipids of reference 3 may also be used, as can certain of the amino lipids of reference 4. Further useful lipids with tertiary amines in their headgroups are disclosed in reference 5, the complete contents of which are incorporated herein by reference. Thus, in one embodiment, liposomes comprise a lipid comprising a tertiary amine and having a pKa from about 5.9 to about 7.0.

Liposomes of the invention can be formed from a single lipid or from a mixture of lipids, provided that at least one of the lipids has a pKa in the range of 5.0 to 7.6 (and, preferably, a tertiary amine). Within this pKa range, preferred lipids have a pKa of 5.5 to 6.7 e.g. between 5.6 and 6.8, between 5.6 and 6.3, between 5.6 and 6.0, between 5.5 and 6.2, or between 5.7 and 5.9. The pKa is the pH at which 50% of the lipids are charged, lying halfway between the point where the lipids are completely charged and the point where the lipids are completely uncharged. It can be measured in various ways, but is preferably measured using the method disclosed below in the section entitled "pKa measurement". The pKa typically should be measured for the lipid alone rather than for the lipid in the context of a mixture which also includes other lipids (e.g. not as performed in reference 6, which looks at the pKa of a SNALP rather than of the individual lipids).

Where a liposome of the invention is formed from a mixture of lipids, it is preferred that the proportion of those lipids which have a pKa within the desired range should be between 20-80% of the total amount of lipids e.g. between 30-70%, or between 40-60%. For instance, useful liposomes are shown below in which 40% or 60% of the total lipid is a lipid with a pKa in the desired range. The remainder can be made of e.g. cholesterol (e.g. 35-50% cholesterol) and/or DMG (optionally PEGylated) and/or DSPC. Such mixtures are used below. These % values are mole percentages.

A liposome may include an amphiphilic lipid whose hydrophilic portion is PEGylated (i.e. modified by covalent attachment of a polyethylene glycol). This modification can increase stability and prevent non-specific adsorption of the liposomes. For instance, lipids can be conjugated to PEG using techniques such as those disclosed in references 6 and 7. PEG provides the liposomes with a coat which can confer favourable pharmacokinetic characteristics. The combination of efficient encapsulation of a RNA (particularly a self-replicating RNA), a cationic lipid having a pKa in the range 5.0-7.6, and a PEGylated surface, allows for efficient delivery to multiple cell types (including both immune and non-immune cells), thereby eliciting a stronger and better immune response than when using quaternary amines without PEGylation. Various lengths of PEG can be used e.g. between 0.5-8 kDa.

Lipids used with the invention can be saturated or unsaturated. The use of at least one unsaturated lipid for preparing liposomes is preferred. FIG. 3 shows three useful unsaturated lipids. If an unsaturated lipid has two tails, both tails can be unsaturated, or it can have one saturated tail and one unsaturated tail.

A mixture of DSPC, DLinDMA, PEG-DMG and cholesterol is used in the examples. An independent aspect of the invention is a liposome comprising DSPC, DLinDMA, PEG-DMG & cholesterol. This liposome preferably encapsulates RNA, such as a self-replicating RNA e.g. encoding an immunogen.

Liposomal particles are usually divided into three groups: multilamellar vesicles (MLV); small unilamellar vesicles (SUV); and large unilamellar vesicles (LUV). MLVs have multiple bilayers in each vesicle, forming several separate aqueous compartments. SUVs and LUVs have a single bilayer encapsulating an aqueous core; SUVs typically have a diameter≤50 nm, and LUVs have a diameter>50 nm. Liposomal particles of the invention are ideally LUVs with a diameter in the range of 50-220 nm. For a composition comprising a population of LUVs with different diameters: (i) at least 80% by number should have diameters in the range of 20-220 nm. (ii) the average diameter (Zav, by intensity) of the population is ideally in the range of 40-200 nm, and/or (iii) the diameters should have a polydispersity index<0.2. The liposome/RNA complexes of reference 1 are expected to have a diameter in the range of 600-800 nm and to have a high polydispersity. The liposome can be substantially spherical.

Techniques for preparing suitable liposomes are well known in the art e.g. see references 8 to 10. One useful method is described in reference 11 and involves mixing (i) an ethanolic solution of the lipids (ii) an aqueous solution of the nucleic acid and (iii) buffer, followed by mixing, equilibration, dilution and purification. Preferred liposomes of the invention are obtainable by this mixing process.

Additional cationic lipids are described under "Encapsulation in Liposomes Using Alternative Cationic Lipids."[16]

---

[16] *See, e.g.*, '467 patent at 24:1-30:43.

## B.        Preparation of Lipid Formulations of the Invention

48.        The description of the method for preparing the lipid formulations of the invention under the header, "Mixing Process," in the '467 patent[17] is reproduced below:

As mentioned above, the invention provides a process for preparing a RNA-containing liposome, comprising steps of: (a) mixing RNA with a lipid at a pH which is below the lipid's pKa but is above 4.5; then (b) increasing the pH to be above the lipid's pKa.

Thus a cationic lipid is positively charged during liposome formation in step (a), but the pH change thereafter means that the majority (or all) of the positively charged groups become neutral. This process is advantageous for preparing liposomes of the invention, and by avoiding a pH below 4.5 during step (a) the stability of the encapsulated RNA is improved.

The pH in step (a) is above 4.5, and is ideally above 4.8. Using a pH in the range of 5.0 to 6.0, or in the range of 5.0 to 5.5, can provide suitable liposomes.

The increased pH in step (b) is above the lipid's pKa. The pH is ideally increased to a pH less than 9, and preferably less than 8. Depending on the lipid's pKa, the pH in step (b) may thus be increased to be within the range of 6 to 8 e.g. to pH 6.5±0.3. The pH increase of step (b) can be achieved by transferring the liposomes into a suitable buffer e.g. into phosphate-buffered saline. The pH increase of step (b) is ideally performed after liposome formation has taken place.

RNA used in step (a) can be in aqueous solution, for mixing with an organic solution of the lipid (e.g. an ethanolic solution, as in reference 11). The mixture can then be diluted to form liposomes, after which the pH can be increased in step (b).

The method is further described under the header "Liposomal Encapsulation" in the '467 patent,[18] reproduced in part, below.

RNA was encapsulated in liposomes made by the method of references 11 and 42. The liposomes were made of 10% DSPC (zwitterionic), 40% DLinDMA (cationic), 48% cholesterol and 2% PEG-conjugated DMG (2 kDa PEG). These proportions refer to the % moles in the total liposome.

DLinDMA (1,2-dilinoleyloxy-N,N-dimethyl-3-aminopropane) was synthesized using the procedure of reference. DSPC (1,2-Diastearoyl-sn-glycero-3-phosphocholine) was purchased from Genzyme. Cholesterol was obtained from Sigma-Aldrich. PEG-conjugated DMG (1,2-dimyri stoyl-sn-glycero-3-phosphoethanolamine-N-[methoxy(polyethyl-

ene glycol), ammonium salt), DOTAP (1,2-dioleoyl-3-trimethylammonium-propane, chloride salt) and DC-chol (3β [N-(N',N'-dimethylaminoethane)-carbamoyl]cholesterol hydrochloride) were from Avanti Polar Lipids. 1,2-dimyristoyl-rac-glycero-3-methoxypolyethylene glycol was obtained from NOF Corporation (catalog # GM-020).

Briefly, lipids were dissolved in ethanol (2 ml), a RNA replicon was dissolved in buffer (2 ml, 100 mM sodium citrate, pH 6) and these were mixed with 2 ml of buffer followed by 1 hour of equilibration. The mixture was diluted with 6 ml buffer then filtered. The resulting product contained liposomes, with ~95% encapsulation efficiency.

The description continues to describe "one particular method" in detail.[19]

49.        Figure 2 of the Asserted Patents, reproduced below,[20] "shows an example electron micrograph of liposomes prepared by these methods," which "contain encapsulated RNA encoding

---

[17] *See, e.g.*, '467 patent at 3:42-4:3; *see also* '475 patent at 4:51-57; '422 patent at 5:27-38.

[18] *See, e.g.*, '467 patent at 18:50-23:3; *see also* '475 patent at 25:31-29:4; '422 patent at 29:16-33:20.

[19] *See, e.g.*, '467 patent at 19:7-62.

[20] '096 PCT application at Fig. 2.

full-length [respiratory syncytial virus F surface protein (RSV F)] antigen."[21]  Encapsulation using

this method "was shown to protect RNA from RNase digestion."[22]



### C.    Determining the pKa of Tertiary Amine Cationic Lipids of the Invention

50.    The description under the header "pKa Measurement" in the '467 patent[23] is

reproduced below:

pKa Measurement

The pKa of a lipid is measured in water at standard temperature and pressure using the following technique:

- 2 mM solution of lipid in ethanol is prepared by weighing the lipid and dissolving in ethanol. 0.3 mM solution of fluorescent probe 6-(p-toluidino)-2-naphthalenesulfonic acid (TNS) in ethanol:methanol 9:1 is prepared by first making 3 mM solution of TNS in methanol and then diluting to 0.3 mM with ethanol.
- An aqueous buffer containing sodium phosphate, sodium citrate sodium acetate and sodium chloride, at the concentrations 20 mM, 25 mM, 20 mM and 150 mM, respectively, is prepared. The buffer is split into eight parts and the pH adjusted either with 12N HCl or 6N NaOH to 4.44-4.52, 5.27, 6.15-6.21, 6.57, 7.10-7.20, 7.72-7.80, 8.27-8.33 and 10.47-11.12. 400 µL of 2 mM lipid solution and 800 µL of 0.3 mM TNS solution are mixed.
- 7.5 µL of probe/lipid mix are added to 242.5 µL of buffer in a 1 mL 96 well plate. This is done with all eight buffers. After mixing, 100 µL of each probe/lipid/buffer mixture is transferred to a 250 µL black with clear bottom 96 well plate (e.g. model COSTAR 3904, Corning). A convenient way of performing this mixing is to use the Tecan Genesis RSP150 high throughput liquid handler and Gemini Software.
- Fluorescence of each probe/lipid/buffer mixture is measured (e.g. with a SpectraMax M5 spectrophotometer and SoftMax pro 5.2 software) with 322 nm excitation, 431 nm emission (auto cutoff at 420 nm).
- After the measurement, the background fluorescence value of an empty well on the 96 well plate is subtracted from each probe/lipid/buffer mixture. The fluorescence intensity values are then normalized to the value at lowest pH. The normalized fluorescence intensity is then plotted against pH and a line of best fit is provided.
- The point on the line of best fit at which the normalized fluorescence intensity is equal to 0.5 is found. The pH corresponding to normalized fluorescence intensity corresponding to normalized fluorescence intensity equal to 0.5 is found and is considered the pKa of the lipid.

---

[21] *See, e.g.*, '467 patent at 19:63-65; *see also* '475 patent at 26:44-48; '422 patent at 29:37-42.

[22] *See, e.g.*, '467 patent at 20:16-17; *see also* '475 patent at 4:58-64; '422 patent at 1:65-2:7.

[23] *See, e.g.*, '467 patent at 23:21-23:67.

51. Claim 12 of the '467 patent, for example, further describes how the pKa of the claimed formulations is measured:

12. The formulation of claim 1, wherein the tertiary amine cationic lipid has a pKa from 6.07 to 7.6; whereby the pKa is determined at standard temperature and pressure by the following:

(1) admixing 400 µL of 2 mM of the tertiary amine cationic lipid that is in ethanol and 800 µL of 0.3 mM of fluorescent probe 6-(p-toluidino)-2-naphthalene-sulfonic acid (TNS), which is in 90 volume % ethanol and 10 volume % methanol, thereby obtaining a lipid/TNS mixture;

(2) admixing 7.5 µL of the lipid/TNS mixture and 242.5 µL of a first buffer consisting essentially of a sodium salt buffer consisting of 20 mM sodium phosphate, 25 mM sodium citrate, 20 mM sodium acetate, and 150 mM sodium chloride, wherein the first buffer has a pH from 4.44 to 4.52, which has been adjusted with 12N hydrochloric acid or 6N sodium hydroxide, thereby obtaining a first mixture, and dispensing 100 µL of the first mixture in a first well of a 96-well plate, which has a clear bottom;

(3) admixing 7.5 µL of the lipid/TNS mixture and 242.5 µL of a second buffer consisting essentially of the sodium salt buffer, wherein the second buffer has a pH of 5.27, which has been adjusted with 12N hydrochloric acid or 6N sodium hydroxide, thereby obtaining a second mixture, and dispensing 100 µL of the second mixture in a second well of the 96-well plate;

(4) admixing 7.5 µL of the lipid/TNS mixture and 242.5 µL of a third buffer consisting essentially of the sodium salt buffer, wherein the third buffer has pH of from 6.15 to 6.21, which has been adjusted with 12N hydrochloric acid or 6N sodium hydroxide, thereby obtaining a third mixture, and dispensing 100 µL of the third mixture in a third well of the 96-well plate;

(5) admixing 7.5 µL of the lipid/TNS mixture and 242.5 µL of a fourth buffer consisting essentially of the sodium salt buffer, wherein the fourth buffer has a pH of 6.57, which has been adjusted with 12N hydrochloric acid or 6N sodium hydroxide, thereby obtaining a fourth mixture, and dispensing 100 µL of the fourth mixture in a fourth well of the 96-well plate;

(6) admixing 7.5 µL of the lipid/TNS mixture and 242.5 µL of a fifth buffer consisting essentially of the sodium salt buffer, wherein the fifth buffer has a pH of from 7.10 to 7.20, which has been adjusted with 12N hydrochloric acid or 6N sodium hydroxide, thereby obtaining a fifth mixture, and dispensing 100 µL of the fifth mixture in a fifth well of the 96-well plate;

(7) admixing 7.5 µL of the lipid/TNS mixture and 242.5 µL of a sixth buffer consisting essentially of the sodium salt buffer, wherein the sixth buffer has a pH of from 7.72 to 7.80, which has been adjusted with 12N hydrochloric acid or 6N sodium hydroxide, thereby obtaining a sixth mixture, and dispensing 100 µL of the sixth mixture in a sixth well of the 96-well plate;

(8) admixing 7.5 µL of the lipid/TNS mixture and 242.5 µL of a seventh buffer consisting essentially of the sodium salt buffer, wherein the seventh buffer has a pH of from 8.27 to 8.33, which has been adjusted with 12N hydrochloric acid or 6N sodium hydroxide, thereby obtaining a seventh mixture, and dispensing 100 µL of the seventh mixture in a seventh well of the 96-well plate;

(9) admixing 7.5 µL of the lipid/TNS mixture and 242.5 µL of an eighth buffer consisting essentially of the sodium salt buffer, wherein the eighth buffer has a pH of from 10.47 to 11.12, which has been adjusted with 12N hydrochloric acid or 6N sodium hydroxide, thereby obtaining an eighth mixture, and dispensing 100 µL of the eighth mixture in an eighth well of the 96-well plate;

(10) measuring the fluorescence at a wavelength of 431 nm with an excitation wavelength of 322 nm and a cut-off below a wavelength of 420 nm of each of the first through eighth wells and an empty well of the 96-well plate, thereby obtaining a measured fluorescence of each of the empty well and the first through eighth wells;

(11) subtracting the measured fluorescence of the empty well from each of the measured fluorescences of the first through eighth wells, thereby obtaining a blank-subtracted fluorescence for each of the first through eighth mixtures;

(12) normalizing each of the blank-subtracted fluorescences of the first through eighth mixtures to the blank-subtracted fluorescence of the first mixture, thereby obtaining a relative fluorescence for each of the first through eighth mixtures, the relative fluorescence being 1 for the first mixture;

(13) obtaining a line of best fit of the pHs of the first through eighth buffers versus the respective relative fluorescences of the first through eighth mixtures; and

(14) determining the pKa as the pH on the line of best fit at which a relative fluorescence of 0.5 is obtained.

## VII.  LEGAL STANDARDS OF CONSTRUCTION

52. I am not an attorney.  For the purposes of this report, I have been informed about certain aspects of the law that are relevant to my analysis and conclusions.

23

53.     I have been informed and understand that the claims of a patent define the bounds of a patented invention.

54.     I understand that claim terms should normally be given their plain and ordinary meaning, as it would have been understood by the person of ordinary skill in the art ("POSA") at the priority date of the asserted patent, accounting for the context of that asserted patent's claims, specification, and prosecution history.  I understand that Plaintiffs have asserted that the Asserted Patents are entitled to the earliest priority date of the provisional patent application filings for each family—July 6 and/or August 31, 2010.  (*See* Section IV.)

55.     I have been informed and understand that an independent claim stands alone and lists all its elements within the body of the claim.  I also understand that a dependent claim is one that depends from (or refers back to) a prior claim (whether independent or dependent).  I understand that dependent claims include all the requirements of the claim(s) from which they depend and add (an) additional requirement(s).

56.     I understand that the context in which a term is used in an asserted claim can be highly instructive, and other claims in the same patent, asserted or unasserted, may provide guidance as to the meaning of a claim term.  For example, I understand that the presence of a dependent claim that adds a particular limitation gives rise to a presumption that the claim, from which that claim depends, is not confined to that particular limitation.

57.     I understand that, as a general rule, the particular examples or embodiments discussed in the specification are not to be read into the claims as limitations.  I also understand that it is generally impermissible to limit claim terms to a preferred embodiment.

58.    I understand that a claim is indefinite when the claim, read in light of the specification and file history of the patent, fails to inform the POSA about the scope of the claimed invention with reasonable certainty.

59.    I understand that the definiteness requirement accounts for the inherent limitations of language.  I understand that claims do not require absolute precision but can allow for some degree of uncertainty.  I further understand that the certainty required is not greater than what is reasonable in view of the patent's subject matter.  I understand that the ability of an examiner or an expert to apply a claim term to prior art provides evidence that the POSA would have understood the scope of an invention with reasonable certainty.

## VIII.    STIPULATED CONSTRUCTIONS

60.    I understand that the parties have agreed that the preamble of each independent Asserted Claim of the '475 and '660 patents is limiting and should be considered when understanding the scope and meaning of any disputed claim term.

## IX.    MY OPINIONS ON THE DISPUTED CLAIM TERMS

61.    In this section, I offer my opinions on the meaning of the certain claim terms that are presently in dispute.  For efficiency and clarity, in providing my opinions, I have separated the terms I consider into two groups: **(A)** terms that concern the complete lipid formulations— "**liposome[s]**" and various "**encapsulat[ed/ing]**" terms; and **(B)** terms that concern components of the lipid formulations—"**cationic lipid**" and "**pKa**" determination terms.

62.    In connection with any testimony I am asked to offer at any hearing on construction of the claim terms in dispute, I expect to prepare and rely on demonstrative exhibits to illustrate my opinions.

25

## A.    Terms that Concern Complete Lipid Formulations

| Term | Claims | Defendants' Position | Plaintiffs' Position |
|------|--------|---------------------|----------------------|
| "liposome[s]" | **240 Family** **'475 patent** (all asserted claims) **248 Family** **'422 patent** (all asserted claims) | lipid particle[s] having a lipid bilayer encapsulating an aqueous core | lipid vesicle[s] having a lipid bilayer and an aqueous core |
| "a liposome within which at least one ribonucleic acid (RNA) that encodes an immunogen of interest is encapsulated" | **248 Family** **'422 patent** (all asserted claims) | at least one RNA that encodes an immunogen of interest is present in an aqueous core separated from any external medium by the liposome's lipid bilayer | No construction necessary: Plain and ordinary meaning, *i.e.*: a liposome within which at least one ribonucleic acid (RNA) that encodes an immunogen of interest is enclosed |
| "the [liposomes / lipid particles / lipids] encapsulating at least half of the [first species of RNA molecules and at least half of the second species of] [m]RNA molecules" | **240 Family** **'475, '660 patents** (all asserted claims) **243 Family** **'693, '694, '6534, '401, '467 patents** (all asserted claims) | at least half of the [mRNA molecules / first species of RNA and at least half of the second species of RNA] are present in an aqueous core separated from any external medium by the [liposomes' / lipid particle's / lipids'] lipid bilayer | No construction necessary: Plain and ordinary meaning, *i.e.*: the [liposomes / lipid particles / lipids] enclosing at least half of the [first species of RNA molecules and at least half of the second species of] [m]RNA molecules |

### 1.    "Encapsulat[ed/ing]"

63.    The phrase "a liposome within which at least one ribonucleic acid (RNA) that encodes an immunogen of interest is **encapsulated**" appears in all asserted claims of the '422 patent; the phrase "the liposomes **encapsulating** at least half of the mRNA molecules" appears in all asserted claims of the '475 patent; the phrase "the lipid particles **encapsulating** at least half of the mRNA molecules" appears in all asserted claims of the '660 patent; the phrase "the lipids

**encapsulate** at least half of the RNA molecules" appears in all claims of the '693, '6534, '401, and '467 patents; and the phrase "the lipids **encapsulate** at least half of the first species of RNA molecules and at least half of the second species of RNA molecule" appears in all asserted claims of the '694 patent.  The meaning of the "encapsulat[ed/ing]" terms in the claims of the Asserted Patents would have been clear to the POSA.

64.    The meaning of "**encapsulate**" in the context of drug formulations was well understood by the filing date of the Asserted Patents.  For example, the International Union of Pure and Applied Chemistry ("IUPAC"), an international organization formed in 1919 with the express purpose of standardizing chemical nomenclature, provided the following definition of "encapsulation": "[p]rocess of *enclosing* a drug in a (micro or nano) particle (capsule, *liposome*, polymer)."[24]  Here, the Asserted Patents teach that RNA encoding the immunogen is enclosed in the lipid formulation.

65.    This established usage is fully consistent with the specifications of the Asserted Patents, which detail how "**encapsulation**" protects the RNA from RNases outside the lipid formulations:

- "The invention utilises liposomes in which immunogen encoding RNA is encapsulated. Thus the RNA is (as in a natural virus) separated from any external medium by the liposome's lipid bilayer, and encapsulation in this way has been found to protect RNA from RNase digestion."[25]

- "Encapsulation in liposomes was shown to protect RNA from RNase digestion. … FIG. 1 shows that RNase completely digests RNA in the absence of encapsulation (lane 3).  RNA is undetectable after encapsulation (lane 4), and no change is seen if these liposomes are treated with RNase (lane 4).  After RNase-treated liposomes are subjected to phenol extraction, undigested RNA is seen (lane 6).  Even after 1 week at 4 ° C. the RNA could be seen without any fragmentation (FIG. 4, arrow).  Protein expression in vivo was

---

[24] Eli Breuer et al., *Glossary of Terms Related to Pharmaceutics (IUPAC Recommendations 2009)*, 81 PURE APPL. CHEM. 971, 984 (2009) (**Exhibit 4**).

[25] *See, e.g.*, '467 patent at 1:64-2:1; *see also* '475 patent at 4:58-64; '422 patent at 1:65-2:7.

unchanged after 6 weeks at 4 ° C. and one freeze-thaw cycle. Thus liposome-encapsulated RNA is stable."[26]

The specifications also distinguish this enclosed RNA from "external," "adsorbed," or "lipoplex[ed]" RNA outside of the lipid formulations.[27]

66.    Nothing in the claims or elsewhere in the specifications of the asserted patents warrants any additional interpretation of "**encapsulat[ed/ing]**" beyond "enclos[ed/ing]."

### 2.    "Liposomes"

67.    The term "**liposomes**" appears in all asserted claims of the '475 patent and the term "**liposome**" appears in all asserted claims of the '422 patent. The constructions offered by the parties differ in two respects, highlighted (Defendants' position; Plaintiffs' position) below:

**Lipid {particle[s]/vesicles[s]} having a lipid bilayer and {encapsulating} an aqueous core.**

In my opinion, Plaintiffs' position best captures how the POSA would understand these terms in the context of the Asserted Patents.

68.    To start, the following text from the patents is wholly consistent with the ordinary meaning of "**liposomes**" being lipid vesicles with at least one lipid bilayer and at least one aqueous compartment:[28]

Liposomal particles are usually divided into three groups: multilamellar **vesicles** (MLV); small unilamellar **vesicles** (SUV); and large unilamellar **vesicles** (LUV). **MLVs have multiple bilayers in each vesicle, forming several separate aqueous compartments**.

---

[26] *See, e.g.*, '467 patent at 20:16-43; *see also* '475 patent at 26:65-27:25; '422 patent at 31:24-51.

[27] *See, e.g.*, '467 patent at 2:1–6, 13:20–25, 21:7–16; '475 patent at 4:58–64, 19:28–33, 32:16–24; '422 patent at 2:2–7, 14:47–49, 32:16–24.

[28] *See, e.g.*, '467 patent at 3:16-25; *see also* '475 patent at 4:34-42; '422 patent at 5:3-12.

This ordinary meaning is also consistent with standard scientific dictionary definitions, as exemplified in the following definitions from the Dictionary of Biochemistry and Molecular Biology, Second Edition (1989) (**Exhibit 6**):[29]

> **liposome**   An artificially prepared, cell-like structure in which one or more bimolecular layers of phospholipid enclose one or more aqueous compartments; a membrane-bound vesicle, frequently formed by dispersion of phospholipid in aqueous salt solutions. *See also* vesicle.

> **vesicle**   1. A small sac; a membranous cavity.   2. A closed bilayer structure. The structure may consist of a single bilayer (unilamellar vesicle) or of several bilayers (multilamellar vesicle). Unilamellar vesicles may be small (SUV; 0.02–0.05 μm), or large (LUV; ≥ 0.06 μm); multilamellar vesicles (MLV) range in size from 0.1 to 5.0 μm. Vesicles formed from synthetic surfactants are called surfactant vesicles; those composed of phospholipids are called liposomes.

69.    As between "vesicle" and "particle," the word "vesicle"—from French "vésicule" or Latin "vesicula" for "bladder"—better conveys the nature of "**liposomes**" in context as membranous "envelopes," "sacs," or "cavit[ies]" enclosing one or more "compartments."[30] "Particle"—from Latin "particula" for "little part"[31]—carries a broader meaning than is appropriate for "liposome." This is evident from the parenthetical provided after "particle" in the IUPAC glossary definition for "encapsulation" referenced earlier—"particle (capsule, *liposome*, polymer)"[32]—as well as in the distinct usage in the patents excerpted above referring to "liposomal particles."[33]

70.    I also do not believe the POSA would read "**encapsulating**" into the construction of these terms—as proposed by Defendants, "lipid particle[s] having a lipid bilayer **encapsulating**

---

[29] J. Stenesh, *Dictionary of Biochemistry and Molecular Biology* 277, 509–10 (2d ed. 1989) (**Exhibit 6**).

[30] *See, e.g.*, The New Oxford American Dictionary, Oxford University Press, Inc. (2001) (**Exhibit 8**).

[31] *See, e.g.*, *id.*

[32] Eli Breuer et al., *Glossary of Terms Related to Pharmaceutics (IUPAC Recommendations 2009)*, 81 Pure Appl. Chem. 971, 984 (2009) (**Exhibit 4**).

[33] *See, e.g.*, '467 patent at 3:16-25; *see also* '475 patent at 4:34-42; '422 patent at 5:4-12.

an aqueous core"—when considering the context of the Asserted Patents.  As noted earlier,

"**encapsulating**" already appears in the claim phrase "the liposomes **encapsulating** at least half

of the mRNA molecules."  But the claims do not recite "**encapsulat[ion]**" of an aqueous core.  I

do not believe the POSA would read such a limitation into this word that carries readily understood

meaning in context, particularly given the use of the term in a distinct manner in the claims.

### B.    Terms that Concern Components of the Lipid Formulations

| Term | Claims | Defendants' Position | Plaintiffs' Position |
|---|---|---|---|
| "[**tertiary amine] cationic lipid**," "**cationic lipid [comprising a tertiary amine]**" | **248 Family** '422 patent (claims 3, 12, and 13) **243 Family** '693, '694, '6534, '401, '467 patents (all asserted claims) **240 Family** '475, '660 patents (all asserted claims) | a lipid having an amine in the head group, which is separate from the central atom connecting the head group to the lipid's hydrophobic tails | lipid [with a tertiary amine] capable of being positively charged |
| "**whereby the pKa is determined at standard temperature and pressure by the following . . . is obtained**" | **243 Family** '693, '694, '6534 patents (all asserted claims) '401 patent (claims 21, 22, 24) '467 patent (claims 28, 29) | This limitation is an active process step that must be performed, rendering the formulation patent claims invalid as indefinite. | No construction necessary: Plain & ordinary meaning, *i.e.*: whereby the pKa is determined at standard temperature and pressure by the following . . . is obtained |

### 1.    "Cationic Lipid"

71.    The term "**cationic lipid**" appears in claims 3, 12, and 13 of the '422 patent. The

term "tertiary amine **cationic lipid**" appears in claims 14-16 of the '693 patent; claims 5, 6, 14,

and 30 of the '694 patent; and all asserted claims of the '6534, '401, and '467 patents.  The phrase

"**cationic lipid** compris[es]/[ing] a tertiary amine" appears in all asserted claims of the '693, '694, '475, and '660 patents.

72.     The POSA would have no trouble determining the meaning of "cationic lipid" in the context of the Asserted Patents.  As excerpted in Section VI.B., above:

> [T]he invention provides a process for preparing a RNA-containing liposome, comprising steps of: (a) mixing RNA with a lipid at a pH which is below the lipid's pKa but is above 4.5; then (b) increasing the pH to be above the lipid's pKa.  Thus a cationic lipid is positively charged during liposome formation in step (a), but the pH change thereafter means that the majority (or all) of the positively charged so groups become neutral.

As I explain in Section V.B.3, above, various classes of lipids may be neutral or cationic depending on the acidity of the medium in which they reside.  Examples include primary, secondary, and tertiary amine-containing lipids when in aqueous media.  In the case of tertiary amine lipids like DODMA and DLinDMA, at pHs below the pKa of the tertiary amine lipid under a specific set of conditions, the majority of molecules become cationic ($R_3NH^{\oplus}$) due to the lone pair of electrons in the amine group ($R_3N$:) accepting a proton ($H^{\oplus}$) from the medium and at pHs above the pKa of the tertiary amine lipid under that set of conditions, the majority of the molecules become neutral ($R_3N$:) due to the cationic lipid ($R_3NH^{\oplus}$) donating a proton ($H^{\oplus}$) to the medium.  In the excerpted process from the patents, as the pH of the medium drops (i.e., the medium becomes more acidic) during mixing of step (a), the proportion of cationic (protonated) lipid increases relative to the proportion of neutral (unprotonated) lipid.  And as the pH of the medium is subsequently raised above the pKa of the lipid in step (b), an increasing proportion of cationic (protonated) lipid ($R_3NH^{\oplus}$) donates a proton ($H^{\oplus}$) to the medium to become neutral ($R_3N$:), rendering the majority of lipid molecules neutral.

73.     In context, "**cationic lipids**" useful in the invention are those "**capable of being positively charged**," depending on the acidity of the medium.

31

74.     I will need to await an explanation from Defendants as to what they intend by their proposed construction.  The Asserted Patents do not define "head group" or "central atom"—indeed, I was unable to spot "central atom" anywhere in the materials that I reviewed—nor is there any description from which I am able to guess what the Defendants may mean by "a lipid having an amine in the head group, which is separate from the central atom connecting the head group to the lipid's hydrophobic tails."  I will respond to any explanatory statements offered by Defendants' experts once they are provided.

### 2.     "pKa"

75.     The term "**pKa**" appears in all asserted claims of the '693, '694, and '6534 patents and in claims 21, 22, and 24 of the '401 patent and claims 28 and 29 of the '467 patent.

76.     The POSA would have no trouble interpreting claims to formulations or methods of administering formulations that comprise a tertiary amine cationic lipid with a pKa falling within a particular range determined using a particular method.  The pKa value is simply a property of the cationic lipid under a particular set of conditions.  Reciting the steps of the measurement method in the claim provides the POSA with clear guidance on what "pKa" measurement to use to determine if a cationic lipid satisfies the requirements of the formulation.  The POSA would not be confused and would not conflate a description of the method used to measure that property with the result of that measurement.  No "active process step" is required to satisfy the pKa limitations of the claims—just a lipid with the required property.

32

## X.    RESERVATION OF RIGHTS

77.    I reserve the right to modify or supplement my analysis or the bases for my opinions in light of any additional documents, depositions and other testimony, or other evidence that may become available as this litigation progresses.  I also reserve the right to respond to any further declarations, expert reports, or testimony submitted by or on behalf of Defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Date: December 18, 2025

_M. Laird Forrest, Ph.D._

33

**APPENDIX A – BACKGROUND ON MOLECULAR BIOLOGY, VIROLOGY, AND IMMUNOLOGY**

## A.    DNA → mRNA → Protein

### 1.    DNA

1.    "**Deoxyribonucleic acid**," or "**DNA**," is the hereditary genetic material in all cellular life forms.  It resides within the eukaryotic cell's nucleus and encodes the instructions for cellular development, function, growth, and reproduction.

2.    DNA consists of two long strands of alternating "**deoxyribose**" and "**phosphate**" groups, each sugar bearing one of four "**nucleobases**" that extends toward and "**pairs**" with a complementary nucleobase on the other strand through "**hydrogen bonds**."  A hydrogen bond (a relatively weak type of bond) forms between an electronegative (electron-rich) atom having a free lone pair of electrons, usually oxygen (O) or nitrogen (N), and a hydrogen (H) atom covalently bonded (a relatively strong type of bond) to another electronegative atom.  They play an important role in the interactions between biological molecules and contribute to the local and overall conformation (molecular organization or shape) adopted by proteins and nucleic acids.

3.    Each deoxyribose-nucleobase unit is called a "**nucleoside**" and each nucleoside-phosphate unit is called a "**nucleotide**."  The below image shows the structure and components of a single nucleotide (i.e., apart from the polynucleotide backbone of DNA).  As indicated by the ⊖ , each phosphate group carries a negative ("**anionic**") charge.

A-1



4.    The four nucleotides that make up DNA are "**adenine**" (A), "**guanine**" (G), "**cytosine**" (C), and "**thymine**" (T), each of which differs only at the nucleobase, as represented, below.    The names of the corresponding nucleosides (deoxyribose-nucleobase units) are "**deoxyadenosine**," "**deoxyguanosine**," "**deoxycytosine**," and "**deoxythymidine**" (also just "**thymidine**").



5.    In the backbone of each DNA strand, the phosphates link the deoxyriboses together through "**phosphodiester**" bonds.

A-2



6.    In DNA, each adenine in one strand forms hydrogen bonds with a thymine in the other and each guanine in one strand forms hydrogen bonds (shown here as yellow-highlighted dashed lines) with a cytosine in the other.

A-3

7.      The two complementary strands wind together to form the characteristic DNA double helix conformation.[34]



8.      In the nucleus, DNA is further "**supercoiled**" and wound around proteins called histones into compact forms called "**chromosomes**."  As a result, 46 chromosomes, each comprising two strands of between 50 and 260 million nucleotides, fit within the nucleus of human cells, a space of only about 6 microns (less than 1/10 the diameter of a human hair).

---

[34] Animation at https://www.youtube.com/watch?v=nZ6JpIhf6RM&list=PPSV.



### 2. Transcription: DNA → mRNA

9. DNA acts as a generational library in the cell describing the sequences of amino acids necessary to form each unique protein produced by the cell through intermediate "**messenger ribonucleic acid**" or "**mRNA**" molecules. In the nucleus, "**RNA polymerase**" enzymes "**read**" "**template**" sequences in DNA to produce complementary sequences of mRNA. This process is called "**transcription**."



10. Like the DNA template sequences "**encoding**" them, mRNA is composed of a sequence of nucleotides. mRNA nucleotides differ from DNA nucleotides in the presence of "**ribose**" instead of deoxyribose in the backbone and "**uracil**" in place of the thymine nucleobase.

Like thymine in DNA, uracil in mRNA forms complementary hydrogen bonds with adenine in the DNA template strand during transcription.



11.    Unlike DNA, mRNA is single-stranded.  Because of this, mRNA is relatively flexible and can adopt various conformations.

12.    After mRNA is transcribed by RNA polymerase, other enzymes add a chemical "**cap**" at one end and a "**polyA tail**" of repeating adenosine phosphate nucleotides at the other. Both additions protect mRNA molecules from degradation by other enzymes in the cell and facilitate the "**translation**" of mRNA into protein.  Only once the mRNA is fully formed is it transported through pores in the nuclear membrane into the cytoplasm.

### 3.    Translation: mRNA → Protein

13.    In the cytoplasm, enzymes called "**ribosomes**" translate the mRNA "**message**" into a corresponding protein from chemical building blocks called "**amino acids**."  The ribosome scans the mRNA sequence until it reaches a three-nucleotide sequence known as a "**start codon**."  From there, the ribosome assembles the encoded protein by matching a specific amino acid to each three-nucleotide codon until a "**stop codon**" is reached.



14.     As the growing amino acid chain exits the ribosome, it folds into a particular conformation that determines its function.  Proteins serve a huge variety of functions essential to the proper operation of every biological system.  The human genome encodes for tens of thousands of different proteins.

## B.     Viruses and Viral Replication

15.     Viruses make up one of the most common classes of pathogens to which we are constantly being exposed.  Viruses are not living organisms.  Rather, they are packages of genetic material, proteins, and often membrane lipids that rely on host cellular processes to replicate.  Viruses vary greatly in composition, genetic make-up, composition and overall shape.  Common features of viruses include: (i) a DNA or RNA genome; (ii) a protective protein "**capsid**" around the genome; (iii) a flexible membrane "**envelope**" surrounding the capsid; and (iv) surface proteins embedded in the envelope.  A complete viral particle is a "**virion**."



16.     Virions that get past the skin and mucosal barriers can then infect a host's cells. The first step in cell entry involves binding of viral surface proteins to complementary surface proteins on host cells.  The viral membrane may then directly "**fuse**" with the host cell membrane, releasing the viral genome into the cell.  Or, the whole virion may be wrapped in the cell membrane and taken up by the cell in a process called "**endocytosis**."  Subsequent "**fusion**" of the viral membrane with the membrane of the resulting "**endosome**" releases the viral genome into the cell.

17.     Whether DNA or RNA, the viral genome is replicated inside the cell.  This is facilitated by enzymes either already in the host cells or carried into the cell by the virion.  Viral RNA that encodes its own replication proteins has been referred to as a "**replicon**."[35]  In the case of some RNA viruses, the RNA genome is also directly translated once in the cell to produce viral

---

[35] *See, e.g.*, '467 patent at 4:19-20.

proteins.  In the case of DNA viruses, in the host cell nucleus, viral DNA is transcribed to mRNA that is then translated into viral proteins.  As the viral DNA or RNA genome and proteins build up within the cell, they "assemble" at the host cell membrane, and are released as new virions.  A single infected cell can give rise to tens of thousands of new virions.

### C.    Immune Response

18.    The immune response is a complex and interconnected set of processes that evolved to recognize and combat infection.  Nearly all multicellular organisms have an "**innate**" immune response that responds quickly to features common to environmental pathogens (e.g., genetic material from viruses) but does not respond with specificity to individual infection-indicating materials.  Vertebrates have further evolved a slower "**adaptive**" immune response to recognize and respond to components of a specific foreign pathogen (e.g., to a specific viral surface protein).  A material that elicits an immune response may be referred to as an "**immunogen**."  A specific pathogenic material (e.g., a viral surface protein or a piece thereof) that elicits the adaptive immune response is called an "**antigen**."

### 1.    Innate Immune Response

19.    In the cytoplasm, or embedded in membranes, of some host cells, are various protein "**receptors**" that "**recognize**" (bind to) foreign genetic material.[36]

---

[36] *See, e.g.*, Joint Technology Tutorial at 12:30-13:15, '467 patent at 5:39-42, 5:46-53, 16:6-54, 23:6-19; '475 patent at 3:8-22, 11:55-62, 22:16-62; '422 patent at 5:45-49, 7:1-8, 26:58-27:38.



20.      Binding of any of these receptors to pathogenic genetic material leads to expression and secretion of "**cytokines**," signaling proteins that turn on various defensive pathways that serve to immediately interrupt pathogen replication, slow the spread of infection, and stimulate the pathogen-specific adaptive immune response.[37]

21.      Specialized enzymes called "nucleases" are found throughout the body, both inside and outside cells.  "**DNases**" are nucleases that hydrolyze (break, using water) the phosphate esters in the backbone of DNA.  "**RNases**" are nucleases that hydrolyze the phosphate esters in the backbone of RNA.  Nucleases are ubiquitous inside and outside of cells.  They slow the spread of infection by rendering foreign genetic material nonfunctional and can also play a role in stimulating the innate immune response.[38]

---

[37] *See, e.g.*, '467 patent at 4:6-13, 23:12-19; 33:15-31; 34:52-35:8, Figs. 13, 19A, 19B; '475 patent at 3:8-22, 31:7-41, FIG. 13; '422 patent at 35:65-36:39, FIG. 13.
[38] *See, e.g.*, '467 patent at 1:65-2:1, 18:27-37, 20:16-43, Figs. 1, 4; '475 patent at 4:58-64, 26:65-27:25, FIGs. 1, 4; '422 patent at 1:65-2:7, 31:24-51, FIGs. 1, 4; *see also, e.g.*, Joint Technology Tutorial at 12:30-13:15.



22.     Upon infection, foreign proteins are also broken into pieces by enzymes inside cells called "**proteases**" and complex structures called "**proteasomes**."  The resulting protein fragments are then bound by other host cell proteins and secreted or presented on the surface of infected cells. These fragments can act as antigens for specific recognition by cells of the adaptive immune response.[39]



---

[39] *See, e.g.*, Joint Technology Tutorial at 13:43-14:24.

### 2.    Adaptive Immune Response

23.    Various immune cells take up pathogens and components of pathogens (e.g., antigen protein fragments) at the site of infection and transport them to the lymph nodes.[40]

24.    In the lymph nodes, immune cells known as naïve "**B cells**" and "**T cells**," following exposure to a specific antigen, over the course of a week or more, undergo serial modifications to the genetic sequences encoding for antigen-binding proteins called "**antibodies**" or "**immunoglobulins**." This process of evolution, known as "**affinity maturation**," produces specialized B cells—"**plasma cells**" and "**memory B cells**"—that secrete high affinity, antigen-specific antibodies and T cells which express high-affinity, antigen-specific immunoglobulin receptors on their surface.

25.    When antibodies from affinity-matured B cells bind to their "**cognate**" (specific target) antigen, they stick and thereby interrupt the normal function of that protein (e.g., blocking binding of virion surface proteins with a host cell surface proteins and thereby impeding cell entry) or flag the protein or pathogen for clearance by other immune cells. Affinity-matured T cells express antigen-specific surface receptors that also specifically bind to their cognate antigen. "**Cytotoxic**" T cells recognize infected cells by binding to pathogenic antigens presented on the surface of the infected cell and then release proteins that stop the pathogen from replicating and cause cell death. "**Memory**" T cells similarly recognize infected cells, and then produce cytokines that recruit and activate other immune cells, including cytotoxic T cells, to clear the infection.

---

[40] *See, e.g.*, '467 patent at 23:5-19; '475 patent at 2:62-3:7.



26.    Immunoglobulins adopt a well-known "Y" conformation in three dimensions, as represented in the above simplified illustrations (above, left panel).  The antigen specific receptors of affinity-matured T cells (i.e., T-cell receptors or TCRs) similarly adopt a three-dimensional conformation on the surface of T cells, which has been illustrated as "Y" in the above illustrations for simplicity (above, right panel).  A more informative way to depict the conformation of immunoglobulin protein complexes, which consist of around 1000 amino acids, is a "**ribbon**" representation (below, right side of the depicted antibody) showing the amino acid sequence as a continuous (spaghetti-like) line, with local regions that adopt stabilized conformations depicted as (fettuccine-like) flat ribbons.  "**Space-filling**" representations (below, left side of the depicted antibody) provide a more realistic sense for the overall shape and molecular surface.

A-14



A-14

# JA-008

# Exhibit 1

# Laird Forrest, Ph.D.

Professor
Department of Pharmaceutical Chemistry, School of Pharmacy                    Cell: (785) 393-1848
University of Kansas, Lawrence, KS 66047                                       Email: lforrest@ku.edu

## Education

| | |
|---|---|
| Post-doctoral fellow, Pharmaceutical Sciences, University of Wisconsin, Madison, WI | 2006 |
| Ph.D.  Chemical and Biomolecular Engineering, University of Illinois, Urbana, IL | 2003 |
| M.S.   Chemical Engineering, University of Illinois, Urbana, IL | 2001 |
| B.S.   Chemical Engineering, Auburn University, Auburn, AL (*Summa Cum Laude*) | 1998 |

## Academic Professional Experience

Full Professor, Department of Pharmaceutical Chemistry, University of Kansas, 3/2017-present (primary appointment)
  *Adjunct/Courtesy Appointments:*
  Bioengineering Center, University of Kansas, 6/2011-present
  Department of Chemical and Petroleum Engineering (courtesy), University of Kansas, 6/2023-present
  Department of Medicinal Chemistry (courtesy), University of Kansas, 12/2015-3/2018
  Department of Chemistry (courtesy), University of Kansas, 11/2013-11/2016
Associate Professor, Department of Pharmaceutical Chemistry, University of Kansas, 8/2013-2/2017
Research Associate Professor (volunteer), Department of Internal Medicine, Division of Dermatology, University of Kansas
  Medical Center, 6/2011-6/2015 (listed appointments were at Asst. Prof. level prior to 8/2013)
Assistant Professor, Department of Pharmaceutical Chemistry, University of Kansas, 1/2007-8/2013
Adjunct Assistant Professor, Dept. of Pharmaceutical Sciences, Washington State University, Pullman, 11/2006-11/2013
Postdoctoral Fellow, Division of Pharmaceutical Sciences, University of Wisconsin, Madison, 2004-2006
Graduate Research Assistant (under Daniel Pack), Department of Chemical Engineering, UIUC, 1998-2003
Undergraduate Research Assistant (under Bruce Tatarchuck), Chemical Engineering, Auburn University, 1996-1997

## Other Professional Experience

Hylapharm LLC, co-founder, 2011-present
  *HylaPharm is developing injected and locally administered anti-cancer therapeutics.*
Aerobyx LLC, co-founder, Chief Operating Officer, 2017-present
  *Aerobyx is developing oral drugs for neurodegenerative diseases.*
Vesarex LLC, co-founder, Chief Operating Officer, 2018-present
  *Veserax is developing devices and treatments for vascular disease.*
Ferroximend, LLC, co-founder, 2020-present
  *Ferroximend is developing medical devices to enhance bone fracture healing.*
Exogenesis Corporation, Member of Scientific and Medical Advisory Board, 2009-
  *Exogenesis is developing and commercializing nanoscale surface modification for improving the safety and efficacy of implantable medical devices. A device I assisted in the development of is entering market in 2020.*
Patent Writer, Beem Patent Law Firm, Chicago, IL, 2003-2004
  *Drafting and prosecution of patent applications, provided in-house scientific expert support.*
Software Engineer/Consultant, Packaging Corporation of America (multiple sites), 1998-2023
  *Developed and managed custom software for real-time analysis of plant manufacturing quality control data and integration with business data systems. Platform was in use across multiple plant sites, with >99.98% uptime over 21 years of operation. (C++/.NET/VB/SQL/DB2/Pascal(Honeywell)/Fortran on AS400/Linux/Win86, embedded Arduino/Microchip, various PLC platforms)*
Engineering Intern, Packaging Corporation of America, Counce TN, 1994-1998
  *Collected analytical data from testing laboratories and real-time manufacturing data, performed data analysis and developed a database system to associate customer orders with process data from manufacturing runs, developed system for manufacturing process control loop optimization, developed machine learning system for intelligent control of digester batch system*
Expert witness in pharmaceutical litigations. *Experience and current litigation conflicts are a*vailable upon request.
Scientific consulting experience. *List of recent non-confidential clients available upon request.*

## Awards and Honors

Baxendale Innovation Award, 2016

University of Kansas Leading Light award, 2014
Japan Society for Promotion of Science (JSPS) Visiting Scholar Fellow, 2010
American Cancer Society Research Scholar, 2008-2012
American Association of Colleges of Pharmacy, New Investigators Award, 2007
PhRMA Foundation Postdoctoral Fellow, 2006
Controlled Release Society Annual Meeting, Glasgow, Scotland.
    Student poster abstract award (unable to attend), 2003
American Institute of Chemical Engineers Annual Conference, Reno, NV
    Pharmaceutical and Biotechnology Program Student Paper Award, 2001
    Carriers in Gene Therapy Session Speaker Award, 2001
Auburn P&P Foundation Scholarship; Tenneco Engineering Scholarship, 1994-1998

## Teaching

### Full courses

Biopharmaceutics and Drug Delivery (PharmD professional course), PHCH 626, yearly Spring 2011-present, *Course coordinator and instructor*

Physical Chemistry of Pharmaceutical Solutions, Solids and Surfaces (graduate course) (3 credit hrs), PHCH862/3, yearly Fall 2018-present, *Course instructor*

Drug Delivery (graduate course), PHCH 715/716, BIOE/C&PE 715 (3 credit hrs, 4 credit hours after 2024; Fall 2007-2015 odd years, yearly Spring 2016-present, *Course instructor and coordinator*

Introduction of Clinical Chemistry (PharmD professional course) PHCH 667 (2 credit hrs); Spring 2007-2010, *Course coordinator and instructor*

Pharmaceutical Equilibria (graduate course) (3 credit hrs), PHCH 862/863; yearly Fall 2008-Fall 2017, *Course coordinator and instructor*

Emerging Trends in Pharmaceutical Chemistry PHCH 511 (1 credit hr); Fall 2007, Fall 2008 – 2020, every even year, *Course lecturer*

### Short courses

Short course on Drug Delivery (15 lectures / 1 credit hr), *Course developer and instructor*
    Shandong University, China (July 2009)
    Tsukuba University, Japan (July 2009)

Short course on Drug Formulation and Basic Pharmacokinetics (15 lecture hours/1 credit hr), *Couse developer and instructor*
    Tsukuba University, Japan (August 2010)

### Partial courses and invited course lectures

Introduction to Nanotechnology, C&PE 656; Spring/Fall 2009-2014 (guest lecturer)
Sigma Xi Continuing Education series, KUMC Fall 2007 (guest lecturer).

## Patents and Applications

1. X. Yang, M.L. Forrest, A. Samaddar. "Ultrasound-Induced Cavitation for Thrombolysis with a Surface Modified Wire" (PCT/7S2025/049411, filed 10/03/2025)
2. C. Berkland, M.L. Forrest, N. Alhakamy, A. Huang. "Methods for treating cancer including glatiramer acetate and immune checkpoint inhibitors" (US Application 18/955,466, filed 1/16/2025).
3. X. Yang, M.L. Forrest, A. Samaddar. "Devices, Systems, and Methods for Ultrasound Therapy" (US Application 18/865,299, filed 11/12/2024)
4. X. Yang, M.L. Forrest, A. Samaddar. "Roughened Guidewires, Systems, Methods of Manufacture, and Methods of Use.". (US Provisional 63/703,877, filed 10/4/2024).
5. C. Berkland, L. Forrest, B. Dekosky. "Compositions Including Tumor-binding GMCSF Fusion Proteins and Methods of Using the Same to Treat Solid Tumors" (PCT/US2022/048755, US App. 18/705,86, filed 4/23/2024; EU App. 22890744.0, filed 5/2/24)
6. X. Yang, L. Forrest. "Devices, Systems, and Methods for Ultrasound Therapy". PCT/US2023/022119 (filed 5/12/2023)
7. X. Yang, L. Forrest. "Systems And Methods For Treating Plaque In A Body Lumen". US Provisional App. 63/341,624 (Filed 5/13/22). Non-provisional (filed 5/12/23).
8. C. Berkland, B. DeKosky, L. Forrest. "Design of a novel tumor-binding cytokine immunotherapy for the intratumoral (it) treatment of solid tumors". US Provisional App. 63/275,224 (Filed: 11/3/2021).
9. X. Yang, L. Forrest, "Ultrasound-enhanced laser thrombolysis with endovascular laser and high-intensity focused ultrasound." US Provisional App. 63074798 (9/4/2020); Non-provisional 17466780 (Filed 9/3/2021)

10. Buchman SR, Cohen M, Donneys A, Nelson N, Forrest ML, Zhang T, Yang Q. "Devices, compositions and related Methods for accelerating and enhancing bone repair." Continuation 17/354,514 (filed 6/23/21), accepted 1/3/2025). US Pat. 12,329,827

11. Buchman SR, Cohen M, Donneys A, Nelson N, Forrest ML, Zhang T, Yang Q. "Devices, compositions and related Methods for accelerating and enhancing bone repair." (filed, 12/17/2015), WO2017/106744, PCT/US2016/067320. US Patent issued 6/30/2021.

12. Rowe PSN, Martin A, David NV, Forrest ML, KR Moulder, S. Cai, DJ Aires. "Compounds and methods for increasing hair growth." US Patent 10,857,199 (granted 12/8/2020).

13. L. Forrest, D. Aires, R. Moulder, R. Lu, J. Hunt, P. Kleindl, T. Zhang, C. Groer, S. Cai. "Platinum(IV) Conjugates and Methods of Use." US Non-Provisional App. 16/850,748 (filed 4/16/20)

14. L. Forrest, D. Aires, R. Moulder, R. Lu, J. Hunt, P. Kleindl, T. Zhang, C. Groer, S. Cai. "Imidazoquinoline Compounds and Prodrugs Thereof." PCT/US2020/028468 (filed 4/16/20), US Pat. 12,295,970.

15. Rowe PSN, Martin A, David NV, Forrest ML, Moulder KR, Cai S, DJ Aires. "Compounds and methods for increasing hair growth." US Patent 10,350,263 (granted 7/16/2019)

16. Forrest ML Hunt J, Aires DH, Cai S, Lu R, Groer C, Moulder R, Kleindl P. "Investigations of the phenyl ring of imidazoquinolines." US Provisional 62/835,408 (filed 4/17/2019).

17. Swerdlow R, Forrest ML, Michaelis E, Hunt J, Wilkins H. "Bioenergetically active esters for health and disease." US Nonprovisional Application (international app. PCT/US19/53901 filed 9/30/2019, US application 17/280,235 filed 3/26/2021, allowed 1/26/2022 and issued. Also issued 11,952,337.

18. Forrest ML, Cai S, Zhang T, Senadheera SPSN, Groer C, Aires D, "Drug delivery compositions and methods.". Continuation-in-part 16/067,630 filed 7/2/2018

19. Forrest ML, Cai S, Zhang T, Senadheera SPSN, Groer C, Aires D, "Drug delivery compositions and methods." US Pat. Prov. Application 62/274,508 (filed 1/4/2016), non-provisional patent filed 1/3/2017

20. Forrest ML, Kleindl P, Senadheera SPSN, "Immunosuppressive compositions" US Pat. Prov. Application (filed 3/3/2016).

21. Forrest ML, Cai S, Zhang T, Senadheera SPSN, Duan S, Groer C, Aires D, Zhao Y, "Targeted mTOR Inhibitor." US Pat. Non-provisional Application 15/052,302 (filed 2/24/2016) (priority to Prov. Application 62/120,215, 2/24/2015).

22. Kwon, G.S. and M.L. Forrest, "Micelle composition of polymer and passenger drug." US Pat 9,107,814 (granted 8/18/2015).

23. Forrest ML, Cai S, Duan S, Zhang T, Yang Q, "Drug and imaging agent delivery compositions and methods" US Pat. 8,802,235. (granted 4/4/2014)

24. Rowe P, Forrest ML, Moulder R, Cai S, Martin A, Aires D. "Preparations for enhancement of hair growth" US Pat. 10,213,479 (granted 2/26/2019).

25. Rowe P, Forrest ML, Moulder R, Cai S, Martin A, Aires D. "Preparations for enhancement of hair growth" US Divisional application (filed 2/13/2019) (priority to PCT/US2015/012691, filed 1/23/2015 16/275,069)

26. Forrest ML, Cohen MS, Cai S, "Intralymphatic chemotherapy drug carriers" US Pat. 8,088,412 (granted 1/3/2012) (International filings 1/30/2009)

27. Forrest ML, Cohen MS, Cai S, "Intralymphatic chemotherapy drug carriers" Korean Patent 10-1224711 (granted 2/18/2013)

28. Forrest ML, Cohen MS, Cai S, "Intralymphatic chemotherapy drug carriers" Japanese Patent 5,302,340 (granted 6/28/2013)

29. Forrest ML, Cohen MS, Cai S, "Intralymphatic chemotherapy drug carriers" Chinese Patent 101965201 B  (granted 10/23/2013)

30. Forrest PML, Cohen MS, Cai S, "Intralymphatic chemotherapy drug carriers" Canada Application 2,713,813

31. Forrest ML, Cohen MS, Cai S, "Intralymphatic chemotherapy drug carriers" CIP 13/341,282 (filed 1/3/2012)

32. Forrest ML, Cohen MS, Cai S, "Intralymphatic chemotherapy drug carriers" France Brevet No. 2242514  (granted 9/30/2015)

33. Forrest ML, Cohen MS, Cai S, "Intralymphatic chemotherapy drug carriers" Germany DBP No. 60 2009 033 907 (granted 9/30/2015)

34. Forrest ML, Cohen MS, Cai S, "Intralymphatic chemotherapy drug carriers" U.K. Patent No. 2242514 (granted 9/30/2015)

35. Kwon, G.S, and M.L. Forrest, "Micelle composition of polymer and passenger drug." US Pat. 8,173,167 (granted 5/11/12)

36. Kwon, G.S., M.L. Forrest, and N.M. Davies. "Micelle encapsulation of therapeutic agents." US App 20100203114


## Peer Reviewed Publications (chronological order)

List also available as:

http://www.ncbi.nlm.nih.gov/myncbi/browse/collection/41384976/?sort=date&direction=ascending

1. Forrest, M.L., D.W. Pack. "On the Kinetics of Polyplex Endocytic Trafficking: Implications for Gene Delivery Vector Design." *Mol. Ther.* 6: 57-66 (2002). PMID: 12095304
2. Forrest, M.L., J.T. Koerber, and D.W. Pack. "A Degradable Polyethylenimine Derivative with Low Toxicity for Highly Efficient Gene Delivery." *Bioconjug. Chem.* 14: 934-940 (2003). PMID: 13129396
3. Forrest, M.L., G.E. Meister, J.T. Koerber, D.W. Pack. "Polyethylenimine Derivatives with Reduced Buffering Capacity and Enhanced Transfection Efficiency." *Pharm. Res.* 21: 365-371 (2004). PMID: 15032320
4. Forrest, M.L., N. Gabrielson, D.W. Pack. "Cyclodextrin-polyethylenimine conjugates for targeted in vitro gene delivery." *Biotechnol. Bioeng.* 89: 416-423 (2005). PMID: 15627256
5. Kwon, G.S. and M.L. Forrest. "Amphiphilic Block Copolymer Micelles for Nanoscale Drug Delivery." *Drug Dev. Res.* 67: 15-22 (2006).
6. Forrest, M.L., C.-Y. Won, A.W. Waseem, G.S. Kwon. "In vitro Release of the mTOR Inhibitor Rapamycin from Poly(ethylene glycol)-b-Poly(ε-caprolactone) Micelles." *J. Control. Release* 110:370-377 (2006). PMID: 16298448 *Highest cited paper in this journal for 2006.*
7. Forrest, M.L., A. Zhao, C.-Y. Won, A.W. Waseem, G.S. Kwon. "Lipophilic prodrugs of Hsp90 inhibitor geldanamycin for nanoencapsulation in poly(ethylene glycol)-beta-poly(sigma-caprolactone) micelles." *J. Control. Release* 116:139-149 (2006). PMID: 16926059
8. Xiong, M.P., M.L. Forrest, A.L. Karls, G.S. Kwon. "Biotin-triggered release of PEG-avidin from biotinylated-PEI enhances in vitro gene expression." *Bioconjug. Chem.*18:746-753 (2007). PMID: 17375897
9. Yáñez, J.A., M.L. Forrest, Y. Ohgami, G.S. Kwon, N.M. Davies. "Pharmacometrics and Delivery of Novel Nanoformulated PEG-b-Poly(ε-caprolactone) Micelles of Rapamycin." *Cancer Chemo. Pharmacol.* 2007 61(1):133-144 (2008). PMID: 17393166 PMCID: PMC2259393
10. Xiong, M.P., Y. Bae, S. Fukushima, M.L. Forrest, N. Nishiyama, K. Kataoka, G.S. Kwon. "pH-Responsive Multi-PEGylated Dual Cationic Nanoparticles Enable Charge Modulations for Safe Gene Delivery." *ChemMedChem* 2(9): 1321-1327 (2007). PMID: 17579918
11. Xiong, M.P., M.L. Forrest, N.M. Davies, G.S. Kwon. "Poly(Aspartate-g-PEI800), a polyethylenimine analogue of low toxicity and high transfection efficiency for gene delivery." *Biomaterials* 28:4889-4900 (2007). PMID: 17692910.
12. Forrest, M.L., J.A. Yáñez, C.M. Remsberg, Y. Ohgami, G.S. Kwon, N.M. Davies. "Paclitaxel prodrugs with sustained release and high solubility in poly(ethylene glycol)-b-poly(ε-caprolactone) micelle nanocarriers: pharmacokinetic disposition, tolerability and cytotoxicity." *Pharm. Res.* 25:194-206 (2008). PMID:17912488.
13. M.L. Forrest, G.S. Kwon. "Clinical developments in drug delivery nanotechnology." *Adv. Drug Deliv. Rev.* 60(8): 861-862 (2008). PMID: 18358557.
14. S. Cai, Y. Xie, T. Bagby, M.S. Cohen, M.L. Forrest. "Intralymphatic chemotherapy using a hyaluronan-cisplatin conjugate." *J. Surg. Res.* 147(2): 247-252 (2008). PMID: 18498877. **Featured on issue cover.** PMCID: PMC2430723.
15. M.P. Xiong, J.A. Yáñez, C.M. Remsberg, Y. Ohgami, G.S. Kwon, N.M. Davies, M.L. Forrest. "Formulation of a geldanamycin prodrug in mPEG-b-PCL micelles greatly enhances tolerability and pharmacokinetics in rats." *J. Control. Rel.* 129(1):33-40 (2008). PMID: 18456363 PMCID: PMC2492396
16. K.R. Vega-Villa, J.A. Yáñez, C.M. Remsberg, M.L. Forrest, N.M. Davies. "Clinical Toxicities of Nanocarrier Systems." *Adv. Drug Deliv. Rev.* 60(8):929-938 (2008). PMID: 18313790
17. K.L. Aillon, Y. Xie, N. El-Gendy, C.J. Berkland, M.L. Forrest. "Effects of nanomaterial physicochemical properties on in vivo toxicity." *Adv. Drug. Deliv. Rev.*, 61(6):457-66 (2009). PMID 19386275. PMCID: PMC2743376
18. M.P. Xiong, J.A. Yáñez, G.S. Kwon, N.M. Davies, M.L. Forrest. "A cremophor-free formulation for tanespirmycin (17-AAG) using PEO-b-PDLLA micelles: characterization and pharmacokinetics in rats." *J. Pharm. Sci.* 98(4):1577-86 (2009). PMID 18752263 PMCID: PMC2649998
19. Xie, Y, M.S. Cohen, M.L. Forrest. "Drug Delivery to the Lymphatic System: Importance in Future Cancer Diagnosis and Therapies." *Expert Opin. Drug Deliv.*, 6:785-92 (2009). PMID: 19563270. PMCID: PMC3102644.
20. S.K. Nune, P. Gunda, P.K. Thallapally, Y.Y. Lin, M.L. Forrest, C.J. Berkland. "Nanoparticles for biomedical imaging." *Expert Opin. Drug Deliv.* 6(11):1175-94 (2009). PMID: 19743894. PMCID: PMC3097035.
21. M.S. Cohen, S. Cai, M.L. Forrest. "A Novel Intralymphatic Nanocarrier-Delivery System for Cisplatin Therapy in Breast Cancer with Improved Tumor Efficacy and Lower Systemic Toxicity In Vivo." *Am. J. Surg.*, 198(6):781-6 (2009). PMID 19969129. PMCID: PMC2791715.
22. S. Cai, Y. Xie, N.M. Davies, M.S. Cohen, M.L. Forrest. "Pharmacokinetics and disposition of a localized lymphatic polymeric hyaluronan conjugate of cisplatin in rats." *J. Pharm. Sci.*, 99(6):2664-71 (2010). PMID: 19960530
23. R. Ndolo, M.L. Forrest, J.P. Krise. "The role of lysosomes in limiting drug toxicity in mice." *J. Pharmacol. Exp. Ther.* 333(1):120-8 (2010). PMID: 20056778 PMCID: PMC2846018
24. D.A. Rao, M.L. Forrest, A.W. Alani, G.S. Kwon, J.R. Robinson. "Biodegradable PLGA based nanoparticles for sustained regional lymphatic drug delivery." *J. Pharm. Sci.*, 99(4):2018-31 (2010). PMID: 19902520
25. Y. Xie, K.L Aillon, S. Cai, J.M. Christian, N.M. Davies, C.J. Berkland, M.L. Forrest. "Pulmonary delivery of cisplatin-hyaluronan conjugates via endotracheal instillation for the treatment of lung cancer." *Intl. J. Pharm.* 392(1-2):156-63 (2010). PMID: 20363303 PMCID: PMC2873163

26. S. Cai, S. Thati, T.R. Bagby, H-M. Diab, N.M. Davies, M.S. Cohen, <u>M.L. Forrest</u>. "Localized doxorubicin chemotherapy with a biopolymeric nanocarrier improves survival and reduces toxicity in xenografts of human breast cancer." *J. Control. Rel.* 146(2):212-218 (2010). PMID: 20403395 PMCID: PMC2918704

27. Y. Xie, S. Duan, <u>M.L. Forrest</u>. "Alkyne- and 1,6-elimination- succinimidyl carbonate- terminated heterobifunctional poly(ethylene glycol) for reversible "click" PEGylation." *Drug Discov. Ther.* 4(4):240-245 (2010). PMID: 21949558 PMCID: PMC3178183

28. S. Cai, N.M. Davies, M.S. Cohen, <u>M.L. Forrest</u>. "Carried-based intralymphatic cisplatin chemotherapy for the treatment of metastatic squamous cell carcinoma of the head & neck." *Ther. Deliv.* 1(2):237-245 (2010). PMID: 21339844 PMCID: PMC3039877

29. R. A. Ndolo, D.T. Jacobs, <u>M.L. Forrest</u>, J.P. Krise. "Intracellular distribution-based anticancer drug targeting: exploiting a lysosomal acidification defect associated with cancer cells." *Mol. Cell Pharmacol.* 2(4):131-126 (2010). PMID: 21274418 PMCID: PMC3026327

30. J.A. Yáñez, C.M. Remsberg, C.L. Sayre, <u>M.L. Forrest</u>, N.M. Davies. "Flip-flop pharmacokinetics – reversal of disposition. Challenges and opportunities during drug development." *Ther. Deliv.* 2(5):643-672 (2011). PMID: 21837267 PMCID: PMC3152312

31. S.K. Nune, P. Gunda, B.K. Majeti, P.K. Thallapally, <u>M.L. Forrest</u>. "Advances in lymphatic imaging and drug delivery." *Adv. Drug. Deliv. Rev*. 63(10-11):867-85 (2011). PMID: 21718728. PMCID: 3164439.

32. S. Cai, Q. Yang, <u>M.L. Forrest</u>. "Lymphatic drug delivery using engineered liposomes and solid lipid nanoparticles." *Adv. Drug. Deliv. Rev*. 63(10-11):901-908 (2011). PMID: 21712055. PMCID: PMC3164476.

33. M.S. Cohen, <u>M.L. Forrest</u>. "Lymphatic drug delivery: Therapy, Imaging and Nanotechnology." *Adv. Drug. Deliv. Rev*. 63(10-11):865-866 (2011). PMID: 21669240

34. S.M. Cohen, R. Mukerji, S. Cai, I. Damjanov, <u>M.L Forrest*</u>, M.S. Cohen*. "Subcutaneous delivery of nanoconjugated doxorubicin and cisplatin for locally advanced breast cancer demonstrate improved efficacy and decreased toxicity at lower doses than standard systemic combination therapy in vivo." *Am. J. Surg.* 202(6):646-653 (2011) * co-corresponding authors PMID: 21982998.

35. V. Shum, N. Gabrielson, <u>M.L. Forrest</u>, D.W. Pack. "The effects of PVP(Fe(III)) Catalyst on polymer molecular weight and gene delivery via biodegradable cross-linked polyethylenimine." *Pharm. Res.* 29(2):500-10 (2011). PMID: 21892707 PMCID: PMC3465843

36. S. Cai, T. Bagby, <u>M.L.Forrest</u>. "Development of regional chemotherapies:  feasibility, safety and efficacy in clinical use and preclinical studies." *Ther. Deliv.* 2(11):1467-1484 (2011). PMID: 22229080 PMCID: PMC3249754

37. Q. Yang, H. Cui, S. Cai, X. Yang, <u>M.L. Forrest</u>. "In vivo photoacoustic imaging of chemotherapy-induced apoptosis in squamous cell carcinoma using a near-infrared caspase-9 probe" *J. Biomed. Optics.* 16(11)116026 (2011) PMID: 22112131 PMCID: PMC3221716
Included in: Virtual Journal of Biological Physics, 22(9) (2011).

38. Y. Luan, Q. Yang, Y. Xie, S. Duan, S. Cai, <u>M.L. Forrest</u>. "A Sensitive Near-Infrared Fluorescent Probe for Caspase: Synthesis and Application in Cell Imaging." *Drug Discov. Ther.* 5(5):220-226 (2011). PMID: 22282719 PMCID: PMC3265084

39. S. Sharifi, S. Behzadi, S. Laurent, <u>M.L. Forrest</u>, P. Stroeve, M. Mahmoudi. "Toxicity of Nanomaterials." *Chem. Soc. Rev.* 41: 2323-2343 (2012). PMID: 22170510   **Featured as most read article in Dec11 and Jan12.**

40. S. Duan, S. Cai, Q. Yang, <u>M. L. Forrest</u>. "Multi-arm polymeric nanocarrier as a nitric oxide delivery platform for chemotherapy of head and neck squamous cell carcinoma" *Biomaterials* 33(11):3243-3253 (2012). PMID: 22281420 PMCID: PMC3572206

41. S. Duan, S. Cai, Y. Xie, T.R. Bagby, <u>M.L. Forrest</u>. "Synthesis and characterization of a multi-arm poly(acrylic acid) star polymer for application in delivery of cisplatin and a nitric oxide." *J. Polym. Sci. A Polym. Chem.*. 50(13): 2715-24 (2012).

42. Y. Zhao, S. Duan, X. Zeng, C. Liu, B. Li, <u>M.L. Forrest</u>. "Prodrug strategy for PSMA-targeted delivery of TGX-221 to prostate cancer cells" *Mol. Pharm.* 9(6):1705-16 (2012).  PMID: 22494444 PMCID: PMC3601665

43. T. R. Bagby, S. Cai, S. Thati, S. Duan, D.J. Aires, <u>M.L. Forrest</u>. "Impact of Molecular Weight on Lymphatic Drainage of a Biopolymer-Based Imaging Agent." *Pharmaceutics* 4, 276-295 (2012). PMID: 24300232 PMCID: PMC3834911

44. E.A. Mohamed, M. M. Meshali, C.M. Remsberg, Yunqi Zhao, T.M. Borg, A. Monem, M. Foda, N.M. Davies, <u>M.L. Forrest</u>. "Vorinostat with Sustained Release and High Solubility in Poly(ethylene glycol)-b-poly(DL-lactic acid) Micelle Nanocarriers: Characterization and Effects on Pharmacokinetics in Rat Serum and Urine" *J. Pharm. Sci.* 101(10):3787-98 (2012). PMID: 22806441

45. R. Ndolo, Y. Luan, S. Duan, <u>M.L. Forrest</u>, J. Krise. "Lysosomotropic Properties of Weakly Basic Anticancer Agents Promote Cancer Cell Selectivity" *PLoS One* 7(11):e49366 (2012). PMID 23145164 PMCID: PMC3492287

46. C. Remsberg, Y. Zhao, J. Takemoto, R. Bertram, N. Davies, <u>M.L. Forrest</u>. "Pharmacokinetic Evaluation of a DSPE-PEG2000 Micellar Formulation of Ridaforolimus in Rat." *Pharmaceutics* 5(1):81-91 (2012)

47. R. Venable, D. Worley, D. Gustafson, R. Hansen, E.J. Ehrhart, D. Aires, S. Cai, M. Cohen, <u>M.L. Forrest</u>. "Hyaluronan cisplatin conjugate in five dogs with soft tissue sarcomas." *Am. J. Vet. Res.* 73(12):1969-76 (2012). PMID: 23176425 PMCID: PMC3778682

48. T.R. Bagby, S. Duan, S. Cai, S. Thati, C. Berkland, D. Aires, <u>M.L. Forrest</u>. "Lymphatic trafficking kinetics and near-infrared imaging using star polymer architectures with controlled anionic character". *Eur. J. Pharm. Sci.* 47(1):287-94 (2013). PMID 22546180 PMCID: PMC4301975

49. A.J. Mellot, <u>M.L. Forrest</u>, M.S. Detamore. "Physical non-viral gene delivery methods for tissue engineering." *Ann. Biomed. Eng.* 41(3):446-68 (2013) PMID: 23099792

50. K. Devarajan, <u>M.L. Forrest</u>, M.S. Detamore, H. Staecker. "Adenovector Mediated Delivery to Human Umbilical Cord Mesenchymal Stromal Cells Induces Inner Ear Cell Phenotype." *Cellular Reprogramming* 15(1):43-54 (2013). PMID: 23379581 PMCID: PMC4298749

51. S. Cohen, N. Rockefeller, R. Makerji, D. Durham, <u>M. Forrest</u>, S. Cai, M. Cohen, Y. Shnayder. "Efficacy and Toxicity of Peritumoral Delivery of Nanoconjugated Cisplatin in an In Vivo Murine Model of Head and Neck Squamous Cell Carcinoma." *JAMA Otolaryngology-Head & Neck Surgery* 139(4):382-7 (2013). PMID: 23599074 PMCID: PMC4306558

52. T. Zhang, H. Cui, H-C. Chang, X. Yang, M.L. Forrest. "Photoacoustic imaging of biological tissues with radiation damaged nanodiamonds as a near infrared optical contrast agent." *Journal of Biomedical Optics.* 18(2):26018 (2013). PMID: 23400417 PMCID: PMC3569583

53. J. Sestak, M. Mullins, L. Northrup, S. Thati, M.L. Forrest, T. Siahaan, C. Berkland. "Single-step grafting of aminooxy-peptides to hyaluronan: A simple approach to multifunctional therapeutics for experimental autoimmune encephalomyelitis." *Journal of Controlled Release.* 168(3)334-40 (2013). PMID: 23541930 PMCID: PMC3672265

54. Q. Yang, D.J. Aires, S. Cai, G.R. Fraga, D. Zhang, C.Z. Li, M.L. Forrest. "In vivo efficacy of nano hyaluronan-conjugated cisplatin for treatment of murine melanoma." *J. Drugs Dermatol.* 13(3):283-7 (2014). PMID: 24595572 PMCID: PMC4344317

55. Mellott AJ, Godsey ME, Shinogle HE, Moore DS, Forrest ML, Detamore MS, "Improving viability and transfection efficiency with human umbilical cord Wharton's jelly cells through use of a ROCK inhibitor," *Cellular Reprogramming* 16(2):91-7 (2014). PMID: 24552552 PMCID: PMC3967373

56. C. Louizos, J.A. Yanez, M.L. Forrest, N.M. Davies. "Deconvoluting the Hysteresis Loop Conundrum in Pharmacokinetic / Pharmacodynamic Relationships" *J. Pharm. Pharm. Sci.* 17(1):34-91 (2014). PMID: 24735761 PMCID: PMC4332569

57. Y. Zhao, T. Zhang, S. Duan, N.M. Davies, M.L.Forrest. "CD44-Tropic Polymeric Nanocarrier for Breast Cancer Targeted Rapamycin Chemotherapy". *Nanomedicine: NBM* 10(6):1221-30 (2014). PMID: 24637218 PMCID: PMC4119834

58. T. Zhang, H. Cui, C-Y Fang, K. Cheng, X. Yang, H-C Chang, M.L. Forrest. "Targeted nanodiamonds as phenotype specific photoacoustic contrast agents for breast cancer." *Nanomedicine (London)* 10(6):1221-30 (2014). PMID: 25723091 PMCID: PMC4703108

59. S. Cai, A. Alhowyan, Q. Yang, W.C.M. Forrest, Y. Shnayder, M.L. Forrest. "Cellular Uptake and Internalization of Hyaluronan-based Doxorubicin and Cisplatin Conjugates." *J. Drug Targeting*, 22(7):648-57 (2014). PMID: 24892741

60. S. Thati, C. Kruel, B. Hartwell, J. Sestak, T. Siahaan, M.L. Forrest, C. Berkland. "Routes of Administration and Dose Optimization of Soluble Antigen Arrays in Mice with Experimental Autoimmune Encephalomyelitis." *J. Pharm. Sci.* 104(2):714-21 (2015). PMID: 25447242 PMCID: PMC4312227

61. R. Chen, Y. Zhao, Y. Huang, W. Jiang, JB. Thrasher, P. Terranova, M.L. Forrest, B. Li. "Nanomicellar TGX221 blocks xenografts tumor growth of prostate cancer in nude mice." *Prostate* doi:10.1002/pros.22941 (2015). PMID: 25620467 PMCID: PMC4376584

62. Q. Yang, K.R. Moulder, M.S. Cohen, S. Cai, M.L. Forrest. "Cabozantinib Loaded DSPE-PEG2000 Micelles as Delivery System: Formulation, Characterization and Cytotoxicity Evaluation." *BAOJ Pharm. Sci.* 1.pii:001 (2015). PMID: 25688382 PMCID: PMC4327881

63. T. Zhang, Q. Yang. W.C. Forrest, S. Cai, D. Aires, M.L. Forrest. "A Lanthanum-Tagged Chemotherapeutic Agent HA-Pt to Track the *In Vivo* Distribution of Hyaluronic Acid Complexes." *BAOJ Pharm. Sci. 1.pii:002* (2015). PMID: 26756040 PMCID: PMC4706177.

64. Mellott AJ, Devarajan K, Shinogle HE, Moore DS, Talata Z, Laurence JS, Forrest ML, Noji S, Tanaka E, Staecker H, Detamore MS, "Non-viral reprogramming of human Wharton's jelly cells reveals differences between ATOH1 homologues," *Tissue Engineering Part A*, 1(11-12):1795-809 (2015). PMID: 25760435 PMCID: PMC4449705

65. Chakraborty, Aishik; Mucci, Nicolas; Tan, Ming; Steckley, Ashleigh; Zhang, Ti; Forrest, M. Laird; Dhar, Prajnaparamita. "Phospholipid Composition Modulates Carbon Nanodiamond Induced Alterations in Phospholipid Domain Formation." *Langmuir*, 31(18):5093-104 (2015) PMID: 25876023 PMCID: PMC4702515

66. Q Yang, M. Gong, S. Cai, T. Zhang, J.T. Douglas, V. Chikan, N.M. Davies, P. Lee, I.- Y. Choi, S. Ren, M.L. Forrest. "Combining hard and soft magnetism into a single core-shell nanoparticle to achieve both hyperthermia and image contrast." *Therapeutic Delivery,* 6(10):1195-1210 (2015) PMID: 26606855 PMCID: PMC4702516

67. S. Cai, T. Zhang, W.C. Forrest, Y. Qiuhong, C. Groer, E. Mohr, D.J. Aires, M. S.M. Axiak-Bechtel, B.K. Flesner, C.J. Henry, K.A. Selting, D. Tate, J.A. Swarz, J.N. Bryan, M.L. Forrest. "Phase I/II Clinical Trial of Hyaluronan-Cisplatin Nanoconjugate for the Treatment of Spontaneous Canine Cancers." *Am. J. Vet. Res., 77(9):1005-16 (2016). PMID 27580113.*

68. M.W. Sim, P.T. Grogan, C. Subramanian, C.R. Bradford, T.E. Carey, M.L. Forrest, M.E. Prince, M.S. Cohen. "Effects of Peritumoral Nanoconjugated Cisplatin on Laryngeal Cancer Stem Cells." *The Laryngoscope.* 126(5):E184-90 (*2016*). PMID: 26690734.

69. C. Kuehl, T. Zhang. L.M. Kaminskas, C.J.H. Porter, N.M. Davies, M.L. Forrest, C. Berkland. Hylauronic acid molecular weight determines lung clearance and biodistribution after instillation. *Molec. Ther.* 13(6):1904-14 (2016). *PMID 27157508.*

70. T. Zhang, S. Cai, C. Groer, W.C. Forrest, Q. Yang, E. Mohr, J. Douglas, D. Aires, S.M. Axiak-Bechtel, K.A. Selting, J.A. Swarz, D.J. Tate, J.N. Bryan, M.L. Forrest. "Hyaluronan-lysine cisplatin drug carrier for treatment of localized cancers: pharmacokinetics, tolerability, and efficacy in rodents and canines." *J. Pharm. Sci.* 105(6):1891-900 (2016). *PMID: 27155765.*

71. Ti Zhang, Shuang Cai, W.C. Forrest, Eva Mohr, Qiuhong Yang, and M. Laird Forrest. "Development and Validation of an Inductively Coupled Plasma Mass Spectrometry Method for Quantitative Analysis of Platinum in Plasma, Urine, and Tissues." *Appl. Spectrosc.*, 70(9):1529-36 (2016). *PMID 27527103*

72. P. Isedeh, M.L. Forrest, D. Liu, D. Aires. "Ensuring that injectable bicarbonate-buffered lidocaine-epinephrine complies with 2015 United States Pharmacopeia (USP) compounding provisions." *J. Am. Acad. Dermatol.* 75(2):454-5 (2016). *PMID 27444082.*

73. S. Ishiguro, S. Cai, D. Uppalapati, K. Turner, T. Zhang, W.C. Forrest, M.L. Forrest, M. Tamura. "Intratracheal administration of hyaluronan-cisplatin conjugate nanoparticles significantly attenuates lung cancer growth in mice." *Pharm. Res.,* 33(10):2517-29 (2016). *PMID 27335023.*

74. S. Alrushaid, C.L. Sayre, Z.H. Maayah, Y. Zhao, M.L. Forrest, S.N. Senadheera, K. Chaboyer, H.D. Anderson, A. El-Kadi and N. M. Davies. "Mechanistically Elucidating the *In-Vitro* Safety and Efficacy of a Novel Doxorubicin Derivative" *Drug Dev. Transl. Res.* 7(4):582-597 (2017). *PMID 28462502*

75. Benyi Li, Chenchen He, Shaofeng Duan, Liang Dong, Yi-Fen Wang, Qingting Hu, M. Laird Forrest, and Suxia Han. "Characterization of a novel p110β-specific inhibitor BL140 that eliminates MDV3100-resistance in castration-resistant prostate cancer cells." *Prostate.* 2017 77(11):1187-1198. *PMID: 28631436*

76. Senadheera SN, Zhang T, Groer CE, Forrest ML. "Formation of platinum (II) as a six member ring for sustained polymeric delivery." *Eur J Med Chem.* 2017.136:452-456. *PMID 28525843.*

77. Peter A. Kleindl, Jian Xiong, Asha Hewarathna, Olivier Mozziconacci, Maulik K. Nariya, Adam C. Fisher, Eric J. Deeds, Sangeeta B. Joshi, C. Russell Middaugh, Christian Schöneich, David B. Volkin, M. Laird Forrest. The botanical drug substance crofelemer as a model system for comparative characterization of complex mixture drugs. *J Pharm Sci. 2017 106(11):3242-3256. PMID: 28743606*

78. Asha Hewarathna, Olivier Mozziconacci, Maulik K. Nariya, Peter A. Kleindl, Jian Xiong, Adam C. Fisher, Sangeeta B. Joshi, C. Russell Middaugh, M. Laird Forrest, David B. Volkin, Eric J. Deeds, Christian Schöneich. Chemical stability of the botanical drug substance Crofelemer: a model system for comparative characterization of complex mixture drugs. *J Pharm Sci. 2017 106(11):3257-3269. PMID: 28688843*

79. Maulik K. Nariya, Jae Hyun Kim, Jian Xiong, Peter A. Kleindl, Asha Hewarathna, Adam C. Fisher, Sangeeta B. Joshi, Christian Schöneich, M. Laird Forrest, C. Russell Middaugh, David B. Volkin, Eric J. Deeds. "Comparative characterization of crofelemer samples using data mining and machine learning approaches with analytical stability data sets." *J Pharm Sci. 2017 106(11):3270-3279. PMID: 28743607*

80. O. Mozziconacci, J.T. Stobaugh, R. Bommana, J. Woods, E. Franklin, J.W. Jorgenson, M.L. Forrest, C. Schöneich, J.F. Stobaugh. "Profiling the photochemical induced degradation of rat growth hormone with extreme ultra pressure chromatography – mass spectrometry utilizing meter-long microcapillary columns packed with sub 2-μm particles." *Chromatographia 2017 80(9):1299-1318. PMID pending*

81. Samaa Alrushaid, Casey L. Sayre, Jaime A. Yanez, M. Laird Forrest, Sanjeewa N. Senadheera, Frank J. Burczynski, Raimar Lobenberg, Neal M. Davies. "Pharmacokinetic and toxicodynamic characterization of a novel doxorubicin derivative." *Pharmaceutics 2017 9(3). pii:E3. PMID 28902176*

82. Pingping Fang, Jill A. Madden, Lisa Neums, Ryan K. Moulder, Laird M. Forrest, Jeremy Chien "Olaparib-induced Adaptive Response Is Disrupted by FOXM1 Targeting that Enhances Sensitivity to PARP Inhibition.." *Mol. Cancer Res. 2018 16(6):961-73. PMID 29545475*

83. Ninad Varkhede, Nital Patel, William Chang, Kenneth Ruterbories, M. Laird Forrest. "A semi-physiologically based pharmacokinetic model describing the altered metabolism of midazolam due to inflammation in mice" *Pharm. Res. 2018 35(8):162-174. PMID: 29931580*

84. N. Varkhede, M.L. Forrest. "Understanding the monoclonal antibody disposition after subcutaneous administration using a minimal physiologically based pharmacokinetic model" *J. Pharm. Pharm. Sci. 2018  21(1s), 130s – 148s. PMID: 30011390*

85. S. Cai, T. Zhang, C. Groer, M. Forrest, D. Aires, V. Otte, S. Barchman, A. Faerber, M.L. Forrest. "Injectable chemotherapy downstaged oral squamous cell carcinoma from non-resectable to resectable in a rescue dog: diagnosis, treatment and outcome." *Case Reports Vet. Med. 2018:9078537. PMID: 30402324*

86. Z. Maayah, T. Zhang, M.L. Forrest, S. Alrushaid, M.R. Doschak, N. Davies, A. El-Kadi. "DOX-Vit D, a novel doxorubicin delivery approach, inhibits human osteosarcoma cell proliferation by inducing apoptosis while inhibiting Akt and mTOR signaling pathways." *Pharmaceutics. 2018 10(3) pii:E144. PMID: 30181466*

87. P. Kasturi, A. Artigues, M.L. Forrest, B. Li. "Alternol eliminates excessive ATP production by disturbing Krebs cycle in prostate cancer" *Prostate. 2019 79(6):628-639. PMID: 30663084*

88. J.Y. Song, N.R. Larson, S. Thati, I. Torres-Vazquez, N. Martinez-Rivera, N.J. Subelzu, M.A. Leon, E. Rosa-Molinar, C. Schoeneich, M.L. Forrest, C.R. Middaugh, C.J. Berkland. "Glatiramer acetate persists at the injection site and draining lymph nodes via electrostatically-induced aggregation. *J. Control. Rel. 2019, 293:36-47. PMID: 30414463.*

89. Donneys A, Yang Q, Forrest ML, Nelson NS, Zhang T, Ettinger R, Ranganathan K, Snider A, Deshpande SS, Cohen MS, Buchman SR. "Implantable hyaluronic acid-deferoxamine conjugate prevents nonunions through stimulation of neovascularization." *npj Regenerative Medicine, 2019 4:11. PMID: 31123600.*

90. R. Lu, C. Groer, P.A. Kleindl, K.R. Moulder, A. Huang, J.R. Hunt, S. Cai, D.J. Aires, C. Berkland, L. Forrest. "Formulation and preclinical evaluation of a toll-like receptor 7/8 agonist as an anti-tumoral immunomodulator." *J. Control. Rel. 2019. Pii:S0168-3659(10)30313-x. PMID: 31173789 PMCID: PMC6679596.*

91. N. Varkhede, B.H. Peters, Y. Wei, C.R. Middaugh, C.S. Schöneich, L. Forrest. "Effect of iron oxide nanoparticles on the oxidation and secondary structure of growth hormone." *J. Pharm. Sci. 2019, 108:3372-3381. PMID 31216451.*

92. N. Varkhede, R. Bommana, C.S. Schöneich, L. Forrest. Proteolysis and oxidation of therapeutic proteins after intradermal or subcutaneous administration." *J. Pharm. Sci. 2020, 109:191-205. PMID 31408633.*

93. J.R. Hunt, P.A. Kleindl, K.R. Moulder, T.E. Prisinzano, M.L. Forrest. "Further Exploration of the Structure-Activity Relationship of Imidazoquinolines; Identification of Potent C7 Substituted Imidazoquinolines" *Bioorganic & Medicinal Chemistry Letters. 2020, 30:126788. PMID: 31784317.*

94. A. Huang, M.M. Pressnall, R. Lu, S.G. Huayamares, J.D. Griffin, C. Grower, B.J. Dekosky, M.L. Forrest, C.J. Berkland. "Human Intratumoral Immunotherapy: Linking Drug Properties and Tumor Transport of Drugs in Clinical Trials" *J. Control. Rel. 2020, 326:203-221.*

95. C. Groer, T. Zhang, R. Lu, S. Cai, D. Mull, A. Huang, M. Forrest, C. Berkland, D. Aires, M.L. Forrest. "Intratumoral cancer chemotherapy with a carrier-based immunogenic cell death eliciting platinum (IV) agent." *Molecular Pharmaceutics, 17(11):4334-4345 (2020). PMID: 32975949 PMCID: PMC8200829*

96. Huayamares SG, Song JY, Huang A, Crowl SR, Groer CE, Forrest ML, Berkland CJ. Constructing a Biomaterial to Simulate Extracellular Drug Transport in Solid Tumors. *Macromol Biosci. 2020 Dec;20(12):e2000251. PMID: 32924274.*

97. J. Jo, M.L. Forrest, X. Yang. "Ultrasound-Assisted Laser Thrombolysis with Endovascular Laser and High-intensity Focused Ultrasound." *Medical Physics, 48(2):579-586 (2021). PMID: 33280145.*

98. J. Jo, M.L. Forrest, X. Yang. "The feasibility of ultrasound-assisted endovascular laser thrombolysis in an acute rabbit thrombosis model." *Medical Physics, 48(8):4128-4138 (2021). PMID: 34214203.*

99. M.M.Pressnall, A. Huang, C.E.Groer, S.G. Huayamares, M.L. Forrest, C.J. Berkland. "Glatiramer acetate enhances tumor retention and innate activation of immunostimulants." *Intl. J. Pharmaceutics, 605:120812 (2021). PMID: 34144136.*

100. S. Abdelbaky, M.T. Ibrahim, H. Samy, M. Mohamed, H. Mohamed, M. Mustafa, M.M. Abdelaziz, M.L. Forrest, I.A. Khalil. "Cancer Immunotherapy from Biology to Nanomedicine." *J. Control. Rel., 336:410-432 (2021). PMID: 34171445.*

101. N. Varkhede, B.-J. Peters, K.R. Moulder, P. Gao, C. Schöneich, M.L. Forrest. "Analysis of N15-rat growth hormone after incubation with rat subcutaneous tissue and immune cells using ultra-pressure chromatography-mass spectrometry." *Analytical Biochemistry, 634:114425 (2021). PMID: 34678250.*

102. N.R. Larson, G. Hu, Y. Wei, A. Tuesesca, M.L. Forrest, C.R. Middaugh. "pH-dependent phase behavior and stability of cationic lipid-mRNA nanoparticles." *Journal of Pharmaceutical Sciences, 111(3):690-698. (2022). PMID: 34774918.*

103. T. Zhang, S. Cai, M.M. Abdelaziz, D.J. Aire, M.L. Forrest. "Hyaluronic acid carrier-based photodynamic therapy for head and neck squamous cell carcinoma." *Journal of Photodiagnostics and Photodynamic Therapy*, 37:102706. (2022) *PMID: 34954388.*

104. N.R. Larson, G. Hu, Y. Wei, M.L. Forrest, C.R. Middaugh. "Conformational changes and drivers of monoclonal antibody liquid-liquid phase separation." *J. Pharm. Sci.* 112(3):680-690. (2023). doi: 10.1016/j.xphs.2022.10.017. PMID: 36306862.

105. Huang, Aric; Groer, Chad; Lu, Ruolin; Forrest, Marcus; Griffin, J. Daniel; Berkland, Cory "Glatiramer acetate complexed with CpG as intratumoral immunotherapy in combination with anti-PD-1. *Molecular Pharmaceutics*, 19, 11, 4357–4369 (2022) https://doi.org/10.1021/acs.molpharmaceut.2c00730

106. Pandurangi, Raghu; Orsolya, Cseh; Luchman, Hema; Ma, Cynthia X.; Senadheera, Sanjeewa; Forrest, Marcus Laird;. "Rational Drug Design of Targeted and Enzyme-Cleavable Vitamin E Analogs as a Neoadjuvant to Chemotherapy: *In Vitro* and *In Vivo* Evaluation on Reduction of the Cardiotoxicity Side Effect of Doxorubicin" *ACS Pharmacology and Translational Science,* 6, 3, 372–386. (2023) https://doi.org/10.1021/acsptsci.2c00091

107. Joaquina C. Baranda, Ghulam Rehman Mohy-Ud-Din, Andrés M. Bur, Yelizaveta Shnayder, Kyle R. Sweeney, Kiran Kakarala, Megan Prouty, Harsh Pathak, Rajni Puri, Amrita Mitra, Rashna Madan, M. Laird Forrest, Aric Huang, Scott Weir, Andrew K. Godwin, Nabil A. Alhakamy, J. Daniel Griffin, Cory J. Berkland. "A Window of Opportunity Trial Evaluating Intratumoral Injection of Copaxone® in Patients with Percutaneously Accessible Tumors." *Translational Medicine Communications*, 8:5 (2023). https://doi.org/10.1186/s41231-023-00137-9.

108. Joseph Khoury, Ti Zhang, David B. Earle, M. Laird Forrest. "Accelerated neutral atom beam (ANAB) and gas clustered ion beam (GCIB) treatment of polymers leads to decreased bacterial attachment *in vitro* and decreased inflammation *in vivo*" *Engineered Regeneration*, 4(3):257-264 (2023). https://doi.org/10.1016/j.engreg.2023.03.006

109. Raghavachar Chakravarti, Aparna; Groer, Chad; Gong, Huan; Yudistyra, Vivian; Forrest, M.; Berkland, Cory. "Design of a tumor binding GMCSF as intratumoral immunotherapy of solid tumors" *Mol Pharm.* 2023 Apr 3;20(4):1975-1989. doi: 10.1021/acs.molpharmaceut.2c00897

110. A. Samaddar, R. Singh, X. Yang, K.C. Ebersole, M.L. Forrest. "Investigating the potential of catheter-assisted pulsed focused ultrasound ablation for atherosclerotic plaques" *Medical Physics*, 51(8):5181-9 (2024). https://doi.org/10.1002/mp.17253

111. A. Samaddar, L. Forrest, X. Yang. "Pulsed focused ultrasound ablation assisted by a surface modified catheter for thrombolysis: a feasibility study." *Front. Acoust.* 2:1456606. (2024) doi: 10.3389/facou.2024.1456606

112. Huan Gong, J. Daniel Griffin, Chad E. Groer, Sa Wu, Grant M. Downes, Grace Markum, Moustafa M. Abdelaziz, Nabil A. Alhakamy, M. Laird Forrest, and Cory J. Berkland "Glatiramer Acetate Complexes CpG Oligodeoxynucleotides into Nanoparticles and Boosts Their TLR9-Driven Immunity" *Molecular Therapeutics*, 21(12):6323-6338. (2024) doi: 10.1021/acs.molpharmaceut.4c00841.

113. J. Aires, V. Tonkovic-Capin, M. Laird Forrest. "Occupational formalin exposure from biopsy jars can be minimized by a modified collection procedure." *J. Am. Acad. Dermatol. 92(5):P1131-1132. (2025) doi: 10.1016/j.jaad.2025.01.030*

114. K.B. Lalchandani, A. Donneys, N.S. Nelson, M. Daniel , K M. Urlaub, J. V. Lynn, K. Cragg, E. Wessels, N. Singh, M.L. Forrest, M. Cohen, S.R Buchman. "Ferroximendimproves non-vascularized bone graft incorporation in the irradiated rat mandible". *Annals of Plastic Surgery*. 95(1):93-99. (2025) doi: 10.1097/SAP.0000000000004355.

115. A. Samaddar, P. Adhikari, D. Wang, S. Wu, J. Wang, M. Laird Forrest, X. Yang. "An in vivo study on the feasibility of catheter-assisted pulsed focused ultrasound ablation of atherosclerotic plaques" *Ultrasound in Medicine & Biology. 51(10):1789-1796. (2025) DOI: 10.1016/j.ultrasmedbio.2025.06.021*

116. Mark Francis Seán Craven, Allison Jo Brachtenbach, Kenneth Ryan Moulder, Greta Van Slyke, Nicholas Larson, Nicholas J. Mantis, C. Russell Middaugh, Marcus Laird Forrest, "Synthesis and Characterization of Modified Nanodiamonds for Use as a Potential Vaccine Adjuvant Delivery Platform for a Candidate Ricin Toxin Vaccine" *J. Pharm. Sci.114(9):103900. (2025) https://doi.org/10.1016/j.xphs.2025.103900*

117. Moustafa M. Abdelaziz, Chad Groer, Jack D. Weiner, Suresh E. Kurhade, Patrick Ross, Mark Craven, Huan Gong, Sa Wu, Mark P. Farrell, and M. Laird Forrest. "Development of Long-acting Formulation for Hydrophobic Kifunensine Analogues as Potent Inhibitors of Type I Mannosidase Enzymes" *J. Drug Delivery Science and Technology (2025).* https://doi.org/10.1016/j.jddst.2025.107844

Submitted for publication and currently in peer review:

"Magnetic Immunoprecipitation Assay for the Isolation of Adalimumab and Degradation Products in Preclinical Biological Samples" Abdelaziz, Moustafa; Zhang, Yilue; Espinoza Ballesteros, Maribel; Groer, Chad; Richards, David; Gong, Huan; Bechtold-Peters, Karoline; Schoneich, Christian; Forrest, Marcus

"Discovery of Synthetic Toll-Like Receptor 7/8 Dual Agonist as Immunostimulatory Adjuvant for Bladder Cancer Therapy" Grahmm A. Funk, Connor S. Alhquist, Su Jeong Song, Xiaodi Li, Ben Woolbright, John A. Taylor III, M. Laird Forrest, Hyunjoon Kim

### Books/Special Journal Issues as Editor

1. M.L. Forrest and G.S. Kwon (co-editors) "Clinical developments in drug delivery nanotechnology." *Advanced Drug Delivery Reviews,* Elsevier (Philadelphia, PA USA), 2008.

2. M.L. Forrest and M.S. Cohen (co-editors) "The Lymphatic System: Therapy, Imaging and Nanotechnology." *Advanced Drug Delivery Reviews,* Elsevier (Philadelphia, PA USA), 2011.

3. M.L Forrest and J. Ramsey (co-editors). "Nanoparticles for Delivery of Biotherapeutics." Future Science Ltd. (London), 2015.

### Book chapters (peer reviewed)

1. Liu, R.L., M.L. Forrest, and G.S. Kwon. "Micellization and Drug Solubility Enhancement" in *Water Insoluble Drug Formulation*, 2nd ed. Editor R. Liu. CRC Press (Boca Raton, FL) (2008).

2. Hart, D.S., Yunqi Zhao, M.L. Forrest. "Polyethylene glycol polyester block copolymers: Biocompatible carriers for nanoparticulate drug delivery" in *Handbook of Harnessing Biomaterials in Nanomedicine*, Ed. Dan Peer. Taylor & Francis publishing, (Oxford, UK)(1st ed., 2011).

3. J.A. Yáñez, D.R. Brooks, M.L. Forrest, N.M. Davies. "Pharmacokinetic Behavior of Orally Administered Drugs" in *Oral Bioavailability: Basics Principles, Advanced Concepts and Applications*, Eds. M. Hu and X. Li. Wiley Press (Hoboken, NJ) (2011).

4.  T. Zhang, M.L. Forrest. "Biotherapeutic applications of metallic nanoparticles." *Nanoparticles for Delivery of Biotherapeutics*, Future Science Ltd. (London) (2015).

5.  Q. Yang, M.L. Forrest. "Drug delivery to the lymphatic system." In *Drug Delivery: Principles and Applications, Second Edition,* Eds. B. Wang, T. Siahaan. Wiley Press (Hoboken, NJ) (2016).

6.  Liu, R.L., M.L. Forrest, G.S. Kwon, X. Xiong, and Z. Zhang. "Polymeric micelles in water-insoluble drug delivery" in *Water Insoluble Drug Formulation*, 3rd ed. Editor R. Liu. CRC Press (Boca Raton, FL) (2018).

7.  Zaid H. Maayah, Ti Zhang, Marcus Laird Forrest, Samaa Alrushaid, Michael R. Doschak, Neal M. Davies and Ayman O. S. El-Kadi**. "**DOX-Vit D, a Novel Doxorubicin Delivery Approach, Inhibits Human Osteosarcoma Cell Proliferation by Inducing Apoptosis While Inhibiting Akt and mTOR Signaling Pathway" In *Drug Delivery Technology Development in Canada.* Eds. K.M. Wasan and I. Badea. MDPI Press (Basel, Switzerland) (2019).

8.  Hart, D.S., Yunqi Zhao, M.L. Forrest. "Polyethylene glycol polyester block copolymers: Biocompatible carriers for nanoparticulate drug delivery" in *Handbook of Harnessing Biomaterials in Nanomedicine*, Ed. Dan Peer. Jenny Stanford publishing, (Singapore)(2nd ed., 2021, update of 1st ed.).

9.  Al Nebaihi HM, Brocks DR, Yanez JA, Forrest ML, Davies NM. "Pharmacokinetic Behaviors of Orally Administered Drugs" in *Bioavailability and Oral Drug Delivery: From Basics to Advanced Concepts and Applications*, Wiley Series in Drug Discovery and Development (2023)

10. N. Varkhede, M. Abdelaziz, Q. Yang, M.L. Forrest. "Lymphatic systems in drug formulation and absorption." In *Drug Delivery: Principles and Applications, Third Edition,* Eds. B. Wang, T. Siahaan. Wiley Press (Hoboken, NJ). (pending publication, 2026)

## Conference Abstracts, Papers, Proceedings and Posters

1.  Forrest, M.L, D. W. Pack. "Quantitation of endolysosomal trafficking of polyplex gene delivery vehicles." *Proceedings of the International Symposium on Controlled Release of Bioactive Materials* 28, 607 (2001).

2.  Forrest, M.L, J.T. Koerber, D.W. Pack. "Highly Efficient, Biodegradable Polyethylenimine Gene Delivery Vehicles." *Proceedings of the International Symposium on Controlled Release of Bioactive Materials* 30, 588 (2003).

3.  Balija, A.M., M. L. Forrest, D.W. Pack, and S.C. Zimmerman. "Dendritic Trojan horse." *Abstracts of Papers (American Chemical Society Meeting)* 228: U63 267-ORGN Part 2, Aug. 22 (2004).

4.  Forrest, M.L., N. Gabrielson, D.W. Pack. "Reduction of polyethylenimine bufferings capacity enhances in-vitro gene delivery activity." *Molecular Therapy* 9:S138 (2004).

5.  Forrest, M.L., S. Tu, C.-Y. Won, W. Malick, G.S. Kwon. "Nanoencapsulation of Hydrophobic Paclitaxel Prodrugs in Poly(ethylene glycol)-block-poly(ε-caprolactone) Micelles." *Proceedings of the International Symposium on Controlled Release of Bioactive Materials* 30 (2006).

6.  Yáñez, J. C. Remsberg, G. Kwon, N. Davies, <u>M.L. Forrest</u>. "Pharmacokinetics, Delivery, and Tolerability of Novel Nanoencapsulated PEG-b-Poly(ε -caprolactone) Micelles of Geldanamycin Prodrugs in Rats." *AAPS J* 9:W4427 (2007).

7.  <u>Forrest, M.L.</u>, J. Yáñez, M. Xiong, G.S. Kwon, N. Davies. "Pharmacokinetics and Characterization of 17-AAG Geldanamycin Analogue (Tanespimycin) in a Poly(ethylene oxide)-b-Poly(D-lactic acid) Micelle Nanocarrier." *AAPS J* 9:W4405 (2007).

8.  C. Remsberg, C., J. Yáñez, G. Kwon, N. Davies, <u>M.L. Forrest</u>. "To encapsulate a synthesized paclitaxel prodrug in amphiphilic block co-polymer micelles of PEG-b-PCL and to determine the pharmacokinetics and tissue distribution of paclitaxel prodrug (PAX7'C6) solubilized in PEG-b-PCL compared to Taxol." *AAPS J* 9:W4406 (2007).

9.  Forrest, M.L. and D.W. Pack.  "DNA-Polymer Complexes for Gene Therapy:  Discovering the Barriers to Efficient Delivery."  Poster presentation at the University of Illinois Biotechnology Symposium, Urbana, IL, November 1999.

10. Forrest, M.L. and D.W. Pack. "Quantitation of Polyplex pH Microenvironment as a Tool for Elucidating Gene Delivery Mechanism." Paper at Pharmaceutical and Biotechnology Program, American Institute of Chemical Engineering National Meeting, Reno, NV, November 2001.

11. Forrest, M.L. and D.W. Pack.  "Nano-Complexes of Polymer and DNA: 'Artificial Viruses'."  Poster at the Nanotechnology Industrial Symposium, University of Illinois, Urbana, IL, May 2003.

12. Forrest, M.L. and D.W. Pack.  "Non-Viral Gene Delivery Vectors Based on Modified Polyethylenimine" and "Highly Efficient, Biodegradable Polyethylenimine Gene Delivery Vehicles."  Posters at the 30th Annual Meeting & Exposition of the Controlled Release Society, Glasgow, Scotland, July 2003.

13. Forrest, M.L. and G.S. Kwon. "Hydrolysable Prodrugs of Geldanamycin for Efficient Nanoencapsulation and Sustained Release." Poster at the American Association of Pharmaceutical Scientists Annual Meeting and Exposition, Nashville, TN, November 2005.

14. Forrest, M.L. and G.S. Kwon. "Hydrolysable Prodrugs of Geldanamycin for Efficient Nanoencapsulation and Sustained Release." and "Nanocarriers for Controlled Delivery of Therapeutic Agents." Poster at American Institute of Chemical Engineers Annual Conference, Cleveland, OH, November 2005.

15. Yáñez, J.A., M.L. Forrest, Y. Ohgami, G.S. Kwon, N.M. Davies. "Pharmacometrics and Delivery of Novel Nanoformulated PEG-b-Poly(ε-caprolactone) Micelles of Rapamycin." Poster at American Association of Pharmaceutical Scientists Annual Meeting, San Antonio, TX, October 2006.

16. Forrest, M.L., J.A. Yáñez, C.M. Remsberg, G.S. Kwon, N.M. Davies. "Nanocarrier Formulation of a Geldanamycin Prodrug in ABC Micelles: Pharmacokinetics and Tolerability in Rats." Poster at Utah 13th Drug Delivery Symposium, Salt Lake City, UT, February 2007.

17. Forrest, M.L., J.A. Yáñez, C.M. Remsberg, G.S. Kwon, N.M. Davies. "Pharmacokinetics of Nanoencapsulated Paclitaxel Hexonate Prodrug in Poly(ethylene glycol)-block-poly(epsilon-caprolactone) Micelles." Poster at 34th Annual Meeting of the Controlled Release Society, Long Beach, CA, July 2007.

18. Xiong, M.P., J.A. Yáñez, G.S. Kwon, N.M. Davies, M.L. Forrest. "A Cremophor-free Formulation for 17-AAG (tanespimycin) using PEO-b-PDLA Micelles: Characterization and Pharmacokinetics in Rats." Poster at 34th Annual Meeting of the Controlled Release Society, Long Beach, CA, July 2007.

19. Forrest, M.L., J.A. Yáñez, C.M. Remsberg, G.S. Kwon, N.M. Davies. "Pharmacokinetics of Nanoencapsulated Paclitaxel Hexonate Prodrug in Poly(ethylene glycol)-block-poly(epsilon-caprolactone) Micelles." Poster at 34th Annual Meeting of the Controlled Release Society, Long Beach, CA, July 2007.

20. M.S. Cohen, H. Diab, S. Cai, Y. Xie, M.L. Forrest, "Intralymphatic delivery system for treatment of breast cancer." Presented at American Society of Clinical Oncology – 2007 Breast Cancer Symposium, San Francisco, CA, September 7-8, 2007.

21. Yáñez, J.A., C.M. Remsberg, G.S. Kwon, N.M. Davies, M.L. Forrest. "Pharmacokinetics, Delivery, and Tolerability of Novel Nanoencapsulated PEG-b-Poly(epsilon-caprolactone) Micelles of Geldanamycin Prodrugs in Rats." Presented at American Association of Pharmaceutical Scientists Annual Meeting, San Diego, CA, November, 2007.

22. Remsberg, C.M., J.A. Yáñez, G.S. Kwon, N.M. Davies, M.L. Forrest. "Pharmacokinetic and Tissue Distribution Analysis of a Paclitaxel Prodrug Nanoencapsulated in PEG-b-Poly(epsilon-caprolactone) Micelles." Presented at American Association of Pharmaceutical Scientists Annual Meeting, San Diego, CA, November, 2007.

23. Forrest, M.L., J.A. Yáñez, M.P. Xiong, G.S. Kwon, N.M. Davies. "Pharmacokinetics and Characterization of 17-AAG Geldanamycin Analogue (Tanespimycin) in a Poly(ethylene oxide)-b-Poly(D-lactic acid) Micelle Nanocarrier." Presented at American Association of Pharmaceutical Scientists Annual Meeting, San Diego, CA, November, 2007.

24. Cai, S., Y. Xie, H. Diab, M.S. Cohen, M.L. Forrest. "Nanocarrier delivery of cisplatin to the lymphatics: In vitro and in vivo evaluation in rodents." Presented at KUMC Masonic Cancer Center Annual Meeting, December 1, 2007.

25. Cai, S., Y. Xie, T. Bagby, M.S. Cohen, M.L. Forrest. "A Hyaluronan nanocarrier for intralymphatic drug delivery: synthesis, characterization, and pharmacokinetics in rats." Presented at American Association for Cancer Research Annual Meeting, San Diego, April 14, 2008.

26. Cai, S., M.S. Cohen, M.L. Forrest. "Intralymphatic treatment of breast cancer: synthesis, characterization and pharmacokinetics in rodents." Presented at Abbott Labs, Abbott Park, IL, June 13, 2008.

27. M.S. Cohen, S. Cai, M.L. Forrest. "Intralymphatic nanocarrier chemotherapy for breast cancer: Improved delivery to locoregional lymph nodes." Presented at AACR Translational Cancer Medicine: Cancer Clinical Trials and Personalized Medicine conference, Monterey, CA, July 21, 2008.

28. T. Bagby, M.L. Forrest. "Development of Stable Melphalan Formulations for Melanoma." Presented at KU Cancer Center Research Symposium, Kansas City, November 7, 2008.

29. Y. Xie, K.L. Aillon, C.J. Berkland, M.L. Forrest. "Pulmonary Delivery of Cisplatin-Hyaluronan Conjugates for the Treatment of Lung Cancer: Synthesis, Pharmacokinetics, and Tissue Distribution in Rats." Presented at 2008 Cancer Center Research Symposium, Kansas City, November 7, 2008.

30. S. Cai, Y. Xie, T.R. Bagby, M.S. Cohen, M.L. Forrest. "Intralymphatic drug delivery for treatment of breast cancer and head and neck cancer" Presented at The University of Kansas Cancer Center Symposium at the University of Kansas Medical Center, Kansas City, November 7, 2008.

31. S. Thati, S. Cai, T.R. Bagby, M.S. Cohen, M.L. Forrest. "Intralymphatic drug delivery for treatment of breast cancer: Synthesis, characterization, pharmacokinetics and anti-cancer activity in rodents" Presented at The University of Kansas Cancer Center Symposium at the University of Kansas Medical Center, Kansas City, November 7, 2008.

32. S. Cai, Y. Xie, T.R. Bagby, M.S. Cohen, M.L. Forrest. "Intralymphatic drug delivery for treatment of breast cancer: Synthesis, characterization, and pharmacokinetics in rodents." Presented at Higuchi Bioscience Talks 2008 at University of Kansas, Lawrence, December 5, 2008.

33. T.R. Bagby, Y. Xie, M.L. Forrest. "Reversible Shielding of Viruses for Cancer Gene Therapy." Presented at the 14th International Symposium on Recent Advances in Drug Delivery Systems: Drug Carriers-Progress Beyond Delivery, Salt Lake City, UT, February 16, 2009.

34. Y. Xie, K.L. Aillon, C. Berkland, M.L. Forrest. "Nanocarrier delivery system for chemotherapeutic treatment of lung cancer." ." Presented at the 14th International Symposium on Recent Advances in Drug Delivery Systems: Drug Carriers-Progress Beyond Delivery, Salt Lake City, UT, February 16, 2009.

35. S. Cai, Y. Xie, T.R. Bagby, S. Thati, B.J. Johnston, M.S. Cohen , M.L. Forrest. "Intralymphatic drug delivery for treatment of breast cancer and head and neck cancer: synthesis, characterization, pharmacokinetics and anti-cancer activity in rodents." Presented at 14th international symposium on recent advances in drug delivery systems, Salt Lake City, UT, February 16, 2009.

36. Forrest, M.L. "Drug nanocarriers for intralymphatic chemotherapy of breast cancer." Presented at INBRE Conference, Oklahoma City, OK, May 28, 2009.

37. T.R. Bagby and M.L. Forrest. "Lymphatic Imaging of Mice." Presented at The University of Kansas Department of Pharmaceutical Chemistry Fall Retreat, Lawrence, KS, October 15, 2009.

38. T.R. Bagby, S. Cai, S. Thati, Y. Xie, N.M. Davies, M.S. Cohen and M.L. Forrest. "Localized Doxorubicin Chemotherapy with a Biopolymeric Nanocarrier Improves Survival and Reduces Toxicity in Xenografts of Human Breast Cancer." Presented at the Faculty Research Day at the University of Kansas Medical Center, Kansas City, KS, November 3, 2009.

39. Remsberg, C.M., J.K. Takemoto, R.M. Bertram, M.L. Forrest, N.M. Davies. "Development of a novel micelle formulation and pharmacometrics of the mTOR inhibitor, deforolimus." Presented at Canadian Society for Pharmaceutical Sciences in Richmond, British Columbia, June 2-5, 2010.

40. Remsberg, C.M., J.K. Takemoto, R.M. Bertram, M.L. Forrest, N.M. Davies. "Nanoformulation development and pharmacometrics of the histone deacetylase inhibitor vorinostat." Presented at Canadian Society for Pharmaceutical Sciences in Richmond, BC, June 2-5, 2010.

41. S. Cai, S. Duan, Q. Yang, M.L. Forrest. "Lymphatic Delivery of Cisplatin and Nitric Oxide Prodrug JS-K for the Treatment of Metastatic Head and Neck Squamous Cell Cancer." Presented at Department of Pharmaceutical Chemistry Fall Retreat Symposium, University of Kansas, Baldwin City, Kansas, October 14, 2010

42. S. Cai, M.L. Forrest. "Lymphatic Drug Delivery for the Treatment of Metastatic Cancers." Presented at School of Pharmacy Graduate Honors Symposium, University of Kansas, Lawrence, Kansas, April 15, 2010

43. T.R. Bagby, S. Thati, S. Cai, and M.L. Forrest. "Effect of Molecular Weight on Lymphatic Drainage Patterns and Kinetics of Localized Drug Carriers." Presented at Pharmaceutics Graduate Student Research Meeting, Columbus, Ohio, June 18, 2010.

44. Q. Yang, S. Cai, T.R. Bagby, S. Duan, M.L. Forrest. "Encapsulation of anticancer drugs and imaging agents in nanoparticles for lymphatic cancer treatment." Presented at Department of Pharmaceutical Chemistry Fall Retreat Symposium, Baldwin city, KS, October 14, 2010

45. T.R. Bagby, S. Thati, S. Duan, S. Cai, and M.L. Forrest. "Effect of Molecular Weight and Charge on Lymphatic Drainage Patterns and Kinetics of Localized Drug Carriers Using Whole Body Fluorescent Imaging." Presented at the Fourth Annual University of Kansas Department of Pharmaceutical Chemistry Fall Retreat, Lawrence, KS, October 15, 2010.

46. Y. Zhao, S. Duan, M.L. Forrest. "PSMA-targeted Nanocarriers for Delivery of TGX-221 to Prostate Cancer Cells." Presented at Department of Pharmaceutical Chemistry Fall Retreat Symposium, Baldwin city, KS, October 14, 2010

47. Duan, S.; S. Cai; T.R. Bagby; M.L. Forrest. "Synthesis of sugar and carbonate star polymers for localized chemotheraphy". Presented at the 45th Midwest Regional Meeting of the American Chemical Society, Wichita, KS, October 27-30, 2010.

48. Takemoto, J.K., C.M. Remsberg, M.L. Forrest, N.M. Davies. "Nanomicellar delivery pharmacokinetics and pharmacodynamics of the histone deacetylase inhibitor suberoylanilide hydroxamic acid." Presented at the American Association of Pharmaceutical Scientists Annual Meeting and Exposition, New Orleans, LA, November 13-14, 2010.

49. Remsberg, C.M., M.L. Forrest, N.M. Davies. "Quantitative determination of ridaforolimus, a mTOR inhibitor, in rat plasma using LC/ESI/MS." Presented at the FIP Pharmaceutical Sciences 2010 World Congress, American Association of Pharmaceutical Scientists Annual Meeting and Exposition, New Orleans, LA, November 13-14, 2010.

50. Cai, S., Y. Xie, S. Thati, T.R. Bagby, M.S. Cohen, M.L. Forrest. "Lymphatic delivery of cisplatin for the treatment of metastatic head and neck squamous cell cancer." Presented at Globalization of Pharmaceutics Education Network (GPEN), University of North Carolina, Chapel Hill, NC, November 10-12, 2010.

51. Bagby, T.R., S. Thati, S. Duan, S. Cai, M.L. Forrest. "Effect of Molecular Weight and Charge on Lymphatic Drainage Patterns and Kinetics of Localized Drug Carriers." Presented at Globalization of Pharmaceutics Education Network (GPEN), University of North Carolina, Chapel Hill, NC, November 10-12, 2010.

52. S. Cai, S. Duan, Q. Yang, M.L. Forrest. "Targeted Drug Platform for Combination Nitric Oxide and Platinum Chemotherapy of Head and Neck Cancer." Presented at Chemical Biology NIH Training Grant Symposium, University of Kansas, Lawrence, Kansas, December 7, 2010

53. S. Cai, S. Duan, M.S. Cohen, M.L. Forrest. "Targeted Drug Platform for Combination Nitric Oxide and Platinum Chemotherapy of Head and Neck Cancer." Presented at Kansas IDeA Network of Biomedical Research Excellence Symposium, Kansas City, Kansas, January 15, 2011

54. S. Cai, M.L. Forrest. "Development of Drug Delivery Platforms for Locoregional Treatment of Carcinomas." Presented at Kansas IDeA Network of Biomedical Research Excellence Symposium, Kansas City, Kansas, January 15, 2011.

55. S. Cohen, M. Cohen, R. Mukerji, S. Cai, I. Damjanov, M.L. Forrest. "Subcutaneous Delivery of Nanoconjugated Doxorubicin/Cisplatin for Locally Advanced Breast Cancer Demonstrates Improved Efficacy and Decreased Toxicity Over Standard Systemic." Resident, Postdoc, Fellows Research Day, Kansas City, Kansas, May 5, 2011.

56. M.L. Forrest, S. Cai, S. Duan, M.S. Cohen, Q. Yang. "Nitric oxide-releasing nanoparticle combination therapy to overcome drug resistance in platinum-resistant breast cancers." Presented at American Society of Clinical Oncology Breast Symposium, San Francisco, CA, September 9, 2011.

57. S. M. Cohen, R. Mukerji, S. Cai, I. Damjanov, M.L. Forrest (presenter), M.S. Cohen. "Evaluation of complete pathologic response and histologic toxicity using a subcutaneous delivery system with combination nanoconjugated doxorubicin and cisplatin for locally advanced breast cancer in vivo." Presented at American Society of Clinical Oncology Breast Symposium, San Francisco, CA, September 9, 2011.

58. K. Devarajan, M.L. Forrest, H. Staecker, M.S. Detamore. "Adenoviral mediated gene delivery to human umbilical cord mesenchymal stem cells for inner ear hair cell differentiation." Biomedical Engineering Society, Hartford, CT, October, 2011.

59. C.L. Sayre, S.E. Martinez, E.A. Mohamed, M.M. Meshali, C.M. Remsberg, Y. Zhao, T. M. Borg. A.M.M. Foda, J.K. Takemoto, M.L. Forrest, N.M. Davies. "Vorinostat with sustained released and high solubility in poly(ethylene glycol)-b-poly(DL-lactic acid) micelle nanocarriers: characterization and effects on pharmacokinetics in rat serum and urine." Canadian Society for Pharmaceutical Sciences Annual Symposium, Toronto, June 2012.

60. S. Cai, Q. Yang, S. Siller, D. Worley, L. Schneider, D. Aires, M. Cohen, M.L. Forrest. "A safe and efficacious approach to cisplatin chemotherapy: loco-regional injection of HylaPlat in canines." American Association of Pharmaceutical Scientists Annual Meeting, Chicago, IL, October, 2012.

61. Ashleigh Steckly, Ming Li Tan, Laird Forrest, Prajnaparamita Dhar. "Time Dependent effects of Engineered Nanoparticles on the Biophysical Function of a Model Lung Surfactant". Biophysical Society Annual Meeting. Philadelphia, PA, February 6, 2013.

62. Forrest, M.L. "Formulation development and pharmacokinetics of subcutaneously injected HylaPlat in spontaneous canine cancers" International Society for Hyalurnan Sciences. Oklahoma City, OK. June 3, 2013.

63. T. Zhang, Forrest, M.L. "Nanodiamond-based contrast agents for photoacoustic imaging." SPIE International Society for optics and photonics. San Diego, CA. August 25, 2013.

64. S. Cai, D. Vartia, M. Forrest, J. Bryan, D. Aires, M.L. Forrest. "A safe and efficacious approach to cisplatin chemotherapy: loco-regional injection of HylaPlat in canines." American Association of Cancer Research Annual Meeting, San Diego, CA, April 2014.

65. S. Cai, W.C. Forrest, J. Bryan, D. Aires, M.L. Forrest. "Development of Locoregional Polymeric Cisplatin Chemotherapy: Clinical Trials in Canines with Spontaneous Cancers" Controlled Release Society Annual Meeting, Chicago, IL, June 2014.

66. M. L. Forrest, S. Cai, W.C. Forrest, T. Zhang, M. Cohen, J. Bryan, D. Aires. "Development of Locoregional Polymeric Cisplatin Chemotherapy: Clinical Trials in Canines with Spontaneous Cancers," American Association for Pharmaceutical Sciences (AAPS) Annual Conference, San Diego, CA, November 2014

67. P.T. White, C. Subramanian, P.T. Grogan, S. Cai, M.L. Forrest, M.S. Cohen. "Nanoparticle-targeting of breast cancer stem cells improves efficacy and durability of chemotherapy." Association for Academic Surgery Congress, Las Vegas, NV, February 2015.

68. S. Ishiguro, D. Uppalapati, S. Cai, J. Hodge, L. Forrest, M. Tamura. "A local chemotherapy with hyaluronan-cisplatin conjugate significantly attenuates growth of lung adenocarcinoma xenografts in mouse model," American Association for Cancer Research (AACR) Annual Conference, Philadelphia, PA, April 22, 2015.

69. Samaa Alrushaid, Casey L. Sayre, Zaid Al Maayh, Yunqi Zhao, M Laird Forrest, Sanjeewa Senadheera, Kevin Chaboyer, Hope D Anderson, Ayman El-Kadi and Neal M. Davies  "Mechanistically Elucidating the *In-Vitro* Safety and Efficacy of a Novel Doxorubicin Derivative." American Association for Pharmaceutical Sciences (AAPS) Annual Conference, Denver, CO, November 2016.

70. Peter Kleindl, S. P. Sanjeewa Nilendra Senadheera, Samantha Farb, M. Laird Forrest. "Development of novel immunosuppressant prodrugs for treatment of ulcerative colitis." Federation of American Societies for Experimental Biology (FASEB) Gastrointestinal Tract XVII: Current Biology of the GI Tract, Mucosa, Microbiota, and Beyond. Steamboat Springs, CO. July 30-Aug 4, 2017.

71. Ninad Varkhede, Christian Schoeneich, Laird Forrest. "Pre-systemic In Vitro Metabolism of Therapeutic Proteins After Subcutaneous Administration and Its Utility for a Semi-PBPK Model" American Association for Pharmaceutical Sciences (AAPS) Annual Conference, San Diego, CA, November 2017

72. K. R. Moulder, F. J. Martinez-Becerra, W. L. Picking, M. L. Forrest. "Enhancing immunological response towards Shigella spp. through a multivalent subunit vaccine" American Association for Pharmaceutical Sciences (AAPS) Annual Conference, San Diego, CA, November 2017

73. R. Lu, C. Groer, K.R. Moulder, P.A. Kleindl, M.L. Forrest. "An extended release formulation of toll like receptor 7 agonist analogs." KU Pharm Chem. Fall Retreat. Oct. 2018

74. Peter A. Kleindl, S. P. Sanjeewa Nilendra Senadheera, M. Laird Forrest. (October 2018) "Targeted delivery of potent immunosuppressants for treatment of ulcerative colitis." Department of Pharmaceutical Chemistry Annual Fall Retreat, Lawrence, Kansas.

75. Peter A. Kleindl, S. P. Sanjeewa Nilendra Senadheera, M. Laird Forrest. (September 2018) "Targeted delivery of potent immunosuppressants for treatment of ulcerative colitis." Globalization of Pharmaceutics Education Network (GPEN) 2018 Conference, Singapore.

76. Peter A. Kleindl, Jian Xiong, Asha Hewarathna, Maulik K. Nariya, Olivier Mozziconacci, Jae Hyun Kim, Sangeeta B. Joshi, C. Russell Middaugh, Christian Schöneich, Eric J. Deeds, David B. Volkin, M. Laird Forrest. (January 2018) "Physicochemical and biological characterization of crofelemer for identification of critical quality attributes using a machine learning approach," 33rd Graduate Honors Symposium, Lawrence, Kansas.

77. Moulder KR, Zhang T, Forrest ML, "Development and biophysical characterization of a sustained release formulation for Coversin, a C5 Complement Inhibitor." *Department of Pharmaceutical Chemistry Annual Fall Retreat, 2018*

78. Hunt, J; Kleindl, P; Forrest, L. "Further exploration of the SAR of imidazoquinolines; Identification of potent C7 substituted imidazoquinolines" *Department of Pharmaceutical Chemistry Annual Fall Retreat, 2018*

79. Brachtenbach A, Moulder KR, Forrest ML, "Development and characterization of a novel nanoparticle for the sustained release of antigens following subcutaneous injection." *Undergraduate Research Symposium, University of Kansas, 2018*

80. Brachtenbach A, Moulder KR, Forrest ML, "Development of nanodiamonds as a vaccine delivery system." *Summer Undergraduate Research Poster Session, University of Kansas, 2018*

81. Liu R, Mull D, Forrest ML. Structural features that impede purification and characterization: isolating diesters of oxaloacetic acid to investigate the role of mitochondrial dysfunction in Alzheimer's disease, *Undergraduate Research Poster Session, University of Kansas, 2022*

82. Huan Gong, J. Daniel Griffin, Chad E. Groer, Xiaoqing Wu3, Moustafa M. Abdelaziz, Sa Wu1, Liang Xu, M. Laird Forrest1, and Cory J. Berkland. "Glatiramer Acetate Enhances Tumor Retention and Mitigates Systemic Toxicity of TLR9 Agonists as Intratumoral Immunotherapy" *Fall retreat, University of Kansas, Oct. 17, 2023.*

83. Moustafa Abdelaziz, Yilue Zhang, David Richards, Chad Groer, Christian Schoeneich, Laird Forrest. "Studying the Impact of Oxidative Modifications on the Bioavailability of Subcutaneously Administered Biotherapeutics – Assay Development and Validation" *Fall retreat, University of Kansas, Oct. 17, 2023.*

84. Huan Gong, J. Daniel Griffin, Chad E. Groer, Xiaoqing Wu, Sa Wu, Moustafa M. Abdelaziz, Liang Xu, M. Laird Forrest, and Cory J. Berkland. "Glatiramer acetate enhances tumor retention and mitigates systemic toxicity of  TLR9 agonists as intratumoral immunotherapy" *American Association for Cancer Research National Meeting, San Diego, CA. Apr. 8, 2024.*

85. Moustafa Abdelaziz, Yilue Zhang, David Richards, Huan Gong, Chad Groer, Christian Schoeneich, Laird Forrest. "The impact of oxidative modifications on the bioavailability of subcutaneously administered therapeutic monoclonal antibodies" *Fall retreat, University of Kansas, Oct. 15, 2024.*

*86.* Prakash Adhikari, Abhirup Samaddar, Dalin Wang, Jinxi Wang, M. Laird Forrest, and Xinmai Yang. "Minimally Invasive Catheter-assisted Focused Ultrasound for Ablation of Atherosclerosis in a Rabbit Model." *Acoustical Society of America Annual Meeting. Chicago, IL. Nov. 19, 2024.*

*87.* Chioma J. Okereke, Abhirup Samaddar , M. Laird Forrest, and Xinmai Yang. "An in vitro study on the feasibility of surface modified catheter-assisted pulsed focused ultrasound ablation of deep vein thrombus" *National Society of Black Physicists Conference, Houston, TX. Nov. 13, 2024.*

*88.* Rong X. Liu, Sa Wu, M. Abdelaziz, M. Craven, M. L. Forrest. "Establishing an in vivo patient-derived xenograft model for studying renal cell carcinoma." Mossberg Honors Symposium, Lawrence, KS. Jan. 15, 2025.

89. Moustafa Abdelaziz, Maribel Espinoza, Yilue Zhang, David Richards, Huan Gong,  Chad Groer, Karoline Bechtold-Peters, Christian Schöneich, Laird Forrest. "The Impact of Oxidative Modifications on the Bioavailability of Subcutaneously Administered Therapeutic Monoclonal Antibodies", AAPS Annual Conference, San Antonio, TX, Nov. 9-12, 2025.

*90.* Moustafa Abdelaziz, Maribel Espinoza, Yilue Zhang, David Richards, Huan Gong,  Chad Groer, Karoline Bechtold-Peters, Christian Schöneich, Laird Forrest. "The Impact of Oxidative Modifications on the Bioavailability of Subcutaneously Administered Therapeutic Monoclonal Antibodies" Mossberg Honors Symposium, Lawrence, KS. Jan. 15, 2026


**Invited Lectures and Conference Podium Presentations (chronological order)**

1.  M.L. Forrest, D.W. Pack. "Quantitative assay for polyplex release from endolysosomes: implications for design of gene delivery vehicles." AIChE Annual Meeting, Los Angeles, CA, November 13, 2000.

2.  M.L. Forrest, D.W. Pack. "Quantitation of endolysosomal trafficking of polyplex gene delivery vehicles." 28th International Symposium on Controlled Release of Bioactive Materials, San Diego, California, June 27, 2001.

3.  Forrest, M.L. and D.W. Pack.  "Intelligent Design of Gene Delivery Vehicles:  Is Endosomal Buffering Necessary?" American Institute of Chemical Engineering National Meeting, Reno, NV, November 2001.

4.  Forrest, M.L. and D.W. Pack.  "A Degradable Derivative of Polyethylenimine that Provides Higher Gene Transfer Efficiency and Negligible Cytotoxicity."  American Institute of Chemical Engineering Annual National Meeting, Indianapolis, IN, November 2002.

5.  M.L. Forrest, J.T. Koerber, D.W. Pack. "Non-viral gene delivery vectors based on modified polyethylenimine." 30th International Symposium on Controlled Release of Bioactive Materials, Glasgow, Scotland, June 22, 2003.

6.  M.L. Forrest, J.T. Koerber, D.W. Pack. "Highly efficient, biodegradable polyethylenimine gene delivery vehicles." 30th International Symposium on Controlled Release of Bioactive Materials, Glasgow, Scotland, June 22, 2003.

7.  M.L. Forrest, J.T. Koerber, and D.W. Pack. "Enhancement of PEI-mediated gene delivery by acetylation of primary and secondary amines." AIChE Annual Meeting, San Francisco, CA, November 20, 2003.

8.  N. Gabrielson, M.L. Forrest, and D.W. Pack. "Reduction of polyethylenimine buffering capacity enhances in-vitro gene delivery activity." American Society of Gene Therapy 7th Annual Meeting, Minneapolis, MN, June 4, 2004.

9.  Forrest, M.L. and G.S. Kwon.  "Phospholipid Micelles for Chemotherapeutic Drug Delivery."  Invited lecture for Engineering Seminar Series, University of Kansas, Lawrence, KS, March 10, 2005.

10. Forrest, M.L. and G.S. Kwon.  "Nanoencapsulation of Chemotherapeutics."  Invited lecture for Pharmaceutical Sciences Seminar Series, Washington State University, Pullman, WA, September 9, 2005.

11. Forrest, M.L. and G.S. Kwon.  "Development of Nanotechnologies for Drug and Gene Delivery."  Invited lecture for Chemical Engineering, Florida State University, April 25, 2006.

12. Forrest, M.L. "Stability of Sirolimus in oxidative environments." Invited lecture for Exogenesis Inc., Cambridge, MA, April 25, 2007.

13. Forrest, M.L. "Emerging nanotherapeutics for cancer." Invited lecture for Sigma Xi Seminar Series, School of Medicine, University of Kansas Medical Center, Kansas City, KS, September 3, 2007.

14. Forrest, M.L. "Nanocarrier technologies for cancer imaging and treatment." Invited lecture for Engineering Seminar Series, University of Kansas, Lawrence, KS, October 19, 2007.

15. Forrest, M.L. "Nanocarrier technology in the treatment and diagnosis of cancer." Invited lecture for Department of Chemistry, Missouri State University, Springfield, MO, October 29, 2007.

16. Forrest, M.L. "New routes for chemotherapeutic intervention using nanotechnology." Invited lecture for Department of Molecular and integrative physiology, University of Kansas Medical Center, Kansas City, MO, February 4, 2008.

17. Forrest, M.L. "Trailblazing new pathways in cancer therapy", Invited lecture for Department of Chemical Engineering, Oklahoma State University, Stillwater, OK, October 7, 2008.

18. Forrest, M.L. "Lymphatic chemotherapy for localized cancers", Invited lecture for Department of Oral Biology, University of Missouri, Kansas City, KS, December 6, 2008.

19. Forrest, M.L. "Drug delivery technology and new treatments in cancer." Invited lecture for Department of Chemistry, University of Central Arkansas, Conway, AR, November 20, 2008.

20. Forrest, M.L. "Design of nanocarriers for novel routes of therapy." Invited lecture for Department of Bioengineering, University of Kansas, KS, April 10, 2009.

21. Forrest, M.L. "Drug nanocarriers for intralymphatic chemotherapy of breast cancer." INBRE Conference, Oklahoma City, OK, May 28, 2009.

22. Forrest, M.L. "Targeted Nanopharmaceuticals for Localized Carcinomas", Tsukuba University, Tsukuba City, Japan, July 15, 2009.

23. Forrest, M.L. "Nanotechnology Treatments for Cancer", Shandong University, Jinan, China, July 27, 2009.

24. Forrest, M.L. "Nanotechnology and Future Therapeutics in Cancer Treatment", Washington State University, Pullman, WA, August 3, 2009.

25. Forrest, M.L., "Development of Nanocarrier Platforms for Locally Advanced Carcinomas", Washington State University, Pullman, WA, August 7, 2009.

26. Forrest, M.L. "Localizing drug delivery to reduce toxicity and improve efficacy." NSF IUCRC, Atlanta, GA, November 20, 2009.

27. Forrest, M.L. "Nanoconjugate Formulation for Localized Chemotherapy." Invited speaker for NanoDDS, Indianapolis, IN, October 6, 2009.

28. Forrest, M.L. "Star Polymers for Lymphatic Delivery." Invited speaker for American Chemical Society Midwest Regional Annual Meeting, Iowa City, IA, October 23, 2009.

29. Forrest, M.L. "Engineered nanomaterials in drug delivery." Department of Materials Science Technology, Graduate School of Industrial Science and Technology, Tokyo University of Science, Tokyo, Japan, June 9, 2010.

30. Forrest, M.L. "Nanoconjugate formulation for treatment of locally advanced cancers." Department of Biomolecular Engineering, Graduate School of Bioscience and Biotechnology, Tokyo Institute of Technology, Tokyo, Japan, June 11, 2010.

31. Forrest, M.L. "Nanoconjugate formulation for treatment of locally advanced cancers." Bioengineering Laboratory, RIKEN Institute, Wako, Japan, June 15, 2010.

32. Forrest, M.L. "Engineered nanomaterials in drug delivery." Bioengineering Department, Tokyo University of Agriculture, Tokyo, Japan, June 22, 2010.

33. Forrest, M.L. "Star polymers for localized drug delivery." Graduate School of Medicine, University of Tokyo, Tokyo, Japan, June 23, 2010.

34. Forrest, M.L. "Lymphatic drug targeting systems." Biomaterials Engineering Research Institute, Tokyo Medical and Dental, Tokyo, Japan, June 28, 2010.

35. Forrest, M.L. "Localized chemotherapy using polymeric nanocarriers." Department of Translational Medicine, National Cancer Center, Tokyo, Japan, July 1, 2010.

36. Forrest, M.L. "Nanoparticle engineering for targeted drug delivery." School of Engineering, Tsukuba University, Tsukuba City, Japan, July 6, 2010.

37. Forrest, M.L. "Hyaluronan nanocarriers in drug delivery." Department of Biophysical Chemistry, Kyoto Pharmaceutical University, Kyoto, Japan, July 8, 2010.

38. Forrest, M.L. "Star polymers for localized drug delivery." Department of Drug Delivery Research and Institute for Innovative NanoBio Drug Delivery and Development, Graduate School of Pharmaceutical Sciences, Kyoto University, Kyoto, Japan, July 9, 2010.

39. Forrest, M.L. "Localized chemotherapy using polymeric nanocarriers." Department of Applied Chemistry, Graduate School of Engineering, Osaka University, Osaka, Japan, July 12, 2010.

40. Forrest, M.L. "Nanoparticle strategies for treatment of head and neck and breast cancers." Department of Biomedical Engineering, National Cerebral and Cardiovascular Center Research Institute, Osaka, Japan, July 13, 2010.

41. Forrest, M.L. "Star polymers for localized drug delivery." Department of Chemistry and Materials Engineering, Faculty of Chemistry, Materials and Bioengineering, Kansai University, Osaka, Japan, July 14, 2010.

42. Forrest, M.L. "Localized chemotherapy using polymeric nanocarriers." Osaka Prefecture University, Osaka, Japan, July 15, 2010.

43. Forrest, M.L. "Localized chemotherapy using polymeric nanocarriers." Department of Applied Chemistry and Bioengineering, Graduate School of Engineering, Osaka City University, Osaka, Japan, July 16, 2010.

44. Forrest, M.L. "Multi-branched polymer design for drug delivery." Department of Applied Chemistry, Hiroshima University, Hiroshima, Japan, July 17, 2010.

45. Forrest, M.L. "Localized nanoparticle chemotherapy." Institute for Materials Chemistry and Engineering." Kyushu University, Fukuoka, Japan, July 20, 2010.

46. Forrest, M.L. "Targeted chemotherapy in the lymphatic system." Hokkaido University, Sapporo, Japan, July 27, 2010.

47. S. Cai, M.L. Forrest. "Development of Drug Delivery Platforms for Locoregional Treatment of Carcinomas." Presented at Kansas IDeA Network of Biomedical Research Excellence Symposium, Kansas City, Kansas, January 15, 2011

48. Forrest, M.L. "Targeted drug delivery to the lymphatics and functional imaging of tumor response." Affiliated Hospital of Guangdong Medical College, Zhanjiang, China, June 3, 2011.

49. Forrest, M.L. "Targeted chemotherapy platform for veterinarian oncology." University of Missouri, Rolla, October 7, 2011.

50. Forrest, M.L. "Localized chemotherapy for anti-cancer treatment and rapid in vivo imaging of therapeutic response." University of Kentucky, Dept. Pharmaceutics Sciences, Lexington, KY, November 4, 2011.

51. Forrest, M.L. "Development of localized cancer treatments and measurement of therapeutic response." University of Manitoba, School of Pharmacy, Winnipeg, Canada, April 11, 2012.

52. Forrest, M.L. "Localized anti-cancer treatment via lymphatic targeting."  Midwest Regional Meeting of the American Chemical Society (MWMB), Omaha, Nebraska, October 25, 2012.

53. Forrest, M.L. "Localized anti-cancer treatment via lymphatic targeting." KINBRE External Advisory Committee, Kansas City, KS, April 17, 2013.

54. Forrest, M.L. "Localized anti-cancer chemotherapy." International Advanced Drug Delivery Symposium. Taipei, Taiwan, May 2, 2013.

55. Forrest, M.L. "Formulation development and pharmacokinetics of subcutaneously injected HylaPlat in spontaneous canine cancers" International Society for Hyalurnan Sciences. Oklahoma City, OK. June 3, 2013.

56. Forrest, M.L., T. Zhang. "Nanodiamond-based contrast agents for photoacoustic imaging." Invited speaker for International Society for Optics and Photonics (SPIE), San Diego, CA, August 27, 2013.

57. Forrest, M.L. "Locally targeted anti-cancer therapy." University of Missouri – Kansas City. Kansas City, MO. April 27, 2014.

58. Forrest, M.L. "Locally targeted platinum chemotherapy." Kansas State University, Manhattan, KS. October 5, 2015.

59. Forrest, M.L. "Particle-based Lymphatic targeted chemotherapy." University of Alberta, Edmonton, Alberta, Canada. October 12, 2016.

60. Forrest, M.L. "Particle Therapy in the Treatment of Lymphatic Cancers" Globalization of Pharmaceutics Education Network (GPEN) Conference, Lawrence, KS. November 12, 2016.

61. Forrest, M.L. "Particle based lymphatic cancer treatment: Preclinical and canine clinical studies" University of Kansas Cancer Center seminar series, Kansas City, KS. December 2, 2016.

62. Peter A. Kleindl, Jian Xiong, Asha N. Hewarathna, Maulik K. Nariya, Olivier Mozziconacci, Jae Hyun Kim, Sangeeta B. Joshi, C. Russell Middaugh, Christian Schöneich, Eric J. Deeds, David B. Volkin, M. Laird Forrest. *Characterization of the oligomeric proanthocyanidin crofelemer toward development of an integrated mathematical model for comparison of complex therapeutics*. Presented at 32nd Graduate Honors Symposium, Lawrence, KS. (January 11, 2017)

63. Forrest, M.L. "Targeting the lymphatics to improve cancer treatment." Tokyo, Japan. May 10, 2017.

64. Ninad Varkhede, C. Russell Middaugh, Christian Schöneich, M. Laird Forrest. *Effect of iron oxide nanoparticles on secondary structure and oxidation of rat growth hormone.* Presented at 33rd Graduate Honors Symposium, Lawrence, KS (January 17, 2018)

65. Forrest, M.L. "Development of localized drug delivery systems." University of Missouri, Columbia, MO, August 28, 2018.

66. Forrest, M.L. "Development and pre-clinical testing of localized drug delivery systems in canines with spontaneous cancers." Invited speaker, NanoDDS Annual Conference, Portland, OR, Sept. 23, 2018.

67. Forrest, M.L. "Development of localized therapies for cancer." University of Wisconsin, Madison, WI, October 12, 2018.

68. Forrest, M.L. "Development of localized immunochemotherapy in canines with spontaneous cancers", Controlled Release Society Annual Conference (Canadian Chapter) invited speaker, Vancouver, BC, May 22, 2019.

69. Forrest, ML, Peter Rowe. "Conception of evolution of bioenergetic medicine." KU-CTC Meet the Entrepreneur. Lawrence, KS, Sept. 8, 2021.

## Thesis Committees, Past Students

*Thesis committee chair:*

PhD: Moustafa Abdelaziz (Pharm Chem, expected 2026), Taryn Bagby (Pharm Chem, 2012), Shuang Cai (Pharm Chem, 2011), Mark Craven (Pharm Chem, 2024), Ahmed Fahad (co-chair, Pharm Chem, 2021), Jordan Hunt (Pharm Chem, 2020), Peter Kleindl (Pharm Chem, 2020), Rolin Lu (Pharm Chem, 2021), Ryan Moulder (Pharm Chem, 2019), Xiaoli Pan (co-chair, Pharm Chem, 2024), Matheus Oliveira De Sousa (chair, Pharm Chem, 2023), Ninad Varkhede (Pharm Chem, 2018), Qiuhong Yang (Pharm Chem, 2014), Ti Zhang (Pharm Chem, 2015), Yunqi Zhao (Pharm Chem, 2013), Huan Gong (Pharm Chem, 2025)

MS: Moustafa Abdelaziz (BioEngineering, 2022), Adel Alhowyan (Pharm Chem, 2014), Allie Bratchenburg (BioEngineering, 2019), David Hart (Pharm Chem, 2007), Jordan Hunt (Medicinal Chem, 2018), Peter Kleindl (Bioengineering, 2016), Ryan Moulder (Bioengineering, 2016), Abby Petrulis (Pharm Chem, 2018), Alisha Simonian (Pharm Chem), Evelyn Yanez (Pharm Chem, 2018)

*Thesis committee member:*

PhD: Rosemary Ndolo (Pharm Chem, 2012), Julian Kissman (Pharm Chem, 2009), Chuda Chittasupho (Pharm Chem, 2012), Ryan Funk (Pharm Chem), Supang Kondee (Pharm Chem, 2011), Kwame Nti-Addae (Pharm Chem, 2008), Zahra Mohammadi (Chem Engr), Erik Vankampen (Chem Engr), Tiffany Suekama (Bioengineering, 2014), Jacob Staley (Bioengineering), Amir Fakhari (Bioengineering, 2011), Huizhong Cui (Bioengineering, 2012), Janggun Jo (Bioengineering, 2014), Lindsey Ott (Bioengineering, 2014), Anahita Khanlari (Chem Engr, 2014), Adam Mellott (Chem Engr, 2014), Saba Ghazvini (Bioegineering, 2020), Shara Thati (Pharm Chem, 2016), Thora Whitmore (Bioengineering 2016), Nick Larson (Pharm Chem 2020), Subramanian Karthikes Madhumithra (Bioengineering, 2024), Siddharth Subham (Bioengineering, KUMC, 2025), Rohit Singh (Mechanical Engineering, 2023), Kyle Apley (Pharm. Chem, 2022), Malaz Yousef (Pharmaceutics, U. Alberta, 2024), Abhirup Samaddar (Mechanical Engineering, 2025)

MS: Mark Bailey (Bioengineering, 2010), Vivian Robertson (Pharm Chem, 2013), Keerthana Devarajan (Bioengineering, 2011)

## Student advising (undergraduate researchers)

Pharmacy: Lei Cheung, Kristen Fischer, Rong Liu, Abby Petrulis, Grace Ulrich, Hollie Wickam,

Chemical Engineering: He Li, Shara Thatti, Connor Bybee, Jason Christian, Hanny Sawaf, Benjamin Johnston, Brian Kim, Francis Pamatmat, Carolynn Stone, Ryan Moulder, Sebastian Bohn, Vignish Raghumraman, John Gerber, Joe Rasmussen, Michael Choi, Eva Mohr (Mechanical), Hannah Leiker , Apexa Shah, Jacob Thompson, David Rope, Kendal Bloom, Sungin Huh, Lauren Staus, Lucas Cuejilo

Chemistry: Zachary Nicolay, Reese Willis

Biochemistry: Navya Singh, Victoria Thomas (pre-med), Haoxin Song, Muskan Walia

Summer URP: Grace Ulrich, Yomna Badawi, Shih-Hsuan Huang, Rachel Seo

Highschool: Samantha Farb, Julia Aires

## Postdoctoral Scientists (includes visiting scientists and research associates)

Shuang Cai, Padmaja Gunda, Yumei Xie, Yepeng Luan, Shaofeng Duan, Sanjeewa Senadheera, Jaden Jungho Jin, Ti Zhang, Chad Groer, Sasha Wu (MD)

## Employment of graduates:

Adel Alhowyan, MS (Assistant Professor, King Saud University)
Taryn Bagby, PhD (Senior Formulation Scientist, Mallinckrodt Pharmaceuticals)
Allie Bratchenburg (Pfizer, Research Associate Scientist, St. Louis)
Shuang Cai, PhD (Senior Compliance Director, Pegasus Laboratories)
Mark Cravens, PhD (UMKC, postdoc in immunology)
Shaofeng Duan, PhD (Full Professor, Henan University, China)

Padmaja Gunda, PhD (Associate Professor, Chemistry, Columbia Basin College)
David Hart, MS (Research & Development Manager, Calibre Scientific)
Jordan Hunt, PhD (Head of Product Innovation, Likarda)
Peter Kleidl, PhD (Process Development Scientist, Amgen, Thousand Oaks)
Jaden Jungho Jun, PhD (Assistant Professor, University of Pittsburg)
Rolin Lu, PhD (Senior Scientist in Biological Drug Product Development, Pfizer, Massachusetts)
Yepeng Luan, PhD (Instructor, Medicinal Chemistry, Qingdao University, Qingdao, China)
Ryan Moulder, PhD (Principal Scientist in Process Development, Amgen, Thousand Oaks)
Abby Petrulis, MS/PharmD (Pharmacist, U. S. Public Health Service)
Sanjeewa Senadheera, PhD (Principal Scientist, Organon)
Alisha Simonian, MS (Director of Clinical Manufacturing and Process Development,  Pacira BioSciences)
Ninad Varkhede, PhD (Senior Scientist, Merck Pharmaceuticals)
Yumei Xie, PhD (Research Associate, Pacific Northwest National Laboratory)
Evelyn Yanez, MS (Senior Research Associate, Genentech)
Qiuhong Yang, PhD (Principal Scientist, Pharmaceutical Operations, Exelixis)
Ti Zhang, PhD (Clinical CRO, China)
Yunqi Zhao, PhD (Associate Professor of Biotechnology at Wenzhou-Kean University, China)

## Professional Activities

*Peer review (Funding Agencies, ad-hoc unless noted otherwise):*
American Cancer Society, Drug development study section *ad hoc reviewer (2012-2014), full member (2014-2019)*
National Institutes of Health (NIH), *NCI RC1 2009, NCI R43(SBIR) 2011, NIGMS(MBRS) 2010-2013, NIGMS(SCORE) 2016, NCI SBIR 2014, R15 2014, NCI SBIR 2015,NIH UH2/3 2015, NIH R01/R21Bioengineering Sciences and Technologies (BST) 2015, NIH R01/R21 Developmental Therapeutics (2017, 2018, 2019), NCI R03/R21 Clinical and Translational Review Panel (2019)*
National Science Centre (NARODOWE CENTRUM NAUKI), Poland, 2013
United Kingdom Association for International Cancer Research (AICR), *2010*
Canadian National Sciences and Engineering Research Council (NSERC), *2008*
Netherlands Technology Foundation (STW), *2009*
Hong Kong Innovation and Technology Support Programme (ITSP), *2008*
University of Houston Gear Program, *2007*

*Peer review (Publications):*
Ad hoc Editor for issue of Advanced Drug Delivery Reviews (2 issues, 2008 and 2011)

Ad hoc reviewer for: Advanced Drug Delivery Reviews, Biomacromolecules, Biomaterials, Biomedical Chromatography, Biopharmaceutics & Drug Disposition, Biophysical Chemistry, Clinical Pharmacokinetics, Drug Development and Industrial Pharmacy, European Journal of Pharmaceutics and Biopharmaceutics, International Journal of Pharmaceutics, Journal of Biomaterials Research, Journal of the American Chemical Society, Journal of Biomaterials Science: Polymer Edition, Journal of Biomedical Materials Research Part A, Journal of Chromatography B, Journal of Controlled Release, Journal of Pharmaceutical Sciences, Journal of Pharmacy and Pharmaceutical Sciences, Phytotherapy Research

*Member:* American Association of Pharmaceutical Scientists (active), American Association for Cancer Research (inactive), American Institute of Chemical Engineers (inactive)

## Service

**DEPARTMENT**
Graduate student admissions committee, Spring 2007-present
Coordinator for Higuchi Awards to pharmacy students, Spring 2007-present
Coordinator for Enz Awards to pharmacy students, Spring 2007-present
Graduate student recruiting at Midwest American Chemical Society meeting, October 2009, 2010, 2012
Presenter in Atlanta NSF-industry meeting for I/UCRC CPMF (Industry/University Cooperative Research Center for Center for Pharmaceutical Manufacturing and Formulation), November 2009
Graduate student recruiting at Central Arkansas University, November 2008
Faculty retreat planning committee member, Spring 2007
Graduate student recruiting at Missouri State University, October 2007

**SCHOOL**
PharmD admissions committee member, Spring 2010-present

PharmD and MBA dual degree admissions committee member, Spring 2008-present
PharmD and Masters in Heath Informatics dual admissions committee member, Fall 2019-present
Pharmaceutical Chemistry Chair 5-year review committee, November 2014 – February 2015


**UNIVERSITY**
University Office of Research internal review panel for Life Sciences, August 2024-present
Restricted Research Committee, April 2023-present
IACUC member, January 2007-August 2013, March 2021-present
American Care Unit Director Search Committee, Spring 2021
University Conflict of Interest Committee, October 2019-present
University Senate Judicial Board, October 2017-present
BioEngineering Center Director Search Committee, June 2018
Animal Care Advisory Council, November 2013 - June 2017
Vice-Chair of Institutional Animal Care and Use Committee (IACUC) (October 2011 – August 2013)
Chair of IACUC protocol development subcommittee, July 2009 – August 2013
Interviewer for University Assessment of General Education, Spring 2007 and 2008
Student recruiter for KU at Annual Biomedical Research Conference for Minority Students (ABRCMS), St. Louis, 2011; Nashville, TN, 2013
Japan Alumni Outreach Seminars, on behalf of KU Endowment Association and Department of Pharmaceutical Chemistry, Tokyo, Japan, May 2017


**LOCAL, STATE, REGIONAL**
Invited speaker at Kansas City Chapter of American Cancer Society fundraising dinner, August 2009
Judge at PSGRM Annual Conference, Kansas City, June 2007
Judge at Annual Biomedical Research Conference for Minority Students (ABRCMS), November 2011, 2013


**NATIONAL**
Reviewer for American Cancer Society (ACS), Cancer Drug Development panel, standing member 2015-2018, ad hoc 2012-2015 and 2018-2020
Reviewer National Institutes of Health (NIH), R01/R21/R03 proposal review: Developmental Therapeutics, ad hoc, 2016-2019
Reviewer National Institutes of Health (NIH), R01/R21 proposal review: Bioengineering Sciences and Technologies (BST) study section, ad hoc, 2015.
Reviewer National Institutes of Health (NIH), NCI proposal review: cancer detection, diagnosis, and treatment technologies for global health (UH phase 2 and 3), ad hoc, 2015
Reviewer National Institutes of Health (NIH), SBIR contract review: cancer stem cell culture systems (Phase 1 and Phase 2), ad hoc, 2015-2018
Reviewer National Institutes of Health (NIH), SBIR contract review: cancer stem cell treatments(Phase 1 and Phase 2), ad hoc, 2014
Reviewer for National Institutes of Health (NIH) R15, ad hoc, 2014
Reviewer for National Institutes of Health (NIH), SBIR contract review panel: anticancer antibodies, ad hoc 2011
Reviewer for National Institutes of Health (NIH), MBRS review panel, ad hoc 2010, 2012
Reviewer for National Institutes of Health (NIH), RC1 grants, ad hoc 2009
Member of Scientific and Medical Advisory Board, Exogenesis Corporation, Billerica, MA, 2009-present
Member and participant in national meetings – American Chemical Society, 2009-present
Member and participant in national meetings – American Association of Pharmaceutical Sciences, 2005-present
Member and participant in national and international meetings, abstract reviewer – Controlled Release Society, 2002-2014
Member and participant in national meetings – American Institute of Chemical Engineers, 2000-2005
Reviewer for Advanced Drug Delivery Reviews, Biomacromolecules, Biomaterials, Biomedical Chromatography, Biopharmaceutics & Drug Disposition, Biophysical Chemistry, Clinical Pharmacokinetics, Drug Development and Industrial Pharmacy, European Journal of Pharmaceutics and Biopharmaceutics, International Journal of Pharmaceutics, Journal of Biomaterials Research, Journal of Biomaterials Science: Polymer Edition, Journal of Biomedical Materials Research Part A, Journal of Chromatography B, Journal of Controlled Release, Journal of Pharmaceutical Sciences, Journal of Pharmacy and Pharmaceutical Sciences, Phytotherapy Research, Nanomaterials
Reviewer for University of Houston Gear Program, ad hoc 2007


**INTERNATIONAL**
Editorial Board member, Journal of Nanotheranostics (MDPI), 2025-present

Laird Forrest – Curriculum Vitae          Page 20/23          Rev. 18-Dec-2025

Advisory Board for Novartis on mAb pharmacokinetics, 2022-present
Reviewer for National Science Centre (NARODOWE CENTRUM NAUKI), Poland, ad hoc 2013
Editorial Board member, Journal of Pharmaceutics, 2012-2013
Reviewer for Icelandic Research Fund, ad hoc 2012
Reviewer for Association for International Cancer Research (AICR), United Kingdom; ad hoc 2010
Developed, organized and taught short course (1 full credit hour) "Drug Delivery systems"
    Tsukuba University, Tsukuba, Japan (July 2009 and 2010)
    Shandong University, Jinan, China (July 2009)
Reviewer for Hong Kong Innovation and Technology Support Programme (ITSP), ad hoc 2008
Theme issue editor for Advanced Drug Delivery Reviews, 2 theme issues, 2008 and 2009
Reviewer for Canadian National Sciences and Engineering Research Council (NSERC), ad hoc 2007
Reviewer for Netherlands Technology Foundation (STW), ad hoc 2007 and 2008

## Grants

### *Active and Recently completed (items from 2012 through 2022)*

National Institute of Aging (NIH/NIA). R21           2/1/2021-11/31/2024
Title: Bioenergetic molecules for treatment of Alzheimer's disease
Role: PI

U01HL152410    (PI: Berkland)   10/1/21-9/30/22
Midwest Biomedical Accelerator Consortium: MBArC
Tumor-retentive immunostimulation as safe combination therapy with immune checkpoint inhibitors
Role: Co-I;   Goal: Toxicology study of combination of immunostimulates in tumors.

U01HL152410    (PI: Forrest)   10/1/21-9/30/22
Midwest Biomedical Accelerator Consortium: MBArC
ImmunAdvisor: High-Throughput T Cell Receptor Discovery for Affordable Commercial Personalized Cancer Therapies
Role: PI;   Goal: Development of personalized T cell based therapeutics for cancer.

Antibody discovery    (PI: Forrest)          01/01/2019-12/31/2022
Sanofi (Paris, France)
Role: PI;  Goal: This is an industrial contract sponsored to analyze antibody repertoire to the sponsor's vaccine in patients.

R21AI143407, NIAID        (PI: L. Forrest)        12/01/2018-11/30/2021 (NCE)
Comprehensive molecular and functional analyses of anti-HIV-1 broadly neutralizing antibody repertoires
Role:PI; Goal: This was to analyze antibodies developed that have broad neutralizing abilities for HIV1 isolated from multiple patients.

BioNEXUS KCALSI           12/1/2018-11/30/2019
Title: Development of cancer vaccines using dogs as a translational model
Role PI

KUADC (PI: L Forrest)           07/01/2018 – 06/30/2019    0.24
calendar
KUMC
Title: *Bioenergetic prodrugs for treatment of Alzhelmer's*
Goal: To develop a pilot library of bioenergetic drugs
Role: PI

SBIR Phase 1  (PI: Michaelis)         09/01/2018 – 03/30/2019    0.1
effort
Aerobyx LLC/NIH flowthru
Title: Targeting Bioenergetic Flux for Alzheimer's Disease Management
Goal: Scale up and production of a bioenergetic prodrug, preliminary animal testing
Role: co-investigator

Industrial Contract (PI: Forrest)                                          05/01/12- 02/28/20
HylaPharm LLC
Translation development of intralymphatic chemotherapy
Role: Principal investigator


IAMI Frontiers (PI: Swerdlow)                                             05/15/2018 – 06/30/2019          0.1
effort
KUMC
Title: Pharmacokinetic Analysis of a Novel Bioenergetic Medicine Esters
Goal: Synthesis and preliminary PK testing of new bioenergetic prodrugs.
Role: co-investigator

1R01CA173292-01 (PI:Forrest)                                              03/01/13 – 2/28/19 (no cost)
National Institute of Health/National Cancer Institute
Title: Biomaterials for treatment of head and neck cancers
Role: PI

R01AI138970 (PI: W.L. Picking)                                           06/01/2018 – 05/31/2023          1.2
calendar
National Institutes of Health
Title: *Vaccines to counter emerging antibiotic resistance*
Pursue our hypothesis that Haf-Fusions from *Pseudomonas aeruginosa, Salmonella enterica* and *Shigella* spp. will provide
serotype-independent protection against all strains of these pathogen including MDR species/strains
Role: Co-Investigator
National Institutes of Health (NIH) / National Institute for Allery and Infection Disease (PI:Cai)    7/1/2017-6/30/2018
Generating synergy between protein and non-protein macromolecular adjuvants
Role: co-investigator

Kansas State University – College of Veterinary Medicine & Veterinary Health Center    6/1/15-12/31/17
Proof-of-concept study locoregionally administering a nanotherapeutic formulation of hyaluronan conjugated cisplatin to
dogs with naturally-occurring metastatic apocrine gland anal sac adenocarcinoma
Role: co-investigator

1U01FD005285 (lead PI: Volkin, Co-PI:Forrest)                             10/1/14-9/30/17
FDA (Food and Drug Administration)
Title: Development of an Integrated Mathematical Model for Comparative Characterization of Complex Molecules

Industrial Contract (PI: Forrest)
Akari Pharmaceutics
Formulation of Coversin for subcutaneous sustained release                8/15/2016-1/15/2018
Role: Principal Investigator

National Institutes of Health (NIH) / National Cancer Institute (PI: Groer)      2/1/2017-1/31/2018
SBIR 1R43CA203142-01A1
Aerosolized platinum nanoparticle chemotherapy for lung cancer
Role: co-investigator

National Institutes of Health (NIH) / National Cancer Institute (NCI)      9/10/2015-10/1/2016
Contract Number: HHSN261201500047C (NCI control # N43-CO-2015-0047)
Targeted nanoparticle treatment for breast cancer stem cells
Role: co-investigator/PI subaward

KINBRE: Local immunosuppressive treatment of ulcerative colitis          05/01/2016 – 04/30/2017
NIH P20GM103418 (PI P20: Wright)
Kansas IDeA Network of Biomedical Research Excellence (K-INBRE), Translational Partnership Award
Role: PI (project)

Proof of Concept Award (PI: Forrest)                            5/1/2015-6/30/2016
University of Kansas Commericalization and Technology Center
Development of therapy for triple negative breast cancer
Role: PI

Proof of Concept Jay Award (PI: Forrest)                        7/1/2015-6/30/2016
Higuchi Biosciences Center
Mechanistic understanding of oxidation of therapeutic proteins after subcutaneous administration
Role: PI

Proof of Concept Award (PI: Rowe)                               4/1/2014-6/30/2015
University of Kansas Commercialization and Technology Center
Formulation for enhanced hair growth
Role: Co-PI

1R56AI091996 (PI: Berkland)                                     08/15/12 – 07/31/15
Targeted nanoscale antigen arrays for treating autoimmune diseases
NIH

# JA-008

# Exhibit 2

**Materials Considered**

| Description | Begin Bates | End Bates |
|---|---|---|
| U.S. Patent Application No. 13/808,080 File History (Certified) | GSK-PBM-00001093 | GSK-PBM-00015718 |
| U.S. Patent Application No. 13/819,077 File History | GSK-PBM-00276625 | GSK-PBM-00279269 |
| U.S. Patent No. 10,487,332 File History (Certified) | GSK-PBM-00182732 | GSK-PBM-00185562 |
| U.S. Patent No. 10,532,067 File History (Certified) | GSK-PBM-00358891 | GSK-PBM-00360303 |
| U.S. Patent No. 11,291,682 (Certified) | GSK-PBM-00000436 | GSK-PBM-00000473 |
| U.S. Patent No. 11,291,682 File History (Certified) | GSK-PBM-00360304 | GSK-PBM-00371079 |
| U.S. Patent No. 11,324,770 (Certified) | GSK-PBM-00000474 | GSK-PBM-00000512 |
| U.S. Patent No. 11,324,770 File History (Certified) | GSK-PBM-00371080 | GSK-PBM-00381714 |
| U.S. Patent No. 11,596,545 File History (Certified) | GSK-PBM-00381715 | GSK-PBM-00430608 |
| U.S. Patent No. 11,596,645 (Certified) | GSK-PBM-00000513 | GSK-PBM-00000558 |
| U.S. Patent No. 11,596,645 File History (Certified) | GSK-PBM-00381715 | GSK-PBM-00430608 |
| U.S. Patent No. 11,638,693 (Certified) | GSK-PBM-00000001 | GSK-PBM-00000048 |
| U.S. Patent No. 11,638,693 File History (Certified) | GSK-PBM-00015719 | GSK-PBM-00048318 |
| U.S. Patent No. 11,638,694 Certified | GSK-PBM-00000049 | GSK-PBM-00000096 |
| U.S. Patent No. 11,638,694 File History (Certified) | GSK-PBM-00048319 | GSK-PBM-00080896 |

1

| Description | Begin Bates | End Bates |
|---|---|---|
| U.S. Patent No. 11,655,475 (Certified) | GSK-PBM-00185563 | GSK-PBM-00229290 |
| U.S. Patent No. 11,655,475 File History (Certified) | GSK-PBM-00185563 | GSK-PBM-00229290 |
| U.S. Patent No. 11,666,534 (Certified) | GSK-PBM-00000097 | GSK-PBM-00000144 |
| U.S. Patent No. 11,666,534 File History (Certified) | GSK-PBM-00080897 | GSK-PBM-00115318 |
| U.S. Patent No. 11,690,861 (Certified) | GSK-PBM-00000559 | GSK-PBM-00000603 |
| U.S. Patent No. 11,690,861 File History (Certified) | GSK-PBM-00430609 | GSK-PBM-00431846 |
| U.S. Patent No. 11,690,862 (Certified) | GSK-PBM-00000604 | GSK-PBM-00000647 |
| U.S. Patent No. 11,690,862 File History (Certified) | GSK-PBM-00431847 | GSK-PBM-00433198 |
| U.S. Patent No. 11,690,864 (Certified) | GSK-PBM-00000648 | GSK-PBM-00000692 |
| U.S. Patent No. 11,690,864 File History (Certified) | GSK-PBM-00433199 | GSK-PBM-00434559 |
| U.S. Patent No. 11,707,482 (Certified) | GSK-PBM-00000693 | GSK-PBM-00000736 |
| U.S. Patent No. 11,707,482 File History (Certified) | GSK-PBM-00434560 | GSK-PBM-00435843 |
| U.S. Patent No. 11,717,529 (Certified) | GSK-PBM-00000737 | GSK-PBM-00000781 |
| U.S. Patent No. 11,717,529 File History (Certified) | GSK-PBM-00435844 | GSK-PBM-00437291 |
| U.S. Patent No. 11,759,422 (Certified) | GSK-PBM-00000384 | GSK-PBM-00000435 |
| U.S. Patent No. 11,759,422 File History (Certified) | GSK-PBM-00279270 | GSK-PBM-00357632 |
| U.S. Patent No. 11,766,401 (Certified) | GSK-PBM-00000145 | GSK-PBM-00000192 |
| U.S. Patent No. 11,766,401 File History (Certified) | GSK-PBM-00115319 | GSK-PBM-00148322 |

| Description | Begin Bates | End Bates |
|---|---|---|
| U.S. Patent No. 11,786,467 (Certified) | GSK-PBM-00000193 | GSK-PBM-00000242 |
| U.S. Patent No. 11,786,467 File History (Certified) | GSK-PBM-00148323 | GSK-PBM-00181952 |
| U.S. Patent No. 11,851,660 (Certified) | GSK-PBM-00000339 | GSK-PBM-00000383 |
| U.S. Patent No. 11,851,660 File History (Certified) | GSK-PBM-00229291 | GSK-PBM-00230138 |
| U.S. Patent No. 11,883,534 File History (Certified) | GSK-PBM-00181953 | GSK-PBM-00182568 |
| U.S. Patent No. 11,883,534 (Certified) | GSK-PBM-00000243 | GSK-PBM-00000292 |
| U.S. Patent No. 11,913,001 File History (Certified) | GSK-PBM-00230139 | GSK-PBM-00276444 |
| U.S. Patent No. 9,801,897 File History (Certified) | GSK-PBM-00357796 | GSK-PBM-00358890 |
| U.S. Provisional Patent Application No. 61/361,794 | GSK-PBM-00438322 | GSK-PBM-00438324 |
| U.S. Provisional Patent Application No. 61/361,789 File History (Certified) | GSK-PBM-00357633 | GSK-PBM-00357720 |
| U.S. Provisional Patent Application No. 61/361,830 | GSK-PBM-00000782 | GSK-PBM-00000848 |
| U.S. Provisional Patent Application No. 61/378,826 | GSK-PBM-00276445 | GSK-PBM-00276527 |
| U.S. Provisional Patent Application No. 61/378,837 | GSK-PBM-00000849 | GSK-PBM-00001018 |
| International Patent Application No. PCT/US2011/043096 | GSK-PBM-00182642 | GSK-PBM-00182731 |
| International Patent Application No. PCT/US2011/043104 | GSK-PBM-00357721 | GSK-PBM-00357795 |

3

| Description | Begin Bates | End Bates |
|---|---|---|
| International Patent Application No. PCT/US2011/043105 | GSK-PBM-00001019 | GSK-PBM-00001092 |
| International Patent Application No. PCT/US2011/050095 | GSK-PBM-00276528 | GSK-PBM-00276624 |
| International Patent Application No. WO2012/006369 | GSK-PBM-00437576 | GSK-PBM-00437634 |
| International Patent Application No. WO2012/006369 | GSK-PBM-00437576 | GSK-PBM-00437634 |
| International Patent Application No. WO2012/006377 | GSK-PBM-00437816 | GSK-PBM-00437874 |
| International Patent Application No. WO2012/006378 | GSK-PBM-00437292 | GSK-PBM-00437354 |
| Dictionary of Biochemistry and Molecular Biology, Second Edition (1989) [Excerpts] | GSK-PBM-00912345 | GSK-PBM-00912353 |
| DNA Animation 2 video, available at https://www.youtube.com/watch?v=nZ6JpIhf6RM&list=PPSV | | |
| Eli Breuer *et al.,* Glossary of Terms Related to Pharmaceutics, 81 PURE APPL. CHEM. 971, 984 (2009) | GSK-PBM-00912294 | GSK-PBM-00912322 |
| Jeffs, *et al.,* A Scalable, Extrusion-Free Method for Efficient Liposomal Encapsulation of Plasmid DNA. Pharm Res 22(3) 363-72 (2005) | GSK-PBM-00877677 | GSK-PBM-00877687 |
| Joint Technology Tutorial | | |
| Lehninger Principles of Biochemistry, David L. Nelson and Michael M. Cox, Eds., 5th Edition, 2008 [Excerpts] | GSK-PBM-00912354 | GSK-PBM-00912386 |
| M.R. Mozafari, Nanoliposomes: Preparation and Analysis, in METHODS IN | GSK-PBM-00912323 | GSK-PBM-00912344 |

| Description | Begin Bates | End Bates |
|---|---|---|
| MOLECULAR BIOLOGY 29, 30 (V. Weissig ed., 2010) | | |
| The New Oxford American Dictionary, Oxford University Press, Inc. (2001) [Excerpts] | GSK-PBM-00912387 | GSK-PBM-00912394 |

# JA-008

# Exhibit 3

| Action | |
|---|---|
| *GlaxoSmithKline Biologicals SA et al. v. Pfizer Inc. et al.*, 1:24-cv-00512 (D. Del.) | |
| **Asserted Patent** | **Asserted Claims** |
| U.S. Patent No. 11,638,693 | 1, 4, 5, 14-16, 20, 22, 24, 26 |
| U.S. Patent No. 11,638,694 | 1, 6, 7, 14, 15, 18, 22-25, 28, 30 |
| U.S. Patent No. 11,655,475 | 1-3, 6, 7, 13, 37, 40, 47 |
| U.S. Patent No. 11,666,534 | 4, 18, 25-28, 30, 31, 37 |
| U.S. Patent No. 11,759,422 | 1-3, 12, 13, 20, 22, 23, 25 |
| U.S. Patent No. 11,766,401 | 1, 9, 13, 15, 17, 19, 21, 22, 24, 25, 26 |
| U.S. Patent No. 11,851,660 | 1, 5, 7, 12, 17, 20, 22, 24, 27 |
| U.S. Patent No. 11,786,467 | 1, 19, 22-26, 28-31 |
| U.S. Patent Publication No. 2022/0125722 | 16 |

# JA-008

# Exhibit 4

*Pure Appl. Chem.*, Vol. 81, No. 5, pp. 971–999, 2009.
doi:10.1351/PAC-REC-04-10-14
© 2009 IUPAC, Publication date (Web): 15 April 2009

INTERNATIONAL UNION OF PURE AND APPLIED CHEMISTRY

CHEMISTRY AND HUMAN HEALTH DIVISION*
SUBCOMMITTEE ON MEDICINAL CHEMISTRY AND DRUG DEVELOPMENT**

# GLOSSARY OF TERMS RELATED TO PHARMACEUTICS

## (IUPAC Recommendations 2009)

*Prepared for publication by*
ELI BREUER[1,‡], MUKUND S. CHORGHADE[2], JÁNOS FISCHER[3], AND GERSHON GOLOMB[4]

[1]*The Department of Medicinal Chemistry and* [4]*The Department of Pharmaceutics, The School of Pharmacy, The Hebrew University of Jerusalem, P.O. Box 12065, Jerusalem 91120, Israel;* [2]*Chorghade Enterprises, 14 Carlson Circle, Natick, MA 01760, USA;* [3]*Research Laboratory of Gedeon Richter Ltd., P.O. Box 27, H-1475 Budapest 10, Hungary*

*Membership of the Chemistry and Human Health Division Committee during the preparation of this report (2001–2008) was as follows:
**President**: A. Kallner (Sweden, 1996–2003); P. W. Erhardt (USA, 2004–2007); D. M. Templeton (Canada, 2007–2008); **Secretary**: B. Heinzow (Germany, 2000–2005); M. S. Chorghade (USA, 2005–2008); **Past Presidents**: C. G. Wermuth (France, 2001); A. Kallner (Sweden 2004–2005), P. W. Erhardt (USA, 2007–2008); **Vice President**: P. Soares de Araujo (Brazil, 2006–2007); **Members**: M. S. Chorghade (USA, 2001–2005); J. M. Christensen (France, 2001–2004), R. Cornelis (Belgium, 2001–2003), J. H. Duffus (UK, 2001–2006); U. Forsum (Sweden, 2001–2005); C. R. Ganellin (UK, 2001–2003); M. N. Liebman (USA, 2004–2008); M. Nordberg (Sweden, 2006–2008) T. J. Perun (USA, 2001–2003), P. Soares de Araujo (Brazil, 2001–2004); D. M. Templeton (Canada, 2006–2007), H. Timmerman (Netherlands, 2004–2007).

**Titular Members in 2008**: O. F.-A. Andersen, X. Fuentes-Arderiu, M. N. Liebman, M. Nordberg, F. Pontet, F. Sanz, G. Tarzia; **Associate Members in 2008**: J. H. Duffus, J. Fischer, H. P. A. Illing, Y. C. Martin, H. Timmerman.

Membership of the Medicinal Chemistry Section (2001) was as follows:
C. R. Ganellin (*President*), T. J. Perun (*Vice President*), B. K. Trivedi (*Secretary*), N. Koga (*Past President*), E. Breuer, M. S. Chorghade, P. W. Erhardt, J. Fischer, G. Gaviraghi, T.-H. Kobayashi, P. Lindberg, A. Monge-Vega, J. G. Topliss.

**Membership of the Subcommittee on Medicinal Chemistry and Drug Development (2002–2008) was as follows:
C. R. Ganellin (UK, *Chairperson*); J. Proudfoot (USA, *Secretary*); D. Alker (UK); S. O. Bachurin (Russia); J. Bremner (Australia); P.-E. Bost (France); E. Breuer (Israel); D. R. Buckle (UK); M. S. Chorghade (USA); G. Ecker (Austria); P. W. Erhardt (USA); F. Sanz (Spain); J. Fischer, (Hungary); A. Ganesan (UK); G. Gaviraghi (Italy); S. Jaroch (Germany); O. A. W. Kebir (Egypt); T.-H. Kobayashi (Japan); N. Koga (Japan); M. N. Liebman (USA); P. Lindberg (Sweden); D. Maclean (USA); Y. C. Martin (USA); A. Monge-Vega, (Spain); D. S. Moore (USA); N. E. Nifantiev (Russia); N.-S. Park (Korea); T. J. Perun (USA); J. Senn-Bilfinger (Germany); J. K. Seydel (Germany); G. Tarzia (Italy); H. Timmerman (Netherlands); M. Varasi (Italy); C. G. Wermuth (France).

‡Corresponding author

___

*Republication or reproduction of this report or its storage and/or dissemination by electronic means is permitted without the need for formal IUPAC permission on condition that an acknowledgment, with full reference to the source, along with use of the copyright symbol ©, the name IUPAC, and the year of publication, are prominently visible. Publication of a translation into another language is subject to the additional condition of prior approval from the relevant IUPAC National Adhering Organization.*

GSK-PBM-00912294

972                                    E. BREUER et al.

# Glossary of terms related to pharmaceutics

## (IUPAC Recommendations 2009)

*Abstract*: This Glossary of Terms Related to Pharmaceutics is needed by practitioners in the field of pharmaceutics as this field fulfills an important and crucial role, different from the roles of other scientific disciplines involved in the drug-making process. The glossary contains 168 definitions used in pharmaceutics. These are related to various aspects of this discipline, such as: (1) physicochemical characterization of pharmaceutical preparations and the active ingredients they contain; (2) unit operations used in the practice of pharmaceutics; (3) terms related to the various dosage forms; (4) terms related to the various modes and routes of drug delivery; (5) terms used in pharmacokinetics and biopharmaceutics in general; and additional miscellaneous terms. The field of pharmaceutics itself is of a multidisciplinary nature as its practitioners come from a variety of disciplines, such as chemistry or various biological sciences, thus a glossary containing authoritative definitions would be useful for them. The terms used in pharmaceutics are rarely covered by existing glossaries, and in the cases they are, their definitions are often inappropriate for the field of pharmaceutics and require new or modified definitions to better fit the new context.

*Keywords*: pharmaceutics; medicinal chemistry; drugs; glossary; dosage form; sustained release; drug delivery; pharmacokinetics; IUPAC Chemistry and Human Health Division.

## INTRODUCTION

The idea of constructing a glossary of terms related to pharmaceutics was raised first at the meeting of the Section on Medicinal Chemistry of the Chemistry and Human Health Division in 1999, and became a recognized project in 2001. Prior to this glossary, the Chemistry and Human Health Division did not deal with the areas of pharmacy and pharmaceutics, although the Section on Medicinal Chemistry has dealt with closely related subjects such as toxicology, drug metabolism, pharmaceutically acceptable drug salts, training and research in medicinal chemistry in developing countries and the Glossary of Terms used in Medicinal Chemistry, as well as some other topics.

Pharmaceutics is defined in this glossary as the science of preparation of drugs, dosage forms, and drug delivery systems, taking into account the pharmacokinetics and pharmacodynamics of the drug as well as its physical and chemical properties. Thus, many branches of chemistry such as organic, inorganic, solid-state, colloid, and surface chemistry, as well as nanotechnology and others, play roles in pharmaceutics. Even the more biologically oriented branch of pharmaceutics, i.e., biopharmaceutics, draws on chemical concepts such as (pharmaco)kinetics, absorption, dissolution, diffusion, and others. Therefore, it appears timely for IUPAC to publish recommendations in this area.

The glossary was first given the title "Glossary of Terms in Pharmaceutical Technology". Over the years, this title underwent a few changes until it has become the present one. During the review process, a communication from the U.S. Pharmacopoeia (USP) indicated concern regarding some definitions that differ from those of the Pharmacopoeia. The Subcommittee on Medicinal Chemistry and Drug Development has considered these concerns and recommended to incorporate the Pharmacopeia's definitions into the glossary in cases where they are clearly superior. However, in instances where the

© 2009 IUPAC, *Pure and Applied Chemistry* 81, 971–999

GSK-PBM-00912295

IUPAC definition was considered to be more suitable for chemists, the IUPAC definitions were retained. During the time in which this glossary was already in production, a proposed glossary was received from USP, but it was too late to make any use of it in the present version. Its recommendations will be reserved for consideration in a future update.

Considerable effort was made to make all terms in the glossary compatible with similar terms (where they exist) in the online IUPAC "Gold Book". Readers are invited to point out any errors or inconsistencies to the authors.

## ACKNOWLEDGMENTS

The authors are very grateful to the following individuals for their valuable comments and suggestions for improvements of this glossary: Heike Bauer (Germany), Hitesh Bhagat (USA), Abraham J. Domb (Israel), Amnon Hoffman (Israel), Sanjeev Katti, (USA), Lajos Kovács (Hungary), Mahesh Govind Kulkarni (USA), Joseph R. Robinson (USA), László Wagner (Hungary).

## GLOSSARY OF TERMS

**absolute bioavailability**
Fraction of the administered dose of a drug from a *dosage form* absorbed intact into the *systemic* circulation.

See also *bioavailability, relative availability.*

**absorption** (in pharmaceutics)
Process by which a *drug* moves from its site of *administration*, usually across biological membranes, to the *systemic* circulation or its site of action in the body.
[1]

> *Note*:    Systemic absorption: uptake to the blood and transport via the blood of a substance to an organ or compartment in the body distant from the site of absorption.

**active transport of drugs**
Carriage of a solute across a biological membrane, which requires a suitable carrier and the expenditure of energy.
[2]

**adjuvant**
1.    Additive with no intended pharmacological action, used in the *formulation* of *dosage forms.*
2.    In pharmacology, a substance added to a drug to speed or increase the action of the main component.
3.    In immunology, a substance (such as aluminum hydroxide) or an organism (such as killed mycobacterium) that increases the response to an antigen.
[3]
See *excipient.*

**administration** (of a substance)
Introduction of a substance to an organism by a defined route [3].

GSK-PBM-00912296

974                                          E. BREUER et al.

**administration of drugs, ocular route**
Administration of drugs through the *eye*.

Note 1:    Drugs used to treat *eye* disorders can be administered as liquid or semi-solid *dosage forms*. Solid inserts, which release the drug in slow-release pattern, are also available.

Note 2:    Ocular drugs are almost always used for their local effects. Some drugs produce a local effect after they are absorbed through the cornea and conjunctiva. Some of these drugs then enter the bloodstream and may have unwanted or wanted *systemic* effects.

See also *administration*.

**administration of drugs, oral route**
Administration of drugs through the mouth to swallow.

Note 1:    This is the most convenient and popular administration route.

Note 2:    Per-oral products can be *powders*, *granules*, un*coated* or *coated tablets*, *capsules*, and liquids (solutions, *emulsions*, and suspensions). Liquids for oral use may contain anti-microbial preservatives and are supplied in multi- or single-dose containers.

Note 3:    It differs from intraoral *administration*.

See also *administration*.

**administration of drugs, parenteral route**
Method of introducing substances into an organism, avoiding the gastrointestinal tract [1].

Note 1:    *Parenteral* routes may be employed whenever enteral routes are contraindicated or in-adequate.

Note 2:    Parenteral administration includes some conventional (*intravenous, intramuscular, sub-cutaneous*) and some special (intradermal, intraventricular, etc.) routes.

Note 3:    Parenteral products can be solutions, suspensions, and *emulsions*. They are presented as *sterile* products. It is commonly used to imply administration by *injection* or infusion.

See also *administration*.

**administration of drugs, rectal route**
Administration of drugs into the rectal cavity or through the rectum.

Note 1:    Products may be solid (*suppositories*) or liquid unit dosage preparations, or *creams*, *ointments*, and *gels*.

Note 2:    This is an important way of administering a medicinal product that may not be tolerated orally, especially in pediatrics and geriatrics or when the patient has an infection of the gastrointestinal tract; or when the drug is less suited for oral administration because of side effects, bad taste, or enzymatic degradation.

Note 3:    The *rectal* route has several drawbacks. These can be, in addition to psychological aver-sion, slow and incomplete *absorption*, and inadequacy where rapid absorption and high plasma levels are required.

See also *enemas, administration*.

© 2009 IUPAC, *Pure and Applied Chemistry* 81, 971–999

GSK-PBM-00912297

**administration of drugs, respiratory route**
introduction of drugs by inhalation
Delivery to the lower *respiratory* tract in order to obtain a local or *systemic* effect.

> *Note*:     Products usually deliver the active substance in the form of *aerosol* droplets or solid particles (*powders*).

See also *inhalation therapy, administration.*

**administration of drugs, topical route**
Administration of drugs on surfaces of the body.

> *Note*:     *Topical* products usually produce pharmacological effects at or near the point of application, such as the skin, eyes, nose, throat, ears, and vagina, etc., but sometimes may also have *systemic* effects.

See also *administration.*

**administration of drugs, transdermal route**
diadermic administration
percutaneous administration
transcutaneous administration
transdermic administration
Introduction of products through unbroken skin by means of a specific *drug delivery system* (such as a patch containing a semi-solid *formulation* of the drug) for *systemic* and/or prolonged drug effect.
See also *administration.*

**administration of drugs, vaginal route**
Introduction of products into the vagina normally for local effect.

> *Note*:     *Vaginal* preparations may be liquid dispersions (solutions, foams), semi-solid (*gels, creams, ointments*), and solids (*tablets, capsules, pessaries*, tampons, sponges).

See also *administration.*

**adsorption**
Accumulation of gases, liquids, or solutes on a solid surface, e.g., powder, polymer, glassware, syringes, etc.
    Process by which a compound, solid, liquid, or gas becomes loosely held by weak attraction to the surface of a solid. The attraction forces in adsorption are much weaker and less permanent than those of absorption.

> *Note 1*:     In *pharmaceutics*, it mainly refers to the binding of a therapeutic agent or an impurity or a toxic material to a solid surface, or to modification of release in pharmaceutical formulations, and in analysis.

> *Note 2*:     In contrast to *absorption*, which is a transport phenomenon, adsorption is a surface phenomenon. In other words, it refers to accumulation of gases, liquids, or solutes on a solid surface, e.g., glassware, syringes, etc.

© 2009 IUPAC, *Pure and Applied Chemistry* 81, 971–999

GSK-PBM-00912298

976                                          E. BREUER et al.

> *Note 3*:    The main application of adsorption is NOT to modify release, but rather in *formulation* of *dosage forms*, purifying, charcoal adsorption (as treatment), analytics, etc.

[3,4]

## aerosol
Mixture of small particles (solid, liquid, or a mixed variety) and a *carrier* gas (usually air).

> *Note 1*:    Owing to their size, these particles (usually less than 100 μm and greater than 0.01 μm in diameter) have a comparatively small sedimentation velocity and hence exhibit some degree of stability in the earth's gravitational field.

> *Note 2*:    An aerosol may be characterized by its chemical composition, its radioactivity, the particle size distribution, the electrical charge, and the optical properties [3,5].

## agglomeration
Adherence of particles into a larger mass due to moisture, static charge, or chemical or mechanical binding [5].
See also *aggregation*.

## aggregation
Accumulation or collection of particles into larger units.
See also *agglomeration, coagulation, flocculation*, orthokinetic *aggregation*, perikinetic *aggregation*.
[5,6]

## amorphous
Solid substances that are not *crystals*. Amorphous solids consist of randomly oriented molecules. Solids without definite shape consist of randomly oriented molecules.

> *Note 1*:    Used to describe substances that are solids but not crystals.

> *Note 2*:    Frequently they are more soluble than *crystalline* solids.

## amphipathic, amphiphilic
Molecules that contain groups with characteristically different properties, e.g., both *hydrophilic* and *lipophilic* (*hydrophobic*) properties.

> *Note*:    The property of surface activity is usually due to the fact that the molecules of the substance are amphipathic or amphiphilic, meaning that each contains both a hydrophilic and a hydrophobic (lipophilic) group.

[3,6]

## angle of repose
Characteristic angle of slope formed with the horizontal by the side of a static conical mound of *powder*.

> *Note 1*:    Angle of repose is determined by a balance of gravitational force and the frictional forces caused by interparticulate interactions.

> *Note 2*:    A measure of cohesiveness in powders. The smaller the angle of repose the greater the ability of the powder to flow. A particle will begin to slide on a slope when the angle of

GSK-PBM-00912299

inclination is sufficiently large to overcome the frictional forces, and conversely the particle will not move when the angle is below that required to overcome cohesion and adhesion.

*Note 3*:   The angle of repose depends on the method of measurement.

**appertization**
Process by which food is rendered free from pathogenic, toxigenic, and spoilage organisms.

*Note 1*:   A term used in the food industry.

*Note 2*:   Appertization will not necessarily kill thermophilic spores, and thus products subjected to the process may not be *sterile*.

See also *sterilization, disinfection*.

**binder**
Substance that acts as adhesives to bind together *powders* for making *tablets* (direct *tableting*) or *granules* (*granulation*) that are mainly used in tableting.

**bioassay**
Procedure for estimating the concentration or biological activity of a substance by measuring its effect on a living system compared to a standard system [3,12].

**bioavailability**
1.   Ratio of the *systemic* exposure from extravascular (ev) exposure to that following intravenous (iv) exposure as described by the equation:

$$F = \frac{A_{ev}D_{iv}}{B_{iv}D_{ev}}$$

where $F$ is the bioavailability, $A$ and $B$ are areas under the (plasma) concentration-time curve following ev and iv *administration*, respectively, and $D_{ev}$ and $D_{iv}$ are the administered ev and iv doses.
2.   Relative amount of the administered dose of a *drug* that reaches systemic circulation from a certain *dosage form* in comparison to the amount that reaches the systemic circulation by iv *administration*.
See also *relative bioavailability*.
[7,12]

**bioequivalence**
1.   Relationship between two preparations of the same drug in the same dosage form that have a similar *bioavailability*.
2.   Dosage forms containing the same drug are said to be bioequivalent if they do not differ significantly in the bioavailability (e.g., AUC, $c_{max}$, $t_{max}$.) of the active constituent/ingredient, when administered in the same dose under similar experimental conditions.
[12]

© 2009 IUPAC, *Pure and Applied Chemistry* 81, 971–999

GSK-PBM-00912300

978                                    E. BREUER et al.

**biological half life**

For a substance, the time required for the amount of a *drug* or a substance in a biological system to be reduced to one-half of its value by biological processes when the rate of removal is approximately exponential.

> *Note 1*:   This is an important consideration in determining the proper amount and frequency of dose of a drug to be administered.

> *Note 2*:   Often the rate of removal of a drug (e.g., by metabolism, excretion and/or decomposition) is not exponential.

> *Note 3*:   Normally, the longer the biological *half life*, the longer is the drug present in the body. However, even a substance with an estimated short biological half life may sometimes have a significant fraction which persists in the body

[3,8]

**biological product**

Virus, therapeutic serum, toxin, antitoxin, or analogous product applicable to the prevention, treatment, or cure of diseases or injuries in humans and/or animals.

> *Note*:   The term "analogous product" may include essentially all *biotechnology*-derived products and procedures including *gene therapy*, transgenics, and somatic cell therapy.

**biopharmaceutics**

Branch of pharmaceutical science that deals with the fate of drugs in the living system; particularly the release of the drug from its *dosage form* into a biological medium, its passage across membranes into the *systemic* circulation, metabolism, and elimination, and the application of this knowledge to obtain the desired therapeutic effect.

**biotechnology**

1.   Technique that uses living organisms (or component(s) of organisms) to make or modify products, to improve plants or animals, or to develop microorganisms for specific uses.
2.   More recent usage refers to the industrial and pharmaceutical use of DNA, cell fusion, novel bio-processing techniques, and *gene therapy*.
3.   The integration of life sciences with chemical, physical, and engineering sciences in order to achieve the application of organisms, cells, parts thereof, and molecular analogs for products and services [3,6,9].

**buccal tablet**

Usually a small, flat, and soft *tablet*, which is designed to be placed inside the cheek to be directly absorbed through the mucosa for *systemic* effect.

**bulk density**

Characteristic of a *powder* rather than of individual particles given by the mass of powder occupying a known volume.

> *Note 1*:   Characteristics of importance in *tablet* production.

> *Note 2*:   The bulk density is always lower than the true density of its component particles.

GSK-PBM-00912301

*Note 3*:    A powder can have only one true density, but it can have many different bulk densities, depending on how tightly the particles are packed.

**capsule**
Small edible package made usually from gelatin or other materials that can be filled with *drugs* (solids or liquids) to produce a unit dose, mainly for *oral* use. Hard capsules consist of two pieces that fit one inside the other which are produced empty and filled in a separate operation, and soft, liquid-filled capsules, which are manufactured and filled in one operation.

**carrier-mediated drug transport**
Transfer of a drug across a membrane by a transporter (often a protein) constituent of the cytosol membrane. Also known as *active transport* as opposed to passive *diffusion/absorption*.

**coacervation**
Separation of colloidal systems into two liquid phases. The phase more concentrated in colloid component is the coacervate, while the other phase is the equilibrium solution [6].

**coagulation**
Close, tight *aggregation* (see also *flocculation*) of colloid particles, *emulsion* droplets, *suspension* particles, which are difficult to redisperse. Clotting: the process of changing from a liquid to a solid, said especially of blood (i.e., blood coagulation). Transformation of a sol into a gel or semi-solid mass; e.g., the coagulation of the white of an egg by means of boiling.

> *Note*:    When a *sol* is colloidally unstable (i.e., the rate of aggregation is not negligible) the formation of aggregates is called coagulation or flocculation.

[6,7]

**coating**
Technological process consisting of the application of a substance, which forms a layer (e.g, to protect the *drug* and/or the *tablet*, to mask taste, to control the rate of drug release (e.g., film coating, sugar coating).

> *Note*:    Sugar coating is used to mask bad taste without altering release profile.

**compressed tablet**
A solid dosage form prepared to a desired shape, usually in large-scale production, by means of high pressure in a punch and die.

> *Note*:    Most compressed *tablets* consist of the active ingredient and a diluent (filler), binder, disintegrator, and lubricant.

**controlled-release dosage form**
Medication, which due to its special technological construction provides for drug release having predefined kinetics (zero order, $t^{1/2}$, 1st order, etc.) at a sufficient rate to maintain the desired therapeutic level over an extended period of time.

> *Note*:    Also used to denote *sustained-release* products with zero-order release kinetics.

© 2009 IUPAC, *Pure and Applied Chemistry* 81, 971–999

GSK-PBM-00912302

Case 1:24-cv-00512-GBW    Document 167-1    Filed 03/12/26    Page 218 of 325 PageID #: 13919

**cosolvent**

Vehicle (often ethanol) used in combination to increase the solubility of *drugs*. Frequently, the solubility of a drug in a mixed solvent system is greater than can be predicted from its solubility in each solvent component separately.

**cream**

Semi-solid *emulsion* for external application. Oil-in-water emulsions are most useful as water-washable bases, whereas water-in-oil emulsions are emollient and cleansing [3,6].

**critical micelle concentration** (cmc)

Threshold detergent concentration at which *micelle* formation begins in the bulk phase. This means that all effective molecules are present as monomers at a concentration below their cmc.

*Note 1*:    There is a relatively narrow range of concentrations separating the limit below which virtually no micelles are detected and the limit above which virtually all additional *surfactant* molecules form micelles.

*Note 2*:    Many properties of *surfactant* solutions, if plotted against the surfactant concentration (usually the log of concentration), appear to change at different rates above and below this range. By extrapolating the locus of such a property above and below this range until they intersect, a value may be obtained known as the *critical micellization concentration* (*critical micelle concentration*), symbol $C_M$, abbreviation *cmc* (or c.m.c.) [3].

See also *inverted micelle*.

**critical moisture content**

A stage in the drying of solids, above which the drying rate (derived from the plot of the loss of moisture content against time) is linear, at which the drying rate ceases to be linear, until it reaches the *equilibrium moisture content*.
[10]

**crossover study**

Type of comparative *bioavailability* study designed in such a way as to take into account differences in bioavailability arising from differences between patients suffering from disease, participating in the study.

*Note*:    The differences between the subjects may be in age, stage or severity of the disease, and prior drug treatment that some may have received. In such a crossover study, the patients are divided into two equal size groups, uniform with respect to age, body weight, sex, etc. The first group is given a specific dose of the product studied, while the second group is given a second product of proven clinical efficacy, containing the same active ingredient. After taking an appropriate number of blood samples from each individual and a washout period, the groups are reversed and the first group is given the product of proven clinical efficacy and the second is given the product being studied. This way each patient serves as his or her own control.

[11]

© 2009 IUPAC, *Pure and Applied Chemistry* 81, 971–999

GSK-PBM-00912303

Case 1:24-cv-00512-GBW    Document 167-1    Filed 03/12/26    Page 219 of 325 PageID #: 13920

**crystalline**
Term that describes a solid of regular shape and the presence of three-dimensional order on the level of atomic dimensions, for a given molecule.

> *Note 1*:    Crystallinity may be detected by diffraction techniques, heat-of-fusion measurements, etc.

> *Note 2*:    Crystalline forms are often preferred, over *amorphous* forms, in pharmaceutical *dosage forms*, due to uniformity, reproducibility, and sometimes lack of hygroscopicity.

**deflocculation**
Reversal of *coagulation* or *flocculation*, i.e., the dispersion of *aggregates* to form a stable colloidal *suspension* or *emulsion*.
See also *flocculation*.
[3,5]

**delayed-release dosage form**
Pharmaceutical preparation that releases the drug(s) at a time other than promptly after administration.

> *Note*:    Typically, this is related to *enteric coated tablets*.

**deliquescence**
Process that occurs when the vapor pressure of the saturated aqueous solution of a substance is less than the vapor pressure of water in the ambient air.

> *Note*:    When water vapor is collected by the pure solid compound, a mixture of the solid and liquid or an aqueous solution of the compound forms until the substance is dissolved and is in equilibrium with its environment; at this time the vapor pressure of water over the aqueous solution will equal the partial pressure of water in the atmosphere in contact with it. A *crystalline* salt *aerosol* particle will deliquesce in the atmosphere when the relative humidity surpasses a characteristic value, the so-called deliquescence point [3].

**deliquescent**
Substance that absorbs sufficient moisture from the atmosphere to dissolve itself.

**depot**
Deposit of a *drug* in a body created by injection or by a similar mode of introduction to form a source of slow release.

**detergency**
Property, which serves as basis for the process whereby *surfactants* are used for the removal of foreign matter from surfaces (including dirt from clothes or body surfaces).
See also *detergents*, *solubilizing*, *surface-active agent*, *surfactant*.

**detergent**
*Surfactant* (or a mixture containing one or more surfactants) having cleaning properties in dilute solutions (soaps are surfactants and detergents) [3].

© 2009 IUPAC, *Pure and Applied Chemistry* 81, 971–999

GSK-PBM-00912304

982                                       E. BREUER et al.

**diffusion barrier**
Obstacle such as *coating* or *embedding*, which acts as a factor controlling the rate of *drug* release.

>    *Note*:    Body fluids or membranes can also act as barriers.

**disperse system**
Dosage form in which the active ingredient is insoluble in the carrier; includes *aerosols* (solids or liquids in gas), suspensions (solids in liquids), *emulsions* (liquids in liquids), and foams (gas in liquid), or *ointments/creams* (solid in solid or in semi-solid, or liquid in solid).

>    *Note*:    These systems are thermodynamically unstable and need to be stabilized by suspensifying or emulsifying agents.

**divided granule**
*Formulation* in which individual doses of a *granulated dosage form* are separated (e.g., gelatin *capsule*s).

**divided powder**
*Powder formulation* in which individual doses of a powdered *dosage form* are separately wrapped (e.g., sachets, envelopes, or gelatin *capsules*).

**dosage form**
*Formulated* preparation of molecules/*drugs* that are rarely if ever suitable for administration to patients without additives.
See also *tablet, syrup, solution, cream, suppositories*, etc.

>    *Note*:    They can be designed for *administration* by all possible administration routes to achieve the desired therapeutic response.

**dosage regimen**
Dose and dosing interval of a *drug*.

**drug**
Biologically active substance, which when biodistributed in the body is expected to modify one or more of its functions.

>    *Note 1*:    Frequently used synonyms from formulated drugs (see *dosage forms*) are: medicine, medication, remedy.

>    *Note 2*:    The term is generally accepted for a substance taken for a therapeutic purpose, but is also commonly used for abused substances [3,12].

**drug delivery system**
Sophisticated *dosage form*, which, by its construction, is able to modify/control the availability of the *drug* substance to the body by temporal or spatial considerations.
*controlled release*
*extended release*
delayed release
*delayed action*

GSK-PBM-00912305

*dosage form*
*depot*
*embedding*
*gradual release*
*fast release* or *immediate release*, i.e., conventional *dosage form*
*implants*
*liposome*
*long-acting*
*modified release*
*prolonged action*
pulsatile release
*slow release*


**drug-eluting stent**
Refers to a *stent* with an active *drug* that is intended to produce a therapeutic effect (e.g., reduction of restenosis) [13].


**dusting powder**
Usually intended for external use.

> *Note 1*:   Usually contains ingredients used for therapeutic, prophylactic, or lubricant purposes.

> *Note 2*:   Normally dispensed in containers with perforated lids.

> *Note 3*:   The *powder* must flow well so that it can be dusted over the required area.

> *Note 4*:   Examples are antibacterial and antifungal products.


**effervescent tablet**
Solid preparation that on contact with water breaks apart by the effect of gas (usually $CO_2$) evolution, resulting commonly from the reaction of hydrogen carbonate with citric or tartaric acid, in order to facilitate dissolution or dispersion of the active ingredient before ingestion.


**efflorescence**
Opposite of *deliquescence*; the drying of a salt solution when the vapor pressure of water in the saturated solution of a substance is greater than the partial pressure of water in the ambient air. Also refers to the loss of water of crystallization from a solid salt such as $Na_2CO_3 \cdot 10H_2O$ [3].


**efflorescent**
Substance that loses water to form a lower hydrate or becomes anhydrous spontaneously.


**elixir**
Sweet (often colored) dilute alcohol-based, "hydroalcoholic", liquid used in the compounding of *drugs* to be taken by mouth in order to improve palatability.

> *Note*:   Elixirs are among the most common types of medicinal preparations taken orally in liquid form.

GSK-PBM-00912306

984                                      E. BREUER et al.

**elutriation**
The process of separating the lighter particles of a *powder* from the heavier ones by means of an up-ward-directed stream of fluid (gas or liquid).
[3,7]


**embedding**
Technological process, which consists of mixing or inclusion of the therapeutic substance with an *excipient* or their mixtures, typically as a *matrix dosage form*, in order to change the rate of release.


**emulsion**
Fluid *colloidal* dispersion system in which liquid droplets and/or liquid crystals are dispersed in a liquid.

>    *Note 1*:   The droplets often exceed the usual limits for *colloids* in size.

>    *Note 2*:   An emulsion is denoted by the symbol o/w if the continuous phase is an aqueous solution and by w/o if the continuous phase is an organic liquid (an "oil").

>    *Note 3*:   More complicated double emulsions such as o/w/o (i.e., oil droplets contained within aqueous droplets dispersed in a continuous oil phase) are also possible [3].


**encapsulation**
Process of enclosing a *drug* in a (micro or nano) particle (*capsule*, *liposome*, polymer).


**enemas**
Solutions (aqueous or oily), *emulsions*, or *suspensions* for *rectal administration* of *medicaments* for cleansing, diagnostic, or therapeutic purposes.


**enteric coating**
Used on *tablets*, *granules*, *pellets*, and *capsules* to make them resistant to gastric fluids but designed to disintegrate, disrupt, or dissolve when the preparation enters the duodenum.

>    *Note*:   Enteric coating is used for one of the following reasons:
>    •    To protect the *drug* from degradation by the acid in the stomach (e.g., erythromycin).
>    •    To protect the stomach from the irritant effect of the drug (e.g., aspirin).
>    •    To facilitate absorption of a drug distally to the stomach.

See also *delayed release dosage form*.


**equilibrium moisture content** (EMC)
Final stage reached after drying of a solid, beyond the critical moisture content.


**excipient**
additive
ingredient
Pharmacologically inactive carrier (vehicle or basis) or a component of the carrier of the active substance(s) in the dosage form. It may contribute to shape, appearance, patient acceptability, stability, bio-pharmaceutical profile, and improvement of the manufacturing process.

© 2009 IUPAC, *Pure and Applied Chemistry* 81, 971–999

GSK-PBM-00912307

Case 1:24-cv-00512-GBW    Document 167-1    Filed 03/12/26    Page 223 of 325 PageID #: 13924

Material added to a dosage form to fulfill various functions, e.g., to act as filler for purposes of bulk, disintegrant, lubricant, color, etc.

*Note 1*:    Vehicle, refers to liquids only.

*Note 2*:    Excipients are intended to be without any biological effects and detrimental interactions with other ingredients in the *dosage form*.

See *adjuvant*.
[3,14]
See also *adjuvant, dosage forms, absorption, lubricant*.

**extended release**
See *sustained release*.

**fast-dissolving tablet**
A *tablet formulation* intended for a rapid release of its active agent.
See also *immediate-release tablet*, and in contrast, *sustained-release tablet*.

**flocculation**
Process of contact and adhesion whereby particles in dispersion form larger-size clusters.
See also *aggregation, coagulation*.
[3]

**formulation**
Summary of operations carried out to convert a pharmacologically active compound into a *dosage form* suitable for *administration*.
See also *drug delivery systems, excipient, solubilizing agents*.

**gargle**
mouthwash
Aqueous solution used for the prevention and treatment of mouth and throat infections.

*Note 1*:    May contain antiseptics, antibacterials, analgesics, and/or astringents.

*Note 2*:    Usually diluted with water before use.

**gastric emptying rate**
Pace at which a *drug* along with the stomach content leaves and enters the duodenum.

*Note 1*:    Often, gastric emptying rate is also expressed as gastric emptying time.

*Note 2*:    Gastric emptying rate (or time) is expressed typically in units of time or $t_{1/2}$. It is also expressed as the amount of a given substance emptied per the total mass in the stomach, at a given time; or as the amount emptied, at a given time, of a given substance.

*Note 3*:    Since most drugs are optimally absorbed from the small intestine, the onset of drug action depends on the gastric emptying rate. Thus, the rate of gastric emptying determines the timing but not the extent of *oral drug absorption*.

© 2009 IUPAC, *Pure and Applied Chemistry* 81, 971–999

GSK-PBM-00912308

986 E. BREUER et al.

*Note 4*:  The gastric emptying rate depends on several factors, e.g., stomach calorie content, pH, hunger, anxiety, the nature of the drugs and body posture. High-calorie foods (e.g., fats) usually retard gastric emptying and delay *drug absorption*.

[15]

## gel
Colloidal system with a finite, usually rather small yield stress.
Non-fluid colloidal network or polymer network that is expanded throughout its whole volume by a fluid.
[5,6]

## gene therapy
Use of products containing genetic material (e.g., pDNA, antisense DNA, siRNA) to treat a disease or condition, or to modify or manipulate the expression of genetic material or to alter the biological properties of living cells.

## generic(s)
*Drug(s)* or formulation(s) of drug(s) or *dosage forms*, which no longer have patent protection.

*Note 1*:  Generic or nonproprietary drugs that may enter the market after the expiry of the basic patent covering the original drugs.

*Note 2*:  Nonproprietary drugs are required to meet the same bioequivalency test as the original brand name drugs.

*Note 3*:  Generic products may themselves bear brand names.

## gradual release
See *sustained release*.

## granules
*Powder* particles, which have been aggregated to form larger irregular particles, usually of 0.5–2 mm diameter.

*Note 1*:  Granules are also used as intermediates in *tableting*. These are typically of smaller sizes.

*Note 2*:  May also be used rarely as independent *dosage form* for *oral administrations*.

See also *tablet*.

## granulation
Process in which *powder* particles are made to aggregate to larger particles called *granules*.

*Note 1*:  In the majority of cases, granulation is required in the production of *tablets* or *capsules*, when granules are made as an intermediate product.

*Note 2*:  Granulation is preceded by mixing the necessary powdered ingredients to assure their uniform distribution in the granules.

GSK-PBM-00912309

Case 1:24-cv-00512-GBW    Document 167-1    Filed 03/12/26    Page 225 of 325 PageID #: 13926

Note 3:  Granulation may be carried out by two methods: wet granulations which utilize non-toxic volatile liquids, like water or low alcohols; or dry methods in which high pressure is applied.

See also *binders, granules.*

**half life,** $t_{1/2}$
half time
Time required for the concentration of a reactant in a given reaction to reach a value that is the arithmetic mean of its initial and final (equilibrium) values. For a reactant that is entirely consumed, it is the time taken for the reactant concentration to fall to one-half of its initial value.

Note:    The half life of a reaction has meaning only in special cases:
1.    For a first-order reaction, the half life of the reactant may be called the half life of the reaction.
2.    For a reaction involving more than one reactant, with the concentrations of the reactants in their stoichiometric ratios, the half life of each reactant is the same, and may be called the half life of the reaction. If the concentrations of reactants are not in their stoichiometric ratios, there are different half lives for different reactants, and one cannot speak of the half life of the reaction.

See also *biological half life.*
[3,12]

**hydrate**
*Crystalline* form of a compound in which water molecules are part of the *crystal* structure.

Note 1:  Association of water molecule(s) in a crystal can be of different strength.

Note 2:  The term "hydrate" may mean different things in different contexts. Common to all contexts is the content of water, which may be part of crystal structure or part of a molecule to which water has been added reversibly (e.g., chloral hydrate) or the elements of water incorporated covalently (e.g., carbohydrates).

See also *solvate.*

**hydrophile–lipophile balance system** (HLB system)
Empirical scale (of 0–20) used to classify *surfactants* and *emulsifying* agents.
Ionic surfactants such as sodium lauryl sulfate have, e.g., an HLB of 40.

Note 1:  The numerical value is determined by the expression (HLB = 20 * $M_h/M$) where $M_h$ is the molecular mass of the *hydrophilic* portion of the molecule, and $M$ is the molecular mass of the whole molecule, giving a result on an arbitrary scale of 0–20.

Note 2:  An HLB value of 0 corresponds to a completely *hydrophobic* molecule, while a value of 20 corresponds to a molecule made up completely of hydrophilic components.

Note 3:  The more hydrophilic the surfactant the more it favors the formation of o/w over w/o *emulsions.*

[16]
See also *surfactant, emulsion.*

© 2009 IUPAC, *Pure and Applied Chemistry* 81, 971–999

GSK-PBM-00912310

988                                    E. BREUER et al.

**hydrophilicity**
Tendency of a molecule to be solvated by water.
[3,17]


**hydrophobicity**
Property of being water-repellent; tending not to absorb water.

> *Note*:    Hydrophobic interaction could result from hydrophobicity; the thermodynamic tendency of molecules or groups to escape from an aqueous environment resulting in the association of nonpolar groups.

[3,17]


**hygroscopicity**
Tendency of a substance to absorb water from the atmosphere.

> *Note*:    A substance that absorbs moisture from the atmosphere is called hygroscopic.


**immediate-release tablet**
*Dosage form* that releases the *drug* immediately.
See also *fast-dissolving tablet*, in contrast to *sustained-release tablet*.


**implantation**
Insertion or grafting of a biological, living, inert, or radioactive material into the body.


**implants**
Small *sterile* usually polymeric matrices, pellets, or particles for insertion or implanting into the body by surgical means or by *injection* to help achieve *sustained release*.


**inactivation factor** (IF)
Number that expresses the reduction in the numbers of a microorganism, brought about by a sterilization process.

> *Note*:    The IF value is specific for a microorganism and a sterilization process.


**inhalation therapy**
*Administration* of drugs directly to the respiratory tract, mostly by *aerosols*.

> *Note 1*:    Since a *drug* is delivered directly to the site of action, lower dose is needed by this route than by other routes, e.g., the gastrointestinal or *parenteral* routes.

> *Note 2*:    The incidence and the intensity of side effects are generally lower when this route is used as compared to other routes of *drug administration*.

See also other entries under *administration*.


**injection**
Delivery of a generally *sterile* liquid medication into the body, or a vessel, tissue, or organ via syringe and needle.


© 2009 IUPAC, *Pure and Applied Chemistry* 81, 971–999

GSK-PBM-00912311

*Note 1*:  Epidural injections are given into the epidural space of the spinal cord.

*Note 2*:  Intra-articular injections are made into the synovial fluid, which lubricates the articulating ends of bones in a joint.

*Note 3*:  Intrabursal injections are given into the bursae, which are small sacks of fluids between the tendons and bones.

*Note 4*:  Intracardial injections are given directly into the heart in emergencies.

*Note 5*:  Intracutaneous or intradermal injections are made into the skin between the inner layer (dermis) and the outer layer (epidermis).

*Note 6*:  Intramuscular injections are made by inserting the needle across the skin, subcutaneous tissue, and membrane enclosing the muscle.

*Note 7*:  Intraspinal injections are made into or around the spinal cord.

*Note 8*:  Intravascular injections (intra-arterial and -venous) are made directly into the blood stream for rapid effect.

*Note 9*:  Intrathecal injection is the introduction of material for diffusion throughout the subarachnoid space by means of lumbar puncture.

*Note 10*:  Ophthalmic injections include a variety of sites within the eye.

*Note 11*:  Subcutaneous or hypodermic injections are made under the skin into the subcutaneous tissue.

*Note 12*:  The same formulation cannot be used for all routes.

**inverted micelle**
Reversible formation of association colloids from *surfactants* in nonpolar solvents leads to *aggregates* termed inverted (or inverse, reverse, or reversed) *micelles*. Such association is often of the type: monomer ⇆ dimer ⇆ trimer ⇆···n-mer, and the phenomenon of *critical micelle concentration* (or an analogous effect) is consequently not observed. In an inverted micelle, the polar groups of the surfactants are concentrated in the interior and the *lipophilic* groups extend toward and into the nonpolar solvent.
[3]
See also *micelle*.

**liniment**
Liquid intended for massaging into the skin.

**liposome**
Artificial spherical lipid bilayer droplet formed mainly from phospholipids having a core of water phase, small enough to form a relatively stable *dispersion* in aqueous media and with potential use in *drug delivery*.
[3]

**loading dose**
Initial, typically larger than the maintenance dose of a *drug* given to a patient at the start of pharmacotherapy.

© 2009 IUPAC, *Pure and Applied Chemistry* 81, 971–999

GSK-PBM-00912312

990                                      E. BREUER et al.

*Note*:    The objective is to reach quickly the therapeutically beneficial plasma level. This is followed by smaller (maintenance) doses in order to maintain the plasma concentration.

**long acting**
See *sustained release*.

**lotion**
Solution, *emulsion*, or *suspension* to be applied to the skin.

**lozenge**
*Tablet*, which does not contain a disintegrant and which is sucked to dissolve in the mouth to produce either a local (e.g., antiseptic) or *systemic* (e.g., vitamins) effect.

*Note*:    Lozenges must be palatable and slowly soluble.

See also *troche*.

**lubricant**
Used as processing aid in *tablet* and *capsule* manufacturing, to facilitate the movement of the formulation into the dye and punch and to reduce the energy of compression.

**lyophilic**
Denotes a *dispersed* phase having a pronounced affinity for the dispersion medium.

*Note*:    When the dispersed phase is lyophilic, the colloid is usually a reversible one.

[6]

**lyophobic**
Denotes a *dispersed* phase having but slight affinity for the dispersion medium.

*Note*:    When the dispersed phase is lyophobic, the colloid is usually an irreversible one.

[6]

**matrix formulation** (e.g., matrix *tablet*)
Specific case of *drug* embedding in insoluble *excipients* (typically in a polymer) in order to achieve *extended release*.

*Note 1*:    Matrices can be monolithic or heterogeneous, dissolved or dispersed, or both.

*Note 2*:    This term also applies to a matrix made of *hydrophilic* substances, which, in contact with water, form a *gel* of high viscosity.

See *embedding*.

**maximum additive concentration**
Maximum concentration of a *drug*, which will form a clear solution with a given concentration of *surfactant*.

GSK-PBM-00912313

Case 1:24-cv-00512-GBW    Document 167-1    Filed 03/12/26    Page 229 of 325 PageID #: 13930

**maximum safe concentration**
Concentration of a *drug* in the plasma, above which side effects are likely to occur in a patient.

**micelle(s)**
*Aggregates* of colloidal dimensions (i.e., association of colloids) formed reversibly from *amphiphile* molecules.
[3]

> *Note 1*:    A micelle is thus a structural unit of the dispersed phase (*surfactant*) in an *emulsion*, *suspension*, or a *gel*; a unit whose repetition in three dimensions constitutes the micellar structure of the gel; it does not denote the individual particles in free suspension or solution, or the unit structure of a *crystal*.

> *Note 2*:    Arrangements of groups of molecules of *hydrophobic* liquids in aqueous environment, formed by *surface-active agents*.

[7]
See also *critical micelle concentration*.

**micellization**
Formation of *micelles*.

**microemulsions**
Emulsions in which the *dispersed* droplets are in the micron-size range.

> *Note 1*:    It is sometimes difficult to differentiate between a swollen *micelle* and a small *emulsion* droplet.

> *Note 2*:    Some microemulsions are in the submicron size.

**microencapsulation**
Formation of microparticles *encapsulating* a *drug*.

> *Note*:    Such coating protects the drug from chemical or enzymatic attack and/or prolongs drug release.

See *encapsulation*.

**microfiltration**
Pressure-driven, membrane-based separation process in which particles and dissolved macromolecules larger than 0.1 μm are rejected.

> *Note*:    Can be used for *sterilization* with 0.22-μm size filters.

[18]

**microsphere**
Solid spherical particles of micron-size range, used as matrix dosage forms.

© 2009 IUPAC, *Pure and Applied Chemistry* 81, 971–999

GSK-PBM-00912314

992                                    E. BREUER et al.

**minimum effective plasma concentration**
Concentration of a *drug* that must be achieved in the plasma before any desired therapeutic or pharmacological effect can be obtained.

**minimum inhibitory concentration** (MIC)
Lowest concentration of an antibacterial *drug* necessary to inhibit the growth of a microorganism.

**minimum therapeutic plasma concentration**
See *minimum effective plasma concentration.*

**modified release**
Release of a *drug* from a *dosage form* that it is not immediate (e.g., *sustained release, retarded release, delayed-action preparations, controlled release, extended release,* etc.).

**moistening agents**
Usually water or low-molecular-weight alcohols or compounds, used in *topical* applications and in *wet granulation*, for the production of *tablets.*

**multicompartment formulation**
*Dosage form* (*capsule, tablet*) comprising several elements (e.g., *microspheres* or *coated* pellets) differing in the rate of *drug* release.

**multilayer tablet**
Consists of several different layers that are compressed on top of each other, to form a single *tablet* composed of two or more layers.

> *Note*:     Mainly used for incompatible substances and for *sustained release.*

**nanoencapsulation**
Formation of *nanoparticles encapsulating* a *drug.*

**nanoparticles**
Microscopic particle whose size is measured in nanometers, often restricted to so-called nanosized particles (NSPs; <100 nm in aerodynamic diameter), also called ultrafine particles.

> *Note 1*:    *Drug* may be embedded in (as in a *matrix*) or *adsorbed* or *encapsulated.*

> *Note 2*:    Particles containing drug of sizes less than 0.5 μm are often named as nanoparticles.

[3]

**nebulizer**
Device that disperses liquids to *aerosols* for therapeutic use by inhalation through a mask.

**ointment**
Greasy, semi-solid preparation for external application, often anhydrous, containing dissolved or *dispersed medicaments.*

© 2009 IUPAC, *Pure and Applied Chemistry* 81, 971–999

GSK-PBM-00912315

**one-compartment model**
Kinetic model, where the whole body is thought of as a single compartment in which a substance is distributed rapidly, achieving an equilibrium between blood and tissue immediately.

> *Note*:   In pharmacokinetics, the substance is a *drug* component which is assumed to be released from a *dosage form* and distributed instantly after *absorption* to reach an equilibrium between blood and tissues.

[12]

**onset of drug action**
Time required to achieve the *minimum effective plasma concentration* following *administration* of the *dosage form*.

**parenteral**
See *administration of drugs, parenteral*.

**paste**
*Ointment* containing >0 % of *powder*, *dispersed* in a fatty base.

**pellet**
1.   Very small *tablet* or pilule.
2.   Implantable polymeric *matrix*.
3.   Spherical *granule*.

**pelletization**
Process of *agglomeration* that converts fine *powders* or *granules* of bulk *drugs* and *excipients* into small, free-flowing, spherical, or semi-spherical units, referred to as *pellets*.

> *Note 1*:   *Pellets* range typically between 0.5 and 1.5 mm in diameter.

> *Note 2*:   The most widely used pelletization processes in the pharmaceutical industry are extrusion/spheronization, solution/suspension layering, and powder layering.

[19]

**pharmaceutical equivalence**
To be pharmaceutically equivalent, the *generic* and proprietary *formulations* must (1) contain the same amount of active ingredient; (2) contain the same active ingredient in the same *dosage form*; (3) be intended for the same route of *administration*; and (4) generally be labeled for the same conditions of use.

> *Note*:   It is not usually required that the generic and the reference *drug* contain the same *excipients*, or that the mechanism by which the active drug substance is released from the formulation be the same. But, the regulation authority approves the generic equivalent on the basis of certain in vitro and in vivo data.

See *bioequivalence, generic, nonproprietary*.

GSK-PBM-00912316

994                                          E. BREUER et al.

**pharmaceutics**
Science of preparation of *drugs*, *dosage forms*, and *drug delivery systems* taking into account the *pharmacokinetics* and *pharmacodynamics* of the drug as well as its physical and chemical properties.

**polymorph**
Solid material that exists at least in two different molecular arrangements, i.e., distinctly different *crystal* species.

> *Note 1*:    The differences between polymorphs disappear in solution or in the vapor phase.

> *Note 2*:    Solubility, melting point, density, crystal shape, crystal structure, and some other physical properties often differ from one polymorph to the other.

**polymorphic transition**
Transition of a solid *crystalline* phase to another phase having the same chemical composition but a different *crystal* structure.

> *Note*:    The transition may occur at a characteristic temperature and pressure, called the inversion point.

[3,20]

**polymorphism**
Existence of two or more different *crystal* structures for the same compound.

**powder grades**
Defined for *powders* used pharmaceutically, according to particle sizes.

> *Note*:    It is required that when the fineness of a powder is described by a number, all particles must pass through a sieve with aperture diameter in microns equal to that number.

**powder(s)**
Dry solid material consisting of many, usually free flowing, fine particles. Conventionally, the title "powder" should be restricted to powder mixes for internal use and alternative terms are used for other powdered *formulations* presented in this way, e.g., *dusting powders*, which are for external use.

> *Note* :    The term "powder", when used to describe a dosage form, however, describes a formulation in which a *drug powder* has been mixed with other powdered *excipient*s to produce the final product.

**preformulation**
Exploratory activity that begins early in *pharmaceutics*, involving studies designed to determine the compatibility of *excipients* with the active substance for a *biopharmaceutical*; physicochemical and bioanalytical investigation in support of promising experimental *formulations*.
[21]

**prodrug**
Chemically modified form of a pharmacologically active compound that has to undergo biochemical or chemical transformation before exhibiting its pharmacological effect.

© 2009 IUPAC, *Pure and Applied Chemistry* 81, 971–999

GSK-PBM-00912317

> *Note*:    Prodrugs can be viewed as *drugs* containing specialized nontoxic protective groups used in a transient manner to alter or to eliminate undesirable properties in the parent drug molecule.

[2]

**prolonged action**
See *sustained release.*

**pseudopolymorph(s)**
Different *crystalline* form(s) of a *solvated* compound that differ in the identity and/or the stoichiometry of the *solvating* molecule.

**relative bioavailability**
Measure of the fraction of a given *drug* that is absorbed intact into the *systemic* circulation from a *dosage form*, relative to a recognized, clinically proven, standard dosage form of that drug.

**repeat action dosage form**
*Tablet* or *capsule* distinguished from a *sustained-release dosage form*, by the fact that it releases the medicinal agent, or part of it, at any time other than promptly after administration as opposed to a slow, controlled manner.

> *Note*:    A repeat action tablet contains usually two doses of the *drug*, the first being released immediately following *per-oral administration*. The second dose is released later, when the layer of *enteric coating* is dissolved.

**sieving**
Process that differentiates or separates solid particles according to their size using a meshed or perforated device.

**slow release**
See *sustained release.*

**slugging**
Method by which *powder* particles are compressed into a large *tablet*, called a slug, which is subsequently dry-screened and compressed into a tablet.

**sol**
Fluid colloidal dispersion of a solid in a liquid.
*Surfactant* solution above the *critical micelle concentration* [5,6].

**sol-gel transition**
Transition of a suspension of solid, usually colloid, particles in a liquid (*sol*) to an apparent solid, jelly-like material (*gel*).
[3,20]

© 2009 IUPAC, *Pure and Applied Chemistry* 81, 971–999

GSK-PBM-00912318

996                                E. BREUER et al.

**solubilizing agents**
Additives making a substance soluble or more soluble, especially in water.


**solvate**
*Crystalline* form of a compound in which one or more solvent molecules are part of the *crystal* structure.
See also *hydrate*.


**spheronization**
Process of making dense, spherical *pellets* by means of special spheronizing or pelletizing equipment.


**stent**
Scaffold placed into narrowed, diseased vessels (mainly coronary arteries) or a device implanted in a vessel used to help keep it open.
[22]


**sterility**
Condition of being aseptic, or statistically free from living microorganisms and their spores.


**sterilization**
Destruction or removal of microorganisms in or about an object, e.g., by steam (flowing or pressurized), chemical agents (alcohol, phenol, ethylene oxide gas), high-velocity electron bombardment, gamma or ultraviolet light radiation or filtration.


**sublingual tablets**
Usually small, flat, and soft *tablets*, which are designed to be placed under the tongue to allow direct absorption of the active ingredient through the mucosa for *systemic* effect.


**suppositories**
*Dosage form*, semi-solid, used for the *administration* of *drugs* via the rectal route, for *systemic* or *local* effect. When application is via other routes (e.g., the *vaginal route*), suppositories are termed differently, inserts, *pessaries*, etc.

> *Note 1*:   The vehicles used in suppositories are of two types, i.e., fatty bases and water-soluble ones.

> *Note 2*:   An important requirement for suppositories is a melting point (or disintegration/dissolution) at around 36–37 °C so as to discharge the drug in the rectum.


**surfactant (surface-active agent)**
Substance that alters the conditions prevailing at an interface, causing, for example, a marked decrease in the surface tension of water or nonaqueous solvents.

> *Note 1*:   Such substances are of importance in a wide variety of fields as *emulsifying* agents, *detergents*, *solubilizing agents*, wetting agents, foaming and antifoaming agents, *flocculants* and *deflocculants*, and in *drug* stability and *drug absorption*.

GSK-PBM-00912319

Case 1:24-cv-00512-GBW    Document 167-1    Filed 03/12/26    Page 235 of 325 PageID #: 13936

Note 2:    Surfactants are characterized by having two regions in their molecular structure: a *lyophobic* (or *hydrophobic*) group, such as a hydrocarbon chain, that has no affinity for water, and a *lyophilic* (or *hydrophilic*) group that has an affinity for water.

[3,6]

**sustained release**
*Dosage form* designed to release the *drug* contained therein at a continuous and controlled rate for a longer period of time that can normally be achieved with its conventional, nonsustained counterpart.

Note 1:    Per-oral administration of a single dose of a sustained-release product increases the duration of therapeutic action of the drug, beyond that achieved normally with a single dose of the corresponding non-sustained conventional counterpart.

Note 2:    Sustained-release injectables are also available.

Other terms used to describe the same concept include: "controlled release", "extended release", "long-acting", "gradual release", "modified release", "prolonged action", and "slow release".

**syrup**
Liquid preparation of high sugar concentration with or without medicinal and additional flavoring substances.

Note 1:    Syrup is a highly concentrated solution of sugar. Other polyols, such as glycerol or sorbitol, may be present to retard crystallization of sucrose or to increase the solubility of added ingredients.

Note 2:    When the syrup contains a medicinal substance, it is termed "medicated syrup"; and the syrup is diluted since USP syrup is close to a saturated solution. Although syrup tends (due to its very high [approximately 85 %] sucrose content) to resist mold or bacterial contamination, syrup may contain antimicrobial agents to prevent bacterial and mold growth.

Note 3:    It is often required to add a cosolvent or water to the medicated syrup in order to dissolve the *drug*.

**systemic**
1.    Effect, relating to the entire organism as distinguished from any of its individual parts.
2.    Opposite of local (administration or pathology).

Note 1:    To obtain a systemic effect, transfer of *drug* through the systemic circulation is required.

Note 2:    *Intravenous* or *transdermal administrations* and *tablets* for *oral administration* are typically for *systemic* action.

Note 3:    *Ear* or eye drops, *topical creams*, or *drug-eluting stents* are typically for *local action.*

**tablet**
pastille
*pellet*
pill
*troche*

© 2009 IUPAC, *Pure and Applied Chemistry* 81, 971–999

GSK-PBM-00912320

998                                    E. BREUER et al.

Solid dosage form compressed into a specific shape containing medicinal substances with or without suitable diluents.

> *Note*:    Tablets may vary in shape, size, color and weight, and may be classified according to the method of manufacture, as molded tablet and compressed tablet.

See also: *buccal tablet, compressed tablet, enteric coating, lozenge, prolonged-action tablet, sublingual tablet, sustained-action tablet.*

### tablet coating
Solid layers based typically on cellulose derivatives and may include plasticizers and pigments. Employed usually for one or more of the following reasons:

1.    Protection of the ingredients (from light or moisture).
2.    Masking the bad taste of the drug.
3.    Masking possible batchwise differences in the appearance of raw materials and hence allaying possible patient concern over tablets of differing appearance.
4.    Coating confers mechanical strength and facilitates handling.
5.    Colored coating aids in the rapid identification of a product.
6.    Functional film coating is used to impart *enteric* or *controlled-release* properties to the tablet.

See *enteric coating.*

### therapeutic index
Ratio between toxic and therapeutic doses (the higher the ratio, the greater the safety of the therapeutic dose).
[12]

### transplantation
The removal of tissue from one part of the body or from one individual and its implantation or insertion in another.
See also *implantation.*

### troche
Applied to compressed *lozenges*. In lay language, lozenge and troche are used interchangeably.

## REFERENCES

1.    M. Nordberg, J. H. Duffus, D. M. Templeton. *Pure Appl. Chem.* **79**, 1583 (2007).
2.    C. G. Wermuth, C. R. Ganellin, P. Lindberg, L. A. Mitscher. *Pure Appl. Chem.* **70**, 1129 (1998).
3.    IUPAC. *Compendium of Chemical Terminology*, 2nd ed. (the "Gold Book"). Compiled by A. D. McNaught and A. Wilkinson. Blackwell Scientific Publications, Oxford (1997). XML on-line corrected version: http://goldbook.iupac.org (2006) created by M. Nic, J. Jirat, B. Kosata; updates compiled by A. Jenkins.
4.    <http://www.google.com/search?hl=en&client=firefox-a&rls=org.mozilla:en-US: official&hs=ZAK&defl=en&q=define:Adsorption&sa=X&oi=glossary_definition&ct=title>.
5.    J. Alemán, A. V. Chadwick, J. He, M. Hess, K. Horie, R. G. Jones, P. Kratochvíl, I. Meisel, I. Mita, G. Moad, S. Penczek, R. F. T. Stepto. *Pure Appl. Chem.* **79**, 1801 (2007).
6.    D. H. Everett. *Pure Appl. Chem.* **31**, 577 (1972).
7.    M. Nordberg, J. Duffus, D. M. Templeton. *Pure Appl. Chem.* **76**, 1033 (2004).

GSK-PBM-00912321

Case 1:24-cv-00512-GBW    Document 167-1    Filed 03/12/26    Page 237 of 325 PageID #: 13938

8. R. van Grieken, M. de Bruin. *Pure Appl. Chem.* **66**, 2513 (1994).

9. B. Nagel, H. Dellweg, L. M. Gierasch. *Pure Appl. Chem.* **64**, 143 (1992).

10. <http://www.pauloabbe.com/glossary.html>.

11. <http://www.medterms.com/script/main/art.asp?articlekey=2872>.

12. J. H. Duffus, M. Nordberg, D. M. Templeton. *Pure Appl. Chem.* **79**, 1153 (2007).

13. (a) R. D. Winslow, S. K. Sharma, M. C. Kim. *Mt. Sinai J. Med.* **72**, 81 (2005); (b) R. Moreno, C. Fernandez, R. Hernandez, F. Alfonso, D. J. Angiolillo, M. Sabate, J. Escaned, C. Banuelos, A. Fernandez-Ortiz, C. Macaya. *J. Am. Collect. Cardiol.* **45**, 954 (2005).

14. H. Kalász, I. Antal. *Curr. Med. Chem.* **13**, 2535 (2006).

15. N. Washington, C. Washington, C. G. Wilson. *Physiological Pharmaceutics: Barriers to Drug Absorption*, 2nd ed., Taylor & Francis, New York (2001).

16. (a) W. C. Griffin. *J. Soc. Cosmet. Chem.* **1**, 311 (1949); (b) W. C. Griffin. *J. Soc. Cosmet. Chem.* **5**, 259 (1954); (c) J. T. Davies. *Proc. Int. Congress Surf. Act.* 426 (1957).

17. H. Van De Waterbeemd, R. E. Carter, G. Grassy, H. Kubiny, Y. C. Martin, M. S. Tute, P. Willett. *Pure Appl. Chem.* **69**, 1137 (1997).

18. W. J. Koros, Y. H. Ma, T. Shimidzu. *Pure Appl. Chem.* **68**, 1479 (1996).

19. I. Ghebre-Sellassie (Ed.). *Pharmaceutical Pelletization Technology*, Informa Healthcare, New York (1989).

20. J. B. Clarke, J. W. Hastie, L. H. E. Kihlborg, R. Metselaar, M. M. Thackeray. *Pure Appl. Chem.* **66**, 577 (1994).

21. (a) S. K. Niazi. *Handbook of Preformulation: Chemical, Biological, and Botanical Drugs*, Taylor & Francis, London (2006); (b) M. Gibson. *Pharmaceutical Preformulation and Formulation*, 2nd ed., Taylor & Francis, London (2009).

22. W. E. Boden, R. A. O'Rourke, K. K. Teo, P. M. Hartigan, D. J. Maron, W. J. Kostuk, M. Knudtson, M. Dada, P. Casperson, C. L. Harris, B. R. Chaitman, L. Shaw, G. Gosselin, S. Nawaz, L. M. Title, G. Gau, A. S. Blaustein, D. C. Booth, E. R. Bates, J. A. Spertus, D. S. Berman, J. Mancini, W. S. Weintraub. *N. Engl. J. Med.* **356**, 1503 (2007).

GSK-PBM-00912322

# JA-008

# Exhibit 5

# Chapter 2

# Nanoliposomes: Preparation and Analysis

## M.R. Mozafari

## Abstract

Nanoliposome, or submicron bilayer lipid vesicle, is a new technology for the encapsulation and delivery of bioactive agents. The list of bioactive material that can be incorporated to nanoliposomes is immense, ranging from pharmaceuticals to cosmetics and nutraceuticals. Because of their biocompatibility and biodegradability, along with their nanosize, nanoliposomes have potential applications in a vast range of fields, including nanotherapy (e.g. diagnosis, cancer therapy, gene delivery), cosmetics, food technology and agriculture. Nanoliposomes are able to enhance the performance of bioactive agents by improving their solubility and bioavailability, in vitro and in vivo stability, as well as preventing their unwanted interactions with other molecules. Another advantage of nanoliposomes is cell-specific targeting, which is a prerequisite to attain drug concentrations required for optimum therapeutic efficacy in the target site while minimising adverse effects on healthy cells and tissues. This chapter covers nanoliposomes, particularly with respect to their properties, preparation methods and analysis.

**Key words:** Cancer therapy, Food nanotechnology, Gene delivery, Mozafari method, Nanoliposomes, Nanotherapy

## Abbreviations

| | |
|---|---|
| Chol | Cholesterol |
| DCP | Dicetylphosphate |
| DPPC | Dipalmitoyl phosphatidylcholine |
| EE | Entrapment efficiency |
| FFF | Field flow fractionation |
| HM-liposomes | Lipid vesicles prepared by the heating method |
| HPLC | High-performance liquid chromatography |
| OH | Hydroxyl group |
| LUV | Large unilamellar vesicles |
| MLV | Multilamellar vesicles |
| NMR | Nuclear magnetic resonance |
| PC | Phosphatidylcholine |
| SPM | Scanning Probe Microscopy |
| SUV | Small unilamellar vesicles |

V. Weissig (ed.), *Liposomes*, Methods in Molecular Biology, vol. 605,
DOI 10.1007/978-1-60327-360-2_2, © Humana Press, a part of Springer Science+Business Media, LLC 2010

GSK-PBM-00912323

30      Mozafari

$T_c$      Phase transition temperature
TLC    Thin layer chromatography
$T_m$      Melting temperature

## 1. Introduction

Nanoliposomes are nanometric version of liposomes, which are one of the most applied encapsulation and controlled release systems (1). In order to have a better understanding of nanoliposomes, we need to know about the older technology they are developed from, i.e. liposomes. The word liposome derives from two Greek words, lipos (fat) and soma (body or structure), meaning a structure in which a fatty envelope encapsulates internal aqueous compartment(s) (2, 3). Liposomes (also known as bilayer lipid vesicles) are ideal models of cells and biomembranes. Their resemblance to biological membranes makes them an ideal system, not only for the study of contemporary biomembranes, but also in studies investigating the emergence, functioning and evolution of primitive cell membranes (4, 5). Furthermore, they are being used by the food, cosmetic, agricultural and pharmaceutical industries as carrier systems for the protection and delivery of different material including drugs, nutraceuticals, pesticides and genetic material. Liposomes are composed of one or more concentric or non-concentric lipid and/or phospholipid bilayers and can contain other molecules such as proteins in their structure. They can be single or multilamellar, with respect to the number of bilayers they contain, and can accommodate hydrophilic, lipophilic and amphiphilic compounds in their aqueous and/or lipid compartments.

Since the introduction of liposomes to the scientific community, around 40 years ago (6), there have been considerable advances in the optimisation of liposomal formulations and their manufacturing techniques. These include prolonged liposomal half-life in blood circulation, the development of ingenious strategies for tissue and cell targeting and the elimination of harmful solvents used during their preparation (7). The term nanoliposome has recently been introduced to exclusively refer to nanoscale bilayer lipid vesicles since liposome is a general terminology covering many classes of vesicles whose diameters range from tens of nanometers to several micrometers (1). In a broad sense, liposomes and nanoliposomes share the same chemical, structural and thermodynamic properties. However, compared to liposomes, nanoliposomes provide more surface area and have the potential to increase solubility, enhance bioavailability, improve controlled release and enable precision targeting of the encapsulated material to a greater extent (8). The first journal article on nanoliposome technology was published in 2002 (9) and the first book on

GSK-PBM-00912324



Fig. 1. Articles published on nanoliposomes (*last year incomplete). The database source was Scopus (http://www.scopus.com/scopus/home.url)

nanoliposomes was published more recently in 2005 (1). Figure 1 shows the number of articles and patents published annually since 2002 on nanoliposomes. The sharp increase in the number of these publications is an indication of increasing interest in the field of nanoliposome research.

This entry summarizes the main physicochemical properties of nanoliposomes along with some methods of their preparation and analysis. The methods for the manufacture, isolation, and characterization of nanoliposomes are as diverse as their applications and it is impossible to cover each and every method in a single chapter. Consequently, this chapter describes methods that have been recently developed in our laboratory along with some of the commonly applied procedures for nanoliposome preparation.

### 1.1. Physicochemical Properties

In order to realize the mechanism of nanoliposome formation and main points in their manufacture, we have to look at their physical and chemical characteristics along with the properties of their constituents.

### 1.1.1. Chemical Constituents

The main chemical ingredients of nanoliposomes are lipid and/or phospholipid molecules. Lipids are fatty acid derivatives with various head group moieties. When taken orally, lipids are subjected to conversion by gastrointestinal lipases to their constituent fatty acids and head groups. Triglycerides are lipids made from three fatty acids and a glycerol molecule (a three-carbon alcohol with a hydroxyl group [OH] on each carbon atom). Mono- and diglycerides

GSK-PBM-00912325

are glyceryl mono- and di-esters of fatty acids. Phospholipids are similar to triglycerides except that the first hydroxyl of the glycerol molecule has a polar phosphate-containing group in place of the fatty acid. Phospholipids are amphiphilic, possessing both hydrophilic (water soluble) and hydrophobic (lipid soluble) groups. The head group of a phospholipid is hydrophilic and its fatty acid tail (acyl chain) is hydrophobic (10). The phosphate moiety of the head group is negatively charged. If the acyl chains only contain single chemical bonds, the lipid is known as '*saturated*' and if there is one or more double bonds in the acyl chains, the lipid is known as '*unsaturated*'. Therefore, saturated lipids have the maximum number of hydrogen atoms.

In addition to lipid and/or phospholipid molecules, nanoliposomes may contain other molecules such as sterols in their structure. Sterols are important components of most natural membranes, and incorporation of sterols into nanoliposome bilayers can bring about major changes in the properties of these vesicles. The most widely used sterol in the manufacture of the lipid vesicles is cholesterol (Chol). Cholesterol does not by itself form bilayer structures, but it can be incorporated into phospholipid membranes in very high concentrations, for example up to 1:1 or even 2:1 molar ratios of cholesterol to a phospholipid such as phosphatidylcholine (PC) (11). Cholesterol is used in nanoliposome structures in order to increase the stability of the vesicles by modulating the fluidity of the lipid bilayer. In general, cholesterol modulates fluidity of phospholipid membranes by preventing crystallization of the acyl chains of phospholipids and providing steric hindrance to their movement. This contributes to the stability of nanoliposomes and reduces the permeability of the lipid membrane to solutes (12).

The amount of cholesterol to be used in the nanoliposomal formulations largely depends on the intended application. For liposomes in the form of multilamellar vesicles (MLV), we have found that both anionic (with dicetylphosphate, DCP, as a negatively charged ingredient) and neutral (without DCP) liposomes containing PC can interact with model membrane systems (in the form of fusion/aggregation) when containing a 10% molar ratio of Chol (13). Anionic vesicles containing 10% Chol were also able to incorporate DNA molecules in the presence of calcium ions. Increasing cholesterol content of these vesicles from 10 to 40%, however, caused them to be unable to interact with model membranes and also unable to incorporate DNA molecules. We concluded that these types of liposomes with 40% or more Chol content couldn't be useful in gene and drug delivery applications. Studies have shown that lipid composition and cholesterol content are among the major parameters in the research and development (R&D) of nanoliposome formulations (13, 14).

GSK-PBM-00912326

**1.1.2. Phase Transition Temperature**

Physicochemical properties of nanoliposomes depend on several factors including pH, ionic strength and temperature. Generally, lipid vesicles show low permeability to the entrapped material. However, at elevated temperatures, they undergo a phase transition that alters their permeability. Phospholipid ingredients of nanoliposomes have an important thermal characteristic, i.e., they can undergo a phase transition ($T_c$) at temperatures lower than their final melting point ($T_m$). Also known as gel to liquid crystalline transition temperature, $T_c$ is a temperature at which the lipidic bilayer loses much of its ordered packing while its fluidity increases. Phase transition temperature of phospholipid compounds and lipid bilayers depends on the following parameters:

- Polar head group;
- Acyl chain length;
- Degree of saturation of the hydrocarbon chains; and
- Nature and ionic strength of the suspension medium.

In general, $T_c$ is lowered by decreased chain length, by unsaturation of the acyl chains, as well as presence of branched chains and bulky head groups (e.g. cyclopropane rings) (15). An understanding of phase transitions and fluidity of phospholipid membranes is essential both in the manufacture and exploitation of liposomes. This is due to the fact that the phase behaviour of liposomes and nanoliposomes determines important properties such as permeability, fusion, aggregation, deformability and protein binding, all of which can significantly affect the stability of lipid vesicles and their behaviour in biological systems (11). Phase transition temperature of the lipid vesicles has been reported to affect the pharmacokinetics of the encapsulated drugs such as doxorubicin (16).

Liposomes made of pure phospholipids will not form at temperatures below $T_c$ of the phospholipid. This temperature requirement is reduced to some extent, but not eliminated, by the addition of cholesterol (17). In some cases, it is recommended that liposome preparation be carried out at temperatures well above $T_c$ of the vesicles. For instance, in the case of vesicles containing dipalmitoyl phosphatidylcholine (DPPC, $T_c = 41°C$), it has been suggested that the liposome preparation procedure be carried out at 10°C higher than the $T_c$ at 51°C (18, 19). This is in order to make sure that all the phospholipids are dissolved in the suspension medium homogenously and have sufficient flexibility to align themselves in the structure of lipid vesicles. Following termination of the preparation procedure, usually nanoliposomes are allowed to anneal and stabilize for certain periods of time (e.g. 30–60 min), at a temperature above $T_c$, before storage.

GSK-PBM-00912327

## 2. Materials

1. Lecithin and all other phospholipids (Avanti Polar Lipids; Sigma; Lipoid; NOF corporation; Phospholipon GmbH). Alternatively, food-grade or pharmaceutical-grade, lecithin can be used as a substantially cheaper option to the highly purified phospholipids. The nanoliposomal ingredients need to be stored under an oxygen-free atmosphere and checked regularly, e.g. by thin-layer chromatography (TLC) on silica gel plates, for oxidation products and purity evaluation.

2. Cholesterol.

3. Distilled water or Milli-Q reagent grade water.

4. Phosphate buffered saline (PBS pH: 7.4): 137 mM NaCl, 2.7 mM KCl, 4.3 mM $Na_2HPO_4$, and 1.47 mM $KH_2PO_4$.

5. Tricine buffer (pH: 7.2): 2 mM tricine, 0.36 M mannitol, 20 mM sodium chloride, 2 mM histidine, 0.1 mM EDTA.

6. Isotonic HEPES buffer (pH: 7.4): 20 mM HEPES and 140 mM NaCl. Adjust the final pH of the buffers to the desired pH value. Autoclave or filter-sterilize and store at room temperature.

7. Chloroform.

8. Methanol.

9. Acetone.

10. Diethyl ether.

11. Ethanol.

12. Liposome hydration or suspension media can comprise any of the above-mentioned buffers or saline solution (0.9% w/v of NaCl in distilled water) or isotonic sucrose solution (9.25% w/v sucrose in distilled water).

13. Mini extrusion device and filters (Avanti Polar Lipids, Inc.; Avestin Inc.)

## 3. Methods

Hydrated phospholipid molecules arrange themselves in the form of bilayer structures via Van-der Waals and hydrophilic/hydrophobic interactions. In this process, the hydrophilic head groups of the phospholipid molecules face the water phase while the hydrophobic region of each of the monolayers face each other in the middle of the membrane (Fig. 2). It should be noted that formation of liposomes and nanoliposomes is not a spontaneous process and sufficient energy must be put into the system to

GSK-PBM-00912328

Fig. 2. Enlargement of a section of phospholipid bilayer of a nanoliposome revealing its hydrophilic head groups and hydrophobic section



**Polar head groups**

**Hydrophobic tails**

**Nanoliposome**

overcome an energy barrier (for detailed discussion see ref. (20)). In other words, lipid vesicles are formed when phospholipids such as lecithin are placed in water and consequently form bilayer structures, once adequate amount of energy is supplied. Input of energy (e.g. in the form of sonication, homogenisation, heating, etc.) results in the arrangement of the lipid molecules, in the form of bilayer vesicles, to achieve a thermodynamic equilibrium in the aqueous phase. Some of the commonly used methods for the preparation of nanoliposomes are explained in the following section.

### 3.1. Sonication Technique

Sonication is a simple method for reducing the size of liposomes and manufacture of nanoliposomes (21, 22). The common laboratory method involves treating hydrated vesicles for several minutes with a titanium-tipped probe sonicator in a temperature-controlled environment as explained in the following section.

1. Dissolve a suitable combination of the phospholipid components, with or without cholesterol (see Note 1), in either chloroform or in chloroform–methanol mixture (usually 2:1 v/v).

2. Filter the mixture to remove minor insoluble components or ultrafilter to reduce or eliminate pyrogens.

3. Transfer the solution to a pear-shaped or a round-bottom flask and, employing a rotary evaporator, remove the solvents at temperatures above $T_c$ under negative pressure, leaving a thin layer of dried lipid components in the flask (see Note 2). Other methods of drying the lipid ingredients include lyophilization and spray drying (23).

GSK-PBM-00912329

4. Remove traces of the organic solvents using a vacuum pump, usually overnight at pressures below 0.1 Pa. Alternatively, traces of the organic solvents may be removed by flushing the flask with an inert gas, such as nitrogen or argon.

5. After drying the lipid ingredients, small quantity of glass beads (e.g. with 500 μm diameter) are added to the flask containing the dried lipids following by the addition of a suitable aqueous phase such as distilled water or buffer. Alternative hydration mediums are saline or nonelectrolytes such as a sugar solution. For an in vivo preparation, physiological osmolality (290 mOsmol/kg) is recommended and can be achieved using 0.6% saline, 5% dextrose, or 10% sucrose solution (24). The aqueous medium can contain salts, chelating agents, stabilizers, cryo-protectants (e.g. glycerol) and the drug to be entrapped.

6. The dried lipids can be dispersed into the hydration fluid by hand shaking the flask or vortex mixing for 1–5 min. At this stage, micrometric MLV type liposomes are formed.

7. Transfer the flask containing MLV either to a bath-type sonicator or a probe (tip) sonicator (Fig. 3). For probe sonication, place the tip of the sonicator in the MLV flask and sonicate the sample with 20 s ON, 20 s OFF intervals (to avoid over-heating), for a total period of 10–15 min. At this stage, nanoliposomes are formed, which are predominantly in the form of small unilamellar vesicles (SUV) (see **Note 3**). Alternatively, nanoliposomes can be produced using a bath sonicator as explained in the following section.

**Probe Sonicator**



Fig. 3. Schematic representation of a probe-type sonicator

GSK-PBM-00912330

Case 1:24-cv-00512-GBW    Document 167-1    Filed 03/12/26    Page 247 of 325 PageID #: 13948

8. Fill the bath sonicator with room temperature water mixed with a couple of drops of liquid detergent. Using a ring stand and test tube clamp, suspend the MLV flask in the bath sonicator. The liquid level inside the flask should be equal to that of outside the flask. Sonicate for a time period of 20–40 min (see Note 4).

9. Store the final product at temperatures above $T_c$ under an inert atmosphere such as nitrogen or argon for 1 h to allow the annealing process to come to completion. Mean size and polydispersity index of vesicles is influenced by lipid composition and concentration, temperature, sonication time and power, sample volume, and sonicator tuning. Since sonication process is difficult to reproduce, size variation between batches produced at different times is not uncommon.

10. Residual large particles remaining in the sample can be removed by centrifugation to yield a clear suspension of nanoliposomes.

### 3.2. Extrusion Method

Extrusion is a process by which micrometric liposomes (e.g. MLV) are structurally modified to large unilamellar vesicles (LUV) or nanoliposomes depending on the pore-size of the filters used (25–27). Vesicles are physically extruded under pressure through polycarbonate filters of defined pore sizes. A protocol for using a small-sized extruder (Fig. 4) is described in the following section. A mini extruder device (e.g. from Avanti Polar Lipids, Inc., Alabaster, AL, USA; or Avestin Inc., Mannheim, Germany), with 0.5 mL or 1 mL gas-tight syringes can be employed in this procedure.

1. Prepare a liposome sample, such as MLV, as explained earlier.

2. Place one or two-stacked polycarbonate filters into the stainless steel filter-holder of the extruder (Fig. 4).

3. Place the extruder stand/heating block onto a hot plate. Insert a thermometer into the well provided in the heating block. Switch the hot plate on and allow the temperature to reach a temperature above $T_c$ of the lipids (see **Note 5**).

4. In order to reduce the dead volume, pre-wet the extruder parts by passing a syringe full of buffer through the extruder and then discard the buffer (see **Note 6**).



Hamilton syringes

Filter holder

Fig. 4. A small, hand-held, extruder used in the manufacture of nanoliposomes

GSK-PBM-00912331

5. Load the liposome suspension into one of the syringes (donor syringe) of the mini extruder and carefully place the syringe into one end of the extruder by applying a gentle twisting.

6. Place the second syringe (receiver syringe) into the other end of the extruder. Make sure the receiver syringe plunger is set to zero.

7. Insert the fully assembled extruder device into the extruder stand. Insert the stainless-steel hexagonal nut in such a way that any two opposing apexes fall in the vertical plane. Use the swing-arm clips to hold the syringes in good thermal contact with the heating block.

8. Allow the temperature of the liposome suspension to reach the temperature of the heating block (approximately 5–10 min).

9. Gently push the plunger of the filled syringe until the liposome suspension is completely transferred to the empty syringe.

10. Gently push the plunger of the alternate syringe to transfer the suspension back to the original syringe.

11. Repeat the extrusion process for a minimum of seven passes through the filters. In general, the more passes though the filters, the more homogenous the sample becomes. In order to reduce the possibility of sample contamination with larger particles or foreign material, the final extrusion should fill the receiver syringe. Therefore, an odd number of passages through the filters should be performed (see Note 7).

12. Carefully remove the extruder from the heating block. Remove the filled syringe from the extruder and inject the nanoliposome sample into a clean vial.

13. The extruder components can be cleaned by first rinsing with ethanol (or leaving the extruder parts in warm 70% ethanol for few hours) and then rinsing with distilled water.

14. Keep the final product at temperatures above $T_c$ under an inert atmosphere such as nitrogen or argon for 1 h to allow the sample to anneal and stabilize.

### 3.3. Microfluidization

A method of nanoliposome production without using potentially toxic solvents is the microfluidization technique using a microfluidizer (28–30). Figure 5 shows a schematic representation of a microfluidizer apparatus. This apparatus has been traditionally used in the pharmaceutical industry to make liposomal products (28) and pharmaceutical emulsions (31). More recently, Jafari et al. (30) employed the microfluidizer to produce homogenized milk and flavour emulsions. Microfluidization is based on the principle of dividing a pressure stream into two parts, passing each part through a fine orifice, and directing the flows at each

GSK-PBM-00912332

**Microfluidizer**



Fig. 5. Main components of a microfluidizer apparatus

other inside the chamber of microfluidizer (30, 32). Within the interaction chamber, cavitation, along with shear and impact, reduces particle sizes of the liposomes. Microfluidizer uses high pressures (up to 10,000 psi) to guide the flow stream through microchannels toward the impingement area (33, 34). The advantages of microfluidization are that: a large volume of liposomes can be formed in a continuous and reproducible manner; the average size of the liposomes can be adjusted; very high capture efficiencies (>75%) can be obtained; and the solutes to be encapsulated are not exposed to sonication, detergents or organic solvents (see Note 8). The process involves only a few steps as exemplified in the following section.

1. Select the ingredients of the nanoliposomes and their suspension medium based on the intended application. The suspension medium is usually an aqueous phase such as deionized/distilled water or buffer. Alternative hydration mediums are saline or nonelectrolytes such as a sugar solution as explained earlier.

2. Prepare a phospholipid dispersion by placing the nanoliposomal ingredients in the suspension medium and then mixing the sample by stirring e.g. employing a blender or by using a homogenizer (see Note 9).

GSK-PBM-00912333

3. Pass the dispersion through the microfluidizer (e.g. an equipment made by Microfluidics International Corp., Newton, MA can be used) by placing the crude suspension of phospholipids in the reservoir and adjusting the air regulator to the selected operating pressure (*see* **Note 10**). With an optimized setting, when the air valve is open, the liquid dispersion flows through a filter into the interaction chamber where it is separated into two streams which interact at extremely high velocities in dimensionally defined microchannels.

4. The suspension can be recycled through the equipment in which case the suspension must be cooled because of the temperature increase in the interaction chamber at high operating pressure (*see* **Notes 11** and **12**).

5. After sample collection, the microfluidizer can be cleaned by recycling 95% ethanol followed by passing distilled water through the system.

6. Leave the nanoliposome suspension at temperatures above $T_c$ under an inert atmosphere such as nitrogen or argon for 1 h to allow the sample to anneal and stabilize.

### 3.4. Heating Method

Majority of nanoliposome manufacture techniques either involve utilisation of potentially toxic solvents (e.g. chloroform, methanol, diethyl ether and acetone) or high shear force procedures. It has been postulated that residues of these toxic solvents may remain in the final liposome or nanoliposome preparation and contribute to potential toxicity and influence the stability of the lipid vesicles (35–38). Although there are methods to decrease the concentration of the residual solvents in liposomes (e.g. gel filtration, dialysis and vacuum), these are practically difficult and time-consuming procedures. In addition, the level of these solvents in the final formulations must be assessed to ensure the clinical suitability of the products (39). Therefore, it would be much preferable to avoid utilisation of these solvents in nanoliposome manufacture, which will also bring down the time and cost of preparation especially at the industrial scales.

Regarding the utilization of high pressures or high shear forces during nanoliposome manufacture (e.g. as occurs during microfluidization), there are reports on the deleterious effects of these procedures on the structure of the material to be encapsulated (40–45). These hurdles can be overcome by employing alternative preparation methods such as the heating method by which liposomes and nanoliposomes (in addition to some other carrier systems) can be prepared using a single apparatus in the absence of potentially toxic solvents (38, 46–48) as explained in the following section.

GSK-PBM-00912334

1. Hydrate a suitable combination of the phospholipid components, with or without cholesterol (see Note 1) in an aqueous medium for a time period of 1–2 h under an inert atmosphere such as nitrogen or argon. The nanoliposomal ingredients may be hydrated together or separately based on their solubility and $T_c$ (see Note 13).

2. Mix the lipid dispersions along with the material to be encapsulated, in a heat-resistant flask such as a pyrex beaker, and add glycerol to a final volume concentration of 3% (see Note 14). Alternatively a heat-resistant bottle with six baffles can be used for the process as explained and pictured in reference (49).

3. Place the flask or bottle containing the lipids and glycerol on a hot-plate stirrer and mix the sample (e.g. at 800–1,000 rpm) at a temperature above $T_c$ of the lipids for 30 min or until all the lipids dissolved.

4. For the preparation of cholesterol-containing formulations, first dissolve cholesterol in the aqueous phase at elevated temperatures (e.g. 120°C) while stirring (approx. 1,000 rpm) for a period of 15–30 min under nitrogen atmosphere before adding the other components as mentioned earlier.

5. Depending on the nanoliposomal ingredients, sample volume, type of flask used and its number of baffles, as well as type, speed and duration of mixing, nanometric vesicles can be produced without the need to perform filtration or sonication.

6. Leave the nanoliposome suspension at temperatures above $T_c$ under an inert atmosphere such as nitrogen or argon for 1 h to allow the sample to anneal and stabilize.

Liposomes and nanoliposomes prepared by the heating method (HM-liposomes) have been employed successfully as gene transfer vectors (38, 46, 50) as well as drug delivery vehicles (51). Incorporation of plasmid DNA molecules, which are sensitive to high temperatures, to the HM-liposomes was carried out at room temperature by incubation of DNA with the empty, pre-formed, HM-liposomes (38, 46, 50). Another important feature of this method is that it can be easily adapted from small to industrial scales.

Incorporation of drugs into the HM-liposomes can be achieved by several routes including:

1. Adding the drug to the reaction medium along with the liposomal ingredients and glycerol;

2. Adding the drug to the reaction medium when temperature has dropped to a point not lower than the transition temperature ($T_c$) of the lipids; and

3. Adding the drug to the HM-liposomes after the vesicles are prepared e.g. at room temperature (incorporation of DNA to the HM-liposomes was performed by this route as explained earlier) (7).

GSK-PBM-00912335

42    Mozafari

Therefore, the heating method has flexibility for the entrapment of various drugs and other bioactives with respect to their temperature sensitivities. Recently, Mozafari and colleagues showed that nanoliposomes prepared by the heating method are completely non-toxic towards cultured cells while nanoliposomes prepared by a conventional method using volatile solvents revealed significant levels of cytotoxicity (38).

### 3.5. Mozafari Method

A further improved version of the heating method, called Mozafari method, is one of the most recently introduced and one of the most simple techniques for the preparation of liposomes and nanoliposomes (in addition to some other carrier systems). The Mozafari method has recently been employed successfully for the encapsulation and targeted delivery of the food-grade antimicrobial nisin (49). The Mozafari method allows manufacture of carrier systems in one-step, without the need for the pre-hydration of ingredient material, and without employing toxic solvents or detergents from small scales to large, industrial scales. The mentioned method is economical and capable of manufacturing nanoliposomes, with a superior monodispersity and storage stability using a simple protocol and one, single vessel. Encapsulation of nisin (as an example of a substance with low water solubility) in nanoliposomes prepared by the Mozafari method is explained in the following section.

1. Add the liposomal ingredients to a preheated (60°C, 5 min) mixture of nisin (200 µg/ml) and a polyol such as glycerol (final concentration 3%, v/v) in a heat-resistant flask such as a pyrex beaker. Alternatively, a heat-resistant bottle with six baffles can be used as explained and pictured in reference (49).

2. Heat the mixture at 60°C while stirring (approx. 1,000 rpm) on a hotplate stirrer (e.g. RET basic IKAMAG1 Safety Control, IKA, Malaysia) for a period of 45–60 min under nitrogen atmosphere.

3. For the preparation of cholesterol-containing formulations, first dissolve the cholesterol in the aqueous phase at elevated temperatures (c. 120°C) while stirring (approx. 1,000 rpm) for a period of 15–30 min under nitrogen atmosphere before adding the other phospholipid components.

4. Depending on the formulation ingredients, sample volume, type of flask used and its number of baffles, as well as type, speed and duration of mixing, nanometric vesicles can be produced in one step, without the need to perform filtration or sonication.

5. Leave the nanoliposome suspension at temperatures above $T_c$ under an inert atmosphere such as nitrogen or argon for 1 h to allow the sample to anneal and stabilize.

### 3.6. Characterization and Analysis of Nanoliposomes

Following preparation of nanoliposomes, especially when using a new technique, characterization is required to ensure adequate quality of the product. Methods of characterization have to be

GSK-PBM-00912336

meaningful and preferably rapid. Several techniques such as electron microscopy, radiotracers, fluorescence quenching, ultrasonic absorption, electron spin resonance spectroscopy, and nuclear magnetic resonance spectroscopy may be used to characterize nanoliposome formulations. Each technique has characteristic advantages and possible disadvantages. The most important parameters of nanoliposome characterization include visual appearance, size distribution, stability, Zeta potential, lamellarity and entrapment efficiency.

### 3.6.1. Visualization Techniques

Many imaging techniques are available for visualization of nanoliposomes (52). An optical microscope (phase contrast) can detect particles larger than 300 nm and contamination with larger particles. A polarizing microscope can reveal lamellarity of liposomes. For instance, MLV type liposomes are birefringent and display a Maltese cross (24, 53). The size distribution of nanoliposomes is mainly determined using electron microscopy. Negative staining, freeze-fracture and scanning electron microscopy are the methods most commonly used to characterize nanoliposome structures. A more recently developed microscopic technique with very high resolutions is the Scanning Probe Microscopy (SPM). Two of the most applied SPM techniques are Scanning Tunnelling Microscopy (STM) and Atomic Force Microscopy (AFM). This recent technology gives the possibility to view various biological and non-biological samples under air or water with a resolution up to 3A. By this method, monolayers of various lipids and lipid attached molecules such as antibody fragments can be studied (52).

### 3.6.2. Size Determination

Size and size distribution (polydispersity) of the formulated nanoliposomes are of particular importance in their characterization. Maintaining a constant size and/or size distribution for a prolonged period of time is an indication of liposome stability. Electron microscopic methods are widely used for establishing the morphology, size and stability of liposomes. With respect to a statistically meaningful analysis of size distribution of the lipid vesicles, methods such as light scattering, which measure the size of large number of vesicles in an aqueous medium, are more appropriate than microscopic techniques. Ideally, these two techniques need to be employed along with other inexpensive and routine laboratory techniques, such as gel permeation chromatography, to provide a comprehensive and reliable characterisation of the nanoliposomal formulations (1, 48).

Each of the currently used particle size determination techniques has its own advantages and disadvantages. Light scattering, for example, provides cumulative average information of the size of a large number of nanoliposomes simultaneously. However, it does not provide information on the shape of the lipidic system (e.g. oval, spherical, cylindrical, etc.) and it assumes any aggregation of more than one vesicle as one single particle.

GSK-PBM-00912337

44      Mozafari

Electron microscopic techniques, on the other hand, make direct observation possible; hence provide information on the shape of the vesicles as well as presence/absence of any aggregation and/or fusion. The drawback of the microscopic investigations is that the number of particles that can be studied at any certain time is limited. Therefore, the general approach for the determination of size distribution of nanoliposomal formulations should be to use as many different techniques as possible.

### 3.6.3. Zeta Potential

The other important parameter in liposome characterisation is zeta potential. Zeta potential is the overall charge a lipid vesicle acquires in a particular medium. It is a measure of the magnitude of repulsion or attraction between particles in general and lipid vesicles in particular. Evaluation of the zeta potential of a nanoliposome preparation can help to predict the stability and in vivo fate of liposomes. Any modification of the nanoliposome surface, e.g. surface covering by polymer(s) to extend blood circulation life, can also be monitored by measurement of the zeta potential. Generally, particle size and zeta potential are the two most important properties that determine the fate of intravenously injected liposomes. Knowledge of the zeta potential is also useful in controlling the aggregation, fusion and precipitation of nanoliposomes, which are important factors affecting the stability of nanoliposomal formulations (1).

### 3.6.4. Lamellarity Determination

The lamellarity of liposomes made from different ingredients or preparation techniques varies widely. This is evidenced by reports showing that the fraction of phospholipid exposed to the external medium has ranged from 5% for large MLV to 70% for SUV (for a review see ref. (54)). Liposome lamellarity determination is often accomplished by $^{31}P$ NMR. In this technique, the addition of $Mn^{2+}$ quenches the $^{31}P$ NMR signal from phospholipids on the exterior face of the liposomes and nanoliposomes. $Mn^{2+}$ interacts with the negatively charged phosphate groups of phospholipids and causes a broadening and reduction of the quantifiable signal (22, 24). The degree of lamellarity is determined from the signal ratio before and after $Mn^{2+}$ addition. While frequently used, this technique has recently been found to be quite sensitive to the $Mn^{2+}$ and buffer concentration and the types of liposomes under analysis (22, 24, 54). Other techniques for lamellarity determination include electron microscopy, small angle X-ray scattering (SAXS), and methods that are based on the change in the visible or fluorescence signal of marker lipids upon the addition of reagents.

### 3.6.5. Encapsulation Efficiency

Encapsulation efficiency is commonly measured by encapsulating a hydrophilic marker (i.e. radioactive sugar, ion, fluorescent dye), sometimes using single-molecule detection. The techniques used for

GSK-PBM-00912338

this quantification depend on the nature of the entrapped material and include spectrophotometry, fluorescence spectroscopy, enzyme-based methods, and electrochemical techniques (22, 24, 54).

If a separation technique such as HPLC or FFF (Field Flow Fractionation) is applied, the percent entrapment can be expressed as the ratio of the unencapsulated peak area to that of a reference standard of the same initial concentration. This method can be applied if the nanoliposomes do not undergo any purification (e.g. size exclusion chromatography, dialysis, centrifugation, etc.) following the preparation. Any of the purification technique serves to separate nanoliposome encapsulated materials from those that remain in the suspension medium. Therefore, they can also be used to monitor the storage stability of nanoliposomes in terms of leakage or the effect of various disruptive conditions on the retention of encapsulants. In the latter case, total lysis can be induced by the addition of a surfactant such as Triton X100. Retention and leakage of the encapsulated material depend on the type of the vesicles, their lipid composition and $T_c$, among other parameters. It has been reported that SUV and MLV type liposomes are less sensitive than LUV liposomes to temperature-induced leakage (Fig. 6). This property of liposomes and nanoliposomes can be used in the formulation of temperature-sensitive vesicles (55).



Fig. 6. Temperature-induced release of the water-soluble marker calcein from different types of liposomes composed of DPPC:DCP:Chol (7:2:1) (Mozafari, unpublished data)

GSK-PBM-00912339

Since techniques used to separate nanoliposome-entrapped from free material can potentially cause leakage of contents (e.g. ultracentrifugation) and, in some cases, ambiguity in the extent of separation, research using methods that do not rely on separation are of interest. Reported methods include $^1$H NMR where free markers exhibit pH sensitive resonance shifts in the external medium versus encapsulated markers; diffusion ordered 2D NMR, which relies on the differences in diffusion coefficients of entrapped and free marker molecules; fluorescence methods where the signal from unencapsulated fluorophores was quenched by substances present in the external solution; and electron spin resonance (ESR) methods which rely on the signal broadening of unencapsulated markers by the addition of a membrane-impermeable agent (54).

## 4. Notes

1. Total lipid concentrations between 5 and 50 mM can be used in the preparation of nanoliposomes. Previously several of the commercially available lipids were further purified before use. Some of the liposomal ingredients, such as cholesterol, were subjected to recrystallization to remove the oxidation products. However, because of the high quality and availability of phospholipids from commercial sources, at present many researchers do not purify these chemicals any more and directly use them in the preparation of nanoliposomes. For quality control purposes, however, assessment of the purity of lipids prior to liposome preparation is desirable and recommended (24).

2. A suitable size of the flask should be selected during rotary evaporation as to allow for the formation of a thin and homogenous lipid layer inside the flask. Preferably all steps of nanoliposome preparation should be carried out under nitrogen to minimise risk of lipid oxidation. If required, the dried lipid film can be stored in fridge under nitrogen for a couple of weeks, after which should be discarded due to possible deterioration/degradation of the lipids.

3. Probe tip sonicators deliver high-energy input to the lipid suspension but suffer from overheating of the lipid suspension causing degradation. Sonication tips also tend to release titanium particles into the lipid suspension, which must be removed by centrifugation prior to use. For these reasons, bath sonicators are the most widely used instrumentation for preparation of SUV.

GSK-PBM-00912340

4. The bath sonication requires longer process times than probe sonication. However, it has the advantages that it can be carried out in a closed container under nitrogen or argon, and it does not contaminate the lipid with metal from the probe tip. Be sure not to let the bath overheat, and do not drain the bath until it has completely cooled.

5. The extruder apparatus must be fully assembled before inserting it in the heating block, otherwise it will be damaged. The liposome suspension should be kept above the phase transition temperature of the lipids during extrusion.

6. New syringes may have tight fitting parts; to facilitate extrusion, pre-wet syringe barrel and plunger with the suspension medium of the nanoliposomes prior to inserting plunger into barrel.

7. When MLVs are forced through narrow-pore membrane filters under pressure, membrane rupture and resealing occur and encapsulated content leaks out. Therefore, extrusion is performed in the presence of medium containing the final drug concentration, and external solute is removed only after formation is complete (56).

8. It should be noted that the microfluidization process involves a very high shearing force that can potentially damage the structure of material to be encapsulated (40–45). Another disadvantage of the microfluidization method is material loss, contamination and being relatively difficult to scale-up (44).

9. This process may need heating depending on the nanoliposomal ingredients used and their phase transition temperatures ($T_c$).

10. The conditions of microfluidizer need to be optimized with respect to the pressure, the size of the interaction chamber and the number of passes (usually 3–9 passes is used).

11. The number of sample recirculation depends on the target size of the vesicles, which in turn depends on many parameters such as nanoliposome components. Therefore, the process is repeated until vesicles of a desired size are achieved.

12. The interaction chamber can be packed in ice in order to remove the heat produced during the microfluidization process.

13. In the heating method, the process temperature is based on the properties of the nanoliposomal ingredients (mainly $T_c$ of the lipids), presence or absence of cholesterol, and characteristics of the material to be encapsulated (e.g. melting point and solubility). To avoid subjecting the drug (or other material to be encapsulated) to high temperatures, cholesterol, or

GSK-PBM-00912341

the nanoliposomal ingredient with high $T_c$ (in the absence of Chol), is heated and stirred first.

14. Application of glycerol in the preparation of the HM-liposomes has the following advantages: (a) glycerol is a bioacceptable, non-toxic agent already in use in many pharmaceutical products and can serve as an isotonising agent in the liposomal preparations; (b) unlike the volatile organic solvents employed in the manufacture of conventional liposomes, there is no need for the removal of glycerol from the final preparation; (c) it serves as dispersant and prevents coagulation or sedimentation of the vesicles thereby enhancing the stability of the liposome preparations; (d) it also improves the stability of the liposome preparations against freezing, thawing etc. Therefore, HM-liposomes are also ideal for freeze-drying e.g. in the manufacture of dry powder inhalation products.

## References

1. Mozafari MR, Mortazavi SM (eds) (2005) Nanoliposomes: from fundamentals to recent developments. Trafford Publishing Ltd, Oxford, UK

2. Mozafari MR, Flanagan J, Matia-Merino L, Awati A, Omri A, Suntres ZE, Singh H (2006) Review: recent trends in the lipid-based nano-encapsulation of antioxidants and their role in foods. J Sci Food Agric 86:2038–2045

3. Khosravi-Darani K, Pardakhty A, Honarpisheh H, Rao VSM, Mozafari MR (2007) The role of high-resolution imaging in the evaluation of nanosystems for bioactive encapsulation and targeted nanotherapy. Micron 38:804–818

4. Nomura SM, Yoshikawa Y, Yoshikawa K, Dannenmuller O, Chasserot-Golaz S, Ourisson G, Nakatani Y (2001) Towards proto-cells: primitive lipid vesicles encapsulating giant DNA and its histone complex. ChemBioChem 2:457–459

5. Pozzi G, Birault V, Werner B, Dannenmuller O, Nakatani Y, Ourisson G, Terakawa S (1996) Single-chain polyterpenyl phosphates form primitive membranes. Angew Chem Int Ed Engl 35:177–180

6. Bangham AD, Standish MM, Watkins JC (1965) Diffusion of univalent ions across the lamellae of swollen phospholipids. J Mol Biol 13:238–252

7. Mozafari MR (2005) Liposomes: an overview of manufacturing techniques. Cell Mol Biol Lett 10:711–719

8. Mozafari MR (ed) (2006) Nanocarrier technologies: frontiers of nanotherapy. Springer, The Netherlands

9. Zhai GX, Chen GG, Zhao Y, Lou HX, Zhang JS (2002) Study on preparation of low molecular weight heparin nanoliposomes and their oral absorption in rat. J China Pharm Univ 33:200–202

10. Bowtle W (2000) Lipid formulations for oral drug delivery. Pharm Tech Eur 12:20–30

11. New RRC (ed) (1990) Liposomes a practical approach. IRL/Oxford University Press, Oxford, UK

12. Reineccius G (1995) Liposomes for controlled release in the food industry. In: Risch S, Reineccius G (eds) Encapsulation and controlled release of food ingredients. American Chemical Society, Washington DC, pp 113–131

13. Mozafari MR, Hasirci V (1998) Mechanism of calcium ion induced multilamellar vesicle-DNA interaction. J Microencapsul 15:55–65

14. Barenholz Y, Lasic D (eds) (1996) Handbook of nonmedical applications of liposomes, vol III. CRC, Boca Raton, FL

15. Szoka F, Papahadjopoulos D (1980) Comparative properties and methods of preparation of lipid vesicles (liposomes). Annu Rev Biophys Bioeng 9:467–508

16. Gabizon AA, Barenholz Y, Bialer M (1993) Prolongation of the circulation time of doxorubicin encapsulated in liposomes containing a polyethylene glycol-derivatized phospholipid: pharmacokinetic studies in rodents and dogs. Pharm Res 10:703–708

17. Leserman L, Machy P, Zelphati O (1994) Immunoliposome-mediated delivery of nucleic acids: a review of our laboratory's experience. J Liposome Res 4:107–119

GSK-PBM-00912342

18. Jurima-Romet M, Barber RF, Demeester J, Shek PN (1990) Distribution studies of liposome-encapsulated glutathione administered to the lung. Int J Pharm 63:227–235

19. Jurima-Romet M, Barber RF, Shek PN (1992) Liposomes and bronchoalveolar lavage fluid: release of vesicle-entrapped glutathione. Int J Pharm 88:201–210

20. Pegg RB, Shahidi F (1999) Encapsulation and controlled release in food preservation. In: Shafiur Rahman M (ed) Handbook of food preservation. CRC, Boca Raton, FL, pp 611–665

21. Woodbury DJ, Richardson ES, Grigg AW, Welling RD, Knudson BH (2006) Reducing liposome size with ultrasound: bimodal size distributions. J Liposome Res 16:57–80

22. Jesorka A, Orwar O (2008) Liposomes: technologies and analytical applications. Annu Rev Anal Chem 1:801–832

23. Szoka FC, Papahadjopoulos D (1981) Liposomes: preparation and characterization. In: Knight CG (ed) Liposomes: from physical structure to therapeutic application. Elsevier, Amsterdam, pp 51–82

24. Chatterjee S, Banerjee DK (2002) Preparation, isolation, and characterization of liposomes containing natural and synthetic lipids. Methods Mol Biol 199:3–16

25. Hope MJ, Bally MB, Webb G, Cullis PR (1985) Production of large unilamellar vesicles by a rapid extrusion procedure. Characterization of size distribution, trapped volume and ability to maintain a membrane potential. Biochim Biophys Acta 812:55–65

26. MacDonald RC, MacDonald RI, Menco BPM, Takeshita K, Subbarao NK, Hu L (1991) Small volume extrusion apparatus for preparation of large unilamellar vesicles. Biochim Biophys Acta 1061:297–303

27. Berger N, Sachse A, Bender J, Schubert R, Brandl M (2001) Filter extrusion of liposomes using different devices: comparison of liposome size, encapsulation efficiency, and process characteristics. Int J Pharm 223:55–68

28. Vemuri S, Yu CD, Wangsatorntanakun V, Roosdorp N (1990) Large-scale production of liposome by a microfluidizer. Drug Dev Ind Pharm 16:2243–2256

29. Thompson AK, Mozafari MR, Singh H (2007) The properties of liposomes produced from milk fat globule membrane material using different techniques. Lait 87:349–360

30. Jafari SM, He YH, Bhandari B (2006) Nano-emulsion production by sonication and microfluidization – a comparison. Int J Food Prop 9:475–485

31. Silvestri S, Ganguly N, Tabibi E (1992) Predicting the effect of non-ionic surfactants on dispersed droplet radii in submicron oil-in-water emulsions. Pharm Res 9:1347–1350

32. Geciova J, Bury D, Jelen P (2002) Methods for disruption of microbial cells for potential use in the dairy industry – a review. Int Dairy J 12:541–553

33. Kim HY, Baianu IC (1991) Novel liposome microencapsulation techniques for food applications. Trends Food Sci Technol 2:55–61

34. Sorgi FL, Huang L (1994) Large scale production of DC-Chol cationic liposomes by microfluidization. Int J Pharm 144:131–139

35. Kikuchi H, Yamauchi H, Hirota S (1994) A polyol dilution method for mass production of liposomes. J Liposome Res 4:71–91

36. Vemuri S, Rhodes CT (1995) Preparation and characterization of liposomes as therapeutic delivery systems: a review. Pharm Acta Helv 70:95–111

37. Cortesi R, Esposito E, Gambarin S, Telloli P, Menegatti E, Nastruzzi C (1999) Preparation of liposomes by reverse-phase evaporation using alternative organic solvents. J Microencapsul 16:251–256

38. Mozafari MR, Reed CJ, Rostron C (2007) Cytotoxicity evaluation of anionic nanoliposomes and nanolipoplexes prepared by the heating method without employing volatile solvents and detergents. Pharmazie 62:205–209

39. Dwivedi AM (2002) Residual solvent analysis in pharmaceuticals. Pharm Tech Eur 14:26–28

40. Silvestri S, Gabrielson G, Wu LL (1991) Effect of terminal block on the microfluidization induced degradation of model ABA block copolymer. Int J Pharm 71:65–71

41. CenciaRohan L, Silvestri S (1993) Effect of solvent system on microfluidization-induced mechanical degradation. Int J Pharm 95:23–28

42. Bodmeier R, Chen H (1993) Hydrolysis of cellulose acetate and cellulose acetate butyrate pseudolatexes prepared by a solvent evaporation microfluidization method. Drug Dev Ind Pharm 19:521–530

43. Lagoueyte N, Paquin P (1998) Effects of microfluidization on the functional properties of xanthan Gum. Food Hydrocol 12:365–371

44. Maa YF, Hsu CC (1999) Performance of sonication and microfluidization for liquid–liquid emulsification. Pharm Dev Technol 4:233–240

45. Kasaai MR, Charlet G, Paquin P, Arul J (2003) Fragmentation of chitosan by

GSK-PBM-00912343

microfluidization process. Innov Food Sci Emerg Tech 4:403–413

46. Mozafari MR, Reed CJ, Rostron C, Kocum C, Piskin E (2002) Construction of stable anionic liposome-plasmid particles using the heating method: a preliminary investigation. Cell Mol Biol Lett 7:923–927

47. Mortazavi SM, Mohammadabadi MR, Khosravi-Darani K, Mozafari MR (2007) Preparation of liposomal gene therapy vectors by a scalable method without using volatile solvents or detergents. J Biotechnol 129:604–613

48. Mozafari MR, Reed CJ, Rostron C (2007) Prospects of anionic nanolipoplexes in nanotherapy: transmission electron microscopy and light scattering studies. Micron 38: 787–795

49. Colas JC, Shi WL, Rao VSNM, Omri A, Mozafari MR, Singh H (2007) Microscopical investigations of nisin-loaded nanoliposomes prepared by Mozafari method and their bacterial targeting. Micron 38:841–847

50. Mozafari MR, Reed CJ, Rostron C, Martin DS (2004) Transfection of human airway epithelial cells using a lipid-based vector prepared by the heating method. J Aerosol Med 17:100

51. Mozafari MR, Reed CJ, Rostron C (2003) 5-fluorouracil encapsulation in colloidal lipid particles: entrapment, release and cytotoxicity evaluation in an airway cell line. Drug Delivery to the Lungs XIV, London, England, pp. 180–183

52. Ozer AY (2007) Applications of light and electron microscopic techniques in liposome research. In: Mozafari MR (ed) Nanomaterials and nanosystems for biomedical applications. Springer, Dordrecht, The Netherlands, pp 145–153

53. Rizwan SB, Dong YD, Boyd BJ, Rades T, Hook S (2007) Characterisation of bicontinuous cubic liquid crystalline systems of phytantriol and water using cryo field emission scanning electron microscopy (cryo FESEM). Micron 38:478–485

54. Edwards KA, Baeumner AJ (2006) Analysis of liposomes. Talanta 68:1432–1441

55. Chandaroy P, Sen A, Hui SW (2001) Temperature-controlled content release from liposomes encapsulating Pluronic F127. J Control Release 76:27–37

56. Mui B, Chow L, Hope MJ (2003) Extrusion technique to generate liposomes of defined size. Methods Enzymol 367:3–14

GSK-PBM-00912344

# JA-008

# Exhibit 6

# DICTIONARY OF
## BIOCHEMISTRY AND
## MOLECULAR BIOLOGY

SECOND EDITION

## J. STENESH

GSK-PBM-00912345

STENESH

DICTIONARY OF

BIOCHEMISTRY AND MOLECULAR BIOLOGY

SECOND EDITION

DES
LS
QP512
.S73
1989
PHYSI

GSK-PBM-00912346

ISBN 0-471-84089-0

Desmarais LLP

30000213

GSK-PBM-00912347

# DICTIONARY OF BIOCHEMISTRY AND MOLECULAR BIOLOGY

## Second Edition

**J. STENESH**

*Professor of Chemistry*
*Western Michigan University*



**WILEY**

A WILEY-INTERSCIENCE PUBLICATION

**JOHN WILEY & SONS**

New York  /  Chichester  /  Brisbane  /  Toronto  /  Singapore

REF
QP
512
.S73
1989

LIBRARY, SAN ANTONIO COLLEGE
1001 Howard Street
San Antonio, Texas 78212

GSK-PBM-00912348

A NOTE TO THE READER
This book has been electronically reproduced from
digital information stored at John Wiley & Sons, Inc.
We are pleased that the use of this new technology
will enable us to keep works of enduring scholarly
value in print as long as there is a reasonable demand
for them. The content of this book is identical to
previous printings.

Copyright © 1989 by John Wiley & Sons, Inc.

All rights reserved. Published simultaneously in Canada.

Reproduction or translation of any part of this work
beyond that permitted by Section 107 or 108 of the
1976 United States Copyright Act without the permission
of the copyright owner is unlawful. Requests for
permission or further information should be addressed to
the Permissions Department, John Wiley & Sons, Inc.

*Library of Congress Cataloging in Publication Data:*

Stenesh, J., 1927–
 Dictionary of biochemistry and molecular biology  /  J. Stenesh. —
 2nd ed.
  p.  cm.
 Rev. ed. of: Dictionary of biochemistry, 1975.
 "A Wiley-Interscience publication."
 Bibliography: p.
 ISBN 0–471–84089–0
 1. Biochemistry—Dictionaries. 2. Molecular biology—
 —Dictionaries. I. Stenesh, J., 1927– Dictionary of biochemistry.
 II. Title.
 QP512.S73 1989
 574.19′2′0321—dc19        88-38561
                CIP

Printed in the United States of America

10 9 8 7 6 5 4

GSK-PBM-00912349

Case 1:24-cv-00512-GBW Document 167-1 Filed 03/12/26 Page 267 of 325 PageID #: 13968

glutamic acid, glutamine, or carbamoyl phosphate.

**ammonification** The formation of ammonia by the degradation of organic compounds.

**ammonification of nitrate** *See* nitrate respiration.

**ammonium plant** ACID PLANT.

**ammonium sulfate fractionation** A fractional precipitation by means of ammonium sulfate that is used in the purification of enzymes and other proteins.

**ammonolysis** The cleavage of a covalent bond of an acid derivative by reaction with ammonia so that one of the products combines with the hydrogen atom and the other combines with the amino group of ammonia.

**ammonotelic organism** An organism, such as a teleost fish, which excretes the nitrogen from amino acid and purine catabolism primarily in the form of ammonia.

**amniocentesis** A procedure for the sampling and testing of the amniotic fluid during pregnancy; permits a determination of the sex of the embryo and a detection of various genetic diseases.

**amnion** 1. The fluid-filled sac within which the embryos of reptiles, birds, and mammals develop. The wall of the sac consists of two layers of epithelium; the inner one is called amnion, the outer one chorion. 2. The inner layer of epithelium of the amniotic sac.

**amniotic fluid** The fluid that fills the membranous sac enclosing the embryo.

**amorph** A mutant allele that has little or no effect on the expression of a trait compared to the effect that the wild-type allele has.

**amorphous** 1. Noncrystalline; devoid of a regular shape and a molecular lattice structure. 2. Lacking a definite form or organization; descriptive of nonhelical regions in macromolecules.

**AMP** 1. Adenosine monophosphate (adenylic acid). 2. Adenosine-5'-monophosphate (5'-adenylic acid). 3. Avian myeloblastosis virus.

**ampere** A unit of electrical current intensity; equal to the constant current that, when passed through a standard aqueous solution of silver nitrate, deposits silver at the rate of 0.001118 g/s. *Sym* A.

**amperometric titration** A titration in which either the titrant or the substance being titrated is electroactive and the limiting current is plotted as a function of added titrant.

**amphetamine** The drug, 1-phenyl-2-amino-propane, that stimulates the central nervous system and inhibits sleep.

**amphibaric** Descriptive of a pharmacologically active substance that can either lower or raise the blood pressure depending on its dose or concentration.

**amphibiotic** Descriptive of an organism that can behave either as a symbiont or as a parasite with respect to a given host.

**amphibolic pathway** The metabolic pathway composed of the reactions of the citric acid cycle and some of the reactions of glycolysis. The pathway occupies a central position in metabolism, since it can be used either catabolically for the oxidation of metabolites to carbon dioxide and water, or anabolically for the synthesis and interconversion of metabolites. *Aka* central metabolic pathway.

**amphipathic** Descriptive of a molecule that has both polar (hydrophilic) and nonpolar (hydrophobic) groups.

**amphiphilic** AMPHIPATHIC.

**amphiprotic** Descriptive of a compound that can either gain or lose protons; synonymous with amphoteric if acids are defined as proton donors and bases as proton acceptors.

**amphiprotic solvent** A nonaqueous solvent that can act either as a proton donor or as a proton acceptor with respect to the solute.

**amphitrophic** Descriptive of an organism that can live photosynthetically in the light and chemotrophically in the dark.

**ampholyte** An amphoteric electrolyte.

**amphoteric** Descriptive of a compound that has at least one group that can act as an acid and one group that can act as a base; a compound that can act either as a proton donor or as a proton acceptor. Synonymous with amphiprotic if acids are defined as proton donors and bases as proton acceptors.

**amphotropic virus** A virus that can replicate either in cells from its host species or in cells from another species. *See also* ecotropic virus.

**ampicillin** A semisynthetic derivative of penicillin that is more effective against gram-negative bacteria than other derivatives of penicillin.

**AMP kinase** ADENYLATE KINASE.

**amplicon** A defective virus vector; a defective viral genome such as those derived from Herpes simplex virus.

**amplification** *See* cascade mechanism; enzyme amplification; gas amplification; gene amplification; plasmid amplification.

**amplifier enzyme** A membrane-located enzyme that mediates that action of a hormone in a multiple cascade mechanism. The hormone–receptor complex activates the amplifier enzyme by means of G proteins, and the amplifier enzyme then activates a second messenger molecule which initiates the cascade mechanism.

**amplifier T cells** A group of T cells that amplify the response and the proliferation of

GSK-PBM-00912350

chain (O-antigen), which determines the identity of cell surface antigens. The overall structure of a lipopolysaccharide can thus be represented by [glycolipid–heteropolysaccharide] or [lipid A–core polysaccharide–O-specific chain]. *Abbr* LPS.

**lipoprotein** One of a group of conjugated, water-soluble proteins in which the nonprotein portion is a lipid; the lipid is usually a glyceride, a phospholipid, cholesterol, or a combination of these. The lipid component is tightly bound (prosthetic group). Lipoproteins occur in blood plasma, cell cytoplasm, cell membranes, cell organelles, and egg yolk. Blood plasma lipoproteins function in the transport and distribution of lipids and are classified into 5 major groups on the basis of their density: chylomicrons, very low-density lipoproteins (VLDL), low-density lipoproteins (LDL), high-density lipoproteins (HDL), and very high-density lipoproteins (VHDL). *See also* specific lipoprotein groups; proteolipid.

**lipoprotein lipase** An extracellular enzyme that is most active within the capillaries of adipose tissue, cardiac muscle, and skeletal muscle; it catalyzes the hydrolysis of the 1 or 3 ester bond of di- and triacyl glycerols (di- and triglycerides) present in chylomicrons and very low-density lipoproteins. *Abbr* LPL. *Aka* clearance factor; clearing factor.

**lipoprotein tissue factor** THROMBOPLASTIN.

**liposarcoma** A malignant tumor of adipose tissue.

**liposome** An artifically prepared, cell-like structure in which one or more bimolecular layers of phospholipid enclose one or more aqueous compartments; a membrane-bound vesicle, frequently formed by dispersion of phospholipid in aqueous salt solutions. *See also* vesicle.

**lipotrophic hormone** LIPOTROPIC HORMONE.

**lipotrophin** LIPOTROPIC HORMONE.

**lipotropic** Descriptive of a compound that can contribute methyl groups for the synthesis of choline and that can prevent or alleviate a fatty liver condition that results from a dietary deficiency of choline.

**lipotropic agent** A compound, such as choline or methionine, that aids in the transport of fat and thereby prevents or alleviates the condition of fatty infiltration of the liver.

**lipotropic hormone** A polypeptide hormone, secreted by the anterior lobe of the pituitary gland, that stimulates the mobilization of lipids, especially fatty acids, from lipid deposits. *Var sp* lipotrophic hormone. *Abbr* LPH.

**lipotropin** LIPOTROPIC HORMONE.

**lipovitellenin** 1. A degraded form of a low-density lipoprotein component that is present in hens' egg yolk. 2. LOW-DENSITY FRACTION.

**lipovitellin** 1. A high-density lipoprotein in hens' egg yolk. Two such proteins, denoted α and β, have been isolated; they are similar in their composition except for their content of protein-bound phosphorus. 2. A high-density yolk lipoprotein from any species.

**lipoxins** A group of biologically active, leukocyte-derived, arachidonic acid metabolites.

**lipoxygenase** A key enzyme in the biosynthesis of leukotrienes; it catalyzes the first reaction in the lipoxygenase pathway whereby arachidonic acid is oxidized to a hydroperoxide which is then converted to leukotrienes.

**lipoyl dehydrogenase** DIAPHORASE.

**lipoyllysine** LIPOAMIDE.

**lipoylprotein** A conjugated protein in which lipoic acid is covalently bound to the protein by way of an amide link between its carboxyl group and the ε-amino group of a lysine residue in the protein. *See also* lipoamide.

**lipuria** The presence of lipid in the urine.

**liquefying amylase** ALPHA AMYLASE.

**liquid chromatography** A collective term for liquid–liquid, liquid–solid, paper, thin-layer, ion-exchange, and molecular sieve chromatography. *Abbr* LC.

**liquid crystal** A phase that has a mobility like that of a liquid and a high degree of order like that in a crystal. Liquid crystals exhibit aspects of both the liquid and the solid states but also possess properties that are not found in either state. They are classified as either lyotropic or thermotropic depending on the principal way by which the order of the parent solid state is destroyed: in lyotropic ones, by means of solvent action; in thermotropic ones, by means of heat. Lyotropic liquid crystals are frequently two-component systems, composed of amphipathic molecules and water. These can have a variety of structures involving, for example, lamellar, cubic, hexagonal, cylindrical, or micellar packing of the molecules. Thermotropic liquid crystals are further classified as either nematic (having a thread-like pattern) or smectic (having greasy or soapy properties); there are 3 known types of nematic structures (ordinary, cholesteric, and blue phase) and 9 known types of smectic structures (5 structured and 4 unstructured smectics). Nematic liquid crystals typically consist of molecules that are parallel, can rotate about their axes, and can move both up and down and from side to side. Smectic liquid crystals typically consist of molecules arranged in strata or layers which can slide over one another; the molecules in each layer can move from side to side, as well as forward and backward, but cannot move up or down from one

GSK-PBM-00912351

and in which the components either are not free to move at random or are fixed in a nonrandom order; a reaction across a membrane is generally a vectorial reaction.

**vectorial thioesterification** The coupled processes of transport and thioesterification whereby a fatty acid is converted to fatty acyl coenzyme A in *E. coli.*

**vectorial transfer** CHANNELING.

**vegan** A strict vegetarian; an individual who eats only plant food products. *See also* lacto vegetarian; lacto–ovo vegetarian.

**vegetative** Pertaining to growth, particularly of plants, as opposed to reproduction.

**vegetative cell** An actively growing cell, as distinct from one forming spores.

**vegetative DNA** The pool of genetically competent DNA of a phage that is produced during the vegetative state of the phage but that has not yet been assembled into complete phage particles.

**vegetative map** The genetic map of a phage that is deduced from its vegetative replication.

**vegetative mycelium** That portion of the mycelium of a fungus that penetrates into the medium and absorbs nutrients.

**vegetative nucleus** 1. The macronucleus of a ciliate. 2. The tube nucleus of a pollen grain. 3. The nucleus of a cell during interphase.

**vegetative phage** A phage in its vegetative state.

**vegetative replication** The replication of vegetative DNA.

**vegetative reproduction** 1. Asexual reproduction. 2. The reproduction in plants without true seeds.

**vegetative state** The state of a phage during which it replicates actively and autonomously within the host cell; a noninfective state during which infective phage particles have not yet been assembled. During this state the phage controls the synthesis by the host of components that are necessary for the production of infective phage particles.

**vehicle** VECTOR (3).

**vein** A blood vessel that transports blood from the tissues to the heart.

**velocity** REACTION RATE.

**velocity constant** RATE CONSTANT.

**venom substrate** STUART FACTOR.

**venous** Of, or pertaining to, veins.

**ventilation** The process whereby oxygen is supplied to the lungs and to the blood in the capillaries of the lungs; aeration of the blood in the lungs.

**venule** A small vein or veinlet.

**verification** The deacylation of a misacylated transfer RNA molecule by its aminoacyl-tRNA synthetase, thereby regenerating the uncharged tRNA molecule.

**Verner–Morrison syndrome** PANCREATIC CHOLERA.

**vernier** A small, movable, auxiliary scale that is attached to a larger scale and that has divisions of slightly different width than those of the larger scale; used for increasing the accuracy of a measurement.

**Veronal** Trademark for barbital.

**Versene** Trademark for ethylene dinitrolotetraacetic acid.

**vertebrate** 1. *n* An animal that has a backbone; includes fishes, amphibia, reptiles, birds, and mammals. 2. *Adj* Of, or pertaining to, an animal that has a backbone.

**vertical evolution** The process wereby a species changes over time, without splitting, and evolves into a new and distinct species.

**vertical transmission** The transmission of viruses from one generation of hosts to the next. *Aka* vertical infection.

**very early RNA** PREEARLY RNA.

**very high-density lipoprotein** A plasma lipoprotein that has a density above 1.21 g/mL. An increase in the concentration of very high-density lipoproteins (VHDL) is believed to be linked to a decrease in the incidence of atherosclerosis. VHDL contain about 57% protein, 21% phospholipid, 17% cholesterol and cholesterol esters, and 5% triacylglycerols (triglycerides). VHDL have molecular weights of about $1.5–2.8 \times 10^5$, a sedimentation coefficient of 2–10S, and are classified as the $\alpha$-fraction on the basis of electrophoresis. *Abbr* VHDL. *See also* lipoprotein.

**very high-lipid lipoprotein** VERY LOW-DENSITY LIPOPROTEIN.

**very long-chain fatty acids** *See* adrenoleukodystrophy.

**very low-density lipoprotein** A plasma lipoprotein that has a density of 0.95–1.006 g/mL. An increase in the concentration of very low-density lipoproteins (VLDL) is believed to be linked to an increase in the incidence of atherosclerosis. VLDL contain about 10% protein, 18% phospholipid, 22% cholesterol and cholesterol esters, and 50% triacylglycerols (triglycerides). VLDL have molecular weights of about $5.0–20 \times 10^6$, a flotation coefficient of 12–400S, and are classified as the pre-beta fraction on the basis of electrophoresis. *Abbr* VLDL. *See also* lipoprotein.

**very low-lipid lipoprotein** VERY HIGH-DENSITY LIPOPROTEIN.

**vesicle** 1. A small sac; a membranous cavity. 2. A closed bilayer structure. The structure may consist of a single bilayer (unilamellar vesicle) or of several bilayers (multilamellar vesicle). Unilamellar vesicles may be small (SUV; 0.02–0.05 μm), or large (LUV; ≥ 0.06 μm); multilamellar vesicles (MLV) range in size from 0.1 to 5.0 μm. Vesicles formed from

GSK-PBM-00912352

synthetic surfactants are called surfactant vesicles; those composed of phospholipids are called liposomes.

**vesicular stomatitis virus** A virus of the genus rhabdovirus that infects cattle, pigs, and horses, producing symptoms as in foot and mouth disease. *Abbr* VSV.

**vesiculin** A highly acidic, low molecular weight (10,000) protein in synaptosome vesicles.

**V genes** Genes that code for segments of the variable region of immunoglobulin molecules.

**$v_H$** The variable region of the heavy chains of the immunoglobulins.

**VHDL** Very high-density lipoprotein.

**$v_i$** Initial velocity in the presence of an inhibitor.

**viable** Describing a cell or an organism that is alive and capable of reproduction.

**viable count** The number of viable cells in a bacterial culture.

**Vi antigen** A surface antigen of bacteria that is different from the O antigen.

**vibrating reed electrometer** A sensitive electrometer that is used for measuring the small currents produced in an ionization chamber.

**vibrational circular dichroism** A spectroscopic method in which one measures the difference in absorption of right- and left-circularly polarized light by chiral compounds. *Abbr* VCD.

**vibrational optical activity** A group of related spectroscopic methods which includes vibrational circular dichroism and Raman optical activity. *Abbr* VOA.

**vibrational transition** The transition of a molecule in which, as a result of the stretching or the bending of a bond, the molecule undergoes a vibration so that the atomic nuclei are temporarily displaced, but their equilibrium positions are not changed. Vibrational transitions require energies that are intermediate between those of electronic and those of rotational transitions, and they are induced by short wavelength infrared radiation.

**vibronic transition** A molecular transition in which the energy of vibration is added to that of the electronic transition; a transition in which both the electronic and the vibrational quantum numbers change.

**vic-** Combining form meaning vicinal.

**vicinal** Referring to two substituents on adjacent carbon atoms. *Abbr* vic.

**villi** Large, fringe-like projections of an epithelium. *See also* microvilli.

**villikinin** A gastrointestinal hormone that controls the movement of the villi.

**villin** A protein, isolated from intestinal microvilli, that binds to and fragments actin filaments.

**vimentin** A protein (MW 55,000) that is a component of intermediate filaments; vimentin filaments are found in fibroblasts.

**vinblastine** An indole alkaloid used as an antitumor agent in the treatment of Hodgkin's disease and other cancers. Vinblastine inhibits microtubule formation; it disrupts microtubules of the mitotic spindle and preferentially kills rapidly dividing cells.

**vinca alkaloids** A group of indole alkaloids that includes mitotic poisons, hypertensive agents, and anticancer compounds.

**vincaleukoblastine** VINBLASTINE.

**vincristine** An indole alkaloid, related to vinblastine and used in the treatment of leukemia and various other types of cancer.

**vinculin** A fibrous protein, believed to be involved in anchoring actin filaments to the inner side of the cell membrane. Vinculin is also present at patches on the cell surface, called adhesion plaques, believed to be responsible for intercellular adhesion. Cells infected with Rous sarcoma virus produce a kinase (src protein) that modifies vinculin, a reaction that may play a role in cytoskeletal changes following cell transformation by the virus.

**vinegar souring** ACETIFICATION.

**vinyl** The radical $-CH=CH_2$ that is derived from ethylene.

**viologen** A 4,4'-bipyridinium salt. Compounds of this type can be polymerized to yield redox polymers (polyviologens or polymeric viologens) that can serve as electron donors for some dehydrogenases.

**viosterol** CALCIFEROL.

**VIP** Vasoactive intestinal peptide.

**viral** Of, or pertaining to, viruses.

**viral coat** CAPSID.

**viral hepatitis** *See* hepatitis.

**viral interference** The inhibition of viral multiplication that may occur upon multiple infection of cells with the same virus or upon mixed infection with two or more different viruses; due to a large extent to the action of interferon that is produced in response to the infecting viruses.

**viral multiplication cycle** *See* multiplication cycle.

**viral particle** VIRUS.

**viral-specific** VIRUS-SPECIFIC.

**viral yield** The average number of infectious viral particles obtained per productive cell.

**viremia** The presence of virus particles in the blood. Viremia is said to be primary or secondary depending on whether it is due to progeny virions produced principally at the site of the initial infection, or whether it is due to those produced in other organs.

**virgin cell** A lymphocyte in peripheral lymphoid tissue that has not yet encountered an antigen. When such a cell encounters an antigen, it may be stimulated to multiply and

GSK-PBM-00912353

# JA-008

# Exhibit 7



# LEHNINGER
# PRINCIPLES OF BIOCHEMISTRY

## David L. Nelson
## Michael M. Cox

### FIFTH EDITION

GSK-PBM-00912354

W. H. Freeman and Company
41 Madison Avenue
New York, NY 10010
Houndmills, Basingstoke RG21 6XS, England
www.whfreeman.com

COVER DESIGN: VICKI TOMASELLI
COVER ILLUSTRATION: ADAM H. STEINBERG

ISBN-13: 978-0-7167-7108-1
ISBN-10: 0-7167-7108-X

GSK-PBM-00912355

# LEHNINGER
# PRINCIPLES OF BIOCHEMISTRY

GSK-PBM-00912356

| | |
|---|---|
| Publisher: | SARA TENNEY |
| Executive Editor: | KATHERINE AHR |
| Senior Developmental Editor: | RANDI ROSSIGNOL |
| Associate Director of Marketing: | DEBBIE CLARE |
| Marketing Director: | JOHN BRITCH |
| Senior Media Editor: | PATRICK SHRINER |
| Managing Editor: | PHILIP McCAFFREY |
| Project Editor: | ELIZABETH GELLER |
| Photo Editor: | BIANCA MOSCATELLI |
| Photo Researcher: | DENA BETZ |
| Text and Cover Designer: | VICKI TOMASELLI |
| Page Makeup: | MARSHA COHEN |
| Illustration Coordinator: | SUSAN TIMMINS |
| Illustrations: | H. ADAM STEINBERG; NETWORK GRAPHICS |
| Molecular Graphics: | H. ADAM STEINBERG; JEAN-YVES SGRO |
| Production Coordinator: | PAUL W. ROHLOFF |
| Composition: | APTARA, INC. |
| Manufacturing: | RR DONNELLEY |

On the cover: RNA polymerase II from yeast, bound to DNA and in the act of transcribing it into RNA. Image created by H. Adam Steinberg using PDB ID 1I6H as modified by Seth Darst.

Library of Congress Control Number: 2007941224

ISBN-13: 978-0-7167-7108-1
ISBN-10: 0-7167-7108-X
©2008 by W. H. Freeman and Company
All rights reserved

Printed in the United States of America

First printing

W. H. Freeman and Company
41 Madison Avenue
New York, NY 10010
Houndmills, Basingstoke RG21 6XS, England
www.whfreeman.com

GSK-PBM-00912357



# LEHNINGER

# PRINCIPLES OF BIOCHEMISTRY

## FIFTH EDITION

**David L. Nelson**
*Professor of Biochemistry*
*University of Wisconsin–Madison*

**Michael M. Cox**
*Professor of Biochemistry*
*University of Wisconsin–Madison*

W.H. FREEMAN AND COMPANY
New York

GSK-PBM-00912358

**24**

Supercoiling, in fact, does more for DNA than act as an executive enhancer; it keeps the unruly, spreading DNA inside the cramped confines that the cell has provided for it.

—*Nicholas Cozzarelli,* Harvey Lectures, *1993*

# Genes and Chromosomes

24.1    Chromosomal Elements    947

24.2    DNA Supercoiling    954

24.3    The Structure of Chromosomes    962

The size of DNA molecules presents an interesting biological puzzle. Given that these molecules are generally much longer than the cells or viral particles that contain them **(Fig. 24–1)**, how do they fit into



**FIGURE 24–1 Bacteriophage T2 protein coat surrounded by its single, linear molecule of DNA.** The DNA was released by lysing the bacteriophage particle in distilled water and allowing the DNA to spread on the water surface. An undamaged T2 bacteriophage particle consists of a head structure that tapers to a tail by which the bacteriophage attaches itself to the outer surface of a bacterial cell. All the DNA shown in this electron micrograph is normally packaged inside the phage head.

0.5 μm

their cellular or viral packages? To address this question, we shift our focus from the secondary structure of DNA, considered in Chapter 8, to the extraordinary degree of organization required for the tertiary packaging of DNA into **chromosomes**—the repositories of genetic information. The chapter begins with an examination of the elements that make up viral and cellular chromosomes, and then considers chromosomal size and organization. We then discuss DNA topology, describing the coiling and supercoiling of DNA molecules. Finally, we consider the protein-DNA interactions that organize chromosomes into compact structures.

## 24.1 Chromosomal Elements

Cellular DNA contains genes and intergenic regions, both of which may serve functions vital to the cell. The more complex genomes, such as those of eukaryotic cells, demand increased levels of chromosomal organization, and this is reflected in the chromosomes' structural features. We begin by considering the different types of DNA sequences and structural elements within chromosomes.

### Genes Are Segments of DNA That Code for Polypeptide Chains and RNAs

Our understanding of genes has evolved tremendously over the last century. Classically, a gene was defined as a portion of a chromosome that determines or affects a single character or **phenotype** (visible property), such as eye color. George Beadle and Edward Tatum proposed a molecular definition of a gene in 1940. After exposing spores of the fungus *Neurospora crassa* to x rays and other agents known to damage DNA and cause alterations in DNA sequence **(mutations)**, they detected mutant fungal strains that lacked one or another specific enzyme, sometimes resulting in the failure of an entire metabolic pathway. Beadle and Tatum concluded that a gene is a segment of genetic material that determines, or codes

GSK-PBM-00912359

Case 1:24-cv-00512-GBW    Document 167-1    Filed 03/12/26    Page 278 of 325 PageID #: 13979

for, one enzyme: the **one gene–one enzyme** hypothesis. Later this concept was broadened to **one gene–one polypeptide**, because many genes code for a protein that is not an enzyme or for one polypeptide of a multisubunit protein.



George W. Beadle, 1903–1989



Edward L. Tatum, 1909–1975

The modern biochemical definition of a gene is even more precise. A **gene** is all the DNA that encodes the primary sequence of some final gene product, which can be either a polypeptide or an RNA with a structural or catalytic function. DNA also contains other segments or sequences that have a purely regulatory function. **Regulatory sequences** provide signals that may denote the beginning or the end of genes, or influence the transcription of genes, or function as initiation points for replication or recombination (Chapter 28). Some genes can be expressed in different ways to generate multiple gene products from a single segment of DNA. The special transcriptional and translational mechanisms that allow this are described in Chapters 26 through 28.

We can estimate directly the minimum overall size of genes that encode proteins. As described in detail in Chapter 27, each amino acid of a polypeptide chain is coded for by a sequence of three consecutive nucleotides in a single strand of DNA **(Fig. 24–2)**, with these "codons" arranged in a sequence that corresponds to the sequence of amino acids in the polypeptide that the gene encodes. A polypeptide chain of 350 amino acid residues (an average-size chain) corresponds to 1,050 bp. Many genes in eukaryotes and a few in bacteria and archaea are interrupted by noncoding DNA segments and are therefore considerably longer than this simple calculation would suggest.

How many genes are in a single chromosome? The *Escherichia coli* chromosome, one of the bacterial genomes that have been completely sequenced, is a circular DNA molecule (in the sense of an endless loop rather than a perfect circle) with 4,639,675 bp. These base pairs encode about 4,300 genes for proteins and another 157 genes for structural or catalytic RNA molecules. Among eukaryotes, the approximately 3.1 billion base pairs of the human genome include almost 29,000 genes on 24 different chromosomes.

| DNA | mRNA | Polypeptide |
|---|---|---|
| 5′ C⋯G 3′ | C 5′ | ↑ Amino terminus |
| G⋯C | G | Arg |
| T⋯A | U | |
| G⋯C | G | |
| G⋯C | G | Gly |
| A⋯T | A | |
| T⋯A | U | |
| A⋯T | A | Tyr |
| C⋯G | C | |
| A⋯T | A | |
| C⋯G | C | Thr |
| T⋯A | U | |
| T⋯A | U | |
| T⋯A | U | Phe |
| T⋯A | U | |
| G⋯C | G | |
| C⋯G | C | Ala |
| C⋯G | C | |
| G⋯C | G | |
| T⋯A | U | Val |
| T⋯A | U | |
| T⋯A | U | |
| C⋯G | C | Ser |
| 3′ T⋯A 5′ | U 3′ | Carboxyl terminus |



Template strand

**FIGURE 24–2 Colinearity of the coding nucleotide sequences of DNA and mRNA and the amino acid sequence of a polypeptide chain.** The triplets of nucleotide units in DNA determine the amino acids in a protein through the intermediary mRNA. One of the DNA strands serves as a template for synthesis of mRNA, which has nucleotide triplets (codons) complementary to those of the DNA. In some bacterial and many eukaryotic genes, coding sequences are interrupted at intervals by regions of noncoding sequences (called introns).

## DNA Molecules Are Much Longer Than the Cellular or Viral Packages That Contain Them

Chromosomal DNAs are often many orders of magnitude longer than the cells or viruses in which they are located (Fig. 24–1; Table 24–1). This is true of every class of organism or viral parasite.

**Viruses** Viruses are not free-living organisms; rather, they are infectious parasites that use the resources of a host cell to carry out many of the processes they require to propagate. Many viral particles consist of no more than a genome (usually a single RNA or DNA molecule) surrounded by a protein coat.

Almost all plant viruses and some bacterial and animal viruses have RNA genomes. These genomes tend to be particularly small. For example, the genomes of mammalian retroviruses such as HIV are about 9,000 nucleotides long, and the genome of the bacteriophage Qβ has 4,220 nucleotides. Both types of virus have single-stranded RNA genomes.

GSK-PBM-00912360

| TABLE 24–1 | The Sizes of DNA and Viral Particles for Some Bacterial Viruses (Bacteriophages) | | |
|---|---|---|---|
| Virus | Size of viral DNA (bp) | Length of viral DNA (nm) | Long dimension of viral particle (nm) |
| φX174 | 5,386 | 1,939 | 25 |
| T7 | 39,936 | 14,377 | 78 |
| λ (lambda) | 48,502 | 17,460 | 190 |
| T4 | 168,889 | 60,800 | 210 |

Note: Data on size of DNA are for the replicative form (double-stranded). The contour length is calculated assuming that each base pair occupies a length of 3.4 Å (see Fig. 8–13).

The genomes of DNA viruses vary greatly in size (Table 24–1). Many viral DNAs are circular for at least part of their life cycle. During viral replication within a host cell, specific types of viral DNA called **replicative forms** may appear; for example, many linear DNAs become circular and all single-stranded DNAs become double-stranded. A typical medium-sized DNA virus is bacteriophage λ (lambda), which infects *E. coli*. In its replicative form inside cells, λ DNA is a circular double helix. This double-stranded DNA contains 48,502 bp and has a contour length of 17.5 μm. Bacteriophage φX174 is a much smaller DNA virus; the DNA in the viral particle is a single-stranded circle, and the double-stranded replicative form contains 5,386 bp. Although viral genomes are small, the contour lengths of their DNAs are typically hundreds of times longer than the long dimensions of the viral particles that contain them (Table 24–1).

**Bacteria**   A single *E. coli* cell contains almost 100 times as much DNA as a bacteriophage λ particle. The chromosome of an *E. coli* cell is a single double-stranded circular DNA molecule. Its 4,639,675 bp have a contour length of about 1.7 mm, some 850 times the length of the *E. coli* cell (Fig. 24–3). In addition to the very large, circular DNA chromosome in their nucleoid, many bacteria contain one or more small circular DNA molecules that are free in the cytosol. These extrachromosomal elements are called **plasmids** (Fig. 24–4; see also p. 307). Most plasmids are only a few thousand base pairs long, but some contain more than 10,000 bp. They carry genetic information and undergo replication to yield daughter plasmids, which pass into the daughter cells at cell division. Plasmids have been found in yeast and other fungi as well as in bacteria.

In many cases plasmids confer no obvious advantage on their host, and their sole function seems to be self-propagation. However, some plasmids carry genes that are useful to the host bacterium. For example, some plasmid genes make a host bacterium resistant to antibacterial agents. Plasmids carrying the gene for the enzyme β-lactamase confer resistance to β-lactam antibiotics such as penicillin, ampicillin, and amoxicillin (see Fig. 6–28). These and similar plasmids may pass from an antibiotic-resistant cell to an antibiotic-sensitive cell of the same or another bacterial species, making the recipient cell antibiotic resistant. The extensive use of antibiotics in some human populations has served as a strong selective force, encouraging the spread of antibiotic resistance–coding plasmids (as well as transposable elements, described below, that harbor similar genes) in disease-causing bacteria. Physicians are becoming increasingly reluctant to prescribe antibiotics unless a clear clinical need is confirmed. For similar reasons, the widespread use of antibiotics in animal feeds is being curbed.

**Eukaryotes**   A yeast cell, one of the simplest eukaryotes, has 2.6 times more DNA in its genome than an *E. coli* cell (Table 24–2). Cells of *Drosophila*, the fruit fly used in classical genetic studies, contain more than 35 times as much DNA as *E. coli* cells, and human cells have almost 700 times as much. The cells of many plants and amphibians contain even more. The genetic material of eukaryotic cells is apportioned into chromosomes, the diploid (2n) number depending on the species (Table 24–2). A human somatic cell, for example, has 46 chromosomes (Fig. 24–5). Each chromosome of a eukaryotic cell, such as that shown in Figure 24–5a, contains a single, very large, duplex DNA molecule. The DNA molecules in the 24 different types of human chromosomes (22 matching pairs plus the X and Y sex chromosomes) vary in length over a 25-fold range. Each type of chromosome in eukaryotes carries a characteristic set of genes.

The DNA of one human genome (22 chromosomes plus X and Y or two X chromosomes), placed end to end, would extend for about a meter. Most human cells are diploid and each cell contains a total of 2 m of DNA. An adult human body contains approximately $10^{14}$ cells and thus a total DNA length of $2 \times 10^{11}$ km. Compare this with the circumference of the earth ($4 \times 10^4$ km) or the distance between the earth and the sun ($1.5 \times 10^8$ km)—a dramatic illustration of the extraordinary degree of DNA compaction in our cells.

GSK-PBM-00912361

Case 1:24-cv-00512-GBW    Document 167-1    Filed 03/12/26    Page 280 of 325 PageID #: 13981

**FIGURE 24–3** The length of the *E. coli* chromosome (1.7 mm) depicted in linear form relative to the length of a typical *E. coli* cell (2 μm).



E. coli

E. coli
DNA



**FIGURE 24–4** **DNA from a lysed *E. coli* cell.** In this electron micrograph several small, circular plasmid DNAs are indicated by white arrows. The black spots and white specks are artifacts of the preparation.

| TABLE 24–2 | DNA, Gene, and Chromosome Content in Some Genomes | | |
|---|---|---|---|
| | Total DNA (bp) | Number of chromosomes* | Approximate number of genes |
| *Escherichia coli* K12 (bacterium) | 4,639,675 | 1 | 4,435 |
| *Saccharomyces cerevisiae* (yeast) | 12,080,000 | 16[†] | 5,860 |
| *Caenorhabditis elegans* (nematode) | 90,269,800 | 12[‡] | 23,000 |
| *Arabidopsis thaliana* (plant) | 119,186,200 | 10 | 33,000 |
| *Drosophila melanogaster* (fruit fly) | 120,367,260 | 18 | 20,000 |
| *Oryza sativa* (rice) | 480,000,000 | 24 | 57,000 |
| *Mus musculus* (mouse) | 2,634,266,500 | 40 | 27,000 |
| *Homo sapiens* (human) | 3,070,128,600 | 46 | 29,000 |

**Note:** This information is constantly being refined. For the most current information, consult the websites for the individual genome projects.

*The diploid chromosome number is given for all eukaryotes except yeast.

[†]Haploid chromosome number. Wild yeast strains generally have eight (octoploid) or more sets of these chromosomes.

[‡]Number for females, with two X chromosomes. Males have an X but no Y, thus 11 chromosomes in all.

GSK-PBM-00912362

Case 1:24-cv-00512-GBW    Document 167-1    Filed 03/12/26    Page 281 of 325 PageID #: 13982





(b)

(a)

**FIGURE 24–5 Eukaryotic chromosomes. (a)** A pair of linked and condensed sister chromatids from a human chromosome. Eukaryotic chromosomes are in this state after replication at metaphase during mitosis. **(b)** A complete set of chromosomes from a leukocyte from one of the authors. There are 46 chromosomes in every normal human somatic cell.

Eukaryotic cells also have organelles, mitochondria **(Fig. 24–6)** and chloroplasts, that contain DNA. Mitochondrial DNA (mtDNA) molecules are much smaller than the nuclear chromosomes. In animal cells, mtDNA contains fewer than 20,000 bp (16,569 bp in human mtDNA) and is a circular duplex. Each mitochondrion typically has 2 to 10 copies of this mtDNA molecule, and the number can rise to hundreds in certain cells of an embryo that is undergoing cell differentiation. In a few organisms (trypanosomes, for example) each mitochondrion contains thousands of copies of mtDNA, organized into a complex and interlinked matrix known as a kinetoplast. Plant cell mtDNA ranges in size from 200,000 to 2,500,000 bp. Chloroplast DNA (cpDNA) also exists as circular duplexes and ranges in size from 120,000 to 160,000 bp. The evolutionary origin of mitochondrial and chloroplast DNAs has been the subject of much speculation. A widely accepted view is that they are vestiges of the chromosomes of ancient bacteria that gained access to the cytoplasm of host cells and became the precursors of these organelles (see Fig. 1–36). Mitochondrial DNA codes for the mitochondrial tRNAs and rRNAs and for a few mitochondrial proteins. More than 95% of mitochondrial proteins are encoded by nuclear DNA. Mitochondria and chloroplasts divide when the cell divides. Their DNA is replicated before and during division, and the daughter DNA molecules pass into the daughter organelles.



**FIGURE 24–6 A dividing mitochondrion.** Some mitochondrial proteins and RNAs are encoded by one of the copies of the mitochondrial DNA (none of which are visible here). The DNA (mtDNA) is replicated each time the mitochondrion divides, before cell division.

GSK-PBM-00912363

FIGURE 24–7 **Introns in two eukaryotic genes.** The gene for ovalbumin has seven introns (A to G), splitting the coding sequences into eight exons (L, and 1 to 7). The gene for the $\beta$ subunit of hemoglobin has two introns and three exons, including one intron that alone contains more than half the base pairs of the gene.

## Eukaryotic Genes and Chromosomes Are Very Complex

Many bacterial species have only one chromosome per cell and, in nearly all cases, each chromosome contains only one copy of each gene. A very few genes, such as those for rRNAs, are repeated several times. Genes and regulatory sequences account for almost all the DNA in bacteria. Moreover, almost every gene is precisely colinear with the amino acid sequence (or RNA sequence) for which it codes (Fig. 24–2).

The organization of genes in eukaryotic DNA is structurally and functionally much more complex. The study of eukaryotic chromosome structure, and more recently the sequencing of entire eukaryotic genomes, has yielded many surprises. Many, if not most, eukaryotic genes have a distinctive and puzzling structural feature: their nucleotide sequences contain one or more intervening segments of DNA that do not code for the amino acid sequence of the polypeptide product. These nontranslated inserts interrupt the otherwise colinear relationship between the nucleotide sequence of the gene and the amino acid sequence of the polypeptide it encodes. Such nontranslated DNA segments in genes are called **intervening sequences** or **introns**, and the coding segments are called **exons**. Few bacterial genes contain introns.

In higher eukaryotes, the typical gene has much more intron sequence than sequences devoted to exons. For example, in the gene coding for the single polypeptide chain of ovalbumin, an avian egg protein (Fig. 24–7), the introns are much longer than the exons; altogether, seven introns make up 85% of the gene's DNA. In the gene for the $\beta$ subunit of hemoglobin, a single intron contains more than half of the gene's DNA. The gene for the muscle protein titin is the intron champion, with 178 introns. Genes for histones seem to have no introns. In most cases the function of introns is not clear. In total, only about 1.5% of human DNA is "coding" or exon DNA, carrying information for protein or RNA products. However, when the much larger introns are included in the count, as much as 30% of the human genome consists of genes.

The relative paucity of genes in the human genome leaves a lot of DNA unaccounted for. **Figure 24–8** provides a summary of sequence types. Much of the nongene



FIGURE 24–8 **Types of sequences in the human genome.** This pie chart divides the genome into transposons (transposable elements), genes, and miscellaneous sequences. There are four main classes of transposons (three of them shown here). Long interspersed elements (LINEs), 6 to 8 kbp long (1 kbp = 1,000 bp), typically include a few genes encoding proteins that catalyze transposition. The genome has about 850,000 LINEs. Short interspersed elements (SINEs) are about 100 to 300 bp long. Of the 1.5 million in the human genome more than 1 million are Alu elements, so called because they generally include one copy of the recognition sequence for *Alu*I, a restriction endonuclease (see Fig. 9–2). The genome also contains 450,000 copies of retroviruslike transposons, 1.5 to 11 kbp long. Although these are "trapped" in the genome and cannot move from one cell to another, they are evolutionarily related to the retroviruses (Chapter 26), which include HIV. A final class of transposons (making up <3% and not shown here) consists of a variety of transposon remnants that differ greatly in length.

About 30% of the genome consists of sequences included in genes for proteins, but only a small fraction of this DNA is in exons (coding sequences). Miscellaneous sequences include simple-sequence repeats (SSR) and large segmental duplications (SD), the latter being segments that appear more than once in different locations. As described in Chapter 26, almost all of the genome appears to be transcribed into RNA, with many of the RNAs not yet characterized. Also present are remnants of transposons that have been evolutionarily altered so that they are now hard to identify.

GSK-PBM-00912364

DNA is in the form of repeated sequences of several kinds. Perhaps most surprising, about half the human genome is made up of moderately repeated sequences that are derived from transposable elements—segments of DNA, ranging from a few hundred to several thousand base pairs long, that can move from one location to another in the genome. Transposable elements (transposons) are a kind of molecular parasite, efficiently making a home within the host genome. Many have genes encoding the proteins that catalyze the transposition process, described in more detail in Chapters 25 and 26. Some transposons in the human genome are active, moving at a low frequency, but most are inactive relics, evolutionarily altered by mutations. Although these elements generally do not encode proteins or RNAs that are used in human cells, they have played a major role in human evolution: movement of transposons can lead to the redistribution of other genomic sequences.

Another 3% or so of the human genome consists of **highly repetitive** sequences, also referred to as **simple-sequence DNA** or **simple sequence repeats (SSR)**. These short sequences, generally less than 10 bp long, are sometimes repeated millions of times per cell. The simple-sequence DNA has also been called **satellite DNA**, so named because its unusual base composition often causes it to migrate as "satellite" bands (separated from the rest of the DNA) when fragmented cellular DNA samples are centrifuged in a cesium chloride density gradient. Studies suggest that simple-sequence DNA does not encode proteins or RNAs. Unlike the transposable elements, the highly repetitive DNA can have identifiable functional importance in human cellular metabolism, because much of it is associated with two defining features of eukaryotic chromosomes: centromeres and telomeres.

The **centromere** (Fig. 24–9) is a sequence of DNA that functions during cell division as an attachment point for proteins that link the chromosome to the mitotic spindle. This attachment is essential for the equal and orderly distribution of chromosome sets to daughter cells. The centromeres of *Saccharomyces cerevisiae* have been isolated and studied. The sequences essential to centromere function are about 130 bp long and are very rich in A=T pairs. The centromeric sequences of higher eukaryotes are much longer and, unlike those of yeast, generally contain simple-sequence DNA, which consists of thousands of tandem copies of one or a few short sequences of 5 to 10 bp, in the same orientation. The precise role of simple-sequence DNA in centromere function is not yet understood.

| TABLE 24–3 | Telomere Sequences | |
|---|---|---|
| | | **Telomere repeat sequence** |
| *Homo sapiens* (human) | | $(TTAGGG)_n$ |
| *Tetrahymena thermophila* (ciliated protozoan) | | $(TTGGGG)_n$ |
| *Saccharomyces cerevisiae* (yeast) | | $((TG)_{1-3}(TG)_{2-3})_n$ |
| *Arabidopsis thaliana* (plant) | | $(TTTAGGG)_n$ |

**Telomeres** (Greek *telos*, "end") are sequences at the ends of eukaryotic chromosomes that help stabilize the chromosome. Telomeres end with multiple repeated sequences of the form

$$(5')(T_xG_y)_n$$
$$(3')(A_xC_y)_n$$

where $x$ and $y$ are generally between 1 and 4 (Table 24–3). The number of telomere repeats, $n$, is in the range of 20 to 100 for most single-celled eukaryotes and is generally more than 1,500 in mammals. The ends of a linear DNA molecule cannot be routinely replicated by the cellular replication machinery (which may be one reason why bacterial DNA molecules are circular). Repeated telomeric sequences are added to eukaryotic chromosome ends primarily by the enzyme telomerase (see Fig. 26–39).

Artificial chromosomes (Chapter 9) have been constructed as a means of better understanding the functional significance of many structural features of eukaryotic chromosomes. A reasonably stable artificial linear chromosome requires only three components: a centromere, a telomere at each end, and sequences that allow the initiation of DNA replication. Yeast artificial chromosomes (YACs; see Fig. 9–7) have been developed as a research tool in biotechnology. Similarly, human artificial chromosomes (HACs) are being developed for the treatment of genetic diseases by somatic gene therapy (see Box 9–2 on somatic gene therapy).

## SUMMARY 24.1 Chromosomal Elements

- Genes are segments of a chromosome that contain the information for a functional polypeptide or RNA molecule. In addition to genes, chromosomes contain a variety of regulatory sequences involved in replication, transcription, and other processes.

- Genomic DNA and RNA molecules are generally orders of magnitude longer than the viral particles or cells that contain them.

- Many genes in eukaryotic cells (but few in bacteria and archaea) are interrupted by noncoding sequences, or introns. The coding segments separated by introns are called exons.



Telomere    Centromere    Telomere

Unique sequences (genes), dispersed repeats, and multiple replication origins

**FIGURE 24–9** Important structural elements of a yeast chromosome.

GSK-PBM-00912365

Case 1:24-cv-00512-GBW    Document 167-1    Filed 03/12/26    Page 284 of 325 PageID #: 13985

- Less than one-third of human genomic DNA consists of genes. Much of the remainder consists of repeated sequences of various types. Nucleic acid parasites known as transposons account for about half of the human genome.

- Eukaryotic chromosomes have two important special-function repetitive DNA sequences: centromeres, which are attachment points for the mitotic spindle, and telomeres, located at the ends of chromosomes.

## 24.2 DNA Supercoiling

Cellular DNA, as we have seen, is extremely compacted, implying a high degree of structural organization. The folding mechanism not only must pack the DNA but also must permit access to the information in the DNA. Before considering how this is accomplished in processes such as replication and transcription, we need to examine an important property of DNA structure known as **supercoiling**.

"Supercoiling" means the coiling of a coil. A telephone cord, for example, is typically a coiled wire. The path taken by the wire between the base of the phone and the receiver often includes one or more supercoils **(Fig. 24–10)**. DNA is coiled in the form of a double helix, with both strands of the DNA coiling around an axis.



FIGURE 24–11 **Supercoiling of DNA.** When the axis of the DNA double helix is coiled on itself, it forms a new helix (superhelix). The DNA superhelix is usually called a supercoil.

The further coiling of that axis upon itself **(Fig. 24–11)** produces DNA supercoiling. As detailed below, DNA supercoiling is generally a manifestation of structural strain. When there is no net bending of the DNA axis upon itself, the DNA is said to be in a **relaxed** state.

We might have predicted that DNA compaction involved some form of supercoiling. Perhaps less predictable is that replication and transcription of DNA also affect and are affected by supercoiling. Both processes require a separation of DNA strands—a process complicated by the helical interwinding of the strands (as demonstrated in **Fig. 24–12**).



FIGURE 24–10 **Supercoils.** A typical phone cord is coiled like a DNA helix, and the coiled cord can itself coil in a supercoil. The illustration is especially appropriate because an examination of phone cords helped lead Jerome Vinograd and his colleagues to the insight that many properties of small circular DNAs can be explained by supercoiling. They first detected DNA supercoiling—in small circular viral DNAs—in 1965.



FIGURE 24–12 **Supercoiling induced by separating the strands of a helical structure.** Twist two linear strands of rubber band into a right-handed double helix as shown. Fix one end by having a friend hold onto it, then pull apart the two strands at the other end. The resulting strain will produce supercoiling.

GSK-PBM-00912366



0.2 μm

**FIGURE 24–13 Relaxed and supercoiled plasmid DNAs.** The molecule in the leftmost electron micrograph is relaxed; the degree of supercoiling increases from left to right.

That a DNA molecule would bend on itself and become supercoiled in tightly packaged cellular DNA would seem logical, then, and perhaps even trivial, were it not for one additional fact: many circular DNA molecules remain highly supercoiled even after they are extracted and purified, freed from protein and other cellular components. This indicates that supercoiling is an intrinsic property of DNA tertiary structure. It occurs in all cellular DNAs and is highly regulated by each cell.

Several measurable properties of supercoiling have been established, and the study of supercoiling has provided many insights into DNA structure and function. This work has drawn heavily on concepts derived from a branch of mathematics called **topology**, the study of the properties of an object that do not change under continuous deformations. For DNA, continuous deformations include conformational changes due to thermal motion or an interaction with proteins or other molecules; discontinuous deformations involve DNA strand breakage. For circular DNA molecules, a topological property is one that is unaffected by deformations of the DNA strands as long as no breaks are introduced. Topological properties are changed only by breakage and rejoining of the backbone of one or both DNA strands.

We now examine the fundamental properties and physical basis of supercoiling.

### Most Cellular DNA Is Underwound

To understand supercoiling we must first focus on the properties of small circular DNAs such as plasmids and small viral DNAs. When these DNAs have no breaks in either strand, they are referred to as **closed-circular DNAs**. If the DNA of a closed-circular molecule conforms closely to the B-form structure (the Watson-Crick structure; see Fig. 8–13), with one turn of the double helix per 10.5 bp, the DNA is relaxed rather than supercoiled **(Fig. 24–13)**. Supercoiling results when DNA is subject to some form of structural strain. Purified closed-circular DNA is rarely relaxed, regardless of its biological origin. Furthermore, DNAs derived from a given cellular source have a characteristic degree of

supercoiling. DNA structure is therefore strained in a manner that is regulated by the cell to induce the supercoiling.

In almost every instance, the strain is a result of **underwinding** of the DNA double helix in the closed circle. In other words, the DNA has *fewer* helical turns than would be expected for the B-form structure. The effects of underwinding are summarized in **Figure 24–14**. An 84 bp segment of a circular DNA in the relaxed state would contain eight double-helical turns, or



**(a)** Relaxed (8 turns)

**(b)** Strained (7 turns)

**(c)** Supercoil

**(d)** Strand separation

**FIGURE 24–14 Effects of DNA underwinding. (a)** A segment of DNA in a closed-circular molecule, 84 bp long, in its relaxed form with eight helical turns. **(b)** Removal of one turn induces structural strain. **(c)** The strain is generally accommodated by formation of a supercoil. **(d)** DNA underwinding also makes the separation of strands somewhat easier. In principle, each turn of underwinding should facilitate strand separation over about 10 bp, as shown. However, the hydrogen-bonded base pairs would generally preclude strand separation over such a short distance, and the effect becomes important only for longer DNAs and higher levels of DNA underwinding.

GSK-PBM-00912367

one for every 10.5 bp. If one of these turns were removed, there would be (84 bp)/7 = 12.0 bp per turn, rather than the 10.5 found in B-DNA (Fig. 24–14b). This is a deviation from the most stable DNA form, and the molecule is thermodynamically strained as a result. Generally, much of this strain would be accommodated by coiling the axis of the DNA on itself to form a supercoil (Fig. 24–14c; some of the strain in this 84 bp segment would simply become dispersed in the untwisted structure of the larger DNA molecule). In principle, the strain could also be accommodated by separating the two DNA strands over a distance of about 10 bp (Fig. 24–14d). In isolated closed-circular DNA, strain introduced by underwinding is generally accommodated by supercoiling rather than strand separation, because coiling the axis of the DNA usually requires less energy than breaking the hydrogen bonds that stabilize paired bases. Note, however, that the underwinding of DNA in vivo makes separation of the DNA strands easier, facilitating access to the information they contain.

Every cell actively underwinds its DNA with the aid of enzymatic processes (described below), and the resulting strained state represents a form of stored energy. Cells maintain DNA in an underwound state to facilitate its compaction by coiling. The underwinding of DNA is also important to enzymes of DNA metabolism that must bring about strand separation as part of their function.

The underwound state can be maintained only if the DNA is a closed circle or if it is bound and stabilized by proteins so that the strands are not free to rotate about each other. If there is a break in one strand of an isolated, protein-free circular DNA, free rotation at that point will cause the underwound DNA to revert spontaneously to the relaxed state. In a closed-circular DNA molecule, however, the number of helical turns cannot be changed without at least transiently breaking one of the DNA strands. The number of helical turns in a DNA molecule therefore provides a precise description of supercoiling.

### DNA Underwinding Is Defined by Topological Linking Number

The field of topology provides some ideas that are useful to the discussion of DNA supercoiling, particularly the concept of **linking number**. Linking number is a topological property of double-stranded DNA, because it does not vary when the DNA is bent or deformed, as long as both DNA strands remain intact. Linking number (*Lk*) is illustrated in **Figure 24–15**.

Let's begin by visualizing the separation of the two strands of a double-stranded circular DNA. If the two strands are linked as shown in Figure 24–15a, they are effectively joined by what can be described as a topological bond. Even if all hydrogen bonds and base-stacking interactions were abolished such that the strands were not in physical contact, this topological bond would still link the two strands. Visualize one of the circular strands as the boundary of a surface (such as a soap film span-



**(a)** $Lk = 1$

**(b)** $Lk = 6$

**FIGURE 24–15 Linking number, *Lk*.** Here, as usual, each blue ribbon represents one strand of a double-stranded DNA molecule. For the molecule in **(a)**, $Lk = 1$. For the molecule in **(b)**, $Lk = 6$. One of the strands in **(b)** is kept untwisted for illustrative purposes, to define the border of an imaginary surface (shaded blue). The number of times the twisting strand penetrates this surface provides a rigorous definition of linking number.

ning the space framed by a circular wire before you blow a soap bubble). The linking number can be defined as the number of times the second strand pierces this surface. For the molecule in Figure 24–15a, $Lk = 1$; for that in Figure 24–15b, $Lk = 6$. The linking number for a closed-circular DNA is always an integer. By convention, if the links between two DNA strands are arranged so that the strands are interwound in a right-handed helix, the linking number is defined as positive (+); for strands interwound in a left-handed helix, the linking number is negative (−). Negative linking numbers are, for all practical purposes, not encountered in DNA.

We can now extend these ideas to a closed-circular DNA with 2,100 bp (**Fig. 24–16a**). When the molecule is relaxed, the linking number is simply the number of base pairs divided by the number of base pairs per turn, which is close to 10.5; so in this case, $Lk = 200$. For a circular DNA molecule to have a topological property such as linking number, neither strand may contain a break. If there is a break in either strand, the strands can, in principle, be unraveled and separated completely. In this case, no topological bond exists and $Lk$ is undefined (Fig. 24–16b).

We can now describe DNA underwinding in terms of changes in the linking number. The linking number in relaxed DNA, $Lk_0$, is used as a reference. For the molecule shown in Figure 24–16a, $Lk_0 = 200$; if two turns are removed from this molecule, $Lk = 198$. The change can be described by the equation

$$\Delta Lk = Lk - Lk_0 \qquad (24\text{–}1)$$
$$= 198 - 200 = -2$$

It is often convenient to express the change in linking number in terms of a quantity that is independent of the length of the DNA molecule. This quantity, called the

GSK-PBM-00912368



(b) *Lk* undefined

(a) *Lk* = 200 = *Lk*₀

(c) *Lk* = 198

**FIGURE 24–16 Linking number applied to closed-circular DNA molecules.** A 2,100 bp circular DNA is shown in three forms: (a) relaxed, *Lk* = 200; (b) relaxed with a nick (break) in one strand, *Lk* undefined; and (c) underwound by two turns, *Lk* = 198. The underwound molecule generally exists as a supercoiled molecule, but underwinding also facilitates the separation of DNA strands.

**specific linking difference ($\sigma$)** or **superhelical density,** is a measure of the number of turns removed relative to the number present in relaxed DNA:

$$\sigma = \frac{\Delta Lk}{Lk_0} \qquad (24\text{–}2)$$

In the example in Figure 24–16c, $\sigma = -0.01$, which means that 1% (2 of 200) of the helical turns present in the DNA (in its B form) have been removed. The degree of underwinding in cellular DNAs generally falls in the range of 5% to 7%; that is, $\sigma = -0.05$ to $-0.07$. The negative sign indicates that the change in linking number is due to underwinding of the DNA. The supercoiling induced by underwinding is therefore defined as negative supercoiling. Conversely, under some conditions DNA can be overwound, resulting in positive supercoiling. Note that the twisting path taken by the axis of the DNA helix when the DNA is underwound (negative supercoiling) is the mirror image of that taken when the DNA is overwound (positive supercoiling) (Fig. 24–17). Supercoiling is not a random process; the path of the supercoiling is largely prescribed by the torsional strain imparted to the DNA by decreasing or increasing the linking number relative to B-DNA.

Linking number can be changed by ±1 by breaking one DNA strand, rotating one of the ends 360° about the unbroken strand, and rejoining the broken ends. This change has no effect on the number of base pairs or the number of atoms in the circular DNA molecule. Two forms of a circular DNA that differ only in a topological property such as linking number are referred to as **topoisomers**.



Relaxed DNA
*Lk* = 200

$\Delta Lk = -2$     $\Delta Lk = +2$

Negative supercoils
*Lk* = 198

Positive supercoils
*Lk* = 202

**FIGURE 24–17 Negative and positive supercoils.** For the relaxed DNA molecule of Figure 24–16a, underwinding or overwinding by two helical turns (*Lk* = 198 or 202) will produce negative or positive supercoiling, respectively. Note that the DNA axis twists in opposite directions in the two cases.

**WORKED EXAMPLE 24–1    Calculation of Superhelical Density**

What is the superhelical density ($\sigma$) of a closed-circular DNA with a length of 4,200 bp and a linking number (*Lk*) of 374? What is the superhelical density of the same DNA when *Lk* = 412? Are these molecules negatively or positively supercoiled?

**Solution:** First, calculate $Lk_0$ by dividing the length of the closed-circular DNA (in bp) by 10.5 bp/turn: (4,200 bp)/(10.5 bp/turn) = 400. We can now calculate $\Delta Lk$ from Equation 24–1: $\Delta Lk = Lk - Lk_0 = 374 - 400 = -26$. Substituting the values for $\Delta Lk$ and $Lk_0$ into Equation 24–2: $\sigma = \Delta Lk/Lk_0 = -26/400 = -0.065$. Since the superhelical density is negative, this DNA molecule is negatively supercoiled.

When the same DNA molecule has an *Lk* of 412, $\Delta Lk = 412 - 400 = 12$, and $\sigma = 12/400 = 0.03$. The superhelical density is positive, and the molecule is positively supercoiled.

Linking number can be broken down into two structural components, **twist (*Tw*)** and **writhe (*Wr*)** (Fig. 24–18). These are more difficult to describe than linking number, but writhe may be thought of as a measure of the coiling of the helix axis, and twist as determining the local twisting or spatial relationship of neighboring base pairs. When the linking number changes, some of the resulting strain is usually compensated for by writhe (supercoiling) and some by changes in twist, giving rise to the equation

$$Lk = Tw + Wr$$

*Tw* and *Wr* need not be integers. Twist and writhe are geometric rather than topological properties, because they may be changed by deformation of a closed-circular DNA molecule.

In addition to causing supercoiling and making strand separation somewhat easier, the underwinding of

GSK-PBM-00912369



Straight ribbon (relaxed DNA)

Large writhe, small change in twist

Zero writhe, large change in twist

**FIGURE 24–18 Ribbon model for illustrating twist and writhe.** The pink ribbon represents the axis of a relaxed DNA molecule. Strain introduced by twisting the ribbon (underwinding the DNA) can be manifested as writhe or twist. Topological changes in linking number are usually accompanied by geometric changes in both writhe and twist.

DNA facilitates structural changes in the molecule. These are of less physiological importance but help illustrate the effects of underwinding. Recall that a cruciform (see Fig. 8–19) generally contains a few unpaired bases; DNA underwinding helps to maintain the required strand separation (Fig. 24–19). Underwinding of a right-handed DNA helix also facilitates the formation of short stretches of left-handed Z-DNA in regions where the base sequence is consistent with the Z form (see Chapter 8).



Relaxed DNA

Underwound DNA

Cruciform DNA

**FIGURE 24–19 Promotion of cruciform structures by DNA underwinding.** In principle, cruciforms can form at palindromic sequences (see Fig. 8–19), but they seldom occur in relaxed DNA because the linear DNA accommodates more paired bases than does the cruciform structure. Underwinding of the DNA facilitates the partial strand separation needed to promote cruciform formation at appropriate sequences.

## Topoisomerases Catalyze Changes in the Linking Number of DNA

DNA supercoiling is a precisely regulated process that influences many aspects of DNA metabolism. Every cell has enzymes with the sole function of underwinding and/or relaxing DNA. The enzymes that increase or decrease the extent of DNA underwinding are **topoisomerases**; the property of DNA that they change is the linking number. These enzymes play an especially important role in processes such as replication and DNA packaging. There are two classes of topoisomerases. **Type I topoisomerases** act by transiently breaking one of the two DNA strands, passing the unbroken strand through the break and rejoining the broken ends; they change $Lk$ in increments of 1. **Type II topoisomerases** break both DNA strands and change $Lk$ in increments of 2.

The effects of these enzymes can be demonstrated with agarose gel electrophoresis (**Fig. 24–20**). A population of identical plasmid DNAs with the same linking



Relaxed DNA —

Highly supercoiled DNA

Decreasing $Lk$

**FIGURE 24–20 Visualization of topoisomers.** In this experiment, all DNA molecules have the same number of base pairs but exhibit some range in the degree of supercoiling. Because supercoiled DNA molecules are more compact than relaxed molecules, they migrate more rapidly during gel electrophoresis. The gels shown here separate topoisomers (moving from top to bottom) over a limited range of superhelical density. In lane 1, highly supercoiled DNA migrates in a single band, even though different topoisomers are probably present. Lanes 2 and 3 illustrate the effect of treating the supercoiled DNA with a type I topoisomerase; the DNA in lane 3 was treated for a longer time than that in lane 2. As the superhelical density of the DNA is reduced to the point where it corresponds to the range in which the gel can resolve individual topoisomers, distinct bands appear. Individual bands in the region indicated by the bracket next to lane 3 each contain DNA circles with the same linking number; the linking number changes by 1 from one band to the next.

GSK-PBM-00912370

number migrates as a discrete band during electrophoresis. Topoisomers with $Lk$ values differing by as little as 1 can be separated by this method, so changes in linking number induced by topoisomerases are readily detected.

E. coli has at least four individual topoisomerases (I through IV). Those of type I (topoisomerases I and III) generally relax DNA by removing negative supercoils (increasing $Lk$). The way in which bacterial type I topoisomerases change linking number is illustrated in **Figure 24–21**. A bacterial type II enzyme, called either topoisomerase II or DNA gyrase, can introduce negative

supercoils (decrease $Lk$). It uses the energy of ATP to accomplish this. To alter DNA linking number, type II topoisomerases cleave both strands of a DNA molecule and pass another duplex through the break. The degree of supercoiling of bacterial DNA is maintained by regulation of the net activity of topoisomerases I and II.

Eukaryotic cells also have type I and type II topoisomerases. The type I enzymes are topoisomerases I and III; the single type II enzyme has two isoforms in vertebrates called II$\alpha$ and II$\beta$. Most of the type II enzymes, including a DNA gyrase in archaea, are related and define a family



**MECHANISM FIGURE 24–21 Bacterial type I topoisomerases alter linking number.** A proposed reaction sequence for the bacterial topoisomerase I is illustrated. The enzyme has closed and open conformations. **(a)** A DNA molecule binds to the closed conformation and one DNA strand is cleaved. **(b)** The enzyme changes to its open conformation, and the other DNA strand moves through the break in the first strand. **(c)** In the closed conformation, the DNA strand is religated.

GSK-PBM-00912371

called type IIA. Archaea also have an unusual enzymes, topoisomerase VI, which alone defines the type IIB family. The eukaryotic type II topoisomerases cannot underwind DNA (introduce negative supercoils), but they can relax both positive and negative supercoils (**Fig. 24–22**).

**FIGURE 24–22 Proposed mechanism for the alteration of linking number by eukaryotic type IIA topoisomerases.** ① The multisubunit enzyme binds one DNA molecule (blue). Gated cavities above and below the bound DNA are called the N-gate and the C-gate. ② A second segment of the same DNA molecule (red) is bound at the N-gate, and ③ is trapped. Both strands of the first DNA are now cleaved (the chemistry is similar to that in Fig. 24–20b), and ④ the second DNA segment is passed through the break. ⑤ The broken DNA is religated, and the second DNA segment is released through the C-gate. Two ATPs are bound and hydrolyzed during this cycle; it is likely that one is hydrolyzed in the step leading to the complex in step ④. Additional details of the ATP hydrolysis component of the reaction remain to be worked out.

---

**BOX 24–1    MEDICINE    Curing Disease by Inhibiting Topoisomerases**

The topological state of cellular DNA is intimately connected with its function. Without topoisomerases, cells cannot replicate or package their DNA, or express their genes—and they die. Inhibitors of topoisomerases have therefore become important pharmaceutical agents, targeted at infectious agents and malignant cells.

Two classes of bacterial topoisomerase inhibitors have been developed as antibiotics. The coumarins, including novobiocin and coumermycin A1, are natural products derived from *Streptomyces* species. They inhibit the ATP binding of the bacterial type II topoisomerases, DNA gyrase and topoisomerase IV. These antibiotics are not often used to treat infections in humans, but research continues to identify clinically effective variants.

The quinolone antibiotics, also inhibitors of bacterial DNA gyrase and topoisomerase IV, first appeared in 1962 with the introduction of nalidixic acid. This compound had limited effectiveness and is no longer used clinically in the United States, but the continued development of this class of drugs eventually led to the introduction of the fluoroquinolones, exemplified by ciprofloxacin (Cipro). The quinolones act by blocking the last step of the topoisomerase reaction, the resealing of the DNA strand breaks. Ciprofloxacin is a wide-spectrum antibiotic. It is one of the few antibiotics

reliably effective in treating anthrax infections, and is considered a valuable agent in protection against possible bioterrorism. Quinolones are selective for the bacterial topoisomerases, inhibiting the eukaryotic enzymes only at concentrations several orders of magnitude greater than the therapeutic doses.

Some of the most important chemotherapeutic agents used in cancer treatment are inhibitors of human topoisomerases. Topoisomerases are generally

Irinotecan

Nalidixic acid

Ciprofloxacin

Topotecan

GSK-PBM-00912372

Case 1:24-cv-00512-GBW Document 167-1 Filed 03/12/26 Page 291 of 325 PageID #: 13992

As we will show in the next few chapters, topoisomerases play a critical role in every aspect of DNA metabolism. As a consequence, they are important drug targets for the treatment of bacterial infections and cancer (Box 24–1).

## DNA Compaction Requires a Special Form of Supercoiling

Supercoiled DNA molecules are uniform in a number of respects. The supercoils are right-handed in a negatively supercoiled DNA molecule (Fig. 24–17), and they tend to be extended and narrow rather than compacted, often with multiple branches (Fig. 24–23). At the superhelical densities normally encountered in cells, the length of the supercoil axis, including branches, is about 40% of the length of the DNA. This type of supercoiling is referred to as **plectonemic** (from the Greek *plektos*, "twisted," and

*nema*, "thread"). This term can be applied to any structure with strands intertwined in some simple and regular way, and it is a good description of the general structure of supercoiled DNA in solution.

Plectonemic supercoiling, the form observed in isolated DNAs in the laboratory, does not produce sufficient compaction to package DNA in the cell. A second form of supercoiling, **solenoidal** (Fig. 24–24), can be adopted by an underwound DNA. Instead of the extended right-handed supercoils characteristic of the plectonemic form, solenoidal supercoiling involves tight left-handed turns, similar to the shape taken up by a garden hose neatly wrapped on a reel. Although their structures are dramatically different, plectonemic and solenoidal supercoiling are two forms of negative supercoiling that can be taken up by the *same* segment of underwound DNA. The two forms are readily interconvertible. Although the plectonemic form is more stable in solution, the solenoidal form can be stabilized by

---

present at elevated levels in tumor cells, and agents targeted to these enzymes are much more toxic to the tumors than to most other tissue types. Inhibitors of both type I and type II topoisomerases have been developed as anticancer drugs.

Camptothecin, isolated from a Chinese ornamental tree and first tested clinically in the 1970s, is an inhibitor of eukaryotic type I topoisomerases. Clinical trials indicated limited effectiveness, despite its early promise in preclinical work on mice. However, two effective derivatives, irinotecan (Campto) and topotecan (Hycamtin)—used to treat colorectal cancer and ovarian cancer, respectively—were developed in the 1990s. Additional derivatives are likely to be approved for clinical use in the coming years. All of these drugs act by trapping the topoisomerase-DNA complex in which the DNA is cleaved, inhibiting religation.

The human type II topoisomerases are targeted by a variety of antitumor drugs, including doxorubicin (Adriamycin), etoposide (Etopophos), and ellipticine. Doxorubicin, effective against several kinds of human tumors, is an anthracycline in clinical use. Most of these drugs stabilize the covalent topoisomerase-DNA (cleaved) complex.

All of these anticancer agents generally increase the levels of DNA damage in the targeted, rapidly growing tumor cells. However, noncancerous tissues can also be affected, leading to a more general toxicity and unpleasant side effects that must be managed during therapy. As cancer therapies become more effective and survival statistics for cancer patients improve, the independent appearance of new tumors is becoming a greater problem. In the continuing search for new cancer therapies, the topoisomerases are likely to remain prominent targets for research.

Doxorubicin

Etoposide

Ellipticine



**Branch points**

**Supercoil axis**

(a)    (b)    (c)

FIGURE 24–23 **Plectonemic supercoiling. (a)** Electron micrograph of plectonemically supercoiled plasmid DNA and **(b)** an interpretation of the observed structure. The purple lines show the axis of the supercoil; note the branching of the supercoil. **(c)** An idealized representation of this structure.

Plectonemic

Solenoidal

(a)    (b)

FIGURE 24–24 **Plectonemic and solenoidal supercoiling. (a)** Plectonemic supercoiling takes the form of extended right-handed coils. Solenoidal negative supercoiling takes the form of tight left-handed turns about an imaginary tubelike structure. The two forms are readily interconverted, although the solenoidal form is generally not observed unless certain proteins are bound to the DNA. **(b)** Plectonemic (top) and solenoidal supercoiling of the same DNA molecule, drawn to scale. Solenoidal supercoiling provides a much greater degree of compaction.

protein binding and is the form found in chromatin. It provides a much greater degree of compaction (Fig. 24–24b). Solenoidal supercoiling is the mechanism by which underwinding contributes to DNA compaction.

## SUMMARY 24.2 DNA Supercoiling

- Most cellular DNAs are supercoiled. Underwinding decreases the total number of helical turns in the DNA relative to the relaxed, B form. To maintain an underwound state, DNA must be either a closed circle or bound to protein. Underwinding is quantified by a topological parameter called linking number, $Lk$.

- Underwinding is measured in terms of specific linking difference, $\sigma$ (also called superhelical density), which is $(Lk - Lk_0)/Lk_0$. For cellular DNAs, $\sigma$ is typically $-0.05$ to $-0.07$, which means that approximately 5% to 7% of the helical turns in the DNA have been removed. DNA underwinding facilitates strand separation by enzymes of DNA metabolism.

- DNAs that differ only in linking number are called topoisomers. Enzymes that underwind and/or relax DNA, the topoisomerases, catalyze changes in linking number. The two classes of topoisomerases, type I and type II, change $Lk$ in increments of 1 or 2, respectively, per catalytic event.

## 24.3 The Structure of Chromosomes

The term "chromosome" is used to refer to a nucleic acid molecule that is the repository of genetic information in a virus, a bacterium, a eukaryotic cell, or an organelle. It also refers to the densely colored bodies seen in the nuclei of dye-stained eukaryotic cells, as visualized using a light microscope.

### Chromatin Consists of DNA and Proteins

The eukaryotic cell cycle (see Fig. 12–43) produces remarkable changes in the structure of chromosomes **(Fig. 24–25)**. In nondividing eukaryotic cells (in G0) and those in interphase (G1, S, and G2), the chromosomal material, **chromatin**, is amorphous and seems to be randomly dispersed in certain parts of the nucleus. In the S phase of interphase the DNA in this amorphous state replicates, each chromosome producing two sister chromosomes (called sister chromatids) that remain associated with each other after replication is complete. The chromosomes become much more condensed during prophase of mitosis, taking the form of a species-specific number of well-defined pairs of sister chromatids (Fig. 24–5).

Chromatin consists of fibers containing protein and DNA in approximately equal proportions (by mass), along with a small amount of RNA. The DNA in the chromatin is very tightly associated with proteins called

GSK-PBM-00912374

Case 1:24-cv-00512-GBW    Document 167-1    Filed 03/12/26    Page 293 of 325 PageID #: 13994





**FIGURE 24–25 Changes in chromosome structure during the eukaryotic cell cycle.** The relative lengths of the phases shown here are for convenience only. The duration of each phase varies with cell type and growth conditions (for single-celled organisms) or metabolic state (for multi-celled organisms); mitosis is typically the shortest. Cellular DNA is uncondensed throughout interphase, as shown in the cartoons of the nucleus in the diagram. The interphase period can be divided (see Fig. 12–43) into the G1 (gap) phase; the S (synthesis) phase, when the DNA is replicated; and the G2 phase, throughout which the replicated chromosomes (chromatids) cohere to each another. Mitosis can be divided into four stages. The DNA undergoes condensation in prophase. During metaphase, the condensed chromosomes line up in pairs along the plane halfway between the spindle poles. The two chromosomes of each pair are linked to different spindle poles via microtubules that extend between the spindle and the centromere. The sister chromatids separate at anaphase, each drawn toward the spindle pole to which it is connected. The process is completed in telophase. After cell division is complete, the chromosomes decondense and the cycle begins anew.



**FIGURE 24–26 Nucleosomes.** Regularly spaced nucleosomes consist of histone complexes bound to DNA. **(a)** Schematic illustration and **(b)** electron micrograph.

**histones,** which package and order the DNA into structural units called **nucleosomes (Fig. 24–26)**. Also found in chromatin are many nonhistone proteins, some of which help maintain chromosome structure and others that regulate the expression of specific genes (Chapter 28). Beginning with nucleosomes, eukaryotic chromosomal DNA is packaged into a succession of higher-order structures that ultimately yield the compact chromosome seen with the light microscope. We now turn to a description of this structure in eukaryotes and compare it with the packaging of DNA in bacterial cells.

### Histones Are Small, Basic Proteins

Found in the chromatin of all eukaryotic cells, histones have molecular weights between 11,000 and 21,000 and are very rich in the basic amino acids arginine and lysine (together these make up about one-fourth of the amino acid residues). All eukaryotic cells have five major classes of histones, differing in molecular weight and amino acid composition (Table 24–4). The H3 histones are nearly identical in amino acid sequence in all eukaryotes, as are the H4 histones, suggesting strict conservation of their functions. For example, only 2 of 102 amino acid residues differ between the H4 histone molecules of peas and

| TABLE 24–4 | Types and Properties of Histones | | | |
|---|---|---|---|---|
| Histone | Molecular weight | Number of amino acid residues | Content of basic amino acids (% of total) | |
| | | | Lys | Arg |
| H1* | 21,130 | 223 | 29.5 | 11.3 |
| H2A* | 13,960 | 129 | 10.9 | 19.3 |
| H2B* | 13,774 | 125 | 16.0 | 16.4 |
| H3 | 15,273 | 135 | 19.6 | 13.3 |
| H4 | 11,236 | 102 | 10.8 | 13.7 |

*The sizes of these histones vary somewhat from species to species. The numbers given here are for bovine histones.

GSK-PBM-00912375

cows, and only 8 differ between the H4 histones of humans and yeast. Histones H1, H2A, and H2B show less sequence similarity among eukaryotic species.

Each type of histone is subject to enzymatic modification by methylation, acetylation, ADP-ribosylation, phosphorylation, glycosylation, sumoylation, or ubiquitination. Such modifications affect the net electric charge, shape, and other properties of histones, as well as the structural and functional properties of the chromatin, and they play a role in the regulation of transcription.

In addition, eukaryotes generally have several variant forms of certain histones, most notably histones H2A and H3, described in more detail below. The variant forms, along with their modifications, have specialized roles in DNA metabolism.

### Nucleosomes Are the Fundamental Organizational Units of Chromatin

The eukaryotic chromosome depicted in Figure 24–5 represents the compaction of a DNA molecule about $10^5$ $\mu$m long into a cell nucleus that is typically 5 to 10 $\mu$m in diameter. This compaction involves several levels of highly organized folding. Subjection of chromosomes to treatments that partially unfold them reveals a structure in which the DNA is bound tightly to beads of protein, often regularly spaced. The beads in this "beads-on-a-string" arrangement are complexes of histones and DNA. The bead plus the connecting DNA that leads to the next bead form the nucleosome, the fundamental unit of organization on which the higher-order packing of chromatin is built (Fig. 24–27). The bead of each nucleosome contains eight histone molecules: two copies each of H2A, H2B, H3, and H4. The spacing of the nucleosome beads provides a repeating unit typically of about 200 bp, of which 146 bp are bound tightly around the eight-part histone core and the remainder serve as linker DNA between nucleosome beads. Histone H1 binds to the linker DNA. Brief treatment of chromatin with enzymes that digest DNA causes preferential degradation of the linker DNA, releasing histone particles containing 146 bp of bound DNA that have been protected from digestion. Researchers have crystallized nucleosome cores obtained in this way, and x-ray diffraction analysis reveals a particle made up of the eight histone molecules with the DNA wrapped around it in the form of a left-handed solenoidal supercoil (Fig. 24–27).

A close inspection of this structure reveals why eukaryotic DNA is underwound even though eukaryotic cells lack enzymes that underwind DNA. Recall that the solenoidal wrapping of DNA in nucleosomes is but one form of supercoiling that can be taken up by underwound (negatively supercoiled) DNA. The tight wrapping of DNA around the histone core requires the removal of about one helical turn in the DNA. When the protein core of a nucleosome binds in vitro to a relaxed, closed-circular DNA, the binding introduces a negative supercoil. Because this binding process does not break



**FIGURE 24–27 DNA wrapped around a nucleosome core. (a)** Space-filling representation of a nucleosome protein core from the African frog *Xenopus laevis*, with different colors for the different histones (PDB ID 1AOI). **(b)** Top and **(c)** side views of the crystal structure of a nucleosome (gray surface contour) with 146 bp of bound DNA (blue). The DNA binds in a left-handed solenoidal supercoil that circumnavigates the histone complex 1.8 times. A schematic drawing is included in **(c)** for comparison with other figures depicting nucleosomes.

GSK-PBM-00912376

Case 1:24-cv-00512-GBW    Document 167-1    Filed 03/12/26    Page 295 of 325 PageID #: 13996

the DNA or change the linking number, the formation of a negative solenoidal supercoil must be accompanied by a compensatory positive supercoil in the unbound region of the DNA (Fig. 24–28). As mentioned earlier, eukaryotic topoisomerases can relax positive supercoils. Relaxing the unbound positive supercoil leaves the negative supercoil fixed (through its binding to the nucleosome histone core) and results in an overall decrease in linking number. Indeed, topoisomerases have proved necessary for assembling chromatin from purified histones and closed-circular DNA in vitro.

Another factor that affects the binding of DNA to histones in nucleosome cores is the sequence of the bound DNA. Histone cores do not bind randomly to DNA; rather, they tend to position themselves at certain locations. This positioning is not fully understood but in some cases seems to depend on a local abundance of A=T base pairs in the DNA helix where it is in contact with the his-



FIGURE 24–29 Positioning of a nucleosome to make optimal use of A=T base pairs where the histone core is in contact with the minor groove of the DNA helix.

tones (Fig. 24–29), facilitating the compression of the minor groove that is needed for the tight wrapping of the DNA around the nucleosome's histone core. A cluster of two or three A=T base pairs makes this compression more likely. Nucleosomes bind particularly well to sequences where AA or AT or TT dinucleotides are staggered at 10 bp intervals, an arrangement that can account for up to 50% of the positions of bound histones in vivo.

Other proteins are required for the positioning of some nucleosome cores on DNA. In several organisms, certain proteins bind to a specific DNA sequence and facilitate the formation of a nucleosome core nearby. Nucleosomes are deposited on the DNA during replication, or following other processes that require a transient displacement of nucleosomes. Deposition seems to occur in a stepwise manner. A tetramer of two H3 and two H4 histones binds first, followed by deposition of H2A-H2B dimers. The incorporation of nucleosomes into chromosomes after chromosomal replication is mediated by a protein complex, replication-coupling assembly factor (RCAF). RCAF includes acetylated histones H3 and H4, a three-subunit protein known as chromatin assembly factor 1 (CAF1), and a protein known as anti-silencing factor 1 (ASF1). The mechanism of nucleosome deposition is not understood in detail, although parts of the RCAF complex are known to directly interact with parts of the replication machinery. When nucleosomes must be assembled after DNA repair or other processes, RCAF is replaced by other specialized protein complexes to mediate the deposition. Histone exchange factors permit the substitution of histone variants for core histones in some contexts. Proper placement of these variant histones is important. Studies have shown that mice lacking one of these variant histones die as early embryos (Box 24–2). Precise positioning of nucleosome cores also plays a role in the expression of some eukaryotic genes (Chapter 28).



FIGURE 24–28 Chromatin assembly. (a) Relaxed, closed-circular DNA. (b) Binding of a histone core to form a nucleosome induces one negative supercoil. In the absence of any strand breaks, a positive supercoil must form elsewhere in the DNA ($\Delta Lk = 0$). (c) Relaxation of this positive supercoil by a topoisomerase leaves one net negative supercoil ($\Delta Lk = -1$).

GSK-PBM-00912377

## BOX 24–2  MEDICINE  Epigenetics, Nucleosome Structure, and Histone Variants

Information that is passed from one generation to the next— to daughter cells at cell division or from parent to offspring—but is not encoded in DNA sequences is referred to as **epigenetic** information. Much of it is in the form of covalent modification of histones and/or the placement of histone variants in chromosomes.

The chromatin regions where active gene expression (transcription) is occurring tend to be partially decondensed and are called **euchromatin**. In these regions, histones H3 and H2A are often replaced by the histone variants H3.3 and H2AZ, respectively (Fig. 1). The complexes that deposit nucleosomes containing histone variants on the DNA are similar to those that deposit nucleosomes with the more common histones. Nucleosomes containing histone H3.3 are deposited by a complex in which chromatin assembly factor 1 (CAF1) is replaced by the protein HIRA (the name is derived from a class of proteins called HIR, for *histone repressor*). Both CAF1 and HIRA can be considered histone chaperones, helping to ensure the proper assembly and placement of nucleosomes. Histone H3.3 differs in sequence from H3 by only four amino acid residues, but these residues all play key roles in histone deposition.

Like histone H3.3, H2AZ is associated with a distinct nucleosome deposition complex, and it is generally associated with chromatin regions involved in active transcription. Incorporation of H2AZ stabilizes the nucleosome octamer, but impedes some cooperative interactions between nucleosomes that are needed to compact the chromosome. This leads to a more open chromosome structure that facilitates the expression of genes in the region where H2AZ is located. The gene encoding H2AZ is essential in mammals. In fruit flies, loss of H2AZ prevents development beyond the larval stages.

Another H2A variant is H2AX, which is associated with DNA repair and genetic recombination. In mice, the absence of H2AX results in genome instability and male infertility. Modest amounts of H2AX seem to be scattered throughout the genome. When a double-strand break occurs, nearby molecules of H2AX become phosphorylated at $Ser^{139}$ in the carboxyl-terminal region. If this phosphorylation is blocked experimentally, formation of the protein complexes necessary for DNA repair is inhibited.

The H3 histone variant known as CENPA is associated with the repeated DNA sequences in centromeres. The chromatin in the centromere region contains the histone chaperones CAF1 and HIRA, and both proteins could be involved in the deposition of nucleosomes containing CENPA. Elimination of the gene for CENPA is lethal in mice.

The function and positioning of the histone variants can be studied by an application of technologies used in genomics. One useful technology is chromatin immunoprecipitation, or chromatin IP (ChIP). Nucleosomes containing a particular histone variant are precipitated by an antibody that binds specifically to this variant.



**FIGURE 1** Several variants of histones H3, H2A, and H2B are known. Shown here are the core histones and a few of the known variants. Sites of Lys/Arg residue methylation and Ser phosphorylation are indicated. HFD denotes the histone-fold domain, a structural domain common to all core histones.

## Nucleosomes Are Packed into Successively Higher-Order Structures

Wrapping of DNA around a nucleosome core compacts the DNA length about sevenfold. The overall compaction in a chromosome, however, is greater than 10,000-fold—ample evidence for even higher orders of structural organization. In chromosomes isolated by very gentle methods, nucleosome cores seem to be organized into a structure called the **30 nm fiber** (Fig. 24–30). This packing requires one molecule of histone H1 per nucleosome core. Organization into 30 nm fibers does not extend over the entire chromosome but is punctuated by regions bound by sequence-specific (nonhistone) DNA-binding proteins. The 30 nm structure also seems to depend on the transcriptional activity of the particular region of DNA. Regions in which genes are being transcribed are apparently in a less-ordered state that contains little, if any, histone H1.

GSK-PBM-00912378

Case 1:24-cv-00512-GBW    Document 167-1    Filed 03/12/26    Page 297 of 325 PageID #: 13998

These nucleosomes can be studied in isolation from their DNA, but more commonly the DNA associated with them is included in the study to determine where the nucleosomes of interest bind. The DNA can be labeled and used to probe a microarray (see Fig. 9–22), yielding a map of genomic sequences to which those particular nucleosomes bind. Because microarrays are often referred to as chips, this technique is called a ChIP-chip experiment (Fig. 2).

The histone variants, along with the many covalent modifications that histones undergo, help define and isolate the functions of chromatin. They mark the chromatin, facilitating or suppressing specific functions such as chromosome segregation, transcription, and DNA repair. The histone modifications do not disappear at cell division or during meiosis, and thus they become part of the information transmitted from one generation to the next in all eukaryotic organisms.



FIGURE 2 A ChIP-chip experiment is designed to reveal the genomic DNA sequences to which a particular histone variant binds. (a) A histone variant with an epitope tag (a protein or chemical structure recognized by an antibody; see Chapters 5 and 9) is introduced into a particular cell type, where it is incorporated into nucleosomes. (In some cases, an epitope tag is unnecessary because antibodies may be available that bind directly to the histone modification of interest.) Chromatin is isolated from the cells and digested briefly with micrococcal nuclease (MNase). The DNA bound by nucleosomes is protected from digestion, but the linker DNA is cleaved, releasing segments of DNA bound to one or two nucleosomes. Antibody is added, and the nucleosomes containing the epitope-tagged histone variant are selectively precipitated. The DNA in these nucleosomes is extracted from the precipitate, labeled, and used to probe a microarray representing all or part of the genomic sequences of that particular cell type. (b) The pattern of hybridization on the microarray reveals the DNA sequences bound by the nucleosomes with the histone variant. In the example here (top panel), patterns of hybridization are shown for DNA bound by histone H3.3 in a small segment of the *Drosophila* genome. Annotated genes in this segment of the genome are shown in the bottom panel (thickened bars). The histone H3.3 binding is concentrated in and near genes undergoing active transcription (red bars).



(a)



(b)

FIGURE 24–30 The 30 nm fiber, a higher-order organization of nucleosomes. (a) Schematic illustration of the probable structure of the fiber, showing nucleosome packing. (b) Electron micrograph.

GSK-PBM-00912379



FIGURE 24–31 A partially unraveled human chromosome, revealing numerous loops of DNA attached to a scaffoldlike structure.

The 30 nm fiber—a second level of chromatin organization—provides an approximately 100-fold compaction of the DNA. The higher levels of folding are not yet understood, but certain regions of DNA seem to associate with a nuclear scaffold (Fig. 24–31). The scaffold-associated regions are separated by loops of DNA with perhaps 20 to 100 kbp. The DNA in a loop may contain a set of related genes. In *Drosophila*, for example, complete sets of histone-coding genes seem to cluster together in loops that are bounded by scaffold attachment sites (Fig. 24–32). The scaffold itself may contain several proteins, notably large amounts of histone H1 (located in the interior of the fiber) and topo-



FIGURE 24–32 Loops of chromosomal DNA attached to a nuclear scaffold. The DNA in the loops is packaged as 30 nm fibers, so the loops are the next level of organization. Loops often contain groups of genes with related functions. Complete sets of histone-coding genes, as shown in this schematic illustration, seem to be clustered in loops of this kind. Unlike most genes, histone genes occur in multiple copies in many eukaryotic genomes.

isomerase II. The presence of topoisomerase II further emphasizes the relationship between DNA underwinding and chromatin structure. Topoisomerase II is so important to the maintenance of chromatin structure that inhibitors of this enzyme can kill rapidly dividing cells. Several drugs used in cancer chemotherapy are topoisomerase II inhibitors that allow the enzyme to promote strand breakage but not the resealing of the breaks.

Evidence exists for additional layers of organization in eukaryotic chromosomes, each dramatically enhancing the degree of compaction. One model for achieving this compaction is illustrated in Figure 24–33.



FIGURE 24–33 Compaction of DNA in a eukaryotic chromosome. This model shows the levels of organization that could provide the observed degree of DNA compaction in the chromosomes of eukaryotes. The levels take the form of coils upon coils. In cells, the higher-order structures (above the 30 nm fibers) are unlikely to be as uniform as depicted here.

GSK-PBM-00912380

Higher-order chromatin structure probably varies from chromosome to chromosome, from one region to the next in a single chromosome, and from moment to moment in the life of a cell. No single model can adequately describe these structures. Nevertheless, the principle is clear: DNA compaction in eukaryotic chromosomes is likely to involve coils upon coils upon coils . . . ⬤ **Three-Dimensional Packaging of Nuclear Chromosomes**

## Condensed Chromosome Structures Are Maintained by SMC Proteins

A third major class of chromatin proteins, in addition to the histones and topoisomerases, is the **SMC proteins** (*structural maintenance of chromosomes*). The primary structure of SMC proteins consists of five distinct domains (Fig. 24–34a). The amino- and carboxyl-terminal globular domains, N and C, each of which contains part of an ATP-hydrolytic site, are connected by two regions of $\alpha$-helical coiled-coil motifs (see Fig. 4–10) that are joined by a hinge domain. The proteins are generally dimeric, forming a V-shaped complex that is thought to be tied together through the protein's hinge domains (Fig. 24–34b, c). One N and one C domain come together to form a complete ATP-hydrolytic site at each free end of the V.

Proteins in the SMC family are found in all types of organisms, from bacteria to humans. Eukaryotes have two major types, cohesins and condensins, both of which are bound by regulatory and accessory proteins (Fig. 24–34d). The **cohesins** play a substantial role in linking together sister chromatids immediately after replication and keeping them together as the chromosomes condense to metaphase. This linkage is essential if chromosomes are to segregate properly at cell division. The cohesins, along with a third protein, kleisin, are thought to form a ring around the replicated chromosomes that ties them together until separation is required at cell division. The ring may expand and contract in response to ATP hydrolysis (Fig. 24–34e). The **condensins** are essential to the condensation of chromosomes as cells enter mitosis. In the laboratory, condensins bind to DNA in a manner that creates positive supercoils; that is, condensin binding causes the DNA to become overwound, in contrast to the underwinding induced by the binding of nucleosomes. It is not yet clear how this helps to compact the chromatin. However, wrapping of the DNA about condensin may contribute to DNA condensation. The cohesins and condensins are essential in orchestrating the many changes in chromosome structure during the eukaryotic cell cycle (Fig. 24–35).



**FIGURE 24–34 Structure of SMC proteins. (a)** The five domains of the SMC primary structure. N and C denote the amino-terminal and carboxyl-terminal domains. **(b)** Each polypeptide is folded so that the two coiled-coil domains wrap around each other and the N and C domains come together to form a complete ATP-binding site. Two polypeptides are linked at the hinge region to form the dimeric V-shaped SMC molecule. **(c)** Electron micrograph of SMC proteins from *Bacillus subtilis*. **(d)** Cohesins are made up of pairs of Smc1 and Smc3 proteins, and condensins consist of Smc2-Smc4 pairs. These eukaryotic SMC proteins are bound by kleisin and some additional regulatory proteins (not shown). **(e)** ATP hydrolysis may serve to open and close the ATPase domain ends of the SMC protein dimer, which remain linked by kleisin (and other proteins not shown).

GSK-PBM-00912381



**FIGURE 24–35 Model for the roles of cohesins and condensins during the eukaryotic cell cycle.** Cohesins are loaded onto the chromosomes during the G1 phase, tethering the sister chromatids together during replication. With the onset of mitosis, condensins bind and maintain the chromatids in a condensed state. During anaphase, an activity called separase removes the cohesin links. Once the chromatids separate, the condensins begin to unload and the daughter chromosomes return to an uncondensed state.

## Bacterial DNA Is Also Highly Organized

We now turn briefly to the structure of bacterial chromosomes. Bacterial DNA is compacted in a structure called the **nucleoid**, which can occupy a significant fraction of the cell volume **(Fig. 24–36)**. The DNA seems to be attached at one or more points to the inner surface of the plasma membrane. Much less is known about the structure of the nucleoid than of eukaryotic chromatin, but a complex organization is slowly being revealed. In *E. coli*, a scaffoldlike structure seems to organize the *circular* chromosome into a series of about 500 looped domains, each encompassing 10,000 bp on average **(Fig. 24–37)**, as described above for chromatin. The domains are topologically constrained; for example, if the DNA is cleaved in one domain, only the DNA within that domain will be relaxed. The domains do not have fixed end points. Instead, the boundaries are most likely in constant motion along the DNA, coordinated with DNA replication. Bacterial DNA does not seem to have any structure comparable to the local organization provided by nucleosomes in eukaryotes. Histonelike proteins are abundant in *E. coli*—the best-characterized example is a two-subunit protein called HU ($M_r$ 19,000)—but these proteins bind and dissociate within minutes, and no regular, stable DNA-histone structure has been found. The dynamic structural changes in the bacterial chromosome may reflect a requirement for more ready access to its genetic information. The bacterial cell division cycle can be as short as 15 min, whereas a typical eukaryotic cell may not divide for hours or even months. In addition, a much greater fraction of bacterial DNA is used to encode RNA and/or protein products. Higher rates of cellular metabolism in bacteria mean that a much higher proportion of the DNA is being transcribed or replicated at a given time than in most eukaryotic cells.



**FIGURE 24–36 *E. coli* nucleoids.** The DNA of these cells is stained with a dye that fluoresces when exposed to UV light. The light area defines the nucleoid. Note that some cells have replicated their DNA but have not yet undergone cell division and hence have multiple nucleoids.



**FIGURE 24–37 Looped domains of the *E. coli* chromosome.** Each domain is about 10,000 bp in length. The domains are not static, but move along the DNA as replication proceeds. Barriers at the boundaries of the domains, of unknown composition, prevent the relaxation of DNA beyond the boundaries of the domain where a strand break occurs. The putative boundary complexes are shown as gray shaded ovoids. The arrows denote movement of DNA through the boundary complexes.

GSK-PBM-00912382

With this overview of the complexity of DNA structure, we are now ready to turn, in the next chapter, to a discussion of DNA metabolism.

## SUMMARY 24.3  The Structure of Chromosomes

- The fundamental unit of organization in the chromatin of eukaryotic cells is the nucleosome, which consists of histones and a 200 bp segment of DNA. A core protein particle containing eight histones (two copies each of histones H2A, H2B, H3, and H4) is encircled by a segment of DNA (about 146 bp) in the form of a left-handed solenoidal supercoil.

- Nucleosomes are organized into 30 nm fibers, and the fibers are extensively folded to provide the 10,000-fold compaction required to fit a typical eukaryotic chromosome into a cell nucleus. The higher-order folding involves attachment to a nuclear scaffold that contains histone H1, topoisomerase II, and SMC proteins. The SMC proteins, principally cohesins and condensins, play important roles in keeping the chromosomes organized during each stage of the cell cycle.

- Bacterial chromosomes are extensively compacted into the nucleoid, but the chromosome seems to be much more dynamic and irregular in structure than eukaryotic chromatin, reflecting the shorter cell cycle and very active metabolism of a bacterial cell.

## Key Terms

*Terms in bold are defined in the glossary.*

| | |
|---|---|
| **chromosome** 947 | specific linking |
| **phenotype** 947 | difference ($\sigma$) 957 |
| **mutation** 947 | **superhelical density** 957 |
| **gene** 948 | **topoisomers** 957 |
| **regulatory** | twist 957 |
| **sequence** 948 | writhe 957 |
| **plasmid** 949 | **topoisomerases** 958 |
| **intron** 952 | **plectonemic** 961 |
| **exon** 952 | solenoidal 961 |
| simple-sequence | **chromatin** 962 |
| DNA 953 | **histones** 963 |
| **satellite DNA** 953 | **nucleosome** 963 |
| **centromere** 953 | **epigenetic** 966 |
| **telomere** 953 | **euchromatin** 966 |
| **supercoil** 954 | 30 nm fiber 966 |
| **relaxed DNA** 954 | SMC proteins 969 |
| **topology** 955 | cohesins 969 |
| underwinding 955 | condensins 969 |
| **linking number** 956 | **nucleoid** 970 |

## Further Reading

### General

**Blattner, F.R., Plunkett, G. III, Bloch, C.A., Perna, N.T., Burland, V., Riley, M., Collado-Vides, J., Glasner, J.D., Rode, C.K., Mayhew, G.F., et al.** (1997) The complete genome sequence of *Escherichia coli* K-12. *Science* **277**, 1453–1474.
 New secrets of this common laboratory organism are revealed.

**Cozzarelli, N.R. & Wang, J.C. (eds).** (1990) *DNA Topology and Its Biological Effects*, Cold Spring Harbor Laboratory Press, Cold Spring Harbor, NY.

**Kornberg, A. & Baker, T.A.** (1991) *DNA Replication*, 2nd edn, W. H. Freeman & Company, New York.
 A good place to start for further information on the structure and function of DNA.

**Lodish, H., Berk, A., Kaiser, C.A., Krieger, M., Scott, M.P., Bretscher, A., Plough, H., & Matsudaira, P.** (2008) *Molecular Cell Biology*, 6th edn, W. H. Freeman & Company, New York.
 Another excellent general reference.

### Genes and Chromosomes

**Bromham, L.** (2002) The human zoo: endogenous retroviruses in the human genome. *Trends Ecol. Evol.* **17**, 91–97.
 A thorough description of one of the transposon classes that makes up a large part of the human genome.

**Goffean, A., Barrell, B.G., Bussey, H., Davis, R.W., Dujon, B., Feldmann, H., Galibert, F., Hoheisel, J.D., Jacq, C., Johnston, M., et al.** (1996) Life with 6000 genes. *Science* **274**, 546, 563–567.
 Report of the first complete sequence of a eukaryotic genome, the yeast *Saccharomyces cerevisiae*.

**Long, M., de Souza, S.J., & Gilbert, W.** (1995) Evolution of the intron-exon structure of eukaryotic genes. *Curr. Opin. Genet. Dev.* **5**, 774–778.

**McEachern, M.J., Krauskopf, A., & Blackburn, E.H.** (2000) Telomeres and their control. *Annu. Rev. Genet.* **34**, 331–358.

**Schmid, C.W.** (1996) Alu: structure, origin, evolution, significance and function of one-tenth of human DNA. *Prog. Nucleic Acid Res. Mol. Biol.* **53**, 283–319.

**Tyler-Smith, C. & Floridia, G.** (2000) Many paths to the top of the mountain: diverse evolutionary solutions to centromere structure. *Cell* **102**, 5–8.
 Details of the diversity of centromere structures from different organisms, as currently understood.

**Vega, L.R., Mateyak, M.K., & Zakian, V.A.** (2003) Getting to the end: telomerase access in yeast and humans. *Nat. Rev. Mol. Cell Biol.* **4**, 948–959.

### Supercoiling and Topoisomerases

**Berger, J.M.** (1998) Type II DNA topoisomerases. *Curr. Opin. Struct. Biol.* **8**, 26–32.

**Boles, T.C., White, J.H., & Cozzarelli, N.R.** (1990) Structure of plectonemically supercoiled DNA. *J. Mol. Biol.* **213**, 931–951.
 A study that defines several fundamental features of supercoiled DNA.

**Champoux, J.J.** (2001) DNA topoisomerases: structure, function, and mechanism. *Annu. Rev. Biochem.* **70**, 369–413.
 An excellent summary of the topoisomerase classes.

**Garcia H.G., Grayson, P., Han, L., Inamdar, M., Kondev, J., Nelson, P.C., Phillips, R., Widom, W., & Wiggins, P.A.** (2007) Biological consequences of tightly bent DNA: the other life of a macromolecular celebrity. *Biopolymers* **85**, 115–130.
 A nice description of the physics of bent DNA.

Case 1:24-cv-00512-GBW    Document 167-1    Filed 03/12/26    Page 302 of 325 PageID #: 14003

Lebowitz, J. (1990) Through the looking glass: the discovery of supercoiled DNA. *Trends Biochem. Sci.* **15**, 202–207.

A short and interesting historical note.

Pommier, Y. (2006) Topoisomerase I inhibitors: camptothecins and beyond. *Nat. Rev. Cancer* **6**, 789–802.

Wang, J.C. (2002) Cellular roles of DNA topoisomerases: a molecular perspective. *Nat. Rev. Mol. Cell Biol.* **3**, 430–440.

### Chromatin and Nucleosomes

Kornberg, R.D. (1974) Chromatin structure: a repeating unit of histones and DNA. *Science* **184**, 868–871.

A classic paper that introduced the subunit model for chromatin.

Losada, A. & Hirano, T. (2005) Dynamic molecular linkers of the genome: the first decade of SMC proteins. *Genes Dev.* **19**, 1269–1287.

Nasmyth, K. & Haering, C.H. (2005) The structure and function of SMC and kleisin complexes. *Annu. Rev. Biochem.* **74**, 595–648.

Rando, O.J. (2007) Chromatin structure in the genomics era. *Trends Genet.* **23**, 67–73.

A description of the imaginative methods being employed to study nucleosome modification patterns, nucleosome positioning, and other aspects of chromosome structure on a genomic scale.

Sarma, K. & Reinberg, D. (2005) Histone variants meet their match. *Nat. Rev. Mol. Cell Biol.* **6**, 139–149.

Segal, E., Fondufe-Mittendorf, Y., Chen, L., Thåström, A., Field, Y., Moore, I.K., Wang, J.Z., & Widom, J. (2006) A genomic code for nucleosome positioning. *Nature* **442**, 772–778.

Thanbichler, M., Wang, S.C., & Shapiro, L. (2005) The bacterial nucleoid: a highly organized and dynamic structure. *J. Cell. Biochem.* **96**, 506–521.

Wyman, C. & Kanaar, R. (2002) Chromosome organization: reaching out to embrace new models. *Curr. Biol.* **12**, R446–R448.

A good, short summary of chromosome structure and the roles of SMC proteins.

## Problems

**1. Packaging of DNA in a Virus** Bacteriophage T2 has a DNA of molecular weight $120 \times 10^6$ contained in a head about 210 nm long. Calculate the length of the DNA (assume the molecular weight of a nucleotide pair is 650) and compare it with the length of the T2 head.

**2. The DNA of Phage M13** The base composition of phage M13 DNA is A, 23%; T, 36%; G, 21%; C, 20%. What does this tell you about the DNA of phage M13?

**3. The *Mycoplasma* Genome** The complete genome of the simplest bacterium known, *Mycoplasma genitalium*, is a circular DNA molecule with 580,070 bp. Calculate the molecular weight and contour length (when relaxed) of this molecule. What is $Lk_0$ for the *Mycoplasma* chromosome? If $\sigma = -0.06$, what is $Lk$?

**4. Size of Eukaryotic Genes** An enzyme isolated from rat liver has 192 amino acid residues and is coded for by a gene with 1,440 bp. Explain the relationship between the number of amino acid residues in the enzyme and the number of nucleotide pairs in its gene.

**5. Linking Number** A closed-circular DNA molecule in its relaxed form has an $Lk$ of 500. Approximately how many base pairs are in this DNA? How is the linking number altered (increases, decreases, doesn't change, becomes undefined) when (a) a protein complex binds to form a nucleosome, (b) one DNA strand is broken, (c) DNA gyrase and ATP are added to the DNA solution, or (d) the double helix is denatured by heat?

**6. DNA Topology** In the presence of a eukaryotic condensin and a type II topoisomerase, the $Lk$ of a relaxed closed-circular DNA molecule does not change. However, the DNA becomes highly knotted.



Condensin
type II topoisomerase

Formation of the knots requires breakage of the DNA, passage of a segment of DNA through the break, and religation by the topoisomerase. Given that every reaction of the topoisomerase would be expected to result in a change in linking number, how can $Lk$ remain the same?

**7. Superhelical Density** Bacteriophage λ infects *E. coli* by integrating its DNA into the bacterial chromosome. The success of this recombination depends on the topology of the *E. coli* DNA. When the superhelical density ($\sigma$) of the *E. coli* DNA is greater than $-0.045$, the probability of integration is <20%; when $\sigma$ is less than $-0.06$, the probability is >70%. Plasmid DNA isolated from an *E. coli* culture is found to have a length of 13,800 bp and an $Lk$ of 1,222. Calculate $\sigma$ for this DNA and predict the likelihood that bacteriophage λ will be able to infect this culture.

**8. Altering Linking Number** (a) What is the $Lk$ of a 5,000 bp circular duplex DNA molecule with a nick in one strand? (b) What is the $Lk$ of the molecule in (a) when the nick is sealed (relaxed)? (c) How would the $Lk$ of the molecule in (b) be affected by the action of a single molecule of *E. coli* topoisomerase I? (d) What is the $Lk$ of the molecule in (b) after eight enzymatic turnovers by a single molecule of DNA gyrase in the presence of ATP? (e) What is the $Lk$ of the molecule in (d) after four enzymatic turnovers by a single molecule of bacterial type I topoisomerase? (f) What is the $Lk$ of the molecule in (d) after binding of one nucleosome?

**9. Chromatin** Early evidence that helped researchers define nucleosome structure is illustrated by the agarose gel below, in which the thick bands represent DNA. It was generated by briefly treating chromatin with an enzyme that degrades DNA, then removing all protein and subjecting the purified DNA to electrophoresis. Numbers at the side of the gel denote the position to which a linear DNA of the indicated size would mi-

GSK-PBM-00912384

grate. What does this gel tell you about chromatin structure? Why are the DNA bands thick and spread out rather than sharply defined?



10. **DNA Structure** Explain how the underwinding of a B-DNA helix might facilitate or stabilize the formation of Z-DNA.

11. **Maintaining DNA Structure** (a) Describe two structural features required for a DNA molecule to maintain a negatively supercoiled state. (b) List three structural changes that become more favorable when a DNA molecule is negatively supercoiled. (c) What enzyme, with the aid of ATP, can generate negative superhelicity in DNA? (d) Describe the physical mechanism by which this enzyme acts.

12. **Yeast Artificial Chromosomes (YACs)** YACs are used to clone large pieces of DNA in yeast cells. What three types of DNA sequence are required to ensure proper replication and propagation of a YAC in a yeast cell?

13. **Nucleoid Structure in Bacteria** In bacteria, the transcription of a subset of genes is affected by DNA topology, with expression increasing or (more often) decreasing when the DNA is relaxed. When a bacterial chromosome is cleaved at a specific site by a restriction enzyme (one that cuts at a long, and thus rare, sequence), only nearby genes (within 10,000 bp) exhibit either an increase or decrease in expression. The transcription of genes elsewhere in the chromosome is unaffected. Explain. (Hint: See Fig. 24–37.)

14. **DNA Topoisomers** When DNA is subjected to electrophoresis in an agarose gel, shorter molecules migrate faster than longer ones. Closed-circular DNAs of the same size but different linking number also can be separated on an agarose gel: topoisomers that are more supercoiled, and thus more condensed, migrate faster through the gel—from top to bottom in the gels shown at right. A dye, chloroquine, was added to these gels. Chloroquine intercalates between base pairs and stabilizes a more underwound DNA structure. When the dye binds to a relaxed, closed-circular DNA, the DNA is underwound where the dye binds, and unbound regions take on positive supercoils

to compensate. In the experiment shown here, topoisomerases were used to make preparations of the same DNA circle with different superhelical densities ($\sigma$). Completely relaxed DNA migrated to the position labeled N (for *nicked*), and highly supercoiled DNA (above the limit where individual topoisomers can be distinguished) to the position labeled X.



Gel A



Gel B

(a) In gel A, why does the $\sigma = 0$ lane (i.e., DNA prepared so that $\sigma = 0$, on average) have multiple bands?

(b) In gel B, is the DNA from the $\sigma = 0$ preparation positively or negatively supercoiled in the presence of the intercalating dye?

(c) In both gels, the $\sigma = -0.115$ lane has two bands, one a highly supercoiled DNA and one relaxed. Propose a reason for the presence of relaxed DNA in these lanes (and others).

(d) The native DNA (leftmost lane in each gel) is the same DNA circle isolated from bacterial cells and untreated. What is the approximate superhelical density of this native DNA?

## Data Analysis Problem

15. **Defining the Functional Elements of Yeast Chromosomes** Figure 24–9 shows the major structural elements of a chromosome of baker's yeast (*Saccharomyces cerevisiae*). Heiter, Mann, Snyder, and Davis (1985) determined the properties of some of these elements. They based their study on

GSK-PBM-00912385

the finding that in yeast cells, plasmids (which have genes and an origin of replication) act differently from chromosomes (which have these elements plus centromeres and telomeres) during mitosis. The plasmids are not manipulated by the mitotic apparatus and segregate randomly between daughter cells. Without a selectable marker to force the host cells to retain them (see Fig. 9–4), these plasmids are rapidly lost. In contrast, chromosomes, even without a selectable marker, are manipulated by the mitotic apparatus and are lost at a very low rate (about $10^{-5}$ per cell division).

Heiter and colleagues set out to determine the important components of yeast chromosomes by constructing plasmids with various parts of chromosomes and observing whether these "synthetic chromosomes" segregated properly during mitosis. To measure the rates of different types of failed chromosome segregation, the researchers needed a rapid assay to determine the number of copies of synthetic chromosomes present in different cells. This assay took advantage of the fact that wild-type yeast colonies are white whereas certain adenine-requiring (ade$^-$) mutants yield red colonies on nutrient media. Specifically, ade2$^-$ cells lack functional AIR carboxylase (the enzyme of step ⑥a in Figure 22–33) and accumulate AIR (5-aminoimidazole ribonucleotide) in their cytoplasm. This excess AIR is converted to a conspicuous red pigment. The other part of the assay involved the gene SUP11, which encodes an ochre suppressor (a type of nonsense suppressor; see Box 27–4) that suppresses the phenotype of some ade2$^-$ mutants.

Heiter and coworkers started with a diploid strain of yeast homozygous for ade2$^-$; these cells are red. When the mutant cells contain one copy of SUP11, the metabolic defect is partly suppressed and the cells are pink. When the cells contain two or more copies of SUP11, the defect is completely suppressed and the cells are white.

The researchers inserted one copy of SUP11 into synthetic chromosomes containing various elements thought to be important in chromosome function, and then observed how well these chromosomes were passed from one generation to the next. These pink cells were plated on nonselective media, and the behavior of the synthetic chromosomes was observed. Specifically, Heiter and coworkers looked for colonies in which the synthetic chromosomes segregated improperly at the first division after plating, giving rise to a colony that is half one genotype and half the other. Because yeast cells are nonmotile, this will be a sectored colony, with one half one color and the other half another color.

(a) One way for the mitotic process to fail is *nondisjunction*: the chromosome replicates but the sister chromatids fail to separate, so both copies of the chromosome end up in the same daughter cell. Explain how nondisjunction of the synthetic chromosome would give rise to a colony that is half red and half white.

(b) Another way for the mitotic process to fail is *chromosome loss*: the chromosome does not enter the daughter nucleus or is not replicated. Explain how loss of the synthetic

chromosome would give rise to a colony that is half red and half pink.

By counting the frequency of the different colony types, Heiter and colleagues could estimate the frequency of these aberrant mitotic events with different types of synthetic chromosome. First, they explored the requirement for centromeric sequences by constructing synthetic chromosomes with different-sized DNA fragments containing a known centromere. Their results are shown below.

| Synthetic chromosome | Size of centromere-containing fragment (kbp) | Chromosome loss (%) | Nondisjunction (%) |
|---|---|---|---|
| 1 | none | — | >50 |
| 2 | 0.63 | 1.6 | 1.1 |
| 3 | 1.6 | 1.9 | 0.4 |
| 4 | 3.0 | 1.7 | 0.35 |
| 5 | 6.0 | 1.6 | 0.35 |

(c) Based on these data, what can you conclude about the size of the centromere required for normal mitotic segregation? Explain your reasoning.

(d) Interestingly, all the synthetic chromosomes created in these experiments were circular and lacked telomeres. Explain how they could be replicated more-or-less properly.

Heiter and colleagues next constructed a series of linear synthetic chromosomes that included the functional centromeric sequence and telomeres, and measured the total mitotic error rate (% loss + % nondisjunction) as a function of size:

| Synthetic chromosome | Size (kbp) | Total error rate (%) |
|---|---|---|
| 6 | 15 | 11.0 |
| 7 | 55 | 1.5 |
| 8 | 95 | 0.44 |
| 9 | 137 | 0.14 |

(e) Based on these data, what can you conclude about the chromosome size required for normal mitotic segregation? Explain your reasoning.

(f) Normal yeast chromosomes are linear, range from 250 kbp to 2,000 kbp in length, and have a mitotic error rate of about $10^{-5}$ per cell division. Extrapolating the results from (e), do the centromeric and telomeric sequences used in these experiments explain the mitotic stability of normal yeast chromosomes, or must other elements be involved? Explain your reasoning. (Hint: A plot of log (error rate) vs. length will be helpful.)

**Reference**

Heiter, P., Mann, C., Snyder, M., & Davis, R.W. (1985) Mitotic stability of yeast chromosomes: a colony color assay that measures nondisjunction and chromosome loss. *Cell* **40**, 381–392.

GSK-PBM-00912386

# JA-008

# Exhibit 8

# THE NEW

# OXFORD

# AMERICAN

# DICTIONARY

GSK-PBM-00912387

THE NEW OXFORD AMERICAN DICTIONARY

DES
REF
PE1628
.N429
2001b
OX.DIC

OXFORD

From the publisher of the renowned *Oxford English Dictionary*

# THE NEW
# OXFORD AMERICAN
## DICTIONARY

*The New Oxford American Dictionary* gives the most accurate and richly descriptive picture of American English ever offered in any dictionary. Backed by the most extensive language research program in the world, including Oxford's 200-million-word data bank of English, and the unrivaled citation files of the world-renowned *Oxford English Dictionary*, lexicographers have examined fresh evidence of language and usage to establish the definitive American language resource.

- For unprecedented clarity, all entries show the main meaning or meanings of a word first, with definitions written in plain, jargon-free English

- Contains more than 250,000 definitions, with clear pronunciations and useful syllable breaks, and 9,000 biographical and geographical entries

- Covers the new words you want to know about, from areas as diverse as computers, medicine, science, and politics to popular culture, with new terms ranging from *clickstream* to *undervote*, *dumpster diving* to *LASIK surgery*

- Language guidance based on real evidence ensures precise, confident usage, with clear labels on words and senses, hundreds of usage notes, and clarification of controversial or difficult areas

- Thousands of detailed illustrations immediately clarify difficult concepts

- Unrivaled etymological information reveals fascinating word histories that are fun to read



90000

X000BTTAG
The New Oxford American
Used, Very Good

ISBN 0-19-511227-X



Desmarais LLP

30000036

GSK-PBM-00912389

# The New Oxford American Dictionary

EDITED BY

Elizabeth J. Jewell
Frank Abate



OXFORD
UNIVERSITY PRESS
2001

GSK-PBM-00912390

# OXFORD

UNIVERSITY PRESS

New York   Oxford

Athens   Auckland   Bangkok   Bogotá   Buenos Aires   Cape Town
Chennai   Dar es Salaam   Delhi   Florence   Hong Kong   Istanbul   Karachi
Kolkata   Kuala Lumpur   Madrid   Melbourne   Mexico City   Mumbai   Nairobi
Paris   São Paulo   Singapore   Taipei   Tokyo   Toronto   Warsaw

and associated companies in
Berlin   Ibadan

The *New Oxford American Dictionary* is based on the *New Oxford
Dictionary of English*, published in the United Kingdom in 1998.

Copyright © 2001 by Oxford University Press, Inc.

Published by Oxford University Press, Inc.,
198 Madison Avenue,
New York, New York 10016

*www.oup-usa.org*
*www.askoxford.com*

Oxford is a registered trademark of Oxford University Press.
All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted in any form or by any means,
electronic, mechanical, photocopying, recording, or otherwise, without
the prior permission of Oxford University Press.

Library of Congress Cataloging in Publication Data
Data available
ISBN 0-19-511227-X   (thumb index)

This book includes some words that are, or are asserted to be, proprietary
names or trademarks. Their inclusion does not imply that they have
acquired for legal purposes a nonproprietary or general significance, nor is
any other judgment implied concerning their legal status. In cases where
the editor has some evidence that a word is used as a proprietary name
or trademark, this is indicated by the designation trademark, but no
judgment concerning the legal status of such words is made or implied
thereby.

10  9  8  7  6  5  4  3  2  1

Printed in the United States of America on acid-free paper

GSK-PBM-00912391

~DERIVATIVES **par·the·no·ge·net·ic** |-jə'netik| adj.; **par·the·no·ge·net·i·cal·ly** |-'jə'netik(ə)lē| adv.
~ORIGIN mid 19th cent.: modern Latin, from Greek *parthenos* 'virgin' + *genesis* 'creation.'

**Par·the·non** |'pärthə,nän| the temple of Athena Parthenos, built on the Acropolis in 447–432 BC by Pericles to honor Athens' patron goddess and to commemorate the recent Greek victory over the Persians. It was designed by Ictinus and Callicrates with sculptures by Phidias.
~ORIGIN from Greek *parthenos* 'virgin.'


Parthenon

**Par·thi·a** |'pärthēə| an ancient kingdom that lay southeast of the Caspian Sea in present-day Iran. From c.250 BC to c.AD 230 the Parthians ruled an empire stretching from the Euphrates to the Indus.
~DERIVATIVES **Par·thi·an** |-THēən| n. & adj.

**Par·thi·an shot** ▸n. another term for PARTING SHOT.
~ORIGIN late 19th cent.: so named because of the trick used by Parthians of shooting arrows backward while in real or pretended flight.

**par·tial** |'pärshəl| ▸adj. 1 existing only in part; incomplete: *a question to which we have only partial answers.* 2 favoring one side in a dispute above the other; biased: *the paper gave a distorted and very partial view of the situation.* ▪ [predic.] (**partial to**) having a liking for: *you know I'm partial to bacon and eggs.*
▸n. Music a component of a musical sound; an overtone or harmonic: *the upper partials of the string.*
~DERIVATIVES **par·tial·ly** adv. [as submodifier] *a partially open door.*; **par·tial·ness** n.
~ORIGIN late Middle English (in the sense 'inclined to favor one party in a cause'): from Old French *parcial* (sense 2), French *partiel* (sense 1), from late Latin *partialis*, from *pars, part-* 'part.'

USAGE: In the sense 'to some extent, not entirely,' traditionalists prefer **partly** to **partially**: *the piece was written partly in poetry; what we decide will depend partly on the amount of the contract.* Also, in certain contexts, the use of **partly** could prevent ambiguity: because *partial* can also mean 'biased, taking sides,' something written *partially in poetry* could be interpreted as biased verse. The form **partial**, however, appears in many phrases as the adjectival form of **part**: *partial blindness, partial denture, partial paralysis, partial payment, partial shade, partial vacuum,* etc. **Partially** is therefore widely used, with the same sense as **partly**: *partially blind in one eye.*

**par·tial-birth a·bor·tion** ▸n. a late-term abortion of a fetus that has already died, or is killed before being completely removed from the mother.
USAGE: The term **partial-birth abortion** is used primarily in legislation and pro-life writing about this procedure. Pro-choice, scientific, and medical writing uses the term *D&X,* for *dilation and extraction.*

**par·tial de·riv·a·tive** ▸n. Mathematics a derivative of a function of two or more variables with respect to one variable, the other(s) being treated as constant.

**par·tial dif·fer·en·tial e·qua·tion** ▸n. Mathematics an equation containing one or more partial derivatives.

**par·tial e·clipse** ▸n. an eclipse of a celestial body in which only part of the luminary is obscured or darkened.

**par·tial frac·tion** ▸n. Mathematics each of two or more fractions into which a more complex fraction can be decomposed as a sum.

**par·tial·i·ty** |,pärshē'alitē| ▸n. unfair bias in favor of one thing or person compared with another; favoritism: *an attack on the partiality of judges.*
▪ a particular liking or fondness for something: *she spoke openly, not concealing her partiality for him.*
~ORIGIN late Middle English: from Old French *parcialite,* from medieval Latin *partialitas,* based on Latin *pars, part-* 'part.'

**par·tial or·der** (also **partial ordering**) ▸n. Mathematics a transitive antisymmetric relation among the elements of a set, which does not necessarily apply to each pair of elements.

**par·tial pres·sure** ▸n. Chemistry the pressure that would be exerted by one of the gases in a mixture if it occupied the same volume on its own.

**par·tial prod·uct** ▸n. Mathematics the product of one term of a multiplicand and one term of its multiplier.
▪ the product of the first *n* terms of a large or infinite series, where *n* is a finite integer (including 1).

**par·ti·ble** |'pärtəbəl| ▸adj. involving or denoting a system of inheritance in which a deceased person's estate is divided equally among the heirs.
~DERIVATIVES **par·ti·bil·i·ty** |,pärtə'bilgē| n.
~ORIGIN late Middle English (in the sense 'able to be parted'): from late Latin *partibilis,* from Latin *partiri* 'divide into parts.'

**par·tic·i·pant** |pär'tisəpənt| ▸n. a person who takes part in something: *eager students would become firsthand participants in an archaeological exploration.*
~ORIGIN late Middle English: from Latin *participant-,* literally 'sharing in,' from the verb *participare* (see PARTICIPATE).

**par·tic·i·pate** |pär'tisə,pāt| ▸v. [intrans.] 1 take part: *thousands participated in a nationwide strike.* 2 (**participate of**) archaic have or possess (a particular quality): *both members participate of harmony.*
~DERIVATIVES **par·tic·i·pa·tion** |pär,tisə'pāshən| n.; **par·tic·i·pa·tive** |-,pātiv; -pədiv| adj.; **par·tic·i·pa·tor** |-,pātər| n.; **par·tic·i·pa·to·ry** |-pə,tôrē| adj.
~ORIGIN early 16th cent.: from Latin *participat-* 'shared in,' from the verb *participare,* based on *pars, part-* 'part' + *capere* 'take.'

**par·tic·i·pi·al ad·jec·tive** |,pärtə'sipēəl| ▸n. Grammar an adjective that is a participle in origin and form, such as *burned, cutting, engaged.*

**par·ti·ci·ple** |'pärtə,sipəl| ▸n. Grammar a word formed from a verb (e.g., *going, gone, being, been*) and used as an adjective (e.g., *working woman, burned toast*) or a noun (e.g., *good breeding*). In English participles are also used to make compound verb forms (e.g., *is going, has been*). Compare with GERUND.
~DERIVATIVES **par·ti·cip·i·al** |,pärtə'sipēəl| adj.; **par·ti·cip·i·al·ly** |,pärtə'sipēəlē| adv.
~ORIGIN late Middle English: from Old French, by-form of *participe,* from Latin *participium* '(verbal form) sharing (the functions of a noun),' from *participare* 'share in.'

**par·ti·cle** |'pärgikəl| ▸n. 1 a minute portion of matter: *tiny particles of dust.*
▪ (also **subatomic** or **elementary particle**) Physics any of numerous subatomic constituents of the physical world that interact with each other, including electrons, neutrinos, photons, and alpha particles. ▪ [with negative] the least possible amount: *he agrees without hearing the least particle of evidence.* ▪ Mathematics a hypothetical object having mass but no physical size.
2 Grammar a minor function word that has comparatively little meaning and does not inflect, in particular: ▪ (in English) any of the class of words such as *in, up, off, over,* used with verbs to make phrasal verbs. ▪ (in ancient Greek) any of the class of words such as *de* and *ge,* used for contrast and emphasis.
~ORIGIN late Middle English: from Latin *particula* 'little part,' diminutive of *pars, part-.*

**par·ti·cle ac·cel·er·a·tor** ▸n. an apparatus for accelerating subatomic particles to high velocities by means of electric or electromagnetic fields. The accelerated particles are generally made to collide with other particles, either as a research technique or for the generation of high-energy X-rays and gamma rays.

**par·ti·cle beam** ▸n. 1 a concentrated stream of subatomic particles, generated with a view to causing collisions between particles that will shed new light on their nature and structure.
2 such a stream used in an antimissile defense weapon.

**par·ti·cle·board** |'pärgikəl,bôrd| ▸n. material made in rigid sheets or panels from compressed wood chips and resin, often coated or veneered, and used in furniture, buildings, etc., where a stronger material is not required.

**par·ti·cle phys·ics** ▸plural n. [treated as sing.] the branch of physics that deals with the properties, relationships, and interactions of subatomic particles.

**par·ti-col·ored** |'pärtē ,kələrd| (also **particolored**) ▸adj. having or consisting of two or more different colors: *their wonderful parti-colored light effects.*
~ORIGIN early 16th cent.: from the adjective PARTY² + COLORED.

**par·tic·u·lar** |pə(r)'tikyələr| ▸adj. 1 [attrib.] used to single out an individual member of a specified group or class: *the action seems to discriminate against a particular group of companies.*
▪ Logic denoting a proposition in which something is asserted of some but not all of a class. Contrasted with UNIVERSAL.
2 [attrib.] esp. great or intense: *when handling or checking cash the cashier should exercise particular care.*
3 insisting that something should be correct or suitable in every detail; fastidious: *she is very particular about cleanliness.*
▸n. 1 Philosophy an individual item, as contrasted with a universal quality.
2 a detail: *he is wrong in every particular.*
▪ (**particulars**) detailed information about someone or something: *a clerk took the woman's particulars.*
~PHRASES **in particular** especially (used to show that a statement applies to one person or thing more than any other): *he socialized with the other young people, one boy in particular.*
~ORIGIN late Middle English: from Old French *particuler,* from Latin *particularis* 'concerning a small part,' from *particula* 'small part.'

**Par·tic·u·lar Bap·tist** ▸n. a member of a Baptist denomination holding the doctrine of the election and redemption of some but not all people.

**par·tic·u·lar in·te·gral** ▸n. Mathematics another term for PARTICULAR SOLUTION.

**par·tic·u·lar·ism** |pə(r)'tikyələ,rizəm| ▸n. exclusive attachment to one's own group, party, or nation.
▪ the principle of leaving each state in an empire or federation free to govern itself and promote its own interests, without reference to those of the whole. ▪ Theology the doctrine that some but not all people are elected and redeemed.
~DERIVATIVES **par·tic·u·lar·ist** n. & adj.; **par·tic·u·lar·is·tic** |-,tikyələ'ristik| adj.
~ORIGIN early 19th cent.: from French *particularisme,* modern Latin *particularismus,* and German *Partikularismus,* based on Latin *particularis* 'concerning a small part.'

**par·tic·u·lar·i·ty** |pə(r),tikyə'leritē| ▸n. (pl. **-ies**) the quality of being individual: *the central figures of his novels are stripped of their particularity.*
▪ fullness or minuteness of detail in the treatment of something: *parties must present their case with some degree of accuracy and particularity.* ▪ (**particularities**) small details: *the tedious particularities of daily life | he wanted to disregard the particularities and establish general laws.* ▪ Christian Theology God's incarnation as Jesus as a particular person at a particular time and place.
~ORIGIN early 16th cent. (as *particularities* 'details'): from Old French *particularite* or late Latin *particularitas,* from Latin *particularis* 'concerning a small part.'

**par·tic·u·lar·ize** |pə(r)'tikyələ,rīz| ▸v. [trans.] formally mention or describe particularly; treat individually or in detail: *he was the first to particularize the theme of the mother in Palestinian poetry.*
~DERIVATIVES **par·tic·u·lar·i·za·tion** |-,tikyələri'zāshən; pə(r),tikyələ,rī'zāshən| n.

**par·tic·u·lar·ly** |pə(r)'tikyələrlē| ▸adv. 1 to a higher degree than is usual or average: *I don't particularly want to be reminded of that time | [as submodifier] particularly able students.*
▪ used to single out a subject to which a statement is especially applicable: *the team's defense is excellent, particularly their two center backs.*
2 so as to give special emphasis to a point; specifically: *he particularly asked that I should help you.*

**par·tic·u·lar so·lu·tion** ▸n. Mathematics the most general form of the solution of a differential equation, containing arbitrary constants.

**par·tic·u·late** |pär'tikyəlit; -,lāt| ▸adj. of, relating to, or in the form of minute separate particles: *particulate pollution.*
▸n. (**particulates**) matter in such a form.
~ORIGIN late 19th cent.: from Latin *particula* 'particle' + -ATE².

**part·ing** |'pärtiŋ| ▸n. 1 the action of leaving or being separated from someone: *they exchanged a few words on parting.*
▪ a leave-taking or departure: *her parting from Stephen | anguished partings at railroad stations.*
2 the action of dividing something into parts: *the parting of the Red Sea.*
▪ Brit. a part in the hair.
~PHRASES **a** (or **the**) **parting of the ways** a point at which two people must separate or at which a decision must be taken: *the best course is to seek an amicable parting of the ways.*

**part·ing shot** ▸n. a final remark, typically a cutting one, made by someone at the moment of departure: *as her parting shot she told me never to phone her again.*

**par·ti pris** |,pärtē 'prē| ▸n. (pl. **partis pris** pronunc. same) a preconceived view; a bias.
▸adj. prejudiced; biased.
~ORIGIN French, literally 'side taken.'

**par·ti·san** |'pärtəzən| ▸n. 1 a strong supporter of a party, cause, or person.
2 a member of an armed group formed to fight secret-

**stat.** · **station**

**stat.** ▸abbr. ▪ (in prescriptions) immediately. [ORIGIN: from Latin *statim*.] ▪ statuary. ▪ statue. ▪ statute.

**-stat** ▸comb. form denoting instruments, substances, etc., maintaining a controlled state: *thermostat* | *homeostat*.
–ORIGIN partly from *(helio)stat*, partly a back-formation from STATIC.

**sta·tant** |ˈstātnt| ▸adj. [usu. postpositive] Heraldry (of an animal) standing with all four paws on the ground.
–ORIGIN late 15th cent.: formed irregularly from Latin *stat-* 'fixed, stationary' (from the verb *stare* 'to stand') + -ANT.

**state** |stāt| ▸n. 1 the particular condition that someone or something is in at a specific time: *the state of the company's finances* | *we're worried about her state of mind.*
▪ a physical condition as regards internal or molecular form or structure: *water in a liquid state*. ▪ [in sing.] (a state) informal an agitated or anxious condition: *don't get into a state*. ▪ [in sing.] informal a dirty or untidy condition: *look at the state of you—what a mess!* ▪ Physics short for QUANTUM STATE.
2 a nation or territory considered as an organized political community under one government: *the state of Israel*.
▪ an organized political community or area forming part of a federal republic: *the German state of Bavaria*. ▪ (the States) informal term for UNITED STATES.
3 the civil government of a country: *services provided by the state* | [in combination] *state-owned companies* | *King Fahd appointed a council to advise him on affairs of state*.
▪ (the States) the legislative body in Jersey, Guernsey, and Alderney.
4 pomp and ceremony associated with monarchy or high levels of government: *he was buried in state*.
5 [usu. with adj.] an impression taken from an etched or engraved plate at a particular stage.
▪ a particular printed version of the first edition of a book, distinguished from others by prepublication changes.
▸adj. [attrib.] 1 of, provided by, or concerned with the civil government of a country: *the future of state education* | *a state secret*.
2 used or done on ceremonial occasions; involving the ceremony associated with a head of state: *a state visit to Hungary by Queen Elizabeth*.
▸v. 1 [reporting verb] express something definitely or clearly in speech or writing: [with clause] *the report stated that more than 51 percent of voters failed to participate* | [with direct speech] *"Money hasn't changed me," she stated firmly* | [trans.] *people will be invited to state their views*.
▪ [trans.] chiefly Law specify the facts of (a case) for consideration: *judges must give both sides an equal opportunity to state their case.*
2 [trans.] Music present or introduce (a theme or melody) in a composition.
–PHRASES state of affairs (or things) a situation or set of circumstances: *the survey revealed a sorry state of affairs in schools*. state of the art the most recent stage in the development of a product, incorporating the newest ideas and the most up-to-date features. ▪ [as adj.] (state-of-the-art) incorporating the newest ideas and the most up-to-date features: *a new state-of-the-art hospital*. state of emergency a situation of national danger or disaster in which a government suspends normal constitutional procedures in order to regain control: *the government has declared a state of emergency*. state of grace a condition of being free from sin. state of life (in religious contexts) a person's occupation, calling, or status. state of war a situation when war has been declared or is in progress.
–DERIVATIVES state·able adj.
–ORIGIN Middle English (as a noun): partly a shortening of ESTATE, partly from Latin *status* 'manner of standing, condition' (see STATUS). The current verb senses date from the mid 17th cent.

**state cap·i·tal·ism** ▸n. a political system in which the state has control of production and the use of capital.

**State Col·lege** a borough in central Pennsylvania, home to Pennsylvania State University; pop. 38,923.

**state·craft** |ˈstātˌkraft| ▸n. the skillful management of state affairs; statesmanship: *issues of statecraft require great deliberation*.

**State De·part·ment** the department in the US government dealing with foreign affairs.

**state·hood** |ˈstātˌho͝od| ▸n. the status of being a recognized independent nation: *the Jewish struggle for statehood*.
▪ the status of being a state of the United States: *a proposed referendum on statehood for Puerto Rico*.

**state house** (also **statehouse**) ▸n. the building where a state legislature meets.

**state·less** |ˈstātlis| ▸adj. (of a person) not recognized as a citizen of any country.
–DERIVATIVES state·less·ness |ˈstātlisnis| n.

**state·let** |ˈstātlit| ▸n. a small state, esp. one that is closely affiliated to or has emerged from the breakup of a larger state.

**state·ly** |ˈstātlē| ▸adj. (statelier, stateliest) having a dignified, unhurried, and grand manner; majestic in manner and appearance: *a stately procession* | *his tall and stately wife*.
–DERIVATIVES state·li·ness n.

**stately home** ▸n. Brit. a large and fine house that is occupied or was formerly occupied by an aristocratic family.

**state ma·chine** ▸n. Electronics a device that can be in one of a set number of stable conditions depending on its previous condition and on the present values of its inputs.

**state·ment** |ˈstātmənt| ▸n. a definite or clear expression of something in speech or writing: *do you agree with this statement?* | *this is correct as a statement of fact.*
▪ an official account of facts, views, or plans, esp. one for release to the media: *the officials issued a joint statement calling for negotiations*. ▪ a formal account of events given by a witness, defendant, or other party to the police or in a court of law: *she made a statement to the police*. ▪ a document setting out items of debit and credit between a bank or other organization and a customer. ▪ the expression of an idea or opinion through something other than words: *their humorous kinchiness makes a statement of serious wealth*. ▪ Music the occurrence of a theme or motive within a composition: *a carefully structured musical and dramatic progression from the first statement of this theme*.

**Stat·en Is·land** |ˈstatn| an island borough of New York City, in the southwestern part of the city; pop. 378,977.
–ORIGIN named after the *Staten* or States General of the Netherlands.

**State of the Un·ion mes·sage** (also **State of the Union address**) ▸n. a yearly address delivered in January by the president of the US to Congress, giving the administration's view of the state of the nation and plans for legislation.

**stat·er** |ˈstātər| ▸n. historical an ancient Greek gold or silver coin.
–ORIGIN via late Latin from Greek *statēr*, from a base meaning 'weigh.'

**state·room** |ˈstātˌro͝om; -ˌro͝om| ▸n. a private compartment on a ship.
▪ a captain's or superior officer's room on a ship. ▪ a private compartment on a train. ▪ a large room in a palace or public building, for use on formal occasions.

**state's at·tor·ney** ▸n. a lawyer representing a state in court.

**state school** ▸n. another term for STATE UNIVERSITY.
▪ Brit. a school that is funded and controlled by the government and for which no fees are charged.

**state secret** ▸n. a sensitive issue or piece of information that is kept secret by the government, usually to protect the public.
▪ humorous a piece of information, usually of a trivial or personal nature, that is closely guarded and desired to be kept private: *she thought her affair with the boss was a state secret, but we all giggled about it behind her back.*

**state's ev·i·dence** ▸n. Law evidence for the prosecution given by a participant in or accomplice to the crime being tried.
–PHRASES turn state's evidence give such evidence: *persuading one-time gang members to turn state's evidence.*

**States-Gen·er·al** ▸n. 1 the bicameral legislative body in the Netherlands.
2 (also **Estates General**) historical the legislative body in France until 1789, representing the three estates of the realm (i.e., the clergy, the nobility, and the commons).

**state·side** |ˈstātˌsīd| ▸adj. & adv. informal of, in, or toward the US (used in reference to the US from elsewhere or from the geographically separate states of Alaska and Hawaii): [as adj.] *stateside police departments* | [as adv.] *they were headed stateside.*

**states·man** |ˈstātsmən| ▸n. (pl. -men) a skilled, experienced, and respected political leader or figure.
–DERIVATIVES states·man·like |-ˌlīk| adj., states·man·ship |-ˌship| n.
–ORIGIN late 16th cent.: from *state's man*, translating French *homme d'état*.

**state so·cial·ism** ▸n. a political system in which the state has control of industries and services.

**states' rights** ▸plural n. the rights and powers held by individual US states rather than by the federal government.

**States' Rights Dem·o·cra·tic Party** ▸n. a political party formed in 1948 advocating states' rights and opposing the presidential candidacy of Harry S Truman.

**states·wom·an** |ˈstātsˌwo͝omən| ▸n. (pl. -women) a skilled, experienced, and respected female political leader.

**state u·ni·ver·si·ty** ▸n. a university managed by the public authorities of a particular US state.

**state vec·tor** ▸n. Physics a vector in a space whose dimensions correspond to all the independent wave functions of a system, the instantaneous value of the vector conveying all possible information about the state of the system at that instant.

**state vis·it** ▸n. a ceremonial visit to a foreign country by a head of state.

**state·wide** |ˈstātˌwīd| ▸adj. & adv. extending throughout a particular US state: [as adj.] *a statewide health system* | [as adv.] *two stations will broadcast the final statewide.*

**stat·ic** |ˈstatik| ▸adj. 1 lacking in movement, action, or change, esp. in a way viewed as undesirable or uninteresting: *demand has grown in what was a fairly static market* | *the whole ballet appeared too static.*
▪ Computing (of a process or variable) not able to be changed during a set period, for example while a program is running.
2 Physics concerned with bodies at rest or forces in equilibrium. Often contrasted with DYNAMIC.
▪ (of an electric charge) having gathered on or in an object that cannot conduct a current. ▪ acting as weight but not moving. ▪ of statics.
3 Computing (of a memory or store) not needing to be periodically refreshed by an applied voltage.
▸n. crackling or hissing noises on a telephone, radio, or other telecommunications system.
▪ short for STATIC ELECTRICITY. ▪ informal angry or critical talk or behavior: *the reception was going sour, breaking up into static.*
–DERIVATIVES stat·i·cal·ly |-ik(ə)lē| adv., stat·ick·y |-ikē| adj.
–ORIGIN late 16th cent. (denoting the science of weight and its effects): via modern Latin from Greek *statikē (tekhnē)* 'science of weighing'; the adjective from modern Latin *staticus*, from Greek *statikos* 'causing to stand,' from the verb *histanai*. Sense 1 of the adjective dates from the mid 19th cent.

**static cling** ▸n. the adhering of a garment to the wearer's body or to another garment, caused by a buildup of static electricity.

**stat·ice** |ˈstatisē; ˈstatis| ▸n. another term for SEA LAVENDER, esp. when cultivated as a garden plant.
–ORIGIN mid 18th cent.: from modern Latin *statice* (former genus name), based on Greek, feminine of *statikos* 'causing to stand still' (with reference to medicinal use of the plant to stanch blood).

**static e·lec·tric·i·ty** ▸n. a stationary electric charge, typically produced by friction, that causes sparks or crackling or the attraction of dust or hair.

**static line** ▸n. a length of cord used instead of a rip cord for opening a parachute, attached at one end to the aircraft and temporarily snapped to the parachute at the other.

**static pres·sure** ▸n. Physics the pressure of a fluid on a body when the body is at rest relative to the fluid.

**stat·ics** |ˈstatiks| ▸plural n. 1 [usu. treated as sing.] the branch of mechanics concerned with bodies at rest and forces in equilibrium. Compare with DYNAMICS (sense 1).
2 another term for STATIC.

**sta·tion** |ˈstāshən| ▸n. 1 a regular stopping place on a public transportation route, esp. one on a railroad line, with a platform and often one or more buildings.
2 [usu. with adj.] a place or building where a specified activity or service is based: *a research station in the forest* | *coastal radar stations*.
▪ a small military base, esp. of a specified kind: *a naval station*. ▪ a police station. ▪ a subsidiary post office. ▪ Austral./NZ a large sheep or cattle farm.
3 [with adj.] a company involved in broadcasting of a specified kind: *a radio station*.
4 the place where someone or something stands or is placed on military or other duty: *the lookout resumed his station in the bow.*
▪ dated one's social rank or position: *Karen has ideas above her station.*
5 Botany a particular site at which an interesting or rare plant grows.
6 short for STATION OF THE CROSS.
▸v. [with obj. and adverbial of place] put in or assign to a specified place for a particular purpose, esp. a military one: *troops were stationed in the town* | *she had stationed herself by the door.*

GSK-PBM-00912393

▶adj. actual; precise (used to emphasize the exact identity of a particular person or thing): *those were his very words* | *he might be phoning her at this very moment* | *transformed before our very eyes.*
■ emphasizing an extreme point in time or space: *from the very beginning of the book* | *at the very back of the skull.* ■ with no addition of or contribution from anything else; mere: *the very thought of drink made him feel sick.* ■ archaic real; genuine: *the very God of Heaven.*
–PHRASES **not very 1** in a low degree: *"Bad news?" "Not very."* **2** far from being: *I'm not very impressed.* **the very idea!** see IDEA. **the very same** see SAME. **very good** (or **well**) an expression of consent.
–ORIGIN Middle English (as an adjective in the sense 'real, genuine'): from Old French *verai*, based on Latin *verus* 'true.'

**very high fre•quen•cy** ▶n. (abbr.: **VHF**) the band of frequencies between 30 and 300 megahertz, typically used for broadcasting television signals.

**Very Large Ar•ray** (abbr.: **VLA**) ▶n. the world's largest radio telescope, consisting of 27 dish antennas in Socorro, New Mexico.

**Ver•y light** |'verē; 'virē| ▶n. a flare fired into the air from a pistol for signaling or for temporary illumination.
–ORIGIN early 20th cent.: named after Edward W. *Very* (1847–1910), American naval officer.

**very low fre•quen•cy** ▶n. (abbr.: **VLF**) the band of frequencies between 3 and 30 kilohertz.

**Ver•y pis•tol** ▶n. a hand-held gun used for firing a Very light.

**VESA** ▶abbr. Video Electronics Standards Association, a US-based organization that defines formats for displays and buses used in computers.

**Ve•sak** |'vä,säk| (also **Wesak** or **Visākha** |vi'säkə|) ▶n. the most important Buddhist festival, commemorating the birth, enlightenment, and death of the Buddha, and celebrated at the full moon in the Indian month of Vaishaka (April–May).
–ORIGIN Sinhalese *vesak*, via Pali from Sanskrit *vaiśākha*, denoting the month April–May.

**Ve•sa•li•us** |və'sälēəs|, Andreas (1514–64), Flemish anatomist; the founder of modern anatomy.

**ve•si•cal** |'vesikəl| ▶adj. Anatomy & Medicine of, relating to, or affecting the urinary bladder: *vesical function* | *the vesical artery.*
–ORIGIN late 18th cent.: from Latin *vesica* 'bladder' + -AL.

**ves•i•cant** |'vesəkənt| ▶adj. tending to cause blistering. ▶n. an agent that causes blistering.
–ORIGIN late Middle English: from late Latin *vesicant-* 'forming pustules,' from the verb *vesicare*, from *vesica* 'bladder.'

**ve•si•ca pis•cis** |'vesikə 'pis(k)is; və'sēkə; və'sīkə; 'pisis| ▶n. (pl. **vesicae piscis** |-,kī; -,kē|) another term for MANDORLA.
–ORIGIN Latin, literally 'fish's bladder.'

**ves•i•cate** |'vesi,kāt| ▶v. [trans.] chiefly Medicine raise blisters on.
■ [intrans.] form blisters.
–DERIVATIVES **ves•i•ca•tion** |,vesi'kāSHən| n.; **ves•i•ca•to•ry** |'vesəkə,tôrē; və'sīkə-| adj. & n.
–ORIGIN mid 17th cent.: from late Latin *vesicat-* 'having pustules,' from *vesica* 'bladder.'

**ves•i•cle** |'vesikəl| ▶n. a fluid- or air-filled cavity or sac, in particular:
■ Anatomy & Zoology a small fluid-filled bladder, sac, cyst, or vacuole within the body. ■ Botany an air-filled swelling in a plant, esp. a seaweed. ■ Geology a small cavity in volcanic rock, produced by gas bubbles. ■ Medicine a small blister full of clear fluid.
–DERIVATIVES **ve•sic•u•lar** |və'sikyələr| adj.; **ve•sic•u•lat•ed** |və'sikyə,lātid| adj.; **ve•sic•u•la•tion** |və,sikyə'lāSHən| n.
–ORIGIN late 16th cent.: from French *vésicule* or Latin *vesicula*, diminutive of *vesica* 'bladder.'

**ves•i•co•ure•ter•ic re•flux** |,vesəkō,yŏŏrə'terik| ▶n. Medicine flow of urine from the bladder back into the ureters, arising from defective valves and causing a high risk of kidney infection.
–ORIGIN mid 20th cent.: *vesicoureteric* from Latin *vesica* 'bladder' + *ureteric* (see URETER).

**ves•i•cu•late** ▶v. |və'sikyə,lāt| make or become vesicular.
▶adj. |və'sikyəlit; -,lāt| containing or covered with vesicles or small cavities.

**Ves•pa•sian** |ves'pāzHən| (AD 9–79), Roman emperor 69–79 and founder of the Flavian dynasty; Latin name *Titus Flavius Vespasianus*. His reign saw the restoration of financial and military order and the initiation of a public building program.

**ves•per** |'vespər| ▶n. evening prayer: [as adj.] *vesper service.* See also VESPERS.
■ archaic evening. ■ (**Vesper**) poetic/literary Venus as the evening star.

–ORIGIN late Middle English: from Latin *vesper* 'evening (star).'

**ves•per•al** |'vespərəl| ▶adj. **1** of or pertaining to evening.
**2** of or pertaining to vespers. ▶n. a book containing the psalms, canticles, anthems and the like with their musical settings that are used at vespers.

**ves•pers** |'vesparz| ▶n. a service of evening prayer in the Divine Office of the Western Christian Church (sometimes said earlier in the day).
■ a service of evening prayer in other churches.
–ORIGIN late 15th cent.: from Old French *vespres* 'evensong,' from Latin *vesperas* (accusative plural), on the pattern of *matutinas* 'matins.'

**ves•per spar•row** ▶n. a small North American songbird related to the buntings, having streaked brown plumage and known for its evening song.
•*Pooecetes gramineus*, family Emberizidae (subfamily Emberizidae).

**ves•per•til•i•o•nid** |,vespər'tilēə,nid| ▶n. Zoology a bat of a large family (Vespertilionidae) that includes most of the typical insectivorous bats of north temperate regions.
–ORIGIN late 19th cent.: from modern Latin *Vespertilionidae* (plural), from Latin *vespertilio* 'bat.'

**ves•per•tine** |'vespər,tin; -,tēn| ▶adj. **1** technical poetic/literary of, relating to, occurring, or active in the evening.
**2** Botany (of a flower) opening in the evening.
**3** Zoology active in the evening.
–ORIGIN late Middle English: from Latin *vespertinus*, from *vesper* 'evening.'

**ves•pi•ar•y** |'vespē,erē| ▶n. (pl. **-ies**) a nest of wasps.
–ORIGIN early 19th cent.: formed irregularly from Latin *vespa* 'wasp,' on the pattern of *apiary.*

**ves•pid** |'vespid| ▶n. any wasp of the family Vespidae, including yellow jackets and hornets.

**ves•pine** |'ves,pīn; -pin| ▶adj. of or relating to wasps.
–ORIGIN mid 19th cent.: from Latin *vespa* 'wasp' + -INE[1].

**Ves•puc•ci** |ves'p(y)ōōCHē|, Amerigo (1451–1512), Italian merchant and explorer. He reached the coast of Venezuela on his first voyage 1499–1500 and explored the Brazilian coastline 1501–02. The Latin form of his first name is believed to have given rise to the name of America.

**ves•sel** |'vesəl| ▶n. **1** a ship or large boat.
**2** a hollow container, esp. one used to hold liquid, such as a bowl or cask.
■ (chiefly in or alluding to biblical use) a person, esp. regarded as holding or embodying a particular quality: *giving honor unto the wife, as unto the weaker vessel.*
**3** Anatomy & Zoology a duct or canal holding or conveying blood or other fluid. See also BLOOD VESSEL.
■ Botany any of the tubular structures in the vascular system of a plant, serving to conduct water and mineral nutrients from the root.
–ORIGIN Middle English: from Anglo-Norman French *vessel(e)*, from late Latin *vascellum*, diminutive of *vas* 'vessel.'

**vest** |vest| ▶n. a close-fitting waist-length garment, typically having no sleeves or collar and buttoning down the front.
■ a similar garment worn on the upper part of the body for a particular purpose or activity: *a running vest* | *a bulletproof vest.* ■ a piece of material showing at the neck of a woman's dress. ■ Brit. an undershirt.
▶v. **1** [trans.] (usu. **be vested in**) confer or bestow (power, authority, property, etc.) on someone: *executive power is vested in the president.*
■ (usu. **be vested with**) give (someone) the legal right to power, property, etc.: *the socialists came to be vested with the power of legislation.* ■ [intrans.] (**vest in**) (of power, property, etc.) come into the possession of: *the bankrupt's property vests in his trustee.*
**2** [intrans.] (of a chorister or member of the clergy) put on vestments.
■ [trans.] poetic/literary dress (someone): *the Speaker vested him with a rich purple robe.*
–PHRASES **play** (or **keep**) **one's cards close to one's vest** see CHEST.
–ORIGIN late Middle English (as a verb): from Old French *vestu* 'clothed,' past participle of *vestir*, from Latin *vestire* 'clothe'; the noun (early 17th cent., denoting a loose outer garment) from French *veste*, via Italian from Latin *vestis* 'garment.'

**Ves•ta** |'vestə| Roman Mythology the goddess of the hearth and household. Her temple in Rome contained no image but a fire that was kept constantly burning and was tended by the Vestal Virgins.

**ves•ta** |'vestə| ▶n. chiefly historical a short wooden or wax match.
–ORIGIN mid 19th cent.: from the name of the goddess VESTA.

**ves•tal** |'vestl| ▶adj. of or relating to the Roman goddess Vesta: *a vestal temple.*
■ poetic/literary chaste; pure.
▶n. a vestal virgin.
■ poetic/literary a chaste woman, esp. a nun.

**Ves•tal Vir•gin** (also **vestal virgin**) ▶n. (in ancient Rome) a virgin consecrated to Vesta and vowed to chastity, sharing the charge of maintaining the sacred fire burning on the goddess's altar.

**vest•ed** |'vestid| ▶adj. **1** secured in the possession of or assigned to a person: *a state law vested the ownership of all wild birds to the individual counties.* ■ protected or established by law or contract: *parental rights are then vested by section 14 of the 1975 Act.* (of a person) legally entitled to a future benefit, as from a pension: *he was completely vested after five years with the company.*
**2** supplied or worn with a vest.
**3** wearing vestments.

**vest•ed in•ter•est** ▶n. [usu. in sing.] a personal stake or involvement in an undertaking or state of affairs, esp. one with an expectation of financial gain: *banks have a vested interest in the growth of their customers.*
■ a person or group having such a personal stake or involvement: *the problem is that the authorities are a vested interest.* ■ Law an interest (usually in land or money held in trust) recognized as belonging to a particular person.

**vest•ee** |,ve'stē| ▶n. a vestlike piece of material showing at the neck of a woman's dress.

**Ves•ter•å•len** |'vestə,rôlən| a group of islands in Norway, in the Norwegian Sea, north of the Arctic Circle.

**ves•ti•ar•y** |'vestē,erē| ▶adj. poetic/literary of or relating to clothes or dress.
▶n. (pl. **-ies**) a room or building in a monastery or other large establishment in which clothes are kept.
–ORIGIN Middle English (denoting a vestry): from Old French *vestiarie*, from Latin *vestiarium* (see VESTRY).

**ves•tib•u•lar** |ve'stibyələr; və-| ▶adj. chiefly Anatomy of or relating to a vestibule, particularly that of the inner ear, or more generally to the sense of balance.

**ves•ti•bule** |'vestə,byŏōl| ▶n. **1** an antechamber, hall, or lobby next to the outer door of a building.
■ an enclosed entrance compartment in a railroad car.
**2** Anatomy a chamber or channel communicating with or opening into another, in particular:
■ the central cavity of the labyrinth of the inner ear. ■ the part of the mouth outside the teeth. ■ the space in the vulva into which both the urethra and vagina open.
–DERIVATIVES **ves•ti•buled** adj.
–ORIGIN early 17th cent. (denoting the space in front of the main entrance of a Roman or Greek building): from French, or from Latin *vestibulum* 'entrance court.'

**ves•ti•bu•lo•coch•le•ar nerve** |ve,stibyəlō'käklēər| ▶n. Anatomy each of the eighth pair of cranial nerves, conveying sensory impulses from the organs of hearing and balance in the inner ear to the brain. The vestibulocochlear nerve on each side branches into the **vestibular nerve** and the **cochlear nerve.**

**ves•tige** |'vestij| ▶n. a trace of something that is disappearing or no longer exists: *the last vestiges of colonialism.*
■ [usu. with negative] the smallest amount (used to emphasize the absence of something): *he waited patiently, but without a vestige of sympathy.* ■ Biology a part or organ of an organism that has become reduced or functionless in the course of evolution.
–ORIGIN late Middle English: from French, from Latin *vestigium* 'footprint.'

**ves•tig•i•al** |ve'stij(ē)əl| ▶adj. forming a very small remnant of something that was once much larger or more noticeable: *he felt a vestigial flicker of anger from last night.*
■ Biology (of an organ or part of the body) degenerate, rudimentary, or atrophied, having become functionless in the course of evolution: *the vestigial wings of kiwis are entirely hidden.*
–DERIVATIVES **ves•tig•i•al•ly** adv.

**ves•ti•men•ta•ry** |,vestə'mentərē| ▶adj. formal of or relating to clothing or dress: *lack of vestimentary rigor.*
–ORIGIN early 19th cent.: from Latin *vestimentum* 'clothing' + -ARY[1].

**ves•ti•men•tif•er•an** |,vestə,men'tifərən| ▶n. Zoology a very large marine worm that lives in upright tubes near hydrothermal vents, subsisting on the products of chemoautotrophic bacteria.
•Order Vestimentifera, phylum Pogonophora; sometimes regarded as a separate phylum.
–ORIGIN late 20th cent.: from modern Latin *Vestimentifera* (from Latin *vestimentum* 'clothing' + *-fer* 'bearing') + -AN.

See page xxxviii for the **Key to Pronunciation**

GSK-PBM-00912394

# JA-008

# Exhibit 9

*Pharmaceutical Research, Vol. 22, No. 3, March 2005 (© 2005)*
DOI: 10.1007/s11095-004-1873-z

## *Research Paper*

# A Scalable, Extrusion-Free Method for Efficient Liposomal Encapsulation of Plasmid DNA

**Lloyd B. Jeffs,[1] Lorne R. Palmer,[1] Ellen G. Ambegia,[1] Cory Giesbrecht,[1] Shannon Ewanick,[1] and Ian MacLachlan[1,2]**

*Received September 17, 2004; accepted December 6, 2004*

***Purpose.*** A fully scalable and extrusion-free method was developed to prepare rapidly and reproducibly stabilized plasmid lipid particles (SPLP) for nonviral, systemic gene therapy.

***Methods.*** Liposomes encapsulating plasmid DNA were formed instantaneously by mixing lipids dissolved in ethanol with an aqueous solution of DNA in a controlled, stepwise manner. Combining DNA-buffer and lipid-ethanol flow streams in a T-shaped mixing chamber resulted in instantaneous dilution of ethanol below the concentration required to support lipid solubility. The resulting DNA-containing liposomes were further stabilized by a second stepwise dilution.

***Results.*** Using this method, monodisperse vesicles were prepared with particle sizes less than 200 nm and DNA encapsulation efficiencies greater than 80%. In mice possessing Neuro 2a tumors, SPLP demonstrated a 13 h circulation half-life *in vivo*, good tumor accumulation and gene expression profiles similar to SPLP previously prepared by detergent dialysis. Cryo transmission electron microscopy analysis showed that SPLP prepared by stepwise ethanol dilution were a mixed population of unilamellar, bilamellar, and oligolamellar vesicles. Vesicles of similar lipid composition, prepared without DNA, were also <200 nm but were predominantly bilamellar with unusual elongated morphologies, suggesting that the plasmid particle affects the morphology of the encapsulating liposome. A similar approach was used to prepare neutral egg phosphatidylcholine:cholesterol (EPC:Chol) liposomes possessing a pH gradient, which was confirmed by the uptake of the lipophilic cation safranin O.

***Conclusions.*** This new method will enable the scale-up and manufacture of SPLP required for preclinical and clinical studies. Additionally, this method now allows for the acceleration of SPLP formulation development, enabling the rapid development and evaluation of novel carrier systems.

**KEY WORDS:** DNA; liposome; plasmid; systemic gene delivery.

## INTRODUCTION

Systemic delivery of therapeutic genes to disease sites requires a vector with suitable properties. An ideal systemic vector should have the appropriate physical attributes to ensure favorable pharmacokinetics and delivery to disease sites.

[1] Protiva Biotherapeutics Inc., Burnaby, British Columbia, Canada V5G 4Y1.
[2] To whom correspondence should be addressed. (e-mail: ian@protivabio.com)
**ABBREVIATIONS:** Chol, cholesterol; DODAC, dioleyldimethylammonium chloride; DODAP, 1,2-dioleoyl-*N,N*-dimethyl-3-aminopropane; DODMA, 1,2-dioleyloxy-*N,N*-dimethylaminopropane; DOPE, dioleoylphosphatidylethanolamine; DOPG, dioleoylphosphatidylglycerol; DSPC, distearoylphosphatidylcholine; EPC, egg phosphatidylcholine; HBS, Hepes buffered saline; [3]H-CHE, tritium-labeled cholesteryl hexadecyl ether; OGP, octylglucopyranoside; PBS, phosphate buffered saline; PEG-CerC$_{20}$, 1-*O*-(2'-(ω-methoxypolyethyleneglycol)2000)-2-*N*-arachidoylsphingosine; PEG-S-DSG, 3-*O*-(2'(ω-methoxypolyethyleneglycol)2000)-1,2-distearoyl-*sn*-glycerol; QELS, quasi-elastic light scattering; SPLP, stabilized plasmid lipid particles; SVF, spontaneous vesicle formation; TE, Tris EDTA buffer; TEM, transmission electron microscopy; TNS, potassium 2-(*p*-toluidino)-6-naphthalenesulfonic acid.

Following delivery to the target tissue, the vector must then be taken up by the tissue and express its DNA payload at sufficient levels to give a therapeutic effect. Importantly, a systemic vector must also be safe, well tolerated upon administration, and be non-immunogenic. The utility of viral vectors, cationic lipid–containing DNA complexes (lipoplexes), and polycationic polymer nucleic acid complexes (polyplexes) is limited in a systemic context (1).

Liposomes encapsulating small-molecule drugs such as doxorubicin (2) and vincristine (3) have been shown to be effective in humans. Liposomes can increase drug accumulation at the tumor site by 50 to 100 times compared to the administration of free drug (4–6). This is the result of the phenomenon referred to as "disease site targeting"—a passive targeting process that requires liposomes of around 100 nm in diameter and a circulation half-life >5 h. Although encapsulation of small-molecule drugs is relatively straightforward, encapsulating macromolecules, such as plasmid DNA, within a liposomal bilayer poses a greater challenge. Efficient encapsulation of plasmid DNA has been achieved using a detergent dialysis approach where lipid bilayers are formed around plasmid DNA as the detergent is removed (7). The resulting stabilized plasmid lipid particles (SPLP) contained DNA fully encapsulated within a lipid bilayer that incor-

0724-8741/05/0300-0362/0 © 2005 Springer Science+Business Media, Inc.     362

GSK-PBM-00877677

porated a cationic lipid (DODAC), a fusogenic lipid (DOPE), and a PEG-lipid (PEG-CerC$_{20}$). These particles possessed an average diameter of less than 100 nm, and unlike DNA-cationic lipid complexes formed by mixing preformed cationic lipid–containing vesicles with plasmid DNA, fully protect DNA following incubation with *Escherichia coli* DNase I. SPLP prepared using this approach have a circulation half-life of >6 h, accumulate in distal tumors following intravenous administration in tumor-bearing mice, and lead to reporter gene expression in murine tumors (8). SPLP have also been prepared by destabilizing preformed empty vesicles in ethanol at 40% v/v and incubating in the presence of plasmid DNA (9). This ethanol destabilization method yielded DNA encapsulation efficiencies of approximately 65%.

Although SPLP show considerable potential for systemic gene transfer, the detergent dialysis method of preparation suffers from a number of limitations. The method is exquisitely sensitive to minor changes in the ionic strength of the formulation buffer; changes as small as 10 mM result in a dramatic decrease in encapsulation efficiency (10). Even when SPLP are formed under ideal conditions, the detergent dialysis method results in the formation of large numbers of empty vesicles that are typically separated from SPLP by gradient ultracentrifugation (10). The detergent dialysis method is also difficult to scale to the size required to support preclinical and clinical development. For this reason, we sought to develop a more simple, robust, and fully scalable method for the encapsulation of plasmid DNA in SPLP. The method reported here, a type of spontaneous vesicle formation, produces SPLP with the same desirable properties as those prepared by detergent dialysis. We discuss the use of this method for the preparation of other types of drug delivery systems formerly prepared using extrusion methods.

## MATERIALS AND METHODS

### Lipids and Plasmid DNA

The cationic lipids dioleyldimethylammonium chloride (DODAC) and 1-*O*-[2′-(ω-methoxypolyethyleneglycol)2000]-2-*N*-arachidoylsphingosine (PEG-CerC$_{20}$) were synthesized as described previously (11,12). The cationic lipid 1,2-dioleyloxy-*N,N*-dimethylaminopropane (DODMA; Fig. 1A) was synthesized using methodology derived from that used previously for the synthesis of a DOTMA precursor (13). 3-(Dimethylamino)-1,2-propanediol (1.43 g, 12 mmol) and 95% sodium hydride (NaH, 2.52 g, 100 mmol) were stirred in benzene (60 ml) under argon for 30 min. Oleyl

bromide (10.0 g, 30 mmol) was added and the reaction refluxed under argon for 18 h. The reaction mixture was quenched with ethanol, washed (3 × 250 ml distilled water), dried (magnesium sulfate), and evaporated. The organic phase was dried over magnesium sulfate and evaporated. The crude product was purified on a silica gel column (1% methanol in chloroform). It was subsequently decolorized by stirring for 30 min in a suspension of activated charcoal (1 g) in ethanol (75 ml) at 60°C. The charcoal was removed by filtration through Celite and the ethanol solution concentrated to yield 4.8 g (65%) of pure product.

3-*O*-[2′(ω-methoxypolyethyleneglycol)2000]-1,2-distearoyl-*sn*-glycerol (PEG-S-DSG; Fig. 1B) was prepared by treating a solution of monomethoxypolyethylene glycol (average MW = 2000; PEG$_{2000}$) (30 g, 15 mmol) in pyridine (150 ml) with succinic anhydride (10 g, 100 mmol) overnight. The solvent was removed by rotovap and the solution diluted with water (200 ml). The solution was acidified with concentrated HCl and extracted with choloroform (3 × 150 ml). The organic fraction was dried over magnesium sulfate and concentrated to yield ~30 g of crude product as a white wax. Purification was carried out by flash column chromatography with chloroform containing 0–7% methanol. The pure product was taken up in water (300 ml) and lyophilized to give 20 g of PEG$_{2000}$-succinate (PEG$_{2000}$-S) as a white powder. PEG$_{2000}$-S (9 g, 4.3 mmol) was dissolved in benzene (100 ml) and treated with oxalyl chloride (4.44 g, 35 mmol). The solution was stirred for 2 h at room temperature and the solvent removed under vacuum. The residue was dissolved in ethanol-free chloroform (100 ml) and 1,2-distearoyl-*sn*-glycerol (3.0 g, 4.8 mmol) and triethylamine (3 ml, 20 mmol) added. The solution was stirred for 48 h, added to water (100 ml), acidified with HCl, and the organic phase collected. The aqueous phase was extracted with chloroform (2 × 100 ml). The organic phases were combined, dried over MgSO$_4$, filtered, and the solvent removed. The crude product was purified by column chromatography, eluting with chloroform containing 0–7% methanol. The product was decolorized by stirring for 30 min in a suspension of activated charcoal (1 g) in ethanol (100 ml) at 60°C. The suspension was filtered, the solvent removed, and the product taken up in water (300 ml) and lyophilized, yielding PEG$_{2000}$DSG (6.0 g) as a fluffy white powder.

Dioleoylphosphatidylethanolamine (DOPE) and egg phosphatidylcholine (EPC) were purchased from Northern Lipids Inc. (Vancouver, BC, Canada). Distearoylphosphatidylcholine (DSPC) was purchased from Avanti Polar Lipids, Inc. (Alabaster, AL, USA). Synthetic cholesterol (Chol) and the detergent octylglucopyranoside (OGP) were obtained from Sigma-Aldrich Co. (Oakville, ON, Canada). Tritium-labeled cholesteryl hexadecyl ether ($^3$H-CHE) was obtained from Mandel NEN Products (Guelph, ON, Canada).

The pCMVluc plasmid, encoding the luciferase reporter gene under the control of the cytomegalovirus promoter, was propagated in *Escherichia coli* strain DH5α and purified by standard alkaline lysis/cesium chloride density gradient centrifugation (14,15).

### SPLP Prepared by Detergent Dialysis

SPLP were prepared by detergent dialysis as described elsewhere (7,10). Briefly, DOPE, DODAC, and PEG-CerC$_{20}$

### A. DODMA



### B. PEG-S-DSG

**Fig. 1.** Chemical structures of the lipids (A) DODMA and (B) PEG-S-DSG.

364                                                                                                          *Jeffs et al.*

at a molar ratio of 82.5:7.5:10 were dissolved in aqueous solutions of OGP. A pCMVluc plasmid solution was then added to give a solution of 0.4 mg/ml DNA, 10 mg/ml lipid, and 200 mM detergent. This solution was dialyzed for 48 h and unencapsulated DNA removed by anion exchange chromatography (DEAE Sepharose CL6B; Sigma). Empty vesicles were then removed by a one-step sucrose density ultracentrifugation. Fractions containing SPLP were consolidated and dialyzed with Hepes buffered saline (HBS) to remove sucrose. Isolated SPLP were concentrated by Amicon ultrafiltration to a final DNA concentration of 0.5 mg/ml. All samples were passed through sterile 0.2-$\mu$m filters and then stored at 5 ± 3°C until use.

### Preparation of SPLP and Vesicles by Spontaneous Vesicle Formation

A flow diagram summarizing the process for preparing SPLP by spontaneous vesicle formation (SVF) is shown in Fig. 2. First, a plasmid solution was prepared by combining DNA in 10 mM Tris EDTA (TE) buffer with 100 mM citrate buffer (pH 5.0) and distilled deionized water to achieve a plasmid DNA concentration of 0.9 mg/ml in 20 mM citrate. A lipid solution in ethanol was prepared by dissolving Chol, DSPC, DODMA, and PEG-S-DSG at molar ratios of 55:20:15:10 in absolute, anhydrous ethanol and then adding distilled water to achieve an ethanol concentration of 90 vol%. This lipid composition was similar to the lipid composition of preformed vesicles used previously to encapsulate plasmid (9), except the more stable DODMA was selected instead of the titratable cationic lipid 1,2-dioleyloxy-*N,N*-dimethylaminopropane (DODAP), and PEG-S-DSG replaced PEG-CerC$_{20}$. The total concentration of lipid in solution was 20 mM. Equal volumes of both lipid and plasmid solutions were heated to 37°C prior to vesicle formation.



**Fig. 2.** Process flowchart for SPLP prepared by spontaneous vesicle formation. Please refer to Materials and Methods for a full description of the process.

The plasmid and lipid solutions were combined using a single peristaltic pump with dual pump heads (Watson Marlow), joined in opposition using a polypropylene T-connector (Cole-Parmer) and platinum-cured silicone tubing (Nalgene) both with an internal diameter of 1.6 mm. This configuration is conceptually similar to one that has been used to prepare lipoplex by the controlled mixing of preformed cationic liposomes with plasmid DNA (16). The two peristaltic pump heads were calibrated and adjusted to deliver 1 ml/s of mixed solution. The apparatus was then used to prepare SPLP by mixing the lipid and plasmid solutions, preheated to 37°C, resulting in the instantaneous formation of a liposomal suspension in 45% ethanol with approximately 60% DNA encapsulation. The volumes of lipid and plasmid solutions are not critical for the preparation of SPLP using this method. Solution volumes as low as 1 ml (0.9 mg DNA) and as large as 5000 ml (4.5 g DNA) have been used to prepare SPLP with similar results. Upon formation, the SPLP were then immediately diluted with 300 mM NaCl with 20 mM citrate pH 6.0 at 37°C using a similar apparatus. This second ethanol dilution step was found to stabilize further the metastable vesicles and resulted in a significant increase in the DNA encapsulation from 60% to 80–90%. The diluted vesicles were then incubated at 37°C for 30 min prior to removal of unencapsulated DNA by charged membrane filtration through a Mustang Q coin filter (Pall Corporation, Ann Arbor, MI, USA). After removal of unencapsulated DNA, encapsulated DNA was typically greater than 98% of that remaining. SPLP were concentrated using a tangential flow ultrafiltration system (Amersham Biosciences, Piscataway, NJ, USA) and diafiltered against 15 volumes of phosphate-buffered saline (PBS), pH 7.4, reducing the ethanol concentration to less than 0.5% [determined using a standard colorimetric alcohol dehydrogenase assay (Sigma)]. After ultrafiltration, samples were filtered through sterile 0.2-$\mu$m filters (Pall) and stored at 5 ± 3°C until use.

Empty vesicles of similar lipid composition, but lacking DNA, were prepared in a similar manner as SPLP, with the exception that an equivalent volume of 10 mM Tris-EDTA (TE) buffer was added to the initial citrate buffer solution instead of DNA.

Vesicles comprising EPC:Chol at a 55:45 molar lipid ratio were also prepared using this apparatus. Lipids were dissolved at 20 mM in 80% ethanol, and vesicles were formed by mixing these lipids with either PBS (pH 7.4) or 150 mM citrate (pH 4.0). The second dilution step was performed using the same buffer as the first mixing step. Following sample concentration by ultrafiltration, EPC:Chol vesicles were first diafiltered with 15 volumes of the original mixing buffer to ensure maintenance of the internal pH of the vesicles. Once the ethanol was removed, the vesicles were diafiltered against PBS, pH 7.4. These vesicles were then adjusted to the desired lipid concentration and filtered using sterile 0.2-$\mu$m filters.

Radiolabeled SPLP were prepared by adding $^3$H-CHE at 0.5 $\mu$Ci/mg lipid to the lipid-ethanol solution prior to mixing with the DNA solution.

### Lipid Analysis

The total lipid content of SPLP and liposomes was calculated from the phospholipid content determined using the colorimetric method of Fiske and Subbarow (17). For SPLP,

GSK-PBM-00877679

Efficient Liposomal Encapsulation of Plasmid DNA                                        365

lipid was first isolated from DNA using chloroform extraction (18). The apparent $pK_a$ for the tertiary amino lipid DODMA in the lipid bilayer component of SPLP was determined as previously described (19) by measuring the fluorescence of potassium 2-(*p*-toluidino)-6-naphthalenesulfonic acid (TNS) over a pH range using a spectrofluorometer (SLM-Aminco) using excitation and emission wavelengths of 321 and 445 nm, respectively.

## Particle Size Analysis

Particle size was determined using a Nicomp model 370 Submicron Particle Sizer (Particle Sizing Systems, Santa Barbara, CA, USA). The instrument employs quasi-elastic light scattering (QELS) to determine the hydrodynamic equivalent spherical diameter of the particles. Volume-weighted, Gaussian distribution analysis was used to determine mean vesicle diameters and population standard deviations. Particle polydispersity was evaluated by the goodness-of-fit parameter $\chi^2$, where a value of <3 indicates a monodisperse suspension (according to the instrument manufacturer).

## DNA Content

Concentration and percent encapsulation of plasmid DNA in SPLP were determined using the membrane impermeable dye PicoGreen (Molecular Probes, Eugene, OR, USA) that binds specifically to double-stranded DNA and fluoresces only when bound. Picogreen fluorescence was measured with a spectrofluorometer (SLM-Aminco) using excitation and emission wavelengths of 495 and 525 nm, respectively. Plasmid encapsulation was determined by measuring fluorescence upon addition of PicoGreen to SPLP (Fi) and comparing this value to that obtained upon lysis of the SPLP lipid bilayers with 0.1% Triton X-100 (Ft):

$$\text{SPLP Plasmid Encapsulation (\%)} = \frac{(\text{Ft} - \text{Fi})}{\text{Ft}} \times 100\%$$

The total concentration of plasmid was then determined by comparing the fluorescence after addition of detergent (Ft) to a DNA standard curve prepared using a plasmid DNA standard:

$$\text{Total DNA Concentration} = \frac{(\text{Ft} - \text{b}) \times \text{Dilution}}{\text{m}}$$

where b is the y intercept of the DNA standard curve, and m is the slope of the standard curve.

The concentration of encapsulated plasmid DNA in SPLP was then determined by multiplying the total DNA concentration value by the value for percent plasmid encapsulation. *In vivo* experiments were performed using the concentration of encapsulated DNA to calculate DNA dose.

## DNase Protection Assay

The ability of SPLP to protect encapsulated plasmid from exogenous DNase was assessed using a method modified slightly from that reported previously (7). The following samples were tested: naked plasmid DNA, SPLP prepared by SVF, and plasmid DNA added to empty vesicles with the same lipid composition as SPLP to achieve a similar DNA:lipid ratio as the SPLP. A 1-μg DNA aliquot of each

sample was incubated with 500 U of DNase 1 (Life Technologies, Mississauga, ON, Canada) in a total volume of 100 μl React 4 buffer at pH 7.4 (Life Technologies) for 60 min at 37°C. Following incubation, DNA was isolated by sequentially adding 500 μl DNAzol (Life Technologies) and 1000 μl absolute ethanol. After centrifuging for 30 min at $13,000 \times g$, the supernatant was decanted and the DNA washed twice with 70% ethanol and dried. The resultant DNA pellets were dissolved in 30 μl Tris-EDTA buffer, pH 8.0, and analyzed by gel electrophoresis using a 0.8% agarose gel in Tris-acetate-EDTA, with a high DNA mass ladder (Invitrogen).

## Cryo Transmission Electron Microscopy

Cryo transmission electron microscopy (Cryo-TEM) analysis of SPLP and liposomes was performed at Uppsala University, Sweden, using a Zeiss EM 902A with cryo equipment.

## Dye Loading of EPC-Chol Liposomes

The feasibility of preparing EPC:Chol vesicles with an acidic aqueous interior by stepwise ethanol dilution was investigated by formulating with either citrate buffer (pH 4.0) or PBS (pH 7.4). Vesicles at 5 mM lipid in PBS (pH 7.4) were incubated with 0.2 mM of the lipophilic dye safranin O (Sigma) at 37°C for 30 min. After 30 min, 500 μl aliquots were passed through a 2-ml Sepharose CL4B gel filtration column to separate free dye from the vesicles. Fractions were analyzed for lipid content and safranin O content, which was determined using a spectrofluorometer (SLM-Aminco) at an excitation wavelength of 516 nm and emission wavelength of 585 nm.

## *In Vivo* Transfection, Plasma Clearance, and Tumor Accumulation Studies

All animal studies were performed in accordance with the guidelines of the Canadian Council on Animal Care. Ten to 14 days prior to SPLP treatment, 8-week-old male A/J mice (Harlan, IN, USA) were inoculated subcutaneously in the hind flank with $1.5 \times 10^6$ Neuro 2a cells (ATCC, VA, USA). For *in vivo* transfection studies, SPLP (200 μl total volume containing 2 mg total lipid and 100 μg total DNA) were administered by lateral tail vein injection. For plasma clearance and tumor accumulation studies, SPLP incorporating $^3$H-CHE were used at the same lipid and DNA concentrations. At appropriate time points, mice were anesthetized and blood was collected by cardiac puncture into microtainer tubes. Plasma was separated from red blood cells via centrifugation and analyzed for $^3$H-CHE by liquid scintillation counting using Picofluor 20 (Perkin Elmer) and a Beckman LS6500 (Beckman Instruments). For clearance and accumulation studies, tumors were harvested at the specified time points and homogenized in lysing matrix tubes containing 500 μl of distilled water. Liver lysate (100 μl) and 200 μl of all other tissue lysates were assayed for radioactivity by liquid scintillation counting with Picofluor 40 (Perkin Elmer). For gene expression studies, tumors were lysed with 750 μl of cell culture lysis reagent (CCLR, Promega, Madison, WI, USA), and 20 μl of lysate was assayed for luciferase activity in a 96-well microplate luminometer (Bernholdt Technologies, Oakridge, TN, USA) using the Promega Luciferase Assay reagent kit

GSK-PBM-00877680

366    **Jeffs** *et al.*

(Promega) according to the manufacturer's instructions. Recombinant luciferase from the American firefly, *Photinus pyralis* (Roche, PQ, Canada) was used to calibrate luminescence readings.

## RESULTS

### Characterization of the Spontaneous Vesicle Formation Method

Lipid encapsulated plasmid DNA can be prepared by the dropwise addition of lipid dissolved in ethanol to a rapidly mixing aqueous buffer containing DNA. Small-scale SPLP samples were prepared using either the stepwise dilution method or the ethanol drop approach diluted in each case to a final ethanol concentration of 22.5% and incubated for 60 min before DNA encapsulation efficiency was determined (Fig. 3). SPLP prepared by the stepwise approach had a DNA encapsulation efficiency of 81% and were monodisperse with a mean vesicle diameter of $132 \pm 55$ nm ($\chi^2 = 0.6$). SPLP prepared by ethanol drop to an initial target ethanol concentration of 45% and then diluted dropwise to 22.5% ethanol had a DNA encapsulation efficiency of 74% and mean vesicle size of $116 \pm 54$ nm ($\chi^2 = 0.4$). SPLP prepared by a single-step ethanol drop procedure to 22.5% ethanol in pH 6.0 citrate buffer had a mean vesicle size of $107 \pm 53$ nm but was a polydisperse formulation ($\chi^2 = 14.1$), and DNA encapsulation was only 17%. These results suggest an ideal range of ethanol concentration, referred to here as the "DNA encapsulation zone" (Fig. 2). In this zone, lipid bilayers efficiently form around the DNA particles. This same SPLP formulation can be prepared with similar DNA encapsulation efficiencies and vesicle size at a starting concentration of 80–100% ethanol. When encapsulation was attempted in 75% ethanol, DNA encapsulation decreased dramatically and mean particle size increased ($166 \pm 101$ nm, $\chi^2 = 4.5$), presumably as a result of reduced solubility of the lipid components prior to mixing (Fig. 4A). Clearly, vesicles formed by ethanol drop are exposed to variable ethanol concentrations with the first vesicles formed at lower ethanol concentrations, concentrations that preclude DNA encapsulation. This limitation of the ethanol drop method is more evident when at-



**Fig. 3.** Comparison of spontaneous vesicle formation by stepwise dilution to the ethanol drop method for encapsulating DNA. Lipids were dissolved in (A) 90% ethanol and diluted either stepwise to (B) 45% and (C) 22.5% ethanol, represented by the solid line, or (C) added dropwise into a stirred plasmid solution to a final ethanol concentration of 22.5%, represented by the dotted line.



**Fig. 4.** Effects of (A) initial ethanol concentration and (B) pH on DNA encapsulation at the vesicle formation step. (A) The initial ethanol concentration in the lipid solution was varied, while the pH of the plasmid solution was kept constant at pH 5.0. (B) The pH of the plasmid solution was varied while the ethanol concentration was kept constant at 90%. DNA trapping efficiencies for the SPLP samples were determined after the dilution step with 300 mM NaCl, 20 mM citrate, pH 6.0. Data represent mean SD.

tempting to prepare large-scale SPLP preparations. In this case, it also becomes difficult to achieve rapid mixing of ethanol with larger volumes of DNA solution. This limitation may contribute to low encapsulation efficiencies observed when we attempted to scale this method (data not shown).

An important feature of the SPLP prepared here is the titratable cationic lipid DODMA. This lipid has an apparent $pK_a$ of 6.8 in a lipid bilayer (as determined by TNS assay) and while predominantly uncharged at physiologic pH, possesses a positive charge under acidic conditions that is thought to promote the association of DODMA-containing bilayer fragments with negatively charged DNA. Because DNA hydrolyzes when incubated under acidic conditions (20), we varied the pH of the initial DNA buffer to determine the ideal pH for maximizing DNA encapsulation while minimizing DNA degradation. Predictably, DNA encapsulation efficiency dropped dramatically at mixing buffer pH values above 5 (Fig. 4B). The vesicles sizes changed little over the pH range 3 to 7 ($110 \pm 37$ nm to $122 \pm 55$ nm), thus the pH of 5.0 was selected for the initial step of this process.

While developing the encapsulation approach described here, it was determined that the addition of a second dilution step increased the in-process stability of SPLP and at the same time increased the extent of DNA encapsulation from 60% to 70% seen after the initial mixing step to 80–90%. The pH and salt concentration of the dilution buffer were varied to determine the optimal conditions for promoting the increase in DNA encapsulation (Fig. 5). Dilution buffer containing 300 mM NaCl with pH adjusted from pH 4 to 10 was

GSK-PBM-00877681



**Fig. 5.** Effect of varying (A) pH and (B) ionic strength on DNA encapsulation. Following the formation of SPLP by SVF. (A) The pH of the dilution buffer was varied while keeping the ionic strength of the diluted sample constant at 150 mM NaCl. (B) The ionic strength of the dilution buffed was varied while keeping the pH of the dilution buffer constant at pH 6.0. The dilution buffers possessed twice the concentration of the target NaCl concentration for the diluted sample (e.g., the dilution buffer was 300 mM NaCl, to achieve a salt concentration of 150 mM after dilution). Data represent mean SD.



**Fig. 6.** SPLP prepared by spontaneous vesicle formation protect DNA from digestion by DNase 1. Lanes: Stability of free plasmid DNA, free plasmid in the presence of liposomes, and plasmid encapsulated in SPLP in the presence of DNase I. Each sample consisted of 1 μg of DNA and was incubated with either 500 U of DNase 1 (+) or without DNase 1 (−) at 37°C for 1 h prior to analysis by gel electrophoresis.

evaluated. Optimal DNA encapsulation was observed at buffer pH values of 4 to 6 (Fig. 5A). Above pH 6, DNA encapsulation diminished until there was no enhancement at pH 8 or above. This effect is thought to be a result of the net charge on the DODMA in the SPLP. The dilution buffer was set at pH 6.0 with citrate, and the optimal ionic strength of the dilution buffer was determined (Fig. 5B). Interestingly, dilution in 20 mM citrate buffer at pH 6.0 without NaCl yielded no additional DNA encapsulation compared to the mixed SPLP sample, suggesting that a simple reduction of ethanol concentration and shift in pH from 5.0 to 6.0 is insufficient to increase DNA encapsulation. Increasing the NaCl concentration in the dilution buffer to 300 mM resulted in an increase in DNA encapsulation to 90%. As the NaCl concentration in the dilution buffer was increased beyond 300 mM, the DNA encapsulation efficiency was reduced. In the presence of NaCl, supercoiled DNA is known to adopt a more compact structure (21). Therefore, the dilution step may be increasing DNA encapsulation by causing the DNA to adopt a more compact structure, increasing the charge density and providing more efficient association with lipid bilayer fragments that assemble to become liposomes containing DNA. Based on these observations, a dilution buffer of 300 mM NaCl with 20 mM citrate pH 6.0 was chosen for SPLP formation.

The ability of SPLP prepared by SVF to protect encapsulated DNA was tested by incubating with DNase I (Fig. 6). Naked DNA was completely degraded by DNase treatment. DNA mixed with empty vesicles with the same lipid composition as SPLP was also completely degraded, indicating that lipid alone did not interfere with the activity of the DNase.

DNA in the SPLP sample showed no sign of degradation, indicating that the DNA is completely protected. A similar result was seen previously for SPLP prepared by detergent dialysis (7).

## Liposome Formulations Prepared by Spontaneous Vesicle Formation

SPLP or empty vesicles similar in lipid composition to SPLP were prepared by SVF and analyzed for particle size, DNA and lipid content. Empty liposomes prepared by SVF had mean vesicle diameter of 120 ± 11 nm, $\chi^2 = 0.3$, and a narrower size distribution than SPLP (101 ± 37 nm, $\chi^2 = 0.7$). The efficiency of DNA encapsulation for SPLP prepared by SVF was 88% prior to free DNA removal and 96% in the final sterile filtered sample and following the free DNA removal step. For this formulation, the starting DNA:lipid ratio was 45 μg DNA/μmol lipid while the DNA:lipid ratio in the final filtered sample was 40 μg DNA/μmol, indicating that the ratio of encapsulated DNA to lipid remains constant throughout the formulation process. For small-scale SPLP formulation (<10 mg starting DNA), 50–60% recoveries of both encapsulated plasmid and lipid are typical in the final sterile filtered sample. Apart from the loss of unencapsulated DNA (8–15%), the major sources of product loss are holdup in the ultrafiltration cartridges and sterile filters. When encapsulating plasmid DNA at larger scale (>100 mg plasmid DNA), we routinely achieve DNA yields of 75%, as the in-process holdup losses represent a smaller proportion of the starting material. SPLP samples have been prepared with plasmid DNA concentrations as high as 9 mg/ml DNA. A variety of lipid compositions have been used to prepare SPLP using the SVF method, and plasmids varying in size from 4.4 to 15 kb have been encapsulated using a lipid com-

GSK-PBM-00877682

position containing a range of tertiary and quaternary cationic lipids, including DODAP and DODAC.

It was of considerable interest to determine whether SVF could be used to prepare liposomes suitable for the encapsulation of small-molecule drugs. Vesicles consisting of EPC:Chol (55:45 mol%) were also prepared by SVF. These vesicles possessed a mean particle diameter of 92 ± 41 nm, $\chi^2 = 1.7$, well within the typical size range of vesicles prepared by hydration from a lipid film followed by repeated extrusion through 100-nm polycarbonate membranes (22,23).

The morphologies of liposomes prepared by SVF were analyzed by Cryo-TEM (Fig. 7). Cryo-TEM has been used extensively to study liposome morphology, including DNA-lipid complexes (24). As reported previously, SPLP prepared by detergent dialysis are predominantly unilamellar (Fig. 7B) (7). SPLP and vesicles prepared by SVF are morphologically distinct from the unilamellar vesicles prepared by detergent dialysis or by extrusion (23). SPLP prepared using SVF appear to have three distinct particle morphologies: unilamellar vesicles similar in appearance to SPLP prepared by detergent dialysis; as well as bilamellar or oligolamellar vesicles that are more abundant and smaller than the unilamellar



**Fig. 7.** Cryo transmission electron microscopy of SPLP. (A) SPLP prepared by detergent dialysis. (B) SPLP prepared by stepwise ethanol dilution. (C) Vesicles as in (B) but prepared without DNA. Scale bars = 200 nm.

vesicles; and small dense particles (Fig. 7B). These dense particles have a narrow size range and appear to possess membrane structures. The 15% DODMA vesicles prepared by SVF have a very uniform bilamellar morphology (Fig. 7C). Many of these vesicles also exhibit protrusions of the outer bilayers that were not observed when the vesicles were prepared in the presence of DNA. DNA appears to play an important role in determining the morphology of SPLP. It may be that, in SPLP, the titratable cationic lipid DODMA in the inner bilayer is in contact with the DNA, effecting particle morphology in a manner that is not evident in the empty vesicles. Furthermore, higher concentrations of DODMA in the outer bilayer may make the empty vesicles more fusogenic, a property that has been described for analogous vesicles containing DODAP (19). Vesicles with tubular protrusions have previously been observed by cryo-TEM and attributed to an asymmetric distribution of the anionic lipid dioleoylphosphatidylglycerol (DOPG) between the outer and inner faces of the lipid bilayer in response to a transmembrane pH gradient (25), a mechanism that may be responsible for the structures observed in Fig. 7C.

Bilamellar structures were also very common for the EPC:Chol vesicles (data not shown). The lipophilic cation safranin O was next used to determine whether SVF could be used to prepare EPC:Chol vesicles possessing a transmembrane pH gradient. Liposomes possessing transmembrane pH gradients (acidic inside) have been used to encapsulate doxorubicin, vincristine, and other lipophilic amino-containing drugs within liposomes (26). Safranin O is taken up by model membrane systems in response to a membrane potential and is a useful tool to measure pH gradients across liposome membranes (27). When EPC:Chol vesicles were formulated with citrate buffer at pH 4, they demonstrated a significant increase in safranin O uptake of the cationic dye safranin (55% encapsulation efficiency) as compared to similar vesicles formulated with PBS pH 7.4 (9% encapsulation). Although the conditions for uptake were not optimized, this experiment clearly demonstrates that liposomal formulations possessing a pH gradient can be prepared by SVF.

### Animal Studies with SPLP

Extended circulation lifetime is a prerequisite for disease site targeting and gene expression at distal tumor sites. To determine the clearance properties of SPLP, we prepared SPLP labeled with ³H-CHE by SVF and evaluated their behavior in mice. At 24 h after intravenous administration, 40% of the injected dose was still present in the plasma, yielding a SPLP plasma half-life of 13 h (Fig. 8A). This plasma clearance profile was comparable to DOPE:DODAC:PEG-CerC$_{20}$ SPLP that demonstrated a 10 h circulation half-life in mice (12). The accumulation of SPLP at distal tumor sites was significant, with 8% of the injected dose per gram of tumor accumulating 24 h after administration (Fig. 8B). Other tissues exhibited high levels of SPLP accumulation including the spleen, liver, adrenal glands, and small intestine each accumulating 44%, 26%, 14%, and 12% of the injected SPLP dose per gram of tissue, respectively (data not shown). Although, SPLP accumulation in these nontarget tissues was quite high, gene expression in these tissues was consistently two to three orders of magnitude lower than the tumor tissue, consistent with previous observations using SPLP prepared by detergent

Efficient Liposomal Encapsulation of Plasmid DNA                                                    369



**Fig. 8.** *In vivo* (A) plasma clearance and (B) tumor accumulation of SPLP prepared by spontaneous vesicle formation. Each mouse received a single intravenous injection of 100 μg SPLP DNA. Error bars given as standard errors; n = 4 to 5.

dialysis. Figure 9 illustrates a direct comparison of tumor gene expression following intravenous administration of SPLP prepared by detergent dialysis and SVF, demonstrating that both methods yield particles with very similar patterns of luciferase gene expression over a 7-day period. Gene expression was highest 72 h after treatment with either preparation.

## DISCUSSION

Controlled stepwise mixing has the advantage of maintaining an accurately and consistently mixed product throughout a process, facilitating scale-up of those processes that are



**Fig. 9.** *In vivo* luciferase gene expression following intravenous administration of SPLP prepared by spontaneous vesicle formation and detergent dialysis. Each mouse received a single intravenous injection of 100 μg SPLP DNA. Data for SPLP prepared with detergent dialysis and stepwise dilution are represented by open and solid circles, respectively. Error bars given as standard errors, n = 4.

sensitive to concentration effects. A significant benefit of the SVF method reported here is that it facilitates the rapid preparation of SPLP, allowing formulation development to proceed at a much faster pace than previous methods. Where it previously took 5 days to prepare a preclinical batch of SPLP by detergent dialysis (10), the same SPLP formulation can be prepared in a single day using this method. Spontaneous vesicle formation makes it possible to routinely prepare a large number of small-scale formulations (1 to 5 mg DNA) in a day, facilitating the accelerated optimization of formulation composition (e.g., lipid ratios, plasmid content) and process parameters (e.g., pH, ionic strength).

Spontaneous vesicle formation represents an effective solution to the issues confounding SPLP preparation by detergent dialysis (7) or using ethanol-destabilized cationic liposomes (9). For the detergent dialysis approach, liposomes encapsulating DNA are formed using a 48-h dialysis step. Vesicle formation is very sensitive to the rate of detergent removal, and attempts to convert this dialysis step to a more rapid and scalable tangential flow process have failed (data not shown). The DNA trapping efficiency of the detergent dialysis process is quite low. Unencapsulated DNA, as well as empty liposomes, need to be removed from the formulation to give an acceptable DNA/lipid ratio. Although the removal of free DNA is straightforward, empty liposomes are removed using sucrose density ultracentrifugation (10), a step that is difficult to scale. Unlike the detergent dialysis approach, preparing SPLP using ethanol destabilized cationic liposomes does not require gradual detergent removal or ultracentrifugation steps (9). However, this method requires the formation of cationic vesicles prior to the encapsulation of DNA. The formation of vesicles by ethanol drop with an optional vesicle size reduction by extrusion through polycarbonate membrane filters is considerably more complicated and time consuming than the method described here. Once cationic liposomes of the desired size have been prepared, they need to be destabilized by ethanol addition to 40% v/v. Destabilization of vesicles with ethanol requires very slow addition of ethanol to a rapidly mixing aqueous suspension of cationic lipids to avoid localized areas of high ethanol concentration (>50% v/v) that would promote fusion and conversion of liposomes into large lipid structures (9). The addition of nucleic acid (oligonucleotide or DNA) must then be accomplished, again slowly, in a dropwise manner. The uncontrolled nature of both the vesicle destabilization and nucleic acid addition steps certainly poses challenges for reproducibly preparing SPLP at a scale suitable for preclinical evaluation.

Neutral lipid complexes with 80% DNA encapsulation have previously been prepared by mixing DOPC/DOPE vesicles (1:1 molar ratio) with ethanol and calcium, followed by dialysis (28). Although these particles were under 200 nm and had longer *in vivo* circulation times than cationic lipid-DNA complexes, they accumulated predominantly in the liver and showed very little tumor accumulation. Numerous other approaches have been used to encapsulate plasmid in lipid particles, including reverse phase evaporation, ether injection, and the dehydration of DNA lipid complexes and subsequent rehydration (Table I). This dehydration and rehydration of plasmid lipid vesicles (DRV) produces particles greater than 500 nm that are not suitable for systemic delivery of genes but may show promise as DNA-based vaccines (29).

GSK-PBM-00877684

Jeffs *et al.*

**Table I.** Procedures for Encapsulating Plasmid in Lipid-Based Systems

| Procedure | Lipid composition and molar proportions | Length of DNA | Trapping efficiency[a] | DNA-to-lipid ratio[a] | Diameter |
|---|---|---|---|---|---|
| Reverse-phase evaporation (30) | PS or PS:Chol (50:50) | SV40 DNA | 30–50% | <4.2 $\mu$g/$\mu$mol | 400 nm |
| Reverse-phase evaporation (31) | PC:PS:Chol (40:10:50) | 11.9 kb plasmid | 13–16% | 0.23 $\mu$g/$\mu$mol | 100 nm to 1 $\mu$m |
| Reverse-phase evaporation (32) | PC:PS:Chol (50:10:40) | 8.3 kb, 14.2 kbp plasmid | 10% | 0.97 $\mu$g/$\mu$mol | ND |
| Reverse-phase evaporation (33) | EPC:PS:Chol (40:10:50) | 3.9 kb plasmid | 12% | 0.38 $\mu$g/$\mu$mol | 400 nm |
| Ether injection (34) | EPC:EPG (91:9) | 3.9 kb plasmid | 2–6% | <1 $\mu$g/$\mu$mol | 0.1 to 1.5 $\mu$m |
| Ether injection (35) | PC:PS:Chol (40:10:50) PC:PG:Chol (40:10:50) | 3.9 kb plasmid | 15% | 15 $\mu$g/$\mu$mol | ND |
| Detergent dialysis (36) | EPC:Chol:stearylamine (43.5:43.5:13) | Sonicated genomic DNA (approx. 250,000 MW) | 11% | 0.26 $\mu$g/$\mu$mol | 50 nm |
| Detergent dialysis, extrusion (37) | DOPC:Chol:oleic acid or DOPE:Chol:oleic acid (40:40:20) | 4.6 kb plasmid | 14–17% | 2.25 $\mu$g/$\mu$mol | 180 nm (DOPC) 290 nm (DOPE) |
| Lipid hydration (38) | EPC:Chol (65:35) or EPC | 3.9 kb, 13 kb plasmid | ND | ND | 0.5 to 7.5 $\mu$m |
| Dehydration-rehydration, extrusion (400 or 200 nm filters) (39) | Chol:EPC:PS (50:40:10) | ND | ND | 0.83 $\mu$g/$\mu$mol (200 nm) 1.97 $\mu$g/$\mu$mol (400 nm) | 142.5 nm (200 nm filter) 54.6 nm (400 nm filter, ultracentrifugation) |
| Dehydration-rehydration (40) | EPC | 2.96 kb, 7.25 kb plsmid | 35–40% | 2.65–3.0 $\mu$g/$\mu$mol | 1–2 $\mu$m |
| Dehydration-rehydration (DRV) for DNA vaccines (29) | PC:DOPE:DOTAP various DOTAP molar ratios | pRc/CMV HBS 5.6 kb | 94–97% | 2.5–4.2 $\mu$g/$\mu$mol | 580–700 $\mu$m |
| Sonication (in the presence of lysozyme) (41) | Asolectin (soybean phospholipids) | 1.0 kb linear DNA | 50% | 0.08 $\mu$g/$\mu$mol | 100–200 nm |
| Sonication (42) | EPC:Chol:lysine-DPPE (55:30:15) | 6.3 kb ssDNA 1.0 kb dsRNA | 60–95% ssDNA 80–90% dsRNA | 13 $\mu$g/$\mu$mol ssDNA; 14 $\mu$g/$\mu$mol dsRNA | 100–150 nm |
| Spermidine-condensed DNA, sonication, extrusion (43) | EPC:Chol:PS (40:50:10) EPC:Chol:EPA (40:50:10) or EPC:Chol:CL (50:40:10) | 4.4 kb, 7.2 kb plasmid | 46–52% | 2.53–2.87 $\mu$g/$\mu$mol | 400–500 nm |
| Ca$^{2+}$-EDTA entrapment of DNA-protein complexes (44) | PS:Chol (50:50) | 42.1 kbp bacteriophage | 52–59% | 22 $\mu$g/$\mu$mol | ND |
| Freeze-thaw extrusion (45) | POPC:DDAB (99:1) | 3.4 kb linear plasmid | 17–50% | ND | 80–120 nm |
| SPLP-detergent dialysis (7) | DOPE:PEG-Cer:DODAC (84:10:6) | 4.4 to 10 kb plasmid | 60–70% | 62.5 $\mu$g/$\mu$mol (after removal of empty vesicles) | 75 nm (QELS); 65 nm (freeze-fracture) |
| Ethanol-Ca$^{2+}$ destabilization (28) | DOPC:DOPE (50:50) (20:45:10:25) | pCMV-CAT 4.4 kb | 70–80% | 5 $\mu$g/$\mu$mol | 160 nm (QELS) |
| Ethanol destabilization (9) | DSPC:Chol:PEG-CerC$_{14}$:DODAP (20:45:10:25) | pCMV-Luc 5.7 kb | 70% | 22.6 $\mu$g/$\mu$mol | ND |
| SPLP detergent dialysis (46) | (PEG-DSG or POD):DOTAP:DOPE (20:11:69) | pCMV-Gal, pCMV-Luc, pCMV-GFP | Up to 46% | 20 $\mu$g/$\mu$mol | 53–60 nm (QELS) |
| SPLP-ethanol dilution (this work) | Various | 4.4 to 15 kb plasmid | 80–95% | 40–45 $\mu$g/$\mu$mol | 100–150 nm (QELS) |

ND, not determined.

[a] Some values calculated based on presented data.

GSK-PBM-00877685

The simplicity of the stepwise dilution method to prepare rapidly liposomes of desirable size and encapsulate DNA with high efficiency is thought to result from the precise control of the conditions that lipids enter the aqueous environment and self arrange into lipid bilayer fragments and then liposomes. A common feature of liposomes formed by SVF is the abundance of bilamellar structures. Although we offer no explanation for why this occurs, it appears that this morphology has no effect on the stability or activity of SPLP *in vivo*. This method may also be an attractive alternative to the preparation of liposomes by extrusion (22). The fact that liposomes possessing transmembrane pH gradients can be prepared by SVF, as demonstrated by safranin O uptake, indicates that similarly prepared vesicles could be loaded with lipophilic cationic drugs such as doxorubicin and vincristine (26,27).

Using this SVF method, we have prepared a 225 mg DNA batch of SPLP from start (dissolution of lipids) to finish (sterile filtration) in one working day. The properties of SPLP manufactured at this scale were equivalent to those prepared at 1/10 or 1/100 of this scale using smaller process steps. To date, an appreciable hurdle preventing the development of systemic nonviral gene delivery has been achieving predictable and controlled manufacture of stable systems. This hurdle has been overcome: SPLP batches containing up to 5 g of DNA have been prepared using this approach and are now under clinical evaluation.

## ACKNOWLEDGMENTS

We dedicate this work to Cory Giesbrecht, 1972–2003, our valued colleague and friend. We thank James Heyes for preparing DODMA, DODAC, PEG-CerC$_{20}$, and PEG-S-DSG; Kevin McClintock for animal studies; Jay Petkau for preparing the pCMVluc plasmid; and Catherine Simmons for assisting with the preparation of the manuscript.

## REFERENCES

1. I. MacLachlan, P. Cullis, and R. W. Graham. Progress towards a synthetic virus for systemic gene therapy. *Curr. Opin. Mol. Ther.* **1**:252–259 (1999).
2. A. Gabizon, H. Shmeeda, and Y. Barenholz. Pharmacokinetics of pegylated liposomal doxorubicin: review of animal and human studies. *Clin. Pharmacokinet.* **42**:419–436 (2003).
3. A. H. Sarris, F. Hagemeister, J. Romaguera, M. A. Rodriguez, P. McLaughlin, A. M. Tsimberidou, L. J. Medeiros, B. Samuels, O. Pate, M. Oholendt, H. Kantarjian, C. Burge, and F. Cabanillas. Liposomal vincristine in relapsed non-Hodgkin's lymphomas: early results of an ongoing phase II trial. *Ann. Oncol.* **11**:69–72 (2000).
4. L. D. Mayer, R. Nayar, R. L. Thies, N. L. Boman, P. R. Cullis, and M. B. Bally. Identification of vesicle properties that enhance the antitumour activity of liposomal vincristine against murine L1210 leukemia. *Cancer Chemother. Pharmacol.* **33**:17–24 (1993).
5. N. L. Boman, M. B. Bally, P. R. Cullis, L. D. Mayer, and M. S. Webb. Encapsulation of vincristine in liposomes reduces its toxicity and improves its anti-tumor efficacy. *J. Liposome Res.* **5**:523–541 (1995).
6. M. S. Webb, T. O. Harasym, D. Masin, M. B. Bally, and L. D. Mayer. Sphingomyelin-cholesterol liposomes significantly enhance the pharmacokinetic and therapeutic properties of vincristine in murine and human tumour models. *Br. J. Cancer* **72**:896–904 (1995).
7. J. J. Wheeler, L. Palmer, M. Ossanlou, I. MacLachlan, R. W. Graham, Y. P. Zhang, M. J. Hope, P. Scherrer, and P. R. Cullis. Stabilized plasmid-lipid particles: construction and characterization. *Gene Ther.* **6**:271–281 (1999).
8. P. Tam, M. Monck, D. Lee, O. Ludkovski, E. Leng, K. Clow, H. Stark, P. Scherrer, R. W. Graham, and P. R. Cullis. Stabilized plasmid lipid particles for systemic gene therapy. *Gene Ther.* **7**:1867–1874 (2000).
9. N. Maurer, K. F. Wong, H. Stark, L. Louie, D. McIntosh, T. Wong, P. Scherrer, S. C. Semple, and P. R. Cullis. Spontaneous entrapment of polynucleotides upon electrostatic interaction with ethanol-destabilized cationic liposomes. *Biophys. J.* **80**:2310–2326 (2001).
10. D. B. Fenske, I. MacLachlan, and P. R. Cullis. Stabilized plasmid-lipid particles: a systemic gene therapy vector. *Methods Enzymol.* **346**:36–71 (2002).
11. I. M. Hafez, S. Ansell, and P. R. Cullis. Tunable pH-sensitive liposomes composed of mixtures of cationic and anionic lipids. *Biophys. J.* **79**:1438–1446 (2000).
12. M. A. Monck, A. Mori, D. Lee, P. Tam, J. J. Wheeler, P. R. Cullis, and P. Scherrer. Stabilized plasmid-lipid particles: pharmacokinetics and plasmid delivery to distal tumors following intravenous injection. *J. Drug Target.* **7**:439–452 (2000).
13. P. L. Felgner, T. R. Gadek, M. Holm, R. Roman, H. W. Chan, M. Wenz, J. P. Northrop, G. M. Ringold, and M. Danielsen. Lipofection—a highly efficient, lipid-mediated DNA-transfection procedure. *Proc. Natl. Acad. Sci. U. S. A.* **84**:7413–7417 (1987).
14. H. C. Birnboim and J. Doly. A rapid alkaline extraction procedure for screening recombinant plasmid DNA. *Nucleic Acids Res.* **7**:1513–1523 (1979).
15. J. Sambrook, E. F. Fritsch, and T. Maniatis. In N. Ford, C. Nolan, and M. Ferguson (eds.), *Molecular Cloning,* Cold Spring Harbor Laboratory Press, New York, 1989, pp. 1.38–31.39.
16. S. Hirota, C. T. de Ilarduya, L. G. Barron, and F. C. J. Szoka. Simple mixing device to reproducibly prepare cationic lipid-DNA complexes (lipoplexes). *Biotechniques* **27**:286–290 (1999).
17. C. H. Fiske and Y. Subbarow. The colorimetric determination of phosphorus. *J. Biol. Chem.* **66**:375–400 (1925).
18. E. G. Bligh and W. J. Dyer. A rapid method of total lipid extraction and purification. *Can. J. Biochem. Physiol.* **37**:911–917 (1959).
19. A. L. Bailey and P. R. Cullis. Modulation of membrane fusion by asymmetric transbilayer distributions of amino lipids. *Biochemistry* **33**:12573–12580 (1994).
20. R. Thomas. The denaturation of DNA. *Gene.* **135**:77–79 (1993).
21. T. Schlick, B. Li, and W. K. Olson. The influence of salt on the structure and energetics of supercoiled DNA. *Biophys. J.* **67**:2146–2166 (1994).
22. L. D. Mayer, M. J. Hope, and P. R. Cullis. Vesicles of variable sizes produced by a rapid extrusion procedure. *Biochim. Biophys. Acta* **858**:161–168 (1986).
23. B. L. Mui, P. R. Cullis, E. A. Evans, and T. D. Madden. Osmotic properties of large unilamellar vesicles prepared by extrusion. *Biophys. J.* **64**:443–453 (1993).
24. M. Almgren, K. Edwards, and G. Karlsson. Cryo transmission electron microscopy of liposomes and related structures. *Colloids and Surfaces A: Physiochemical and Engineering Aspects* **174**:3–21 (2000).
25. B. L. Mui, H. G. Dobereiner, T. D. Madden, and P. R. Cullis. Influence of transbilayer area asymmetry on the morphology of large unilamellar vesicles. *Biophys. J.* **69**:930–941 (1995).
26. E. Maurer-Spurej, K. F. Wong, N. Maurer, D. B. Fenske, and P. R. Cullis. Factors influencing uptake and retention of amino-containing drugs in large unilamellar vesicles exhibiting transmembrane pH gradients. *Biochim. Biophys. Acta* **1416**:1–10 (1999).
27. M. B. Bally, M. J. Hope, C. J. A. Van Echteld, and P. R. Cullis. Uptake of safranine and other lipophilic cations into model membrane systems in response to a membrane potential. *Biochim. Biophys. Acta* **812**:66–76 (1985).
28. A. L. Bailey and S. M. Sullivan. Efficient encapsulation of DNA plasmids in small neutral liposomes induced by ethanol and calcium. *Biochim. Biophys. Acta* **1468**:239–252 (2000).
29. Y. Perrie and G. Gregoriadis. Liposome-entrapped plasmid DNA: characterisation studies. *Biochim. Biophys. Acta* **1475**:125–132 (2000).
30. R. Fraley, S. Subramani, P. Berg, and D. Papahadjopoulos. Introduction of liposome-encapsulated SV-40 DNA into cells. *J. Biol. Chem.* **255**:10431–10435 (1980).

GSK-PBM-00877686

31. P. Soriano, J. Dijkstra, A. Legrand, H. Spanjer, D. Londos-Gagliardi, F. Roerdink, G. Scherphof, and C. Nicolau. Targeted and non-targeted liposomes for in vivo transfer to rat liver cells of plasmid containing the preproinsulin I gene. *Proc. Natl. Acad. Sci. USA* **80**:7128–7131 (1983).

32. M. Nakanishi, T. Uchida, H. Sugawa, M. Ishiura, and Y. Okada. Efficient introduction of contents of liposomes into cells using HVJ (sendai virus). *Exp. Cell Res.* **159**:399–409 (1985).

33. A. Cudd and C. Nicolau. Intracellular fate of liposome encapsulated DNA in mouse liver: analysis using electron microscope autoradiography and subcellular fractionation. *Biochim. Biophys. Acta* **845**:477–491 (1985).

34. R. T. Fraley, C. S. Fornari, and S. Kaplan. Entrapment of a bacterial plasmid in phospholipid vesicles: potential for gene therapy. *Proc. Natl. Acad. Sci. USA* **76**:3348–3352 (1979).

35. C. Nicolau and S. Rottem. Expression of beta-lactamase activity in Mycoplasma carpicolum transfected with the liposome-encapsulated E. coli pBR32 plasmid. *Biochim. Biophys. Res. Comm.* **108**:982–986 (1982).

36. J. C. Stavridis, G. Deliconstantinos, M. C. Psallidopoulos, N. A. Armenakas, D. J. Hadjiminas, and J. Hadjiminas. Construction of transferrin-coated liposomes for in vivo transport of exogenous DNA to bone marrow erythroblasts in rabbits. *Exp. Cell Res.* **164**:568–572 (1986).

37. C. Y. Wang and L. Huang. pH-sensitive immunoliposomes mediate target cell-specific delivery and controlled expression of a foreign gene in mouse. *Proc. Natl. Acad. Sci. USA.* **84**:7851–7855 (1987).

38. P. F. Lurquin. Entrapment of plasmid DNA by liposomes and their interactions with plant protoplasts. *Nucleic Acids Res.* **6**:3773–3784 (1979).

39. S. F. Alino, M. Bobadilla, M. Garcia-Sanz, M. Lejarreta, F. Unda, and E. Hilario. In vivo delivery of human alpha 1-antitrypsin gene to mouse hepatocytes by liposomes. *Biochim. Biophys. Res. Comm.* **192**:174–181 (1993).

40. M. Baru, J. H. Axelrod, and I. Nur. Liposome-encapsulated DNA-mediated gene transfer and synthesis of human factor IX in mice. *Gene.* **161**:143–150 (1995).

41. D. G. Jay and W. Gilbert. Basic protein enhances the incorporation of DNA into lipid vesicles: model for the formation of primordial cells. *Proc. Natl. Acad. Sci. USA* **84**:1978–1980 (1987).

42. C. Puyal, P. Milhaud, A. Bienvenue, and J. R. Philippot. A new cationic liposome encapsulating genetic material. A potential delivery system for polynucleotides. *Eur. J. Biochem.* **228**:697–703 (1995).

43. M. Ibanez, P. Gariglio, P. Chavez, R. Santiago, C. Wong, and I. Baeza. Spermidine-condensed DNA and cone-shaped lipids improve delivery and expression of exogenous DNA transfer by liposomes. *Biochem. Cell Biol.* **74**:633–643 (1996).

44. J. Szelei and E. Duda. Entrapment of high molecular mass DNA molecules in liposomes for the genetic transformation of animal cells. *Biochem. J.* **259**:549–553 (1989).

45. P. A. Monnard, T. Oberholzer, and P. L. Luisi. Entrapment of nucleic acids in liposomes. *Biochim. Biophys. Acta-Biomembr.* **1329**:39–50 (1997).

46. J. S. Choi, J. A. MacKay, and F. C. Szoka. Low-pH-sensitive PEG-stabilized plasmid-lipid nanoparticles: Preparation and characterization. *Bioconjugate Chem.* **14**:420–429 (2003).

GSK-PBM-00877687