# JA-009

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GLAXOSMITHKLINE BIOLOGICALS SA and GLAXOSMITHKLINE LLC, | |
| Plaintiffs, | |
| v. | Civil Action No. 24-cv-512-GBW |
| PFIZER INC., PHARMACIA & UPJOHN CO. LLC, BIONTECH SE, BIONTECH MANUFACTURING GMBH, and BIONTECH US INC., | |
| Defendants. | |
| GLAXOSMITHKLINE BIOLOGICALS SA and GLAXOSMITHKLINE LLC, | |
| Plaintiffs, | |
| v. | Civil Action No. 24-cv-1135-GBW Civil Action No. 24-cv-1136 (GBW) |
| MODERNA, INC., MODERNATX, INC., and MODERNA US, INC., | |
| Defendants. | |

**REPLY CLAIM CONSTRUCTION DECLARATION OF
M. LAIRD FORREST, PH.D.**

**TABLE OF CONTENTS**

**Page**

I.   INTRODUCTION ..................................................................................................1

II.  ADDITIONAL MATERIALS CONSIDERED .................................................1

III. ADDITIONAL BACKGROUND ON THE TECHNOLOGY ..........................2

    A.   Nucleic Acid-Containing "Liposomes" Exhibit Diverse Morphologies ................2

        1.   Jeffs 2005 ..............................................................................................2

        2.   Maurer 2001 ..........................................................................................6

    B.   Jeffs 2005, Maurer 2001, and Other References Cited in the Asserted Patents Apply "Liposome" to All Nucleic Acid-Containing Amphiphilic Lipid Vesicle Morphologies ..................................................................................11

    C.   Amphiphilic Lipids Form Bilayers in Aqueous Media...........................................14

    D.   Hydrophilic Nucleic Acids Reside In Aqueous Compartments .............................20

IV.  RESPONSES TO DR. GREEN'S AND DR. ANCHORDOQUY'S OPINIONS.............26

    A.   The Level of Ordinary Skill in the Art....................................................................26

    B.   "Liposome[s]"..........................................................................................................27

        1.   Defendants' Cited Evidence Makes Clear "Liposome" Must Be Construed in Context ..................................................................................28

        2.   Defendants' Constructions Do Not Align with the Usage of "Liposome[s]" in the Asserted Patents .......................................................32

        3.   GSK's Construction Aligns with the Usage of "Liposome[s]" in the Asserted Patents ................................................................................35

        4.   "Encapsulating" Is Not Needed In Any Construction of "Liposome" Given the Rest of the Claim Language ..................................36

    C.   "Encapsulat[ed/ing]"...............................................................................................37

        1.   The Parties Appear To Agree the mRNA Resides Within an Aqueous Compartment that is Separated from the External Medium by a Lipid Bilayer, but Disagree on the Requirements of the Bilayer and the Aqueous Compartment. .............................................38

        2.      Defendants' Experts' Proposed Extra Verbiage Is Both
                Inappropriate and Unnecessary in Context .................................................39

    D.      Conclusion .........................................................................................................40

V.      RESERVATION OF RIGHTS ...........................................................................................40

I, M. Laird Forrest, Ph.D., declare as follows:

## I.    INTRODUCTION

77.    I have been asked to respond to the opinions set out in the January 29, 2026, Claim Construction Declarations of Jordan Green, Ph.D.[1] ("Green Declaration" or "Green Decl.") and the January 29, 2026, and February 2, 2026 (corrected version), Claim Construction Declaration of Thomas Joseph Anchordoquy, Ph.D.[2] ("Anchordoquy Declaration" or "Anchordoquy Decl."). In doing so, I provide additional background on the technology and inventions of the Asserted Patents.

78.    For purposes of ease of citation, I have used exhibit numbering[3] and paragraph numbering[4] that continues from my December 18, 2025, Opening Claim Construction Declarations ("24-1135 Op. Decl."; "24-1136 Op. Decl."; "25-512 Op. Decl."; collectively "Opening Declarations" or "Op. Decls.").

## II.    ADDITIONAL MATERIALS CONSIDERED

79.    In preparing this declaration, I have relied upon my education, experience, and training, as summarized in my opening declaration and *curriculum vitae* (**Exhibit 1**). I have also considered the Green Declaration and the Anchordoquy Declaration and the exhibits to those

---

[1] Jordan Green, Ph.D., offered a declaration on behalf of the defendants in the 24-1135 and 24-1136 matters (collectively, "Moderna").

[2] Thomas Joseph Anchordoquy, Ph.D., offered a declaration on behalf of the defendants in the 25-112 matter (collectively, "PBNT"). The paragraph numbering was not changed between the original and corrected versions, so my citations herein apply to both versions.

[3] Each of my Opening Declarations included 9 exhibits, 8 of which were identical across the actions, as was the technology background appendix ("Op. Decls. Appx.") provided with each declaration.

[4] My 25-112 Opening Declaration ended with paragraph 76. My 24-1135 and -1136 Opening Declarations ended at lower paragraph numbers.

1

declarations, and the other materials cited herein and/or listed in the attached supplemental list of materials considered (**Exhibit 10**).[5]

## III.   ADDITIONAL BACKGROUND ON THE TECHNOLOGY

### A.   Nucleic Acid-Containing "Liposomes" Exhibit Diverse Morphologies

80.   In my opening declarations, I cited and excerpted the description in the Asserted Patents of the ethanol dilution method for preparing the lipid formulations of the invention.[6]  As I noted, the Asserted Patents reference two earlier publications for the method: Jeffs 2005 (**Exhibit 9**) and Maurer 2001[7] (**Exhibit 11**).

#### 1.   Jeffs 2005

81.   The abstract from Jeffs 2005 is reproduced in full, below.[8]

*Purpose.* A fully scalable and extrusion-free method was developed to prepare rapidly and reproducibly stabilized plasmid lipid particles (SPLP) for nonviral, systemic gene therapy.
*Methods.* Liposomes encapsulating plasmid DNA were formed instantaneously by mixing lipids dissolved in ethanol with an aqueous solution of DNA in a controlled, stepwise manner. Combining DNA-buffer and lipid-ethanol flow streams in a T-shaped mixing chamber resulted in instantaneous dilution of ethanol below the concentration required to support lipid solubility. The resulting DNA-containing liposomes were further stabilized by a second stepwise dilution.
*Results.* Using this method, monodisperse vesicles were prepared with particle sizes less than 200 nm and DNA encapsulation efficiencies greater than 80%. In mice possessing Neuro 2a tumors, SPLP demonstrated a 13 h circulation half-life *in vivo*, good tumor accumulation and gene expression profiles similar to SPLP previously prepared by detergent dialysis. Cryo transmission electron microscopy analysis showed that SPLP prepared by stepwise ethanol dilution were a mixed population of unilamellar, bilamellar, and oligolamellar vesicles. Vesicles of similar lipid composition, prepared without DNA, were also <200 nm but were predominantly bilamellar with unusual elongated morphologies, suggesting that the plasmid particle affects the morphology of the encapsulating liposome. A similar approach was used to prepare neutral egg phosphatidylcholine:cholesterol (EPC:Chol) liposomes pos-

---

[5] For the sake of completeness, I note that, contemporaneous with my preparation of these U.S. Declarations, I prepared and submitted expert declarations in proceedings in the United Patent Court ("UPC") in Europe on some overlapping issues.  I understand that certain of the Moderna, Pfizer, and BioNTech defendants are parties to both the U.S. and corresponding UPC actions and have already received my UPC Declarations.
[6] See 24-1135 Op. Decl. ¶ 48; 24-1136 Op. Decl. ¶ 47; 25-512 Op. Decl. ¶ 48.
[7] Maurer, N. *et al.*, "Spontaneous Entrapment of Polynucleotides upon Electrostatic Interaction with Ethanol-Destabilized Cationic Liposomes," *Biophys. J.* 80, 2310-26 (2001) ("**Maurer 2001**") ('467 patent, Reference 42; '770 patent, Reference 46; '475 patent, Reference 50; '422 Patent, Reference 41) (**Ex. 11**).  *See, e.g.*, '467 patent at 18:50-51; '770 patent at 25:65-66;'475 patent at 25:31-32; '422 patent at 29:16-17.
[8] See Jeffs 2005 (**Ex. 9**) at 362.

> sessing a pH gradient, which was confirmed by the uptake of the lipophilic cation safranin O.
> **Conclusions.** This new method will enable the scale-up and manufacture of SPLP required for preclinical and clinical studies. Additionally, this method now allows for the acceleration of SPLP formulation development, enabling the rapid development and evaluation of novel carrier systems.

82.     In this spontaneous vesicle formation ("**SVF**") method, the starting ethanol solution contained four different types of lipid: a zwitterionic lipid (DSPC); cholesterol; a tertiary amine ionizable lipid (DODMA); and a pegylated lipid (PEG-S-DSG-2K).[9] This was combined with an acidic aqueous pH 5.0 buffer solution of the plasmid.[10]

83.     When exposed to the acidic medium, DODMA becomes extensively protonated.[11] In that protonated state, DODMA's cationic tertiary amine group assembles around the polyanionic plasmid:

> These results suggest an ideal range of ethanol concentration, referred to here as the "DNA encapsulation zone" (Fig. 2). In this zone, lipid bilayers efficiently form around the DNA particles.
>
> * * *
>
> An important feature of the SPLP prepared here is the titratable cationic lipid DODMA.  This lipid … while predominantly uncharged at physiologic pH, possess[es] a positive charge under acidic conditions that is thought to promote the association of DODMA-containing bilayer fragments with negatively charged DNA.[12]

Below, I provide a simplified scheme to illustrate just the initial spontaneous association of the protonated cationic lipids with the anionic DNA (hydrophobic nucleating structures; see Section III.D., below) that occurs upon mixing of the ethanolic lipid solution with the acidic aqueous DNA solution.  The ionized cationic lipids are indicated with a + in the head group.  This illustration is not intended to represent any actual assemblage, simply the initial charge-charge association that

---

[9] See 24-1135 Op. Decl. ¶¶ 39 (DSPC), 34-35 (cholesterol), 43 (DODMA), 46 (PEG-DSG-2K); 24-1136 Op. Decl. ¶¶ 38 (DSPC), 33-34 (cholesterol), 42 (DODMA), 45 (PEG-DSG-2K); 25-512 Op. Decl. ¶¶ 39 (DSPC), 34-35 (cholesterol), 43 (DODMA), 46 (PEG-DSG-2K).
[10] I introduced plasmids in my Opening Declaration.  See Op. Decl. at ¶ 32.
[11] See 24-1135 Op. Decl. ¶¶ 42-45; 24-1136 Op. Decl. ¶¶ 41-44; 25-512 Op. Decl. ¶¶ 42-45.
[12] See, e.g., Jeffs 2005 (**Ex. 9**) at 366-68.

occurs.  As Jeffs 2005 explains, the initial complexes further assemble into various liposomal structures, the morphology of which varies and evolves over the course of the method (see also Section III.D., below).[13]



84.    The authors characterized this resulting mixture as containing "**stabilized plasmid lipid particles**" ("**SPLPs**") with approximately 60% DNA encapsulation.  These vesicles were then diluted in aqueous pH 6 buffer, reportedly increasing DNA encapsulation by the resulting SPLPs to 80 to 90%.  Unencapsulated polyanionic plasmid was then removed using a positively charged membrane filter.  The mixture was subsequently diluted with aqueous pH 7.4 (non-acidic) buffer followed by dialysis, neutralizing the DODMA and reducing the ethanol concentration to

---

[13] See, e.g., Jeffs 2005 (**Ex. 9**) at 364, 366-68.

less than 0.5%.[14]   Figure 7(B),[15] reproduced below, shows a "**cryo transmission electron micrograph**" ("**cryo-TEM**," a low-temperature transmission electron microscope image) of the resulting plasmid-containing lipid formulations.



85.    The diverse morphology of the resulting DNA-encapsulating formulations is characterized by the authors as follows:

> SPLP and vesicles prepared by SVF are morphologically distinct from the unilamellar vesicles prepared by detergent dialysis or by extrusion. *SPLP prepared using SVF appear to have three distinct particle morphologies: unilamellar vesicles similar in appearance to SPLP prepared by detergent dialysis; as well as bilamellar or oligolamellar vesicles that are more abundant and smaller than the unilamellar vesicles; and small dense particles* (Fig. 7B).  These dense particles have a narrow size range and appear to possess membrane structures.[16]
>
> * * *

---

[14] Jeffs 2005 (**Ex. 9**) at 369.
[15] Jeffs 2005 (**Ex. 9**) at 364.  The black scale bar is 200 nm.
[16] Jeffs 2005 (**Ex. 9**) at 368 (emphasis added).

> A common feature of liposomes formed by SVF is the abundance of bilamellar structures.[17]

The terms "**unilamellar**," "**bilamellar**," and "**oligolamellar**" convey whether a particle appears to possess one, two, or multiple lipid bilayer membranes,[18] respectively. These terms are commonly used when describing lipid membrane-possessing "**vesicles**." In the table below, I have provided a selection of particles from the above cryo-TEM images falling into each of these categories. Because the authors of Jeffs 2005 repeatedly call attention to the bilamellar vesicles that form, I have separated those images from other oligolamellar vesicles.

| unilamellar | bilamellar | oligolamellar (other than bilamellar) | dense |
|---|---|---|---|
| | | | |

### 2.    Maurer 2001

86.    The abstract from Maurer 2001 is reproduced in full, below[19]:

---

[17] Jeffs 2005 (**Ex. 9**) at 371. For clarity, I note that each *lamellar* structure (the dark lines) represents a *bilayer* of opposing lipids, such that *bilamellar* structures are two separated *bilayer* structures. The individual lipid monolayers of the bilayers are not resolved at this magnification.
[18] An alternative term used in the Asserted Patents and in Maurer 2001 (see below) to indicate liposomes with multiple lipid bilayer membranes is "multilamellar."
[19] Maurer 2001 (**Ex. 11**) at 2310.

ABSTRACT This study describes the effect of ethanol and the presence of poly(ethylene) glycol (PEG) lipids on the interaction of nucleotide-based polyelectrolytes with cationic liposomes. It is shown that preformed large unilamellar vesicles (LUVs) containing a cationic lipid and a PEG coating can be induced to entrap polynucleotides such as antisense oligonucleotides and plasmid DNA in the presence of ethanol. The interaction of the cationic liposomes with the polynucleotides leads to the formation of multilamellar liposomes ranging in size from 70 to 120 nm, only slightly bigger than the parent LUVs from which they originated. The degree of lamellarity as well as the size and polydispersity of the liposomes formed increases with increasing polynucleotide-to-lipid ratio. A direct correlation between the entrapment efficiency and the membrane-destabilizing effect of ethanol was observed. Although the morphology of the liposomes is still preserved at the ethanol concentrations used for entrapment (25–40%, v/v), entrapped low-molecular-weight solutes leak rapidly. In addition, lipids can flip-flop across the membrane and exchange rapidly between liposomes. Furthermore, there are indications that the interaction of the polynucleotides with the cationic liposomes in ethanol leads to formation of polynucleotide-cationic lipid domains, which act as adhesion points between liposomes. It is suggested that the spreading of this contact area leads to expulsion of PEG-ceramide and triggers processes that result in the formation of multilamellar systems with internalized polynucleotides. The high entrapment efficiencies achieved at high polyelectrolyte-to-lipid ratios and the small size and neutral character of these novel liposomal systems are of utility for liposomal delivery of macromolecular drugs.

87. In this method, the starting ethanol solution contained four different lipids: zwitterionic lipid DSPC; cholesterol; tertiary amine lipid 1,2-dioleoyl-3-dimethylaminopropane ("**DODAP**," illustrated, below in its neutral and protonated forms); and PEGylated lipid 1-*O*-[2′-(ω-methoxypolyethylene glycol)2000-succinoyl]-2-N-myristoylsphingosine ("**PEG-CerC$_{14}$-2K**," illustrated, below).



DODAP

PEG-CerC$_{14}$-2K

88. The ethanolic lipid solution was combined with an acidic aqueous pH 4.0 buffer (40:60 ethanol:buffer) and extruded through 100 nm filters to produce empty liposomes. DNA—

7

plasmids or single-stranded "**anti-sense oligodeoxynucleotides**"[20] ("**asODNs**") of 15- to 20-nucleotides—in acidic aqueous pH 4.0 buffer was added to the ethanolic liposome dispersion.[21] Subsequent dilution with aqueous pH 7.5 (non-acidic) buffer, dialysis to remove the ethanol, and removal of unencapsulated DNA by passage over charged separation media affords DNA-encapsulating lipid formulations.[22]  In later publications,[23] the Maurer 2001 authors referred to their nucleic acid-containing liposomes as "**stabilized antisense-lipid particles**" ("**SALPs**") or, more broadly, "**stabilized nucleic acid lipid particles**" ("**SNALPs**"), including in a treatise chapter that is cited in the Asserted Patents.[24]

89.     Figure 6(A), reproduced at top below, and Figure 7(A) and (B), reproduced at bottom, below, show cryo-TEMs of some of the asODN-containing lipid formulations.

---

[20] Anti-sense oligodeoxynucleotides are short (tens of nucleotides in length), length), single-stranded DNA.  They do not encode for any mRNA but rather typically serve to block or modulate the expression of endogenous mRNA sequences through complementary base pairing, followed by degradation of the bound mRNA in the asODN-mRNA complex.

[21] See Maurer 2001 (**Ex. 11**) at 2311, 2323.

[22] See Maurer 2001 (**Ex. 11**) at 2311.

[23] Fenske, D. B. et al., "Liposomal Nanomedicines: An Emerging Field," *Toxicol. Pathol.* 36, 21-29 (2008) ("**Fenske 2008a**") (**Ex. 12**) at 22; Fenske, D. B. et al., "Liposomal Nanomedicines," *Expert Opin. Drug. Deliv.* 5(1), 25-44 (2008) ("**Fenske 2008b**") (**Ex. 13**) at 35-36.

[24] Maurer, N. et al., "Encapsulation of Nucleic Acid-Based Therapeutics," in *Liposome Technology*, Gregoriadis G. ed., 3rd Ed., CRC Press (2010) Chapter 7 ("**Maurer 2010**") (**Ex. 14**) ('467 and '475 Patents, Reference 9; '770 Patent, Reference 4; '422 Patent, Reference 5) at 22.



90.      The authors noted the following about the "**morphological heterogeneity**"[25] and character of the resulting "unilamellar," "bi[lamellar]" and "**multilamellar**" (possessing multiple lipid membranes) "liposomes":

> Fig. 6 A is a cryo-TEM image of a sample with an entrapped oligonucleotide-to-lipid ratio of 0.13 mg/mg.  It shows that *unilamellar liposomes co-exist with bi-*

---

[25] Maurer 2001 (**Ex. 11**) at 2318 (emphasis added).

*and multilamellar liposomes.  … In some liposomes, the inter-bilayer binding is discontinuous and the outer membrane exhibits bulbs.*[26]

\* \* \*

FIGURE 7 Structural heterogeneity of liposomes encapsulating antisense oligonucleotides.  A sample prepared at an initial oligonucleotide-to lipid ratio of 0.28 mg/mg was fractionated in its component liposome populations by ultracentrifugation on a sucrose step gradient.  The morphology of the liposomes in the two main fractions was determined by cryo-TEM.  The oligonucleotide-to-lipid ratios in these fractions were 0.2 mg/mg (A) and 0.32 mg/mg (B), respectively.  *The fraction with the lower oligonucleotide-to-lipid ratio consists exclusively of bilamellar liposomes (A).  Most of these liposomes exhibit bulbs, and the binding of the bilayers is discontinuous.  The fraction with the higher entrapped oligonucleotide-to-lipid ratio consists of a mixture of bi- and multilamellar liposomes (B)*.  Bars, 100 nm.[27]

\* \* \*

*To confirm that the oligonucleotides were encapsulated and localized in the aqueous interior of the liposomes, 5mM MnSO₄ was added to the external solution ….  These data clearly demonstrate that the oligonucleotide is entrapped in the liposomes and not simply associated with the external membrane.*[28]

\* \* \*

*The use of a cationic lipid with a protonable [sic] headgroup allows dissociation of aggregates and multilamellar structures with nonconcentric bilayer shells such as bilayer stacks ….*[29]

In the table, below, I have placed a representative selection of "liposomes" from the above cryo-TEM image.  Here as well, because the authors of Maurer 2001 repeatedly call attention to "bulb"-containing bilamellar vesicles that form, I have separated those images from other multilamellar vesicles.

---

[26] Maurer 2001 (**Ex. 11**) at 2318 (emphasis added).  I noted that in these images, many of the lipid bilayers are sufficiently visually resolved to show individual opposing lipid monolayers.
[27] Maurer 2001 (**Ex. 11**) at 2321 (emphasis added).
[28] Maurer 2001 at (**Ex. 11**) 2317 (emphasis added).
[29] Maurer 2001 at (**Ex. 11**) 2317 (emphasis added).



| unilamellar | bilamellar with "bulb" | multilamellar (other than bilamellar) |
|---|---|---|

**B.      Jeffs 2005, Maurer 2001, and Other References Cited in the Asserted Patents Apply "Liposome" to All Nucleic Acid-Containing Amphiphilic Lipid Vesicle Morphologies**

91.      The authors of Jeffs 2005 refer to all of their observed morphologically diverse nucleic acid-containing amphiphilic lipid formulations as "liposomes" throughout, for example in the discussion of the impact on NaCl salt concentration in the aqueous phase on percent DNA encapsulation:

> In the presence of NaCl, supercoiled DNA is known to adopt a more compact structure. Therefore the dilution step may be increasing DNA encapsulation by causing the DNA to adopt a more compact structure, increasing the charge density and providing more efficient association with lipid bilayer fragments that assemble to become *liposomes* containing DNA.[30]

---

[30] Jeffs 2005 (**Ex. 9**) at 367 (emphasis added).

11

and in the penultimate paragraph of the Discussion section:

> The simplicity of the stepwise dilution method to prepare rapidly liposomes of desirable size and encapsulate DNA with high efficiency is thought to result from the precise control of the conditions that lipids enter the aqueous environment and self arrange into lipid bilayer fragments and then *liposomes*.[31]

In a patent application from the same research team, also cited in the Asserted Patents, they again refer to nucleic-acid containing vesicles prepared using the Jeffs 2005 method as "liposomes" throughout.[32]

92.    Similarly, as is plain from the text excerpted earlier (see ¶ 90), the authors of Maurer 2001 also refer to their nucleic acid-containing vesicles as "liposomes." The same research team, also in a patent application referenced in some of the Asserted Patents, again referred to nucleic-acid containing amphiphilic lipid vesicles prepared using the Maurer 2001 method as "liposomes" throughout.[33]

93.    Some of the Asserted Patents also cite WO807[34] (**Exhibit 17**), a patent application from Novartis that shares an inventor with the Asserted Patents, and which provides an example of the application of the four-lipid method based on Jeffs 2005 and Maurer 2001 to produce nucleic acid-containing lipid vesicles. In the context of this example, the inventors state:

> [**00696**] Various nucleic acid replicons, each about 10,000 nucleotides long, are delivered in *liposomes* as described below. Nucleic acid is encapsulated in *liposomes made essentially by the methods of Jeffs et al. (2005) Pharmaceutical Research 22 (3):362-372 and Maurer et al. (2001) Biophysical Journal, 80: 2310-2326*.

---

[31] Jeffs 2005 (**Ex. 9**) at 371 (emphasis added).

[32] Intl. PCT Appl. Pub. WO 2005/121348 ("**WO348**") ('467 and '770 patents, Reference 2; '475 patent, Reference 7; '422 patent, Reference 3) (**Ex. 15**), *passim*.

[33] Intl. PCT Appl. Pub. WO 2009/086558 ("**WO558**") ('467 patent, Reference 4; '422 patent, Reference 32) (**Ex. 16**), *passim*.

[34] Intl. PCT Appl. Pub. WO 2011/076807 ("**WO807**") ('467 Patent, Reference 5) (**Ex. 17**).

[**00697**] Reference *liposomes* are made of 10% DSPC (zwitterionic, i.e., neutral lipid), 40% DlinDMA (cationic lipid), 48% cholesterol (helper lipid) and 2% PEG-conjugated DMG (stealth lipid). …

[**00698**] Briefly, lipids are dissolved in ethanol (2ml), replicon is dissolved in buffer (2ml, 100mM sodium citrate, pH 6) and these are mixed with 2ml of buffer followed by 1 hour of equilibration. The mixture is diluted with 6ml buffer then filtered. The resulting product contained *liposomes*, with ~95% encapsulation efficiency.[35]

This use of "liposome" is consistent with the construction set out in my Opening Declarations and discussed further, below.

94.    In 2010, the POSA would have had no reason to question or reject this usage of "liposome." For example, Mozafari 2010[36] (**Ex. 5**), a chapter in a 2010 treatise also cited in the Asserted Patents, summarizes the basic components of any liposome, and explains that they may have a single bilayer or multiple bilayers, that the bilayers may be concentric or nonconcentric:

The word liposome derives from two Greek words, lipos (fat) and soma (body or structure), meaning *a structure in which a fatty envelope encapsulates internal aqueous compartment(s)*. Liposomes (also known as bilayer lipid vesicles) are ideal models of cells and biomembranes. … Liposomes are composed of *one or more concentric or nonconcentric lipid and/or phospholipid bilayers* and can contain other molecules such as proteins in their structure. *They can be single or multilamellar, with respect to the number of bilayers they contain, and can accommodate hydrophilic, lipophilic and amphiphilic compounds in their aqueous and/or lipid compartments*.[37]

The POSA would have considered this description consistent with the use of the term in the Asserted Patents.

---

[35] WO807 (**Ex. 17**) (emphasis added).

[36] Mozafari, M. R. et al., "Nanoliposomes: Preparation and Analysis," in *Liposomes Methods and Protocols Volume 1: Pharmaceutical Nanocarriers*; Weissig, V., Ed.; Humana Press: New York (2010) ('467 and '475 patents, Reference 8; '770 patent, Reference 3; '422 patent, Reference 4), Chapter 2 ("**Mozafari 2010**") (**Exhibit 5**).

[37] Mozafari 2010 (**Ex. 5**) at 30 (emphasis added).

13

### C.    Amphiphilic Lipids Form Bilayers in Aqueous Media

95.    Although "lipid bilayer" is not a term recited in any of the asserted claims, the defendants' experts have used the term in connection with their opinions on how certain features of the "liposomes" of the Patents would have been understood by the POSA. I address those statements later (Section IV.B.), but provide technical background relevant to my opinions in this section.

96.    As a matter of first principles, the POSA would have understood at the Priority Date that a "lipid bilayer" refers to an arrangement of two monolayers of amphiphilic lipids in which the hydrophilic portions interface with water and the hydrophobic portions interface with other hydrophobic structures.

97.    This basic articulation reflects the fundamental behavior of amphiphilic lipids in aqueous media responsible for the formation of liposomes and cell membranes. As I previously explained, in an aqueous environment, amphiphilic lipids line up such that only the hydrophilic portions interface with water (on both sides of the membrane) and the hydrophobic portions interface with other hydrophobic ("lipidic") structures.[38]    There is no apparent disagreement between me and either of the defendants' experts on this foundational point:

> [**Anchordoquy Decl. ¶ 59 (emphasis added):**] Amphiphilic lipids are often thought of as being composed of a hydrophilic "head" and a hydrophobic "tail." DSPC is one example of an amphiphilic lipid. ***The "head" of a DSPC molecule is charged and readily interacts with water while the "tail" of DSPC is uncharged and avoids interacting with water.*** [Image removed.]    As a result, amphiphilic lipids tend to form bilayers in water. The illustration below demonstrates how a lipid bilayer is composed of two coordinating layers of lipids, called a bilayer. ***The red dots represent the hydrophilic heads, which face into the aqueous environment, either the exterior of the liposome or aqueous core. The hydrophobic tails (green) are contained within the hydrophobic/oily center of the bilayer.***

---

[38] *See* 24-1135 Op. Decl. ¶¶ 34-36; 24-1136 Op. Decl. ¶¶ 33-35; 25-512 Op. Decl. ¶¶ 34-36.

[**Green Decl. ¶ 30 (emphasis added):**] Amphiphilic lipids are lipids (such as phospholipids and cationic lipids) that have a hydrophilic (i.e., water loving or water soluble) head group region and a hydrophobic (water repelling or water insoluble) tail region. … Amphiphilic lipids are capable of associating together in an aqueous solution to form various structures, including a lipid bilayer. *In a lipid bilayer structure, the amphiphilic lipids line up so that the hydrophilic head groups contact the aqueous solution on both sides of the lipid bilayer.* The hydrophobic tails are sandwiched in between in a tail-to-tail configuration ….

98.     WO348 (**Exhibit 15**), a patent application referenced in the Asserted Patents and involving the same research team that published Jeffs 2005, makes the following statements that set out the preceding principle:

[**0058**] The term "vesicle-forming lipid" is intended to include any amphipathic lipid having a hydrophobic moiety and a polar head group, and which by itself can form spontaneously into bilayer vesicles in water, as exemplified by most phospholipids.

[**0059**] The term "vesicle-adopting lipid" is intended to include *any amphipathic lipid that is stably incorporated into lipid bilayers in combination with other amphipathic lipids, with its hydrophobic moiety in contact with the interior, hydrophobic region of the bilayer membrane, and its polar head group moiety oriented toward the exterior, polar surface of the membrane.* …

[**0060**] The term "amphipathic lipid" refers, in part, to any suitable material wherein *the hydrophobic portion of the lipid material orients into a hydrophobic phase, while the hydrophilic portion orients toward the aqueous phase.* Amphipathic lipids are usually the major component of a lipid vesicle.[39]

The POSA would have been well-aware of these concepts.

99.     As Maurer 2001 expressly states, the bilayers in multilamellar liposomes need not be concentric or continuous. For example, as the authors observed: "*In some liposomes, the inter-bilayer binding is discontinuous and the outer membrane exhibits bulbs*."[40] In other words, an aqueous core within a liposome need not be enclosed by a continuous bilayer, as bilayers may be discontinuous yet part of a single liposome structure. This is consistent with the well-understood

---

[39] WO348 (**Ex. 15**) (emphasis added).
[40] Maurer 2001 (**Ex. 11**) at 2318 (emphasis added).

15

ability of single and multilamellar liposomes to accommodate hydrophilic, lipophilic and amphiphilic compounds in one or more concentric or non-concentric bilayers, as noted in Mozafari 2010.[41]

100.    Within the liposomal bilayers, the lipid (hydrophobic) surfaces of the amphiphilic lipid monolayers need not directly interface with each other; and as Mozafari 2010 notes, liposomes "can accommodate hydrophilic, lipophilic and amphiphilic compounds in their aqueous and/or lipid compartments."[42]   For example, in all mammalian cells, neutral (uncharged) lipids lacking a hydrophilic portion intercalate (embed within) the bilayer.  Elevated levels of neutral lipids, such as triacylglycerols (esters comprising glycerol and three fatty acids)—the main constituent of fat—and cholesterol esters, also intercalate freely and diffuse within bilayers. During synthesis of fats, these lipids can accumulate within the bilayer to the point where they create a bulge.[43] This is illustrated, below, for the endoplasmic reticulum, where the majority of lipid synthesis occurs and lipid vesicles (or droplets) bud off from the membrane and serve to store lipids (e.g., in adipocytes) for cellular energy needs.[44]

---

[41] Mozafari 2010 (**Ex. 5**) at 30.

[42] Mozafari 2010 (**Ex. 5**) at 30.

[43] See, e.g., Martin, S. et al., "Lipid droplets: a unified view of a dynamic organelle," *Nat. Rev. Mol. Cell Biol.* published online 8 March 2006, DOI: 10.1038/nrm1912 ("**Martin 2006**") (**Ex. 18**), at 375; Walther, T. C. et al., "The life of lipid droplets," *Biochim. Biophys. Acta* 1791, 459-466 ("**Walther 2009**") (**Ex. 19**), at 461-62.

[44] Alberts, B. et al., *Molecular Biology of the Cell*, 5th ed.; Garland Science: New York (2008), Chapter 10 ("**Alberts 2008**") (**Ex. 20**), at 626.



101.    Dr. Green describes the analogous phenomenon at play in the delivery of hydrophobic drugs using liposomes.  As he states, "hydrophobic drugs will associate with the hydrophobic portion of the lipid bilayer, interspersed with the amphiphilic lipid(s) that make up the bilayer."[45]  Dr. Green also references CDER 2018[46] (**Exhibit 21**), nonbinding 2018 Guidance for Industry issued by the Center for Drug Evaluation and Research (CDER) at the Food and Drug Administration (FDA) on Liposome Drug Products, to support this basic understanding that hydrophobic drugs "intercalate" within the bilayer of liposomes.

102.    The localization of neutral ionizable tertiary amine lipids in nucleic acid-containing four-lipid vesicles is illustrated in a 2023 publication on a molecular dynamics simulation by researchers at Moderna.  In this study, a portion of a lipid bilayer comprising a zwitterionic lipid (DSPC), cholesterol, and three different molar percentages of ionizable tertiary amine lipid "Lipid-5"—1:1 protonated:neutral—was assembled and allowed to equilibrate.  Consistent with the

---

[45] Green Decl. ¶ 39.

[46] Food and Drug Administration, "Liposome Drug Products Chemistry, Manufacturing, and Controls; Human Pharmacokinetics and Bioavailability; and Labeling Documentation Guidance for Industry," *Center for Drug Evaluation and Research*, Apr. 2018 ("**CDER 2018**") (**Ex. 21**) (Anchordoquy Decl. Ex. 6).

preceding discussion, the authors reported that the ionizable lipid, when protonated, "has a tendency to stay on the surface of the bilayer,"[47] while the neutral (deprotonated) form "tends to partition into the hydrophobic core of the bilayer"[48] where it "form[s] a disordered aggregate in the membrane interior that preferentially includes cholesterol."[49]  Figure 6, pasted below, shows "[m]olecular images from one of the simulated replicas of systems containing 10, 30, and 50%" ionizable tertiary amine lipid, "which are representative for low aggregation (A), intermediate (B), and high aggregation (C) states, respectively."[50]  "Protonated and neutral Lipid-5 are shown in red and cyan, respectively, with the nitrogen atom in each ionizable lipid highlighted in colored spheres.  The phosphorus atom of each DSPC is shown in orange.  Cholesterol molecules are represented in green."[51]

---

[47] Dehghani-Ghahnaviyeh, S., et al., "Ionizable Amino Lipids Distribution and Effects on DSPC/Cholesterol Membranes: Implications for Lipid Nanoparticle Structure," *J. Phys. Chem. B*, 127(31), 6928-6939 (2003) at 6931 ("**Dehghani-Ghahnaviyeh 2023**") (**Ex. 22**).

[48] Dehghani-Ghahnaviyeh 2023 (**Ex. 22**) at 6931.

[49] Dehghani-Ghahnaviyeh 2023 (**Ex. 22**) at 6928.

[50] Dehghani-Ghahnaviyeh 2023 (**Ex. 22**) at 6934.

[51] Dehghani-Ghahnaviyeh 2023 (**Ex. 22**) at 6934.



**Phosphate**  **Cholesterol**
**Lipid 5 protonated**  **Lipid 5 neutral**

103.    The authors note:

[F]or all the bilayer systems with different proportions of Lipid-5, we observed that protonated Lipid-5 has a tendency to stay on the surface of the bilayer [molecules shown in red] alongside the DSPC lipid molecules [molecules shown in orange]. *This observation was expected because the +1 charge [from protonation] in Lipid-5 increases the hydrophilicity of the molecules, keeping it on the surface of*

19

*the bilayer and inducing interactions with water and anions.* In contrast, the *deprotonated Lipid-5 tends to partition into the hydrophobic core of the bilayer [molecules represented in cyan], sandwiching between the upper and lower leaflets* ….[52]

[A]s the neutral ionizable aminolipid proportion increases and reaches a critical amount in the lipid bilayer, the membrane transitions to a high aggregation state (40 and 50% Lipid-5 systems), where we observe **a hydrophobic core formed by neutral Lipid-5 and cholesterol molecules** which is crucial for imparting stability to the LNP. Characterization of membrane bilayers simulated here shows that populating the lipid bilayer with more Lipid-5 decreases the modified order parameter of the lipid molecules, generating a disordered membrane which can ensure mRNA encapsulation.[53]

Thus, consistent with the fundamental thermodynamic principles noted previously, although the interface between the lipid monolayers may be discontinuous due to the presence of neutral lipids, there will always be an inner monolayer with the hydrophilic surface interfacing with an aqueous compartment and an outer monolayer with the hydrophilic surface interfacing with the external aqueous medium.

### D.  Hydrophilic Nucleic Acids Reside In Aqueous Compartments

104. Although "aqueous core" is also not a term in any asserted claim, the defendants' experts have made various statements regarding how such features of the "liposomes" of the Asserted Patents would have been understood by the POSA. I address those statements later but provide technical background relevant to my opinions in this section.

105. Nucleic acids are highly hydrophilic (water-loving). A major contributor to that property is the fact that every nucleotide contains a phosphate, and every phosphate is anionic.[54] Indeed, due to this polyanionic nature, water can be considered an integral part of nucleic acids, creating an organized, dense and persistent first hydration shell around the nucleic acid polymer,

---

[52] Dehghani-Ghahnaviyeh 2023 (**Ex. 22**) at 6931 (emphasis added).
[53] Dehghani-Ghahnaviyeh 2023 (**Ex. 22**) at 6937 (emphasis added).
[54] See Op. Decls. Appx. ¶ 3; Green Decl. ¶ 24; Anchordoquy Decl. ¶ 41; Joint Technology Tutorial ("**JTT**") at 5:30-8:00; December 12, 2025, JTT Booklet ("**JTT Booklet**") (**Ex. 23**) at 9, 10, 12.

further surrounded by a second and sometimes even a third hydration shell (each shell being increasingly less organized, dense and persistent).[55]  The figure below is useful to illustrate how dense hydration shells of water (black asymmetrical ovals) assemble around DNA (using a cross-section of the double helix, showing a single DNA base pair using a "ball and stick" representation).  RNA has an even greater extent of hydration around its backbone than DNA due to its extra 2'-ribose hydroxyl groups.



106.    Because of the extreme hydrophilic nature of nucleic acid polymers like DNA and mRNA that are assembled in cells or aqueous media, for all practical purposes, they are always in an aqueous environment.

107.    As far as I am able to tell from the defendants' expert declarations, both experts agree at least that the nucleic acid payload in a unilamellar or "concentric" multilamellar liposome

---

[55] See, e.g., Makarov, V. A. et al., "Solvation and hydration of proteins and nucleic acids: a theoretical view of simulation and experiment," *Acc. Chem. Res.* 35, 376-84 (2002) ("**Makarov 2002**") (**Ex. 24**) at 381-82 ("The hydration layers around DNA from computer simulations are easily visualized ….  The volume normalized distributions show that the water density is increased up to 6 times the bulk density in the first hydration layer near oxygen and nitrogen atoms and around twice the bulk density near carbon atoms.  Second and even third solvation shells can also be seen to contribute to a locally enhanced density of water out to 0.8-1.0 nm from the molecular surface of DNA.").

would be found within an "aqueous core."[56]  Neither expert offers an opinion on the nature of the local environment for any nucleic acid payload within the biphasic "bulb" vesicles or the "small dense" vesicles in Jeffs 2005 and Maurer 2001.  For the reasons just stated, the POSA would understand that the local environment of the hydrophilic nucleic acids in these formulations would necessarily be aqueous and not lipidic.  Moreover, for the reasons stated in the preceding section, each aqueous compartment would be enclosed by a lipid monolayer presenting its hydrophilic surface to that aqueous compartment as well as (at least) an outer monolayer presenting its hydrophilic surface to the external aqueous medium.  The fundamental organization that results in a lipid bilayer is thermodynamically mandated.

108.    This local environment of the nucleic acid payload in "dense" lipid vesicles (described as having "an electron dense core") formed from the four classes of lipids used in Jeffs 2005 and Maurer 2001 is illustrated in Leung 2012[57] (**Exhibit 25**), a molecular modeling simulation study by the group that published Maurer 2001.

109.    The authors of Leung 2012 intentionally used lower levels of zwitterionic lipid and higher levels of ionizable tertiary amine lipid than they had used in Maurer 2001, as they found it resulted in a greater percentage of dense vesicles of interest and a lower percentage of other multilamellar vesicles.  Representative cryo-TEM images of these liposomes reflecting this differential distribution of particle type were provided in Figure 3 of the Supporting Information, and are shown, below (S.I. Figure 3A: dense particles; S.I. Figure 3B: particles of diverse morphology as in Maurer 2001).

---

[56] See, e.g., Green Decl. ¶¶ 62, 78, 86-88, 99; Anchordoquy Decl. ¶¶ 54, 72, 79.

[57] Leung A.K.K. et al., "Lipid Nanoparticles Containing siRNA Synthesized by Microfluidic Mixing Exhibit an Electron-Dense Nanostructured Core," *J. Phys. Chem. C* 116, 18440-50 (2012) ("**Leung 2012**") (**Ex. 25**).



110.    The study and outcome are conveyed graphically in Figures 7 and 8. Figure 7.a. shows the starting point for the modeling—a "small box" comprising "a random configuration" of three of the four lipids (zwitterionic lipid in gray; cholesterol in pink; tertiary amine ionizable lipid in yellow; lipid polar moiety in cyan) and water (not shown) that served as "building block" for simulation of the interior of the liposome:



111.    Figure 8.c. shows a cross-section of the full simulated liposome following thermodynamic equilibration and coating with the PEGylated lipid (in violet) and Figure 8.d. shows a zoom in of one region:

23



112.    The authors explain that the nucleic acids reside in "*irregular water-filled cavities separated by bilayer membranes*."[58]   The nucleic acids are the red structures within the cyan regions.  The cyan regions are the hydrophilic surface of the monolayer that interfaces with each aqueous compartment enclosing the nucleic acids.  The authors state that the study results "explain how siRNA[59] encapsulation efficiencies approaching 100% can be achieved during the formulation process," through immediate initial "*association of cationic lipid with siRNA to form hydrophobic nucleating structures*"—as depicted in a simplified illustration in connection with the discussion of Jeffs 2005, above (Section III.A.1.)—followed by "*coating of the nucleating structures by remaining lipids*" during removal of ethanol[60]—as depicted in the below simplified illustration (using a plasmid payload for continuity with the earlier illustration).

---

[58] Leung 2012 (**Ex. 25**) at 18447 (emphasis added).

[59] Small interfering RNA ("**siRNA**") molecules are double-stranded and typically comprise around 20-25 base pairs and more commonly around 21-22 base pairs.  They do not encode for any protein but rather typically serve (after unwinding and intracellular modification) to silence the expression of endogenous mRNA sequences through complementary base pairing.

[60] Leung 2012 (**Ex. 25**) at 18448 (emphasis added).



113.    The authors conclude that, in the mature particles, the encapsulated nucleic acids are "located in internalized distorted inverted micelles complexed to cationic lipid, with remaining lipids organized around small internal aqueous compartments"[61] with the PEG lipids on the outer particle surface "with polymer chains oriented towards the solution."[62]    "Such structures are consistent with the electron dense core observed by cryo-TEM."[63]    In short, the nucleic acid payload is in an aqueous environment surrounded by the hydrophilic surface of an amphiphilic monolayer while the outer surface of the vesicle comprise an opposing monolayer with the hydrophilic surface presented to the external aqueous medium.    The "dense" particles are thus another example of possible morphology for multilamellar liposomes.

---

[61] Leung 2012 (**Ex. 25**) at 18448.
[62] Leung 2012 (**Ex. 25**) at 18447.
[63] Leung 2012 (**Ex. 25**) at 18449.

## IV.    RESPONSES TO DR. GREEN'S AND DR. ANCHORDOQUY'S OPINIONS

### A.    The Level of Ordinary Skill in the Art

114.    Dr. Green and Dr. Anchordoquy have each offered their own description of the background and skills of the hypothetical POSA:

> [**Green Decl. ¶ 17:**] [A] person of ordinary skill in the art relating to the patents on which I am providing opinions would have been part of a collaborative team of scientists and professionals from a variety of disciplines, including biology, biomedical engineering, chemical engineering, immunology, virology, vaccine development, clinical medicine, and mechanisms for delivering nucleic acids to subjects. The POSA would have had a graduate degree, such as a Ph.D., M.D., or M.S. and some work experience related to one or more of these disciplines. The person of ordinary skill in the art would have been able to draw on personal knowledge and experience, as well as the knowledge and experience of the team.

> [**Anchordoquy Decl. ¶ 65:**] [A] POSA would include a research team with (1) one or more researchers with an advanced degree and experience in the fields of nucleic acids, including RNA-mediated mechanisms and/or nucleic acid therapeutics, gene therapy, and modified mRNA, working with (2) one or more individuals with an advanced degree and experience in drug delivery of nucleic acid drugs, including lipid-based drug delivery systems, and (3) one or more individuals with an advanced degree and experience in vaccines and/or virology, molecular medicine, and/or infectious diseases.

Both of these descriptions assemble a wide range of disciplines, backgrounds, and skillsets, treating the hypothetical POSA as a hypothetical team. Given the limited context of the present disputes I have been asked to consider regarding specific claim terms concerning formulation concepts, herein I offer a description only of the qualifications of the hypothetical team member addressing formulation issues. To the extent later case issues implicate other members of the hypothetical team, I understand other experts will offer appropriate qualifications at that time.

115.    In my opinion, the POSA responsible for formulation would be part of a collaborative team that includes one or more individuals with a graduate degree (at least M.S.) in chemistry, biochemistry, biophysics, chemical engineering or a related field, and at least three years of experience involving formulation of biopharmaceuticals.

26

116.    Based on my understanding of the disciplines and experience level of the formulation team member within Dr. Green's and Dr. Anchordoquy's POSA descriptions, I meet the requisite qualifications.  Although my POSA differs in various respects from that envisioned by Drs. Anchordoquy and Green, on the issues presently in dispute, my opinions and conclusions would be the same regardless of which POSA definition the Court adopts.

### B.    "Liposome[s]"

117.    In this section, I offer my responses to Dr. Green and Dr. Anchordoquy on the meaning of "**liposome[s]**."

| Term | Moderna | PBNT | GSK |
|---|---|---|---|
| "**liposome[s]**"[64] | lipid **vesicle[s]** having a lipid bilayer **encapsulating** an aqueous core | lipid **particle[s]** having a lipid bilayer **encapsulating** an aqueous core | lipid **vesicle[s]** having a lipid bilayer **and** an aqueous core |

118.    Dr. Green's and Dr. Anchordoquy's Declarations raise a number of subsidiary disagreements on the scope of "**liposome**" that were neither explicit nor otherwise apparent from the defendants' proposed constructions.  The defendants' constructions appear to be an effort to import implicit limitations (in the sense that they are neither express in the text of the claims nor in the text proposed for adoption by the Court) into the "**liposomes**" of the claims.  I address those proposals, below.  As my analysis makes clear, I cannot reconcile the proposed implicit limitations with the language of the claims, the description within the specifications, and the liposome morphologies of the literature referenced in the Asserted Patents.  GSK's original construction remains the best match to the intrinsic record of the Asserted Patents.

---

[64] 240 Family, '475 patent (all asserted claims); 248 Family, '422 patent (all asserted claims); 242 Family, '770 patent (claims 11, 16, 110), '682, '862, '864, '482, '529 patents (all asserted claims).

### 1. Defendants' Cited Evidence Makes Clear "Liposome" Must Be Construed in Context

119. The defendants' experts largely look to carefully curated extrinsic sources to support their implicit limitations. At the center of this campaign are publications—not cited in the Asserted Patents and some of which post-date the priority filings—purportedly defining "**liposome**." Specifically, the defendants' experts look to these publications to import two main structural limitations: (1) "**spherical**" shape[65]; and (2) one or more "**concentric**" bilayers around a "**central**" aqueous compartment:

[**Fenske 2005**[66] (**Exhibit 26**) at 8:] [M]icroscopic closed membrane **spheres**" with "artificial membranes, referred to as liposomes, were found to consist of one or more lipid bilayers arranged **concentrically** about a **central** aqueous core.

[**Torchilin 2005**[67] (**Exhibit 27**) at 147:] Liposomes are **spherical**, self-closed structures formed by one or several **concentric** lipid bilayers with an aqueous phase inside and between the lipid bilayers.

[**CDER 2018** (**Exhibit 21**) at 2:] Liposomes are vesicles composed of a bilayer (uni-lamellar) and/or a **concentric** series of multiple bilayers (multi-lamellar) separated by aqueous compartments formed by amphipathic molecules such as phospholipids that **enclose** a **central** aqueous compartment.

[**EMA 2013**[68] (**Exhibit 28**) at 3:] Liposomes are classically described as artificially prepared vesicles composed of one or more **concentric** lipidic bi-layers **enclosing** one or more aqueous compartments."

[**MacLachlan 2008**[69] (**Exhibit 29**) at 237:] Liposomes are artificial vesicles made up of one or more bilayers of amphipathic lipid **encapsulating an equal number**

---

[65] See, e.g., Green Decl. ¶ 28; Anchordoquy Decl. ¶ 68.

[66] Fenske, D.B. et al., "Entrapment of Small Molecules and Nucleic Acid Based Drugs in Liposomes," in *Methods Enzymol.* 391, 7-40 (2005) ("**Fenske 2005**") (**Ex. 26**) (Anchordoquy Decl. Ex.7) at 8.

[67] Torchilin, V., "Recent Advances with Liposomes as Pharmaceutical Carriers," *Nat. Rev. Drug Discov.* 4, 145-160 (2005) ("**Torchilin 2005**") (**Ex. 27**) (Anchordoquy Decl. Ex. 13).

[68] European Medicines Agency, "Reflection Paper on the Data Requirements for Intravenous Liposomal Products Developed with Reference to an Innovator Liposomal Product," Feb. 2013 ("**EMA 2013**") (**Ex. 28**) (Anchordoquy Decl. Ex.5).

[69] MacLachlan, I., "Liposomal Formulations for Nucleic Acid Delivery," in *Antisense Drug Tech*, Crooke, S.T. ed., 2d Ed. (2008) Chapter 9 ("**MacLachlan 2008**") (**Ex. 29**) (Green Decl. Ex. 4).

28

**of aqueous compartments**.  [Note: Dr. Green interprets the text in red font as equivalent to "concentric."[70]]

[**IUPAC 2009 (Exhibit 4) at 989:**] Artificial **spherical** lipid bilayer droplet formed mainly from phospholipids having a core of water phase, small enough to form a relatively stable dispersion in aqueous media with potential use in drug delivery.

The defendants' experts rely on these definitions to characterize "**liposomes**" as being limited to "**spherical**" unilamellar or "**concentric**" multilamellar vesicles around a "**central**" aqueous core, which they illustrate as shown, below.



| unilamellar | multilamellar |
| --- | --- |
| **Dr. Anchordoquy (Moderna)** | |
| **Dr. Green (PBNT)** | |

---

[70] Green Decl. ¶¶ 37–38.



120.    Another structural requirement that Dr. Green repeatedly seeks to read into the

"**liposomes**" of the claims concerns a purported "**continuous**" nature of bilayers:

> [**Green ¶ 28:**] The amphiphilic lipids in a liposome form a **continuous,** and thus closed, lipid bilayer that completely surrounds an aqueous interior compartment, which is typically referred to and understood in the art as the "aqueous core" of the liposome.

> [**Green ¶ 31:**] In the context of liposomes, the amphiphilic lipids form a **continuous** closed lipid bilayer—a spherical shell that fully surrounds the interior space, as illustrated in the image at ¶ 28 above.

> [**Green ¶ 38:**] For clarity, the MLV depicted above has three concentric lipid bilayers including an innermost **continuous** lipid bilayer which encapsulates the aqueous core, and two other **continuous** lipid bilayers encapsulating separate aqueous compartments.

As far as I can determine, Dr. Green did not point to any publications or dictionaries to support

this theory in his Declaration.  I also did not see any similar proposal in Dr. Anchordoquy's

Declaration.

121.    Even before addressing the usage of "**liposome**" in the Asserted Patents—which is

not so restricted—it is apparent that the defendants' experts are cherry-picking from available

30

definitions.  For example, the excerpt below from a treatise dedicated to liposomes dispels any

misunderstanding that liposomes must be restricted to such simplistic representatives.

> [**Gruner 1987**[71] (**Exhibit 30**) **at 17:**] Liposomes are classified by whether the sequestered aqueous volume is enclosed by one (unilamellar) or more (multilamellar) bilayers.  Unilamellar vesicles are further divided into small unilamellar vesicles (SUV) and large unilamellar vesicles (LUV).  … *Multilamellar vesicles (MLV) refer not so much to a given morphology as to liposomes that are not unilamellar.*  In the most common usage, MLV refers to liposomes prepared by the classic Bangham et al. technique of rehydration of a thin lipid film that has been dried from a solvent solution such as chloroform.  *For a unilamellar liposome of a given composition, size and shape are the few morphological features that can vary.  However for multilamellar liposomes, the bilayers can compartmentalize the aqueous volume in an infinite number of ways.  The cartoon of an MLV as an onionlike arrangement of concentric spherical bilayers probably applies to only a few MLV.*  Multilamellar vesicles consist, for example, of an LUV or MLV enclosing a large number of SUV, of a honeycomb of compartments in which all the bilayer walls are continuously connected, or of accordionlike folds of bilayers enclosed in a bilayer skin.

A more concise articulation, but offering similar clarity, appears in a chapter of another treatise

dedicated to liposomes—a treatise that is cited in the Asserted Patents:

> [**Mozafari 2010** (**Exhibit 5**) **at 30:**] Liposomes are composed of *one or more concentric or non-concentric lipid and/or phospholipid bilayers* and can contain other molecules such as proteins in their structure.  They can be single or multilamellar, with respect to the number of bilayers they contain, a*nd can accommodate hydrophilic, lipophilic and amphiphilic compounds in their aqueous and/or lipid compartments*.

122.    At bottom, there is no single standardized plain and ordinary structural arrangement of "**liposomes**" applicable to every situation, whether at the priority date or today.  The POSA, familiar with the flexible usage of "liposome" in the field, would not have defaulted to any of the narrow definitions advanced by the defendants.  Rather, the POSA would have looked to the content of the Asserted Patents to gain an understanding of the intended breadth of "**liposome[s]**" in the claims.

---

[71] Gruner, S.M., "Materials Properties of Liposomal Bilayers," in *Liposomes – From Biophysics to Therapeutics*, Ostro M.J. ed., Marcel Dekker (1987), Chapter 1 ("**Gruner 1987**") (**Ex. 30**).

### 2. Defendants' Constructions Do Not Align with the Usage of "Liposome[s]" in the Asserted Patents

123. The exemplary method for liposome preparation set out in the Asserted Patents expressly directs the POSA to Jeffs 2005 and Maurer 2001. The "liposomes" (as they are referred to by the authors) in those references exhibit diverse morphologies. As discussed above, the POSA would reject any interpretation of "**liposome**" that restricted it to "**spherical**" vesicles with one (unilamellar) or more (multilamellar) "**concentric**" "**continuous**" bilayers around a "**central**" aqueous core. (See Section III.)

124. To help illustrate this point, reproduced below are some of the cryo-TEM images of liposomes from Jeffs 2005 and Maurer 2001. These liposomes do not match the simple theoretical cartoons proposed by Drs. Green and Anchordoquy, but reflect real-world liposome morphologies.



125. Plainly, the liposomes of those publications—both those referred to there as "unilamellar" and those referred to as "oligolamellar" or "multilamellar"—were not "**spherical**" by any reasonable measure of that term. Likewise, most of the oligo/multilamellar liposomes were not "**concentric**" in the manner that Drs. Green and Anchordoquy suggest and, consequently, do not have any "**central**" aqueous core.

126.    As for "**continuous**" bilayers, as explicitly stated in Maurer 2001, in many of the liposomes, "inter-bilayer binding is *discontinuous* and the outer membrane exhibits bulbs."  And as those authors later confirmed, the amphiphilic lipids do not form "**continuous**" bilayers in the dense particles either.  Rather, a single continuous *mono*layer of amphiphilic lipids interfaces with the external medium, and numerous separate (but individually continuous) *mono*layers interface with the internal aqueous compartments where the nucleic acids reside.  In these particles, therefore, there remains a bilayer between the aqueous compartments and the external medium, in the sense that there are always at least two monolayers (together, a bilayer) between the nucleic acid compartments and the external medium, but they are not "**continuous**" in the cartoonish manner proposed the defendants' experts.  (See Section III.)

127.    Understandably, Dr. Anchordoquy references doxorubicin-containing liposomes, as Doxil®, a liposomal doxorubicin formulation, was the first FDA-approved liposomal drug product:

> In a unilamellar liposome, a cargo, for example doxorubicin, is encapsulated within the aqueous core and thus fully enclosed within the lipid bilayer and protected from degradation.[72]

Although these liposomes were not prepared using the four-lipid method of the Asserted Patents, I agree with Dr. Anchordoquy that the POSA would have been familiar with literature on doxorubicin-containing liposomes.  Dr. Anchordoquy did not provide a reference to support the above statement, so I am not clear on how he is applying that description.  But a quick look at cryo-TEM images of various doxorubicin-containing liposomes[73] published by the priority date of the Asserted Patents shows tremendous morphological heterogeneity:

---

[72] Anchordoquy Decl. ¶ 72.
[73] Abraham, S.A. et al., "The Liposomal Formulation of Doxorubicin," *Methods in Enzymology* 391, 71-97 ("**Abraham 2005**") (**Ex. 31**) at 82.



If any of the liposomes in these images meet all the requirements suggested by the defendants' experts, it is just a few.

128.    To the extent the defendants' experts are suggesting that their various implicit limitations are coextensive with the textual discussion of "**liposomes**" in the Asserted Patents, that also fails.  That text is reproduced here, again, for convenience:

> Liposomal particles are usually divided into three groups:  multilamellar **vesicles** (MLV); small unilamellar **vesicles** (SUV); and large unilamellar **vesicles** (LUV). **MLVs have multiple bilayers in each vesicle, forming several separate aqueous compartments**.[74]

---

[74] *See, e.g.*, '467 patent at 3:16-25; *see also* '475 patent at 4:34-42; '422 patent at 5:3-12.

No reference is made to "**spherical**" shape or "**concentric**" "**continuous**" bilayers around "**central**" aqueous compartments. And, as the preceding section makes clear, the POSA would not have carried any such default understanding to the text here—liposomes come in all sorts of shapes and lamellar arrangements.

129. To be clear, as far as shape is concerned, the POSA would not have limited application of "**liposomes**" to "**spherical**" vesicles but would have understood it to apply regardless of shape. Likewise, as far as the internal organization of multilamellar vesicles is concerned, the POSA would not have limited application of "**liposome**" to those with "**concentric**" "**continuous**" bilayers around a "**central**" aqueous compartment but would have understood it to apply regardless of how the aqueous compartments, and bilayers, were arranged.

### 3. GSK's Construction Aligns with the Usage of "Liposome[s]" in the Asserted Patents

130. GSK's proposed construction captures the features common to all definitions introduced thus far—which reflect the minimum set of features satisfied by any liposome—and comfortably encompasses all of the liposomes to which the POSA is directed by the Asserted Patents:

[**GSK's construction:**] Lipid vesicle[s] having a lipid bilayer and an aqueous core.

131. Interestingly, this construction maps closely onto a definition from a reference listed among Dr. Anchordoquy's materials considered (although, conspicuously not recited in his declaration):

[**Stryer 1981**[75] (**Exhibit 32) at 213:**] Lipid vesicles (also known as liposomes) are aqueous compartments **enclosed** by a lipid bilayer.

---

[75] Stryer, L., *Biochemistry*, 2d Ed., 213-15 (**Ex. 32**) (Anchordoquy Decl. Ex. 12).

Notably, CDER 2002[76] (**Exhibit 33**), the 2002 draft of the CDER Guidance cited by Dr. Green

(CDER 2018, **Exhibit 21**), provided the following similar basic definition of "liposomes":

> [**CDER 2002** (**Exhibit 33**) at 2:] A liposome is a microvesicle composed of a bilayer of lipid amphipathic molecules **enclosing** an aqueous compartment.

Those basic articulations make no mention of "**spherical**" shape or of "**concentric**" "**continuous**"

bilayers around a "**central**" aqueous compartment.

132.    GSK's construction does not include the "**enclosed**" feature from these definitions

because, as explained in the next section, the claims already recite that feature via the

"**encapsulat[ed/ing]**" limitations.

### 4.    "Encapsulating" Is Not Needed In Any Construction of "Liposome" Given the Rest of the Claim Language

133.    As I set out in my Opening Declarations, I do not believe the POSA would require

"**encapsulating**" to be included in any statement construing just "**liposome**." There seems to be

some confusion on the part of the defendants' experts about my reasoning, so I will attempt to

explain the redundancy of their construction in a different way.

134.    In the asserted claims of relevance, "**liposome[s]**" appears in the claim phrase "**the

liposomes encapsulating at least half of the mRNA molecules**" or similar. As should be clear

from the extensive discussion of the fundamental features of liposomes set out earlier (Section III),

this full phrase describes the "**liposome**." That is, the additional language "**encapsulating at least

half of the mRNA molecules**" directly modifies "**the liposomes**" and makes plain that they are

"**encapsulating**" the mRNA. Thus, just following basic grammatical principles, RNA

"**encapsulati[on]**" is necessarily a feature of the claimed "**liposomes**."

---

[76] Food and Drug Administration, "Liposome Drug Products Chemistry, Manufacturing, and Controls; Human Pharmacokinetics and Bioavailability; and Labeling Documentation Draft Guidance," *Center for Drug Evaluation and Research*, Aug. 2002 ("**CDER 2002**") (**Ex. 33**).

### C.    "Encapsulat[ed/ing]"

135.    In this section, I offer my responses to Dr. Green and Dr. Anchordoquy on the meaning of various "**encapsulat[ed/ing]**" terms.

| Term | Moderna | PBNT | GSK |
|---|---|---|---|
| "**a liposome within which at least one ribonucleic acid (RNA) that encodes an immunogen of interest is encapsulated**"[77] | | at least one RNA that encodes an immunogen of interest **is present in an aqueous core separated from any external medium by the liposome's lipid bilayer** | No construction necessary: Plain and ordinary meaning, *i.e.*: a liposome **within which** at least one ribonucleic acid (RNA) that encodes an immunogen of interest **is enclosed** |
| "**the [liposomes / lipid particles / lipids] encapsulating at least half of the [first species of RNA molecules and at least half of the second species of] [m]RNA molecules**"[78] | lipid vesicles having a lipid bilayer encapsulating an aqueous core and in which at least half of the [m]RNA molecules **are in the aqueous core and separated from any external medium by the lipid bilayer** | at least half of the [mRNA molecules / first species of RNA and at least half of the second species of RNA] **are present in an aqueous core separated from any external medium by the [liposomes' / lipid particle's / lipids'] lipid bilayer** | No construction necessary: Plain and ordinary meaning, *i.e.*: the [liposomes / lipid particles / lipids] **enclosing** at least half of the [first species of RNA molecules and at least half of the second species of] [m]RNA molecules |

---

[77] 248 Family, '422 patent (all asserted claims).

[78] 240 Family, '475, '660 patents (all asserted claims); 243 Family, '693, '694, '6534, '401, '467, '3534 patents, '722 publication (all asserted claims); 242 Family, '770, '645, '861, '862, '864, '529, '482 patents, '638, '618 publications (all asserted claims).

| "at least half of the mRNA molecules are encapsulated"[79] | lipid vesicles having a lipid bilayer encapsulating an aqueous core and in which at least half of the mRNA molecules **are in the aqueous core and separated from any external medium by the lipid bilayer** | | No construction necessary: Plain and ordinary meaning, *i.e.*: at least half of the mRNA molecules **are enclosed within** the liposomes |
|---|---|---|---|

### 1. The Parties Appear To Agree the mRNA Resides Within an Aqueous Compartment that is Separated from the External Medium by a Lipid Bilayer, but Disagree on the Requirements of the Bilayer and the Aqueous Compartment.

136. From a review of Dr. Green's and Dr. Anchordoquy's discussions of the "**encapulat[ed/ing]**" terms, it seems to me that any true divergence from my views results from their desire to apply implicit limitations to the morphology of the "**liposome[s]**"—most notably, the implied "**continuous**" bilayer and "**central**" aqueous core requirement.

137. Looking past those disagreements, which go less to what "encapsulat[ed/ing]" means and more to what encapsulates what, I agree with the proposition reflected in the following exemplary statements that encapsulated mRNA is within an aqueous compartment that is separated from the external medium by a lipid bilayer:

> [**Green Decl. ¶ 87:**]  The specifications state that the encapsulated RNA is "separated from any external medium by the … lipid bilayer."  In other words, *the lipid bilayer physically separates the RNA in the aqueous core from the external medium*.  The specifications compare this separation to the physical separation in a natural virus, which also has *an outer layer surrounding a core*.  The specifications also explain that this type of encapsulation (i.e., 'encapsulation in this way'), whereby a lipid bilayer separates the RNA in the core from the external medium, 'has been found to protect RNA' from RNA digestive enzyme in the external medium.

---

[79] 242 Family, '682 patent (all asserted claims).

[**Anchordoquy Decl. ¶ 59:**]  In my opinion, the word "encapsulate" is consistently used in each of these contexts, and simply means that *both the aqueous core, and the RNA within, are fully surrounded by the lipid bilayer*."

[**Anchordoquy Decl. ¶ 72:**]  In a unilamellar liposome, *a cargo*, for example doxorubicin, *is encapsulated within the aqueous core and thus fully enclosed within the lipid bilayer and protected from degradation*.  In a multilamellar liposome, *the cargo is contained within one, or more than one of the aqueous compartments, and thus also fully enclosed with at least one lipid bilayer from the outside environment*.

[**Anchordoquy Decl. ¶ 80:**]  In any event, it is my opinion that *in the context of liposomal drug formulations, a POSA would understand both enclosing and encapsulating to mean that the lipid bilayer completely encircles the aqueous core*.  So, with that understanding, and in the context of the pictured liposome, *it is my opinion that a POSA would consider a construction substituting the word "enclosing" for "encapsulating" in Moderna's proposed construction (i.e. "lipid vesicles having a lipid bilayer enclosing an aqueous core") to be synonymous with that proposed by Moderna."*

Again, I disagree that any bilayer must be "**continuous**" in the manner proposed by Dr. Green or that the aqueous compartment must be "**central**" in the manner proposed by both Dr. Green and Dr. Anchordoquy.  (See above, Section IV.B.2.)  But I fail to spot any fundamental disagreements about the aqueous nature of the local environment of the mRNA or the understanding that that local environment is fully enclosed by and separated from the external medium by (at least) two opposing lipid monolayers (together, a bilayer).

### 2. Defendants' Experts' Proposed Extra Verbiage Is Both Inappropriate and Unnecessary in Context

138.  Both groups of defendants propose constructions that add references to the location of the mRNA—specifically "in an aqueous core" or similar—and the feature of the liposome that provides the encapsulation—specifically "the lipid bilayer."  These extraneous words should not be included in any construction, at a minimum, because the defendants' experts' proposed implicit narrow meanings for the terms—"**concentric**," "**continuous**" bilayer around a single "**central**" aqueous core—are incompatible with the intrinsic record.  (Section IV.B.2.)  The POSA also

39

would not need any additional words to fully understand "encapsule[ed/ing]": the POSA understands that the mRNA will necessarily be in an aqueous compartment due to its hydrophilicity (Sections III.D., IV.B.); every aqueous compartment will be surrounded by a monolayer of amphiphilic lipid (with the hydrophilic surface presented to the aqueous compartment) and every liposome will have a second monolayer of amphiphilic lipid interfacing with the external medium (with the hydrophilic surface presented to the external aqueous environment), together making up a bilayer (Sections III.C., IV.B.).

139.    As noted above, I see no disagreement that "in the context of liposomal drug formulations" (Anchordoquy Decl. ¶ 80)—context explicit in every asserted claim—"**enclosing**" is synonymous with "**encapsulating**."

### D.    Conclusion

140.    I understand that the defendants are no longer advancing their proposed constructions of terms that I addressed in my Opening Declarations other than "liposome[s]" and the "encapsulat[ed/ing]" terms.  For the reasons given above and in my Opening Declarations, I remain of the opinion that the plaintiffs' proposed constructions of the two types of terms discussed above best align with the intrinsic record and properly account for the context provided by the claims in which the disputed terms appear.

## V.    RESERVATION OF RIGHTS

141.    I reserve the right to modify or supplement my analysis or the bases for my opinions in light of any additional documents, depositions and other testimony, or other evidence that may become available as this litigation progresses.  I also reserve the right to respond to any further declarations, expert reports, or testimony submitted by or on behalf of Defendants.

40

I declare under penalty of perjury that the foregoing is true and correct.

Date: February 12, 2026

_Laird Forrest_

M. Laird Forrest, Ph.D.

41

# JA-009

# Exhibit 10

**Forrest Declaration**
**Materials Considered**

Maurer, N. *et al.*, "Spontaneous Entrapment of Polynucleotides upon Electrostatic Interaction with Ethanol-Destabilized Cationic Liposomes," *Biophys. J.* 80, 2310-26 (2001) ("**Maurer 2001**") [GSK-PBM-01145545 - 1145561]

Fenske, D. B. et al., "Liposomal Nanomedicines: An Emerging Field," *Toxicol. Pathol.* 36, 21-29 (2008) ("**Fenske 2008a**") [GSK-PBM-01145371 - 1145379

Fenske, D. B. et al., "Liposomal Nanomedicines," *Expert Opin. Drug. Deliv.* 5(1), 25-44 (2008) ("**Fenske 2008b**") [GSK-PBM-01145380 – 1145399]

Maurer, N. et al., "Encapsulation of Nucleic Acid-Based Therapeutics," in *Liposome Technology*, Gregoriadis G. ed., 3rd Ed., CRC Press (2010) Chapter 7 ("**Maurer 2010**") [GSK-PBM-01145562 - 1145578]

Intl. PCT Appl. Pub. WO 2005/121348 ("**WO348**") [GSK-PBM-01145638 - 1145755]

Intl. PCT Appl. Pub. WO 2009/086558 ("**WO558**") [GSK-PBM-01145756 - 1145925]

Intl. PCT Appl. Pub. WO 2011/076807 ("**WO807**") [GSK-PBM-01145926 - 1146122]

Gruner, S.M., "Materials Properties of Liposomal Bilayers," in *Liposomes – From Biophysics to Therapeutics*, Ostro M.J. ed., Marcel Dekker (1987), Chapter 1 ("**Gruner 1987**") [GSK-PBM-01145400 - 1145440]

2025-12-12 JTT Booklet [GSK-PBM-01145441 - 1145478]

Abraham, S.A. et al., "The Liposomal Formulation of Doxorubicin," *Methods in Enzymology* 391, 71-97 ("**Abraham 2005**") [GSK-PBM-01145217 - 1145243]

Alberts, B. et al., *Molecular Biology of the Cell*, 5th ed.; Garland Science: New York (2008), Chapter 10 ("**Alberts 2008**") [GSK-PBM-01145244 - 1145284]

Aldon Y. et al. "Immunogenicity of stabilized HIV-1 Env trimers delivered by self-amplifying mRNA," *Mol. Ther. Nucl. Acids* 25, 483-93 (2021) ("**Aldon 2021**") [GSK-PBM-01145033 - 1145045]

Brader M.L. et al., "Encapsulation state of messenger RNA inside lipid nanoparticles," *Biophysical J.* 120, 2766-70 (2021) ("**Brader 2021**") [GSK-PBM-01145046 - 1145058]

Food and Drug Administration, "Liposome Drug Products Chemistry, Manufacturing, and Controls; Human Pharmacokinetics and Bioavailability; and Labeling Documentation Draft Guidance," *Center for Drug Evaluation and Research*, Aug. 2002 ("**CDER 2002**") [GSK-PBM-01146123 – 1146137]

Dehghani-Ghahnaviyeh, S., et al., "Ionizable Amino Lipids Distribution and Effects on DSPC/Cholesterol Membranes: Implications for Lipid Nanoparticle Structure," *J. Phys. Chem. B*, 127(31), 6928-6939 (2003) at 6931 ("**Dehghani-Ghahnaviyeh 2023**") [GSK-PBM-01145303 - 1145323]

European Medicines Agency, "Reflection Paper on the Data Requirements for Intravenous Liposomal Products Developed with Reference to an Innovator Liposomal Product," Feb. 2013 ("**EMA 2013**") [GSK-PBM-01145324 - 1145336]

Fenske, D.B. et al., "Entrapment of Small Molecules and Nucleic Acid Based Drugs in Liposomes," in *Methods Enzymol*. 391, 7-40 (2005) ("**Fenske 2005**") [GSK-PBM-01145337 - 1145370]

Geall, A.J. et al., "Nonviral Delivery of Self-Amplifying RNA Vaccine," *Proc. Natl. Acad. Sci. U.S.A.* 109, 14604-9 (2012) ("**Geall 2012**") [GSK-PBM-01145059 - 1145070]

Geall, A.J. et al., "RNA: The New Revolution in Nucleic Acid Vaccines," *Semin. Immunol.* 25, 152-59 (2013) ("**Geall 2013**") [GSK-PBM-01145071 - 1145078]

Gebre, M.S. et al., "Novel Approaches for Vaccine Development," *Cell* 184, 1589-1603 (2021) ("**Gebre 2021**") [GSK-PBM-01145079 - 1145093]

Hassett, K.J. et al., "Optimization of Lipid Nanoparticles for Intramuscular Administration of mRNA Vaccines," *Mol. Ther. Nucleic Acids* 15, 1-11 (2019) ("**Hassett 2019**") [GSK-PBM-01145094 - 1145111]

Hekele, A. et al., "Rapidly Produced SAM® Vaccine against H7N9 Influenza is Immunogenic in Mice," *Emerging Microb. Infect.* 2, e52 (2013) ("**Hekele 2013**") [GSK-PBM-01145112 - 1145118]

IUPAC 2009 [GSK-PBM-00912294 – 912322]

Leung A.K.K. et al., "Lipid Nanoparticles Containing siRNA Synthesized by Microfluidic Mixing Exhibit an Electron-Dense Nanostructured Core," *J. Phys. Chem. C* 116, 18440-50 (2012) ("**Leung 2012**") [GSK-PBM-01145479 - 1145493]

MacLachlan, I., "Liposomal Formulations for Nucleic Acid Delivery," in *Antisense Drug Tech*, Crooke, S.T. ed., 2d Ed. (2008) Chapter 9 ("**MacLachlan 2008**") [GSK-PBM-01145494 - 1145529]

Makarov, V. A. et al., "Solvation and hydration of proteins and nucleic acids: a theoretical view of simulation and experiment," *Acc. Chem. Res.* 35, 376-84 (2002) ("**Makarov 2002**") [GSK-PBM-01145530 - 1145538]

Martin, S. et al., "Lipid droplets: a unified view of a dynamic organelle," *Nat. Rev. Mol. Cell Biol.* published online 8 March 2006, DOI: 10.1038/nrm1912 ("**Martin 2006**") [GSK-PBM-01145539 - 1145544]

Mozafari, M. R. et al., "Nanoliposomes: Preparation and Analysis," in *Liposomes Methods and Protocols Volume 1: Pharmaceutical Nanocarriers*; Weissig, V., Ed.; Humana Press: New York (2010), Chapter 2 ("**Mozafari 2010**") [GSK-PBM-00912323 -912344]

Sahin, U. et al., "mRNA-based therapeutics – developing a new class of drugs," *Nature Rev. Drug Discovery* 13, 759-80 (2014) ("**Sahin 2014**") [GSK-PBM-01145119 - 1145140]

Sedić, M. et al., "Safety Evaluation of Lipid Nanoparticle-Formulated Modified mRNA in the Sprague-Dawley Rat and Cynomolgus Monkey," *Vet. Pathol.* 55, 341-354 (2017) ("**Sedić 2017**") [GSK-PBM-01145141 - 1145154]

Stanton, M.G. et al., "Messenger RNA as a Novel Therapeutic Approach," *Top. Med. Chem* (published online), DOI: 10.1007/7355_2016_30 (2017) ("**Stanton 2017**") [GSK-PBM-01145155 - 1145171]

Stryer, L., *Biochemistry*, 2d Ed., 213-15 (1981) ("**Stryer 1981**") [GSK-PBM-01145582 - 1145613]

Szabó, G.T. et al., "COVID-19 mRNA vaccines: Platforms and current developments," *Mol Ther.* 30(5), 1850–68 (2022) ("**Szabó 2022**") [GSK-PBM-01145172 - 1145190]

Torchilin, V., "Recent Advances with Liposomes as Pharmaceutical Carriers," *Nat. Rev. Drug Discov.* 4, 145-160 (2005) ("**Torchilin 2005**") [GSK-PBM-01145614 - 1145629]

Verbeke, R. et al., "A Historical Overview on mRNA Vaccine Development," in *mRNA Vaccines; Part I How mRNA Vaccines Work*, Szabó, G.T. et al. eds. (2025), Chapter 1 ("**Verbeke 2025**") [GSK-PBM-01145191 - 1145216]

Walther, T. C. et al., "The life of lipid droplets," *Biochim. Biophys. Acta* 1791, 459-466 ("**Walther 2009**") [GSK-PBM-01145630 - 1145637]

# JA-009

# Exhibit 11

2310                                                     Biophysical Journal   Volume 80   May 2001   2310–2326

# Spontaneous Entrapment of Polynucleotides upon Electrostatic Interaction with Ethanol-Destabilized Cationic Liposomes

Norbert Maurer,* Kim F. Wong,* Holger Stark,[†] Lenore Louie,* Deirdre McIntosh,* Tabitha Wong,* Peter Scherrer,* Sean C. Semple,[‡] and Pieter R. Cullis*[‡]

*Department of Biochemistry and Molecular Biology, University of British Columbia, Vancouver, British Columbia, Canada V6T 1Z3; [†]Institut für Molekularbiologie und Tumorforschung, Philips-Universität Marburg, D-35037 Marburg, Germany; and [‡]Inex Pharmaceuticals Corporation, Burnaby, British Columbia, Canada V5J 5J8

ABSTRACT   This study describes the effect of ethanol and the presence of poly(ethylene) glycol (PEG) lipids on the interaction of nucleotide-based polyelectrolytes with cationic liposomes. It is shown that preformed large unilamellar vesicles (LUVs) containing a cationic lipid and a PEG coating can be induced to entrap polynucleotides such as antisense oligonucleotides and plasmid DNA in the presence of ethanol. The interaction of the cationic liposomes with the polynucleotides leads to the formation of multilamellar liposomes ranging in size from 70 to 120 nm, only slightly bigger than the parent LUVs from which they originated. The degree of lamellarity as well as the size and polydispersity of the liposomes formed increases with increasing polynucleotide-to-lipid ratio. A direct correlation between the entrapment efficiency and the membrane-destabilizing effect of ethanol was observed. Although the morphology of the liposomes is still preserved at the ethanol concentrations used for entrapment (25–40%, v/v), entrapped low-molecular-weight solutes leak rapidly. In addition, lipids can flip-flop across the membrane and exchange rapidly between liposomes. Furthermore, there are indications that the interaction of the polynucleotides with the cationic liposomes in ethanol leads to formation of polynucleotide-cationic lipid domains, which act as adhesion points between liposomes. It is suggested that the spreading of this contact area leads to expulsion of PEG-ceramide and triggers processes that result in the formation of multilamellar systems with internalized polynucleotides. The high entrapment efficiencies achieved at high polyelectrolyte-to-lipid ratios and the small size and neutral character of these novel liposomal systems are of utility for liposomal delivery of macromolecular drugs.

## INTRODUCTION

Liposomal formulations of genetic drugs such as antisense oligonucleotides and plasmid DNA are difficult to achieve (Maurer et al., 1999). The large size and highly charged nature of these molecules mitigates against the formation of small, neutral, serum-stable carriers, which are required to achieve the long circulation times necessary for efficient accumulation at disease sites. Furthermore, entrapment is very inefficient in the absence of interactions between the lipid components of the carrier and the nucleotide-based drugs. Complexes formed by electrostatic interactions between polynucleotides and cationic liposomes exhibit broad size distributions. These complexes efficiently transfect cells in vitro; however, in vivo their large size and positive charge triggers rapid clearance from the circulation (Felgner et al., 1987; Gao and Huang, 1995; Felgner, 1997; Chonn and Cullis, 1998; Tam et al., 2000). They can also be highly toxic (Tam et al., 2000). Therefore, substantial effort has been focused on constructing lipid-based carriers with improved characteristics.

Interaction of multivalent ions and polyelectrolytes with oppositely charged liposomes can result in phase separation and aggregation accompanied by structural transformations such as membrane rupture and fusion (Papahadjopoulos and Poste, 1975; Hope et al., 1983; Rand et al., 1985; Kachar et al., 1986; Lipowsky, 1991; Leckband et al., 1993; Sackmann, 1994; Mitrakos and Macdonald, 1996; Mok and Cullis, 1997; Macdonald et al., 1998). In the case of polynucleotide-cationic liposome complexes, size as well as structural features of complexes are determined by a delicate interplay between the ionic strength of the solution, the charge ratio, the overall concentrations of reactants, the kinetics of mixing, and liposome size and composition (Lasic, 1997; Xu et al., 1999). In general, the size of the complexes decreases when one of the components is present in excess so that the negative-to-positive charge ratio is much higher or lower than 1, at low ionic strength, upon rapid mixing, and at low overall concentrations of reactants ($\leq 1$ mM lipid). Complexes are thermodynamically unstable and display a tendency to grow into larger aggregates over time, which may undergo further structural rearrangements (Radler et al., 1998). As a result, complexes typically have broad size distributions and are structurally heterogeneous. Structural features of complexes include clusters of aggregated liposomes, liposomes coated with DNA, tubular structures, and (aggregated) multilamellar structures, where DNA is sandwiched between lipid bilayers (Gustafsson et al., 1995; Lasic, 1997; Lasic et al., 1997; Huebner et al., 1999; Xu et al., 1999). This conveys partial protection of DNA against degradation. The formation of these structures has been attributed to adhesion-mediated membrane rupture and fusion of liposomes (Huebner et al., 1999).

*Received for publication 13 October 2000 and in final form 10 February 2001.*

Address reprint requests to Dr. Norbert Maurer, Department of Biochemistry and Molecular Biology, The University of British Columbia, 2146 Health Sciences Mall, Vancouver B.C., Canada V6T 1Z3. Tel.: 604-822-4955; Fax: 604-822-4843; E-mail: nmaurer@interchange.ubc.ca.

© 2001 by the Biophysical Society

0006-3495/01/05/2310/17   $2.00

The major focus of this study is the effect of ethanol and poly(ethylene) glycol (PEG) coatings on the interaction of cationic liposomes with antisense oligonucleotides. Previous work on antisense encapsulation has shown that addition of lipids dissolved in ethanol to an aqueous buffer solution containing antisense oligonucleotide resulted in the formation of small multilamellar liposomes trapping oligonucleotide between the lipid bilayers (Semple et al., 2001). Two possible mechanisms are that the lipids form bilayer structures on hydration that subsequently interact with the oligonucleotides to form multilamellar systems or that oligonucleotide-cationic lipid aggregates act as precursors to the small multilamellar liposomes observed. This paper is aimed at understanding the mechanism behind the formation of these unique structures and is particularly focused on the role of ethanol.

It is shown that in the presence of ethanol small multilamellar liposomes with concentric bilayer shells are formed from large unilamellar vesicles ( LUVs) following binding of oligonucleotides. This allows efficient trapping of antisense oligonucleotides between the lamellae of these structures. The ethanol concentrations required for this to happen are very close to the region of breakdown of liposomal structure. At these ethanol concentrations liposomes are morphologically intact; however, the lipid membrane is highly destabilized. Leakage of entrapped solutes is rapid, and lipids can flip-flop across the membrane and exchange easily between liposomes. Furthermore, in the presence of ethanol the interaction of the negatively charged polyelectrolyte with the cationic liposomes leads to domain formation resulting in 1-O-(2′-(ω-methoxypolyethylene-glycol)-succinoyl) (PEG-ceramide (Cer))-depleted regions and regions enriched in antisense oligonucleotide. These are suggested to be the regions were contact is established. The subsequent structural rearrangements are a consequence of this adhesion.

## MATERIALS AND METHODS

### Materials

The phosphorothioate antisense oligodeoxynucleotides and plasmid DNA (pCMV-luc, 5650 bp) used in this study were generously provided by Inex Pharmaceuticals (Burnaby, Canada). The mRNA targets and sequences of the oligonucleotides are as follows: human c-myc (16-mer), 5′-TAACGT-TGAGGGGCAT-3′; human c-myc (15-mer, FITC-labeled), 5′-AACGTT-GAGGGGCAT-3′; human ICAM-1, 5′-GCCCAAGCTGGCATCCGTCA-3′; and human EGFR, 5′-CCGTGGTCATGCTCC-3′. 1,2-Distearoyl-$sn$-glycero-3-phosphocholine (DSPC) was purchased from Northern Lipids (Vancouver, Canada), and 1,2-dioleoyl-3-dimethylammoniumpropane (DODAP), 1,2-dioleoyl-sn-glycero-3-phosphoserine-$N$-(7-nitro-2–1,3-benzoxadiazol-4-yl) (NBD-PS), 1,2-dioleoyl-$sn$-glycero-3-phosphoethanolamine (DOPE), 1,2-dioleoyl-$sn$-glycero-3-phosphoethanolamine-$N$-(lissamine rhodamine b sulfonyl) (LRh-PE), and 1,2-dioleoyl-$sn$-glycero-3-phosphoethanolamine-$N$-(7-nitro-2–1,3-benzoxadiazol-4-yl) (NBD-PE) from Avanti Polar Lipids (Alabaster, AL). 1-Hexadecanoyl-2-(1-pyrenedecanoyl)-$sn$-glycero-3-phosphocholine (Py-HPC) and the oligonucleotide-binding dye OliGreen were obtained from Molecular Probes (Eugene, OR). 1-O-(2′-(ω-methoxypolyethylene-glycol)succinoyl)-2-$N$-myristoylsphingosine (PEG-CerC$_{14}$), radioactively labeled [³H]-PEG-CerC$_{14}$, and 1-O-(2′-(ω-methoxypolyethylene-glycol)succinoyl)-2-$N$-dodecanoylsphingosine (PEG-CerC$_{20}$) were provided by Inex Pharmaceuticals. The average molecular weight (MW) of the PEG was 2000. Cholesterol (chol), $n$-octyl $\beta$-D-glucopyranoside (OGP), Triton X-100, calcein, FITC-dextran (MW 19,500), dichlorodimethylsilane, sodium hydrosulfite (dithionite), DEAE Sepharose CL6B and Sepharose CL4B were obtained from Sigma (Oakville, Canada). All materials for transmission electron microscopy, including osmium tetroxide, lead citrate, maleic acid, sodium cacodylate, and the embedding resin Embed 812 were purchased from Electron Microscopy Sciences (Fort Washington, PA), and low-melting-point agarose was from Life Technologies (Burlington, Canada). Spectra/Por dialysis tubing (12,000–14,000 molecular weight cut-off) was from Spectrum Medical Instruments (Rancho Dominguez, CA). All other reagents used in this study were of analytical grade.

### Liposome preparation

The entrapment of oligonucleotides in preformed liposomes relies on the presence of high concentrations of ethanol. Large unilamellar liposomes in ethanol/buffer solutions were either prepared by addition of ethanol to extruded liposomes or by addition of lipids dissolved in ethanol to an aqueous buffer solution and subsequent extrusion. Both methods give the same entrapment results and are described in greater detail here. 1) After hydration of a lipid film in pH 4 citrate buffer and five freeze/thaw cycles, LUVs were generated by extrusion through two stacked 100-nm filters (10 passes). In the case of DSPC/chol-containing liposomes the extrusion was performed at 60°C. Ethanol was subsequently slowly added under rapid mixing. Typical liposome sizes determined after removal of ethanol by dynamic light scattering were 90 ± 20 nm for the DSPC/chol/PEG-CerC$_{14}$/DODAP system (20:45:10:25 mol %). Slow addition of ethanol and rapid mixing are important as liposomes become unstable and coalesce into large lipid structures as soon as the ethanol concentration exceeds a certain upper limit. The latter depends on the lipid composition. For example, an initially translucent DSPC/chol/PEG-CerC$_{14}$/DODAP liposome dispersion becomes milky white if the ethanol concentration exceeds 50% (v/v). 2) LUVs were prepared by slow addition of the lipids dissolved in ethanol (0.4 ml) to citrate buffer at pH 4 (0.6 ml) followed by extrusion through two stacked 100-nm filters (two passes) at room temperature. Dynamic light-scattering measurements performed in ethanol and after removal of ethanol by dialysis show no significant differences in size, which is typically 75 ± 18 nm. The extrusion step can be omitted if ethanol is added very slowly under vigorous mixing to avoid high local concentrations of ethanol.

### Entrapment procedure

The oligonucleotide solution was slowly added under vortexing to the ethanolic liposome dispersion, which typically contained 10 mg/ml lipid. It was subsequently incubated at the appropriate temperature for 1 h, dialyzed for 2 h against a 1000-fold volume excess of citrate buffer to remove most of the ethanol and twice against a 1000-fold volume excess of Hepes-buffered saline (HBS: 20 mM HEPES/145 mM NaCl, pH 7.5). These dialysis steps ensure complete removal of ethanol (<0.01% as determined with the alcohol dehydrogenase assay kit from Sigma). At pH 7.5, DODAP becomes charge-neutral, and oligonucleotides bound to the external membrane surface are released from their association with the cationic lipid. Unencapsulated oligonucleotides were subsequently removed by anion exchange chromatography on DEAE-Sepharose CL-6B columns equilibrated in HBS pH 7.5. If not otherwise mentioned, DSPC/chol/PEG-CerC$_{14}$/DODAP liposomes (20:45:10:25 mol %), anti-c-myc, 40% (v/v) ethanol, 10 mg/ml (13 $\mu$mol/ml) of total lipid, 300 mM citrate buffer, and incubation at 40°C were used. Lipid integrity was analyzed by HPLC on a Beckman Gold 128 apparatus equipped with an evaporative light-scattering

2312                                                                                                          Maurer et al.

detector (SEDEX-55) and a 2-mm $\times$ 150-mm, 5-$\mu$m Ultrasphere cyano-propyl column (Beckman Instruments, Fullerton, CA) as described in Semple et al. (2001). After incubation at 60°C for 2 h in pH 4 citrate buffer, >98% of all lipid components present in the formulation remained intact. No lipid degradation was detectable at room temperature (25°C) under otherwise the same conditions.

## Determination of trapping efficiencies

Trapping efficiencies were determined after removal of external oligonu-cleotides by anion exchange chromatography. Oligonucleotide concentra-tions were determined by UV spectroscopy on a Shimadzu UV160U spectrophotometer. The absorbance at 260 nm was measured after solubi-lization of the samples in chloroform/methanol at a volume ratio of 1:2.1:1 chloroform/methanol/aqueous phase (sample/HBS). If the solution was not completely clear after mixing, an additional 50–100 $\mu$l of methanol was added. Alternatively, absorbance was read after solubilization of the sam-ples in 100 mM octylglucoside. The antisense concentrations were calcu-lated according to $c$ ($\mu$g/$\mu$l) = $A_{260}\times$ 1 $OD_{260}$ unit ($\mu$g/ml) $\times$ dilution factor (ml/$\mu$l), where the dilution factor is given by the total assay volume (ml) divided by the sample volume ($\mu$l). $OD_{260}$ units were calculated from pairwise extinction coefficients for individual deoxynucleotides, which take into account nearest-neighbor interactions. One OD corresponds to 30.97 $\mu$g/ml anti-c-myc, 33.37 $\mu$g/ml anti-ICAM-1, and 34 $\mu$g/ml anti-EGFR. Lipid concentrations were determined by the inorganic phosphorus assay after separation of the lipids from the oligonucleotides by a Bligh and Dyer extraction (Bligh and Dyer, 1959). Briefly, to 250 $\mu$l of aqueous phase (sample/HBS), 525 $\mu$l of methanol and 250 $\mu$l of chloroform were added to form a clear single phase (aqueous phase/methanol/chloroform 1:2.1:1 vol). If the solution was not clear, a small amount of methanol was added. Subsequently, 250 $\mu$l of HBS and an equal volume of chloroform were added. The samples were mixed and centrifuged for 5–10 min at 1700 $\times$ $g$. This resulted in a clear two-phase system. The chloroform phase was assayed for phospholipid content according to the method of Fiske and Subbarow (1925). If not otherwise mentioned, trapping efficiencies were expressed as oligonucleotide-to-lipid weight ratios (w/w).

## Preparation of giant liposomes

Giant liposomes were made according to Needham and Evans (1988). Briefly, lipids were dissolved in chloroform. A circular Teflon disk was roughened with emery paper and thoroughly cleaned by washing in deter-gent, tap water, distilled water, and chloroform. The lipid/chloroform solution was applied with a Hamilton syringe to the rough side of a Teflon disc and spread out over the entire surface. The concentration of total lipid was ~10 mg/ml. The disc was put into a beaker, and the last traces of solvent were removed by evacuation for at least 3 h. The rehydration of the lipid film was carried out above the liquid-crystalline acyl chain phase transition temperature. First, the lipid film was prehydrated at 60°C for 30 min to 1 h with water-saturated argon. Final hydration of the lipid was accomplished by addition of prewarmed buffer. The beaker was sealed and incubated in an oven overnight to allow the lipid to hydrate undisturbed.

## Dynamic light scattering

Sizes were determined by dynamic light scattering (DLS) using a NICOMP 370 particle sizer (Nicomp Particle Sizing, Santa Barbara, CA). The cumulant fit, a simple form of polydispersity analysis, was used to obtain the average and relative width of size distributions (Koppel, 1972; Os-trowsky, 1993). This two-parameter fit describes the experimental data with good accuracy as goodness-of-fit values $\leq$1 demonstrate. Throughout the paper, number-averaged sizes were presented. The viscosity of the ethanol/citrate buffer was determined using an Ubelohde-type viscometer

(Cannon 50). The viscosity of ethanol/300 mM citrate buffer (40/60, v/v) at 23°C measured relative to water at the same temperature was found to be 2.674 $\times$ $10^{-3}$ (Pa $\cdot$ s). The zeta potential was determined by electro-phoretic light scattering using a Coulter light-scattering instrument (DELSA, Coulter Electronics, Hialeah, FL).

## Lipid flip-flop

Lipid flip-flop was determined by chemical reduction of the fluorescent lipid, NBD-PS, to a nonfluorescent compound with sodium dithionite (McIntyre and Sleight, 1991; Lentz et al., 1997). Liposomes were prepared at 20 mM lipid by extrusion in the presence of 1 mol % NBD-PS. Only NBD-PS located in the outer monolayer is accessible to the reducing agent, dithionite, added to the external medium. Its redistribution from the inner monolayer to the outer can be followed after reduction of NBD-PS in the outer membrane leaflet. A 1 M sodium dithionite solution was freshly prepared in 1 M TRIS. NBD-PS in the outer monolayer was reduced by addition of a 100-fold molar excess of sodium dithionite relative to NBD and incubation for 10 min. The completion of the reaction was checked by measuring the dithionite fluorescence at 520 nm before and after reduction exciting at 465 nm. Excess dithionite was subsequently removed by size exclusion chromatography on a Sephadex G50 column. The liposomes were incubated in the presence of 40% ethanol, and aliquots corresponding to a final lipid concentration of 150 $\mu$M were removed for measurement at different time points. The residual ethanol concentration of <1.5% (v/v) in these samples had no effect on membrane permeability. Fig. 4 $C$ shows that no influx of dithionite into the liposomes occurred over the time course of the assay (dotted line).

## Leakage experiments

Ethanol-induced permeabilization of LUVs was measured at different temperatures and as a function of the size (MW) of the entrapped solute. Calcein was used as a low-MW marker for leakage and FITC-dextran (MW 19500) as a high-MW marker. Leakage of calcein entrapped at self-quenching concentrations was followed by monitoring the dequenching of the calcein fluorescence. LUVs were prepared by hydration of a lipid film with an aqueous solution containing 75 mM calcein and 5 mM HEPES adjusted to pH 7.5 by addition of sodium hydroxide, followed by five freeze/thaw cycles and extrusion through two stacked 100-nm filters (10 passes). In the case of DSPC/chol/PEG-CerC$_{14}$/DODAP, extrusion was performed at 60°C. Unentrapped calcein was exchanged against an iso-osmotic HBS buffer by anion exchange chromatography on a DEAE Sepharose CL6B column. The liposome stock solution was diluted to a lipid concentration of 3 $\mu$M in HBS containing varying amounts of ethanol pre-equilibrated at 25°C, 40°C, or 60°C. The fluorescence at 520 nm was measured (excitation wavelength 488 nm, long-pass filter at 430 nm) with a Perkin-Elmer LS50 fluorimeter (Perkin-Elmer, Norwalk, CT) after 5 min of incubation at the corresponding temperature. The value for 100% leakage (maximum dequenching) was obtained by addition of a 10% Triton X-100 solution to a final concentration of 0.05%. Calcein leakage was calculated according to % leakage = $(F_s - F_b)/(F_{Tx} - F_b) \times 100$, where $F_s$ is the fluorescence of the sample, $F_b$ is the background corresponding to calcein-containing liposomes in the absence of ethanol, and $F_{Tx}$ is the Triton X-100 value.

FITC-dextran (MW 19,500) was entrapped in DSPC/chol/PEG-CerC$_{14}$/DODAP liposomes incorporating 0.5 mol % LRh-PE at a final concentra-tion of 45 mg/ml. Entrapment was performed by addition of the lipids dissolved in ethanol to the FITC-dextran solution in HBS followed by extrusion (two stacked 100-nm filters, two passes) and subsequent removal of ethanol by dialysis. Unentrapped FITC-dextran was removed by size exclusion chromatography on a Sepharose CL4B column (1.5 $\times$ 15 cm). The loss of FITC-dextran from liposomes exposed to 40% ethanol was determined after removal of released FITC-dextran by size exclusion

chromatography on a Sepharose CL4B column ($1.5 \times 15$ cm). The FITC/LRh-PE ratio was measured before and after addition of ethanol. FITC and LRh-PE fluorescence were measured at 515 and 590 nm with the excitation wavelength set to 485 and 560 nm, respectively.

## Lipid mixing

Ethanol-induced lipid mixing/exchange was followed by the loss of resonance energy transfer, occurring between a donor, NBD-PE, and an acceptor, LRh-PE, which are in close proximity, upon dilution of the probes into an unlabeled target membrane (Struck et al., 1981). LUVs contained 0.75 mol % of both NBD-PE and LRh-PE. Labeled and unlabeled liposomes were prepared in HBS pH 7.5 by extrusion at lipid concentrations of 20 mM. Ethanol was added to labeled and unlabeled liposomes to a final concentration of 40% (v/v). Subsequently, the ethanolic dispersions of labeled and unlabeled liposomes were mixed at a molar lipid ratio of 1:5 and incubated at the appropriate temperatures. Aliquots were withdrawn at given times and added to 2 ml of HBS to give a final lipid concentration of 150 $\mu$M. Emission spectra of NBD and LRh were measured in the region from 505 to 650 nm with the excitation wavelength set to 465 nm (430-nm emission long-pass filter). After background subtraction (unlabeled liposomes at 150 $\mu$M lipid) the loss of resonance energy transfer was expressed as the increase in NBD/LRh ratio.

## Pyrene-HPC assay

Pyrene-HPC forms excited-state dimers at high concentrations, which fluoresce at a different wavelength from the monomers. Excimer formation is a diffusion-controlled process and requires two molecules to come together to form a dimer. Lipid mixing (target membrane) as well as a decrease in the lateral mobility of pyrene-HPC in the membrane can result in a decrease in pyrene excimer fluorescence (Hoekstra, 1990; Duportail and Lianos, 1996). Lateral phase separation usually results in an increase in pyrene excimer fluorescence (Duportail and Lianos, 1996). The rationale of this experiment was to look at the effect of oligonucleotide binding on the liposomal membrane. The pyrene-HPC fluorescence of liposomes entrapping oligonucleotide was compared with empty control liposomes before and after depletion of the transmembrane pH gradient. Increasing the internal pH to 7.5 results in the release of membrane-bound oligonucleotides. Liposomes incorporating pyrene-HPC at a concentration of 7 mol % were prepared by addition of lipids dissolved in ethanol to pH 4 citrate buffer. An aliquot was removed, and oligonucleotide was entrapped as described above. The remaining initial liposomes were treated the same way in all the subsequent steps (see Entrapment procedure above). The pH gradient was dissipated with ammonium acetate adjusted to pH 7.5. Liposomes were diluted into the appropriate buffer, HBS pH 7.5 or 150 mM ammonium acetate pH 7.5, to a final lipid concentration of 2 $\mu$M. Pyrene-HPC emission spectra were recorded in the wavelength region from 365 to 550 nm with excitation at 345 nm and an emission cutoff filter at 350 nm. The intensity ratio of monomer fluorescence at 397 nm to dimer fluorescence at 478 nm was plotted for the initial liposomes as well as for the oligonucleotide-containing liposomes before and after depletion of the pH gradient.

## [31]P NMR spectroscopy

[31]P NMR spectra were obtained with a Bruker MSL200 spectrometer operating at 81.03 MHz. Free induction decays (FIDs) corresponding to 2400 scans were collected by using a 2.8-$\mu$s 50° pulse with a 3-s interpulse delay and a spectral width of 20,000 Hz on a 2.0-ml sample in a 10-mm probe. No proton decoupling was employed. An exponential multiplication corresponding to 25 Hz of line broadening was applied to the FIDs before Fourier transformation. The chemical shift was referenced to external 85% phosphoric acid ($H_3PO_4$). The spin-lattice relaxation times ($T_1$) of free and encapsulated oligonucleotides at pH 7.5 are essentially the same with $T_1^{free} = 1.7$ s and $T_1^{enc} = 2.1$ s. The $T_1$ values were measured by an inversion-recovery pulse sequence. The interpulse delay of 3 s for 50° pulses allows for complete relaxation of all antisense resonances.

## Ultracentrifugation

Liposomes with and without entrapped oligonucleotides were fractionated by ultracentrifugation on a sucrose step gradient consisting of 1%, 2.5%, 10%, and 15% (w/v) sucrose in HBS pH 7.5 with a step volume of 3.5, 3.5, 2.5, and 1.5 ml, respectively. Samples were centrifuged for 2 h at 36,000 rpm ($RCF_{max}$ 22,1000 $\times$ $g$) using a Beckmann L8–70 ultracentrifuge in combination with a SW41Ti rotor. The gradient was either fractionated from the top or individual bands were removed with a syringe after puncturing the tube with a needle.

## Cryo-transmission electron microscopy (cryo-TEM)

A drop of sample was applied to a standard electron microscopy grid with a perforated carbon film. Excess liquid was removed by blotting with filter paper, leaving a thin layer of water covering the holes of the carbon film. The grid was rapidly frozen in liquid ethane, resulting in vesicles embedded in a thin film of amorphous ice. Images of the vesicles in ice were obtained under cryogenic conditions at a magnification of $\times$66,000 and a defocus of $-1.5$ $\mu$m using a Gatan cryo-holder in a Philips CM200 FEG electron microscope.

## Freeze-fracture electron microscopy

Samples were cryo-fixed in the presence of 25% glycerol by plunging them into liquid Freon 22 cooled by liquid $N_2$. The fractured surface was shadowed unidirectionally with platinum (45°) and coated with carbon (90°) employing a Balzers freeze-etching system BAF 400D (Balzers, Liechtenstein). Replicas were analyzed using a JEOL model JEM 1200 EX electron microscope (Soquelec, Montreal, Canada).

## Transmission electron microscopy (TEM)

Samples were fixed by the addition of 1 vol of 2% osmium tetroxide to 0.5 vol of vesicles in HBS followed by centrifugation at 17,000 $\times$ $g$ and 4°C for 45 min. Osmium tetroxide reacts with lipids, in particular with the double bonds in unsaturated lipids, as well as with nucleic acids and results in a trilaminar appearance of lipid membranes, corresponding to a dark-light-dark pattern (Hyatt, 1981). The resulting pellet was mixed with an equal volume of 3% agarose/PBS, pipetted onto a microscope slide, and allowed to cool to 4°C. The solidified agarose containing the vesicles was cut into 1-mm pieces and transferred to a glass tube for further processing. The blocks were washed three times for 5 min each with 0.05 M maleic acid pH 5.2 before staining in 2% uranyl acetate for 1 h. The tissue pieces were dehydrated through a graded series of alcohols (50–100%), infiltrated with increasing ratios of epoxy resin (EMbed 812):propylene oxide and embedded in 100% EMbed 812 at 60°C for 24 h. Ultrathin sections were stained with 2% lead citrate and examined using a Zeiss EM 10C transmission electron microscope (Oberkochen, Germany).

## Phase contrast and fluorescence microscopy

Phase contrast and fluorescence microscopy were performed on a Zeiss Axiovert 100 microscope using a Plan Apochromat 63$\times$/1.4 NA oil immersion objective in combination with a 1.6$\times$ optovar lens and an XF100 filter set from Omega Optical (Brattleboro, VT) with the following optical

Maurer et al.

specifications: excitation $475 \pm 20$/dichroic 500/emission $535 \pm 22.5$. Images were recorded on Kodak Ektachrome P1600 color reversal film at 1600 ISO with a Zeiss MC80 DX microscope camera. Slides and cover-glasses were siliconized with dichlorodimethylsilane to neutralize the otherwise negatively charged glass surface.

## RESULTS

### Choice of lipid components

LUVs composed of DSPC/Chol/PEG-CerC$_{14}$/DODAP were used in most parts of this study to maintain consistency and comparability with a previous study (Semple et al., 2001). However, it will be shown that other zwitterionic lipids, including DOPE alone or in combination with cholesterol, can be substituted for DSPC/Chol. DODAP was chosen as the cationic lipid because it has a protonable amino group. Its apparent $pK_a$ can be adjusted to values much lower than its intrinsic $pK_a$, which is estimated to be between 6.6 and 7, by increasing the ionic strength of the solution (which in turn causes a decrease of the proton concentration at the interface and therefore a decrease of ionized DODAP) (Gennis, 1989; Tocanne and Teissie, 1990; Bailey and Cullis, 1994). Therefore, entrapment can be performed at low pH (pH 4) where DODAP is positively charged and non-entrapped oligonucleotides can be dissociated from the cationic lipid by neutralizing the pH and removed by subsequent anion exchange chromatography. Adjusting the pH to 7.5 renders the surface charge of the liposomes neutral. The zeta potential as measured by electrophoretic light scattering was found to be zero at pH 7.5. Binding and dissociation of externally added oligonucleotides can be easily followed by $^{31}$P NMR because the $^{31}$P NMR signal of phosphorothioate antisense deoxynucleotides is shifted ~56 ppm downfield from the phosphodiester lipid peak (Hirschbein and Fearon, 1997). Oligonucleotides added externally to DODAP/DSPC/Chol/PEG-CerC$_{14}$ LUVs in HBS do not bind at pH 7.5 as demonstrated by the full recovery of the phosphorothioate NMR signal (oligonucleotide-to-lipid weight ratio of 0.1; Fig. 1 *A*). Almost complete loss of the signal at pH 4 is indicative of binding (Fig. 1 *B*). Readjustment of the pH to 7.5 leads to the dissociation of the oligonucleotides and to recovery of the NMR signal (Fig. 1 *C*). Loss of the NMR signal was also observed following oligonucleotide binding in 300 mM citrate buffer at pH 4 (data not shown).

### The interaction of cationic liposomes with oligonucleotides in ethanol leads to the formation of multilamellar liposomes, which trap oligonucleotides between the bilayers

The effect of ethanol on the interaction of cationic liposomes with oligonucleotides was studied through the following experiments. Increasing amounts of ethanol were added to 100-nm DSPC/Chol/DODAP liposomes prepared



FIGURE 1   Binding and dissociation of oligonucleotide to/from DSPC/Chol/PEG-CerC$_{14}$/DODAP (20:45:10:25 mol %) liposomes was followed by $^{31}$P NMR spectroscopy at different pH values. One milligram of c-myc was added to DSPC/Chol/PEG-CerC$_{14}$/DODAP liposomes (10 mg/ml lipid) in HBS at pH 7.5 (*A*), after adjustment of the pH to 4 with HCl (*B*), and following readjustment of the pH from 4 to 7.5 (*C*). (*D*) The spectrum of free c-myc at 1 mg/ml. The almost complete loss of the signal at pH 4 is indicative for oligonucleotide binding. No binding is obvious at pH 7.5. The full signal is recovered.

by extrusion. All samples became milky white immediately upon oligonucleotide addition (oligonucleotide-to-lipid ratio 0.3 mg/mg), indicating formation of large lipid structures. Following incubation at pH 4, ethanol was removed, and the pH was adjusted to 7.5 by dialysis against HBS (see Materials and Methods). Table 1 lists encapsulation efficiencies determined after removal of external oligonucleotides by anion exchange chromatography. Due to the large and heterogeneous size of these systems, 30–40% lipid was retained on top of the anion exchange column. Despite lipid loss, the trend is clear. More antisense oligonucleotide becomes entrapped as the ethanol concentration is increased. This is reflected by a progressive reorganization of the LUVs into large multilamellar liposomes (data not presented here; however, see the TEM micrograph shown in Fig. 6 *C* for a sample prepared in 30% ethanol). The size

**TABLE 1   Entrapment of antisense oligonucleotide in the absence of PEG-Cer**

| % EtOH [v/v] | % Encapsulation |
|---|---|
| 0 | $4.5 \pm 0.5$ |
| 20 | $20.5 \pm 1.5$ |
| 30 | $32.5 \pm 2.5$ |

Encapsulation efficiencies are listed as a function of ethanol concentration for DSPC/chol/DODAP (30:45:25 mol %) LUVs. The initial oligonucleotide-to-lipid ratio was 0.034 mol/mol (0.3 mg/mg). The LUVs used for these experiments were $99 \pm 22$ nm in size. The encapsulation values are given as mean $\pm$ SD.

and heterogeneity in size in these systems is large. At ethanol concentrations of 40% and higher the initial liposomes became unstable and fused to form a milky white dispersion.

## Incorporation of PEG-Cer allows control of liposome size

From the previous results it is apparent that ethanol makes the lipid membrane susceptible to structural rearrangements that are triggered by the addition of the oligonucleotide and ultimately lead to the formation of multilamellar liposomes and oligonucleotide entrapment. However, the size of the liposomes formed cannot be readily controlled. It was found that inclusion of 2.5–10 mol % of PEG-Cer into the liposomes allows the final size of the antisense-containing liposomes to be regulated. Liposomes were stable at higher ethanol concentrations in the presence of PEG-Cer than in its absence. The dispersions remained optically translucent in 40% (v/v) ethanol, although a slight increase in turbidity was noted for the sample containing 2.5 mol % PEG-Cer. The increased stability is also reflected in the higher amounts of ethanol required for entrapment to occur (Table 2; Fig. 2 *A*). Fig. 2 *A* depicts encapsulation efficiencies as a function of ethanol concentration for liposomes containing 10 mol % PEG-Cer. Maximum entrapment was reached at 40% ethanol, and ethanol concentrations in excess of 25% (v/v) ($>4.3$ M) were required for entrapment to occur. No entrapment was found in the absence of ethanol. Table 2 lists trapping efficiencies and average sizes as a function of PEG-Cer content (2.5–10 mol %) at the minimum and maximum ethanol concentrations determined from Fig. 2 *A*. The amount of ethanol required for entrapment to occur depends on the PEG-Cer content of the liposomes. Liposomes containing 2.5 mol % PEG-Cer entrapped ∼15% of the oligonucleotides at 25% ethanol and 45% in the presence of 40% ethanol. In contrast, at 10 mol % PEG-Cer,

entrapment was virtually abolished in the presence of 25% ethanol (≤5%) and was 60% in 40% ethanol. In all cases, the initial oligonucleotide-to-lipid ratio was 0.037 (mol/mol). Entrapment levels increased from 45% to almost 60% in 40% ethanol when the PEG-Cer content was increased from 2.5 to 10 mol %. Liposome size and polydispersity decreased from $131 \pm 40$ nm to $100 \pm 26$ nm. All subsequent studies were performed using preformed liposomes containing 10 mol % PEG-Cer.

## Effect of ethanol on liposome stability

The perturbing effect of ethanol on lipid membranes has been mainly studied at low ethanol concentrations ($<15\%$ v/v) in relation to changes in lipid hydration, acyl chain order, membrane permeability to small ions, and induction of chain interdigitation in DPPC systems (Slater and Huang, 1988; Barchfeld and Deamer, 1988; Schwichtenhovel et al., 1992; Slater et al., 1993; Barry and Gawrisch, 1995; Vierl et al., 1994; Lobbecke and Cevc, 1995; Komatsu and Okada, 1996; Holte and Gawrisch, 1997). It is logical to ask whether liposomes are still intact at the high ethanol concentrations required for entrapment. Fig. 2 *A* depicts the release of calcein entrapped at self-quenching concentrations in DSPC/Chol/PEG-CerC$_{14}$/DODAP liposomes as a function of ethanol concentration (closed circles) together with the encapsulation efficiencies obtained using liposomes of the same lipid composition (open circles). Both the encapsulation as well as the leakage experiments were performed at 40°C. Leakage of calcein, a small molecule with a MW of 623, starts at ≥30% ethanol and reaches a maximum around 40% ethanol. The oligonucleotide entrapment shows a similar ethanol dependence, indicating that the entrapment is highly correlated with the destabilization of the liposomal membrane permeability barrier. In contrast to calcein, the release of FITC-dextran (MW 19,500) was less than 10% in 40% ethanol. This shows that the loss of the permeability barrier is MW dependent, as has also been reported for detergents such as octylglucoside and sodium cholate (Almog et al., 1990; Schubert et al., 1991). The liposomes maintained their morphology in the presence of 40% ethanol. Phase contrast microscopy of giant liposomes in 40% ethanol also revealed intact liposomal structures (see Fig. 8 *A*, *left side*).

Lipids are also able to exchange rapidly between liposomes and between the inner and outer monolayers of the lipid bilayers comprising the liposomes. As shown in Fig. 2 *B* (open symbols), lipid mixing as detected by the NBD-PE/LRh-PE fluorescence resonance energy transfer (FRET) assay is effectively immediate in 40% ethanol. No increase in vesicle size was observed, indicating the lipid mixing is arising from rapid lipid exchange between liposomes rather than liposome fusion. The results shown in Fig. 2, *B* (closed symbols) and *C*, also demonstrate that lipids are able to rapidly translocate (flip-flop) from one side of the liposomal

**TABLE 2  Effect of PEG-Cer on entrapment**

| PEG-CerC$_{14}$ (mol %) | % Encapsulation | Average size and polydispersity (nm) |
|---|---|---|
| 25% ethanol | | |
| 2.5 | $14 \pm 1.5$ | $125 \pm 35 \ (108 \pm 26)$ |
| 10 | $5 \pm 1$ | $92 \pm 18 \ (93 \pm 18)$ |
| 40% ethanol | | |
| 2.5 | $45.5 \pm 3$ | $131 \pm 40 \ (108 \pm 26)$ |
| 5 | $51 \pm 1.5$ | $126 \pm 36 \ (107 \pm 22)$ |
| 10 | $56.5 \pm 2$ | $100 \pm 26 \ (93 \pm 18)$ |

Encapsulation efficiencies and number-averaged sizes determined by dynamic light scattering are listed as a function of PEG-CerC$_{14}$ content at two different ethanol concentrations. The sizes of the initial extruded liposomes are given in parentheses. The decrease in PEG-Cer content was offset by an increase in the amount of DSPC (DSPC/chol/PEG-CerC$_{14}$/DODAP $(20 + x$ : $45$ : $10 - x$ : $25$ mol %)). The initial oligonucleotide-to-lipid ratio was 0.037 mol/mol. The encapsulation values are given as mean $\pm$ SD.

2316



FIGURE 2    (*A*) Encapsulation as a function of ethanol concentration and correlation between ethanol-induced membrane destabilization and entrapment. The release of calcein entrapped at self-quenching concentrations in DSPC/Chol/PEG-CerC$_{14}$/DODAP (20:45:10:25 mol %) liposomes is shown as a function of ethanol concentration (●) together with the encapsulation efficiencies obtained using liposomes of the same lipid composition (○). Entrapments were performed at an initial oligonucleotide-to-lipid ratio of 0.24 mg/mg. (*B*) Lipid exchange (○ and □) and lipid flip-flop (● and ■) at 40°C in the presence and absence of ethanol. Lipid exchange as well as lipid flip-flop are rapid in 40% ethanol (○ and ●) and do not occur to significant levels in its absence (□ and ■). Lipid mixing was followed by the NBD-PE/LRh-PE FRET assay according to Struck et al. (1981) and lipid flip-flop by reduction of NBD-PS redistributing to the outer lipid monolayer. (*C*) Time course of the NBD-PS reduction. The full line represents the first time point shown in *B* (●) after addition of dithionite (denoted by D) and Triton X-100 (denoted by T). The dotted line represents the initial sample, where NBD-PS located in the outer monolayer had been reduced, after addition of ethanol to 1.5% (v/v) (denoted by E′), dithionite (denoted by D′) and Triton X-100 (denoted by T′).

lipid bilayer to the other, as shown by the loss in fluorescence of NBD-PS located in the outer lipid monolayer upon chemical reduction with sodium dithionite.

## Entrapment is preceded by an aggregation step

The increase in turbidity upon encapsulation indicates that entrapment is preceded by an initial aggregation step (formation of microaggregates). The aggregation step and the entrapment can be decoupled at low temperatures. Samples become turbid upon or shortly after addition of oligonucleotide, and the turbidity increases over time (results not shown). In the absence of ethanol, there is only a slight increase in turbidity following which light transmission remains constant. In contrast to samples prepared at 40°C, samples incubated at 4°C become translucent again when ethanol is removed and liposomes do not entrap oligonucleotide. Entrapment efficiencies are plotted as a function of temperature in Fig. 3 together with calcein leakage data. Leakage data are presented as the ethanol concentrations required to induce 50% calcein release. Again, there is a qualitative correlation between the destabilization of the liposomal membrane and the entrapment efficiency.

## Entrapment and location of entrapped oligonucleotides

$^{31}$P NMR can be used to assay for oligonucleotide entrapment. Fig. 4 shows $^{31}$P NMR spectra of anti-c-myc in solution (Fig. 4 *A*) and entrapped in DODAP/DSPC/Chol/

PEG-CerC$_{14}$ liposomes (Fig. 4 *B*). Initially, the liposomes exhibited a transmembrane pH gradient, where the internal pH is 4 and the external pH is 7.5. Under these conditions the entrapped oligonucleotides are tightly associated with the positively charged liposomal membrane. This immobi-



FIGURE 3    Effect of temperature on encapsulation at a fixed ethanol concentration (40%, v/v) (○) and on membrane permeability (●). Oligonucleotides were added to liposomes in ethanol/citrate buffer followed by incubation and removal of ethanol at the indicated temperatures. The initial oligonucleotide-to-lipid ratio was 0.23 mg/mg. The loss of the permeability barrier was followed by the release of calcein entrapped at self-quenching concentrations (75 mM) in DSPC/Chol/PEG-CerC$_{14}$/DODAP (20:45:10:25 mol %) liposomes. Leakage data are presented as the ethanol concentration required to induce 50% calcein release.



FIGURE 4   Location of entrapped antisense oligonucleotides as determined by $^{31}$P NMR. The $^{31}$P NMR spectra are presented in the following order: (*A*) 0.5 mg/ml free anti-c-myc; (*B*) liposomally entrapped anti-c-myc at 0.54 mg/ml; (*C*) pH gradient dissipated by incubation in 150 mM ammonium acetate; (*D*) external addition of 5 mM MnSO$_4$; (*E*) detergent (200 mM OGP) added to *D*; (*F*) OGP added to the initial liposomes (*B*) in the absence of Mn$^{2+}$. The inset shows the effect of oligonucleotide binding and release on lateral lipid mobility followed by changes in excimer fluorescence of pyrene-HPC. Pyrene-HPC was incorporated at a concentration of 7 mol % into the liposomal membrane. The monomer-to-dimer ratio ($F_{397\ nm}/F_{478\ nm}$) is plotted for liposomes, which do not entrap oligonucleotides (LUV in HBS (*1*) and ammonium acetate (*2*)) and liposomes, which do (liposomes entrapping oligonucleotide at an oligonucleotide-to-lipid ratio of 0.13 mg/mg in HBS (*3*) and in ammonium acetate (*4*)). The latter corresponds to the situations *B* and *C* of the NMR data, where oligonucleotide is initially bound (pH gradient) and then dissociated from the membrane by depletion of the pH gradient in 150 mM ammonium acetate pH 7.5.

lization results in the disappearance (broadening out) of the NMR signal (Fig. 4 *B*). Upon dissipation of the pH gradient by addition of ammonium acetate and adjustment of the external pH to 7.5 DODAP is deprotonated and the oligonucleotides dissociate from the liposomal membrane. This is demonstrated by the recovery of the NMR signal in Fig. 4 *C*. However, the recovery is incomplete, ~50% of the initial signal, in contrast to the full signal recovery observed upon external addition of oligonucleotide to cationic DODAP/DSPC/Chol/PEG-CerC$_{14}$ LUVs followed by adjustment of the pH to 7.5 (Fig. 1). The signal attenuation is not due to NMR resonance saturation (see Materials and

Methods). It may be attributed to two possibilities: 1) either the amount of encapsulated antisense exceeds its solubility so that a portion of it precipitates or 2) the mobility of the antisense molecules is spatially constrained, e.g., by immobilization between two closely apposing bilayers (see Fig. 6 *A*). To confirm that the oligonucleotides were encapsulated and localized in the aqueous interior of the liposomes, 5 mM MnSO$_4$ was added to the external solution (Fig. 4 *D*). Mn$^{2+}$ is a membrane-impermeable paramagnetic line-broadening agent and will quench the signals of all accessible phosphate groups, phospholipids as well as oligonucleotides. However, the oligonucleotide signal remained unaffected and disappeared only upon solubilization of the liposomes with OGP (Fig. 4 *E*). The whole oligonucleotide signal is recovered when the initial liposomes (Fig. 4 *B*) are solubilized with OGP in the absence of Mn$^{2+}$ (Fig. 4 *F*). These data clearly demonstrate that the oligonucleotide is entrapped in the liposomes and not simply associated with the external membrane. It should also be noted that entrapped oligonucleotides were not accessible to the oligonucleotide-binding dye OliGreen.

The NMR studies describe the interaction between oligonucleotides and liposomes as seen from the perspective of the oligonucleotides. Changes in lipid dynamics and membrane organization can be probed with pyrene-labeled lipids (Duportail and Lianos, 1996). Pyrene-labeled lipids form excited-state dimers at high concentrations, which fluoresce at a different wavelength than the monomers. Excimer formation is a diffusion-controlled process and requires two molecules to come together to form a dimer. The binding of the oligonucleotides results in a dramatic reduction of the lateral mobility of all lipid species relative to control liposomes, which do not contain oligonucleotides (Fig. 4, *inset*, *1-4*). The membrane is laterally compressed. This follows from the observed decrease in excimer fluorescence of pyrene-HPC (*3*). The depletion of the transmembrane pH gradient results in an increase of the excimer fluorescence and restoration of lipid mobility (*4*). Control liposomes in the absence of oligonucleotide are shown in Fig. 4, *inset*, *1* and *2*.

## Liposome size and entrapment efficiency

Both the size of the liposomes entrapping antisense as well as the entrapment efficiency depend on the initial oligonucleotide-to-lipid ratio. Fig. 5 shows that oligonucleotides can be efficiently entrapped at high oligonucleotide-to-lipid ratios. The entrapment efficiency is plotted as a function of the initial oligonucleotide-to-lipid ratio. The binding level at maximum entrapment is 0.16 mg of oligonucleotide per mg of lipid (0.023 mol/mol, negative-to-positive charge ratio = 1.5). This corresponds to ~2200 oligonucleotide molecules per 100-nm liposome and demonstrates the high efficiency of this entrapment procedure. Entrapment efficiencies are



FIGURE 5   Plot of the entrapment efficiency expressed as the entrapped oligonucleotide-to-lipid ratio (●) and percent entrapment (○) as a function of the initial oligonucleotide-to-lipid ratio. The ratios are given in w/w.

~3 orders of magnitude higher than obtained by passive encapsulation based on the trapped volume.

Upon increasing the oligonucleotide-to-lipid ratio, the size as well as the polydispersity of the samples increase slightly from $70 \pm 10$ nm for liposomes alone to $110 \pm 30$ for an initial oligonucleotide-to-lipid weight ratio of 0.2 mg/mg. Freeze-fracture electron microscopy showed an increase in the number of larger liposomes with increasing initial oligonucleotide-to-lipid ratios. As an aside, it should be noted that the initially translucent liposome dispersion becomes increasingly turbid as the oligonucleotide-to-lipid ratio is increased.

## Morphology

Freeze-fracture images are consistent with a liposomal system; however, internal structure is not revealed (data not shown). Structural details were visualized by cryo-TEM. Fig. 6 *A* is a cryo-TEM image of a sample with an entrapped oligonucleotide-to-lipid ratio of 0.13 mg/mg. It shows that unilamellar liposomes co-exist with bi- and multilamellar liposomes. The membranes of the latter are in close contact. The inset of Fig. 6 *A* is an expanded view of a multilamellar liposome and shows two initially separate membranes forced into close apposition by bound oligonucleotides. In some liposomes, the inter-bilayer binding is discontinuous and the outer membrane exhibits bulbs. The number of multilamellar liposomes increases with increasing initial oligonucleotide-to-lipid ratio. The initial liposomes in the absence of antisense oligonucleotide were unilamellar (Fig. 6 *B*). The existence of multilamellar liposomes can only mean that more than one liposome has to participate in their formation and points to an adhesion-mediated mechanism of formation.

## PEG-Cer is displaced from the liposomal membrane upon oligonucleotide entrapment

It would be expected that the PEG coating would inhibit formation of the closely apposed membranes observed for the multilamellar structures by TEM. The fate of PEG-Cer was therefore examined by using radioactively labeled PEG-CerC$_{14}$. Antisense oligonucleotides were encapsulated in liposomes containing trace amounts of [$^3$H]-PEG-CerC$_{14}$ in addition to 10 mol % unlabeled PEG-CerC$_{14}$ and [$^{14}$C]-cholesterol hexadecylether (CHE) as a cholesterol marker at a [$^3$H]/[$^{14}$C] ratio of 5.9. This ratio represents an apparent PEG-Cer/chol ratio and will be used in place of the molar PEG-Cer/chol ratio. The initial oligonucleotide-to-lipid weight ratio was 0.29 mg/mg. Entrapment resulted in a final oligonucleotide-to-lipid ratio of 0.16 mg/mg. Free PEG-Cer and PEG micelles were separated from liposomes by ultracentrifugation using a sucrose step gradient (1%, 2.5%, 10%, and 15% (w/v) sucrose in HBS). Empty liposomes band at the interface between 2.5% and 10% sucrose with an apparent PEG-Cer/chol ratio of 5.5. This band accounts for roughly 80% of the total lipid. The oligonucleotide-containing liposomes show a faint band at the same location, which corresponds to less than 9% of total lipid. However, most of the liposomal antisense oligonucleotide migrates down to the 15% sucrose layer or pellets at the bottom. A complete analysis of the liposome-containing fractions of the gradient is presented in Table 3. The results are representative for samples prepared at high oligonucleotide-to-lipid ratios. It can be seen that the PEG-Cer/chol ratios progressively decrease toward the bottom of the gradient. More than 50% of the PEG-Cer is lost from the bottom fraction relative to the initial liposomes (apparent PEG-Cer/chol ratio 5.5). The DSPC/Chol ratio does not change, indicating that the initial lipid composition is maintained.

Further analysis of the fractions of the above gradient show that the oligonucleotide-containing liposomes show large differences in their oligonucleotide content. The oligonucleotide-to-lipid ratios as well as the average size increase from top to bottom (Table 3). Three main populations can be identified as distinct bands (Table 4): first, liposomes entrapping oligonucleotide at low oligonucleotide-to-lipid ratio (0.03–0.05 mg/mg); second, liposomes with an oligonucleotide-to-lipid ratio of 0.14–0.15 mg/mg; and finally, liposomes with very high oligonucleotide-to-lipid ratios (0.29 mg/mg). Their relative proportions depend on the initial oligonucleotide-to-lipid ratio. The population with high oligonucleotide-to-lipid ratio, which is larger in size than the others, decreases in favor of the first two populations with decreasing initial oligonucleotide-to-lipid ratio. This is consistent with the decrease in average size observed with decreasing oligonucleotide-to-lipid ratio (see dynamic light-scattering data presented above). It was attempted to correlate the observed differences in entrapment and size to the morphological heterogeneity seen by cryo-TEM (Fig. 6). Anti-c-myc oligonucleotide was entrapped at high initial oligonucleotide-to-lipid ratio (0.28 mg/mg), and the two



FIGURE 6   (A) Cryo-TEM picture of DSPC/Chol/PEG-CerC$_{14}$/DODAP (20:45:10:25 mol %) liposomes entrapping oligonucleotides. The inset is an expanded view of a multilamellar liposome showing two initially separate membranes forced into close apposition by bound oligonucleotides (indicated by the *arrow*). The entrapped antisense-to-lipid weight ratio was 0.125 mg/mg. Empty liposomes prepared the same way as the oligonucleotide-containing liposomes can be seen in *B*. (C) TEM electron micrograph of a sample prepared in 30% ethanol in the absence of PEG-Cer before anion exchange chromatography. The concentric bilayers of multilamellar liposomes can be clearly seen. The inset shows the area indicated by the arrow enlarged by a factor of 3. The entrapment was 32% at an initial oligonucleotide-to-lipid weight ratio of 0.3 mg/mg. Bars, 100 nm.

Maurer et al.

**TABLE 3  Analysis of the lipid composition**

| Fraction | % PEG-Cer | % Chol | % DSPC | Chol/DSPC (mol/mol) | PEG-Cer/chol ratio (r.u.) | Size (nm) |
|---|---|---|---|---|---|---|
| SBU | | | | 2.2 | 5.9 | $86 \pm 24$ |
| 1–10 | 26.8 | 6.6 | ND | ND | ND | ND |
| 11 | 13.7 | 9.2 | ND | ND | 8.6 | $89 \pm 21$ |
| 12 | 4.3 | 3.9 | ND | ND | 6.4 | ND |
| 13 | 3.6 | 4.1 | ND | ND | 5.0 | ND |
| 14 | 8.9 | 11.4 | ND | ND | 4.5 | $83 \pm 21$ |
| 15 | 27.1 | 36.6 | 37.6 | 2.2 | 4.2 | $70 \pm 15$ |
| 16 | 8.5 | 12.8 | ND | ND | 3.8 | $75 \pm 16$ |
| 17 | 7.1 | 15.4 | 15.5 | 2.2 | 2.6 | $129 \pm 39$ |

Antisense oligonucleotides were encapsulated in liposomes containing trace amounts of $[^3H]$-PEG-CerC$_{14}$ in addition to 10 mol % unlabeled PEG-CerC$_{14}$ and $[^{14}C]$-cholesterol hexadecylether as a cholesterol marker at a $[^3H]/[^{14}C]$ ratio of 5.9. The initial oligonucleotide-to-lipid weight ratio was 0.29 mg/mg. Entrapment resulted in a final oligonucleotide-to-lipid weight ratio of 0.156 mg/mg. Free PEG-Cer and PEG-Cer micelles were separated from oligonucleotide-containing liposomes by ultracentrifugation using a sucrose step gradient, and 800 $\mu$l of sample containing 4.3 $\mu$mol (3.28 mg) of lipid and 0.096 $\mu$mol (0.51 mg) of entrapped oligonucleotide were applied to the gradient. The analysis of this gradient is presented above. The recovery of lipids and antisense from the gradient was almost quantitative (>95%). DSPC concentrations were determined by the phosphate assay according to Fiske and Subbarow (1925). The theoretical molar cholesterol-to-DSPC ratio is 2.25 (45/20). SBU, sample before ultracentrifugation; ND, not determined. The $[^3H]/[^{14}C]$ ratio is an apparent PEG-Cer/chol ratio and is used instead of the molar PEG-Cer/chol ratio.

main fractions corresponding to fractions 15 and 17 in Table 4 were viewed by cryo-TEM after removal of sucrose by dialysis. The upper fraction consists exclusively of bilamellar liposomes exhibiting bulbs (Fig. 7 *A*) whereas the bottom fraction contained a mixture of bi- and multilamellar liposomes (Fig. 7 *B*).

## The addition of oligonucleotides to cationic liposomes in the presence of ethanol can give rise to domain formation

The formation of the multilamellar liposomes seen in Fig. 6 must be preceded by liposome adhesion. However, 10 mol % PEG-Cer completely inhibits adhesion in the absence of ethanol. Two effects could contribute to liposome adhesion in the presence of ethanol: first, the increase in the amount of non-

**TABLE 4  Heterogeneity of liposome-encapsulated antisense samples as a function of the entrapped oligonucleotide-to-lipid ratio**

| | High initial ODN/l ratio | | | Low initial ODN/l ratio | | |
|---|---|---|---|---|---|---|
| Fraction | % Lipid | % ODN | ODN/l | % Lipid | % ODN | ODN/l |
| SBU | ND | ND | 0.156 | ND | ND | 0.1 |
| 11 | 9.2 | 1.9 | 0.030 | 15.7 | 6.7 | 0.036 |
| 12 | 3.9 | 3.1 | 0.117 | 14.8 | 8.9 | 0.050 |
| 13 | 4.1 | 3.9 | 0.140 | 3.8 | 3.4 | 0.09 |
| 14 | 11.4 | 10.5 | 0.140 | 8.1 | 11.2 | 0.14 |
| 15 | 36.6 | 36.2 | 0.148 | 31.5 | 45.9 | 0.146 |
| 16 | 12.8 | 14.4 | 0.168 | 9.7 | 15.4 | 0.16 |
| 17 | 15.4 | 30.1 | 0.29 | 5.3 | 8.5 | 0.162 |

Oligonucleotide was entrapped at a high (0.156 mg/mg) and at a low (0.1 mg/mg) final oligonucleotide-to-lipid ratio. The samples were fractionated in their component populations by ultracentrifugation on a sucrose gradient. $^3$H-CHE was used to determine lipid concentrations. The oligonucleotide-to-lipid (ODN/l) ratios are weight ratios (mg/mg). SBU, sample before ultracentrifugation; ND, not determined.

membrane-incorporated PEG-Cer through rapid lipid exchange, and second, formation of small domains depleted in PEG-Cer and enriched in antisense oligonucleotides. The latter possibility was investigated as follows. The effect of oligonucleotide binding was visualized by phase contrast and fluorescence microscopy using giant DSPC/Chol/DODAP/PEG-CerC$_{14}$ liposomes in conjunction with FITC-labeled oligonucleotides. All images represent thin sections of the giant liposomes. Most of these liposomes are multilamellar and display internal structure (Fig. 8 *left side*, *A* (in the absence of ethanol), and *B* (in 40% ethanol)). If ethanol is absent, the giant liposomes disintegrate into irregularly shaped aggregates and smaller liposomes on addition of antisense (Fig. 8 *A*, phase contrast image in the center and fluorescence image on the *right side*). The green FITC fluorescence reveals the location of the oligonucleotides. A completely different picture is presented in the presence of 40% ethanol. The initially round liposomes adopt a pear-shaped form 5–10 min after addition of oligonucleotide with the oligonucleotides located in a semicircle on one side of these structures (Fig. 8 *B*, phase contrast image in the center and fluorescence image on the *right side*). The interior membranes are squeezed out from this horseshoe, which detaches and collapses, particularly upon raising the temperature, into a compact slightly irregular structure that appears completely green in fluorescence. The segregation of the oligonucleotides indicates that ethanol is able to facilitate domain formation.

## The encapsulation procedure can be applied to other polynucleotides and can employ other lipid compositions

Experiments were conducted to demonstrate that the entrapment is a general feature of the interaction of negatively charged polyelectrolytes with cationic liposomes.

Biophysical Journal 80(5) 2310–2326

Cationic Liposome-Polynucleotide Interaction

2321





FIGURE 7   Structural heterogeneity of liposomes encapsulating anti-sense oligonucleotides. A sample prepared at an initial oligonucleotide-to-lipid ratio of 0.28 mg/mg was fractionated in its component liposome populations by ultracentrifugation on a sucrose step gradient. The morphology of the liposomes in the two main fractions was determined by cryo-TEM. The oligonucleotide-to-lipid ratios in these fractions were 0.2 mg/mg (*A*) and 0.32 mg/mg (*B*), respectively. The fraction with the lower oligonucleotide-to-lipid ratio consists exclusively of bilamellar liposomes (*A*). Most of these liposomes exhibit bulbs, and the binding of the bilayers is discontinuous. The fraction with the higher entrapped oligonucleotide-to-lipid ratio consists of a mixture of bi- and multilamellar liposomes (*B*). Bars, 100 nm.

Fig. 9 (*solid bars*) shows that other oligonucleotides than anti-c-myc as well as plasmid-DNA can be efficiently entrapped in DSPC/Chol/DODAP/PEG-CerC$_{14}$ liposomes. The entrapment procedure can also be extended to other lipid compositions including DOPE systems (Fig. 9, *open bars*).

## DISCUSSION

The use of membrane-destabilizing agents such as ethanol in conjunction with PEG-lipids offers a new way to control and modulate the interaction between highly charged polymers and cationic liposomes. Ethanol can induce the formation of multilamellar liposomes with concentric bilayer shells from cationic LUVs, thereby trapping oligonucleotides between the lamellae of these multilamellar vesicles (MLVs). The use of a cationic lipid with a protonable headgroup allows dissociation of aggregates and multilamellar structures with nonconcentric bilayer shells such as bilayer stacks and easy removal of unentrapped oligonucleotides. Furthermore, incorporation of PEG-lipids into the liposome membrane allows control of the size of the multilamellar liposomes. In the presence of PEG lipids, small MLVs form, which are not significantly different in their size distribution than the parent LUVs from which they originated. Trapping efficiencies are 3 orders of magnitude higher than achieved by passive encapsulation based on the trapped volume. The following discussion will focus on the formation of these multilamellar liposomes with regard to differences as compared with complexes, the influence of PEG-Cer on liposome size, and the mechanism of formation of these multilamellar liposomes.

Cationic liposome/DNA complexes exhibit a large variety of different structures, including clusters of aggregated liposomes with flat double-bilayer diaphragms in the areas of contact, liposomes coated with DNA, and (aggregated) multilamellar structures, where DNA is sandwiched between lipid bilayers (Gustafsson et al., 1995; Lasic, 1997; Lasic et al., 1997; Huebner et al., 1999; Xu et al., 1999). The latter structures can be flat stacks of bilayers or liposomes, which frequently exhibit nonconcentric bilayer segments on their outer surface. Similar structures have been observed following binding of Ca$^{2+}$ to negatively charged liposomes (Papahadjopoulos et al., 1975; Miller and Dahl, 1982; Rand et al., 1985; Kachar et al., 1986). The structural transformations occurring in these systems were attributed to adhesion-mediated processes such as bilayer rupture and fusion (Rand et al., 1985; Kachar et al., 1986; Huebner et al., 1999). First, liposomes aggregate cross-linked by DNA or Ca$^{2+}$. Rapid spreading of the contact area deforms the liposomes as they flatten against each other. This places the bilayer under increased tension. If the tension (adhesion energy) is high enough, the stress imposed on the lipid membrane can be relieved either by fusion (increase in area/volume ratio) and/or rupture (volume loss). Most bilayers rupture when the area is increased by ~3% (Evans and Parsegian, 1983). Upon bilayer rupture vesicles collapse, flattening against each other to form multilamellar stacks. Membrane-destabilizing agents such as ethanol can modulate the structural rearrangements occurring upon interaction of cationic liposomes with DNA or oligonucleotides. The multilamellar liposomes observed in the presence

Biophysical Journal 80(5) 2310–2326

2322                                                                                    Maurer et al.



FIGURE 8  Lipid domain formation. The membrane-reorganizing effect of oligonucleotides was visualized by phase contrast and fluorescence microscopy. Giant liposomes in 5 mM citrate buffer were incubated at pH 4 and room temperature with FITC-labeled oligonucleotide (FITC-labeled anti-c-myc) at an oligonucleotide-to-lipid ratio of 0.2 mg/mg in the absence (*A*) and presence (*B* and *C*) of 40% ethanol. Most of the initial giant liposomes were multilamellar and exhibited internal structure (*A*, *left side*). In the absence of ethanol the giant liposomes fragmented into irregularly shaped structures and smaller liposomes (*A*, phase contrast image in the *center* and the corresponding fluorescence image on the *right side*). In 40% ethanol the initially round liposomes adopted a pear-shaped form after 5–10 min with the oligonucleotide segregated to one side of this structure (horseshoe) (*B*, phase contrast image in the *center* and fluorescence image on the *right side*). Control liposomes in 40% ethanol in the absence of oligonucleotide are shown in *B* (*left side*). An expanded view of MLV in the presence of ethanol and oligonucleotides is presented in *C* (phase contrast image on the *left* and fluorescence image on the *right*). Bar, 20 $\mu$m. The magnification is the same for *A* and *B*.

of ethanol also point to an adhesion-mediated process for their formation. However, they differ from the complexes in that they exhibit concentric bilayer shells (Figs. 6 and 10). Although ethanol is required for the latter structures to form, it is not clear how it promotes these structural rearrangements. The ethanol concentrations correlate with the loss of the membrane permeability barrier for small molecules and

rapid lipid exchange as well as lipid flip-flop. In addition, ethanol has been shown to reduce the bending rigidity of lipid membranes (Safinya et al., 1989). Permeabilization of the liposomes results in rapid relief of the stress imposed on the lipid membrane by volume loss (water efflux) as the vesicles adhere and flatten against each other. The enhanced lipid exchange as well as the reduced bending rigidity affect

Cationic Liposome-Polynucleotide Interaction                                           2323



FIGURE 9 (*Solid bars*) Entrapment of different antisense oligonucleotides as well as plasmid DNA (pCMV-luc) in DSPC/Chol/PEG-CerC$_{14}$/DODAP (20:45:10:25 mol %) liposomes. The initial oligonucleotide-to-lipid weight ratio was 0.1 mg/mg, and 300 mM citrate buffer was used for oligonucleotide entrapment. The pDNA entrapment was performed in 50 mM citrate buffer at a pDNA-to-lipid weight ratio of 0.03 mg/mg. (*Open bars*) Entrapment of anti-c-myc in DSPC/Chol/PEG-CerC$_{14}$/DODAP (20/45/10/25 mol %) liposomes and DOPE/PEG-CerC$_{14}$/DODAP (45/10/45 mol %) liposomes. The initial oligonucleotide-to-lipid weight ratio was 0.12 mg/mg for the DSPC/chol system and 0.11 mg/mg for the DOPE system. The initial lipid concentration was 13 mM.



FIGURE 10 Model describing the effect of ethanol and PEG-Cer on the interaction of cationic liposomes with antisense oligonucleotides. In the absence of a PEG coating and ethanol, complexes are formed mainly consisting of aggregates and multilamellar structures with non-concentric membranes (*A*, *top*). Ethanol induces the formation of large multilamellar liposomes with concentric bilayer shells (*A*, *bottom*). Incorporation of PEG-Cer prevents aggregation in the absence of ethanol whereas binding of oligonucleotides to the liposomes is not inhibited (*B*, *top*). Small multilamellar liposomes form in the presence of ethanol preceded by adhesion of the parent LUVs in PEG-Cer-depleted regions (*B*, *bottom*).

the restructuring of the lipid membranes. It has been shown previously that there is a direct pathway from LUVs to MLVs independent of ethanol (Siegel and Epand, 1997). Similarities with our systems are obvious. At low pH, phosphatidylethanolamine (PE) LUVs, in particular, di-palmitoleoyl-PE (DPoPE) LUVs, aggregate and form small MLVs at temperatures below the lamellar-to-hexagonal phase transition ($T_H$) (Siegel et al., 1994; Siegel and Epand, 1997). In the case of DPoPE, which has a $T_H$ of 43°C, the extent and rate of MLV formation was temperature dependent, more pronounced at higher temperatures (21°C) with aggregation dominating at lower temperatures (4°C). A similar temperature response was also found for our PEG-Cer-containing liposomes. At low temperature, aggregation was decoupled from subsequent structural reorganizations (Fig. 3). For the PE systems, the formation of concentric bilayer shells was attributed to the large energy of adhesion of PE bilayers at pH 7 or less (Siegel and Epand, 1997).

It is difficult to control the final size of the multilamellar liposomes. With increasing ethanol concentration the entrapment efficiency goes up, but at the same time the size becomes larger and the polydispersity increases (Table 1). Two parameters, among others, that most affect the final size and lamellarity are the oligonucleotide-to-lipid ratio and the ethanol concentration. The former determines the aggregate size and the latter the degree of membrane destabilization. A reduction in size and polydispersity should be possible by limiting the number of adhesion points between

liposomes and hence the number of liposomes, which can come into contact with each other. This can be achieved by incorporation of PEG-lipids into the liposome membrane with the polymer concentration being the variable that determines the final size distribution. The polymer coating does not interfere with oligonucleotide binding. Multilamellar liposomes not much larger than the parent LUVs from which they originated formed at PEG-Cer concentrations of 2.5 mol %, and their formation was not inhibited by PEG-Cer concentrations as high as 10 mol %. Adhesion was completely abolished at 10 mol % PEG-Cer in the absence of ethanol. In addition, the PEG coating was shown to prevent structural transformations of cationic liposome/oligonucleotide complexes, resulting in stable adhesion (Meyer et al., 1998). Aggregation was virtually eliminated in the presence of 6 mol % PEG-PE (Meyer et al., 1998).

Ethanol can contribute to liposome adhesion in two ways: first, by the increase in the amount of non-membrane-incorporated PEG-Cer through rapid lipid exchange, and second, by formation of small domains depleted in PEG-Cer and enriched in oligonucleotides. Domain formation was observed with giant liposomes following binding of oligonucleotides in ethanol-containing solutions (Fig. 8). These domains could be regions where contact is established. The spreading of the contact area would lead to lateral displacement and loss of PEG-Cer from the liposome membrane. The latter was demonstrated to occur by the fractionation

studies (Table 2). The subsequent structural rearrangements are again a consequence of this adhesion. It has been shown previously that membrane adhesion is accompanied by lateral phase separation. PEG-PE can be squeezed out from the contact area, thereby allowing growth of adhesion patches (Albersdorfer et al., 1997).

Fig. 10 summarizes how ethanol and PEG-Cer affect the interaction of cationic liposomes with antisense oligonucleotides. In the absence of a PEG coating and ethanol, complexes are formed mainly consisting of aggregates and multilamellar structures with open terminated membranes (Fig. 10 *A*). Ethanol induces the formation of large multilamellar liposomes with concentric bilayer shells (Fig. 10 *A*). In the absence of ethanol, incorporation of PEG-Cer prevents aggregation whereas binding of oligonucleotides to the liposomes is not inhibited (Fig. 10 *B*). Small multilamellar liposomes formed in the presence of ethanol (Fig. 10 *B*). The ethanol concentrations required for their formation were found to be dependent on the lipid composition. Less ethanol was required when liposomes incorporated PE instead of phosphatidylcholine or when PEG-Cer was absent. The effect of oligonucleotide binding will be discussed in the following paragraph.

The binding of highly charged polyelectrolytes to oppositely charged liposomes promotes membrane destabilization per se. Charge neutralization and concomitant reduction of the outer surface area leads to a gradient in lateral pressure in the direction of the bilayer normal. This generates a bending moment, which in turn contributes to destabilize the liposomes (Sackmann, 1994). The severity of the destabilization depends on the polyelectrolyte-to-lipid ratio and ranges from membrane distortion to fragmentation. Membrane distortion as well as invagination were found in LUV systems at high oligonucleotide concentrations or following pDNA binding (Lasic, 1997; Meyer et al., 1998; Xu et al., 1999; May et al., 2000). Exposure of giant liposomes to oligonucleotides and DNA caused budding off of smaller liposomes as well as fragmentation and disintegration (Fig. 8 *A*) (Angelova et al., 1999). Ethanol can enhance the destabilizing effect of oligonucleotide binding. It was hypothesized that invagination and inversion of the liposomal membrane could relieve the resultant stress, provided that there is excess surface area available, and result in entrapment of pDNA in cationic liposomes (Lasic, 1997). This mechanism is not supported by our data. The majority of oligonucleotide is entrapped between the lamellae of multilamellar liposomes. However, it cannot be completely ruled out that it accounts for some of the entrapped antisense in the unilamellar liposomes.

Detergents are able to destabilize lipid membranes in much the same way as ethanol, most notably causing gradual breakdown of the membrane permeability barrier and enhanced lipid exchange (Almog et al., 1990; Schubert et al., 1991). Preliminary experiments show that detergents can be substituted for ethanol. Future work will focus on the characterization of these detergent systems as well as on the general applicability of the ethanol procedure, particularly with respect to the entrapment of positively charged polyelectrolytes in negatively charged liposomes. The limitations imposed by the nature of the polyelectrolyte will be an additional point of investigation. For example, the lack of entrapment of ATP, a small molecule with three negative charges, indicates a dependence on the length of the molecule.

In summary, this study shows that membrane-destabilizing agents can modulate the interaction of cationic liposomes with polyelectrolytes. MLVs form when oligonucleotides interact with cationic LUVs in the presence of ethanol and detergents. Their size can be controlled by incorporation of PEG-Cer. The encapsulation procedure is not restricted to a particular combination of polyelectrolyte and lipid composition but represents a general feature of the interaction of polyelectrolytes with oppositely charged liposomes. The high entrapment efficiencies achieved at high polyelectrolyte-to-lipid ratios and the small size and neutral character of these novel liposomal systems are of utility for liposomal delivery of macromolecular drugs.

We acknowledge Dr. Zhao Wang of Inex Pharmaceuticals for the synthesis of the radioactively labeled PEG-Cer.

This work was supported by the Medical Research Council of Canada and Inex Pharmaceuticals together with the National Science and Engineering Research Council of Canada through a Collaborative Research and Development Program.

## REFERENCES

Albersdorfer, A., T. Feder, and E. Sackmann. 1997. Adhesion-induced domain formation by interplay of long-range repulsion and short-range attraction force: a model membrane study. *Biophys. J.* 73:245–257.

Almog, S., B. J. Litman, W. Wimley, J. Cohen, E. J. Wachtel, Y. Barenholz, A. Ben-Shaul, and D. Lichtenberg. 1990. States of aggregation and phase transformations in mixtures of phosphatidylcholine and octyl glucoside. *Biochemistry.* 29:4582–4592.

Angelova, M. I., N. Hristova, and I. Tsoneva. 1999. DNA-induced endocytosis upon local microinjection to giant unilamellar cationic vesicles. *Eur. Biophys. J.* 28:142–150.

Bailey, A. L., and P. R. Cullis. 1994. Modulation of membrane fusion by asymmetric transbilayer distributions of amino lipids. *Biochemistry.* 33:12573–12580.

Barchfeld, G. L., and D. W. Deamer. 1988. Alcohol effects on lipid bilayer permeability to protons and potassium relation to action of general anesthetics. *Biochim. Biophys. Acta.* 944:40–48.

Barry, J. A., and K. Gawrisch. 1995. Direct NMR evidence for ethanol binding to the lipid-water interface of phospholipid bilayers. *Biochemistry.* 33:8082–8088.

Bligh, E. G., and W. J. Dyer. 1959. A rapid method of total lipid extraction and purification. *Can. J. Biochem. Physiol.* 37:911–917.

Chonn, A., and P. R. Cullis. 1998. Recent advances in liposome technologies and their applications for systemic gene delivery. *Adv. Drug Delivery Rev.* 30:73–83.

Duportail, G., and P. Lianos. 1996. Fluorescence probing of vesicles using pyrene and pyrene derivatives. *In* Vesicles. M. Rosoff, editor. Marcel Dekker, New York. 295–366.

Evans, E. A., and V. A. Parsegian. 1983. Energetics of membrane deformation and adhesion in cell and vesicle aggregation. *Ann. N.Y. Acad. Sci.* 416:13–33.

Felgner, P. L. 1997. Nonviral strategies for gene therapy. *Sci. Am.* 276:102–106.

Felgner, P. L., T. R. Gadek, M. Holm, R. Roman, H. S. Chan, M. Wenz, J. P. Northrop, G. M. Ringold, and H. Danielson. 1987. Lipofection: a highly efficient, lipid-mediated DNA transfection procedure. *Proc. Natl. Acad. Sci. U.S.A.* 84:7413–7417.

Fiske, C. H., and Y. Subbarow. 1925. Colorimetric determination of phosphorus. *J. Biol. Chem.* 66:325–329.

Gao, X., and L. Huang. 1995. Cationic liposome-mediated gene transfer. *Gene Therapy.* 2:710–722.

Gennis, R. B. 1989. Biomembranes: Molecular Structure and Function. Springer Verlag, New York.

Gustafsson, J., G. Arvidson, G. Karlsson, and M. Almgren. 1995. Complexes between cationic liposomes and DNA visualized by cryo-TEM. *Biochim. Biophys. Acta.* 1235:305–312.

Hirschbein, B. L., and K. L. Fearon. 1997. P-31 NMR spectroscopy in oligonucleotide research and development: commentary. *Antisense Nucleic Acid Drug Dev.* 7:55–61.

Hoekstra, D. 1990. Fluorescence assays to monitor membrane fusion: potential application in biliary lipid secretion and vesicle interactions. *Hepatology.* 12:61S–66S.

Holte, L. L., and K. Gawrisch. 1997. Detecting ethanol distribution in phospholipid multilayers with MAS-NOESY Spectra. *Biochemistry.* 36:4669–4674.

Hope, M. J., Walker, D. C., and P. R. Cullis. 1983. $Ca^{2+}$ and pH induced fusion of small unilamellar vesicles consisting of phosphatidylethanolamine and negatively charged phospholipids: a freeze-fracture study. *Biochem. Biophys. Res. Commun.* 110:15–22.

Huebner, S., B. J. Battersby, R. Grimm, and G. Cevc. 1999. Lipid-DNA complex formation: reorganization and fusion of lipid bilayers in the presence of DNA as observed by cryo-electron microscopy. *Biophys. J.* 76:3158–3166.

Hyatt, M. A. 1981. Principles and Techniques of Electron Microscopy. Edward Arnold Publishers, London.

Kachar, B., N. Fuller, and R. P. Rand. 1986. Morphological responses to calcium-induced interactions of phosphatidylserine-containing vesicles. *Biophys. J.* 50:779–788.

Komatsu, H., and S. Okada. 1996. Ethanol-enhanced permeation of phosphatidylcholine/phosphatidylethanolamine mixed liposomal membranes due to ethanol-induced lateral phase separation. *Biochim. Biophys. Acta.* 1283:73–79.

Koppel, D. E. 1972. Analysis of macromolecular polydispersity in intensity correlation spectroscopy: the method of cumulants. *J. Chem. Phys.* 57:4814–4820.

Lasic, D. D. 1997. Liposomes in Gene Delivery. CRC Press, Boca Raton, FL.

Lasic, D. D., H. Strey, M. C. A. Stuart, R. Podgornik, and P. M. Frederik. 1997. The structure of DNA-liposome complexes. *J. Am. Chem. Soc.* 119:832–833.

Leckband, D. E., C. A. Helm, and J. Israelachvili. 1993. Role of calcium in adhesion and fusion of bilayers. *Biochemistry.* 32:1127–1140.

Lentz, B. R., W. Talbot, J. Lee, and L.-X. Zheng. 1997. Transbilayer lipid redistribution accompanies poly(ethylene glycol) treatment of model membranes but is not induced by fusion. *Biochemistry.* 36:2076–2083.

Lobbecke, L., and G. Cevc. 1995. Effects of short-chain alcohols on the phase behavior and interdigitation of phosphatidylcholine bilayer membranes. *Biochim. Biophys. Acta.* 1237:59–69.

Lipowsky, R. 1991. The conformation of membranes. *Nature.* 349:475–481.

Macdonald, P. M., K. J. Crowell, C. M. Franzin, P. Mitrakos, and D. J. Semchyschyn. 1998. Polyelectrolyte-induced domains in lipid bilayer membranes: the deuterium NMR perspective. *Biochem. Cell Biol.* 76:452–464.

Maurer, N., A. Mori, L. Palmer, M. A. Monck, K. W. C. Mok, B. Mui, Q. F. Akhong, and P. R. Cullis. 1999. Lipid-based systems for the intracellular delivery of genetic drugs. *Mol. Membr. Biol.* 16:129–140.

McIntyre, J. C., and R. G. Sleight. 1991. Fluorescence assay for phospholipid membrane asymmetry. *Biochemistry.* 30:11819–11827.

May, S., D. Harris, and A. Ben-Shaul. 2000. The phase behavior of cationic lipid-DNA complexes. *Biophys. J.* 78:1681–1697.

Meyer, O., D. Kirpotin, K. Hong, B. Sternberg, J. W. Park, M. C. Woodle, and D. Papahadjopoulos. 1998. Cationic liposomes coated with polyethylene glycol as carriers for oligonucleotides. *J. Biol. Chem.* 273:15621–15627.

Miller, D. C., and G. P. Dahl. 1982. Early events in calcium-induced liposome fusion. *Biochim. Biophys. Acta.* 689:165–169.

Mitrakos, P., and P. M. Macdonald. 1996. DNA-induced lateral segregation of cationic amphiphiles in lipid bilayer membranes as detected via $^{2}H$ NMR. *Biochemistry.* 35:16714–16722.

Mok, K. W. C., and P. R. Cullis. 1997. Structural and fusogenic properties of cationic liposomes in the presence of plasmid DNA. *Biophys. J.* 73:2534–2545.

Needham, D., and E. Evans. 1988. Structure and mechanical properties of giant lipid (DMPC) vesicle bilayers from 20°C below to 10°C above the liquid crystal-crystalline phase transition at 24°C. *Biochemistry.* 27:8261–8269.

Ostrowsky, N. 1993. Liposome size measurements by photon-correlation spectroscopy. *Chem. Phys. Lipids.* 64:45–56.

Papahadjopoulos, D., and G. Poste. 1975. Calcium-induced phase separation and fusion in phospholipid membranes. *Biophys. J.* 15:945–948.

Papahadjopoulos, D., W. J. Vail, K. Jacobson, and G. Poste. 1975. Cochleate lipid cylinders: formation by fusion of unilamellar lipid vesicles. *Biochim. Biophys. Acta.* 394:483–491.

Radler, J. O., I. Koltover, A. Jamieson, T. Salditt, and C. R. Safinya. 1998. Structure and interfacial aspects of self-assembled cationic lipid-DNA gene carrier complexes. *Langmuir.* 14:4272–4283.

Rand, R. P., B. Kachar, and T. S. Reese. 1985. Dynamic morphology of calcium-induced interactions between phosphatidylserine vesicles. *Biophys. J.* 47:483–489.

Sackmann, E. 1994. Membrane bending energy concept of vesicle- and cell-shapes and shape transitions. *FEBS Lett.* 346:3–16.

Safinya, C. R., E. B. Sirota, D. Roux, and G. S. Smith. 1989. Universality in interacting membranes: the effect of cosurfactants on the interfacial rigidity. *Phys. Rev. Lett.* 62:1134–1137.

Schubert, R., H. Wolburg, K.-H. Schmidt, and H. J. Roth. 1991. Loading of preformed liposomes with high trapping efficiency by detergent-induced formation of transient membrane holes. *Chem. Phys. Lipids.* 58:121–130.

Schwichlenhovel, C., B. Deuticke, and C. W. Haest. 1992. Alcohols produce reversible and irreversible acceleration of phospholipid flip-flop in the human erythrocyte. *Biochim. Biophys. Acta* 1111:35–44.

Semple, S. C., S. K. Klimuk, T. O. Harasym, N. Dos Santos, S. M. Ansell, K. F. Wong, N. Maurer, H. Stark, P. R. Cullis, M. J. Hope, and P. Scherrer. 2001. Efficient encapsulation of antisense oligonucleotides in lipid vesicles using ionizable aminolipids: formation of novel small multilamellar vesicle structures. *Biochim. Biophys. Acta.* 1510:152–166.

Siegel, D. P., and R. M. Epand. 1997. The mechanism of lamellar-to-inverted hexagonal phase transitions in phosphatidylethanolamine: implications for membrane fusion mechanisms. *Biophys. J.* 73:3089–3111.

Siegel, D. P., W. J. Green, and Y. Talmon. 1994. The mechanism of lamellar-to-inverted hexagonal phase transitions: a study using temperature-jump cryotransmission electron microscopy. *Biophys. J.* 66:402–414.

Slater, S. J., C., Ho, F. J., Taddeo, M. B., Kelly, and C. D., Stubbs. 1993. Contribution of hydrogen bonding to lipid-lipid interactions in membranes and the role of lipid order: effects of cholesterol, increased phospholipid unsaturation, and ethanol. *Biochemistry.* 32:3714–3721.

2326

Maurer et al.

Slater, J. L., and C.-H. Huang. 1988. Interdigitated bilayer membranes. *Prog. Lipid Res.* 27:325–359.

Struck, D. K., D. Hoekstra, and R. E. Pagano. 1981. Use of resonance energy transfer to monitor membrane fusion. *Biochemistry.* 20: 4093–4099.

Tam, P., M. Monck, D. Lee, O. Ludkovski, E. C. Leng, K. Clow, H. Stark, P. Scherrer, R. W. Graham, and P. R. Cullis. 2000. Stabilized plasmid-lipid particles for systemic gene therapy. *Gene Ther.* In press.

Tocanne, J. F., and J. Teissie. 1990. Ionization of phospholipids and phospholipid-supported interfacial lateral diffusion of protons in membrane model systems. *Biochim. Biophys. Acta.* 1031:111–142.

Vierl, U., L. Lobbecke, N. Nagel, and G. Cevc. 1994. Solute effects on the colloidal and phase behavior of lipid bilayer membranes: ethanol-dipalmitoylphosphatidylcholine mixtures. *Biophys. J.* 67:1067–1079.

Xu, Y., S. W. Hui, P. Frederick, and F. C. Szoka. 1999. Physicochemical characterization and purification of cationic liposomes. *Biophys. J.* 77: 341–353.

# JA-009

# Exhibit 12

*Toxicologic Pathology,* 36:21-29, 2008
Copyright © 2008 by Society of Toxicologic Pathology
ISSN: 0192-6233 print / 1533-1601 online
DOI: 10.1177/0192623307310960

# Liposomal Nanomedicines: An Emerging Field

David B. Fenske,[1] Arcadio Chonn,[2] and Pieter R. Cullis[3]

*From [1]Department of Chemistry, University College of the Fraser Valley, Abbotsford, British Columbia, Canada; [2]Advanced Integrated MicroSystems Ltd., West Vancouver, British Columbia, Canada; and [3]Centre for Drug Research and Development, University of British Columbia, Vancouver, British Columbia, Canada.*

### Abstract

Liposomal nanoparticles (LNs) encapsulating therapeutic agents, or liposomal nanomedicines (LNMs), represent one of the most advanced classes of drug delivery systems, with several currently on the market and many more in clinical trials. During the past 20 years, a variety of techniques have been developed for encapsulating both conventional drugs and the new genetic drugs (plasmid DNA–containing therapeutic genes, antisense oligonucleotides, and small, interfering RNA [siRNA]) within LNs encompassing a very specific set of properties: a diameter centered on 100 nm, a high drug-to-lipid ratio, excellent retention of the encapsulated drug, and a long (>6 hours) circulation lifetime. Particles with these properties tend to accumulate at sites of disease, such as tumors, where the endothelial layer is "leaky" and allows extravasation of particles with small diameters. Thus, LNs protect the drug during circulation, prevent it from reaching healthy tissues, and permit its accumulation at sites of disease. We will discuss recent advances in this field involving conventional anticancer drugs as well as gene-delivery, immunostimulatory, and gene-silencing applications involving the new genetic drugs. LNMs have the potential to offer new treatments in such areas as cancer therapy, vaccine development, and cholesterol management.

*Keywords:* Liposomal nanoparticles; drug delivery; enhanced permeation and retention; gene therapy; antisense oligonucleotides; siRNA.

## Introduction

The 21st century has embraced the dawning of the nanotechnology era and has already seen explosive growth in this multidisciplinary field. Exciting advances can be anticipated in medicine for new treatments for a wide variety of diseases (Ebbesen and Jensen, 2006). Of particular interest is the field of drug delivery (Emerich and Thanos, 2007; Wagner, 2007), in which recent advances in the liposome and polymer fields have led to carrier systems capable of encapsulating therapeutic agents ranging from conventional drugs to the new genetic drugs (such as antisense oligonucleotides or small, interfering RNA [siRNA]; Semple et al., 2001; Fenske and Cullis, 2005; Zimmermann et al., 2006).

In this article, we will focus on liposomal nanomedicines (LNMs) and describe how years of research and development have propelled liposomes into the emerging field of nanomedicines. We will also highlight the lessons we have learned along the way and describe our experiences with a variety of therapeutic agents, from traditional small-molecule drugs to genetic drugs. We will limit the discussion mostly to intravenous delivery of liposomal nanoparticles (LNs).

## Overview

Generally, liposomes have advantages over polymer-based nanoparticles for the formulation of therapeutics (Fenske et al., 2001). The lipid membrane structure, in most cases, mimics the most common structure found in nature—the lipid bilayer. The lipid bilayer provides a remarkable permeability barrier that defines an internal compartment and is capable of protecting the internal contents. Drugs encapsulated within this lipid bilayer are, therefore, protected from extra-liposomal reactions that could alter the effectiveness of the drug, such as enzymatic degradation or modification of the drug. The components that make up the lipid bilayer are mostly biocompatible. As we will discuss, a number of different components can be integrated into liposome membranes that control a number of key parameters, including drug retention, circulation longevity, and fusogenicity. The overall scheme in developing an LNM is to design an LN that exhibits an extended circulation lifetime (allowing the particle to accumulate at a site of interest) coupled with either an appropriate rate of drug retention (such that the drug can leak out of the particle to be taken up by the target cell) or the ability to be taken up by the target cell of interest so the payload can be delivered to the cell interior (see Figure 1).

Address correspondence to: Pieter R. Cullis, FRSC, Department of Biochemistry and Molecular Biology, Life Sciences Centre, 2350 Health Sciences Mall, University of British Columbia, Vancouver, BC, Canada V6T 1Z3; e-mail: pieterc@interchange.ubc.ca.

Abbreviations: APC, antigen presenting cells; CHOP, chemotherapy treatment composed of cyclophosphamide, doxorubicin, vincristine, and prednisone; CpG, unmethylated CpG dinucleotides; DODAC, *N,N*-dioleyl-*N,N*-dimethylammonium chloride; DODAP, 1,2-dioleoyl-3-(dimethylamino)propane; DODMA,1,2-dioleyloxy-*N,N*-dimethyl-3-aminopropane; DOPE, dioleoylphosphatidylethanolamine; dsRNA, double-strand RNA; LN, liposomal nanoparticle; LNM, liposomal nanomedicine; MLVs, multilamellar vesicles; NK, natural killer; ODNs, oligodeoxynucleotides; PEG, poly(ethylene glycol); PEGCerC$_{14}$, PEG-ceramide containing 14 carbon fatty acid; PEGCerC$_{20}$, PEG-ceramide containing 20 carbon fatty acid; PEG-S-DSG, PEG covalently bonded to distearoylglycerol; RISC, RNA-induced silencing complex; RNAi, RNA interference; SALP, stabilized antisense lipid particles; siRNA, small, interfering RNA; SNALP, stabilized nucleic acid lipid particles; SPLP, stabilized plasmid lipid particles; ssRNA, single-strand RNA; SVP, spontaneous vesicle formation; TLR, toll-like receptors.

Downloaded from tpx.sagepub.com at UNIV OF BRITISH COLUMBIA on August 16, 2012

22                                    FENSKE ET AL.                                  TOXICOLOGIC PATHOLOGY



FIGURE 1.—A schematic figure depicting the accumulation of LNs in breast cancer tissue through the EPR effect. (a) LN containing an encapsulated drug extravasate through gaps in the endothelial cells and accumulating it in the darker tumor tissue but not the lighter normal tissue. (b) In passive targeting, as observed with many formulations of conventional anticancer drugs, the drug is released from LNs in the intracellular space and taken up into the tumor cell. (c) LNs that contain targeting ligands (such as antibody fragments), or LNs containing encapsulated genetic drugs (SPLP, SALP, SNALP), are taken up via binding to cell surface receptors, which results in internalization of the particles via the endosomal pathway. Some of the encapsulated material escapes to its intracellular site of action (cytoplasm or nucleus). EPR = enhanced permeation and retention; LN = liposomal nanoparticle; SALP, stabilized antisense lipid particles; SPLP = stabilized plasmid lipid particles; SNALP = stabilized nucleic acid lipid particles. Reprinted with permission from Allen and Cullis (2004).

Liposomes represent a highly flexible platform. Liposomes themselves range from multilamellar vesicles (MLVs) with diameters of several microns to small, unilamellar vesicles with diameters on the order of 20 nm (Fenske, 1993). For biomedical delivery applications, it has become clear that the particles with the greatest utility have diameters centered around 100 nm (large enough to carry significant payload, small enough to slip between leaky endothelial junctions), and these are now more commonly referred to as LNs. Recent advances have demonstrated that LN delivery systems can encapsulate and facilitate the delivery of therapeutic agents ranging from conventional small molecules to plasmid DNA containing therapeutic genes with sizes of several kbases. Between the late 1960s and the early 1990s, several successes in the liposomal field were achieved, all of which involved entrapment of weakly basic small molecules such as doxorubicin, vincristine, ciprofloxacin, or amphotericin B. These successes followed from a number of technological advances.

First, methods were discovered for producing liposomes of varying defined sizes, with narrow size distributions and lamellarity. For example, the extrusion technique, in which MLVs are forced through polycarbonate filters with defined pore sizes under high pressure, allows generation of particles with diameters ranging from 50 nm to 400 nm (Mayer, Hope, et al., 1986). Second, it was observed that most drugs of interest were weakly basic amines that could be accumulated within liposomes in response to a transmembrane pH gradient (inside acidic; Cullis et al., 1997). Originally, the pH gradient was formed using a citrate buffer of pH 4 (Mayer, Bally, et al., 1986; Madden et al., 1990), but since then, other methods of generating transmembrane pH gradients have been developed that involve the use of ammonium gradients (Lasic et al., 1992; Lasic et al., 1995; Maurer-Spurej et al., 1999), or ion gradients in conjunction with ionophores (Fenske et al., 1998). These "first-generation" liposomes are by far the most clinically advanced of any nanoparticulate carrier system, with at least five drugs approved for clinical use and several more in clinical trials.

From the late 1980s onward, the emergence of novel lipid classes, namely [poly(ethylene glycol) [PEG]-conjugated lipids and strongly cationic lipids (Felgner et al., 1987; Felgner and Ringold, 1989), allowed the design of LNs capable of efficient encapsulation of DNA- and RNA-based drugs (Semple et al., 2001; Fenske et al., 2002; Fenske and Cullis, 2005; Jeffs et al., 2005). Research in our laboratory as well as in others has demonstrated that all types of nucleic acids, including DNA for gene therapy (Wheeler et al., 1999), oligonucleotides for immunostimulatory therapy (Mui et al., 2001), ribozymes and siRNA for gene-silencing applications (Jeffs et al., 2005; Zimmermann et al., 2006), and polyplexes for gene therapy (Heyes et al., 2007), can be encapsulated in LNs. These particles exhibit several differences from LNs used for conventional drugs.

First, encapsulation requires the presence of both a cationic lipid (which interacts with negatively charged nucleic acids) and a PEG-lipid conjugate (which stabilizes the particles; Fenske et al., 2002). Second, encapsulation occurs either during particle formation or when the particles are destabilized by an agent such as ethanol (Maurer, Wong, et al., 2001). Finally, whereas LNs encapsulating plasmid DNA are often unilamellar in their bilayer structure (see Figure 2), certain LNs—specifically, those encapsulating antisense oligonucleotides—have a unique multilamellar structure, even though their diameters are on the order of 100 nm (Maurer, Wong, et al., 2001; see Figure 3).

Because of these differences in formation and structure, the nomenclature of these particles has been somewhat confusing: LNs containing plasmid DNA have been referred to as stabilized plasmid-lipid particles (SPLPs), those containing antisense oligonucleotides as stabilized antisense-lipid particles (SALPs) or LN-CpG ODNs (liposomal nanoparticles encapsulating oligodeoxynucleotides containing CpG motifs), and those containing siRNA as stabilized nucleic acid-lipid particles (SNALPs). Regardless, the potential to develop LNs for genetic medicines has been demonstrated for gene-expression applications (Fenske et al., 2001; Heyes et al., 2007), gene-silencing applications (Zimmermann et al., 2006), and immunostimulatory applications (de Jong et al., 2007; Wilson et al., 2007) involving several of these particles in various animal models.

Downloaded from tpx.sagepub.com at UNIV OF BRITISH COLUMBIA on August 16, 2012



FIGURE 2.—Cryo-transmission electron micrographs of SPLPs prepared from DOPE:DODAC:PEGCerC$_{20}$ (83:7:10 mol:mol:mol). The mean particle diameter is 70 nm. The bar indicates 100 nm. SPLP = stabilized plasmid-lipid particle; DODAC = *N,N*-dioleyl-*N,N*-dimethylammonium chloride; DOPE = dioleoylphosphatidylethanolamine; PEG = poly(ethylene glycol). Reprinted with permission from Tam et al. (2000).



FIGURE 3.—Cryo-transmission electron micrographs of SALPs prepared from DSPC/Chol/PEG-CerC$_{14}$/DODAP (20:45:10:25 mol %), with an entrapped antisense-to-lipid weight ratio of 0.125 mg/mg. The unique multilamellar lipid bilayer structure can be seen in several of the particles. The inset is an expanded view of a SALP particle showing two initially separate membranes forced into close apposition by bound oligonucleotides (indicated by the arrow). The bar indicates 100 nm. DODAP = 1,2-dioleoyl-3-(dimethylamino)propane; SALP = stabilized antisense-lipid particle. Reprinted with permission from Maurer, Wong, et al. (2001).

Regardless of the type of drug being encapsulated or the nature of the carrier particle, we have discovered that the following underlying principles generally apply.

*Formulation Is Key:* The lipid bilayer can have a marked effect on the pharmacokinetics and biodistribution of LNs. For example, the presence of cholesterol leads to longer circulation lifetimes and increases drug retention. Likewise, LNs containing a version of sphingomyelin [SM] in which the native trans double bond has been reduced exhibit significantly improved drug-retention properties (Johnston et al., 2007). In addition to the formulation of the lipid bilayer, attention must be paid to the internal concentration of encapsulated drug. It is now becoming increasingly clear that regulating drug-release rates is a key parameter in achieving maximal efficacy of an LN system and that this can be achieved not only by varying the lipid composition but also by regulating the initial drug-to-lipid ratio (Johnston et al., 2006). Size, overall charge, and lamellarity are other important parameters that influence particle biodistribution.

*Biology Has a Major Impact on the Design of LNs:* It is important to consider the interactions of LNs with the whole system. This includes proteins and peptides, especially those of the immune system, as well as cell, tissue, and organ systems. Most noteworthy is the phenomenon known as enhanced permeation and retention, the preferential accumulation of long-circulating LNs at sites of disease via extravasation of the LNs through the leaky vasculature at the disease site (Allen and

Cullis, 2004). For this phenomenon to occur, the LNs have to be less than 100 nm in diameter and have circulation half-lives greater than 6 hours. For LNs carrying certain genetic drugs, particularly antisense oligodeoxynucleotides (ODNs) and siRNA, one must be aware of potential interactions with the immune system, as a strong immune response (Mui et al., 2001; de Jong et al., 2007) may or may not be desired, depending on the application.

*Efficacy Depends on Drug Type as Well as Release Rate:* LNs can increase the therapeutic index of drugs by affecting the biodistribution of the drug—increasing the accumulation of the drug at sites of disease and reducing the accumulation of the drug in healthy tissue. This increased accumulation of the drug can act extracellularly as a local depot, or the LNs can facilitate the internalization of the drug, with the drug's being processed intracellularly. Regardless, increased accumulation of the drug at a disease site does not necessarily translate to an increase in efficacy. Doxorubicin is an example of a drug that has greatly

Downloaded from tpx.sagepub.com at UNIV OF BRITISH COLUMBIA on August 16, 2012

reduced side effects in encapsulated form but similar efficacy to the free drug (Abraham et al., 2005). Other drugs, such as vincristine and topotecan, exhibit greatly increased efficacy when encapsulated in LNs (Boman et al., 1994). The reasons for this will be discussed below, where we will give a few specific examples from our research to illustrate these fundamental principles.

### LN FOR CONVENTIONAL THERAPEUTICS

There are a number of examples of LNs for conventional small-molecule drugs (for reviews, see Hope and Wong, 1995; Cullis et al., 1997; Maurer, Fenske, et al., 2001; Fenske and Cullis, 2005; Semple et al., 2005). As an example, we will describe our research and development efforts with liposomal vincristine to illustrate the advantages of LNs.

Vincristine is a microtubule inhibitor that acts in the M phase of the cell cycle and is one of the most widely used anticancer drugs; its primary indication is for non-Hodgkin's lymphoma (NHL). Previous work has shown that the efficacy of LNs containing cell cycle–specific drugs is particularly sensitive to drug-release rates. In studies using the L1210 and P388 murine leukemia models or the A431 human squamous-cell carcinoma model, formulations of vincristine with progressively slower release rates converted the drug from being essentially inactive to producing 100% cures (Boman et al., 1993; Boman et al., 1994). This dependence on release rates is consistent with the fact that prolonged exposure of cells to cell cycle–specific agents results in greater cell killing in vitro and enhanced antitumor activity in vivo (Boman et al., 1993; Sarris et al., 2000; Semple et al., 2005; Johnston et al., 2006).

Clearly, it is desirable to increase drug retention, but can it be increased too far? A thought experiment will demonstrate this to be the case: if the drug leaks out of the LNs too quickly, the efficacy will be similar to that of the free drug, in which the concentration of drug at the tumor peaks early and rapidly tapers off, only briefly rising above the minimum concentration required to kill the cell. If the drug is retained too well and leaks out of the LNs very slowly, the concentration of drug at the tumor will always be below the threshold concentration. A leakage rate somewhere in the middle will allow the drug to be retained long enough for the LNs to accumulate at the tumor yet still be released at the tumor site at a rate sufficient to provide enough bio-available drug to inhibit tumor growth.

Drug retention is increased by a variety of factors: increasing acyl chain length and degree of saturation; the lipid composition of the LNs, including the presence of cholesterol and the use of SM (Webb et al., 1995) or dihydrosphingomyelin (Johnston et al., 2007) instead of phosphatidylcholine; and the use of more acidic internal environments in the liposome (Boman et al., 1994). Recently, it has been observed that increased drug retention is related to increased drug–lipid ratios (Johnston et al., 2006). Use of the ionophore method of drug loading (Fenske et al., 1998) allows for much higher drug-to-lipid ratios than the conventional citrate method.

Using this method, a series of LN-vincristine was prepared with a wide range of drug-to-lipid ratios, and drug leakage rates were measured both in vitro and in vivo. In both cases, the rate of drug release was found to decrease with an increase in the



FIGURE 4.—Therapeutic effects of liposomal nanoparticles (LNs) encapsulating vincristine with different drug-to-lipid ratios (and correspondingly different release rates) in the MX-1 human mammary xenograft model. MX-1 tumors were planted in the flanks of nude mice and allowed to grow for 14 days, at which time the animals were treated with a single intravenous dose of LN-vincristine (1.5 mg/kg) or the appropriate control. Empty vesicles were used to ensure that each animal received the same lipid dose, as the drug-to-lipid ratio was varied. Treatments: 300 mM sucrose ($\diamond$), free vincristine ($\square$), or LN-vincristine with drug-to-lipid ratios (wt/wt) of 0.025 ($\blacktriangledown$ $T_{1/2}$ = 6.1 hr), 0.05 ($\blacktriangle$, $T_{1/2}$ = 8.7 hr), 0.1 ($\blacksquare$, $T_{1/2}$ = 15.6 hr), and 0.6 ($\bullet$, extrapolated $T_{1/2}$ = 117 hr). Reprinted with permission from Johnston et al. (2006).

concentration of encapsulated drug. In vivo efficacy studies using an MX-1 breast cancer model (see Figure 4) revealed an important observation: the formulation with the maximal efficacy had an intermediate half-life of drug release of approx. 15.7 hours, corresponding to a drug-to-lipid ratio of about 0.1 (mol:mol). Formulations with half-lives of release of 8.7 hours and 117 hours had greatly reduced efficacy. Fortuitously, this drug-to-lipid ratio is very close to the value chosen for the formulation that has undergone the greatest degree of clinical testing for a liposomal version of this drug (Sarris et al., 2000; Rodriguez et al., 2002; Rodriguez et al., 2004).

This formulation has been giving excellent results in studies comparing the efficacy of conventional CHOP (chemotherapy treatment composed of cyclophosphamide, doxorubicin, vincristine, and prednisone) and CHOP in which the vincristine has been replaced by LN-vincristine (Rodriguez et al., 2002; Rodriguez et al., 2004). Thus, in a study focused on the treatment of non-Hodgkin's lymphoma in elderly patients, LN-vincristine CHOP + rituxan (Rodriguez et al., 2004) was compared to CHOP + rituxan (Coiffier et al., 2002), and the overall response for the former study was 93% compared to 83% for the latter. The overall survival at 22 to 24 months was 98% for the former treatment and 70% for the latter. Also of significance was the fact that the treatment was as well tolerated by elderly patients as it was by younger patients. Clearly, these results bode well for this formulation, and several clinical trials are set to begin in 2007. Other cell-cycle–specific drugs for which enhanced efficacy has been observed in animal studies and that are entering clinical trials in the near future include topotecan and vinorelbine.

Downloaded from tpx.sagepub.com at UNIV OF BRITISH COLUMBIA on August 16, 2012

LN FOR DELIVERY OF GENETIC DRUGS

*LNs for Plasmid DNA–carrying Reporter Genes*

Genetic drugs act at the level of gene expression and include DNA vectors for gene therapy, antisense oligonucleotides, ribozymes and siRNA for gene-silencing applications, and antisense oligonucleotides for immunostimulatory applications. These drugs have tremendous potential. When administered intravenously, however, genetic drugs exhibit inherent sensitivity to rapid inactivation by nucleases, renal and dose-limiting hemodynamic toxicities, and rapid elimination from the circulation. Therefore, they represent a class of drugs that could potentially benefit from liposome delivery systems to improve their pharmacokinetic properties and overall effectiveness.

The formulation of LNs for genetic drugs represented an interesting challenge: there was a need to produce LNs of well-defined sizes (similar to that of the conventional liposomal drugs), as size affects biodistribution and accumulation at disease sites; there was a need to efficiently encapsulate drugs within a lipid vesicle to protect the genetic drugs from nucleases present in plasma and to mask their inherent toxicities; and, once they have accumulated at the disease site, there was a need to deliver the drugs intracellularly to subcellular sites where they would become active.

As we discovered for small-molecule LNs, the benefits of passive accumulation at sites of disease and inflammation are attained when LNs possess the following features: extended circulation lifetimes, high drug-to-lipid ratios, high encapsulation efficiencies, and vesicle diameters less than 100 nm. Early attempts to formulate genetic drugs resulted in lipid vesicles that had size and structural heterogeneity, low drug-to-lipid ratios, and low encapsulation efficiencies. What became clear from these early studies was that cationic lipids were a crucial component, as they facilitated interaction with the nucleic acid, charge neutralization, and condensation of large polyanionic macromolecules. In addition, the cationic lipids enhanced the interaction of the LNs with cells in vitro (Felgner et al., 1987; Felgner and Ringold, 1989; Felgner et al., 1995). We also discovered, however, that there were inherent toxicities associated with these cationic lipids and that excessive positive charge on the surface of the LNs dramatically reduced the circulation lifetime of these LNs. The solution to the latter problem came from studies on conventional liposomal delivery systems, from which it was well known that PEG lipids would be an essential component of any long-circulating LNs, as they sterically stabilized the LNs and greatly enhanced the circulation lifetime of the liposomes (Allen, 1994).

The 1990s saw the development of LN systems for DNA delivery, known as SPLPs, that fulfilled these requirements (Wheeler et al., 1999; Zhang et al., 1999; Fenske et al., 2002). SPLPs consist of plasmid DNA encapsulated within a lipid bilayer composed of dioleoylphosphatidylethanolamine (DOPE), a cationic lipid (usually *N, N*-dioleyl-*N,N*-dimethylammonium chloride [DODAC]), and PEG-ceramide (PEGCer). SPLPs are formed by a procedure in which mixtures of plasmid and lipid are cosolubilized at a specific ionic strength by the detergent octyl-glucopyranoside, which is then removed by dialysis. The particles are purified by sucrose density gradient centrifugation. When conditions are optimized, high plasmid-encapsulation efficiencies are achieved (50% to 70%). The resulting purified SPLPs are small, monodisperse particles with a diameter of approximately 70 nm and a plasmid-to-lipid ratio of 62.5 μg/μmol, corresponding to one plasmid per SPLP (Wheeler et al., 1999; Tam et al., 2000). SPLPs provide protection of plasmid DNA from DNase I and serum nucleases and are highly stable in serum.

The pharmacokinetics, tumor accumulation, and transfection properties of SPLP composed of DOPE/DODAC/PEG-Cer (83:7:10) have been extensively characterized in several mouse tumor models. Following intravenous injection into mice bearing subcutaneous Lewis lung carcinomas, the circulation half-life of SPLP was $6.1 \pm 1.1$ hours and $7.1 \pm 1.6$ hours, as assessed by lipid and DNA markers, respectively (Tam et al., 2000). The accumulation of SPLPs at distal tumor sites and gene expression at those sites has been observed in mouse tumor models following intravenous injection (Tam et al., 2000; Fenske et al., 2001). Studies using the subcutaneous Lewis lung carcinoma revealed the presence of SPLPs in liver, plasma, and tumor at 24 hours after injection, with little found in the lung and spleen (Tam et al., 2000). Approximately 3% of the SPLP dose (~1,000 copies per cell) was found at the tumor at 24 hours. SPLPs gave rise to significant gene expression peaking at 48 hours at the tumor. SPLPs elicited no toxic side effects at dose levels as high as 100 μg DNA per mouse.

The accumulation of SPLP-associated plasmid DNA at a distal neuro-2a tumor site following intravenous injection is shown in Figure 5 (Fenske et al., 2001). The amount of intact plasmid delivered to the tumor is substantial, corresponding to >10% of the total injected dose per gram of tumor at 24 hours. This leads to significant levels of gene expression at the tumor at 24 hours, which reaches a maximum at 72 hours after injection. It is striking that the highest luciferase activity is located in the tumor, with other tissues' giving only low levels of transfection. At the later time points, the transfection levels in the tumor are two orders of magnitude greater than in other tissues. These results confirm that long-circulating LNs are capable of preferential disease-site targeting and gene transfer.

*LNs for Antisense Oligonucleotide Drugs*

Antisense oligonucleotides were designed to operate as gene-silencing agents. As their sequence matches a portion of a gene, they are capable of binding either to the gene itself or to the mRNA transcribed from that gene (Stein and Cohen, 1988). Either way, the binding of the ODNs should reduce the expression of that gene. Unfortunately, free ODNs are degraded in the circulation (even the more stable phosphorothioate variety have limited stability) and are not taken up readily into target cells; thus, they appeared as ideal candidates for LN encapsulation, and attempts were made to produce an effective delivery system.

Downloaded from tpx.sagepub.com at UNIV OF BRITISH COLUMBIA on August 16, 2012

26                                     FENSKE ET AL.                          TOXICOLOGIC PATHOLOGY



FIGURE 5.—SPLPs (encapsulating plasmid DNA with the gene for luciferase) give rise to tumor-specific gene expression following intravenous injection in neuro-2A tumor-bearing mice. Tumors were grown on the hind flank of [spo] mice following injection of $10^6$ cells. Note that essentially all of the gene expression is in the tumor tissue, with minimal levels of expression in the liver, spleen, lung, and kidney. Reprinted with permission from Fenske et al. (2001).

Guided by our approach to develop SPLPs for delivery of DNA-based drugs, we developed a formulation process to produce LNs for delivery of antisense ODN drugs (Maurer, Wong, et al., 2001; Semple et al., 2001). Instead of a detergent, ethanol was used in this novel procedure, along with an ionizable aminolipid (positively charged in acidic buffer solutions), DODAP (1,2-dioleoyl-3-[dimethylamino]propane), to facilitate efficient encapsulation of antisense oligonucleotides in lipid vesicles. The advantage of this ionizable aminolipid is that it can subsequently be rendered neutral at physiological pH. This is essential because when delivery systems bearing a net cationic charge are administered intravenously, they exhibit rapid plasma clearance, distribute into the lung, liver, and spleen (references), and often exhibit liver and hemodynamic toxicities such as activation of complement and prolongation of clotting times (Schreier et al., 1997). We also used a PEG-lipid, PEG-ceramide, to sterically stabilize the liposomes and thereby prolong their circulation lifetimes. The end result is a mixture of multilamellar and unilamellar vesicles with small diameters (70 to 120 nm), capable of entrapping up to ~2,200 oligonucleotide molecules per 100 nm liposome (Maurer, Wong, et al., 2001; Figure 3). The stabilized antisense lipid particles (SALPs) exhibit extended circulation half-lives ranging from 5 to 6 hours for particles formed with PEGCerC$_{14}$ (PEG-ceramide containing 14 carbon fatty acid) to 10 to 12 hours for particles formed with PEGCerC$_{20}$ (PEG-ceramide containing 20 carbon fatty acid; Semple et al., 2001). As with SPLPs, they possess the combination of high entrapment efficiencies (up to 90%), small size, and extended circulation lifetimes necessary for effective in vivo delivery of antisense drugs.

When the pharmacokinetic and biodistribution properties of SALPs were first characterized in mice, a surprising discovery

was made. Repeated intravenous dosing of SALPs was found to lead to rapid clearance of the particle from the circulation, often with rapid death of the animal. Subsequent studies revealed that LNs encapsulating CpG ODNs led to a profound stimulation of the immune system, with release of cytokines and activation of natural killer (NK) cells (Mui et al., 2001). In retrospect, this should not have been surprising. The ability of bacterial and viral DNA to stimulate an innate immune response with release of inflammatory cytokines and interferons is well known (Heeg et al., 1998; Lipford et al., 1998; Lund et al., 2003). This has also been observed with dsRNA (double-strand RNA; Alexopoulou et al., 2001), ssRNA (single-strand RNA; Heil et al., 2004), and siRNA (Judge et al., 2005).

The strong response to bacterial DNA results from recognition of unmethylated CpG dinucleotides in a particular base context; mammalian DNA has a lower frequency of CpG sequences, and they are usually methylated (Hemmi et al., 2000). This recognition, and that of the other nucleic acids, is mediated by a class of innate pattern-recognition receptors, known as the Toll-like receptors (TLRs; Hemmi et al., 2000; Alexopoulou et al., 2001; Bauer et al., 2001; Kirschning and Bauer, 2001; Lund et al., 2003). Thus, whereas encapsulated antisense ODNs did not provide an effective means to silence a given gene, because of the immune response that overwhelmed any such effects, they did provide a potentially powerful way to stimulate the immune system for other applications, especially if the ODNs contained immunostimulatory CpG sequences.

In a sense, LNs containing CpG ODN can be viewed as an "artificial virus." These LNs resemble viruses in many aspects: they have a similar size, encapsulate nucleic acids, and have similar nucleic-acid–to-lipid ratios. Thus, like viruses, LN-CpG ODNs can be taken up by antigen-presenting cells (such as dendritic cells), where the interaction with TLR9 leads to stimulation and release of cytokines and interferons, which in turn activate NK cells to ANK cells, which then mediate antiviral, antibacterial, or anticancer activities. In addition to this innate response, increased antigen display leads to an adaptive response, with eventual production of antigen-specific antibodies and activation of T helper cells.

The fact that LN-CpG ODNs are capable of acting as potent immunostimulatory agents suggests a variety of exciting applications for these agents. If this were to hold true in humans, LNs could have significant potential for vaccine development, expansion and activation of the NK cell population, and enhanced homing of NK cells to tumor sites. To explore this further, a liposome formulation, INX-0167, was developed and optimized to generate the strongest possible sequence-specific innate immune response. This was used to examine the immunopotency of INX-0167 and its ability to act as a vaccine adjuvant when administered subcutaneously with tumor-associated adjuvants. It was observed that LN-CpG ODNs were able to adjuvanate adaptive immune responses against coadministered tumor-associated antigens, inducing effective antitumor activity in a number of murine tumor models (de Jong et al., 2007). No such effect was observed with free CpG ODNs. This confirmation of the ability of LN-CpG ODNs to enhance the immune

Downloaded from tpx.sagepub.com at UNIV OF BRITISH COLUMBIA on August 16, 2012

response against specific tumors is a very significant result and highlights again the benefit of encapsulating therapeutic agents within an LNM vector.

### LNs for siRNA Drugs: Gene Silencing via RNA Interference

The techniques described above for the formation of SPLPs and SALPs were designed for small-scale preparations (Fenske et al., 2003), although they can be scaled up, with some technical challenges, for larger scale preparations suitable for animal studies (Fenske et al., 2002). Even so, they remain inadequate for preclinical and clinical studies. An important step forward was thus realized with the development of a simple and fully scalable method for the formation of SPLPs by spontaneous vesicle formation (Jeffs et al., 2005). This method is related to that used in the formation of SALPs as it involves the formation of particles in the presence of ethanol. The differences lie in the selection of lipids (which include DSPC, Chol, DODMA [1,2-dioleyloxy-*N,N*-dimethyl-3-aminopropane, a more stable titratable cationic lipid], and PEG-S-DSG [PEG covalently bonded to distearoylglycerol, which replaces the PEG-Cer]) and the use of a peristaltic pump with dual pump heads to achieve mixing of lipids and RNA. This technology can be used to prepare SPLPs with similar properties to those formed by detergent-dialysis, but its strength stems from its effectiveness at encapsulating a variety of different nucleic acid molecules: both DNA and RNA, ranging from small fragments to large plasmids.

Recently, the focus of research involving this approach has shifted from plasmid DNA to a new, exciting class of drugs known as short interfering RNAs (siRNA). When the LNs encapsulate siRNA, the particles are commonly known as stabilized nucleic acid lipid particles, or SNALPs. siRNA are short, double-stranded RNA effector molecules involved in the mechanism of posttranslational gene silencing known as RNA interference (Aagaard and Rossi, 2007; Kong et al., 2007; Masiero et al., 2007; Sioud, 2007). When dsRNA molecules are introduced into a cell, they are recognized and cleaved by the enzyme Dicer (a member of the RNaseIII family of dsRNA-specific ribonucleases), resulting in 19- to 23-bp dsRNA duplexes. These are incorporated into the multiprotein complex RNA-induced silencing complex (RISC), where the antisense strand is used to guide RISC to recognize and cleave target mRNA. The end result is inhibition of gene expression, an endpoint for which siRNA appear to be much more potent than antisense ODNs (Kong et al., 2007).

Several recent studies highlight the therapeutic potential of SNALPs and RNA interference (RNAi) in the treatment of a variety of diseases. A particularly elegant example comes from a recent article describing a new approach for the treatment of high serum-cholesterol levels, based on the silencing of the liver apoB gene in nonhuman primates (Zimmermann et al., 2006). Initial studies in mice allowed for the development and testing of an siRNA that targeted apoB mRNA (with cross-reactivity to mouse, human, and monkey genes), was effective in vitro in gene-silencing



FIGURE 6.—Effect of RNAi-mediated silencing of apoB mRNA in nonhuman primates on the levels of circulating LDL. Serial plasma samples were obtained from cynomolgus monkeys treated with saline or 1 or 2.5 mg/kg$^{-1}$ SNALP-siApoB-2, and measured for LDL. The results are expressed as a percentage of predose values and are expressed as mean ± standard deviation. Data points marked with asterisks are statistically significant compared with saline-treated animals (*$p < .05$, **$p < .005$). SNALP = stabilized nucleic acid lipid particles. Reprinted with permission from Zimmermann et al. (2006).

studies, and did not possess immunostimulatory activity. The siRNA was formulated in SNALP and evaluated for pharmacokinetics, efficacy, and safety in cynomolgus monkeys. Although the circulation half-life was shorter (72 minutes) than other liposomal DDS, the key result was a striking dose-dependent reduction of liver apoB mRNA levels following systemic administration of siRNA-SNALP. A single dose of siRNA in SNALP resulted in a reduction of liver apoB mRNA of 90% by 48 hours, an effect that persisted up to 11 days (see Figure 6). This led to maximum reductions in blood apoB-100, cholesterol, and LDL levels of approximately 78%, 62%, and 82%, respectively, which were also observed during the same time period. No reductions in HDL levels were observed. These results were found to exceed the results obtained with currently approved cholesterol-lowering drugs (such as the HMG-CoA reductase inhibitors). Although the termination of the study at 11 days did not allow for full evaluation of the time course of RNAi-mediated effects, the positive results were buoyed further by the absence of any observed toxicities.

### CONCLUSIONS

The examples discussed above demonstrate the major advances that have been made in the formulation of LNs and in their application to a variety of diseases. We anticipate that LNMs will soon begin to reach their full potential as an important class of therapeutic agents and will contribute to significant advances in the treatment of many classes of disease.

Downloaded from tpx.sagepub.com at UNIV OF BRITISH COLUMBIA on August 16, 2012

## REFERENCES

Aagaard, L., and Rossi, J. J. (2007). RNAi therapeutics: principles, prospects and challenges. *Adv Drug Deliv Rev* **59**, 75-86.

Abraham, S. A., Waterhouse, D. N., Mayer, L. D., Cullis, P. R., Madden, T. D., and Bally, M. B. (2005). The liposomal formulation of doxorubicin. *Methods Enzymol* **391**, 71-97.

Alexopoulou, L., Holt, A. C., Medzhitov, R., and Flavell, R. A. (2001). Recognition of double-stranded RNA and activation of NF-kappaB by Toll-like receptor 3. *Nature* **413**, 732-8.

Allen, T. M. (1994). Long-circulating (sterically stabilized) liposomes for targeted drug delivery. *Trends Pharmacol Sci* **15**, 215-20.

Allen, T. M., and Cullis, P. R. (2004). Drug delivery systems: entering the mainstream. *Science* **303**, 1818-22.

Bauer, S., Kirschning, C. J., Hacker, H., Redecke, V., Hausmann, S., Akira, S., Wagner, H., and Lipford, G. B. (2001). Human TLR9 confers responsiveness to bacterial DNA via species-specific CpG motif recognition. *Proc Natl Acad Sci U S A* **98**, 9237-42.

Boman, N. L., Masin, D., Mayer, L. D., Cullis, P. R., and Bally, M. B. (1994). Liposomal vincristine which exhibits increased drug retention and increased circulation longevity cures mice bearing P388 tumors. *Cancer Res* **54**, 2830-3.

Boman, N. L., Mayer, L. D., and Cullis, P. R. (1993). Optimization of the retention properties of vincristine in liposomal systems. *Biochim Biophys Acta* **1152**, 253-8.

Coiffier, B., Lepage, E., Briere, J., Herbrecht, R., Tilly, H., Bouabdallah, R., Morel, P., Van Den Neste, E., Salles, G., Gaulard, P., Reyes, F., Lederlin, P., and Gisselbrecht, C. (2002). CHOP chemotherapy plus rituximab compared with CHOP alone in elderly patients with diffuse large-B-cell lymphoma. *N Engl J Med* **346**, 235-42.

Cullis, P. R., Hope, M. J., Bally, M. B., Madden, T. D., Mayer, L. D., and Fenske, D. B. (1997). Influence of pH gradients on the transbilayer transport of drugs, lipids, peptides and metal ions into large unilamellar vesicles. *Biochim Biophys Acta* **1331**, 187-211.

de Jong, S., Chikh, G., Sekirov, L., Raney, S., Semple, S., Klimuk, S., Yuan, N., Hope, M., Cullis, P., and Tam, Y. (2007). Encapsulation in liposomal nanoparticles enhances the immunostimulatory, adjuvant and anti-tumor activity of subcutaneously administered CpG ODN. *Cancer Immunol Immunother* **56**, 1251-64.

Ebbesen, M., and Jensen, T. G. (2006). Nanomedicine: techniques, potentials, and ethical implications. *J Biomed Biotechnol* **2006**, 515-6.

Emerich, D. F., and Thanos, C. G. (2007). Targeted nanoparticle-based drug delivery and diagnosis. *J Drug Target* **15**, 163-83.

Felgner, P. L., Gadek, T. R., Holm, M., Roman, R., Chan, H. W., Wenz, M., Northrop, J. P., Ringold, G. M., and Danielsen, M. (1987). Lipofection: a highly efficient, lipid-mediated DNA-transfection procedure. *Proc Natl Acad Sci U S A* **84**, 7413-7.

Felgner, P. L., and Ringold, G. M. (1989). Cationic liposome-mediated transfection. *Nature* **337**, 387-8.

Felgner, P. L., Tsai, Y. J., Sukhu, L., Wheeler, C. J., Manthorpe, M., Marshall, J., and Cheng, S. H. (1995). Improved cationic lipid formulations for in vivo gene therapy. *Ann N Y Acad Sci* **772**, 126-39.

Fenske, D. B. (1993). Structural and motional properties of vesicles as revealed by nuclear magnetic resonance. *Chem Phys Lipids* **64**, 143-62.

Fenske, D. B., and Cullis, P. R. (2005). Entrapment of small molecules and nucleic acid-based drugs in liposomes. *Methods Enzymol* **391**, 7-40.

Fenske, D. B., MacLachlan, I., and Cullis, P. R. (2001). Long-circulating vectors for the systemic delivery of genes. *Curr Opin Mol Ther* **3**, 153-8.

Fenske, D. B., MacLachlan, I., and Cullis, P. R. (2002). Stabilized plasmid-lipid particles: a systemic gene therapy vector. *Methods Enzymol* **346**, 36-71.

Fenske, D. B., Maurer, N., and Cullis, P. R. (2003). Encapsulation of weakly-basic drugs, antisense oligonucleotides, and plasmid DNA within large unilamellar vesicles for drug delivery applications. In Liposomes: A Practical Approach (V. P. Torchilin and V. Weissig, eds., pp. 167-91). Oxford University Press, Oxford, UK.

Fenske, D. B., Wong, K. F., Maurer, E., Maurer, N., Leenhouts, J. M., Boman, N., Amankwa, L., and Cullis, P. R. (1998). Ionophore-mediated uptake of ciprofloxacin and vincristine into large unilamellar vesicles exhibiting transmembrane ion gradients. *Biochim Biophys Acta* **1414**, 188-204.

Heeg, K., Sparwasser, T., Lipford, G. B., Hacker, H., Zimmermann, S., and Wagner, H. (1998). Bacterial DNA as an evolutionary conserved ligand signalling danger of infection to immune cells. *Eur J Clin Microbiol Infect Dis* **17**, 464-9.

Heil, F., Hemmi, H., Hochrein, H., Ampenberger, F., Kirschning, C., Akira, S., Lipford, G., Wagner, H., and Bauer, S. (2004). Species-specific recognition of single-stranded RNA via toll-like receptor 7 and 8. *Science* **303**, 1526-9.

Hemmi, H., Takeuchi, O., Kawai, T., Kaisho, T., Sato, S., Sanjo, H., Matsumoto, M., Hoshino, K., Wagner, H., Takeda, K., and Akira, S. (2000). A Toll-like receptor recognizes bacterial DNA. *Nature* **408**, 740-5.

Heyes, J., Palmer, L., Chan, K., Giesbrecht, C., Jeffs, L., and MacLachlan, I. (2007). Lipid encapsulation enables the effective systemic delivery of polyplex plasmid DNA. *Mol Ther* **15**, 713-20.

Hope, M. J., and Wong, K. F. (1995). Liposomal formulation of ciprofloxacin. In Liposomes in Biomedical Applications (P. N. Shek, ed., pp. 121-34). Harwood Academic Publishers, London.

Jeffs, L. B., Palmer, L. R., Ambegia, E. G., Giesbrecht, C., Ewanick, S., and MacLachlan, I. (2005). A scalable, extrusion-free method for efficient liposomal encapsulation of plasmid DNA. *Pharm Res* **22**, 362-72.

Johnston, M. J., Semple, S. C., Klimuk, S. K., Ansell, S., Maurer, N., and Cullis, P. R. (2007). Characterization of the drug retention and pharmacokinetic properties of liposomal nanoparticles containing dihydrosphingomyelin. *Biochim Biophys Acta* **1768**, 1121-7.

Johnston, M. J., Semple, S. C., Klimuk, S. K., Edwards, K., Eisenhardt, M. L., Leng, E. C., Karlsson, G., Yanko, D., and Cullis, P. R. (2006). Therapeutically optimized rates of drug release can be achieved by varying the drug-to-lipid ratio in liposomal vincristine formulations. *Biochim Biophys Acta* **1758**, 55-64.

Judge, A. D., Sood, V., Shaw, J. R., Fang, D., McClintock, K., and MacLachlan, I. (2005). Sequence-dependent stimulation of the mammalian innate immune response by synthetic siRNA. *Nat Biotechnol* **23**, 457-62.

Kirschning, C. J., and Bauer, S. (2001). Toll-like receptors: cellular signal transducers for exogenous molecular patterns causing immune responses. *Int J Med Microbiol* **291**, 251-60.

Kong, Y., Ruan, L., Ma, L., Cui, Y., Wang, J. M., and Le, Y. (2007). RNA interference as a novel and powerful tool in immunopharmacological research. *Int Immunopharmacol* **7**, 417-26.

Lasic, D. D., Ceh, B., Stuart, M. C., Guo, L., Frederik, P. M., and Barenholz, Y. (1995). Transmembrane gradient driven phase transitions within vesicles: lessons for drug delivery. *Biochim Biophys Acta* **1239**, 145-56.

Lasic, D. D., Frederik, P. M., Stuart, M. C., Barenholz, Y., and McIntosh, T. J. (1992). Gelation of liposome interior. A novel method for drug encapsulation. *FEBS Lett* **312**, 255-8.

Lipford, G. B., Heeg, K., and Wagner, H. (1998). Bacterial DNA as immune cell activator. *Trends Microbiol* **6**, 496-500.

Lund, J., Sato, A., Akira, S., Medzhitov, R., and Iwasaki, A. (2003). Toll-like receptor 9-mediated recognition of Herpes simplex virus-2 by plasmacytoid dendritic cells. *J Exp Med* **198**, 513-20.

Madden, T. D., Harrigan, P. R., Tai, L. C., Bally, M. B., Mayer, L. D., Redelmeier, T. E., Loughrey, H. C., Tilcock, C. P., Reinish, L. W., and Cullis, P. R. (1990). The accumulation of drugs within large unilamellar vesicles exhibiting a proton gradient: a survey. *Chem Phys Lipids* **53**, 37-46.

Masiero, M., Nardo, G., Indraccolo, S., and Favaro, E. (2007). RNA interference: implications for cancer treatment. *Mol Aspects Med* **28**, 143-66.

Maurer, N., Fenske, D. B., and Cullis, P. R. (2001). Developments in liposomal drug delivery systems. *Expert Opin Biol Ther* **1**, 923-47.

Maurer, N., Wong, K. F., Stark, H., Louie, L., McIntosh, D., Wong, T., Scherrer, P., Semple, S. C., and Cullis, P. R. (2001). Spontaneous entrapment of polynucleotides upon electrostatic interaction with ethanol-destabilized cationic liposomes. *Biophys J* **80**, 2310-26.

Maurer-Spurej, E., Wong, K. F., Maurer, N., Fenske, D. B., and Cullis, P. R. (1999). Factors influencing uptake and retention of amino-containing drugs in large unilamellar vesicles exhibiting transmembrane pH gradients. *Biochim Biophys Acta* **1416**, 1-10.

Downloaded from tpx.sagepub.com at UNIV OF BRITISH COLUMBIA on August 16, 2012

Mayer, L. D., Bally, M. B., and Cullis, P. R. (1986). Uptake of adriamycin into large unilamellar vesicles in response to a pH gradient. *Biochim Biophys Acta* **857**, 123-6.

Mayer, L. D., Hope, M. J., and Cullis, P. R. (1986). Vesicles of variable sizes produced by a rapid extrusion procedure. *Biochim Biophys Acta* **858**, 161-8.

Mui, B., Raney, S. G., Semple, S. C., and Hope, M. J. (2001). Immune stimulation by a CpG-containing oligodeoxynucleotide is enhanced when encapsulated and delivered in lipid particles. *J Pharmacol Exp Ther* **298**, 1185-92.

Rodriguez, M. A., Dang, N. H., Fayad, L., Goy, A., Hagemeister, F. B., McLaughlin, P., Pro, B., Romaguera, J. E., Younes, A., and Cabanillas, F. (2004). Sphingosomal vincristine in CHOP is a promising new treatment for elderly, as well as poor prognosis patients with aggressive non-Hodgkin's lymphoma (NHL): follow-up results of a phase II study. *J Clin Oncol* **22**, 8080.

Rodriguez, M. A., Sarris, A., East, K., Dang, N. H., Fayad, L., Goy, A., Hagemeister, F., Pro, B., Romaguera, J., Samaniego, F., Younes, A., and Cabanillas, F. (2002). A phase II study of liposomal vincristine in CHOP with rituximab for elderly patients with untreated aggressive B-cell non-Hodgkin's lymphoma (NHL). *Proc Am Soc Clin Oncol* **21**, Abstract 1132.

Sarris, A. H., Hagemeister, F., Romaguera, J., Rodriguez, M. A., McLaughlin, P., Tsimberidou, A. M., Medeiros, L. J., Samuels, B., Pate, O., and Oholendt, M. (2000). Liposomal vincristine in relapsed non-Hodgkin's lymphomas: early results of an ongoing phase II trial. *Annals of Oncology* **11**, 69-72.

Schreier, H., Gagne, L., Bock, T., Erdos, G. W., Druzgala, P., Conary, J. T., and Muller, B. W. (1997). Physicochemical properties and in vitro toxicity of cationic liposome cDNA complexes. *Pharm Acta Helv* **72**, 215-23.

Semple, S. C., Klimuk, S. K., Harasym, T. O., Dos Santos, N., Ansell, S. M., Wong, K. F., Maurer, N., Stark, H., Cullis, P. R., Hope, M. J., and Scherrer, P. (2001). Efficient encapsulation of antisense oligonucleotides in lipid vesicles using ionizable aminolipids: formation of novel small multilamellar vesicle structures. *Biochim Biophys Acta* **1510**, 152-66.

Semple, S. C., Leone, R., Wang, J., Leng, E. C., Klimuk, S. K., Eisenhardt, M. L., Yuan, Z. N., Edwards, K., Maurer, N., Hope, M. J., Cullis, P. R., and Ahkong, Q. F. (2005). Optimization and characterization of a sphingomyelin/

cholesterol liposome formulation of vinorelbine with promising antitumor activity. *J Pharm Sci* **94**, 1024-38.

Sioud, M. (2007). RNA interference and innate immunity. *Adv Drug Deliv Rev* **59**, 153-63.

Stein, C. A., and Cohen, J. S. (1988). Oligodeoxynucleotides as inhibitors of gene expression: a review. *Cancer Res* **48**, 2659-68.

Tam, P., Monck, M., Lee, D., Ludkovski, O., Leng, E. C., Clow, K., Stark, H., Scherrer, P., Graham, R. W., and Cullis, P. R. (2000). Stabilized plasmid-lipid particles for systemic gene therapy. *Gene Ther* **7**, 1867-74.

Wagner, E. (2007). Programmed drug delivery: nanosystems for tumor targeting. *Expert Opin Biol Ther* **7**, 587-93.

Webb, M. S., Harasym, T. O., Masin, D., Bally, M. B., and Mayer, L. D. (1995). Sphingomyelin-cholesterol liposomes significantly enhance the pharmacokinetic and therapeutic properties of vincristine in murine and human tumour models. *Br J Cancer* **72**, 896-904.

Wheeler, J. J., Palmer, L., Ossanlou, M., MacLachlan, I., Graham, R. W., Zhang, Y. P., Hope, M. J., Scherrer, P., and Cullis, P. R. (1999). Stabilized plasmid-lipid particles: construction and characterization. *Gene Ther* **6**, 271-81.

Wilson, K. D., Raney, S. G., Sekirov, L., Chikh, G., Dejong, S. D., Cullis, P. R., and Tam, Y. K. (2007). Effects of intravenous and subcutaneous administration on the pharmacokinetics, biodistribution, cellular uptake and immunostimulatory activity of CpG ODN encapsulated in liposomal nanoparticles. *Int Immunopharmacol* **7**, 1064-75.

Zhang, Y. P., Sekirov, L., Saravolac, E. G., Wheeler, J. J., Tardi, P., Clow, K., Leng, E., Sun, R., Cullis, P. R., and Scherrer, P. (1999). Stabilized plasmid-lipid particles for regional gene therapy: formulation and transfection properties. *Gene Ther* **6**, 1438-47.

Zimmermann, T. S., Lee, A. C., Akinc, A., Bramlage, B., Bumcrot, D., Fedoruk, M. N., Harborth, J., Heyes, J. A., Jeffs, L. B., John, M., Judge, A. D., Lam, K., McClintock, K., Nechev, L. V., Palmer, L. R., Racie, T., Rohl, I., Seiffert, S., Shanmugam, S., Sood, V., Soutschek, J., Toudjarska, I., Wheat, A. J., Yaworski, E., Zedalis, W., Koteliansky, V., Manoharan, M., Vornlocher, H. P., and MacLachlan, I. (2006). RNAi-mediated gene silencing in non-human primates. *Nature* **441**, 111-4.

Downloaded from tpx.sagepub.com at UNIV OF BRITISH COLUMBIA on August 16, 2012

# JA-009

# Exhibit 13

Review

# *Expert Opinion*

1. Introduction
2. Why liposomal nanomedicines work: the enhanced permeability and retention effect
3. Liposomal nanomedicines for conventional drugs
4. Liposomal nanomedicines for genetic drugs
5. Conclusion
6. Expert opinion

Expert Opin. Drug Deliv. Downloaded from informahealthcare.com by University of British Columbia on 08/16/12
For personal use only.

# Liposomal nanomedicines

DavidB Fenske[†]& PieterR Cullis

[†]*University College of the Fraser Valley, Department of Chemistry, Abbotsford, BC, V2S 7M8, Canada*

Liposomal nanoparticles (LNs) encapsulating therapeutic agents, or liposomal nanomedicines, represent an advanced class of drug delivery systems, with several formulations presently on the market and many more in clinical trials. Over the past 20 years, a variety of techniques have been developed for encapsulating both conventional drugs (such as anticancer drugs and antibiotics) and the new genetic drugs (plasmid DNA containing therapeutic genes, antisense oligonucleotides and small interfering RNA) within LNs. If the LNs possess certain properties, they tend to accumulate at sites of disease, such as tumours, where the endothelial layer is 'leaky' and allows extravasation of particles with small diameters. These properties include a diameter centred on 100 nm, a high drug-to-lipid ratio, excellent retention of the encapsulated drug, and a long (> 6 h) circulation lifetime. These properties permit the LNs to protect their contents during circulation, prevent contact with healthy tissues, and accumulate at sites of disease. The authors discuss recent advances in this field involving conventional anticancer drugs, as well as applications involving gene delivery, stimulation of the immune system and silencing of unwanted gene expression. Liposomal nanomedicines have the potential to offer new treatments in such areas as cancer therapy, vaccine development and cholesterol management.

**Keywords:** antisenseo ligonucleotides, drugd elivery, enhancedp ermeationa ndr etention, genet herapy, liposomaln anoparticles, siRNA

*Expert Opin. Drug Deliv. (2008) 5(1):25-44*

## 1. Introduction

Over the past two decades, liposomes have evolved from simple model membrane systems into sophisticated carriers for a wide variety of therapeutic agents [1]. This review focuses on drug delivery systems (DDSs) that are composed of liposomal nanoparticles (LNs; those with a diameter centred ~ 100 nm) encapsulating therapeutic agents. The therapeutic agents can range from conventional drugs, such as anticancer drugs [2,3] and antibiotics [4], to the newer classes of genetic drugs, which includes bacterial plasmids carrying therapeutic genes, antisense oligonucleotides and small interfering RNAs (siRNA) [5-11]. As a result of the wide variety of potential applications, it is convenient to specify three types of liposomal nanomedicines (LNMs), based on the biological effect of the encapsulated agent; the first includes those containing conventional drugs [12-15], the second includes those containing immunostimulatory oligonucleotides [6-9], and the third includes those containing genetic drugs (such as plasmid DNA for gene therapy applications or siRNA for gene silencing applications) [10,16]. The authors examine each of these areas in turn, highlighting the most recent advances and attempting to anticipate future applications and advances. Other types of LNMs, such as those containing peptide and protein drugs [17-19], are beyond the scope of this review and are not discussed.



**informa**
healthcare



Expert Opin. Drug Deliv. Downloaded from informahealthcare.com by University of British Columbia on 08/16/12
For personal use only.

## 2. Why liposomal nanomedicines work: the enhanced permeability and retention effect

The possibility of using liposomes as carriers of therapeutic agents was recognised soon after their discovery in the 1960s [20,21], even though it took many years before the appropriate technologies were in place [5,22-24]. The goal of LNMs is to reduce side effects while maintaining or enhancing the efficacy of a given drug. The former is achieved by the avoidance of healthy tissues: LNMs are not taken up by healthy tissue as is the free drug. Normal tissues possess a continuous, non-fenestrated endothelium of the vasculature, with tight endothelial junctions (on the order of 5 nm) that prevent the extravasation of small liposomal carriers. The basal tissues also inhibit the extravasation of macromolecules [25]. The latter goal may be achieved (depending on the disease under study and the drug in question) by a form of targeting known as passive targeting, by which LNs preferentially accumulate at sites of disease. Several types of diseased tissues, particularly those found in cancer, possess vascular tissue that is porous and rather leaky. The endothelial cells often have large gaps between them that allow LNs with diameters up to 400 nm [26] to extravasate from the blood into the surrounding tissues, where they accumulate. This effect, now known as 'enhanced permeability and retention' or EPR [27-30], is a fortuitous result of tumour biology. Thus, if LNMs have adequate circulation lifetimes, they can accumulate at tumours where they can either be taken up by cells, or where the drug can slowly leak out and be taken up by the surrounding cells (see **Figure 1**). This explains why most of the LNMs in development today consist of drugs encapsulated within a conventional lipid bilayer (which may contain PEGylated lipids to increase circulation lifetime [31]), and yet have demonstrated impressive results. It is now thought that the EPR effect is universally observed in solid tumours [28].

## 3. Liposomal nanomedicines for conventional drugs

The use of LNs as DDSs began with attempts to encapsulate small 'conventional' therapeutic drugs. The earliest attempts involving passive entrapment of drugs resulted in formulations exhibiting low encapsulation levels and poor retention properties (see [5,12] for a brief discussion). The first LNs with therapeutic potential followed the development of methods that enabled the rapid production of stable, homogeneous populations of large unilamellar vesicles (LUVs; diameter = 100 nm), in particular the extrusion technique [24], and with the development of the 'remote loading' techniques whereby transmembrane pH gradients were used to drive the uptake and retention of weakly basic therapeutic drugs into preformed vesicles [12] (see **Figures 2** and **3**). Over the past 20 years, at least four different methods of remote loading have been developed.

The first and most straightforward involves the formation of LUVs in an acidic medium (usually citrate buffer at pH 4), followed by exchange of the external medium with a neutral buffer (usually HEPES at pH 7.5) by gel exclusion chromatography (see **Figure 3A**). These vesicles, which exhibit a pH gradient ($\Delta$pH) of ~ 3 units, are then incubated with a weakly basic drug such as doxorubicin. At pH 7.5, the doxorubicin exists as a mixture of both charged and neutral forms, with the key point being the recognition that the former is membrane impermeable, and the latter is membrane permeable. Thus, the neutral form of the drug can diffuse across the membrane into the vesicle interior (moving down a concentration gradient), where it is protonated by the acidic citrate buffer into the charged form, which is therefore trapped within the vesicle. As long as the buffer capacity and total quantity of external drug are properly balanced, systems can be designed where essentially complete uptake of the drug occurs, with excellent retention. Other factors that impact retention include the lipid composition (mixtures of saturated phospholipids and cholesterol have been found to be the best). These approaches led to the first LNs exhibiting high encapsulation levels and excellent drug retention, for drugs such as the antifungal agent amphotericin B [32,33], and for the anticancer drugs doxorubicin [34-37] and vincristine [3,38-40]. A variety of *in vivo* studies revealed that some LNs exhibited enhanced potency or greater efficacy, and others had a similar efficacy profile to the free drug but exhibited significantly fewer side effects. The latter situation was observed with the anticancer drug doxorubicin, for which cardiotoxic side effects (one of the factors limiting its long-term use in patients) were greatly reduced in encapsulated form. The former situation was observed with liposomal vincristine, which exhibited a greatly increased efficacy compared with the free drug [3]. Of particular importance in this regard was the observation of significantly enhanced vincristine efficacy as the retention properties of the LNs was improved (an observation not observed with doxorubicin). BDF1 mice with peritoneal ascitic P388 tumours were treated with DSPC/Chol LNs containing vincristine (D/L = 0.1 w/w) and an intravesicular pH of either 4 or 2 (300 mM citrate buffer). Due to the relatively lower p$K$ values of vincristine (p$K_1$ = 5.0 and p$K_2$ = 7.4) relative to doxorubicin (p$K$ = 8.6), the former drug is not retained as well as the latter at comparable intravesicular pH values. Hence studies were also performed at pH 2 where retention was improved due to the higher percentage of protonated membrane-impermeable drug. Although the pH 4 systems resulted in a significant increase in the percentage of mice surviving at longer periods post-injection, relative to free drug, all of the mice had perished by day 35. In contrast, 100% of the mice treated with the pH 2 formulation were still alive at day 60 (when the experiment was terminated). In subsequent studies, it was found that replacing DSPC with sphingomyelin gave LNs with excellent retention characteristics and improved



Expert Opin. Drug Deliv. Downloaded from informahealthcare.com by University of British Columbia on 08/16/12
For personal use only.



**Figure 1. A schematic figure depicting the accumulation of LNs in breast cancer tissue through the EPR effect. A.** LNs containing an encapsulated drug extravasate through gaps in the endothelial cells and accumulate in the darker tumour tissue, but not the lighter normal tissue. **B.** In passive targeting, as observed with many formulations of conventional anticancer drugs, the drug is released from LNs in the extracellular space and taken up into the tumour cell. **C.** LNs that contain targeting ligands (such as antibody fragments), or LNs containing encapsulated genetic drugs (SPLPs, SALPs, SNALPs), are taken up via binding to cell surface receptors, which result in internalisation of the particles via the endosomal pathway. Some of the encapsulated material escapes to its intracellular site of action (cytoplasm or nucleus).

Reprinted from [1] with permission.

LN: Liposomal nanoparticle; SALP: Stabilised antisense-lipid particle; SNALP: Stabilised nucleic acid lipid particle; SPLP: Stabilised plasmid-lipid particle.

chemical stability (for internal pH = 4) [41]. Nevertheless, not all drugs showed this clear relationship between increased retention and efficacy. As discussed above, doxorubicin in LNs displays excellent retentive properties while maintaining similar efficacy to the free drug. Similarly, the retention of cisplatin within LNs was found to be excellent, with increased accumulation of the LNs at the tumour, but lower levels of available drug than obtained with free cisplatin [42]. This led to very low activity against tumours in a number of studies [43,44]. Clearly some drugs can be retained too well, to the point where their bioavailability is reduced.

Despite its successful application in several drug delivery systems [12,45], the pH-gradient approach using internal citrate buffer suffers several drawbacks: firstly, it does not permit the formation of vesicles with high drug-to-lipid ratios, and secondly, it does not provide adequate uptake of all weakly basic drugs. The first point is discussed below;

an example of the second point is given by the antibiotic ciprofloxacin, a commercially successful, quinolone antibiotic widely used in the treatment of respiratory and urinary tract infections. Ciprofloxacin is a zwitterionic compound that is charged and soluble under acidic and alkaline conditions, but is neutral and poorly soluble in the physiological pH range – the precise external conditions used in the citrate loading technique. This results in encapsulation levels of < 20% when the drug is loaded using the standard citrate technique. However, high levels of encapsulation of ciprofloxacin can be achieved using an alternate ΔpH-loading method that is based on transmembrane gradients of ammonium sulfate [46,47] (see **Figure 3**). This approach involves forming LUVs in a solution of unbuffered ammonium sulfate (usually 300 mM), and exchanging the external solution for unbuffered saline (150 mM NaCl), thereby creating an ammonium sulfate gradient. As the internal ammonium

RIGHTS LINK

**Liposomal nanomedicines**

Expert Opin. Drug Deliv. Downloaded from informahealthcare.com by University of British Columbia on 08/16/12
For personal use only.

Detergent

Lipid cationic

Cationic lipid

PEG-lipid

Plasmid DNA

Ethanol

Antisense ODN

Detergent

Purify

Drug

LN

LN-CpG ODN
SALP

LN-pDNA
SALP

**Figure 2**. **Diagrammatic comparison of the differences in the methods used to form LNs encapsulating conventional drugs (left column), SALPs (centre column), and SPLPs (right column).** LNs with conventional drugs are formed by loading pre-formed vesicles with drug by means of transmembrane pH or ion gradients (see **Figure 3** for more details). SALPs – LNs encapsulating antisense ODNs – are similar in that the LNs are formed first, with subsequent uptake of ODNs occurring in the presence of ethanol, which destabilises the membrane allowing uptake to occur. The final particles are largely multilamellar and not unilamellar as indicated (see **Figure 7**). SPLPs – LNs encapsulating plasmid DNA – are formed by a detergent-dialysis procedure in which particle formation and plasmid encapsulation occur spontaneously, giving largely unilamellar particles (see **Figure 5**). Variations on these approaches are possible (for example, SALPs can be formed in a one-step process involving the removal of ethanol, and plasmid DNA can be encapsulated in pre-formed vesicles in the presence of ethanol). See text for further details.
LN: Liposomal nanoparticle; ODN: Oligodeoxynucleotide; SALP: Stabilised antisense-lipid particle; SPLP: Stabilised plasmid-lipid particle.



Expert Opin. Drug Deliv. Downloaded from informahealthcare.com by University of British Columbia on 08/16/12
For personal use only.



**Figure 3. Diagrammatic representations of drug uptake in response to transmembrane pH gradients.** Prior to drug loading, it is necessary to establish the primary pH gradient or the primary ion gradient that will generate a ΔpH. Lipid films or powders are initially hydrated and then extruded in the hydration buffer, giving rise to a LN in which both the internal and external solutions are the same (grey shading of upper frame of insert). The LNs are then passed down a gel exclusion column hydrated in a different external buffer, giving rise to LNs with a ΔpH or ion gradient (lower frame of insert). **A.** The standard pH gradient method, with internal citrate buffer (usually 300 mM pH 4) and external HEPES-buffered saline (usually pH 7.5). Many drugs form precipitates within these LNs, which provides an additional driving force for uptake (not shown). **B.** A second method for generating ΔpH involves transmembrane gradients of ammonium sulfate (initial internal concentration usually 300 mM), which creates an acidified vesicle interior as neutral ammonia leaks from the LN. Possible drug precipitation is not indicated. **C.** ΔpH can also be established by ionophores (such as A23187) in response to transmembrane gradients of divalent cations such as $Mg^{2+}$ or $Mn^{2+}$ (solid circles). A23187 couples the external transport of one divalent cation to the internal transport of two protons, resulting in acidification of the vesicle interior. An external chelator such as EDTA is required to bind the divalent cations as they are transported out of the LN. The internal solution is usually a sulfate salt of the cation of interest.

Reproduced from [5] with permission.

LN: Liposomal nanoparticle.

exists in an equilibrium with a small amount of neutral ammonia, the latter will diffuse out of the vesicle (down its concentration gradient), leaving behind its protons and thereby creating an unbuffered acidic interior with a pH ~ 2.7 − 2.8 [4,48]. If external drug is added to these vesicles, neutral drug will diffuse into the vesicle interior, consume a proton and become charged and, therefore, trapped. If continued drug uptake leads to consumption of the available protons, the diffusion of additional neutral ammonia from the vesicles will create more protons to drive drug uptake. This will continue until all the drug has been loaded, or until the internal proton supply is depleted, leaving a final internal pH that ranges between 3.1 − 5.1 [4,48]. The technique is ideal for ciprofloxacin as the drug is supplied as an HCl salt, and thus is acidic and soluble when dissolved in water. In addition, the amine

RIGHTSLINK()

**Liposomal nanomedicines**

Expert Opin. Drug Deliv. Downloaded from informahealthcare.com by University of British Columbia on 08/16/12
For personal use only.

method results in higher uptake levels for other drugs such as doxorubicin. For 300 mM internal solutions, the highest drug-to-lipid ratios (mol:mol) easily achieved are ~ 0.2 for citrate and 0.4 for ammonium sulfate. A diagrammatic scheme of the method is given in **Figure 3B**.

This technique has been applied to a variety of drugs including doxorubicin [46,47,49,50], epirubicin [50], ciprofloxacin [4,49-51] and vincristine [50]. The method is equally effective using a range of alkylammonium salts (e.g., methylammonium sulfate, propylammonium sulfate or amylammonium sulfate) to drive uptake [50]. One of the key insights that first came from uptake studies using ammonium sulfate was the realisation that many drugs form stable precipitates within liposomes. Doxorubicin precipitates and forms a gel in the vesicle interior that is characterised by fibrous bundles that are easily visualised by cryo-EM [46,49,52]. Other drugs, such as vincristine, appear to form a more amorphous, poorly characterised precipitate [53], and a few, such as ciprofloxacin, do not precipitate [49,51]. Interestingly, ciprofloxacin can reach intraliposomal concentrations as high as 300 mM, and although the drug does form small stacks as shown by $^1$H-NMR, it does not form large precipitates [51], even though its solubility in buffer cannot exceed 5 mM. As a result of the lack of precipitation and rapid exchange properties, ciprofloxacin can respond rapidly to changes in electrochemical equilibria, such as depletion of the pH gradient. This explains the observed rapid leakage of ciprofloxacin from LUVs in response to serum destabilisation or loss of pH gradient. In contrast, doxorubicin, which is known to form insoluble precipitates within LUVs in the presence of both citrate [52] and ammonium sulfate [46,49], is retained within vesicles in the presence of serum. Thus, in the presence of a pH gradient, both ciprofloxacin and doxorubicin are retained within their LNs, but if the gradient is lost, the former will leak out rapidly but the latter is retained. This is a clear illustration of how the physical state of encapsulated drugs will affect retention under differing conditions and, therefore, may impact efficacy. This important insight is dealt with in more detail in the following section.

The observation that improved remote-loading of ciprofloxacin and doxorubicin could be achieved using LNs based on ammonium sulfate gradients rather than sodium citrate buffers strongly suggested that further development of drug loading methodologies was warranted. This led the present authors' group to develop a new method of remote loading in which ionophores, responding to transmembrane ion gradients (involving $Na^+$, $Mn^{2+}$ or $Mg^{2+}$), generate a secondary pH gradient that provides the driving force for drug uptake [54]. The process is illustrated in **Figure 3C**. A primary ion gradient is generated when LUVs formed by extrusion in $MnSO_4$ or $MgSO_4$ solutions are passed down a column equilibrated in a sucrose-containing buffer. Sulfate salts are routinely used rather than chloride

salts to avoid dissipating pH gradients, which can occur via the formation of neutral HCl that can diffuse out of the vesicle. Likewise, sucrose is chosen as a component of the external buffer rather than saline, as chloride ions can interfere with some ionophores [55]. After establishing the primary ion gradient, the drug is added, followed by the ionophore A23187 and the chelator EDTA. The A23187 couples the outward flow of a single divalent cation to the inward flow of a pair of protons. The ionophore-mediated ion transport is electrically neutral and results in acidification of the vesicle interior, thereby creating a pH gradient that drives drug uptake. The EDTA chelates calcium and magnesium as they are transported out of the vesicles, and is required to drive drug uptake. The method results in high levels of encapsulation for the drugs ciprofloxacin and vincristine (80 – 90%), and excellent *in vivo* circulation and drug retention properties that are comparable to systems loaded by the citrate or amine methods [54]. Several examples that expand on many of the points already mentioned are discussed below.

The present authors' initial observations regarding the uptake of vincristine were extended by Zhigaltsev *et al.* [56], who examined the *in vitro* and *in vivo* loading and retention properties of three closely related vinca alkaloids (vincristine, vinblastine and vinorelbine) in LNs composed of SPM/Chol. A key result of this study was that drug retention could be significantly improved by increasing the drug-to-lipid ratio (from 0.1 to 0.3 wt:wt), but only for the ionophore (using $Mg^{2+}$) method of loading. Drug retention remained the same following an increase in drug-to-lipid ratio when the citrate method of loading was used. These differences in retention were attributed to putative differences in the intravesicular forms of the drugs in the two systems.

Similar results have been described in a recent study comparing the encapsulation of topotecan within DSPC/Chol LNs [14]. Of 4 different loading methods examined (citrate method, ammonium sulfate method, and two variations of the ionophore A23187 method (one using $MnCl_2$ and the other $MnSO_4$), only the ammonium sulfate and A23187-$MnSO_4$ methods exhibited high final drug-to-lipid ratios (ranging 0.2 – 0.3) and good retention (10-times better than citrate and $MnCl_2$ methods). In addition, as the drug-to-lipid ratio was increased from 0.1 to 0.2, drug retention was increased five-fold at 36 h at the higher ratio. Cryo-electron microscopy studies revealed the presence of topotecan precipitate within the two sulfate-containing systems. Together, these results demonstrate the improvements in drug retention that can be achieved using an appropriate drug-to-lipid ratio in combination with the correct counter-anion (in this case, sulfate).

Following from these studies, Semple *et al.* were able to optimise and characterise a SM/Chol (55:45) vinorelbine LN that possessed promising antitumour activity [15]. The ionophore method was chosen as vinorelbine is more lipophilic and membrane permeable than the other vinca



Expert Opin. Drug Deliv. Downloaded from informahealthcare.com by University of British Columbia on 08/16/12
For personal use only.

alkaloids and, therefore, more difficult to retain within a liposomal formulation. As noted above for other systems, increasing the drug-to-lipid ratio (from 0.1 to 0.3 wt:wt) led to increased retention. The vinorelbine formed electron-dense amorphous precipitates as revealed by cryo-electron microscopy. This system had the best *in vivo* retention, and exhibited significant antitumour activity in a subcutaneous murine B16 melanoma model after a single bolus injection. Similar efficacy was also noted using the same system carrying vinblastine. Finally, this LN possessed excellent storage stability (< 5% drug leakage, > 99% intact drug, and no changes in particle size after 1 year at 2 – 8°C).

Several key observations can be made on the basis of the studies discussed above. The first is that both the quantity of drug that can be encapsulated within a liposome, and the rate of release of that drug (either in the presence of serum or some other agent or *in vivo*), are very dependent on the specific method of drug loading. That this is observed in situations where the magnitude of the pH gradients that drive uptake are similar in magnitude points to the influence of the intravesicular counter-anions, for example, which can form precipitates with different drugs and thereby have a profound effect on the rate of release. Thus both citrate and sulfate anions form stable fibrous gel precipitates with doxorubicin, which accounts for the excellent retention observed with this drug. In contrast, drugs such as ciprofloxacin do not form precipitates in the presence of sulfate, and drugs such as vincristine form a more amorphous precipitate from which drug leakage may occur to a greater extent than observed with doxorubicin.

The second key observation is that, for systems loaded using the ionophore method, drug retention appears to increase with an increase in the drug-to-lipid ratio. As is discussed below, this is direct evidence for the formation of precipitates within the liposome. However, it also raises the question of the relationship between drug retention and efficacy. At first glance, it would appear that the higher the drug-to-lipid ratio, the better. It would be logical to assume that drug efficacy would be dependent on the amount of drug that is delivered to a site of disease. However, what is important is the bioavailability of that drug once it reaches the site of disease, as well as the biochemical method of attack on the cell. Certain drugs such as vincristine are cell-cycle specific and need to be present at a concentration greater than the minimum effective concentration for extended periods of time. Thus, if drug retention within a LN is too high, insufficient levels of the drug may be bioavailable, even though high concentrations of the carrier have accumulated in the tissue of interest (as appears to happen in the cisplatin-LN discussed earlier [42]). Conversely, if a drug is not adequately retained within a LN, it will not accumulate at a tumour site and will act like free drug. These considerations suggest that for different drugs and LNs, there should be an optimal rate of drug release that will give maximal efficacy.

To the present authors' knowledge, the first and only demonstration of therapeutically optimised rates of drug release have been reported in a recent paper by Johnston *et al.* [53]. Vincristine was loaded into SM/Chol LNs at drug-to-lipid ratios 0.025 – 0.7 (wt:wt) using the ionophore method. For each drug-to-lipid ratio, release rates were measured by either an *in vitro* assay using ammonium chloride or fetal bovine serum, or from *in vivo* pharmacokinetic studies. From the first-order release rates, half-lives of release $T_{1/2}$ were determined. These were 15 – 161 min *in vitro* and 6 – 65 h *in vivo*. A plot of $T_{1/2}$ versus drug-to-lipid ratio gave a straight line fit. The key results came from *in vivo* antitumour efficacy studies with LNs possessing drug-to-lipid ratios of 0.025, 0.05, 0.1 and 0.6, and $T_{1/2}$ values of 6.1 h, 8.7 h, 15.6 h and 117 h, respectively. All of the LNs were more efficacious than free drug, and caused a significant decrease in median tumour volume over a period of 30 days (**Figure** 4), but only the LNs with a drug-to-lipid ratio of 0.1 maintained that reduction up to 56 days; in all other cases tumour regrowth occurred. A plot of tumour growth delay versus $1/T_{1/2}$ clearly demonstrated the optimised efficacy observed for a specific release rate. It should be noted that the necessity to terminate the experiment at 56 days means that the actual delay in tumour growth (and therefore efficacy) was significantly higher than calculated. Furthermore, due to the small number of data points all that can be said is that the optimised efficacy occurs somewhere between a drug-to-lipid ratio of 0.1 and 0.6. Further work is necessary to fill in the curve to assess whether the optimised retention rate is narrow or fairly broad, and to see whether these observations apply to other drugs as well.

A fairly straightforward application of Fick's Law of diffusion allows for some insight into the mechanism behind the increased retention observed with increasing drug-to-lipid ratio. Fick's first law of diffusion states that the flux J (mol cm$^{-2}$ s$^{-1}$) of a molecule M down a concentration gradient is proportional to the product of the diffusion coefficient $D$ (cm$^2$ s$^{-1}$) and the concentration gradient $dC/dx$ (mol cm$^{-4}$).

$$(1)$$

$$J_M = -D\frac{dC}{dx}$$

If the diffusion is occurring across a membrane of infinitesimal thickness ($dx$), this can also be expressed in terms of the rate of diffusion $dM/dt$ (mole s$^{-1}$) of M across the membrane and the cross-sectional area $A$ (cm$^2$) of the diffusion volume:

$$(2)$$

$$\frac{dM}{dt} = -DA\frac{dC}{dx}$$

In addition, the concentration gradient $dC$ can be approximated by $C_1 - C_2$, and as the membrane thickness

RIGHTSLINK

**Liposomal nanomedicines**

Expert Opin. Drug Deliv. Downloaded from informahealthcare.com by University of British Columbia on 08/16/12
For personal use only.



**Figure 4. Therapeutic effects of LNs encapsulating vincristine with different drug-to-lipid ratios (and correspondingly different release rates) in the MX-1 human mammary xenograft model.** MX-1 tumours were planted in the flanks of nude mice and allowed to grow for 14 days, at which time the animals were treated with a single intravenous dose of LN-vincristine (1.5 mg/kg) or the appropriate control. Empty vesicles were used to ensure each animal received the same lipid dose as the drug-to-lipid ratio was varied. Treatments: 300 mM sucrose (◇), free vincristine (□) or LN-vincristine with drug-to-lipid ratios (wt/wt) of 0.025 (▼; $T_{1/2}$ = 6.1 h), 0.05 (▲; $T_{1/2}$ = 8.7 h), 0.1 (■; $T_{1/2}$ = 15.6 h) and 0.6 (●; extrapolated $T_{1/2}$ = 117 h).
Reprinted from [53] with permission.
LN: Liposomal nanoparticle.

is constant, $dx$ can be grouped with the other constants to give a first-order rate constant $k$ (cm$^3$ s$^{-1}$):

$$(3)$$

$$\frac{dM}{dt} = -k(C_1 - C_2)$$

For a spherical membrane, with an internal volume $V$, both sides of the equation can be divided by $V$ to express the rate of diffusion in terms of concentration. This also changes the rate constant $k$ to one with units of $s^{-1}$. Furthermore, it can be assumed that $C_1$ (the internal concentration) $\gg C_2$ (the external concentration) to give:

$$(4)$$

$$\frac{dC}{dt} = -kC_i$$

Equation 4 can then be integrated between time 0 and time $t$ to give the familiar first-order rate equation below. For the specific case where we are considering the efflux of a drug D from a LN, the initial internal drug concentration can be expressed as $[D_i(0)]$, and the internal drug concentration at time $t$ as $[D_i(t)]$:

$$(5)$$

$$[D_i(t)] = [D_i(0)]e^{-kt}$$

From Equation 5 it is possible to see that $[D_i(t)]/[D_i(0)] = e^{-kt}$, and so it follows that the precentage of drug released over time should be independent of the initial internal drug concentration, depending only on the time over which release has occurred. However, this was not observed experimentally: the drug release expressed as a percentage of the initial internal drug concentration was highly dependent on the initial drug-to-lipid ratio. The fact that a plot of the $T_{1/2}$ of release versus initial drug-to-lipid ratio was linear strongly suggested that a large proportion of encapsulated drug was present as a precipitate. If all drug was soluble within the liposome, then the efflux rates should be proportional to the total amount of encapsulated drug (Equation 4) and the percentage of drug released over time should be independent of the initial interior drug concentration (Equation 5). $T_{1/2}$ would remain constant with drug-to-lipid ratio. However, if a sizeable proportion of the drug is precipitated, then only a small quantity of soluble drug will be present. The efflux rate will be proportional to the amount of drug in soluble form, which will remain constant until all the precipitate is dissolved. Thus, the half-life of release will be proportional to the total drug, most of which is in precipitated form. Under these conditions, the half-life of release will be directly proportional to the initial drug-to-lipid ratio, as was observed. The prediction of drug precipitation obtained from analysis of the release data was also confirmed by cryo-transmission electron micrographs, which showed the presence of an amorphous electron dense precipitate at higher drug-to-lipid ratios.

The most extensively studied vincristine-based LNs is the formulation developed by Inex Pharmaceuticals Corporation (now Tekmira Pharmaceuticals Corporation) known as Marqibo®, which consists of 100 nm LUVs composed of SPM:Chol (55:45), a drug-to-lipid ratio of 0.1 (wt:wt), and 300 mM internal citrate pH 4. As discussed above, this formulation exhibits long circulation lifetimes, greatly enhanced tumour accumulation and enhanced *in vivo* efficacy in appropriate animal tumour models. Although the loading methods are different, the drug-to-lipid ratio employed in these and subsequent human studies is close to the optimal value determined by Johnston *et al.* [53]. The key question is whether these *in vivo* benefits are reflected in human studies, and the answer so far appears to be very positive. A Phase II study was performed of liposomal vincristine in first line therapy in patients with untreated aggressive B-cell non-Hodgkin's lymphoma [57-60]. The standard treatment for this disease is the drug cocktail known as CHOP, which is composed of cyclophosphamide, doxorubicin, vincristine and prednisone. In this study, liposomal vincristine (Marqibo) was substituted for vincristine in the formulation known as lipo-CHOP, and the efficacy of CHOP versus CHOP + rituxan [61] versus lipo-CHOP + rituxan was examined. For these three treatments, complete response rates of 63% versus



Expert Opin. Drug Deliv. Downloaded from informahealthcare.com by University of British Columbia on 08/16/12
For personal use only.

76% versus 91% were obtained, with overall survival rates at 22 – 24 months of 57% versus 70% versus 98%, respectively. Clearly the vincristine LN results in significant improvements in the efficacy of this drug cocktail, and validates further trials of this and other LNMs in humans (many of which are presently in progress).

The fact that drug efficacy is highly sensitive to drug release rates, especially for drugs that only act at a certain point in the cell cycle (such as vincristine), demonstrates the importance of having a variety of methods available for regulating the rate of drug release. This highlights the need for developing new methods of drug encapsulation, and for investigating each existing technology for each drug of interest. Of particular interest at this time will be *in vivo* animal studies that fine-tune the relationship between drug retention rates and antitumour efficacy for different loading systems. Other advances in this area may come from alternate loading methods or approaches that will enhance drug retention or result in different types of intravesicular drug complexes. One promising area involves drug uptake that is driven by the formation of drug–metal complexes. For example, it has been shown that doxorubin uptake can be driven by $Mn^{2+}$ gradients in the absence of pH gradients, with the driving force being the formation of $Mn^{2+}$–drug complexes that exhibit a different morphology by cryoEM than those complexes formed with citrate or sulfate ion [13,62]. This approach, when applied to two formulations of thermosensitive liposomes, resulted in significantly higher doxorubicin encapsulation levels than a pH gradient approach (drug-to-lipid ratios of 0.2 compared with 0.05, respectively) [63]. Other drugs may be encapsulated in a similar manner but not necessarily via $Mn^{2+}$. For example, topotecan can be encapsulated via the formation of complexes with copper in the absence of pH gradients – an effect that was not observed with other ions [64].

A similar approach for the enhancement of drug retention within LNs involves the formation of intra-liposomal complexes involving complex anions such as hydroxybenzenesulfonate [65] or the triethylammonium salts of a linear polyphosphate and sucrose octasulfate [66]. The former approach was applied to the drugs ciprofloxacin and vinorelbine, and resulted in a substantial increase in the *in vivo* half-life of release of these drugs (30 h) relative to LNs containing $MgSO_4$ alone (6.4 h). Likewise, the latter approach allowed the generation of an irenotecan formulation with an *in vivo* half-life of drug release in the order of 57 h. Clearly these precipitating agents have the potential to greatly extend the release rates of many drugs.

Finally, it must not be forgotten that varying the lipid composition of the LNs can also extend drug release rates. Although much of the discussion has focused on drug-to-lipid ratios and drug precipitation within LN, it must be kept in mind that the systems under discussion already possess, in most cases, a lipid composition optimised for retention properties. In general, this includes a phospholipid containing highly saturated acyl chains, and high concentrations of cholesterol, both of which function to increase the order of the membrane. As discussed earlier, most vincristine LNs are formed from SM:Chol; replace the SM with DSPC and both retention and efficacy will drop dramatically [3]. One exciting recent development was the observation that LNs containing dihydrosphingomyelin (in which the native double bond is reduced) had drug release rates and circulation lifetimes that were increased approximately threefold and two-fold, respectively, over LNs containing sphingomyelin [67]. These improvements can be further enhanced by then using higher drug-to-lipid ratios or one of the other approaches discussed above.

The development of multiple loading methodologies has lead to recognition that LNMs can be developed that take advantage of combination treatment for diseases such as cancer. In principle, it should be possible to co-encapsulate two or more drugs within a single LN, with each drug present at an optimised concentration that will give rise to synergistic effects (where the efficacy of the combination drugs is greater than their additive effects alone). The rationale for co-encapsulation derives from the enhanced efficacy obtained from drug cocktails such as CHOP that are increasingly used in cancer chemotherapy. The challenges ahead and the general direction to pursue have been discussed [68], and several combination formulations have been developed with some very promising results. Doxorubicin and vincristine have been co-encapsulated within the same LNs using $Mn^{2+}$ loading and ionophore-mediated pH gradient loading to drive the uptake of the two drugs, respectively [69]. Irenotecan and floxuridine have been co-encapsulated into a low-cholesterol formulation using a combination of copper complex formation and passive entrapment [70]. In a comprehensive study examining three different co-encapsulated drug pairs, Mayer *et al.* [71] demonstrated that synergistic, additive and antagonistic activity against tumour cells could be achieved *in vitro* simply by varying the encapsulated drug ratios, and that synergistic ratios could be maintained *in vivo* and lead to increased efficacy in preclinical tumour models. This suggests that combination therapy will play an important role in the next generation of LNs.

The encouraging results observed so far with anticancer LNMs in humans, coupled with the potential discussed above for further development of the technology, bodes well for significant improvements in the treatment of cancer and other human disease. However, despite the large number of formulations now in preclinical development and in clinical trials (of which a few are listed in **Table 1**), few LNMs have received approval for commercial development. Those that have are listed in **Table 2**, and represent several formulations of the anti-fungal agent amphotericin B and the anticancer drugs doxorubicin and daunorubicin.

RIGHTSLINK

**Liposomal nanomedicines**

**Table 1. Selected liposomal drug formulations in preclinical development and in clinical trials.**

| Product | Company | Drug | Therapeutic indication |
|---|---|---|---|
| Marqibo® (liposomal vincristine) | Tekmira Pharmaceuticals [124] Hana Biosciences [125] | Vincristine | Cancer |
| INX-0125/Alocrest™ (sphingosomal vinorelbine) | Tekmira Pharmaceuticals [124] Hana Biosciences [125] | Vinorelbine | Cancer |
| INX-0076 (Sphingosomal topotecan) | Tekmira Pharmaceuticals [124] Hana Biosciences [125] | Topotecan | Cancer |
| Liposomal ciprofloxacin | Tekmira Pharmaceuticals [124] Aradigm Corporation [126] | Ciprofloxacin | Cystic fibrosis, inhalation anthrax |
| Liposomes | Tekmira Pharmaceuticals [124] Pfizer [127] | | Atherosclerosis |
| INX-0167 (immune stimulatory oligonucleotides) | Tekmira Pharmaceuticals [124] | CpG-ODN | Vaccine development |
| Lipid-encapsulated siRNA products | Tekmira Pharmaceuticals [124] Alnylam Pharmaceuticals [128] | siRNA | Various |
| SPI-077 (liposomal cisplatin) | Alza [129] | Cisplatin | Cancer |
| Aroplatin™ | Antigenics [130] | Diaminocyclohexane form of platinum | Cancer |
| ThermoDox™ | Celsion Corporation [131] Duke University Medical Centre | Temperature-sensitive liposome encapsulated-doxorubicin | Cancer |

ODN: Oligodeoxynucleotide.

**Table 2. Approved liposomal and lipid-based drug formulations.**

| Product | Company | Drug | Therapeutic indication |
|---|---|---|---|
| AmBisome® | Gilead [132] | Amphotericin B | Systemic fungal infections |
| Abelcet® | Enzon Pharmaceuticals [133] | Amphotericin B | Systemic fungal infections |
| Amphocil®/Amphotec® | Samaritan Pharmaceuticals [134] Three Rivers Pharmaceuticals [135] | Amphotericin B and cholesteryl sulfate | Systemic fungal infections |
| Doxil® | Alza [129] | Doxorubicin | Cancer (metastatic ovarian cancer, AIDS-related Karposi's sarcoma) |
| DaunoXome® | Gilead [132] Diatos [136] | Daunorubicin | AIDS-related Karposi's sarcoma |
| Myocet® | Sopherion Therapeutics [137] | Doxorubicin | Metastatic breast cancer |

## 4. Liposomal nanomedicines for genetic drugs

The sequencing of the human genome will open the floodgates of development of DNA-based drugs as an increasing number of genes involved in human diseases are identified. Already a great deal of research has been expended in the development of several new classes of genetic drugs, which include plasmid DNA carrying therapeutic genes for gene replacement applications, antisense oligonucleotides for immumostimulatory applications, and siRNAs for gene silencing applications, among others [72]. Much present effort is directed at development of LNMs composed of LNs capable of accessing distal disease sites following systemic (intravenous) administration. Numerous methods exist for effective *in vitro* delivery of nucleic acid molecules, such as the use of viral vectors, lipoplexes and lipopolyplexes; however, these all have limited use for systemic applications [73]. For *in vivo* applications, genetic drugs need to be encapsulated within LNs that possess the optimised *in vivo* characteristics of conventional drug carriers: small size, serum stability and long circulation lifetimes. Nucleic acids require protection from serum endonucleases, yet need to circulate for a time sufficient to allow accumulation at sites of disease (EPR effect). In addition, uptake of the particle by the cell of interest must occur so that intracellular delivery of the particles contents can occur (see **Figure 1**). Development of such carrier systems was long hampered by the technical challenges involved in

Expert Opin. Drug Deliv. Downloaded from informahealthcare.com by University of British Columbia on 08/16/12 For personal use only.



Expert Opin. Drug Deliv. Downloaded from informahealthcare.com by University of British Columbia on 08/16/12
For personal use only.



**Figure 5. Cryo-transmission electron micrographs of SPLPs prepared from DOPE:DODAC:PEGCerC$_{20}$ (83:7:10 mol:mol:mol).** The mean particle diameter is 70 nm. The bar indicates 100 nm.
Reprinted from [75] with permission.
SPLP: Stabilised plasmid-lipid particle.

encapsulating large, highly charged molecules within small vesicles. A diagrammatic comparison of the different methods used to form LNs encapsulating conventional and genetic drugs is shown in **Figure 2** (see text and figure legend for details).

### 4.1 Encapsulation of nucleic acids

Recently, several different approaches have proven fruitful in generating LNs capable of systemic delivery of small nucleic acids or plasmid DNA. The first of these was designed specifically for plasmid DNA (carrying a marker gene such as luciferase or a therapeutic gene) and employs a detergent-dialysis approach for the formation of liposomal DNA carriers known as stabilised plasmid-lipid particles (SPLPs) [74-77]. The formation of these particles is outlined in **Figure 2**, and representative cryo-electron micrographs are shown in **Figure 5**. SPLPs are small (~ 70 nm), monodisperse particles consisting of a single plasmid encapsulated in a unilamellar lipid vesicle composed of a fusogenic lipid (DOPE), a cationic lipid (usually DODAC), and PEG-ceramide containing a 20 carbon saturated fatty acyl chain (PEG-CerC$_{20}$). The cationic lipid plays two essential roles: primarily it interacts with DNA and aids in the condensation of the large plasmids so that encapsulation can occur. Later, after the particles have accumulated at disease sites and some PEG-Cer has diffused away from the particle, the cationic lipid may aid in interactions with cells leading to endocytosis. The method involves co-dissolving the lipids and DNA in a solution of the detergent octylglucopyranoside prepared in HEPES-buffered saline, and dialysing this mixture against HEPES-buffered saline containing 140 – 150 mM NaCl. If higher concentrations of cationic lipid are desired than the usual 8 mol%, multivalent ions such as citrate must also be present [78]. After removal of unencapsulated DNA, the particles are purified by centrifugation. SPLPs protect plasmid DNA from DNaseI and serum nucleases [74], possess extended circulation half-lives (6 – 7 h) [75], and have been shown to accumulate in distal tumour sites (to concentrations in excess of 1000 plasmids per tumour cell) with subsequent gene expression in distal mouse tumour models following intravenous injection (**Figure 6**) [73]. This gene expression is 100- to 1000-times greater than observed in any other tissue. The particles can also be formulated using PEG-diacylglycerols with similar circulation lifetimes and levels of gene expression in distal tumour models [16].

The second method involves entrapping smaller polynucleotides (usually antisense oligonucleotides), via electrostatic interactions with an ionisable aminolipid (DODAP), within pre-formed ethanol-destabilised cationic liposomes [79-81]. This gives rise to particles known as stabilised antisense-lipid particles (SALPs) (**Figures 2** and **7**). Initially, an ethanolic liposome solution is formed by addition of lipids (DSPC/Chol/PEGCerC$_{14}$/DODAP) dissolved in ethanol to an aqueous buffer with subsequent extrusion [80], or by addition of ethanol to preformed vesicles of the same composition [79]. The addition of oligonucleotide to the ethanolic liposome solution (following acidification with citrate buffer [pH 4] to protonate the cationic lipid), drives the formation of multilamellar liposomes (as well as some unilamellar and bilamellar vesicles), that trap oligonucleotides between the bilayers. The end result is a multilamellar vesicle with a small diameter (70 – 120 nm), capable of entrapping up to ~ 2200 oligonucleotide molecules per 100 nm liposome [79]. A cryo-electron micrograph illustrating this multilamellar structure is shown in **Figure 7**. The SALPs exhibit extended circulation half-lives, ranging 5 – 6 h for particles formed with PEGCerC$_{14}$ to 10 – 12 h for particles formed with PEGCerC$_{20}$ [80]. As with SPLPs, they possess the combination of high entrapment efficiencies, small size and extended circulation lifetimes necessary for effective *in vivo* delivery of antisense drugs.

Both of the methods described above are suitable for the formation of small preparations of SPLPs or SALPs [77]. Larger-scale preparations suitable for animal studies are feasible [76], but technically more demanding, with encapsulation efficiencies and final yields extremely sensitive to minor variations in such parameters as the ionic strength of the formulation buffer. However, even the larger-scale methods are inadequate for preclinical and clinical studies. An important step forward was, thus, realised with the development of a simple and fully scalable method for the formation of SPLPs by spontaneous vesicle formation [82]. This method is related to that used in the formation of

RIGHTSLINK()

**Liposomal nanomedicines**



Expert Opin. Drug Deliv. Downloaded from informahealthcare.com by University of British Columbia on 08/16/12. For personal use only.

**Figure 6. SPLPs (encapsulating plasmid DNA with the gene for luciferase) give rise to tumour-specific gene expression following intravenous injection in neuro-2A tumour-bearing mice.** Tumours were grown on the hind flank of A/J mice following injection of $10^6$ cells. Note that essentially all of the gene expression is in the tumour tissue, with minimal levels of expression in liver, spleen, lung and kidney.

Reprinted from [73] with permission.

SPLP: Stabilised plasmid-lipid particle.

SALPs as it involves the formation of particles in the presence of ethanol. Briefly, the DNA is dissolved in a Tris-EDTA-citrate buffer, and the lipids in 90% ethanol. The lipids are DSPC, Chol, DODMA (a more stable titratable cationic lipid with a $pK_a$ = 6.8), and PEG-S-DSG (which replaces the PEG-Cer). Both solutions are heated to 37°C, and mixed using a peristaltic pump with dual pump heads. This results in spontaneous vesicle formation (SVF); further dilution steps with a saline citrate buffer stabilise the SPLPs, and free plasmid is then removed followed by concentration by tangential flow ultrafiltration. These SPLPs have similar properties to those formed by detergent-dialysis: monodisperse vesicle populations with particle sizes < 200 nm, DNA encapsulation efficiencies > 80%, circulation half-lives of 13 h, and tumour accumulation and gene expression similar to regular SPLPs. There are some differences: whereas SPLPs prepared by detergent dialysis are predominantly unilamellar, the SVF-SPLPs are a mixture of unilamellar, bilamellar and multilamellar vesicles. Significantly, the method was equally successful with preparations ranging from < 1 mg of DNA to those approaching 5 g, and thus is suitable for both basic research as well as preclinical or clinical studies.

Despite the clear successes that have been observed with SPLPs, specifically the avoidance of first-pass organs with particle accumulation and gene expression at distal tumour sites, it is not yet known whether the observed levels of gene expression will be adequate in therapeutic applications. A key area of research will, thus, involve increasing the

transfection potency of SPLPs. Several relevant parameters have already been elucidated that affect transfection levels *in vitro*, such as increasing the content of cationic lipid [78], or post-insertion of a cationic PEG-lipid into pre-formed SPLPs [83,84]. Recent studies involving siRNA have shown that the degree of unsaturation of the cationic lipid has a profound effect on the intracellular delivery of nucleic acids to cells *in vitro* [85]. Unfortunately, many of these approaches are not of use *in vivo*, and others have yet to be investigated. However, in a recent study by Heyes *et al.* [86] it was reported that the SVF-SPLPs methodology could be used to encapsulate polyplexes of DNA with either poly(ethyleneimine) (PEI) or poly-L-lysine, giving rise to polyplex-SPLPs with size and circulation characteristics similar to regular SPLPs. Polyplexes are macromolecular complexes formed between DNA and a suitable polyanion, which function as excellent transfection vectors *in vitro* [73]. The polyplex-SPLPs containing PEI gave rise to a sixfold enhancement in gene expression in a Neuro-2a model relative to SPLPs. Thus the pharmacological properties of plasmid DNA can be changed by formation of polyplexes and encapsulation within an SPLP, highlighting the need for further research into formulation methods involving these and other polyanions.

### 4.2 Gene silencing via RNA interference: encapsulation of siRNA within stabilised nucleic acid lipid particles

One of the strengths of the SVF technique stems from its effectiveness at encapsulating a variety of different nucleic acid molecules: both DNA and RNA, ranging from small fragments to large plasmids. Recently, the focus of research involving this approach has shifted from plasmid DNA to a new, exciting class of drugs known as siRNAs. When the LNs encapsulate siRNA the particles are commonly known as stabilised nucleic acid lipid particles (SNALPs). siRNAs are short double-stranded RNA effector molecules involved in the mechanism of post-translational gene silencing known as RNA interference [87-90]. When dsRNA molecules are introduced into a cell, they are recognised and cleaved by the enzyme Dicer (a member of the RNaseIII family of dsRNA-specific ribonucleases), resulting in 19 – 23 bp dsRNA duplexes. These are incorporated into the multi-protein complex, RNA-induced silencing complex, where the antisense strand is used to guide the complex to recognise and cleave target mRNA. The end result is inhibition of gene expression, the desired endpoint of another class of genetic drugs known as antisense oligodeoxynucleotides (ODNs), which inhibit gene expression by virtue of their ability to bind to specific mRNA sequences and interfere with protein synthesis [91]. Although antisense ODNs have shown promise in the downregulation of certain genes (see discussion in [5]), siRNAs appear to be much more potent at silencing gene expression [88], and thus have received more attention in this regard. However, as discussed



Expert Opin. Drug Deliv. Downloaded from informahealthcare.com by University of British Columbia on 08/16/12
For personal use only.



**Figure 7. Cryo-transmission electron micrographs of SALPs prepared from DSPC/Chol/PEG-CerC$_{14}$/DODAP (20:45:10:25 mol %), with an entrapped antisense-to-lipid weight ratio of 0.125 mg/mg.** The unique multilamellar lipid bilayer structure can be seen in several of the particles. The inset is an expanded view of a SALP particle showing two initially separate membranes forced into close apposition by bound oligonucleotides (indicated by the arrow). The bar indicates 100 nm. Reprinted from [79].

SALP: Stabilised antisense-lipid particle.

below, the encapsulation of antisense ODNs in SALPs may prove beneficial in totally different applications involving the stimulation of the immune system.

Several recent studies highlight the therapeutic potential of SNALPs and RNA interference in the treatment of a variety of diseases. The effect of siRNA targeted to hepatitis B virus has been examined in mice carrying replicating HBV. SNALPs administered by intravenous injection gave rise to significant and long-lasting reductions in HBV DNA levels – an effect that was maintained for up to 6 weeks with weekly dosing. In another study, the ability of siRNA to protect against infection by the Zaire species of Ebola virus was examined using guinea pigs [92]. The Ebola virus causes a severe and often lethal haemorrhagic fever for which there is no effective human treatment. The efficacy of siRNA targeting the polymerase gene of the virus was compared when delivered in polyplexes with PEI, and in SNALPs. In each case, the siRNA LNs was administered shortly before or after a lethal viral challenge. Although the siRNA-PEI polyplexes provided some protection against viral infection when administered shortly before the challenge, the SNALP

LN was found to completely protect the guinea pigs against viremia and death when administered an hour after the challenge. Although there was some question of an immune response contributing to the results, it would appear that RNA interfernece played a significant role in the observed antiviral effects.

An elegant and relevant example of RNA interference gene silencing, from the point of view of the treatment of human disease, comes from a recent paper by Zimmermann et al. [10]. This paper describes a new approach for the treatment of high serum cholesterol levels, based on the silencing of the liver *apoB* gene in non-human primates. Intial studies in mice allowed for the development and testing of an siRNA that targeted apoB mRNA (with cross-reactivity to mouse, human and monkey genes), was effective *in vitro* in gene-silencing studies, and did not possess immunostimulatory activity. The siRNA was formulated in SNALPs, and evaluated for pharmacokinetics, efficacy and safety in cynomolgus monkeys. Although the circulation half-life was shorter (72 min) than other liposomal DDSs, the key result was a striking dose-dependent reduction of liver apo-B mRNA levels following systemic administration of siRNA-SNALPs. For example, a single 2.5 mg dose of siRNA in SNALPs resulted in a reduction of liver apoB mRNA of 90% by 48 h – an effect which persisted up to 11 days (**Figure 8**). This led to maximum reductions in blood apoB-100, cholesterol and low-density lipoprotein levels of ~ 78, 62 and 82%, respectively, which were also observed over the same time period. No reductions in high-density lipoprotein levels were observed. These results were found to exceed the results obtained with presently approved cholesterol-lowering drugs (such as the HMG-CoA reductase inhibitors). Although the termination of the study at 11 days did not allow for full evaluation of the time course of RNA interference-mediated effects, the positive results were buoyed further by the absence of any observed toxicities.

### 4.3 Enhanced immunostimulation via encapsulation of CpG-oligodeoxynucleotides

A final application of liposomal DDSs containing nucleic acids involves those encapsulating small oligonucleotides: these can give rise to dramatic immunostimulatory properties, with applications ranging from vaccine adjuvants to enhancing antibody-dependent cellular cytotoxicity. The ability of bacterial and viral DNA to stimulate an innate immune response, with release of inflammatory cytokines and interferons, is well known [93-95]. This has also been observed with dsRNA [96], ssRNA [97] and siRNA [98]. The strong response to bacterial DNA results from the recognition of unmethylated CpG dinucleotides in a particular base context – mammalian DNA has a lower frequency of CpG sequences and they are usually methylated [99]. This recognition, and that of the other nucleic acids, is mediated by a class of innate pattern recognition receptors, known as

RIGHTSLINK

**Liposomal nanomedicines**

Expert Opin. Drug Deliv. Downloaded from informahealthcare.com by University of British Columbia on 08/16/12
For personal use only.



**Figure 8. Effect of RNA interference-mediated silencing of APOB mRNA in non-human primates on the levels of circulating LDL.** Serial plasma samples were obtained from cynomolgus monkeys treated with saline or 1 or 2.5 mg kg$^{-1}$ SNALP-siApoB-2, and measured for LDL. The results are expressed as a percentage of pre-dose values and are expressed as mean ± standard deviation. Data points marked with astericks are statistically signifiant compared with saline-treated animals ($^{*}$p < 0.05, $^{**}$p < 0.005).
Reprinted from [10] with permission.
LDL: Low-density lipoprotein; SNALP: Stabilised nucleic acid lipid particle.

the Toll-like receptors (TLRs) [95,96,99-101]. Of the ten TLRs that have now been identified, two (TLR3 and TLR9) are responsible for the nucleic acid response [96,99,100], and a third (TLR7) appears to mediate the immune response to siRNA [102].

For the applications under discussion, an immune response is not only desirable but essential. For others, such as the gene silencing effects of siRNA, an immune response can lead to toxicity issues and off-target gene effects associated with the inflammatory response [98,103]. Fortunately, appropriate minor chemical modifications of the siRNA have been able to produce non-inflammatory siRNA without disrupting their gene-silencing ability [104]. Although antisense oligonucleotides were originally designed to bind to mRNA and reduce the production of specific proteins, their success rate *in vivo* was variable, and it soon became clear that siRNAs were far more effective gene-silencing agents. However, small ODNs possessing unmethylated CpG dinucleotides within specific sequence contexts (CpG motifs) were quickly recognised for their immune stimulating abilities, and in this context the power of encapsulating ODNs within LNs readily becomes apparent.

Antisense oligonucleotides are rapidly degraded by serum nucleases, but their stability can be greatly enhanced by replacing non-bridging oxygen atoms with sulfur atoms to form a phosphorothioate backbone (PS ODN) [105,106]. Although the phosphodiester ODNs were found to have a

greater stimulatory effect on NK cells *in vitro* [106], they usually elicit little or no immune response *in vivo* due to rapid degradation. However, PS ODNs show promise as immune adjuvants, as they significantly improve the immune response to co-administered antigens, stimulating a strong T-helper 1 response [107,108], and can also protect against a variety of microbial pathogens [109,110]. Unfortunately, they are also cleared rapidly from the circulation and are susceptible to serum nucleases. Thus improvements in efficacy will require improving their circulation lifetimes and directing the ODNs to macrophages and other cells of the immune system. Several recent studies have demonstrated that this can be achieved by encapsulating antisense ODNs in SALPs or similar systems. Gursel *et al.* [111] encapsulated immunostimulatory ODNs within a variety of liposomes using an approach where unilamellar vesicles and ODNs were lyophilised together followed by rehydration and extrusion to give final vesicles with diameters < 150 nm. The encapsulation occurs during the rehydration step. High encapsulation levels were obtained for sterically stabilised cationic liposomes (SSCLs) formed from DC-Chol, DOPE and PEG-PE. The SSCLs were able to stimulate macrophages to express a transfected luciferase gene to a much greater extent than free ODNs, and were taken up to a greater extent by macrophages, dendritic cells and B cells. ODNs administered *in vivo* in SSCLs gave rise to increased cytokine production, ranging 5- to 10-times higher than obtained with free ODN. Likewise, encapsulation of ODNs in SSCL was found to greatly enhance the ability of ODNs to act as immune adjuvants. Co-encapsulation of protein antigen (OVA) with CpG ODNs increased the production of IgG$_{2a}$ and interferon more than sixfold over CpG ODNs administered with free OVA. Finally, ODNs administered in SSCL gave rise to extended protection (by 2 weeks) to BABL/c mice subjected to a pathogen challenge. Thus, in all cases, encapsulation within an appropriate carrier system greatly enhanced the immunostimulatory properties of the CpG ODN.

Similar results have been obtained by Mui *et al.* [6] using the SALPs LNs described earlier. They observed that PS ODNs administered in SALPs to mice gave rise to greatly increased levels of IL-12, IL-6, IFN-γ, monocyte chemoattractant protein-1 and TNF-α, relative to the same dose of free PS ODN. This response indicated an immune response that was T-helper cell 1 biased. Furthermore, phosphodiester ODN, which was inactive in its free form, gave a greater response in SALPs than the PS ODN. Thus both PS and phosphodiester ODNs could be used as immune adjuvants when administered in SALPs (often referred to as LN-CpG ODNs). If these LNs are to be used as immune adjuvants (e.g., in vaccines), it will be necessary to know which route of administration gives rise to a maximal response. A recent study has demonstrated that LN-CpG ODNs give rise to similar immunostimulatory effects (as monitored by levels of cellular activation and the

Expert Opin. Drug Deliv. Downloaded from informahealthcare.com by University of British Columbia on 08/16/12
For personal use only.

cytolytic activity of immune cells in the blood and spleen compartments) following intravenous or subcutaneous injection, despite large differences in particle pharmacokinetics and biodistribution [8]. Of particular interest is the recent observation that LN-CpG ODNs were able to adjuvanate adaptive immune responses against co-administered tumour-associated antigens, inducing effective anti-tumour activity in a number of murine tumour models [9]. No such effect was observed with free CpG ODNs. This confirmation of the ability of LN-CpG ODNs to enhance the immune response against specific tumours is a very significant result, and highlights again the benefit of the encapsulation of therapeutic agents within a LNM vector.

Finally, it should be noted that siRNA can also elicit a strong immune response when encapsulated in various SNALP formulations [98], and putative immunostimulatory sequences have been identified. Although this has allowed the design of siRNA exhibiting maximal gene silencing ability with minimal immune activation [98,104], it should be possible to use siRNA as an immune activator, in a manner similar to antisense CpG ODNs, if so desired. It would be interesting to compare the relative levels of immune stimulation that can be achieved from siRNA versus CpG ODNs.

## 5. Conclusion

LNs are a versatile class of drug carrier particles capable of delivering conventional and genetic drugs to diseased tissue that exhibits leaky vasculature (tumours and sites of inflammation) and, therefore, allows exploitation of the EPR effect. For both classes of drugs, the LNs should have a high drug-to-lipid ratio, a low drug leakage rate, a diameter of about 100 nm and exhibit an extended circulation lifetime (half-life > 6 h). For conventional drugs, enhanced efficacy can be expected for cell-cycle-specific drugs where leakage occurs at an optimised rate that will depend on several factors including target cell growth rate. Several products are already on the market and preclinical studies and clinical trials are planned for many others. For genetic drugs, maximal effects will require increasing particle uptake and enhancing the intracellular delivery of LN contents. Although still at the research stage, many exciting developments have been made in applications involving gene delivery, immune stimulation and gene silencing.

## 6. Expert opinion

The results summarised in this review focus on LNs and, thus, represent only a small portion of the present research applying nanotechnology to drug delivery. Nevertheless, several key principles are becoming increasingly clear that should apply to all drug carriers, including those whose structure is based on polymers or agents other than lipids.

The first insight is a general one: the most successful DDSs, at least in the short term, will take advantage of the EPR effect. The holy grail of drug delivery has been the desire to target drugs to specific diseased tissues and avoid healthy tissues in the process. For diseases such as cancer, this has been achieved by virtue of the leaky vasculature that occurs in the diseased state. Thus it makes strategic sense to focus on the development of drugs that are effective against diseases where the EPR effect can be used. In the longer term, it is anticipated that it will be possible to specifically target LNs to other tissues by attachment of targeting information to the liposome surface. Numerous attempts have been made in this regard, by attachment to the liposome surface of antibodies, antibody fragments, or small molecules specific for certain cell surface proteins or receptors [112-120]. However, so far, this approach has not yet led to clinical formulations, and is still in the stage of preclinical research. The second general insight is specific for smaller, conventional drugs: although encapsulation within a LN will almost assuredly lead to a reduction in side effects (due to avoidance of healthy tissue), increases in efficacy will most likely be observed for cell-cycle specific drugs (such as vincristine). For these drugs, an optimised LN with maximal efficacy will exhibit the following properties: a small size (on the order of 100 nm) that permits extravasation and accumulation at the site of disease, and a drug release rate that maximises the concentration at the tissue over a period of time corresponding to one or more cell cycles. Thus a leakage rate that is too fast or too slow will not allow drug accumulation to occur. Regulating the leakage rate can be achieved by choosing an appropriate initial drug-to-lipid ratio in conjunction with an appropriate loading method, encapsulating specific ions or polymers that form intravesicular complexes, and/or using specific lipids in the LNs formulation (such as SM and cholesterol). What will be important here will be determining optimal release rates for different tumours or tissues and designing LNs with those characteristics. Also exciting in this area is the idea of co-encapsulating several drugs within a single LN and looking for synergistic effects in cancer therapy. Evaluations of LN anticancer systems should involve multiple preclinical animal models, rather than just a single model. Different LN–drug combinations will be more or less effective against different models depending on cell line sensitivities to the drug at hand. Thus a wider initial screening may be a better predictor of success in clinical trials. The third general insight comes from studies with genetic drugs. For these large molecules, drug leakage and uptake will not occur due to their size and charge characteristics. What must occur is the uptake of the LNs and intracellular delivery of the drug to the cytoplasm or nucleus of the cell prior to degradation in endosomes and lysosomes. For these formulations, any approach that leads to increased uptake and release from endosomes following endocytosis is likely to increase their efficacy. Tissue-specific targeting is bound

RIGHTS LINK

**Liposomal nanomedicines**

to be important here. The lower pH values observed in endosomes may make pH-sensitive lipids or polymers particularly effective in this regard, and much research in this direction has already been conducted [121]. For approaches involving enhanced gene expression, a key area of research will involve increasing the transfection potency of SPLPs, either by increasing the uptake of the particles, directing the plasmid to the nucleus once uptake has occurred, or modifying the plasmid vector so that cytoplasmic expression can be achieved [122,123]. Although research involving genetic drugs is still in its infancy, we anticipate profound advances in this field and preclinical if not clinical applications in the near term. For applications involving immune stimulation (such as vaccine development, or cancer treatment), it would be interesting to compare the relative levels of immune stimulation that can be achieved from siRNA versus CpG ODNs, and compare their ultimate effectiveness. Finally, the excellent results obtained for serum cholesterol reduction in non-human primates bodes well for applications of this technology to human cholesterol management in the near future, and other gene silencing applications in the not-too-distant future. We anticipate that LNMs will become highly significant in the treatment of many human diseases over the next few decades.

## Bibliography

Papers of special note have been highlighted as either of interest (•) or of considerable interest (••) to readers.

1. Allen TM, C ullisPR .D rugd elivery systems: entering the mainstream. Science 2004;303:1818-22
• **A concise review on recent advances in the field of drug delivery.**

2. AbrahamSA , WaterhouseDN ,M ayerLD, et al. The liposomal formulation of doxorubicin. MethodsE nzymol 2005;391:71-97

3. BomanN L,M asinD,M ayerLD, et al. Liposomal vincristine which exhibits increased drug retention and increased circulation longevity cures mice bearing P388 tumors. Cancer Res 1994;54:2830-3
• **One of the first papers to demonstrate how, for a cell-cycle specific drug, efficacy could be increased dramatically by increasing drug retention in liposomal systems.**

4. HopeM J, WongK F.Li posomal formulation of ciprofloxacin. In: Shek PN, editor. Liposomes in Biomedical Applications. Harwood Academic Publishers,Lond on; 1995:121-34

5. Fenske DB, Cullis PR. Entrapment of small molecules and nucleic acid-based drugs in liposomes. MethodsE nzymol 2005;391:7-40

6. MuiB,R aneySG,S empleSC,H opeM J. Immune stimulation by a CpG-containing oligodeoxynucleotide is enhanced when encapsulated and delivered in lipid particles. J Pharmacol Exp Ther 2001;298:1185-92

7. VollmerJ ,J anoschA ,La uchtM , et al. Highly immunostimulatory CpG-free oligodeoxynucleotides for activation of human leukocytes. Antisense NucleicA cidD rugD ev 2002;12:165-75

8. WilsonK D,R aneySG,S ekirovL,et a l. Effects of intravenous and subcutaneous administration on the pharmacokinetics, biodistribution, cellular uptake and immunostimulatory activity of CpG ODN encapsulated in liposomal nanoparticles. IntI mmunopharmacol 2007;7:1064-75

9. DeJ ongS,Chi khG,S ekirovL,et a l. Encapsulation in liposomal nanoparticles enhances the immunostimulatory, adjuvant and anti-tumor activity of subcutaneously administered CpG ODN. Cancer ImmunolI mmunother 2007;56:1251-64

10. Zimmermann TS,LeeA C,A kincA ,et a l. RNAi-mediated gene silencing in non-humanp rimates. Nature 2006;441:111-4
• **A striking illustration of the ability of RNA interference to achieve gene silencing, and for its potential in the treatment of human diseases, in this case atherosclerosis.**

11. ChakrabortyC.P otentialityofsm all interfering RNAs (siRNA) as recent therapeutic targets for gene-silencing. CurrD rug Targets 2007;8:469-82

12. Cullis PR,H opeM J,B allyM B, et al. Influence of pH gradients on the transbilayer transport of drugs, lipids, peptides and metal ions into large unilamellar vesicles. Biochim Biophys Acta 1997;1331:187-211
• **Comprehensive summary of the influence of pH gradients on transbilayer transport phenomena.**

13. AbrahamSA ,E dwardsK ,K arlssonG,et a l. Formation of transition metal–doxorubicin complexes inside liposomes. BiochimB iophysA cta 2002;1565:41-54

14. AbrahamSA ,E dwardsK ,K arlssonG,et a l. An evaluation of transmembrane ion gradient-mediated encapsulation of topotecan within liposomes. J Control Rel 2004;96:449-61

15. SempleSC,LeoneR , WangJ ,et a l. Optimization and characterization of a sphingomyelin/cholesterol liposome formulation of vinorelbine with promising antitumor activity. J Pharm Sci 2005;94:1024-38

16. AmbegiaE,A nsellS,C ullisP,et a l. Stabilized plasmid-lipid particles containing PEG-diacylglycerols exhibit extended circulation lifetimes and tumor selective gene expression. BiochimB iophysA cta 2005;1669:155-63

17. LiangM T,D aviesN M, TothI. Encapsulation of lipopeptides within liposomes: effect of number of lipid chains, chain length and method of liposome preparation. IntJ P harm 2005;301:247-54

18. Huang YY, WangCH.P ulmonaryd elivery of insulin by liposomal carriers. JCont rolR elease 2006;113:9-14

19. VyasSP ,R awatM ,R awatA ,et a l. Pegylated protein encapsulated multivesicular liposomes: a novel approach for sustained release of interferon alpha. Drug Dev Ind Pharm 2006;32:699-707

20. BanghamA D,S tandishM M, WatkinsJ C. Diffusion of univalent ions across the lamellae of swollen phospholipids. JM olB iol 1965;13:238-52
• **The paper describing the original discovery of liposomes.**

21. BanghamA D.M embranem odelsw ith phospholipids. Prog Biophys Mol Biol 1968;18:29-95

Expert Opin. Drug Deliv. Downloaded from informahealthcare.com by University of British Columbia on 08/16/12 For personal use only.



Fenske & Cullis

Expert Opin. Drug Deliv. Downloaded from informahealthcare.com by University of British Columbia on 08/16/12. For personal use only.

22. BanghamA D.Li posomes:r ealizingt heir promise. Hosp Pract (Off Ed) 1992;27:51-6, 61-2

23. BanghamA D.S urrogatecellsor Trojan horses. The discovery of liposomes. Bioessays 1995;17:1081-8

24. MayerLD,H opeM J,C ullisPR . Vesiclesof variable sizes produced by a rapid extrusion procedure. Biochim Biophys Acta 1986;858:161-8
   • Paper describing the extrusion technique.

25. HofheinzR D,G nad-VogtSU ,B eyerU , Hochhaus A. Liposomal encapsulated anti-cancer drugs. Anticancer Drugs 2005;16:691-707

26. YuanF ,D ellianM ,F ukumuraD,et a l. Vascular permeability in a human tumor xenograft: molecular size dependence and cutoffsi ze. CancerR es 1995;55:3752-6
   • Demonstrates that LNs with diameters up to 400 nm are capable of the EPR effect.

27. Matsumura Y,M aedaH.A ne wconcep t for macromolecular therapeutics in cancer chemotherapy: mechanism of tumoritropic accumulation of proteins and the antitumor agent smancs. Cancer Res 1986;46:6387-92

28. MaedaH, WuJ ,S awa T,et a l. Tumor vascular permeability and the EPR effect in macromolecular therapeutics: a review. J Control Rel 2000;65:271-84
   • Excellent description of the EPR effect.

29. MaedaH. Theenha ncedp ermeability and retention (EPR) effect in tumor vasculature: the key role of tumor-selective macromolecular drug targeting. AdvE nzymeR egul 2001;41:189-207

30. MaedaH,S awa T,K onno T.M echanismof tumor-targeted delivery of macromolecular drugs, including the EPR effect in solid tumor and clinical overview of the prototype polymeric drug SMANCS. JCont rolR el 2001;74:47-61

31. Allen TM.Long- circulating( sterically stabilized) liposomes for targeted drug delivery. TrendsP harmacolSci 1994;15:215-20
   • Original paper describing the increase in circulation lifetime that can be achieved by grafting PEG to the liposome surface.

32. JanoffA S,Bo niL T,P opescuM C,et a l. Unusual lipid structures selectively reduce the toxicity of amphotericin B. Proc Natl AcadSci U SA 1988;85:6122-6

33. Madden TD,J anoffA S,C ullisPR . Incorporation of amphotericin B into large unilamellar vesicles composed of phosphatidylcholine and phosphatidylglycerol. Chem Phys Lipids 1990;52:189-98

34. MayerLD,B allyM B,C ullisPR .U ptake of adriamycin into large unilamellar vesicles in response to a pH gradient. BiochimB iophysA cta 1986;857:123-6

35. MayerLD, TaiL C,B allyM B, et al. Characterization of liposomal systems containing doxorubicin entrapped in response to pH gradients. Biochim Biophys Acta 1990;1025:143-51

36. MayerLD, TaiL C,K oDS,et a l.I nfluence of vesicle size, lipid composition, and drug-to-lipid ratio on the biological activity of liposomal doxorubicin in mice. CancerR es 1989;49:5922-30

37. HarriganPR , WongK F,R edelmeier TE, et al. Accumulation of doxorubicin and other lipophilic amines into large unilamellar vesicles in response to transmembrane pH gradients. BiochimB iophysA cta 1993;1149:329-38

38. MayerLD,B allyM B,Loughr eyH, et al. Liposomal vincristine preparations which exhibit decreased drug toxicity and increased activity against murine L1210 and P388 tumors. CancerR es 1990;50:575-9

39. Mayer LD, Nayar R, Thies RL, et al. Identification of vesicle properties that enhance the antitumour activity of liposomal vincristine against murine L1210 leukemia. Cancer Chemother Pharmacol 1993;33:17-24

40. BomanN L,M ayerLD,C ullisPR . Optimization of the retention properties of vincristine in liposomal systems. BiochimB iophysA cta 1993;1152:253-8

41. WebbM S,H arasym TO, Masin D, et al. Sphingomyelin-cholesterol liposomes significantly enhance the pharmacokinetic and therapeutic properties of vincristine in murine and human tumour models. Br J Cancer 1995;72:896-904
   • Highlights the importance of lipid composition in regulating drug retention and efficacy. For vincristine, the use of sphingomyelin (rather than other long-chain phospholipids such as distearoylphosphatidylcholine) leads to significant improvements in drug retention and efficacy.

42. Zamboni WC,G ervaisA C,E gorinM J, et al. Systemic and tumor disposition of platinum after administration of cisplatin or STEALTH liposomal-cisplatin formulations (SPI-077 and SPI-077 B103) in a preclinical tumor model of melanoma. CancerChem otherP harmacol 2004;53:329-36

43. WhiteSC,Lor iganP ,M argisonGP,et a l. Phase II study of SPI-77 (sterically stabilised liposomal cisplatin) in advanced non-small-cell lung cancer. Br J Cancer 2006;95:822-8

44. Kim ES, Lu C, Khuri FR, et al. A Phase II study of STEALTH cisplatin (SPI-77) in patients with advanced non-small cell lung cancer. LungCa ncer 2001;34:427-32

45. Madden TD,H arriganPR , TaiL C,et a l. The accumulation of drugs within large unilamellar vesicles exhibiting a proton gradient: a survey. Chem Phys Lipids 1990;53:37-46

46. LasicDD,F rederikPM ,S tuartM C, et al. Gelation of liposome interior. A novel method for drug encapsulation. FEBSLet t 1992;312:255-8
   • Early demonstration of drug precipitation within LNs.

47. HaranG,CohenR ,B arLK ,B arenholz Y. Transmembrane ammonium sulfate gradients in liposomes produce efficient and stable entrapment of amphipathic weak bases. Biochim Biophys Acta 1993;1151:201-15

48. WebbM S,Bom annN L, WisemanDJ ,et a l. Antibacterial efficacy against an in vivo Salmonella typhimurium infection model and pharmacokinetics of a liposomal ciprofloxacin formulation. AntimicrobA gentsChem other 1998;42:45-52

49. LasicDD,CehB,S tuartM C,et a l. Transmembrane gradient driven phase transitions within vesicles: lessons for drug delivery. Biochim Biophys Acta 1995;1239:145-56

50. Maurer-SpurejE, WongK F,M aurerN , Fenske DB, Cullis PR. Factors influencing uptake and retention of amino-containing drugs in large unilamellar vesicles exhibiting transmembrane pH gradients. BiochimB iophysA cta 1999;1416:1-10

51. MaurerN , WongK F,H opeM J, Cullis PR. Anomalous solubility behavior of the antibiotic ciprofloxacin encapsulated in liposomes: a 1H-NMR



**Liposomal nanomedicines**

Expert Opin. Drug Deliv. Downloaded from informahealthcare.com by University of British Columbia on 08/16/12
For personal use only.

study. Biochim Biophys Acta 1998;1374:9-20

• **Demonstrates ciprofloxacin solubility within LNs under conditions where precipitation would be predicted.**

52. LiX ,H irshDJ ,Ca bral-LillyD,et a l. Doxorubicin physical state in solution and inside liposomes loaded via a pH gradient. BiochimB iophysA cta 1998;1415:23-40

53. JohnstonM J,S empleSC,K limukSK , et al. Therapeutically optimized rates of drug release can be achieved by varying the drug-to-lipid ratio in liposomal vincristine formulations. Biochim Biophys Acta 2006;1758:55-64

• **First paper to demonstrate that a specific rate of drug release can optimise drug efficacy.**

54. FenskeDB, WongK F,M aurerE,et a l. Ionophore-mediated uptake of ciprofloxacin and vincristine into large unilamellar vesicles exhibiting transmembrane ion gradients. BiochimB iophysA cta 1998;1414:188-204

• **Ionophore method of drug loading.**

55. WheelerJ J, VeiroJ A,C ullisPR . Ionophore-mediated loading of $Ca^{2+}$ into large unilamellar vesicles in response to transmembrane pH gradients. MolM embrB iol 1994;11:151-7

56. ZhigaltsevIV ,M aurerN ,A khongQF , et al. Liposome-encapsulated vincristine, vinblastine and vinorelbine: a comparative study of drug loading and retention. JCont rolR el 2005;104:103-11

57. SarrisA H,H agemeisterF ,R omagueraJ , et al. Liposomal vincristine in relapsed non-Hodgkin's lymphomas: early results of an ongoing Phase II trial. Ann Oncol 2000;11:69-72

58. Rodriguez MA, Sarris A, East K, et al. A Phase II study of liposomal vincristine in CHOP with rituximab for elderly patients with untreated aggressive B-cell non-Hodgkin's lymphoma (NHL). Proc Am Soc Clin Oncol 2002;21:Abstract11 32

59. Rodriguez MA, Dang NH, Fayad L, et al. Sphingosomal vincristine in CHOP is a promising new treatment for elderly, as well as poor prognosis patients with aggressive non-Hodgkin's lymphoma (NHL): follow-up results of a Phase II study. JCli nO ncol 2004;22:8080

• **Describes results of clinical trials with LNs encapsulating vincristine.**

60. BoehlkeL, WinterJ N. Sphingomyelin/cholesterol liposomal vincristine: a new formulation for an old drug. Expert Opin Biol Ther 2006;6:409-15

61. Coiffier B, Lepage E, Briere J, et al. CHOP chemotherapy plus rituximab compared with CHOP alone in elderly patients with diffuse large-B-cell lymphoma. NE nglJ M ed 2002;346:235-42

62. CheungBC,S un TH,Leenhout sJ M, Cullis PR. Loading of doxorubicin into liposomes by forming $Mn^{2+}$–drug complexes. Biochim Biophys Acta 1998;1414:205-16

• **First paper to describe the uptake of doxorubicin into LNs by complex formation in the absence of a pH gradient.**

63. ChiuGN ,A brahamSA ,I ckensteinLM , et al. Encapsulation of doxorubicin into thermosensitive liposomes via complexation with the transition metal manganese. JCont rolR el 2005;104:271-88

64. TaggarA S,A lnajimJ ,A nanthaM ,et a l. Copper-topotecan complexation mediates drug accumulation into liposomes. JCont rolR el 2006;114:78-88

65. ZhigaltsevIV ,M aurerN ,E dwardsK , et al. Formation of drug–arylsulfonate complexes inside liposomes: a novel approach to improve drug retention. JCont rolR el 2006;110:378-86

66. DrummondDC,N obleCO,G uoZ , et al. Development of a highly active nanoliposomal irinotecan using a novel intraliposomal stabilization strategy. CancerR es 2006;66:3271-7

67. JohnstonM J,S empleSC,K limukSK , et al. Characterization of the drug retention and pharmacokinetic properties of liposomal nanoparticles containing dihydrosphingomyelin. BiochimB iophysA cta 2007;1768:1121-7

68. RamsayEC,D osS antosN , Dragowska WH, Laskin JJ, Bally MB. The formulation of lipid-based nanotechnologies for the delivery of fixed dose anticancer drug combinations. CurrD rugD eliv 2005;2:341-51

69. AbrahamSA ,M cKenzieC,M asinD,et a l. In vitro and in vivo characterization of doxorubicin and vincristine coencapsulated within liposomes through use of transition metal ion complexation and pH gradient loading. ClinCa ncerR es 2004;10:728-38

70. TardiPG,G allagherR C,J ohnstoneS,et a l. Coencapsulation of irinotecan and floxuridine into low cholesterol-containing liposomes that coordinate drug release in vivo. Biochim Biophys Acta 2007;1768:678-87

71. MayerLD,H arasym TO, TardiPG ,et a l. Ratiometric dosing of anticancer drug combinations: controlling drug ratios after systemic administration regulates therapeutic activity in tumor-bearing mice. MolCa ncer Ther 2006;5:1854-63

72. PatilSD,R hodesDG,B urgessDJ . DNA-based therapeutics and DNA delivery systems: a comprehensive review. AAPSJ 2005;7:E61-77

73. FenskeDB,M aclachlanI,C ullisPR . Long-circulating vectors for the systemic delivery of genes. Curr Opin Mol Ther 2001;3:153-8

74. WheelerJ J,P almerL,O ssanlouM , et al. Stabilized plasmid-lipid particles: construction and characterization. Gene Ther 1999;6:271-81

• **Original paper describing SPLPs.**

75. TamP,M onckM ,LeeD,et a l.S tabilized plasmid-lipid particles for systemic gene therapy. Gene Ther 2000;7:1867-74

76. FenskeDB,M aclachlanI,C ullisPR . Stabilized plasmid-lipid particles: a systemic gene therapy vector. Methods Enzymol 2002;346:36-71

• **Comprehensive review on SPLPs.**

77. FenskeDB,M aurerN ,C ullisPR . Encapsulation of weakly-basic drugs, antisense oligonucleotides, and plasmid DNA within large unilamellar vesicles for drug delivery applications. In: Torchilin VP, Weissig V, editors. Liposomes: A Practical Approach. Oxford: Oxford University Press, 2003.p . 167-91

78. Zhang YP,S ekirovL,S aravolacEG ,et a l. Stabilized plasmid-lipid particles for regional gene therapy: formulation and transfectionp roperties. Gene Ther 1999;6:1438-47

79. MaurerN , WongK F,S tarkH,et a l. Spontaneous entrapment of polynucleotides upon electrostatic interaction with ethanol-destabilized cationic liposomes. Biophys J 2001;80:2310-26

80. SempleSC,K limukSK ,H arasym TO, et al. Efficient encapsulation of antisense oligonucleotides in lipid vesicles using ionizable aminolipids: formation of novel



Expert Opin. Drug Deliv. Downloaded from informahealthcare.com by University of British Columbia on 08/16/12
For personal use only.

small multilamellar vesicle structures. BiochimB iophysA cta 2001;1510:152-66

- **One of the first papers describing SALPs.**

81. StuartDD,S empleSC,A llen TM. High efficiency entrapment of antisense oligonucleotides in liposomes. MethodsE nzymol 2004;387:171-88

82. JeffsLB,P almerLR ,A mbegiaEG,e ta l. A scalable, extrusion-free method for efficient liposomal encapsulation of plasmid DNA. PharmR es 2005;22:362-72

- **Methodology that improves the ease of formation of SPLPs, and permits the preparation of quantities suitable for preclinical research.**

83. FenskeDB,P almerLR ,Chen T,et a l. Cationic poly(ethyleneglycol) lipids incorporated into pre-formed vesicles enhance binding and uptake to BHK cells. Biochim Biophys Acta 2001;1512:259-72

84. PalmerLR ,Chen T,La mA M,et a l. Transfection properties of stabilized plasmid-lipid particles containing cationic PEG lipids. Biochim Biophys Acta 2003;1611:204-16

85. HeyesJ ,P almerL,B remnerK , Maclachlan I. Cationic lipid saturation influences intracellular delivery of encapsulated nucleic acids. J Control Rel 2005;107:276-87

86. HeyesJ ,P almerL,Cha nK ,et a l. Lipid encapsulation enables the effective systemic delivery of polyplex plasmid DNA. Mol Ther 2007;15:713-20

87. AagaardL,R ossiJ J.R NAit herapeutics: principles, prospects and challenges. AdvD rugD elivR ev 2007;59:75-86

88. Kong Y,R uanL,M aL,et a l.R NA interference as a novel and powerful tool in immunopharmacological research. Int Immunopharmacol 2007;7:417-26

89. MasieroM ,N ardoG,I ndraccoloS, Favaro E. RNA interference: implications for cancer treatment. Mol Aspects Med 2007;28:143-66

90. SioudM .R NAi nterferencea ndi nnate immunity. Adv Drug Deliv Rev 2007;59:153-63

91. SteinCA ,CohenJ S. Oligodeoxynucleotides as inhibitors of gene expression: a review. Cancer Res 1988;48:2659-68

92. Geisbert TW,H ensleyLE,K aganE ,et a l. Postexposure protection of guinea pigs against a lethal ebola virus challenge

is conferred by RNA interference. JI nfectD is 2006;193:1650-7

93. HeegK ,S parwasser T,Li pfordGB, et al. Bacterial DNA as an evolutionary conserved ligand signalling danger of infection to immune cells. Eur J Clin MicrobiolI nfectD is 1998;17:464-9

94. LipfordGB,H eegK , WagnerH. Bacterial DNA as immune cell activator. TrendsM icrobiol 1998;6:496-500

95. LundJ ,S atoA ,A kiraS,M edzhitovR , Iwasaki A. Toll-like receptor 9-mediated recognition of Herpes simplex virus-2 by plasmacytoid dendritic cells. J Exp Med 2003;198:513-20

96. AlexopoulouL,H oltA C,M edzhitovR , Flavell RA. Recognition of double-stranded RNA and activation of NF-kappaB by Toll-like receptor 3. Nature 2001;413:732-8

97. HeilF,H emmiH,H ochreinH,et a l. Species-specific recognition of single-stranded RNA via toll-like receptor 7 and8. Science 2004;303:1526-9

98. JudgeA D,S ood V,S hawJ R,et a l. Sequence-dependent stimulation of the mammalian innate immune response by synthetic siRNA. Nat Biotechnol 2005;23:457-62

99. HemmiH, TakeuchiO,K awai T,et a l. A Toll-like receptor recognizes bacterial DNA. Nature 2000;408:740-5

100. BauerS,K irschningCJ ,H ackerH,et a l. Human TLR9 confers responsiveness to bacterial DNA via species-specific CpG motif recognition. Proc Natl Acad Sci USA 2001;98:9237-42

101. KirschningCJ ,B auerS. Toll-liker eceptors: cellular signal transducers for exogenous molecular patterns causing immune responses. Int J Med Microbiol 2001;291:251-60

102. Hornung V,G uenthner-BillerM , Bourquin C, et al. Sequence-specific potent induction of IFN-alpha by short interfering RNA in plasmacytoid dendritic cells through TLR7. Nat Med 2005;11:263-70

103. SioudM .I nductionofi nflammatory cytokines and interferon responses by double-stranded and single-stranded siRNAs is sequence-dependent and requires endosomal localization. J Mol Biol 2005;348:1079-90

104. JudgeA D,Bola G,LeeA C,M aclachlanI. Design of noninflammatory synthetic

siRNA mediating potent gene silencing inv ivo Mol Ther 2006;13:494-505

105. MonteithDK ,H enrySP,H owardR B, et al. Immune stimulation – a class effect of phosphorothioate oligodeoxynucleotides in rodents. Anticancer Drug Des 1997;12:421-32

106. BoggsR T,M cGrawK ,Cond on T,et a l. Characterization and modulation of immune stimulation by modified oligonucleotides. Antisense Nucleic Acid DrugD ev 1997;7:461-71

107. RomanM ,M artin-OrozcoE, Goodman JS, et al. Immunostimulatory DNA sequences function as T helper-1-promoting adjuvants. NatM ed 1997;3:849-54

108. ChuR S, TargoniOS,K riegA M, et al. CpG oligodeoxynucleotides act as adjuvants that switch on T helper 1 (Th1) immunity. JE xpM ed 1997;186:1623-31

109. ElkinsK L,R hinehart-Jones TR, Stibitz S et al. Bacterial DNA containing CpG motifs stimulates lymphocyte-dependent protection of mice against lethal infection with intracellular bacteria. JI mmunol 1999;162:2291-8

110. KlinmanDM ,Cono verJ ,C obanC. Repeated administration of synthetic oligodeoxynucleotides expressing CpG motifs provides long-term protection against bacterial infection. Infect Immun 1999;67:5658-63

111. GurselI,G urselM ,I shiiK J,K linmanDM . Sterically stabilized cationic liposomes improve the uptake and immunostimulatory activity of CpG oligonucleotides. J Immunol 2001;167:3324-8

112. Allen TM,S apraP,M oaseE,M oreiraJ , Iden D. Adventures in targeting. JLi posomeR es 2002;12:5-12

113. Allen TM,M umbengegwiDR , Charrois GJ. Anti-CD19-targeted liposomal doxorubicin improves the therapeutic efficacy in murine B-cell lymphoma and ameliorates the toxicity of liposomes with varying drug release rates. ClinCa ncerR es 2005;11:3567-73

114. Cheng WW,D asD,S ureshM ,A llen TM. Expression and purification of two anti-CD19 single chain Fv fragments for targeting of liposomes to CD19-expressing cells. Biochim Biophys Acta 2007;1768:21-9

115. PastorinoF ,B rignoleC,M arimpietriD, et al. Targeted liposomal c-myc



**Liposomal nanomedicines**

Expert Opin. Drug Deliv. Downloaded from informahealthcare.com by University of British Columbia on 08/16/12. For personal use only.

antisense oligodeoxynucleotides induce apoptosis and inhibit tumor growth and metastases in human melanoma models. Clin Cancer Res 2003;9:4595-605

116. PastorinoF ,B rignoleC,D iP aoloD,et a l. Targeting liposomal chemotherapy via both tumor cell-specific and tumor vasculature-specific ligands potentiates therapeutic efficacy. CancerR es 2006;66:10073-82

117. SapraP ,A llen TM.I nternalizing antibodies are necessary for improved therapeutic efficacy of antibody-targeted liposomal drugs. Cancer Res 2002;62:7190-4

118. SapraP ,A llen TM.Li gand-targeted liposomal anticancer drugs. Prog Lipid Res 2003;42:439-62

119. SapraP ,M oaseEH,M AJ ,A llen TM. Improved therapeutic responses in a xenograft model of human B lymphoma (Namalwa) for liposomal vincristine versus liposomal doxorubicin targeted via anti-CD19 IgG2a or Fab' fragments. ClinCa ncerR es 2004;10:1100-11

120. SapraP , TyagiP ,A llen TM.Li gand-targeted liposomes for cancer treatment. CurrD rugD eliv 2005;2:369-81

• **Describes advances made in targeting LNs to cancer tissue.**

121. Chen T,M cIntoshD ,H e Y,et a l. Alkylated derivatives of poly(ethylacrylic acid) can be inserted into preformed liposomes and trigger pH-dependent intracellular delivery of liposomal contents. MolM embrB iol 2004;21:385-93

122. FinnJ ,LeeA C,M aclachlanI,C ullisP . An enhanced autogene-based dual-promoter cytoplasmic expression system yields increased gene expression. Gene Ther 2004;11:276-83

123. FinnJ ,M aclachlanI,C ullisP .F actors limiting autogene-based cytoplasmic expression systems. FASEB J 2005;19:608-10

124. TekmiraP harmaceuticals Available from: www.inexpharm.com [Accessed 5th December 2007]

125. HanaB iosciences Available from: www.hanabiosciences.com [Accessed 5th December 2007]

126. AradigmCor poration Available from: www.aradigm.com [Accessed 5th December 2007]

127. Pfizer Available from: www.pfizer.com/home [Accessed 5th December 2007]

128. AlnylamP harmaceuticals Available from: www.alnylam.com [Accessed 5th December 2007]

129. Alza Available from: www.alza.com [Accessed 5th December 2007]

130. Antigenics Available from: www.antigenics.com [Accessed 5th December 2007]

131. CelsionCor poration Available from: www.celsion.com [Accessed 5th December 2007]

132. Gilead Available from: www.gilead.com [Accessed 5th December 2007]

133. EnzonP harmaceuticals Available from: www.enzon.com [Accessed December 2007]

134. SamaritanP harmaceuticals Available from: www.samaritanpharma.com [Accessed December 2007]

135. ThreeR iversP harmaceuticals Available from: www.3riverspharma.com [Accessed December 2007]

136. Diatos Available from: www.diatos.com [Accessed December 2007]

137. Sopherion Therapeutics Available from: www.sopherion.com [AccessedD ecember 2007]

**Affiliation**

David B Fenske[†1] & Pieter R Cullis[2]FR SC
[†]Author for correspondence
[1]University College of the Fraser Valley, Department of Chemistry, 33844 King Road, Abbotsford, BC, V2S 7M8, Canada
E-mail: david.fenske@ucfv.ca
[2]University of British Columbia, Centre for Drug Research and Development, Department of Biochemistry and Molecular Biology, Life Sciences Centre, 2350 Health Sciences Mall, Vancouver, BC, V6T 1Z3, Canada



# JA-009

# Exhibit 14

# 7

# Encapsulation of Nucleic Acid–Based Therapeutics

**Norbert Maurer, Igor Zhigaltsev, and Pieter R. Cullis**

*Department of Biochemistry and Molecular Biology,*
*University of British Columbia, Vancouver, British Columbia, Canada*

## INTRODUCTION

Liposomes represent one of the most clinically advanced drug-delivery systems with the range of medical applications extending from chemotherapy of cancer and infectious disease to vaccines and gene therapy (1,2). However, liposomal formulations of genetic drugs such as antisense oligonucleotides and plasmid DNA (pDNA) for systemic applications are difficult to achieve (3). The large size and highly-charged nature of these molecules mitigates against the formation of small, neutral, serum-stable carriers, which are required to achieve the long circulation times necessary for efficient accumulation at disease sites such as sites of tumor growth and inflammation. In particular, passive encapsulation of pDNA in liposomes is very inefficient due to the large size of these molecules. Efficient entrapment requires interaction between the lipid components of the carrier and the nucleotide-based drugs. However, this inter-action is very difficult to control. For example, complexes formed through electrostatic interaction between negatively-charged polynucleotides and cationic liposomes exhibit broad size distributions. These complexes efficiently transfect cells in vitro; however, in vivo their large size and/or positive charge triggers rapid clearance from the circulation (4–8). They can also be highly toxic (8). Therefore, substantial effort has been focused on constructing lipid-based carriers with improved in vivo characteristics.

In this chapter, the recent advances in the development of small serum-stable carriers for nucleic acid therapeutics such as antisense and immune stimulatory oligonucleotides and pDNA are reviewed with the emphasis on our work. Two basic approaches for encapsulation will be described. The first of these employs incubation of large unilamellar vesicle (LUV) containing a cationic lipid and a polyethyleneglycol (PEG) coating with oligo- or polynucleic acids in the presence of ethanol (9–11). The use of membrane-destabilizing agents such as ethanol in conjunction with PEG-lipids offers a way to control the interaction between negatively-charged polyelectrolytes and cationic liposomes and results in the entrapment of the nucleic acids in small liposomes. The resulting particle will be referred to as "stabilized nucleic acid-lipid particle," or SNALP, and the approach of making it as preformed vesicle approach (PFV). The second method involves a detergent-dialysis procedure for the encapsulation of pDNA, resulting in the formation of "stabilized plasmid-lipid particles" (SPLP) (11–13). These SNALP and SPLP systems demonstrate long circulation lifetimes and preferentially accumulate at tumor sites and sites of inflammation following IV administration due the "enhanced permeability and retention" effect associated with the more permeable vasculature found in these disease sites (14). Highly specific transgene expression at distal tumor sites has been observed following IV injection of SPLP (15,16). It is also important to note that these systems naturally target antigen-presenting cells in vivo as they, like all other liposomal or particulate systems, are removed from the blood by the fixed and free macrophages of the mononuclear phagocyte system (reticuloendothelial system), resulting in accumulation in organs such as the liver and the spleen. Encapsulation of oligonucleotides containing immune stimulatory CpG motifs in liposomes (SNALP) results in an immune response that is enhanced compared to either lipid or oligonucleotide alone (17). This forms the basis for the application of liposome-encapsulated CpG oligonucleotides in immune therapy (18).

Both approaches are simple and allow efficient encapsulation of nucleic acid-based molecules such as oligonucleotides (9,10) and pDNA (8,10,12) in liposomes that are small in size (about 100 nm diameter) and stable in circulation, protecting the cargo from degradation. In the sections to follow, we will provide a brief overview of these methods.

## METHODOLOGY

### Entrapment of Polynucleotides Using the Preformed Vesicle Approach

The preformed vesicle (PFV) approach involves incubation of liposomes containing a cationic lipid and a PEG coating with polynucleotides in the presence of ethanol. Typically, LUV composed of distearoyl-phosphatidylcholine (DSPC), cholesterol (Chol), 1-O-(2'-(ω-methoxy-polyethylene-glycol)

succinoyl)-2-$N$-myristoyl-sphingosine (PEG-CerC$_{14}$), and 1,2-dioleoyl-3-dimethylammoniumpropane (DODAP) are used. However, any zwitterionic lipid including dioleoylphosphatidyl-ethanolamine (DOPE) alone or in combination with Chol can be substituted for DSPC/Chol (10). DODAP was chosen as the cationic lipid because it has a protonable amino group. Its apparent p$K_a$ is estimated to be between 6.6 and 7 (19). Entrapment can therefore be performed at low pH (pH 4) where DODAP is positively-charged and nonentrapped polynucleotides can be dissociated from the cationic lipid by neutralizing the pH and removed by subsequent anion exchange chromatography. Adjusting the pH to 7.5 also renders the surface charge of the liposomes neutral.

*Liposome preparation*: Ethanolic suspensions of LUVs composed of DSPC/Chol/PEG-CerC$_{14}$/DODAP (20:45:10:25 mol%) were either prepared by addition of ethanol to extruded liposomes or by addition of lipids dissolved in ethanol to an aqueous buffer solution and subsequent extrusion. Both methods give the same entrapment results and will be described in greater detail in the following: (i) After hydration of a lipid film in 50 mM pH 4 citrate buffer and five freeze/thaw cycles LUVs were generated by extrusion through two stacked 100-nm filters (10 passes). Ethanol was subsequently slowly added under rapid mixing to a concentration of 40% (v/v). Slow addition of ethanol and rapid mixing are important as liposomes become unstable and coalesce into large lipid structures as soon as the ethanol concentration exceeds a certain upper limit. (ii) LUVs were prepared by slow addition of the lipids dissolved in ethanol (0.4 mL) to citrate buffer at pH 4 (0.6 mL) followed by extrusion through two stacked 100-nm filters (two passes) at room temperature. Dynamic light scattering measurements performed in ethanol and after removal of ethanol by dialysis show no significant differences in size, which is typically $75 \pm 18$ nm. The extrusion step can be omitted if ethanol is added very slowly under vigorous mixing to avoid high local concentrations of ethanol.

*Entrapment of oligo- and polynucleotides*: The oligo- or polynucleotide solution was slowly added under vortexing to the acidic ethanol-containing liposome dispersion, which typically contained 10 mg/mL of lipid. The resulting dispersion was incubated at 40°C for one hour, and then dialyzed for two hours against a 1000-fold volume excess of citrate buffer to remove most of the ethanol and twice against a 1000-fold volume excess of HBS [20 mM 4-(2-Hydroxyethyl)piperazine-1-ethanesulfonic acid (HEPES)/145 mM NaCl, pH 7.5]. At pH 7.5 DODAP becomes charge-neutral and polyelectrolyte bound to the external membrane surface is released from its association with the cationic lipid. Unencapsulated polyelectrolytes were subsequently removed by anion exchange chromatography on diethylaminoethyl (DEAE)-sepharose CL-6B columns equilibrated in HEPES- buffered saline (HBS) (pH 7.5). Finally, it should be noted that liposome formation and encapsulation could be combined in a single step by mixing the lipids dissolved in ethanol with an aqueous solution containing the polynucleotide.

*Determination of trapping efficiencies*: Trapping efficiencies were determined after removal of external polyelectrolytes by anion exchange chromatography. Oligonucleotide concentrations were determined by UV-spectroscopy. The absorbance at 260 nm was measured after solubilization of the samples in chloroform/methanol at a volume ratio of 1:2.1:1 chloroform/methanol/aqueous phase (sample/HBS). Alternatively, absorbance was read after solubilization of the samples in 100 mM octylglucoside. The antisense concentrations were calculated according to: $c\ (\mu g/\mu L) = A_{260} \times 1 OD_{260}$ unit $(\mu g/mL) \times$ dilution factor $(mL/\mu L)$, where the dilution factor is given by the total assay volume (mL) divided by the sample volume $(\mu L)$. $OD_{260}$ units were calculated from pairwise extinction coefficients for individual deoxynucleotides, which take into account nearest neighbor interactions. The Oligreen assay was used in some instances, obviating the need for prior removal of unencapsulated oligonucleotide. Fluorescence emission was read at 520 nm with the excitation set at 480 nm before and after addition of n-octyl β-D-glycopyranoside (OGP) to a final concentration of 50 mM. The addition of detergent results in slight (10%) quenching of the Oligreen fluorescence and this accounted for the calculation of trapping efficiencies. Oligonucleotide concentrations were determined relative to a standard curve. Plasmid DNA encapsulation efficiencies were determined by $A^{260}$ as described above $(1 OD = 50\ \mu g/mL)$ and/or with the PicoGreen assay (10). Adenosine triphosphate (ATP) encapsulation was determined by $A^{260}$ with 1 OD corresponding to 35.8 μg/mL ATP. Lipid concentrations were determined by the inorganic phosphorus assay after separation of the lipids from the oligonucleotides by a Bligh and Dyer extraction.

## Encapsulation of pDNA Using the Detergent Dialysis Procedure

The encapsulation of pDNA can also be accomplished with the use of a detergent dialysis procedure (12). In contrast to the PFV approach, the detergent dialysis procedure starts off with a micellar system and leads to encapsulation of pDNA in unilamellar liposomes called SPLP after detergent removal. Plasmid entrapment relies on a delicate balance between cationic lipid content and ionic strength of the solution.

*Encapsulation of pDNA*: Typically pDNA was encapsulated in SPLP composed of DOPE, dioleoyldimethylammonium chloride (DODAC), and 1-O-(2′-(ω-methoxy-polyethylene-glycol)succinoyl)-2-*N*-dodecanoylsphingosine (PEG-CerC$_{20}$). Lipids (DOPE:DODAC:PEG-CerC$_{20}$, 84:6:10 mol%) were dissolved in ethanol or chloroform and dried to a lipid film. The lipid mixture was resuspended in HBS (5 mM HEPES, 150 mM NaCl, pH 7.5) containing 200 mM OGP and 0.4 mg/mL pDNA [e.g., Plasmid DNA Containing the cytomegalovirus promotor and coding for luciferase (pCMV)-luc]. The final lipid concentration was 10 mg/mL. The mixture of lipid, plasmid, and OGP was dialyzed for 16 to 18 hours against three changes

of a 1000-fold volume excess of HBS. Unentrapped plasmid was removed by DEAE-Sepharose CL-6B chromatography. Entrapment efficiencies were determined as described above for the PFV approach.

*Separation of encapsulated plasmid from empty liposomes by sucrose density gradient centrifugation*: The plasmid samples were applied to the top of a discontinuous sucrose gradient in 12.5-mL ultracentrifuge tubes. The gradient was formed with 3 mL each of 10% sucrose, 2.5% sucrose, and 1% sucrose in HBS layered consecutively from bottom to top. The gradients were centrifuged at $160,000 \times g$ for two hours at 20°C. The lipid-encapsulated pDNA banded tightly at the interface between 2.5% and 10% sucrose, while the unassociated lipid was present as a smear from the top of the gradient to the interface between 1% and 2.5% sucrose. The SPLP band was collected. Buffer-exchange and concentration was performed by diafiltration.

## RESULTS

### Preformed Vesicle Approach

The following paragraphs describe the factors that are important for encapsulation and summarize the physicochemical and in vivo characteristics of the resultant liposomal systems using oligonucleotides as an example. However, it should be noted that the PFV approach could be generally applied to the entrapment of negatively-charged polyelectrolytes including pDNA and nonnucleotide-based polyelectrolytes.

### Encapsulation and Physicochemical Properties

*Ethanol is required for entrapment to occur.* Addition of increasing amounts of ethanol to 100 nm DSPC/Chol/DODAP liposomes leads to the formation of large lipid structures following oligonucleotide addition and a concomitant increase in oligonucleotide entrapment levels (Table 1). The

**Table 1**  Entrapment of Antisense Oligonucleotide in the Absence of Polyethyleneglycol-Ceramide[a]

| % EtOH (v/v) | % Encapsulation |
|---|---|
| 0 | $4.5 \pm 0.5$ |
| 20 | $20.5 \pm 1.5$ |
| 30 | $32.5 \pm 2.5$ |

[a]Encapsulation efficiencies are listed as a function of ethanol concentration for distearoyl-phosphatidyl-choline/cholesterol/1,2-dioleoyl-3-dimethylammoniumpropane large unilamellar vesicle (LUVs). The initial oligonucleotide-to-lipid ratio was 0.034 mol/mol (0.3 mg/mg). The LUVs used for these experiments were $99 \pm 22$ nm in size. The encapsulation values are given as mean $\pm$ SD.

increase in size and entrapment reflect a progressive reorganization of the LUVs into large multilamellar liposomes, which can be seen in the transmission electron microscope (TEM) micrograph presented in Figure 1C. At 40% (v/v) ethanol and higher, liposomes become unstable and fuse.

*Incorporation of PEG-ceramide allows control of liposome size.* The addition of ethanol was required for oligonucleotide encapsulation to occur. However, the size of the liposomes formed was large and could not be controlled. Therefore, regulatory components, which allow the control of fusion and aggregation processes responsible for the size increase, are required. It is known that incorporation of PEG-lipid conjugates into the liposomal membrane can inhibit liposome fusion and aggregation (20). PEG-lipids were therefore an obvious choice for regulating liposome size. In the presence of 2.5 to 10 mol% of PEG-Cer, oligonucleotides could be entrapped in liposomes that were not significantly larger than the parent liposomes from which they originated. Figure 2 depicts encapsulation efficiencies as a function of ethanol concentration for liposomes containing 10 mol% PEG-Cer. Maximum entrapment was reached at 40% ethanol and ethanol concentrations in excess of 25% (v/v) were required for entrapment to occur. No entrapment was found in the absence of ethanol. The amount of ethanol required for entrapment to occur was dependent on the PEG-Cer content of the liposomes, decreasing with decreasing amount of PEG. It should be noted that detergents such as octylgucoside could be substituted for ethanol.

*Liposome size and entrapment efficiency.* Both the size of the liposomes entrapping oligodeoxyonucleoliele (ODN) and the entrapment efficiency depend on the initial oligonucleotide-to-lipid ratio. Figure 3 shows that oligonucleotides can be efficiently entrapped at high oligonucleotide-to-lipid ratios. The entrapment efficiency is plotted as a function of the initial oligonucleotide-to-lipid ratio. The binding level at maximum entrapment is 0.16 mg oligonucleotide per mg of lipid (0.023 mol/mol, negative-to-positive charge ratio = 1.5). This corresponds to approximately 2200 oligonucleotide molecules per 100 nm liposome and demonstrates the high efficiency of this entrapment procedure. Entrapment efficiencies are about three orders of magnitude higher than obtained by passive encapsulation based on the trapped volume.

Upon increasing the oligonucleotide-to-lipid ratio, the size as well as the polydispersity of the samples increased slightly from $70 \pm 10$ nm for liposomes alone to $110 \pm 30$ nm for an initial oligonucleotide-to-lipid weight ratio of 0.2 mg/mg. Freeze-fracture electron microscopy showed an increase in the number of larger liposomes with increasing initial oligonucleotide-to-lipid ratios.

*Morphology.* Structural details were visualized by cryo-TEM. Figure 1A is a cryo-TEM image of a sample with an entrapped oligonucleotide-to-lipid ratio of 0.13 mg/mg. It confirms the coexistence of unilamellar liposomes with bi- and multilamellar liposomes. The membranes of the latter are in close contact. The inset of Figure 1A is an expanded view of a multilamellar



**Figure 1** (A) Cryo-TEM picture of distearoyl-phosphatidyl-choline/cholesterol/1-O-(2′-(ω-methoxy-polyethylene-glycol)succinoyl)-2-*N*-myristoyl-sphingosine/1,2-dioleoyl-3-dimethylammoniumpropane liposomes entrapping oligonucleotides. The inset is an expanded view of a multilamellar liposome showing two initially separate membranes forced into close apposition by bound oligonucleotides (*indicated by the arrow*). The entrapped antisense-to-lipid weight ratio was 0.125 mg/mg. Empty liposomes prepared the same way as the oligonucleotide-containing liposomes can be seen in (B). (C) TEM electron micrograph of a sample prepared in 30% ethanol in the absence of polyethyleneglycol-ceramide prior to anion exchange chromatography. The concentric bilayers of multilamellar liposomes can be clearly seen. The entrapment was 32% at an initial oligonucleotide-to-lipid weight ratio of 0.3 mg/mg. Throughout the figure, the bars represent 100 nm. *Abbreviation*: TEM, transmission electron microscope.

138                                                              *Maurer et al.*



**Figure 2**   Encapsulation as a function of ethanol concentration. Oligonucleotides were added to distearoyl-phosphatidyl-choline/cholesterol/1-O-(2′-(ω-methoxy-poly-ethylene-glycol)succinoyl)-2-*N*-myristoyl-sphingosine/1,2-dioleoyl-3-dimethylam-monium propane liposomes in varying concentrations of ethanol at an initial oligonucleotide-to-lipid ratio of 0.24 mg/mg. *Abbreviations*: AS, antisense oligonu-cleotide; %EtOH(v/v), percentage of ethanol in volume/volume.

liposome and shows two initially separate membranes forced into close appo-sition by bound oligonucleotides. The number of multilamellar liposomes increases with increasing initial oligonucleotide-to-lipid ratio. The initial lipo-somes in the absence of antisense were unilamellar (Fig. 1B). The existence of multilamellar liposomes can only mean that more than one liposome partici-pates in their formation and points to an adhesion-mediated mechanism of formation (2,10).

 *Encapsulation is not dependent on a particular oligonucleotide or on lipid composition.* Entrapment is a general feature of the interaction of negatively-charged polyelectrolytes with cationic liposomes. Figure 4 (black bars) shows that different oligonucleotides as well as pDNA can be efficiently entrapped in DSPC/Chol/DODAP/PEG-CerC$_{14}$ liposomes. Encapsulation of pDNA in preformed vesicles was less efficient than encapsulation of short oligonucleotides. The maximum DNA-to-lipid ratio obtained with pDNA was about four times lower than that achieved for the oligonucleotides. Other nonnucleotide-based polyelectrolytes such as polyanetholsulfate and dextransulfate can also be encapsulated (unpublished results). In contrast to



**Figure 3**   Plot of the entrapment efficiency expressed as the entrapped oligonucleo-tide-to-lipid ratio (*full circles*) and percent entrapment (*open circles*) as a function of the initial oligonucleotide-to-lipid ratio. The ratios are given in w/w. *Abbreviation*: AS, antisense oligonucleotide.

the efficient encapsulation of large molecules, entrapment of ATP, a small molecule with three negative charges, was less than predicted based on trapped volume calculations (10% at an initial ATP-to-lipid ratio of 0.2 mg/mg and 50 mM citrate buffer). This indicates that there is a critical size (length) and number of charges required for entrapment to occur. The entrapment procedure can be extended to other lipid compositions including DOPE systems (Fig. 4, white bars).

### Pharmacokinetics

SNALP systems can exhibit plasma half-lives of up to 12 hours, significantly longer than the circulation half-life of free oligonucleotides and cationic liposome oligonucleotide complexes (Fig. 5). Increasing surface charge and PEG-coatings that dissociate from the liposome carrier can reduce the circulation half-life (9). For example, replacement of PEG-CerC$_{20}$ with PEG-CerC$_{14}$ results in a reduction of the half-life from 10 to 12 hours to 5 to 6 hours. This demonstrates a strong dependency of the circulation half-life on the length of the acyl chain contained in the hydrophobic ceramide group, which anchors the PEG coating to the membrane. The PEG-CerC$_{14}$ lipid is able to rapidly exchange out of the lipid bilayer, with an in vitro half-life of approximately 1.1 hours. Under the same conditions, the exchange rate of the PEG-CerC$_{20}$ is much slower (approximately 13 days), and this lipid is therefore able to provide steric protection against

140                                                    *Maurer et al.*



**Figure 4** (*Black bars*) Entrapment of different antisense oligonucleotides as well as pDNA (pCMV-luc) in distearoyl-phosphatidyl-choline (DSPC)/cholesterol (Chol)/ 1-O-(2'-(ω-methoxy-polyethylene-glycol)succinoyl)-2-$N$-myristoyl-sphingosine (PEG-CerC$_{14}$)/1,2-dioleoyl-3-dimethylammoniumpropane (DODAP) liposomes. The initial oligonucleotide-to-lipid weight ratio was 0.1 mg/mg and 300 mM citrate buffer was used for oligonucleotide entrapment. The pDNA entrapment was performed in 50 mM citrate buffer at a pDNA-to-lipid weight ratio of 0.03 mg/mg. (*White bars*) Entrapment of anti-c-myc DSPC/Chol/PEG-CerC$_{14}$/DODAP (20/45/10/25 mol%) liposomes and dioleoylphosphatidyl-ethanolamine (DOPE)/PEG-CerC$_{14}$/DODAP (45/10/45 mol%) liposomes. The initial oligonucleotide-to-lipid weight ratio was 0.12 mg/mg for the DSPC/Chol system and 0.11 mg/mg for the DOPE system. The initial lipid concentration was 13 mM. The mRNA targets and sequences of the oligonucleotides are as follows: human c-myc (16-mr), 5'-AACGTTGAGGGGCAT-3', human ICAM-1, 5'-GCCCAAGCTGGCATCCGTCA-3' and human EGFR, 5'-CCGTGGTCATGCTCC-3'. *Abbreviations*: DOPE, dioleoylphosphatidyl-ethanolamine; DSPC, distearoyl-phosphatidyl-choline; Chol, cholesterol; pDNA, plasmid DNA.

interaction with plasma proteins and allows extended circulation times comparable to classical sterically stabilized liposomes containing PEG$_{2000}$-distearoylphosphatidylethanolamine (DSPE) (21,22). In summary, the circulation half-life of SNALP can be adjusted by selecting PEG-lipids with



**Figure 5**   Circulation profiles in mice. The influence of surface charge and presence of a steric polymer surface coating on the circulation of SNALP was evaluated following IV administration in ICR mice. Formulations contained $^3$H-labeled mICAM ODN and were administered at ODN doses of 15 mg/kg and approximate lipid doses of 100 mg/kg body weight. Formulations evaluated were: distearoyl-phosphatidylcholine (DSPC)/CH/1,2-dioleoyl-3-dimethylammoniumpropane/1-O-(2'-(ω-methoxy-polyethylene-glycol)succinoyl)-2-*N*-dodecanoylsphingosine (●), DSPC/CH/dioleoyldimethylammonium chloride (DODAC)/1-O-(2'-(ω-methoxy-polyethylene-glycol)succinoyl)-2-*N*-myristoyl-sphingosine (□), DODAC/dioleoylphosphatidylethanolamine (1/1)/ODN complexes (♦), and free ODN (▲). The lipid ratios were 20/45/25/10 (mol/mol/mol/mol). The data points represent the mean ± SD from five animals.

different dissociation rates or by incorporation of cationic lipids with permanent charge (9).

## Detergent Dialysis Approach

A different approach for the encapsulation of pDNA starts off with a micellar system (12). It involves solubilization of lipids and pDNA in octylglucoside-containing buffers and subsequent removal of the detergent by dialysis. This is in contrast to the preformed vesicle approach that employed subsolubilizing concentrations of ethanol or detergent rendering the liposomes morphologically intact. The physicochemical characteristics and in vivo properties of the resultant liposomal system, also called SPLP, will be described in the following.

### Encapsulation and Physicochemical Properties

*Plasmid DNA can be efficiently entrapped in liposomes.* Encapsulation using the SPLP approach relies on the presence of a cationic lipid and a steric



**Figure 6** Encapsulation of plasmid DNA (pDNA) in small sterically stabilized liposomes [stabilized plasmid-lipid particles (SPLP)] using a detergent dialysis procedure. (A) Entrapped pDNA-to-lipid ratio as a function of the initial pDNA-to-lipid ratio (mg/mg). The initial lipid concentration was 10 mg/mL. (B) Cryo-electron micrograph showing the structure of SPLP. The location of the plasmid is indicated by the striated pattern superimposed on the liposomes. The bar represents 100 nm.

barrier lipid, as in the case of the PFV approach. Figure 6A demonstrates that pDNA can be efficiently entrapped in DOPE/DODAC/PEG-ceramide (84:6:10 mol%) liposomes (12,13,23). Encapsulation efficiencies are comparable to those obtained using the PFV approach for pDNA. The trapping efficiencies are a very sensitive function of the relative amounts of cationic lipid and PEG-ceramide and the ionic strength of the medium (3,12,13). With increasing size of the plasmid encapsulation, the efficiency decreased, coming down from

80% for a 2.9 kb plasmid to 35% for a 15.6 kb plasmid at an initial plasmid-to-lipid ratio of 0.02 mg/mg (13).

*Size and morphology.* The cryo-EM picture in Figure 6B shows that these plasmid-lipid systems have the morphological features of LUV. The encapsulated pDNA can be seen as a striated pattern superimposed on the liposomes. The average diameter from dynamic light scattering measurements is 70 nm. It should be noted that empty liposomes have been removed by ultracentrifugation as described in the "Methodology" section.

The mechanism of SPLP formation is not completely understood. Detergent dialysis involves a progression through different aggregate structures including spherical micelles, disk-like micelles and liposomes as more and more of the detergent is removed (24–26). In the presence of a cationic lipid, the surface charge density on these aggregates will increase in going from micelles to liposomes. For entrapment to occur, pDNA has to interact at a distinct point along this route. Both bilayer disks as well as liposomes can act as intermediate structure as both could form unilamellar liposomes internalizing the pDNA in response to a reduction of the surface area of one of their monolayers following DNA binding (27).

### Pharmacokinetics, Tumor Accumulation, and Tumor Transfection of SPLP

The SPLP system is one of a few systems that have been directly compared to lipoplexes. The pharmacokinetics and biodistribution of the lipid as well as the pDNA was followed together with the levels of gene expression at a distal tumor site (8). Figure 7A shows the pharmacokinetics of SPLP in tumor-bearing mice in comparison to DODAC/DOPE lipoplexes. The clearance of SPLP from circulation can be described by a first-order process with a half time of $6.4 \pm 1.1$ hours. Relatively low levels of uptake by the lung and liver have been observed. Approximately 3% of the injected lipid dose accumulated at the tumor site. In contrast to SPLP, lipoplexes were rapidly cleared from circulation ($t_{1/2} \ll 15$ minutes) and accumulated predominantly in the lung and liver. Less than 0.5% of the injected dose was found at the tumor site after one hour and decreased at later timepoints.

The administration of SPLP results in reporter gene expression at the tumor site (Fig. 7B). Injection of free plasmid or lipoplexes resulted in no detectable gene expression at the tumor site. However, transfection was observed in the lung, liver, and spleen. SPLP, on the other hand, did not show detectable levels of gene expression in these organs.

### CONCLUSIONS

Polynucleotides have been encapsulated by a variety of methods (12). However, none of these procedures has yielded small, serum-stable particles in

*Maurer et al.*

**(A)**



**(B)**



**Figure 7**  Pharmacokinetic properties and in vivo gene expression of stabilized plas-mid-lipid particles (SPLP). **(A)** The levels of intact plasmid DNA (pDNA) in the circulation resulting from IV injection of naked plamid pDNA (□), lipoplexes (○), and SPLP (●) were determined by Southern blot analysis of plasma samples (100 µg pDNA/mouse). **(B)** Transgene expression at a distal tumor site resulting from IV injection of naked plamid pDNA (□), plamid pDNA-cationic liposome complexes (○), and SPLP (●).

combination with efficient encapsulation at high nucleic acid-to-lipid ratios that are required for clinical utility as a systemic drug carrier. We have developed two procedures, the preformed vesicle approach and the detergent dialysis procedure, that allow efficient encapsulation of nucleic acid-based molecules in liposomes that are small in size (about 100 nm diameter) and stable in circulation. The preformed vesicle approach can be generally

applied to the entrapment of negatively-charged polyelectrolytes including nonnucleotide-based molecules. Encapsulation by the detergent dialysis procedure is more difficult to control as it relies on a delicate balance of cationic and PEG-lipid content and the ionic strength of the solution. Plasmid DNA can be readily encapsulated using this approach; however, encapsulation of oligonucleotides in small liposomes is difficult to achieve. The entrapment of nucleic acids was found to be highly dependent on chain length, requiring a minimum length to occur and decreasing as the chain length became too long (10,13).

The development of procedures that allow efficient encapsulation of pDNA and oligonucleotides in small serum-stable liposomes has been a major advance toward systemic delivery of such drugs. Two of these systems have shown promising results and have progressed into formal preclinical and clinical testing, respectively (16,18): SNALP, consisting of immune stimulatory oligonucleotides encapsulated in a liposome also called Oligovax, and the SPLP system containing a therapeutic plasmid. Liposome-encapsulated immune stimulatory oligonucleotides promise great potential for the treatment of cancer and inflammatory and infectious diseases. Encapsulation protects these oligonucleotides from degradation, allowing the use of the natural, more specific phosphodiester sequences instead of synthetic backbone-modified oligonucleotides that exhibit a variety of nonspecific and toxic effects. Encapsulation can significantly enhance the immune stimulatory potency of these molecules, naturally targeting them to antigen, presenting cells such as the macrophages of the liver and spleen, which are responsible for removal of particulate systems from circulation (17). Intravenous administration of SNALP containing immune stimulatory CpG oligonucleotide resulted in significantly enhanced plasma cytokine levels and immune cell activation as compared to free oligonucleotide (17). The liposome-encapsulated oligonucleotides form a multimodal technology platform (18). For example, liposome-encapsulated oligonucleotides can be combined with a specific disease marker, for example, a tumor antigen, to direct a specific immune response against a particular disease, in this case against cancer. This technology can also be applied to the development of cancer vaccines, infectious disease vaccines or as an adjuvant to existing vaccines or alone to stimulate a protective immune response. In addition, liposome-encapsulated immune stimulatory oligonucleotides can enhance the potency of tumor antibodies such as Herceptin by enhancing antibody-dependent cellular cytotoxicity.

The plasmid-containing SPLP system can achieve highly selective protein expression at sites of disease after systemic administration, resulting in local therapeutic effects while minimizing systemic exposure. Different gene therapy approaches have been tested including delivery of a plasmid that encodes an enzyme that converts a prodrug into its active cytotoxic form and plasmids that express immune stimulatory proteins and toxins. The first of these approaches has progressed into clinical trials (16).

In summary, the preformed vesicle approach and detergent dialysis procedure have enabled development of nucleic acid-based therapeutics with clinical utility. Further applications of these liposomal systems with new nucleic acid-based therapeutics such as small interfering RNA for gene silencing are being developed and have demonstrated promising results (28).

## REFERENCES

1. Allen TM, Cullis PR. Drug delivery systems: entering the mainstream. Science 2004; 303:1818.
2. Maurer N, Fenske DB, Cullis PR. Developments in liposomal drug delivery systems. Exp Opin Biol Ther 2001; 1:923.
3. Maurer N, Mori A, Palmer L, et al. Lipid-based systems for the intracellular delivery of genetic drugs. Mol Membr Biol 1999; 16:129.
4. Felgner PL, Gadek TR, Holm M, et al. Lipofection: a highly efficient, lipid-mediated DNA transfection procedure. Proc Natl Acad Sci USA 1987; 84:7413.
5. Gao X, Huang L. Cationic liposome-mediated gene transfer. Gene Ther 1995; 2:710.
6. Felgner PL. Nonviral strategies for gene therapy. Sci Am 1997; 276:102.
7. Chonn A, Cullis PR. Recent advances in liposome technologies and their applications for systemic gene delivery. Adv Drug Del Rev 1998; 30:73.
8. Tam P, Monck M, Lee D, et al. Stabilized plasmid-lipid particles for systemic gene therapy. Gene Ther 2000; 7:1867.
9. Semple SC, Klimuk SK, Harasym TO, et al. Efficient encapsulation of antisense oligonucleotides in lipid vesicles using ionizable aminolipids: formation of novel small multilamellar vesicle structures. Biochim Biophys Acta 2001; 1510:152.
10. Maurer N, Wong KF, Stark H, et al. Spontaneous entrapment of polynucleotides upon electrostatic interaction with ethanol destabilized cationic liposomes: formation of small multilamellar liposomes. Biophys J 2001; 80:2310.
11. Fenske DB, Maurer N, Cullis PR. Encapsulation of weakly-basic drugs, antisense oligonucleotides, and plasmid DNA within large unilamellar vesicles for drug delivery. In: Torchilin VP, Weissig V, eds. Liposomes: A Practical Approach. 2nd ed. Northants, U.K.: Oxford University Press, 2003:167–191.
12. Wheeler JJ, Palmer L, Ossanlou M, et al. Stabilized plasmid-lipid particles: construction and characterization. Gene Ther 1999; 6:271.
13. Saravolac EG, Ludkovski O, Skirrow R, et al. Encapsulation of plasmid DNA in stabilized plasmid-lipid particles composed of different cationic lipid concentration for optimal transfection activity. J Drug Target 2000; 7:423.
14. Maeda H, Wu J, Sawa T, Matsumara Y, Hori K. Tumor vascular permeability and the EPR effect in macromolecular therapeutics: a review. J Control Rel 2000; 65:271.
15. Fenske DB, MacLachlan I, Cullis PR. Stabilized plasmid-lipid particles: a systemic gene therapy vector. In: Phillips MI, ed. Methods in Enzymology: Gene Therapy Methods. Vol. 346. San Diego, CA, U.S.A.: Academic Press Inc., 2002:36–71.
16. http://www.protivabio.com
17. Mui B, Raney SG, Semple SC, Hope MJ. Immune stimulation by a CpG-containing oligodeoxynucleotide is enhanced when encapsulated and delivered in lipid particles. J Pharmacol Exp Ther 2001; 298:1185.

18. http://www.inexpharm.com
19. Bailey AL, Cullis PR. Modulation of membrane fusion by asymmetric trans-bilayer distributions of amino lipids. Biochemistry 1994; 33:12573.
20. Holland JW, Hui C, Cullis PR, Madden TD. Poly(ethylene glycol)-lipid conjugates regulate the calcium-induced fusion of liposomes composed of phosphatidylethanolamine and phosphatidylserine. Biochemistry 1996; 35:2618.
21. Webb MS, Saxon D, Wong FM, et al. Comparison of different hydrophobic anchors conjugated to poly(ethylene glycol): effects on the pharmacokinetics of liposomal vincristine. Biochim Biophys Acta 1998; 1372:272.
22. Semple SC, Chonn A, Cullis PR. Interactions of liposomes and lipid-based carrier systems with blood proteins: Relation to clearance behaviour in vivo. Adv Drug Deliv Rev 1998; 32:3.
23. Mok KW, Lam AM, Cullis PR. Stabilized plasmid-lipid particles: factors influencing plasmid entrapment and transfection properties. Biochim Biophys Acta 1999; 1419:137.
24. Ollivon M, Eidelman O, Blumenthal R, Walter A. Micelle-vesicle transition of egg phosphatidylcholine and octyl glucoside. Biochemistry 1988; 27:1695.
25. Lasic DD. The mechanism of vesicle formation. Biochem J 1988; 256:1.
26. Almog S, Litman BJ, Wimley W, et al. States of aggregation and phase transformations in mixtures of phosphatidylcholine and octyl glucoside. Biochemistry 1990; 29:4582.
27. Lasic DD. Liposomes in Gene Delivery. Boca Raton: CRC Press, 1997, Chapter 7.
28. Morrissey DV, Blanchard K, Shaw L, et al. Activity of systemically administered stabilized siRNAs in a mouse model of HBV replication. Presented at the American Association for the Study of Liver Disease (AASLD) Conference, Boston, Massachusetts, 2004.

# JA-009

# Exhibit 15

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property Organization
International Bureau



(43) International Publication Date
22 December 2005 (22.12.2005)

PCT

(10) International Publication Number
WO 2005/121348 A1



(51) International Patent Classification[7]: C12N 15/88, A61K 9/127, 48/00, 31/7105

(21) International Application Number:
PCT/CA2005/000886

(22) International Filing Date: 7 June 2005 (07.06.2005)

(25) Filing Language: English

(26) Publication Language: English

(30) Priority Data:
| 60/578,075 | 7 June 2004 (07.06.2004) | US |
| 60/577,961 | 7 June 2004 (07.06.2004) | US |
| 60/610,746 | 17 September 2004 (17.09.2004) | US |
| 60/679,427 | 9 May 2005 (09.05.2005) | US |

(71) Applicant (for all designated States except US): PRO-TIVA BIOTHERAPEUTICS, INC. [CA/CA]; 100-3480 Gilmore Way, Burnaby, British Columbia V5G 4Y1 (CA).

(72) Inventors; and

(75) Inventors/Applicants (for US only): MACLACHLAN, Ian [CA/CA]; 1544 Grant Street, Vancouver, British Columbia V5L 2Y2 (CA). PALMER, Lorne R. [CA/CA]; 8076 Elliott Street, Vancouver, British Columbia V5S 2P2 (CA). HEYES, James [GB/CA]; 47-870 West 7th Avenue, Vancouver, British Columbia V5Z 4C1 (CA).

(74) Agent: FETHERSTONHAUGH & CO; Box 11560, Vancouver, Suite 2200 - 650 West Georgia Street, Vancouver, British Columbia V6B 4N8 (CA).

(81) Designated States (unless otherwise indicated, for every kind of national protection available): AE, AG, AL, AM, AT, AU, AZ, BA, BB, BG, BR, BW, BY, BZ, CA, CH, CN, CO, CR, CU, CZ, DE, DK, DM, DZ, EC, EE, EG, ES, FI, GB, GD, GE, GH, GM, HR, HU, ID, IL, IN, IS, JP, KE, KG, KM, KP, KR, KZ, LC, LK, LR, LS, LT, LU, LV, MA, MD, MG, MK, MN, MW, MX, MZ, NA, NG, NI, NO, NZ, OM, PG, PH, PL, PT, RO, RU, SC, SD, SE, SG, SK, SL, SM, SY, TJ, TM, TN, TR, TT, TZ, UA, UG, US, UZ, VC, VN, YU, ZA, ZM, ZW.

(84) Designated States (unless otherwise indicated, for every kind of regional protection available): ARIPO (BW, GH, GM, KE, LS, MW, MZ, NA, SD, SL, SZ, TZ, UG, ZM, ZW), Eurasian (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), European (AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HU, IE, IS, IT, LT, LU, MC, NL, PL, PT, RO, SE, SI, SK, TR), OAPI (BF, BJ, CF, CG, CI, CM, GA, GN, GQ, GW, ML, MR, NE, SN, TD, TG).

Published:
— with international search report
— before the expiration of the time limit for amending the claims and to be republished in the event of receipt of amendments

For two-letter codes and other abbreviations, refer to the "Guidance Notes on Codes and Abbreviations" appearing at the beginning of each regular issue of the PCT Gazette.

(54) Title: LIPID ENCAPSULATED INTERFERING RNA



(57) Abstract: The present invention is directed to lipid-based formulations for delivering, e.g., introducing, nucleic acid-lipid particles to a cell, and assays for optimizing the delivery efficiency of such lipid-based formulations. The nucleic acid-lipid particles comprise an interference RNA molecule, a cationic lipid with alkyl side chains from about 10 to about 20 carbon atoms having more than a single site of unsaturation, a noncationic lipid and a conjugated lipid that inhibits aggregation of the particle such as a polyethyleneglycol (PEG)-lipid conjugate or a polyamide (ATTA)-conjugate).

# LIPID ENCAPSULATED INTERFERING RNA

## CROSS-REFERENCES TO RELATED APPLICATIONS

[0001]  This application claims the benefit of U.S. Provisional Patent Application Nos. 60/577,961 filed June 7, 2004, 60/ 578,075 filed June 7, 2004, 60/610,746, filed September 17, 2004, and 60/679,427, filed May 9, 2005, the disclosures of each of which are hereby incorporated by reference in their entirety for all purposes.

## FIELD OF THE INVENTION

[0002]  The present invention relates to compositions and methods for the therapeutic delivery of a nucleic acid comprising a serum-stable lipid delivery vehicle encapsulating a nucleic acid to provide efficient RNA interference (RNAi) in a cell or mammal.  More particularly, the present invention is directed to using a small interfering RNA (siRNA) encapsulated in a serum-stable lipid particle having a small diameter suitable for systemic delivery.

## BACKGROUND OF THE INVENTION

[0003]  RNA interference (RNAi) is an evolutionarily conserved, sequence specific mechanism triggered by double stranded RNA (dsRNA) that induces degradation of complementary target single stranded mRNA and "silencing" of the corresponding translated sequences (McManus and Sharp, *Nature Rev. Genet.* 3:737 (2002)).  RNAi functions by enzymatic cleavage of longer dsRNA strands into biologically active "short-interfering RNA" (siRNA) sequences of about 21-23 nucleotides in length (Elbashir, *et al.*, Genes Dev. 15:188 (2001)).

[0004]  siRNA can be used downregulate or silence the transcription and translation of a gene product of interest.  For example, it is desirable to downregulate genes associated with liver diseases and disorders such as hepatitis.  In particular, it is desirable to downregulate genes associated with hepatitis viral infection and survival.

[0005]  An effective and safe nucleic acid delivery system is required for interference RNA to be therapeutically useful.  Viral vectors are relatively efficient gene delivery systems, but suffer from a variety of limitations, such as the potential for reversion to the wild type as well as immune response concerns. As a result, nonviral gene delivery

1

WO 2005/121348
PCT/CA2005/000886

systems are receiving increasing attention (Worgall, *et al.*, *Human Gene Therapy* 8:37 (1997); Peeters, *et al.*, Human Gene Therapy 7:1693 (1996); Yei, *et al.*, *Gene Therapy* 1: 192 (1994); Hope, *et al.*, *Molecular Membrane Biology* 15:1 (1998)). Furthermore, viral systems are rapidly cleared from the circulation, limiting transfection to "first-pass" organs such as the lungs, liver, and spleen. In addition, these systems induce immune responses that compromise delivery with subsequent injections.

[0006] Plasmid DNA-cationic liposome complexes are currently the most commonly employed nonviral gene delivery vehicles (Felgner, Scientific American 276:102 (1997); Chonn, *et al.*, *Current Opinion in Biotechnology* 6:698 (1995)). For instance, cationic liposome complexes made of an amphipathic compound, a neutral lipid, and a detergent for transfecting insect cells are disclosed in U.S. Patent No. 6,458,382. Cationic liposome complexes are also disclosed in U.S. Patent Publication No. 2003/0073640.

[0007] Cationic liposome complexes are large, poorly defined systems that are not suited for systemic applications and can elicit considerable toxic side effects (Harrison, *et al.*, *Biotechniques* 19:816 (1995); Li, *et al.*, *The* Gene 4:891 (1997); Tam, *et al*, *Gene Ther.* 7:1867 (2000)). As large, positively charged aggregates, lipoplexes are rapidly cleared when administered *in vivo*, with highest expression levels observed in first-pass organs, particularly the lungs (Huang, *et al.*, *Nature Biotechnology* 15:620 (1997); Templeton, *et al.*, *Nature Biotechnology* 15:647 (1997); Hofland, *et al.*, *Pharmaceutical Research* 14:742 (1997)).

[0008] Other liposomal delivery systems include, for example, the use of reverse micelles, anionic and polymer liposomes. Reverse micelles are disclosed in U.S. Patent No. 6,429,200. Anionic liposomes are disclosed in U.S. Patent Application No. 2003/0026831. Polymer liposomes, that incorporate dextrin or glycerol-phosphocholine polymers, are disclosed in U.S. Patent Application Nos. 2002/0081736 and 2003/0082103, respectively.

[0009] A gene delivery system containing an encapsulated nucleic acid for systemic delivery should be small (*i.e.*, less than about 100 nm diameter) and should remain intact in the circulation for an extended period of time in order to achieve delivery to affected tissues. This requires a highly stable, serum-resistant nucleic acid-containing particle that does not interact with cells and other components of the vascular compartment. The particle should also readily interact with target cells at a disease site in order to facilitate intracellular delivery of a desired nucleic acid.

WO 2005/121348                                                    PCT/CA2005/000886

[0010]   Recent work has shown that nucleic acids can be encapsulated in small (about 70 nm diameter) "stabilized nucleic acid-lipid particles" (SNALP) that consist of a single plasmid encapsulated within a bilayer lipid vesicle (Wheeler, *et al.*, *Gene Therapy* 6:271 (1999)). These SNALPs typically contain the "fusogenic" lipid dioleoylphosphatidylethanolamine (DOPE), low levels of cationic lipid, and are stabilized in aqueous media by the presence of a poly(ethylene glycol) (PEG) coating. SNALP have systemic application as they exhibit extended circulation lifetimes following intravenous (i.v.) injection, accumulate preferentially at distal tumor sites due to the enhanced vascular permeability in such regions, and can mediate transgene expression at these tumor sites. The levels of transgene expression observed at the tumor site following i.v. injection of SPLP containing the luciferase marker gene are superior to the levels that can be achieved employing plasmid DNA-cationic liposome complexes (lipoplexes) or naked DNA.

[0011]   Thus, there remains a strong need in the art for novel and more efficient methods and compositions for introducing nucleic acids, such as interfering RNA, into cells. In addition, there is a need in the art for methods of treating or preventing disorders such as hepatitis by downregulating genes associated with viral infection and survival. The present invention addresses this and other needs.

## BRIEF SUMMARY OF THE INVENTION

[0012]   The present invention comprises novel, stable nucleic acid-lipid particles (SNALP) encapsulating one or more interfering RNA molecules, methods of making the SNALPs and methods of delivering and/or administering the SNALPs.

[0013]   In one embodiment, the invention provides for a nucleic acid-lipid particle comprising an interfering RNA and a cationic lipid of Formula I or II and having the following structures:

(I), and (II),

wherein $R^1$ and $R^2$ are independently selected from the group consisting of: H and $C_1$-$C_3$ alkyls; and $R^3$ and $R^4$ are independently selected from the group consisting of alkyl groups having from about 10 to about 20 carbon atoms, wherein at least one of $R^3$ and $R^4$ comprises at least two sites of unsaturation. In a preferred embodiment, that cationic lipid

3

is selected from 1,2-DiLinoleyloxy-N,N-dimethylaminopropane (DLinDMA) and 1,2-Dilinolenyloxy-N,N-dimethylaminopropane (DLenDMA). In a preferred embodiment, the interfering RNA molecule is fully encapsulated within the lipid bilayer of the nucleic acid-lipid particle such that the nucleic acid in the nucleic acid-lipid particle is resistant in aqueous solution to degradation by a nuclease. In a preferred embodiment, the nucleic acid particle is substantially non-toxic to mammals. The nucleic acid lipid particles may further comprise a non-cationic lipid, a bilayer stabilizing component (*i.e.*, a conjugated lipid that prevents aggregation of particles, a cationic polymer lipid, a sterol (*e.g.*, cholesterol) and combinations thereof.

[0014]   In some embodiments, the interfering RNA is a small-interfering RNA molecule that is less than about 60 nucleotides in length or a double-stranded RNA greater than about 25 nucleotides in length. In some embodiments the interfering RNA is transcribed from a plasmid, in particular a plasmid comprising a DNA template of a target sequence.

[0015]   In one embodiment, the non-cationic lipid is selected from distearoylphosphatidylcholine (DSPC), dioleoylphosphatidylcholine (DOPC), dipalmitoylphosphatidylcholine (DPPC), dioleoylphosphatidylglycerol (DOPG), dipalmitoylphosphatidylglycerol (DPPG), dioleoyl-phosphatidylethanolamine (DOPE), palmitoyloleoylphosphatidylcholine (POPC), palmitoyloleoyl- phosphatidylethanolamine (POPE) and dioleoyl- phosphatidylethanolamine 4-(N-maleimidomethyl)-cyclohexane-1-carboxylate (DOPE-mal), dipalmitoyl phosphatidyl ethanolamine (DPPE), dimyristoylphosphoethanolamine (DMPE), distearoyl-phosphatidyl-ethanolamine (DSPE), 16-O-monomethyl PE, 16-O-dimethyl PE, 18-1-trans PE, 1-stearoyl-2-oleoyl-phosphatidyethanolamine (SOPE), a sterol (*e.g.*, cholesterol) and a mixture thereof.

[0016]   In one embodiment, the conjugated lipid that inhibits aggregation of particles is one or more of a polyethyleneglycol (PEG)-lipid conjugate, a polyamide (ATTA)-lipid conjugate, and a mixture thereof. In one aspect, the PEG-lipid conjugate is one or more of a PEG-dialkyloxypropyl (DAA), a PEG-diacylglycerol (DAG), a PEG-phospholipid, a PEG-ceramide, and a mixture thereof. In one aspect, the PEG-DAG conjugate is one or more of a PEG-dilauroylglycerol ($C_{12}$), a PEG-dimyristoylglycerol ($C_{14}$), a PEG-dipalmitoylglycerol ($C_{16}$), and a PEG-distearoylglycerol ($C_{18}$). In one aspect, the PEG-DAA conjugate is one or more of a PEG-dilauryloxypropyl ($C_{12}$), a PEG-dimyristyloxypropyl ($C_{14}$), a PEG-dipalmityloxypropyl ($C_{16}$), and a PEG-distearyloxypropyl ($C_{18}$).

[0017]    The nucleic acid-lipid particles of the present invention are useful for the therapeutic delivery of nucleic acids comprising an interfering RNA sequence. In particular, it is an object of this invention to provide *in vitro* and *in vivo* methods for treatment of a disease in a mammal by downregulating or silencing the transcription and translation of a target nucleic acid sequence of interest. In some embodiments, an interfering RNA is formulated into a nucleic acid-lipid particle, and the particles are administered to patients requiring such treatment. In other embodiments, cells are removed from a patient, the interfering RNA delivered *in vitro*, and reinjected into the patient. In one embodiment, the present invention provides for a method of introducing a nucleic acid into a cell by contacting a cell with a nucleic acid-lipid particle comprised of a cationic lipid, a non-cationic lipid, a conjugated lipid that inhibits aggregation, and an interfering RNA.

[0018]    In one embodiment, at least about 5%, 10%, 15%, 20%, or 25% of the total injected dose of the nucleic acid-lipid particles is present in plasma about 8, 12, 24, 36, or 48 hours after injection. In other embodiments, more than 20%, 30%, 40% and as much as 60%, 70% or 80% of the total injected dose of the nucleic acid-lipid particles is present in plasma about 8, 12, 24, 36, or 48 hours after injection. In one embodiment, the presence of an interfering RNA in cells of the lung, liver, tumor or at a site of inflammation is detectable at about 8, 12, 24, 36, 48, 60, 72 or 96 hours after administration. In one embodiment, downregulation of expression of the target sequence is detectable at about 8, 12, 24, 36, 48, 60, 72 or 96 hours after administration. In one embodiment, downregulation of expression of the target sequence occurs preferentially in tumor cells or in cells at a site of inflammation. In one embodiment, the presence of an interfering RNA in cells at a site distal to the site of administration is detectable at least four days after intravenous injection of the nucleic acid-lipid particle. In another embodiment, the presence of an interfering RNA in of cells in the lung, liver or a tumor is detectable at least four days after injection of the nucleic acid-lipid particle. In another embodiment, the nucleic acid-lipid particle is administered parenterally or intraperitoneally.

[0019]    The particles are suitable for use in intravenous nucleic acid transfer as they are stable in circulation, of a size required for pharmacodynamic behavior resulting in access to extravascular sites and target cell populations. The invention also provides for pharmaceutically acceptable compositions comprising a nucleic acid-lipid particle.

WO 2005/121348                                              PCT/CA2005/000886

[0020]    Another embodiment of the present invention provides methods for *in vivo* delivery of interfering RNA.  A nucleic acid-lipid particle comprising a cationic lipid, a non-cationic lipid, a conjugated lipid that inhibits aggregation of particles, and interfering RNA is administered (*e.g.*, intravenously) to a subject (*e.g.*, a mammal such as a human).  In some embodiments, the invention provides methods for *in vivo* delivery of interfering RNA to the liver of a mammalian subject.

[0021]    A further embodiment of the present invention provides a method of treating a disease or disorder in a mammalian subject.  A therapeutically effective amount of a nucleic acid-lipid particle comprising a cationic lipid, a non-cationic lipid, a conjugated lipid that inhibits aggregation of particles, and interfering RNA is administered to the mammalian subject (*e.g.*, a rodent such as a mouse, a primate such as a human or a monkey).  In some embodiments, the disease or disorder is associated with expression and/or overexpression of a gene and expression or overexpression of the gene is reduced by the interfering RNA.

## BRIEF DESCRIPTION OF THE DRAWINGS

[0022]    Figure 1 illustrates the structures of two exemplary cationic lipids of the invention:  1,2-DiLinoleyloxy-N,N-dimethylaminopropane (DLinDMA) and 1,2-Dilinolenyloxy-N,N-dimethylaminopropane (DLenDMA).

[0023]    Figure 2 illustrates the synthetic scheme for DLinDMA.

[0024]    Figure 3 illustrates the synthetic scheme for DLenDMA.

[0025]    Figure 4 illustrates downregulating ß-galactosidase expression in CT26.CL25 cells via *in vitro* delivery of encapsulated anti-ß-galactosidase siRNA in DSPC:Cholesterol:DODMA:PEG-DMG liposomes.

[0026]    Figure 5 illustrates that clearance studies with LUVs showed that SNALPs containing PEG-DAGs were comparable to SNALPs containing PEG-CeramideC20.

[0027]    Figure 6 illustrates the pharmacokinetic properties of SNALPs containing PEG-DAGs.

[0028]    Figure 7 illustrates the biodistribution properties of SNALPs containing PEG-DAGs.

[0029]    Figure 8 illustrates the luciferase gene expression 24 hrs post IV administration of SPLPs containing PEG-CeramideC$_{20}$ versus PEG-DAGs in Neuro-2a Tumor Bearing Male A/J Mice.

[0030]    Figure 9 illustrates the luciferase gene expression 48 hrs post IV administration of SPLPs containing PEG-CeramideC$_{20}$ versus PEG-DAGs in Neuro-2a Tumor Bearing Male A/J Mice.

[0031]    Figure 10 illustrates the luciferase gene expression 72 hrs post IV administration of SPLPs containing PEG-CeramideC$_{20}$ versus PEG-DAGs in Neuro-2a Tumor Bearing Male A/J Mice.

[0032]    Figure 11 illustrates data showing luciferase gene expression in tumors 48 hours after intravenous administration of SPLP comprising PEG-DAA conjugates and PEG-DAG conjugates.

[0033]    Figure 12 illustrates data showing luciferase gene expression in liver, lung, spleen, heart, and tumor following intravenous administration of SPLP comprising PEG-DAA conjugates and PEG-DAG conjugates.

[0034]    Figure 13 illustrates data from clearance studies in Neuro-2a tumor bearing male A/J mice after administration of SPLPs comprising a PEG-DAA conjugate and containing a plasmid encoding luciferase under the control of the CMV promoter and SNALPs comprising a PEG-DAA conjugate and containing anti-luciferase siRNA.

[0035]    Figure 14 illustrates data from studies of the pharmacokinetic properties of SPLPs comprising a PEG-DAA conjugate and containing a plasmid encoding luciferase under the control of the CMV promoter and SNALPs comprising a PEG-DAA conjugate and containing anti-luciferase siRNA in Neuro-2a tumor bearing male A/J mice.

[0036]    Figure 15 illustrates data from clearance studies in Neuro-2a tumor bearing male A/J mice after administration of SPLPs comprising a PEG-DAA conjugate or a PEG-DAG conjugate and containing a plasmid encoding luciferase under the control of the CMV promoter, pSPLPs comprising a PEG-DAG conjugate and containing a plasmid encoding luciferase under the control of the CMV promoter and SNALPs comprising a PEG-DAA conjugate and containing anti-luciferase siRNA.

[0037]    Figure 16 illustrates data from studies of the pharmacokinetic properties of SPLPs comprising a PEG-DAA conjugate or a PEG-DAG conjugate and containing a plasmid encoding luciferase under the control of the CMV promoter, pSPLPs comprising a PEG-DAG conjugate and containing a plasmid encoding luciferase under the control of the CMV promoter and SNALPs comprising a PEG-DAA conjugate and containing anti-luciferase siRNA in Neuro-2a tumor bearing male A/J mice.

[0038]    Figure 17 illustrates *in vitro* data demonstrating silencing of luciferase expression in luciferase expressing cells treated with SPLPs comprising a PEG-lipid conjugate and containing a plasmid encoding luciferase under the control of the CMV promoter and SNALPs comprising a PEG-lipid conjugate and containing anti-luciferase siRNA.

[0039]    Figure 18 illustrates *in vivo* data demonstrating silencing of luciferase expression in Neuro-2a tumor bearing male A/J mice treated with SPLPs comprising a PEG-DAA conjugate and containing a plasmid encoding luciferase under the control of the CMV promoter and SNALPs comprising a PEG-DAA conjugate and containing anti-luciferase siRNA.

[0040]    Figure 19 illustrates *in vivo* data demonstrating silencing of luciferase expression in Neuro-2a tumor bearing male A/J mice treated with SPLPs comprising a PEG-DAA conjugate and containing a plasmid encoding luciferase under the control of the CMV promoter and SNALPs comprising a PEG-DAA conjugate and containing anti-luciferase siRNA.

[0041]    Figure 20 illustrates *in vivo* data demonstrating silencing of luciferase expression in Neuro-2a tumor bearing male A/J mice treated with SPLPs comprising a PEG-DAA conjugate and containing a plasmid encoding luciferase under the control of the CMV promoter and SNALPs comprising a PEG-DAA conjugate and containing anti-luciferase siRNA.

[0042]    Figure 21 illustrates *in vivo* data demonstrating silencing of luciferase expression in Neuro-2a tumor bearing male A/J mice treated with SPLPs comprising a PEG-DAA conjugate and containing a plasmid encoding luciferase under the control of the CMV promoter and SNALPs comprising a PEG-DAA conjugate and containing anti-luciferase siRNA.

[0043]    Figure 22 illustrates *in vivo* data demonstrating silencing of luciferase expression in Neuro-2a tumor bearing male A/J mice treated with SPLPs comprising a PEG-DAA conjugate and containing a plasmid encoding luciferase under the control of the CMV promoter and SNALPs comprising a PEG-DAA conjugate and containing anti-luciferase siRNA.

[0044]    Figure 23 illustrates data showing silencing of gene expression following *in vitro* transfection of Neuro2a cells stably expressing luciferase by an SPLP (*i.e.*, SNALP) comprising DODAC, DODMA, or DLinDMA and encapsulating an anti-luciferase siRNA sequence.

[0045]   Figure 24 illustrates data showing SNALP-mediated gene silencing *in vitro*.

[0046]   Figure 25 illustrates data showing luciferase gene expression in tumors 48 hours following intravenous delivery of SPLP encapsulating a plasmid encoding luciferase. The SPLP comprised PEG-C-DMA conjugates and either DODMA or DLinDMA. The PEG moieties had molecular weight of either 2000 or 750.

[0047]   Figure 26 illustrates data showing luciferase gene expression in Neuro2A tumor bearing male A/J mice 48 hours after intravenous administration of SPLP encapsulating a plasmid encoding luciferase. The SPLP comprised varying percentages (*i.e.*, 15%, 10%, 5% or 2.5 %) of PEG-C-DMA and either DODMA or DLinDMA.

[0048]   Figure 27 illustrates data showing the percentage of the injected dose of SPLP, SNALP, or empty vesicles remaining in plasma of male A/J mice following a single intravenous administration of $^3$H-CHE-labeled SPLP or SNALP, or empty vesicles, containing various percentages (*i.e.*, 2%, 5%, 10%, or 15%) of PEG-C-DMA.

[0049]   Figure 28 illustrates data showing the biodistribution SPLP, SNALP or empty vesicles in Neuro-2A tumor-bearing male A/J mice 48 hours after a single intravenous administration of $^3$H-CHE-labelled formulations comprising varying percentages of PEG-C-DMA. The SNALP and empty vesicles comprised DLinDMA. The SPLP comprised DODMA.

[0050]   Figure 29 illustrates data showing silencing of luciferase expression in distal, stable Neuro2A-G tumors in A/J mice 48 hours after intravenous administration of SNALP comprising DLinDMA.

[0051]   Figure 30 illustrates data showing silencing of luciferase expression in Neuro2A-G cells following delivery of SNALP formulations comprising DLinDMA and encapsulating anti-luciferase siRNA.

[0052]   Figure 31 illustrates data showing silencing of luciferase expression in Neuro2A-G cells following delivery of SNALP formulations comprising DLinDMA and encapsulating anti-luciferase siRNA. Delivery of the SNALP formulations was performed in the absence or presence of chloroquine.

## DETAILED DESCRIPTION OF THE INVENTION

### Introduction

[0053]    The present invention demonstrates the unexpected success of encapsulating short interfering RNA (siRNA) molecules in SNALPs comprising cationic lipids of Formula I, II, or mixture thereof. The SNALPs described herein can be used to deliver an siRNA to a cell to silence a target sequence of interest. SNALP comprising any of a broad range of concentrations of additional cationic lipids, non-cationic lipids, and other lipids can be used to practice the present invention. The SNALP can be prepared with any nucleic acid comprising an interfering RNA sequence, from any source and comprising any polynucleotide sequence, and can be prepared using any of a large number of methods.

### Definitions

[0054]    The term "lipid" refers to a group of organic compounds that include, but are not limited to, esters of fatty acids and are characterized by being insoluble in water, but soluble in many organic solvents. They are usually divided into at least three classes: (1) "simple lipids` which include fats and oils as well as waxes; (2) "compound lipids" which include phospholipids and glycolipids; (3) "derived lipids" such as steroids.

[0055]    "Lipid vesicle" refers to any lipid composition that can be used to deliver a compound including, but not limited to, liposomes, wherein an aqueous volume is encapsulated by an amphipathic lipid bilayer; or wherein the lipids coat an interior comprising a large molecular component, such as a plasmid comprising an interfering RNA sequence, with a reduced aqueous interior; or lipid aggregates or micelles, wherein the encapsulated component is contained within a relatively disordered lipid mixture.

[0056]    As used herein, "lipid encapsulated" can refer to a lipid formulation that provides a compound with full encapsulation, partial encapsulation, or both. In a preferred embodiment, the nucleic acid is fully encapsulated in the lipid formulation (*e.g.*, to form an SPLP, pSPLP, or other SNALP).

[0057]    As used herein, the term "SNALP" refers to a stable nucleic acid lipid particle, including SPLP. A SNALP represents a vesicle of lipids coating a reduced aqueous interior comprising a nucleic acid (*e.g.*, ssDNA, dsDNA, ssRNA, micro RNA (miRNA),

WO 2005/121348                                                    PCT/CA2005/000886

short hairpin RNA (shRNA), dsRNA, siRNA, or a plasmid, including plasmids from which an interfering RNA is transcribed). As used herein, the term "SPLP" refers to a nucleic acid lipid particle comprising a nucleic acid (*e.g.*, a plasmid) encapsulated within a lipid vesicle. SNALPs and SPLPs typically contain a cationic lipid, a non-cationic lipid, and a lipid that prevents aggregation of the particle (*e.g.*, a PEG-lipid conjugate). SNALPs and SPLPs have systemic application as they exhibit extended circulation lifetimes following intravenous (i.v.) injection, accumulate at distal sites (*e.g.*, sites physically separated from the administration site and can mediate expression of the transfected gene at these distal sites. SPLPs include "pSPLP" which comprise an encapsulated condensing agent-nucleic acid complex as set forth in WO 00/03683.

[0058]    The term "vesicle-forming lipid" is intended to include any amphipathic lipid having a hydrophobic moiety and a polar head group, and which by itself can form spontaneously into bilayer vesicles in water, as exemplified by most phospholipids.

[0059]    The term "vesicle-adopting lipid" is intended to include any amphipathic lipid that is stably incorporated into lipid bilayers in combination with other amphipathic lipids, with its hydrophobic moiety in contact with the interior, hydrophobic region of the bilayer membrane, and its polar head group moiety oriented toward the exterior, polar surface of the membrane. Vesicle-adopting lipids include lipids that on their own tend to adopt a nonlamellar phase, yet which are capable of assuming a bilayer structure in the presence of a bilayer-stabilizing component. A typical example is DOPE (dioleoylphosphatidylethanolamine). Bilayer stabilizing components include, but are not limited to, conjugated lipids that inhibit aggregation of the SNALPs, polyamide oligomers (*e.g.*, ATTA-lipid derivatives), peptides, proteins, detergents, lipid-derivatives, PEG-lipid derivatives such as PEG coupled to dialkyloxypropyls, PEG coupled to diacylglycerols, PEG coupled to phosphatidyl-ethanolamines, and PEG conjugated to ceramides as described in U.S. Patent No. 5,885,613.

[0060]    The term "amphipathic lipid" refers, in part, to any suitable material wherein the hydrophobic portion of the lipid material orients into a hydrophobic phase, while the hydrophilic portion orients toward the aqueous phase. Amphipathic lipids are usually the major component of a lipid vesicle. Hydrophilic characteristics derive from the presence of polar or charged groups such as carbohydrates, phosphate, carboxylic, sulfato, amino, sulfhydryl, nitro, hydroxy and other like groups. Hydrophobicity can be conferred by the inclusion of apolar groups that include, but are not limited to, long chain saturated and

11

unsaturated aliphatic hydrocarbon groups and such groups substituted by one or more aromatic, cycloaliphatic or heterocyclic group(s). Examples of amphipathic compounds include, but are not limited to, phospholipids, aminolipids and sphingolipids. Representative examples of phospholipids include, but are not limited to, phosphatidylcholine, phosphatidylethanolamine, phosphatidylserine, phosphatidylinositol, phosphatidic acid, palmitoyloleoyl phosphatidylcholine, lysophosphatidylcholine, lysophosphatidylethanolamine, dipalmitoylphosphatidylcholine, dioleoylphosphatidylcholine, distearoylphosphatidylcholine or dilinoleoylphosphatidylcholine. Other compounds lacking in phosphorus, such as sphingolipid, glycosphingolipid families, diacylglycerols and $\beta$-acyloxyacids, are also within the group designated as amphipathic lipids. Additionally, the amphipathic lipid described above can be mixed with other lipids including triglycerides and sterols.

[0061]    The term "neutral lipid" refers to any of a number of lipid species that exist either in an uncharged or neutral zwitterionic form at a selected pH. At physiological pH, such lipids include, for example, diacylphosphatidylcholine, diacylphosphatidylethanolamine, ceramide, sphingomyelin, cephalin, cholesterol, cerebrosides and diacylglycerols.

[0062]    The term "noncationic lipid" refers to any neutral lipid as described above as well as anionic lipids.  Non-cationic lipids include, e.g., distearoylphosphatidylcholine (DSPC), dioleoylphosphatidylcholine (DOPC), dipalmitoylphosphatidylcholine (DPPC), dioleoylphosphatidylglycerol (DOPG), dipalmitoylphosphatidylglycerol (DPPG), dioleoyl-phosphatidylethanolamine (DOPE), palmitoyloleoylphosphatidylcholine (POPC), palmitoyloleoyl- phosphatidylethanolamine (POPE) and dioleoyl-phosphatidylethanolamine 4-(N-maleimidomethyl)-cyclohexane-1-carboxylate (DOPE-mal), dipalmitoyl phosphatidyl ethanolamine (DPPE), dimyristoylphosphoethanolamine (DMPE), distearoyl-phosphatidyl-ethanolamine (DSPE), 16-O-monomethyl PE, 16-O-dimethyl PE, 18-1-trans PE, and 1-stearoyl-2-oleoyl-phosphatidyethanolamine (SOPE).

[0063]    The term "anionic lipid" refers to any lipid that is negatively charged at physiological pH.  These lipids include, but are not limited to, phosphatidylglycerol, cardiolipin, diacylphosphatidylserine, diacylphosphatidic acid, N-dodecanoyl phosphatidylethanolamines, N-succinyl phosphatidylethanolamines, N-glutarylphosphatidylethanolamines, lysylphosphatidylglycerols,

palmitoyloleyolphosphatidylglycerol (POPG), and other anionic modifying groups joined to neutral lipids.

[0064]    The term "cationic lipid" refers to any of a number of lipid species that carry a net positive charge at a selected pH, such as physiological pH. Such lipids include, but are not limited to:  1,2-DiLinoleyloxy-N,N-dimethylaminopropane (DLinDMA) and 1,2-Dilinolenyloxy-N,N-dimethylaminopropane (DLenDMA), N,N-dioleyl-N,N-dimethylammonium chloride (DODAC); N-(2,3-dioleyloxy)propyl)-N,N,N-trimethylammonium chloride (DOTMA); N,N-distearyl-N,N-dimethylammonium bromide (DDAB); N-(2,3-dioleoyloxy)propyl)-N,N,N-trimethylammonium chloride (DOTAP); 3 -(N-(N',N'-dimethylaminoethane)-carbamoyl)cholesterol (DC-Chol) and N-(1,2-dimyristyloxyprop-3-yl)-N,N-dimethyl-N-hydroxyethyl ammonium bromide (DMRIE). The following lipids are cationic and have a positive charge at below physiological pH: DODAP, DODMA, DMDMA and the like.

[0065]    The term "hydrophobic lipid" refers to compounds having apolar groups that include, but are not limited to, long chain saturated and unsaturated aliphatic hydrocarbon groups and such groups optionally substituted by one or more aromatic, cycloaliphatic or heterocyclic group(s). Suitable examples include, but are not limited to, diacylglycerol, dialkylglycerol, N-N-dialkylamino, 1,2-diacyloxy-3-aminopropane and 1,2-dialkyl-3-aminopropane.

[0066]    The term "fusogenic" refers to the ability of a liposome, an SNALP or other drug delivery system to fuse with membranes of a cell. The membranes can be either the plasma membrane or membranes surrounding organelles, *e.g.*, endosome, nucleus, etc.

[0067]    The term "diacylglycerol" refers to a compound having 2-fatty acyl chains, $R^1$ and $R^2$, both of which have independently between 2 and 30 carbons bonded to the 1- and 2-position of glycerol by ester linkages.  The acyl groups can be saturated or have varying degrees of unsaturation.  Diacylglycerols have the following general formula:

13

[0068] The term "dialkyloxypropyl" refers to a compound having 2-alkyl chains, $R^1$ and $R^2$, both of which have independently between 2 and 30 carbons. The alkyl groups can be saturated or have varying degrees of unsaturation. Dialkyloxypropyls have the following general formula:

$$\begin{array}{c} CH_2O\text{-}R^1 \\ | \\ CH_2O\text{-}R^2 \\ | \\ CH_2^- \end{array}$$

[0069] The term "ATTA" or "polyamide" refers to, but is not limited to, compounds disclosed in U.S. Patent Nos. 6,320,017 and 6,586,559. These compounds include a compound having the formula

$$R\!\!-\!\!\left(\!\!\begin{array}{c} R^1 \\ | \\ N \end{array}\!\!-\!\!(CH_2CH_2O)_{\overline{m}}(CH_2)_{\overline{p}}\!\!-\!\!\overset{\overset{O}{\|}}{C}\!\!-\!\!(NH\!\!-\!\!\overset{R^2}{\underset{H}{C}}\!\!-\!\!\overset{}{\underset{O}{\overset{\|}{C}}})_{\overline{q}}\!\!\right)_{\!\!n}\!\!-\!\!R^3$$

wherein: R is a member selected from the group consisting of hydrogen, alkyl and acyl; $R^1$ is a member selected from the group consisting of hydrogen and alkyl; or optionally, R and $R^1$ and the nitrogen to which they are bound form an azido moiety; $R^2$ is a member of the group selected from hydrogen, optionally substituted alkyl, optionally substituted aryl and a side chain of an amino acid; $R^3$ is a member selected from the group consisting of hydrogen, halogen, hydroxy, alkoxy, mercapto, hydrazino, amino and $NR^4R^5$, wherein $R^4$ and $R^5$ are independently hydrogen or alkyl; n is 4 to 80; m is 2 to 6; p is 1 to 4; and q is 0 or 1. It will be apparent to those of skill in the art that other polyamides can be used in the compounds of the present invention.

[0070] The terms "polypeptide," " peptide," and "protein" are used interchangeably herein to refer to a polymer of amino acid residues. The terms apply to amino acid polymers in which one or more amino acid residue is an artificial chemical mimetic of a corresponding naturally occurring amino acid, as well as to naturally occurring amino acid polymers and non-naturally occurring amino acid polymers. As used herein, the terms encompass amino acid chains of any length, including full-length proteins (i.e., antigens), wherein the amino acid residues are linked by covalent peptide bonds.

[0071] The term "amino acid" refers to naturally occurring and synthetic amino acids, as well as amino acid analogs and amino acid mimetics that function in a manner similar to

the naturally occurring amino acids. The term "basic amino acid" refers to naturally-occurring amino acids as well as synthetic amino acids and/or or amino acid mimetics having a net positive charge at a selected pH, such as physiological pH. This group includes, but is not limited to, lysine, arginine, asparagine, glutamine, histidine and the like. Naturally occurring amino acids are those encoded by the genetic code, as well as those amino acids that are later modified, e.g., hydroxyproline, α-carboxyglutamate, and O-phosphoserine. Amino acid analogs refers to compounds that have the same basic chemical structure as a naturally occurring amino acid, i.e., an α carbon that is bound to a hydrogen, a carboxyl group, an amino group, and an R group, e.g., homoserine, norleucine, methionine sulfoxide, methionine methyl sulfonium. Such analogs have modified R groups (e.g., norleucine) or modified peptide backbones, but retain the same basic chemical structure as a naturally occurring amino acid. "Amino acid mimetics" refers to chemical compounds that have a structure that is different from the general chemical structure of an amino acid, but that functions in a manner similar to a naturally occurring amino acid.

[0072]    Amino acids may be referred to herein by either the commonly known three letter symbols or by the one-letter symbols recommended by the IUPAC-IUB Biochemical Nomenclature Commission. Nucleotides, likewise, may be referred to by their commonly accepted single-letter codes.

[0073]    The term "nucleic acid" or "polynucleotide" refers to a polymer containing at least two deoxyribonucleotides or ribonucleotides in either single- or double-stranded form. Unless specifically limited, the terms encompasses nucleic acids containing known analogues of natural nucleotides that have similar binding properties as the reference nucleic acid and are metabolized in a manner similar to naturally occurring nucleotides. Unless otherwise indicated, a particular nucleic acid sequence also implicitly encompasses conservatively modified variants thereof (e.g., degenerate codon substitutions), alleles, orthologs, SNPs, and complementary sequences as well as the sequence explicitly indicated. Specifically, degenerate codon substitutions may be achieved by generating sequences in which the third position of one or more selected (or all) codons is substituted with mixed-base and/or deoxyinosine residues (Batzer *et al.*, *Nucleic Acid Res.* 19:5081 (1991); Ohtsuka *et al.*, *J. Biol. Chem.* 260:2605-2608 (1985); and Cassol *et al.* (1992); Rossolini *et al.*, *Mol. Cell. Probes* 8:91-98 (1994)). "Nucleotides" contain a sugar deoxyribose (DNA) or ribose (RNA), a base, and a phosphate group. Nucleotides are

WO 2005/121348                                      PCT/CA2005/000886

linked together through the phosphate groups. "Bases" include purines and pyrimidines, which further include natural compounds adenine, thymine, guanine, cytosine, uracil, inosine, and natural analogs, and synthetic derivatives of purines and pyrimidines, which include, but are not limited to, modifications which place new reactive groups such as, but not limited to, amines, alcohols, thiols, carboxylates, and alkylhalides. DNA may be in the form of antisense, plasmid DNA, parts of a plasmid DNA, pre-condensed DNA, product of a polymerase chain reaction (PCR), vectors (P1, PAC, BAC, YAC, artificial chromosomes), expression cassettes, chimeric sequences, chromosomal DNA, or derivatives of these groups. The term nucleic acid is used interchangeably with gene, cDNA, mRNA encoded by a gene, and an interfering RNA molecule.

[0074]    "Conservatively modified variants" applies to both amino acid and nucleic acid sequences. With respect to particular nucleic acid sequences, "conservatively modified variants" refers to those nucleic acids that encode identical or essentially identical amino acid sequences, or where the nucleic acid does not encode an amino acid sequence, to essentially identical sequences. Because of the degeneracy of the genetic code, a large number of functionally identical nucleic acids encode any given protein. For instance, the codons GCA, GCC, GCG and GCU all encode the amino acid alanine. Thus, at every position where an alanine is specified by a codon, the codon can be altered to any of the corresponding codons described without altering the encoded polypeptide. Such nucleic acid variations are "silent variations," which are one species of conservatively modified variations. Every nucleic acid sequence herein that encodes a polypeptide also describes every possible silent variation of the nucleic acid. One of skill will recognize that each codon in a nucleic acid (except AUG, which is ordinarily the only codon for methionine, and TGG, which is ordinarily the only codon for tryptophan) can be modified to yield a functionally identical molecule. Accordingly, each silent variation of a nucleic acid that encodes a polypeptide is implicit in each described sequence.

[0075]    The term "gene" refers to a nucleic acid (e.g., DNA or RNA) sequence that comprises partial length or entire length coding sequences necessary for the production of a polypeptide or precursor (e.g., hepatitis virus A, B, C, D, E, or G; or herpes simplex virus).

[0076]    "Gene product," as used herein, refers to a product of a gene such as an RNA transcript.

16

WO 2005/121348                                                          PCT/CA2005/000886

[0077]    The term "interfering RNA" or "RNAi" or "interfering RNA sequence" refers to double-stranded RNA that results in the degradation of specific mRNAs and can be used to interfere with translation from a desired mRNA target transcript.  Short RNAi that is about 15-30 nucleotides in length is referred to as "small-interfering RNA" or "siRNA." Longer RNAi is generally referred to as "double-stranded RNA" or "dsRNA."  A DNA molecule that transcribes dsRNA or siRNA (for instance, as a hairpin duplex) also provides RNAi.  DNA molecules for transcribing dsRNA are disclosed in U.S. Patent No. 6,573,099, and in U.S. Patent Publication Nos. 20020160393 and 20030027783.  DNA molecules for transcribing siRNA are reviewed in Tuschl and Borkhardt, *Molecular Interventions*, 2:158 (2002).

[0078]    By "silencing" or "downregulation" of a gene or nucleic acid is intended to mean a detectable decrease of transcription and/or translation of a target nucleic acid sequence, *i.e.*, the sequence targeted by the RNAi, or a decrease in the amount or activity of the target sequence or protein in comparison to the normal level that is detected in the absence of the interfering RNA or other nucleic acid sequence.  A detectable decrease can be as small as about 5 % or 10 %, or as great as about 80 %, 90 % or 100 %.  More typically, a detectable decrease is about 20 %, 30 %, 40 %, 50 %, 60 %, or 70 %.

[0079]    As used herein, the term "aqueous solution" refers to a composition comprising in whole, or in part, water.

[0080]    As used herein, the term "organic lipid solution" refers to a composition comprising in whole, or in part, an organic solvent having a lipid.

[0081]    "Distal site," as used herein, refers to a physically separated site, which is not limited to an adjacent capillary bed, but includes sites broadly distributed throughout an organism.

[0082]    "Serum-stable" in relation to nucleic acid-lipid particles means that the particle is not significantly degraded after exposure to a serum or nuclease assay that would significantly degrade free DNA.  Suitable assays include, for example, a standard serum assay or a DNAse assay such as those described in the Examples below.

[0083]    "Systemic delivery," as used herein, refers to delivery that leads to a broad biodistribution of a compound within an organism.  Some techniques of administration can lead to the systemic delivery of certain compounds, but not others.  Systemic delivery means that a useful, preferably therapeutic, amount of a compound is exposed to most parts of the body.  To obtain broad biodistribution generally requires a blood lifetime such

17

WO 2005/121348                                                    PCT/CA2005/000886

that the compound is not rapidly degraded or cleared (such as by first pass organs (liver, lung, etc.) or by rapid, nonspecific cell binding) before reaching a disease site distal to the site of administration. Systemic delivery of nucleic acid-lipid particules can be by any means known in the art including, for example, intravenous, subcutaneous, intraperitoneal, In a preferred embodiment, systemic delivery of nucleic acid-lipid particles is by intravenous delivery.

## Stable Nucleic Acid-Lipid Particles (SNALPs) and Properties Thereof

[0084]   The stable nucleic acid-lipid particles or, alternatively, SNALPs typically comprise cationic lipid (*i.e.*, a cationic lipid of Formula I or II) and nucleic acids. Such SNALPs also preferably comprise noncationic lipid and a bilayer stabilizing component (*i.e.*, a conjugated lipid that inhibits aggregation of the SNALPs). The SNALPs of the present invention typically have a mean diameter of about 50 nm to about 150 nm, more typically about 100 nm to about 130 nm, most typically about 110 nm to about 115 nm, and are substantially nontoxic. In addition, the nucleic acids present in the SNALPs of the present invention are resistant in aqueous solution to degradation with a nuclease.

[0085]   In one embodiment, the present invention provides stabilized nucleic acid-lipid particles (SPLPs or SNALPs) and other lipid-based carrier systems (*e.g.*, a liposome, a micelle, a virosome, a lipid-nucleic acid particle, a nucleic acid complex and mixtures thereof) containing cationic lipids of the present invention, *i.e.*, cationic lipids of Formula I, Formula II, or a combination thereof. The lipid-nucleic acid particles of the present invention typically comprise a nucleic acid, a cationic lipid of Formula I or Formula II, a non-cationic lipid and a PEG-lipid conjugate. The cationic lipid of Formula I or Formula II typically comprises from about 2% to about 60%, from about 5% to about 50%, from about 10% to about 45%, from about 20% to about 40%, or about 30% of the total lipid present in said particle. The non-cationic lipid typically comprises from about 5% to about 90%, from about 10% to about 85%, from about 20% to about 80%, from about 30% to about 70%, from about 40% to about 60% or about 48% of the total lipid present in said particle. The PEG-lipid conjugate typically comprises from about 1% to about 20%, from about 1.5% to about 18%, from about 4% to about 15%, from about 5% to about 12%, or about 2% of the total lipid present in said particle. The nucleic acid-lipid particles of the present invention may further comprise cholesterol. If present, the cholesterol typically comprises from about 10% to about 60%, from about 12% to about

18

58%, from about 20% to about 55%, or about 48% of the total lipid present in said particle. It will be readily apparent to one of skill in the art that the proportions of the components of the nucleic acid-lipid particles may be varied, *e.g.*, using the ERP assay described herein. For example for systemic delivery, the cationic lipid may comprise from about 5% to about 15% of the total lipid present in said particle and for local or regional delivery, the cationic lipid comprises from about 40% to about 50% of the total lipid present in said particle.

### A.    Cationic Lipids

[0086]    Cationic lipids of Formula I and II may be used in the present invention, either alone or in combination with one or more other cationic lipid species or non-cationic lipid species. Cationic lipids of Formula I and II have the following structures:

$$R^1-N(R^2)-CH_2-CH(OR^3)-CH_2-OR^4 \quad \text{(I), and} \quad R^1-\overset{R^2}{\underset{R^4}{N^+}}-R^3 \; X^- \quad \text{(II);}$$

wherein $R^1$ and $R^2$ are independently selected and are H or $C_1$-$C_3$ alkyls. $R^3$ and $R^4$ are independently selected and are alkyl groups having from about 10 to about 20 carbon atoms; at least one of $R^3$ and $R^4$ comprises at least two sites of unsaturation. In one embodiment, $R^3$ and $R^4$ are both the same, *i.e.*, $R^3$ and $R^4$ are both linoleyl (C18), *etc.* In another embodiment, $R^3$ and $R^4$ are different, *i.e.*, $R^3$ is myristyl (C14) and $R^4$ is linoleyl (C18). In a preferred embodiment, the cationic lipids of the present invention are symmetrical, *i.e.*, $R^3$ and $R^4$ are both the same. In another preferred embodiment, both $R^3$ and $R^4$ comprise at least two sites of unsaturation. In some embodiments, $R^3$ and $R^4$ are independently selected from dodecadienyl, tetradecadienyl, hexadecadienyl, linoleyl, and icosadienyl. In a preferred embodiment, $R^3$ and $R^4$ are both linoleyl. In some embodiments, $R^3$ and $R^4$ comprise at least three sites of unsaturation and are independently selected from, *e.g.*, dodecatrienyl, tetradectrienyl, hexadecatrienyl, linolenyl, and icosatrienyl.

[0087]    The cationic lipids of Formula I and Formula II described herein typically carry a net positive charge at a selected pH, such as physiological pH. It has been surprisingly found that cationic lipids comprising alkyl chains with multiple sites of unsaturation, *e.g.*, at least two or three sites of unsaturation, are particularly useful for forming lipid-nucleic

19

acid particles with increased membrane fluidity. A number of cationic lipids and related analogs, which are also useful in the present invention, have been described in co-pending USSN 08/316,399; U.S. Patent Nos. 5,208,036, 5,264,618, 5,279,833 and 5,283,185, and WO 96/10390.

[0088]    Additional suitable cationic lipids include, *e.g.*, dioctadecyldimethylammonium ("DODMA"), Distearyldimethylammonium ("DSDMA"), N,N-dioleyl-N,N-dimethylammonium chloride ("DODAC"); N-(2,3-dioleyloxy)propyl)-N,N,N-trimethylammonium chloride ("DOTMA"); N,N-distearyl-N,N-dimethylammonium bromide ("DDAB"); N-(2,3-dioleoyloxy)propyl)-N,N,N-trimethylammonium chloride ("DOTAP"); 3 -(N-(N',N'-dimethylaminoethane)-carbamoyl)cholesterol ("DC-Chol") and N-(1,2-dimyristyloxyprop-3-yl)-N,N-dimethyl-N-hydroxyethyl ammonium bromide ("DMRIE"). A number of these lipids and related analogs, which are also useful in the present invention, have been described in U.S. Patent Nos. 5,208,036, 5,264,618, 5,279,833, 5,283,185, 5,753,613 and 5,785,992.

### B.    Non-cationic Lipids

[0089]    The noncationic lipids used in the present invention can be any of a variety of neutral uncharged, zwitterionic or anionic lipids capable of producing a stable complex. They are preferably neutral, although they can alternatively be positively or negatively charged. Examples of noncationic lipids useful in the present invention include: phospholipid-related materials, such as lecithin, phosphatidylethanolamine, lysolecithin, lysophosphatidylethanolamine, phosphatidylserine, phosphatidylinositol, sphingomyelin, cephalin, cardiolipin, phosphatidic acid, cerebrosides, dicetylphosphate, distearoylphosphatidylcholine (DSPC), dioleoylphosphatidylcholine (DOPC), dipalmitoylphosphatidylcholine (DPPC), dioleoylphosphatidylglycerol (DOPG), dipalmitoylphosphatidylglycerol (DPPG), dioleoyl-phosphatidylethanolamine (DOPE), palmitoyloleoylphosphatidylcholine (POPC), palmitoyloleoyl- phosphatidylethanolamine (POPE) and dioleoyl- phosphatidylethanolamine 4-(N-maleimidomethyl)-cyclohexane-1-carboxylate (DOPE-mal), dipalmitoyl phosphatidyl ethanolamine (DPPE), dimyristoylphosphoethanolamine (DMPE), distearoyl-phosphatidyl-ethanolamine (DSPE), 16-O-monomethyl PE, 16-O-dimethyl PE, 18-1-trans PE, 1-stearoyl-2-oleoyl-phosphatidyethanolamine (SOPE). Noncationic lipids or sterols such as cholesterol may be present. Additional nonphosphorous containing lipids are, *e.g.*, stearylamine,

20

dodecylamine, hexadecylamine, acetyl palmitate, glycerolricinoleate, hexadecyl stereate, isopropyl myristate, amphoteric acrylic polymers, triethanolamine-lauryl sulfate, alkyl-aryl sulfate polyethyloxylated fatty acid amides, dioctadecyldimethyl ammonium bromide and the like, diacylphosphatidylcholine, diacylphosphatidylethanolamine, ceramide, sphingomyelin, cephalin, and cerebrosides. Other lipids such as lysophosphatidylcholine and lysophosphatidylethanolamine may be present. Noncationic lipids also include polyethylene glycol-based polymers such as PEG 2000, PEG 5000 and polyethylene glycol conjugated to phospholipids or to ceramides (referred to as PEG-Cer), as described in co-pending USSN 08/316,429.

[0090]   In preferred embodiments, the noncationic lipids are diacylphosphatidylcholine (*e.g.*, distearoylphosphatidylcholine, dioleoylphosphatidylcholine, dipalmitoylphosphatidylcholine and dilinoleoylphosphatidylcholine), diacylphosphatidylethanolamine (*e.g.*, dioleoylphosphatidylethanolamine and palmitoyloleoylphosphatidylethanolamine), ceramide or sphingomyelin. The acyl groups in these lipids are preferably acyl groups derived from fatty acids having $C_{10}$-$C_{24}$ carbon chains. More preferably the acyl groups are lauroyl, myristoyl, palmitoyl, stearoyl or oleoyl. In particularly preferred embodiments, the noncationic lipid will be cholesterol, 1,2-*sn*-dioleoylphosphatidylethanolamine, or egg sphingomyelin (ESM).

### C.   Bilayer Stabilizing Component

[0091]   In addition to cationic and non-cationic lipids, the SPLPs of the present invention comprise bilayer stabilizing component (BSC) such as an ATTA-lipid or a PEG-lipid, such as PEG coupled to dialkyloxypropyls (PEG-DAA) as described in, *e.g.*, WO 05/026372, PEG coupled to diacylglycerol (PEG-DAG) as described in, *e.g.*, U.S. Patent Publication Nos. 20030077829 and 2005008689), PEG coupled to phosphatidylethanolamine (PE) (PEG-PE), or PEG conjugated to ceramides, or a mixture thereof (*see*, U.S. Patent No. 5,885,613). In one preferred embodiment, the BSC is a conjugated lipid that inhibits aggregation of the SPLPs. Suitable conjugated lipids include, but are not limited to PEG-lipid conjugates, ATTA-lipid conjugates, cationic-polymer-lipid conjugates (CPLs) or mixtures thereof. In one preferred embodiment, the SPLPs comprise either a PEG-lipid conjugate or an ATTA-lipid conjugate together with a CPL.

[0092]    PEG is a polyethylene glycol, a linear, water-soluble polymer of ethylene PEG repeating units with two terminal hydroxyl groups.  PEGs are classified by their molecular weights; for example, PEG 2000 has an average molecular weight of about 2,000 daltons, and PEG 5000 has an average molecular weight of about 5,000 daltons.  PEGs are commercially available from Sigma Chemical Co. and other companies and include, for example, the following:  monomethoxypolyethylene glycol (MePEG-OH), monomethoxypolyethylene glycol-succinate (MePEG-S), monomethoxypolyethylene glycol-succinimidyl succinate (MePEG-S-NHS), monomethoxypolyethylene glycol-amine (MePEG-NH$_2$), monomethoxypolyethylene glycol-tresylate (MePEG-TRES), and monomethoxypolyethylene glycol-imidazolyl-carbonyl (MePEG-IM).  In addition, monomethoxypolyethyleneglycol-acetic acid (MePEG-CH$_2$COOH), is particularly useful for preparing the PEG-lipid conjugates including, *e.g.*, PEG-DAA conjugates.

[0093]    In a preferred embodiment, the PEG has an average molecular weight of from about 550 daltons to about 10,000 daltons, more preferably of about 750 daltons to about 5,000 daltons, more preferably of about 1,000 daltons to about 5,000 daltons, more preferably of about 1,500 daltons to about 3,000 daltons and, even more preferably, of about 2,000 daltons, or about 750 daltons.  The PEG can be optionally substituted by an alkyl, alkoxy, acyl or aryl group.  PEG can be conjugated directly to the lipid or may be linked to the lipid via a linker moiety.  Any linker moiety suitable for coupling the PEG to a lipid can be used including, *e.g.*, non-ester containing linker moieties and ester-containing linker moieties.  In a preferred embodiment, the linker moiety is a non-ester containing linker moiety.  As used herein, the term "non-ester containing linker moiety" refers to a linker moiety that does not contain a carboxylic ester bond (-OC(O)-).  Suitable non-ester containing linker moieties include, but are not limited to, amido (-C(O)NH-), amino (-NR-), carbonyl (-C(O)-), carbamate (-NHC(O)O-), urea (-NHC(O)NH-), disulphide (-S-S-), ether (-O-), succinyl (-(O)CCH$_2$CH$_2$C(O)-), succinamidyl (-NHC(O)CH$_2$CH$_2$C(O)NH-), ether, disulphide, *etc.* as well as combinations thereof (such as a linker containing both a carbamate linker moiety and an amido linker moiety).  In a preferred embodiment, a carbamate linker is used to couple the PEG to the lipid.

[0094]    In other embodiments, an ester containing linker moiety is used to couple the PEG to the lipid.  Suitable ester containing linker moieties include, *e.g.*, carbonate (-OC(O)O-), succinoyl, phosphate esters (-O-(O)POH-O-), sulfonate esters, and combinations thereof.

[0095]    Phosphatidylethanolamines having a variety of acyl chain groups of varying chain lengths and degrees of saturation can be conjugated to polyethyleneglycol to form the bilayer stabilizing component.  Such phosphatidylethanolamines are commercially available, or can be isolated or synthesized using conventional techniques known to those of skilled in the art.  Phosphatidylethanolamines containing saturated or unsaturated fatty acids with carbon chain lengths in the range of $C_{10}$ to $C_{20}$ are preferred. Phosphatidylethanolamines with mono- or diunsaturated fatty acids and mixtures of saturated and unsaturated fatty acids can also be used. Suitable phosphatidylethanolamines include, but are not limited to, the following: dimyristoylphosphatidylethanolamine (DMPE), dipalmitoylphosphatidylethanolamine (DPPE), dioleoylphosphatidylethanolamine (DOPE) and distearoylphosphatidylethanolamine (DSPE).

[0096]    The term "ATTA" or "polyamide" refers to, but is not limited to, compounds disclosed in U.S. Patent Nos. 6,320,017 and 6,586,559.  These compounds include a compound having the formula

$$R \left( N \underset{R^1}{|} (CH_2CH_2O)_{\overline{m}} (CH_2)_{\overline{p}} \overset{O}{\underset{}{C}} (NH \underset{H}{\overset{R^2}{\underset{|}{C}}} \underset{O}{\overset{}{C}})_{\overline{q}} R^3 \right)_n \quad (III)$$

wherein:  R is a member selected from the group consisting of hydrogen, alkyl and acyl; $R^1$ is a member selected from the group consisting of hydrogen and alkyl; or optionally,  R and $R^1$ and the nitrogen to which they are bound form an azido moiety; $R^2$ is a member of the group selected from hydrogen, optionally substituted alkyl, optionally substituted aryl and a side chain of an amino acid; $R^3$ is a member selected from the group consisting of hydrogen, halogen, hydroxy, alkoxy, mercapto, hydrazino, amino and $NR^4R^5$, wherein $R^4$ and $R^5$ are independently hydrogen or alkyl; n is 4 to 80; m is 2 to 6;  p is 1 to 4; and  q is 0 or 1.  It will be apparent to those of skill in the art that other polyamides can be used in the compounds of the present invention.

[0097]    The term "diacylglycerol" refers to a compound having 2-fatty acyl chains, $R^1$ and $R^2$, both of which have independently between 2 and 30 carbons bonded to the 1- and 2-position of glycerol by ester linkages.  The acyl groups can be saturated or have varying degrees of unsaturation.  Diacylglycerols have the following general formula:

WO 2005/121348    PCT/CA2005/000886

$$CH_2O-C(=O)-R^1$$
$$CH-O-C(=O)-R^2$$
$$CH_2O- \quad (IV)$$

[0098]    The term "dialkyloxypropyl" refers to a compound having 2-alkyl chains, $R^1$ and $R^2$, both of which have independently between 2 and 30 carbons. The alkyl groups can be saturated or have varying degrees of unsaturation. Dialkyloxypropyls have the following general formula:

$$CH_2O-R^1$$
$$CH_2O-R^2$$
$$CH_2^- \quad (V)$$

[0099]    In one preferred embodiment, the PEG-lipid is a PEG-DAA conjugate has the following formula:

$$CH_2O-R^1$$
$$CH_2O-R^2$$
$$CH_2-L-PEG \quad (VI)$$

[0100]    In Formula VI, $R^1$ and $R^2$ are independently selected and are long-chain alkyl groups having from about 10 to about 22 carbon atoms. The long-chain alkyl groups can be saturated or unsaturated. Suitable alkyl groups include, but are not limited to, lauryl (C12), myristyl (C14), palmityl (C16), stearyl (C18) and icosyl (C20). In preferred embodiments, $R^1$ and $R^2$ are the same, i.e., $R^1$ and $R^2$ are both myristyl (i.e., dimyristyl), $R^1$ and $R^2$ are both stearyl (i.e., distearyl), etc.

[0101] In Formula VI above, "$R^1$ and $R^2$" are independently selected and are alkyl groups having from about 10 to about 20 carbon atoms; PEG is a polyethyleneglycol; and L is a non-ester-containing linker moiety as described above. Suitable alkyl groups include, but are not limited to, lauryl (C12), myristyl (C14), palmityl (C16), stearyl (C18) and icosyl (C20). In a preferred embodiment; $R^1$ and $R^2$ are the same, i.e., they are both myristyl

24

WO 2005/121348                                                    PCT/CA2005/000886

(C14) or both palmityl (C16) or both stearyl (C18). In a preferred embodiment, the alkyl groups are saturated.

[0102]    In Formula VI above, "PEG" is a polyethylene glycol having an average molecular weight ranging of about 550 daltons to about 10,000 daltons, more preferably of about 750 daltons to about 5,000 daltons, more preferably of about 1,000 daltons to about 5,000 daltons, more preferably of about 1,500 daltons to about 3,000 daltons and, even more preferably, of about 2,000 daltons, or about 750 daltons. The PEG can be optionally substituted with alkyl, alkoxy, acyl or aryl. In a preferred embodiment, the terminal hydroxyl group is substituted with a methoxy or methyl group.

[0103]    In Formula VI, above, "L" is a non-ester containing linker moiety or an ester containing linker moiety. In a preferred embodiment, L is a non-ester containing linker moiety. Suitable non-ester containing linkers include, but are not limited to, an amido linker moiety, an amino linker moiety, a carbonyl linker moiety, a carbamate linker moiety, a urea linker moiety, an ether linker moiety, a disulphide linker moiety, a succinamidyl linker moiety and combinations thereof. In a preferred embodiment, the non-ester containing linker moiety is a carbamate linker moiety (*i.e.*, a PEG-*C*-DAA conjugate). In another preferred embodiment, the non-ester containing linker moiety is an amido linker moiety (*i.e.*, a PEG-*A*-DAA conjugate). In a preferred embodiment, the non-ester containing linker moiety is a succinamidyl linker moiety (*i.e.*, a PEG-*S*-DAA conjugate).

[0104]    The PEG-DAA conjugates are synthesized using standard techniques and reagents known to those of skill in the art. It will be recognized that the PEG-DAA conjugates will contain various amide, amine, ether, thio, carbamate and urea linkages. T hose of skill in the art will recognize that methods and reagents for forming these bonds are well known and readily available. *See, e.g.*, March, ADVANCED ORGANIC CHEMISTRY (Wiley 1992), Larock, COMPREHENSIVE ORGANIC TRANSFORMATIONS (VCH 1989); and Furniss, VOGEL'S TEXTBOOK OF PRACTICAL ORGANIC CHEMISTRY 5th ed. (Longman 1989). It will also be appreciated that any functional groups present may require protection and deprotection at different points in the synthesis of the PEG-DAA conjugates. Those of skill in the art will recognize that such techniques are well known. *See, e.g.*, Green and Wuts, PROTECTIVE GROUPS IN ORGANIC SYNTHESIS (Wiley 1991).

[0105]   In a presently preferred embodiment, the PEG-DAA conjugate is a dilauryloxypropyl (C12)-PEG conjugate, dimyristyloxypropyl (C14)-PEG conjugate, a dipalmitoyloxypropyl (C16)-PEG conjugate or a disteryloxypropyl (C18)-PEG conjugate. Those of skill in the art will readily appreciate that other dialkyloxypropyls can be used in the PEG-DAA conjugates of the present invention.

[0106]   In addition to the foregoing, it will be readily apparent to those of skill in the art that other hydrophilic polymers can be used in place of PEG.  Examples of suitable polymers that can be used in place of PEG include, but are not limited to, polyvinylpyrrolidone, polymethyloxazoline, polyethyloxazoline, polyhydroxypropyl methacrylamide, polymethacrylamide and polydimethylacrylamide, polylactic acid, polyglycolic acid, and derivatized celluloses, such as hydroxymethylcellulose or hydroxyethylcellulose.

[0107]   In addition to the foregoing components, the SNALPs and SPLPs of the present invention can further comprise cationic poly(ethylene glycol) (PEG) lipids, or CPLs, that have been designed for insertion into lipid bilayers to impart a positive charge(see, Chen, et al., Bioconj. Chem. 11:433-437 (2000)).  Suitable SPLPs and SPLP-CPLs for use in the present invention, and methods of making and using SPLPs and SPLP-CPLs, are disclosed, e.g., in U.S. Patent No. 6,852,334 and WO 00/62813.  Cationic polymer lipids (CPLs) useful in the present invention have the following architectural features:  (1) a lipid anchor, such as a hydrophobic lipid, for incorporating the CPLs into the lipid bilayer; (2) a hydrophilic spacer, such as a polyethylene glycol, for linking the lipid anchor to a cationic head group; and (3) a polycationic moiety, such as a naturally occurring amino acid, to produce a protonizable cationic head group.

[0108]   Suitable CPL include compounds of Formula VII:

$$A\text{-}W\text{-}Y \text{ (VII)}$$

wherein A, W and Y are as described below.

[0109]   With reference to Formula VII, "A" is a lipid moiety such as an amphipathic lipid, a neutral lipid or a hydrophobic lipid that acts as a lipid anchor.  Suitable lipid examples include vesicle-forming lipids or vesicle adopting lipids and include, but are not limited to, diacylglycerolyls, dialkylglycerolyls, N-N-dialkylaminos, 1,2-diacyloxy-3-aminopropanes and 1,2-dialkyl-3-aminopropanes.

[0110]   "W" is a polymer or an oligomer, such as a hydrophilic polymer or oligomer. Preferably, the hydrophilic polymer is a biocompatible polymer that is nonimmunogenic

26

WO 2005/121348                                                   PCT/CA2005/000886

or possesses low inherent immunogenicity. Alternatively, the hydrophilic polymer can be weakly antigenic if used with appropriate adjuvants. Suitable nonimmunogenic polymers include, but are not limited to, PEG, polyamides, polylactic acid, polyglycolic acid, polylactic acid/polyglycolic acid copolymers and combinations thereof. In a preferred embodiment, the polymer has a molecular weight of about 250 to about 7000 daltons.

[0111]    "Y" is a polycationic moiety. The term polycationic moiety refers to a compound, derivative, or functional group having a positive charge, preferably at least 2 positive charges at a selected pH, preferably physiological pH. Suitable polycationic moieties include basic amino acids and their derivatives such as arginine, asparagine, glutamine, lysine and histidine; spermine; spermidine; cationic dendrimers; polyamines; polyamine sugars; and amino polysaccharides. The polycationic moieties can be linear, such as linear tetralysine, branched or dendrimeric in structure. Polycationic moieties have between about 2 to about 15 positive charges, preferably between about 2 to about 12 positive charges, and more preferably between about 2 to about 8 positive charges at selected pH values. The selection of which polycationic moiety to employ may be determined by the type of liposome application which is desired.

[0112]    The charges on the polycationic moieties can be either distributed around the entire liposome moiety, or alternatively, they can be a discrete concentration of charge density in one particular area of the liposome moiety e.g., a charge spike. If the charge density is distributed on the liposome, the charge density can be equally distributed or unequally distributed. All variations of charge distribution of the polycationic moiety are encompassed by the present invention.

[0113]    The lipid "A," and the nonimmunogenic polymer "W," can be attached by various methods and preferably, by covalent attachment. Methods known to those of skill in the art can be used for the covalent attachment of "A" and "W." Suitable linkages include, but are not limited to, amide, amine, carboxyl, carbonate, carbamate, ester and hydrazone linkages. It will be apparent to those skilled in the art that "A" and "W" must have complementary functional groups to effectuate the linkage. The reaction of these two groups, one on the lipid and the other on the polymer, will provide the desired linkage. For example, when the lipid is a diacylglycerol and the terminal hydroxyl is activated, for instance with NHS and DCC, to form an active ester, and is then reacted with a polymer which contains an amino group, such as with a polyamide (see, U.S. Patent Nos. 6,320,017 and 6,586,559), an amide bond will form between the two groups.

27

[0114]    In certain instances, the polycationic moiety can have a ligand attached, such as a targeting ligand or a chelating moiety for complexing calcium. Preferably, after the ligand is attached, the cationic moiety maintains a positive charge. In certain instances, the ligand that is attached has a positive charge. Suitable ligands include, but are not limited to, a compound or device with a reactive functional group and include lipids, amphipathic lipids, carrier compounds, bioaffinity compounds, biomaterials, biopolymers, biomedical devices, analytically detectable compounds, therapeutically active compounds, enzymes, peptides, proteins, antibodies, immune stimulators, radiolabels, fluorogens, biotin, drugs, haptens, DNA, RNA, polysaccharides, liposomes, virosomes, micelles, immunoglobulins, functional groups, other targeting moieties, or toxins.

### D.     Nucleic Acid Component

[0115]    The nucleic acid component of the present invention comprises an interfering RNA that silences (*e.g.*, partially or completely inhibits) expression of a gene of interest. An interfering RNA can be provided in several forms. For example an interfering RNA can be provided as one or more isolated small-interfering RNA (siRNA) duplexes, longer double-stranded RNA (dsRNA) or as siRNA or dsRNA transcribed from a transcriptional cassette in a DNA plasmid. The interfering RNA can be administered alone or in combination with the administration of conventional agents used to treat the disease or disorder associated with the gene of interest. Genes of interest include, but are not limited to, genes associated with viral infection and survival, genes associated with liver and kidney diseases and disorders, genes associated with tumorigenesis and cell transformation, angiogenic genes, immunomodulator genes, such as those associated with inflammatory and autoimmune responses, ligand receptor genes, and genes associated with neurodegenerative disorders.

### 1.     Selecting siRNA sequences

[0116]    Suitable siRNA sequences can be identified using any means known in the art. Typically, the methods described in Elbashir, *et al.*, *Nature* 411:494-498 (2001) and Elbashir, *et al.*, *EMBO J* 20: 6877-6888 (2001) are combined with rational design rules set forth in Reynolds *et al.*, *Nature Biotech.* 22(3):326-330 (2004).

[0117]    Typically, the sequence within about 50 to about 100 nucleotides 3' of the AUG start codon of a transcript from the target gene of interest is scanned for dinucleotide

sequences (*e.g.*, AA, CC, GG, or UU) (*see, e.g.*, Elbashir, *et al.*, *EMBO J* 20: 6877-6888 (2001)). The nucleotides immediately 3' to the dinucleotide sequences are identified as potential siRNA target sequences. Typically, the 19, 21, 23, 25, 27, 29, 31, 33, 35 or more nucleotides immediately 3' to the dinucleotide sequences are identified as potential siRNA target sites. In some embodiments, the dinucleotide sequence is an AA sequence and the 19 nucleotides immediately 3' to the AA dinucleotide are identified as a potential siRNA target site. Typically siRNA target sites are spaced at different positions along the length of the target gene. To further enhance silencing efficiency of the siRNA sequences, potential siRNA target sites may be further analyzed to identify sites that do not contain regions of homology to other coding sequences. For example, a suitable siRNA target site of about 21 base pairs typically will not have more than 16-17 contiguous base pairs of homology to other coding sequences. If the siRNA sequences are to be expressed from an RNA Pol III promoter, siRNA target sequences lacking more than 4 contiguous A's or T's are selected.

[0118]    Once the potential siRNA target site has been identified siRNA sequences complementary to the siRNA target sites may be designed. To enhance their silencing efficiency, the siRNA sequences may also be analyzed by a rational design algorithm to identify sequences that have one or more of the following features: (1) G/C content of about 25% to about 60% G/C; (2) at least 3 A/Us at positions 15-19 of the sense strand; (3) no internal repeats; (4) an A at position 19 of the sense strand; (5) an A at position 3 of the sense strand; (6) a U at position 10 of the sense strand; (7) no G/C at position 19 of the sense strand; and (8) no G at position 13 of the sense strand. siRNA design tools that incorporate algorithms that assign suitable values of each of these features and are useful for selection of siRNA can be found at, *e.g.*, http://boz094.ust.hk/RNAi/siRNA.

[0119]    In some embodiments, once a potential siRNA sequence has been identified, the sequence is analyzed for the presence or absence of immunostimulatory motifs (*e.g.*, GU-rich motifs) as described in, *e.g.*, co-pending U.S. Provisional Patent Application Nos. 60/585301, filed July 2, 2004; 60/589363, filed July 19, 2004; 60/627326, filed November 12, 2004; and 60/665297, filed March 25, 2005. Once identified, the immunostimulatory siRNA molecules can be modified to increase or decrease their immunostimulatory properties and the non-immunostimulatory molecules can be modified so that they possess immunostimulatory properties

**Generating siRNA**

[0120]    siRNA can be provided in several forms including, *e.g.*, as one or more isolated small-interfering RNA (siRNA) duplexes, longer double-stranded RNA (dsRNA) or as siRNA or dsRNA transcribed from a transcriptional cassette in a DNA plasmid. siRNA may also be chemically synthesized. Preferably, the synthesized or transcribed siRNA have 3' overhangs of about 1-4 nucleotides, preferably of about 2-3 nucleotides and 5' phosphate termini. The siRNA sequences may have overhangs (*e.g.*, 3' or 5' overhangs as described in (Elbashir, *et al.*, *Genes Dev.* 15:188 (2001); Nykänen, *et al.*, *Cell* 107:309 (2001)) or may lack overhangs (*i.e.*, to have blunt ends).

[0121]    An RNA population can be used to provide long precursor RNAs, or long precursor RNAs that have substantial or complete identity to a selected target sequence can be used to make the siRNA. The RNAs can be isolated from cells or tissue, synthesized, and/or cloned according to methods well known to those of skill in the art. The RNA can be a mixed population (obtained from cells or tissue, transcribed from cDNA, subtracted, selected, etc.), or can represent a single target sequence. RNA can be naturally occurring (*e.g.*, isolated from tissue or cell samples), synthesized *in vitro* (*e.g.*, using T7 or SP6 polymerase and PCR products or a cloned cDNA); or chemically synthesized.

[0122]    To form a long dsRNA, for synthetic RNAs, the complement is also transcribed *in vitro* and hybridized to form a dsRNA. If a naturally occurring RNA population is used, the RNA complements are also provided (*e.g.*, to form dsRNA for digestion by *E. coli* RNAse III or Dicer), *e.g.*, by transcribing cDNAs corresponding to the RNA population, or by using RNA polymerases. The precursor RNAs are then hybridized to form double stranded RNAs for digestion. The dsRNAs can be directly administered to a subject or can be digested *in vitro* prior to administration.

[0123]    Alternatively, one or more DNA plasmids encoding one or more siRNA templates are used to provide siRNA. siRNA can be transcribed as sequences that automatically fold into duplexes with hairpin loops from DNA templates in plasmids having RNA polymerase III transcriptional units, for example, based on the naturally occurring transcription units for small nuclear RNA U6 or human RNase P RNA H1 (*see*, Brummelkamp, *et al.*, *Science* 296:550 (2002); Donzé, *et al.*, *Nucleic Acids Res.* 30:e46 (2002); Paddison, *et al.*, *Genes Dev.* 16:948 (2002); Yu, *et al.*, *Proc. Natl. Acad. Sci.* 99:6047 (2002); Lee, *et al.*, *Nat. Biotech.* 20:500 (2002); Miyagishi, *et al.*, *Nat. Biotech.*

20:497 (2002); Paul, *et al., Nat. Biotech.* 20:505 (2002); and Sui, *et al., Proc. Natl. Acad. Sci.* 99:5515 (2002)). Typically, a transcriptional unit or cassette will contain an RNA transcript promoter sequence, such as an H1-RNA or a U6 promoter, operably linked to a template for transcription of a desired siRNA sequence and a termination sequence, comprised of 2-3 uridine residues and a polythymidine (T5) sequence (polyadenylation signal) (Brummelkamp, *Science, supra*). The selected promoter can provide for constitutive or inducible transcription. Compositions and methods for DNA-directed transcription of RNA interference molecules is described in detail in U.S. Patent No. 6,573,099. The transcriptional unit is incorporated into a plasmid or DNA vector from which the interfering RNA is transcribed. Plasmids suitable for *in vivo* delivery of genetic material for therapeutic purposes are described in detail in U.S. Patent Nos. 5,962,428 and 5,910,488. The selected plasmid can provide for transient or stable delivery of a target cell. It will be apparent to those of skill in the art that plasmids originally designed to express desired gene sequences can be modified to contain a transcriptional unit cassette for transcription of siRNA.

[0124]   Methods for isolating RNA, synthesizing RNA, hybridizing nucleic acids, making and screening cDNA libraries, and performing PCR are well known in the art (*see, e.g.,* Gubler & Hoffman, *Gene* 25:263-269 (1983); Sambrook *et al., supra*; Ausubel *et al., supra*), as are PCR methods (*see* U.S. Patents 4,683,195 and 4,683,202; *PCR Protocols: A Guide to Methods and Applications* (Innis *et al.,* eds, 1990)). Expression libraries are also well known to those of skill in the art. Additional basic texts disclosing the general methods of use in this invention include Sambrook *et al., Molecular Cloning, A Laboratory Manual* (2nd ed. 1989); Kriegler, *Gene Transfer and Expression: A Laboratory Manual* (1990); and *Current Protocols in Molecular Biology* (Ausubel *et al.,* eds., 1994)).

[0125]   A suitable plasmid is engineered to contain, in expressible form, a template sequence that encodes a partial length sequence or an entire length sequence of a gene product of interest. Template sequences can also be used for providing isolated or synthesized siRNA and dsRNA. Generally, it is desired to downregulate or silence the transcription and translation of a gene product of interest.

WO 2005/121348

PCT/CA2005/000886

## Genes of Interest

[0126]   Genes of interest include, but are not limited to, genes associated with viral infection and survival, genes associated with metabolic diseases and disorders (*e.g.*, liver diseases and disorders), genes associated with tumorigenesis and cell transformation, angiogenic genes, immunomodulator genes, such as those associated with inflammatory and autoimmune responses, ligand receptor genes, and genes associated with neurodegenerative disorders.

## Genes associated with viral infection and survival

[0127]   Genes associated with viral infection and survival include those expressed by a virus in order to bind, enter and replicate in a cell.  Of particular interest are viral sequences associated with chronic viral diseases.  Viral sequences of particular interest include sequences of Hepatitis viruses (Hamasaki, *et al.*, *FEBS Lett.* 543:51 (2003); Yokota, *et al.*, *EMBO Rep.* 4:602 (2003); Schlomai, *et al.*, *Hepatology* 37:764 (2003); Wilson, *et al.*, *Proc. Natl. Acad. Sci.* 100:2783 (2003); Kapadia, *et al.*, *Proc. Natl. Acad. Sci.* 100:2014 (2003); and FIELDS VIROLOGY (Knipe *et al.* eds. 2001)), Human Immunodeficiency Virus (HIV) (Banerjea, *et al.*, *Mol. Ther.* 8:62 (2003); Song, *et al.*, *J. Virol.* 77:7174 (2003); Stephenson *JAMA* 289:1494 (2003); Qin, *et al.*, *Proc. Natl. Acad. Sci.* 100:183 (2003)), Herpes viruses (Jia, *et al.*, *J. Virol.* 77:3301 (2003)), and Human Papilloma Viruses (HPV) (Hall, *et al.*, *J. Virol.* 77:6066 (2003); Jiang, *et al.*, *Oncogene* 21:6041 (2002)).  Exemplary hepatitis viral nucleic acid sequences that can be silenced include, but are not limited to:  nucleic acid sequences involved in transcription and translation (*e.g.*, En1, En2, X, P), nucleic acid sequences encoding structural proteins (*e.g.*, core proteins including C and C-related proteins; capsid and envelope proteins including S, M, and/or L proteins, or fragments thereof) (*see, e.g.*, FIELDS VIROLOGY, 2001, *supra*).  Exemplary Hepatitis C nucleic acid sequences that can be silenced include, but are not limited to:  serine proteases (*e.g.*, NS3/NS4), helicases (*e.g.* NS3), polymerases (*e.g.*, NS5B), and envelope proteins (*e.g.*, E1, E2, and p7).  Hepatitis A nucleic acid sequences are set forth in *e.g.*, Genbank Accession No. NC_001489 ; Hepatitis B nucleic acid sequences are set forth in, *e.g.*, Genbank Accession No. NC_003977; Hepatitis C nucleic acid sequences are set forth in, *e.g.*, Genbank Accession No. NC_004102; Hepatitis D nucleic acid sequence are set forth in, *e.g.*, Genbank Accession No. NC_001653; Hepatitis

32

E nucleic acid sequences are set forth in *e.g.*, Genbank Accession No. NC_001434;. and Hepatitis G nucleic acid sequences are set forth in *e.g.*, Genbank Accession No. NC_001710.

## Genes associated with metabolic diseases and disorders

[0128]    Genes associated with metabolic diseases and disorders (*e.g.*, disorders in which the liver is the target and liver diseases and disorders) include, for example genes expressed in, for example, dyslipidemia (*e.g.*, liver X receptors (*e.g.*, LXRα and LXRβ Genbank Accession No. NM_007121), farnesoid X receptors (FXR) (Genbank Accession No. NM_005123), sterol-regulatory element binding protein (SREBP), Site-1 protease (S1P), 3-hydroxy-3-methylglutaryl coenzyme-A reductase (HMG coenzyme-A reductase), Apolipoprotein (ApoB), and Apolipoprotein (ApoE)) and diabetes (*e.g.*, Glucose 6-phosphatase) (*see, e.g.*, Forman *et al., Cell* 81:687 (1995); Seol *et al., Mol. Endocrinol.* 9:72 (1995), Zavacki *et al., PNAS USA* 94:7909 (1997); Sakai, *et al., Cell* 85:1037-1046 (1996); Duncan, *et al., J. Biol. Chem.* 272:12778-12785 (1997); , Willy, *et al., Genes Dev.* 9(9):1033-45 (1995); Lehmann, *et al., J. Biol. Chem.* 272(6):3137-3140 (1997); Janowski, *et al., Nature* 383:728-731 (1996); Peet, *et al., Cell* 93:693-704 (1998)).  One of skill in the art will appreciate that genes associated with metabolic diseases and disorders (*e.g.*, diseases and disorders in which the liver is a target and liver diseases and disorders) include genes that are expressed in the liver itself as well as and genes expressed in other organs and tissues.

## Genes associated with tumorigenesis

[0129]    Examples of gene sequences associated with tumorigenesis and cell transformation include translocation sequences such as MLL fusion genes, BCR-ABL (Wilda, *et al., Oncogene,* 21:5716 (2002); Scherr, *et al., Blood* 101:1566), TEL-AML1, EWS-FLI1, TLS-FUS, PAX3-FKHR, BCL-2, AML1-ETO and AML1-MTG8 (Heidenreich, *et al., Blood* 101:3157 (2003)); overexpressed sequences such as multidrug resistance genes (Nieth, *et al., FEBS Lett.* 545:144 (2003); Wu, *et al, Cancer Res.* 63:1515 (2003)), cyclins (Li, *et al., Cancer Res.* 63:3593 (2003); Zou, *et al., Genes Dev.* 16:2923 (2002)), beta-Catenin (Verma, *et al., Clin Cancer Res.* 9:1291 (2003)), telomerase genes (Kosciolek, *et al., Mol Cancer Ther.* 2:209 (2003)), c-MYC, N-MYC, BCL-2, ERBB1 and ERBB2 (Nagy, *et al. Exp. Cell Res.* 285:39 (2003)); and mutated sequences such as RAS

33

WO 2005/121348                                                                 PCT/CA2005/000886

(reviewed in Tuschl and Borkhardt, *Mol. Interventions*, 2:158 (2002)). For example, silencing of sequences that encode DNA repair enzymes find use in combination with the administration of chemotherapeutic agents (Collis, *et al.*, *Cancer Res.* 63:1550 (2003)). Genes encoding proteins associated with tumor migration are also target sequences of interest, for example, integrins, selectins and metalloproteinases. The foregoing examples are not exclusive. Any whole or partial gene sequence that facilitates or promotes tumorigenesis or cell transformation, tumor growth or tumor migration can be included as a gene sequence of interest.

## Angiogenic/anti-angiogenic genes

[0130] Angiogenic genes are able to promote the formation of new vessels. Of particular interest is Vascular Endothelial Growth Factor (VEGF) (Reich, *et al.*, *Mol. Vis.* 9:210 (2003)) or VEGFr. siRNA sequences that target VEGFr are set forth in, *e.g.*, GB 2396864; U.S. Patent Publication No. 20040142895; and CA2456444.

[0131] Anti-angiogenic genes are able to inhibit neovascularization. These genes are particularly useful for treating those cancers in which angiogenesis plays a role in the pathological development of the disease. Examples of anti-angiogenic genes include, but are not limited to, endostatin (see e.g., U.S. Patent No. 6,174,861), angiostatin (*see, e.g.*, U.S. Patent No. 5,639,725), and VEGF-R2 (see e.g., Decaussin *et al.* (1999) *J. Pathol.* 188(4): 369-737).

## Immonomodulator genes

[0132] Immunomodulator genes are genes that modulate one or more immune responses. Examples of immunomodulator genes include cytokines such as growth factors (*e.g.*, TGF-α., TGF-β, EGF, FGF, IGF, NGF, PDGF, CGF, GM-CSF, SCF, etc.), interleukins (*e.g.*, IL-2, IL-3, IL-4, IL-6, IL-7, IL-10, IL-12, IL-15, IL-20, *etc.*), interferons (*e.g.*, IFN-α, IFN-β, IFN-γ, *etc.*), TNF (*e.g.*, TNF-α), and Flt3-Ligand. Fas and Fas Ligand genes are also immunomodulator target sequences of interest (Song, *et al.*, *Nat. Med.* 9:347 (2003)). Genes encoding secondary signaling molecules in hematopoietic and lymphoid cells are also included in the present invention, for example, Tec family kinases, such as Bruton's tyrosine kinase (Btk) (Heinonen, *et al.*, *FEBS Lett.* 527:274 (2002)).

WO 2005/121348                                        PCT/CA2005/000886

## Cell receptor ligands

[0133]    Cell receptor ligands include ligands that are able to bind to cell surface receptors (*e.g.*, insulin receptor, EPO receptor, G-protein coupled receptors, receptors with tyrosine kinase activity, cytokine receptors, growth factor receptors, etc.), to modulate (e.g,. inhibit, activate, etc.) the physiological pathway that the receptor is involved in (*e.g.*, glucose level modulation, blood cell development, mitogenesis, etc.).  Examples of cell receptor ligands include cytokines, growth factors, interleukins, interferons, erythropoietin (EPO), insulin, glucagon, G-protein coupled receptor ligands, etc.).  Templates coding for an expansion of trinucleotide repeats (*e.g.*, CAG repeats), find use in silencing pathogenic sequences in neurodegenerative disorders caused by the expansion of trinucleotide repeats, such as spinobulbular muscular atrophy and Huntington's Disease (Caplen, *et al.*, *Hum. Mol. Genet.* 11:175 (2002)).

## Tumor suppressor genes

[0134]    Tumor suppressor genes are genes that are able to inhibit the growth of a cell, particularly tumor cells.  Thus, delivery of these genes to tumor cells is useful in the treatment of cancers.  Tumor suppressor genes include, but are not limited to, p53 (Lamb *et al.*, *Mol. Cell. Biol.* 6:1379-1385 (1986), Ewen *et al.*, *Science* 255:85-87 (1992), Ewen *et al.* (1991) *Cell* 66:1155-1164, and Hu *et al.*, *EMBO J.* 9:1147-1155 (1990)), RB1 (Toguchida *et al.* (1993) *Genomics* 17:535-543), WT1 (Hastie, N. D., *Curr. Opin. Genet. Dev.* 3:408-413 (1993)), NF1 (Trofatter *et al.*, *Cell* 72:791-800 (1993), Cawthon *et al.*, *Cell* 62:193-201 (1990)), VHL (Latif *et al.*, *Science* 260:1317-1320 (1993)), APC (Gorden *et al.*, *Cell* 66:589-600 (1991)), DAP kinase (*see e.g.*, Diess *et al.* (1995) *Genes Dev.* 9: 15-30), p16 (*see e.g.*, Marx (1994) *Science* 264(5167): 1846), ARF (*see e.g.*, Quelle *et al.* (1995) *Cell* 83(6): 993-1000), Neurofibromin (see e.g., Huynh *et al.* (1992) *Neurosci. Lett.* 143(1-2): 233-236), and PTEN (*see e.g.*, Li *et al.* (1997) *Science* 275(5308): 1943-1947).

## Preparation of SNALPs

[0135]    The present invention provides a method of preparing serum-stable nucleic acid-lipid particles in which the plasmid or other nucleic acid is encapsulated in a lipid bilayer and is protected from degradation.  The particles made by the methods of this invention typically have a size of about 50 nm to about 150 nm, more typically about 100 nm to

35

WO 2005/121348                                              PCT/CA2005/000886

about 130 nm, most typically about 110 nm to about 115 nm. The particles can be formed by any method known in the art including, but not limited to: a continuous mixing method, a detergent dialysis method, or a modification of a reverse-phase method which utilizes organic solvents to provide a single phase during mixing of the components.

[0136] In preferred embodiments, the cationic lipids are lipids of Formula I and II or combinations thereof. In other preferred embodiments, the noncationic lipids are ESM, DOPE, DOPC, DPPE, DMPE, 16:0 Monomethyl Phosphatidylethanolamine, 16:0 Dimethyl Phosphatidylethanolamine, 18:1 Trans Phosphatidylethanolamine, 18:0 18:1 Phosphatidylethanolamine (SOPE), 16:0 18:1 Phosphatidylethanolamine, DSPE, polyethylene glycol-based polymers (e.g., PEG 2000, PEG 5000, PEG-modified diacylglycerols, or PEG-modified dialkyloxypropyls), distearoylphosphatidylcholine (DSPC), cholesterol, or combinations thereof. In still other preferred embodiments, the organic solvents are methanol, chloroform, methylene chloride, ethanol, diethyl ether or combinations thereof.

[0137] In a particularly preferred embodiment, the nucleic acid is a plasmid; the cationic lipid is a lipid of Formula I or II or combinations thereof; the noncationic lipid is ESM, DOPE, PEG-DAAs, distearoylphosphatidylcholine (DSPC), cholesterol, or combinations thereof (e.g. DSPC and PEG-DAAs); and the organic solvent is methanol, chloroform, methylene chloride, ethanol, diethyl ether or combinations thereof.

[0138] In a particularly preferred embodiment, the present invention provides for nucleic acid-lipid particles produced via a continuous mixing method, e.g., process that includes providing an aqueous solution comprising a nucleic acid such as an siRNA or a plasmid, in a first reservoir, and providing an organic lipid solution in a second reservoir, and mixing the aqueous solution with the organic lipid solution such that the organic lipid solution mixes with the aqueous solution so as to substantially instantaneously produce a liposome encapsulating the nucleic acid (e.g., siRNA). This process and the apparatus for carrying this process is described in detail in U.S. Patent Publication No. 20040142025.

[0139] The action of continuously introducing lipid and buffer solutions into a mixing environment, such as in a mixing chamber, causes a continuous dilution of the lipid solution with the buffer solution, thereby producing a liposome substantially instantaneously upon mixing. As used herein, the phrase "continuously diluting a lipid solution with a buffer solution" (and variations) generally means that the lipid solution is diluted sufficiently rapidly in a hydration process with sufficient force to effectuate vesicle

WO 2005/121348 PCT/CA2005/000886

generation. By mixing the aqueous solution comprising a nucleic acid with the organic lipid solution, the organic lipid solution undergoes a continuous stepwise dilution in the presence of the buffer solution (*i.e.*, aqueous solution) to produce a nucleic acid-lipid particle.

[0140] The serum-stable nucleic acid-lipid particles formed using the continuous mixing method typically have a size of from about 50 nm to about 150 nm, more typically about 100 nm to about 130 nm, most typically about 110 nm to about 115 nm. The particles thus formed do not aggregate and are optionally sized to achieve a uniform particle size.

[0141] In some embodiments, the particles are formed using detergent dialysis. Without intending to be bound by any particular mechanism of formation, a plasmid or other nucleic acid (*e.g.*, siRNA) is contacted with a detergent solution of cationic lipids to form a coated nucleic acid complex. These coated nucleic acids can aggregate and precipitate. However, the presence of a detergent reduces this aggregation and allows the coated nucleic acids to react with excess lipids (typically, non-cationic lipids) to form particles in which the plasmid or other nucleic acid is encapsulated in a lipid bilayer. Thus, the present invention provides a method for the preparation of serum-stable nucleic acid-lipid particles, comprising:

(a)    combining a nucleic acid with cationic lipids in a detergent solution to form a coated nucleic acid-lipid complex;

(b)    contacting non-cationic lipids with the coated nucleic acid-lipid complex to form a detergent solution comprising a nucleic acid-lipid complex and non-cationic lipids; and

(c)    dialyzing the detergent solution of step (b) to provide a solution of serum-stable nucleic acid-lipid particles, wherein the nucleic acid is encapsulated in a lipid bilayer and the particles are serum-stable and have a size of from about 50 to about 150 nm.

[0142] An initial solution of coated nucleic acid-lipid complexes is formed by combining the nucleic acid with the cationic lipids in a detergent solution.

[0143] In these embodiments, the detergent solution is preferably an aqueous solution of a neutral detergent having a critical micelle concentration of 15-300 mM, more preferably 20-50 mM. Examples of suitable detergents include, for example, N,N'-((octanoylimino)-bis-(trimethylene))-bis-(D-gluconamide) (BIGCHAP); BRIJ 35; Deoxy-BIGCHAP; dodecylpoly(ethylene glycol) ether; Tween 20; Tween 40; Tween 60; Tween 80; Tween

85; Mega 8; Mega 9; Zwittergent® 3-08; Zwittergent® 3-10; Triton X-405; hexyl-, heptyl-, octyl- and nonyl-β-D-glucopyranoside; and heptylthioglucopyranoside; with octyl β-D-glucopyranoside and Tween-20 being the most preferred. The concentration of detergent in the detergent solution is typically about 100 mM to about 2 M, preferably from about 200 mM to about 1.5 M.

[0144]    The cationic lipids and nucleic acids will typically be combined to produce a charge ratio (+/-) of about 1:1 to about 20:1, preferably in a ratio of about 1:1 to about 12:1, and more preferably in a ratio of about 2:1 to about 6:1. Additionally, the overall concentration of nucleic acid in solution will typically be from about 25 μg/mL to about 1 mg/mL, preferably from about 25 μg/mL to about 200 μg/mL, and more preferably from about 50 μg/mL to about 100 μg/mL. The combination of nucleic acids and cationic lipids in detergent solution is kept, typically at room temperature, for a period of time which is sufficient for the coated complexes to form. Alternatively, the nucleic acids and cationic lipids can be combined in the detergent solution and warmed to temperatures of up to about 37°C. For nucleic acids which are particularly sensitive to temperature, the coated complexes can be formed at lower temperatures, typically down to about 4°C.

[0145]    In a preferred embodiment, the nucleic acid to lipid ratios (mass/mass ratios) in a formed nucleic acid-lipid particle will range from about 0.01 to about 0.08. The ratio of the starting materials also falls within this range because the purification step typically removes the unencapsulated nucleic acid as well as the empty liposomes. In another preferred embodiment, the nucleic acid-lipid particle preparation uses about 400 μg nucleic acid per 10 mg total lipid or a nucleic acid to lipid ratio of about 0.01 to about 0.08 and, more preferably, about 0.04, which corresponds to 1.25 mg of total lipid per 50 μg of nucleic acid.

[0146]    The detergent solution of the coated nucleic acid-lipid complexes is then contacted with non-cationic lipids to provide a detergent solution of nucleic acid-lipid complexes and non-cationic lipids. The non-cationic lipids which are useful in this step include, diacylphosphatidylcholine, diacylphosphatidylethanolamine, ceramide, sphingomyelin, cephalin, cardiolipin, and cerebrosides. In preferred embodiments, the non-cationic lipids are diacylphosphatidylcholine, diacylphosphatidylethanolamine, ceramide or sphingomyelin. The acyl groups in these lipids are preferably acyl groups derived from fatty acids having $C_{10}$-$C_{24}$ carbon chains. More preferably the acyl groups are lauroyl, myristoyl, palmitoyl, stearoyl or oleoyl. In particularly preferred

38

embodiments, the non-cationic lipid will be 1,2-*sn*-dioleoylphosphatidylethanolamine (DOPE), palmitoyl oleoyl phosphatidylcholine (POPC), egg phosphatidylcholine (EPC), distearoylphosphatidylcholine (DSPC), cholesterol, or a mixture thereof. In the most preferred embodiments, the nucleic acid-lipid particles will be fusogenic particles with enhanced properties *in vivo* and the non-cationic lipid will be DSPC or DOPE. In addition, the nucleic acid-lipid particles of the present invention may further comprise cholesterol. In other preferred embodiments, the non-cationic lipids will further comprise polyethylene glycol-based polymers such as PEG 2000, PEG 5000 and polyethylene glycol conjugated to a diacylglycerol, a ceramide or a phospholipid, as described in U.S. Patent No. 5,820,873 and U.S. Patent Publication No. 20030077829. In further preferred embodiments, the non-cationic lipids will further comprise polyethylene glycol-based polymers such as PEG 2000, PEG 5000 and polyethylene glycol conjugated to a dialkyloxypropyl.

[0147] The amount of non-cationic lipid which is used in the present methods is typically about 2 to about 20 mg of total lipids to 50 µg of nucleic acid. Preferably the amount of total lipid is from about 5 to about 10 mg per 50 µg of nucleic acid.

[0148] Following formation of the detergent solution of nucleic acid-lipid complexes and non-cationic lipids, the detergent is removed, preferably by dialysis. The removal of the detergent results in the formation of a lipid-bilayer which surrounds the nucleic acid providing serum-stable nucleic acid-lipid particles which have a size of from about 50 nm to about 150 nm, more typically about 100 nm to about 130 nm, most typically about 110 nm to about 115 nm. The particles thus formed do not aggregate and are optionally sized to achieve a uniform particle size.

[0149] The serum-stable nucleic acid-lipid particles can be sized by any of the methods available for sizing liposomes. The sizing may be conducted in order to achieve a desired size range and relatively narrow distribution of particle sizes.

[0150] Several techniques are available for sizing the particles to a desired size. One sizing method, used for liposomes and equally applicable to the present particles is described in U.S. Patent No. 4,737,323. Sonicating a particle suspension either by bath or probe sonication produces a progressive size reduction down to particles of less than about 50 nm in size. Homogenization is another method which relies on shearing energy to fragment larger particles into smaller ones. In a typical homogenization procedure, particles are recirculated through a standard emulsion homogenizer until selected particle

39

sizes, typically between about 60 and 80 nm, are observed. In both methods, the particle size distribution can be monitored by conventional laser-beam particle size discrimination, or QELS.

[0151]    Extrusion of the particles through a small-pore polycarbonate membrane or an asymmetric ceramic membrane is also an effective method for reducing particle sizes to a relatively well-defined size distribution. Typically, the suspension is cycled through the membrane one or more times until the desired particle size distribution is achieved. The particles may be extruded through successively smaller-pore membranes, to achieve a gradual reduction in size.

[0152]    In another group of embodiments, the present invention provides a method for the preparation of serum-stable nucleic acid-lipid particles, comprising:

(a) preparing a mixture comprising cationic lipids and non-cationic lipids in an organic solvent;

(b) contacting an aqueous solution of nucleic acid with said mixture in step (a) to provide a clear single phase; and

(c) removing said organic solvent to provide a suspension of nucleic acid-lipid particles, wherein said nucleic acid is encapsulated in a lipid bilayer, and said particles are stable in serum and have a size of from about 50 to about 150 nm.

[0153]    The nucleic acids (or plasmids), cationic lipids and non-cationic lipids which are useful in this group of embodiments are as described for the detergent dialysis methods above.

[0154]    The selection of an organic solvent will typically involve consideration of solvent polarity and the ease with which the solvent can be removed at the later stages of particle formation. The organic solvent, which is also used as a solubilizing agent, is in an amount sufficient to provide a clear single phase mixture of nucleic acid and lipids. Suitable solvents include, but are not limited to, chloroform, dichloromethane, diethylether, cyclohexane, cyclopentane, benzene, toluene, methanol, or other aliphatic alcohols such as propanol, isopropanol, butanol, tert-butanol, iso-butanol, pentanol and hexanol. Combinations of two or more solvents may also be used in the present invention.

[0155]    Contacting the nucleic acid with the organic solution of cationic and non-cationic lipids is accomplished by mixing together a first solution of nucleic acid, which is typically an aqueous solution, and a second organic solution of the lipids. One of skill in

WO 2005/121348                                                    PCT/CA2005/000886

the art will understand that this mixing can take place by any number of methods, for example by mechanical means such as by using vortex mixers.

[0156] After the nucleic acid has been contacted with the organic solution of lipids, the organic solvent is removed, thus forming an aqueous suspension of serum-stable nucleic acid-lipid particles. The methods used to remove the organic solvent will typically involve evaporation at reduced pressures or blowing a stream of inert gas (e.g., nitrogen or argon) across the mixture.

[0157] The serum-stable nucleic acid-lipid particles thus formed will typically be sized from about 50 nm to about 150 nm, more typically about 100 nm to about 130 nm, most typically about 110 nm to about 115 nm. To achieve further size reduction or homogeneity of size in the particles, sizing can be conducted as described above.

[0158] In other embodiments, the methods will further comprise adding nonlipid polycations which are useful to effect the delivery to cells using the present compositions. Examples of suitable nonlipid polycations include, but are limited to, hexadimethrine bromide (sold under the brand name POLYBRENE®, from Aldrich Chemical Co., Milwaukee, Wisconsin, USA) or other salts of heaxadimethrine. Other suitable polycations include, for example, salts of poly-L-ornithine, poly-L-arginine, poly-L-lysine, poly-D-lysine, polyallylamine and polyethyleneimine.

[0159] In certain embodiments, the formation of the nucleic acid-lipid particles can be carried out either in a mono-phase system (e.g., a Bligh and Dyer monophase or similar mixture of aqueous and organic solvents) or in a two-phase system with suitable mixing.

[0160] When formation of the complexes is carried out in a mono-phase system, the cationic lipids and nucleic acids are each dissolved in a volume of the mono-phase mixture. Combination of the two solutions provides a single mixture in which the complexes form. Alternatively, the complexes can form in two-phase mixtures in which the cationic lipids bind to the nucleic acid (which is present in the aqueous phase), and "pull" it into the organic phase.

[0161] In another embodiment, the present invention provides a method for the preparation of nucleic acid-lipid particles, comprising:

      (a) contacting nucleic acids with a solution comprising non-cationic lipids and a detergent to form a nucleic acid-lipid mixture;

WO 2005/121348    PCT/CA2005/000886

(b) contacting cationic lipids with the nucleic acid-lipid mixture to neutralize a portion of the negative charge of the nucleic acids and form a charge-neutralized mixture of nucleic acids and lipids; and

(c) removing the detergent from the charge-neutralized mixture to provide the nucleic acid-lipid particles in which the nucleic acids are protected from degradation.

[0162]    In one group of embodiments, the solution of non-cationic lipids and detergent is an aqueous solution. Contacting the nucleic acids with the solution of non-cationic lipids and detergent is typically accomplished by mixing together a first solution of nucleic acids and a second solution of the lipids and detergent. One of skill in the art will understand that this mixing can take place by any number of methods, for example, by mechanical means such as by using vortex mixers. Preferably, the nucleic acid solution is also a detergent solution. The amount of non-cationic lipid which is used in the present method is typically determined based on the amount of cationic lipid used, and is typically of from about 0.2 to 5 times the amount of cationic lipid, preferably from about 0.5 to about 2 times the amount of cationic lipid used.

[0163]    In some embodiments, the nucleic acids are precondensed as described in, *e.g.*, U.S. Patent Application No. 09/744,103.

[0164]    The nucleic acid-lipid mixture thus formed is contacted with cationic lipids to neutralize a portion of the negative charge which is associated with the nucleic acids (or other polyanionic materials) present. The amount of cationic lipids used will typically be sufficient to neutralize at least 50 % of the negative charge of the nucleic acid. Preferably, the negative charge will be at least 70 % neutralized, more preferably at least 90 % neutralized. Cationic lipids which are useful in the present invention, include, for example, DLinDMA and, DLenDMA. These lipids and related analogs have been described in U.S. Provisional Patent Application Nos. 60/578,075, filed June 7, 2004; 60/610,746, filed September 17, 2004; and 60/679,427, filed May 9, 2005.

[0165]    Contacting the cationic lipids with the nucleic acid-lipid mixture can be accomplished by any of a number of techniques, preferably by mixing together a solution of the cationic lipid and a solution containing the nucleic acid-lipid mixture. Upon mixing the two solutions (or contacting in any other manner), a portion of the negative charge associated with the nucleic acid is neutralized. Nevertheless, the nucleic acid remains in an uncondensed state and acquires hydrophilic characteristics.

42

WO 2005/121348                                          PCT/CA2005/000886

[0166]   After the cationic lipids have been contacted with the nucleic acid-lipid mixture, the detergent (or combination of detergent and organic solvent) is removed, thus forming the nucleic acid-lipid particles.  The methods used to remove the detergent will typically involve dialysis.  When organic solvents are present, removal is typically accomplished by evaporation at reduced pressures or by blowing a stream of inert gas (*e.g.*, nitrogen or argon) across the mixture.

[0167]   The particles thus formed will typically be sized from about 50 nm to several microns, more typically about 50 nm to about 150 nm, even more typically about 100 nm to about 130 nm, most typically about 110 nm to about 115 nm.  To achieve further size reduction or homogeneity of size in the particles, the nucleic acid-lipid particles can be sonicated, filtered or subjected to other sizing techniques which are used in liposomal formulations and are known to those of skill in the art.

[0168]   In other embodiments, the methods will further comprise adding nonlipid polycations which are useful to effect the lipofection of cells using the present compositions.  Examples of suitable nonlipid polycations include, hexadimethrine bromide (sold under the brand name POLYBRENE®, from Aldrich Chemical Co., Milwaukee, Wisconsin, USA) or other salts of hexadimethrine.  Other suitable polycations include, for example, salts of poly-L-ornithine, poly-L-arginine, poly-L-lysine, poly-D-lysine, polyallylamine and polyethyleneimine.  Addition of these salts is preferably after the particles have been formed.

[0169]   In another aspect, the present invention provides methods for the preparation of nucleic acid-lipid particles, comprising:

(a) contacting an amount of cationic lipids with nucleic acids in a solution; the solution comprising from about 15-35 % water and about 65-85 % organic solvent and the amount of cationic lipids being sufficient to produce a +/- charge ratio of from about 0.85 to about 2.0, to provide a hydrophobic nucleic acid-lipid complex;

(b)contacting the hydrophobic, nucleic acid-lipid complex in solution with non-cationic lipids, to provide a nucleic acid-lipid mixture; and

(c)removing the organic solvents from the nucleic acid-lipid mixture to provide nucleic acid-lipid particles in which the nucleic acids are protected from degradation.

[0170]   The nucleic acids, non-cationic lipids, cationic lipids and organic solvents which are useful in this aspect of the invention are the same as those described for the methods

above which used detergents. In one group of embodiments, the solution of step (a) is a mono-phase. In another group of embodiments, the solution of step (a) is two-phase.

[0171]   In preferred embodiments, the non-cationic lipids are ESM, DOPE, DOPC, polyethylene glycol-based polymers (e.g., PEG 2000, PEG 5000, PEG-modified diacylglycerols, or PEG-modified dialkyloxypropyls), distearoylphosphatidylcholine (DSPC), DPPE, DMPE, 16:0 Monomethyl Phosphatidylethanolamine, 16:0 Dimethyl Phosphatidylethanolamine, 18:1 Trans Phosphatidylethanolamine, 18:0 18:1 Phosphatidylethanolamine (SOPE), 16:0 18:1 Phosphatidylethanolamine, DSPE, cholesterol, or combinations thereof. In still other preferred embodiments, the organic solvents are methanol, chloroform, methylene chloride, ethanol, diethyl ether or combinations thereof.

[0172]   In one embodiment, the nucleic acid is a plasmid from which an interfering RNA is transcribed; the cationic lipid is DLindMA, DLenDMA, DODAC, DDAB, DOTMA, DOSPA, DMRIE, DOGS or combinations thereof; the non-cationic lipid is ESM, DOPE, DAG-PEGs, distearoylphosphatidylcholine (DSPC), DPPE, DMPE, 16:0 Monomethyl Phosphatidylethanolamine, 16:0 Dimethyl Phosphatidylethanolamine, 18:1 Trans Phosphatidylethanolamine, 18:0 18:1 Phosphatidylethanolamine (SOPE), 16:0 18:1 Phosphatidylethanolamine DSPE, cholesterol, or combinations thereof (e.g. DSPC and PEG-DAA); and the organic solvent is methanol, chloroform, methylene chloride, ethanol, diethyl ether or combinations thereof.

[0173]   As above, contacting the nucleic acids with the cationic lipids is typically accomplished by mixing together a first solution of nucleic acids and a second solution of the lipids, preferably by mechanical means such as by using vortex mixers. The resulting mixture contains complexes as described above. These complexes are then converted to particles by the addition of non-cationic lipids and the removal of the organic solvent. The addition of the non-cationic lipids is typically accomplished by simply adding a solution of the non-cationic lipids to the mixture containing the complexes. A reverse addition can also be used. Subsequent removal of organic solvents can be accomplished by methods known to those of skill in the art and also described above.

[0174]   The amount of non-cationic lipids which is used in this aspect of the invention is typically an amount of from about 0.2 to about 15 times the amount (on a mole basis) of cationic lipids which was used to provide the charge-neutralized nucleic acid-lipid

WO 2005/121348                                                    PCT/CA2005/000886

complex. Preferably, the amount is from about 0.5 to about 9 times the amount of cationic lipids used.

[0175]   In yet another aspect, the present invention provides nucleic acid-lipid particles which are prepared by the methods described above. In these embodiments, the nucleic acid-lipid particles are either net charge neutral or carry an overall charge which provides the particles with greater gene lipofection activity. Preferably, the nucleic acid component of the particles is a nucleic acid which interferes with the production of an undesired protein. In a preferred embodiment, the nucleic acid comprises an interfering RNA, the non-cationic lipid is egg sphingomyelin and the cationic lipid is DLinDMA or DLenDMA. In a preferred embodiment, the nucleic acid comprises an interfering RNA, the non-cationic lipid is a mixture of DSPC and cholesterol, and the cationic lipid is DLinDMA or DLenDMA. In other preferred embodiments, the non-cationic lipid may further comprise cholesterol.

[0176]   A variety of general methods for making SNALP-CPLs (CPL-containing SNALPs) are discussed herein. Two general techniques include "post-insertion" technique, that is, insertion of a CPL into for example, a pre-formed SNALP, and the "standard" technique, wherein the CPL is included in the lipid mixture during for example, the SNALP formation steps. The post-insertion technique results in SNALPs having CPLs mainly in the external face of the SNALP bilayer membrane, whereas standard techniques provide SNALPs having CPLs on both internal and external faces. The method is especially useful for vesicles made from phospholipids (which can contain cholesterol) and also for vesicles containing PEG-lipids (such as PEG-DAAs and PEG-DAGs). Methods of making SNALP-CPL, are taught, for example, in U.S. Patent Nos. 5,705,385, 6,586,410, 5,981,501 6,534,484; 6,852,334; U.S. Patent Publication No. 20020072121; and WO 00/62813.

**Administration of Nucleic acid-lipid Particle Formulations**

[0177]   Once formed, the serum-stable nucleic acid-lipid particles of the present invention are useful for the introduction of nucleic acids into cells. Accordingly, the present invention also provides methods for introducing a nucleic acids (*e.g.*, a plasmid or and siRNA) into a cell. The methods are carried out *in vitro* or *in vivo* by first forming the particles as described above and then contacting the particles with the cells for a period of time sufficient for delivery of the nucleic acid to the cell to occur.

[0178]    The nucleic acid-lipid particles of the present invention can be adsorbed to almost any cell type with which they are mixed or contacted. Once adsorbed, the particles can either be endocytosed by a portion of the cells, exchange lipids with cell membranes, or fuse with the cells. Transfer or incorporation of the nucleic acid portion of the particle can take place via any one of these pathways. In particular, when fusion takes place, the particle membrane is integrated into the cell membrane and the contents of the particle combine with the intracellular fluid.

[0179]    The nucleic acid-lipid particles of the present invention can be administered either alone or in mixture with a physiologically-acceptable carrier (such as physiological saline or phosphate buffer) selected in accordance with the route of administration and standard pharmaceutical practice. Generally, normal saline will be employed as the pharmaceutically acceptable carrier. Other suitable carriers include, *e.g.*, water, buffered water, 0.4% saline, 0.3% glycine, and the like, including glycoproteins for enhanced stability, such as albumin, lipoprotein, globulin, *etc.*

[0180]    The pharmaceutical carrier is generally added following particle formation. Thus, after the particle is formed, the particle can be diluted into pharmaceutically acceptable carriers such as normal saline.

[0181]    The concentration of particles in the pharmaceutical formulations can vary widely, *i.e.*, from less than about 0.05%, usually at or at least about 2-5% to as much as 10 to 30% by weight and will be selected primarily by fluid volumes, viscosities, *etc.*, in accordance with the particular mode of administration selected. For example, the concentration may be increased to lower the fluid load associated with treatment. This may be particularly desirable in patients having atherosclerosis-associated congestive heart failure or severe hypertension. Alternatively, particles composed of irritating lipids may be diluted to low concentrations to lessen inflammation at the site of administration.

[0182]    The pharmaceutical compositions of the present invention may be sterilized by conventional, well known sterilization techniques. Aqueous solutions can be packaged for use or filtered under aseptic conditions and lyophilized, the lyophilized preparation being combined with a sterile aqueous solution prior to administration. The compositions can contain pharmaceutically acceptable auxiliary substances as required to approximate physiological conditions, such as pH adjusting and buffering agents, tonicity adjusting agents and the like, for example, sodium acetate, sodium lactate, sodium chloride, potassium chloride, and calcium chloride. Additionally, the particle suspension may

46

include lipid-protective agents which protect lipids against free-radical and lipid-peroxidative damages on storage. Lipophilic free-radical quenchers, such as alphatocopherol and water-soluble iron-specific chelators, such as ferrioxamine, are suitable.

[0183]    The nucleic acid-lipid particles can be incorporated into a broad range of topical dosage forms including, but not limited to, gels, oils, emulsions, topical creams, pastes, ointments, lotions and the like.

### E.    *In vivo* administration

[0184]    Systemic delivery for *in vivo* gene therapy, *i.e.*, delivery of a therapeutic nucleic acid to a distal target cell via body systems such as the circulation, has been achieved using nucleic acid-lipid particles such as those disclosed in WO 96/40964, U.S. Patent Nos. 5,705,385, 5,976,567, 5,981,501, and 6,410,328. This latter format provides a fully encapsulated nucleic acid-lipid particle that protects the nucleic acid from nuclease degradation in serum, is nonimmunogenic, is small in size and is suitable for repeat dosing.

[0185]    For *in vivo* administration, administration can be in any manner known in the art, *e.g.*, by injection, oral administration, inhalation, transdermal application, or rectal administration. Administration can be accomplished via single or divided doses. The pharmaceutical compositions are preferably administered parenterally, *i.e.*, intraarticularly, intravenously, intraperitoneally, subcutaneously, or intramuscularly. More preferably, the pharmaceutical compositions are administered intravenously or intraperitoneally by a bolus injection (*see, e.g.*, Stadler, *et al.*, U.S. Patent No. 5,286,634). Intracellular nucleic acid delivery has also been discussed in Straubringer, *et al.*, *Methods Enzymol*, Academic Press, New York. 101:512 (1983); Mannino, *et al.*, *Biotechniques* 6:682 (1988); Nicolau, *et al.*, *Crit. Rev. Ther. Drug Carrier Syst.* 6:239 (1989), and Behr, *Acc. Chem. Res.* 26:274 (1993). Still other methods of administering lipid based therapeutics are described in, for example, Rahman *et al.*, U.S. Patent No. 3,993,754; Sears, U.S. Patent No. 4,145,410; Papahadjopoulos *et al.*, U.S. Patent No. 4,235,871; Schneider, U.S. Patent No. 4,224,179; Lenk *et al.*, U.S. Patent No. 4,522,803; and Fountain *et al.*, U.S. Patent No. 4,588,578. The lipid nucleic acid particles can be administered by direct injection at the site of disease or by injection at a site distal from the site of disease (*see, e.g.*, Culver, HUMAN GENE THERAPY, MaryAnn Liebert, Inc., Publishers, New York. pp.70-71(1994)).

[0186]    The compositions of the present invention, either alone or in combination with other suitable components, can be made into aerosol formulations (i.e., they can be "nebulized") to be administered via inhalation (see, Brigham, *et al.*, *Am. J. Sci.* 298(4):278 (1989)).  Aerosol formulations can be placed into pressurized acceptable propellants, such as dichlorodifluoromethane, propane, nitrogen, and the like.

[0187]    Formulations suitable for parenteral administration, such as, for example, by intraarticular (in the joints), intravenous, intramuscular, intradermal, intraperitoneal, and subcutaneous routes, include aqueous and non-aqueous, isotonic sterile injection solutions, which can contain antioxidants, buffers, bacteriostats, and solutes that render the formulation isotonic with the blood of the intended recipient, and aqueous and non-aqueous sterile suspensions that can include suspending agents, solubilizers, thickening agents, stabilizers, and preservatives.  In the practice of this invention, compositions can be administered, for example, by intravenous infusion, orally, topically, intraperitoneally, intravesically or intrathecally.

[0188]    Formulations suitable for oral administration can consist of (a) liquid solutions, such as an effective amount of the packaged nucleic acid suspended in diluents, such as water, saline or PEG 400; (b) capsules, sachets or tablets, each containing a predetermined amount of the active ingredient, as liquids, solids, granules or gelatin; (c) suspensions in an appropriate liquid; and (d) suitable emulsions.  Tablet forms can include one or more of lactose, sucrose, mannitol, sorbitol, calcium phosphates, corn starch, potato starch, microcrystalline cellulose, gelatin, colloidal silicon dioxide, talc, magnesium stearate, stearic acid, and other excipients, colorants, fillers, binders, diluents, buffering agents, moistening agents, preservatives, flavoring agents, dyes, disintegrating agents, and pharmaceutically compatible carriers.  Lozenge forms can comprise the active ingredient in a flavor, e.g., sucrose, as well as pastilles comprising the active ingredient in an inert base, such as gelatin and glycerin or sucrose and acacia emulsions, gels, and the like containing, in addition to the active ingredient, carriers known in the art.

[0189]    Generally, when administered intravenously, the nucleic acid-lipid formulations are formulated with a suitable pharmaceutical carrier.  Many pharmaceutically acceptable carriers may be employed in the compositions and methods of the present invention. Suitable formulations for use in the present invention are found, for example, in REMINGTON'S PHARMACEUTICAL SCIENCES, Mack Publishing Company, Philadelphia, PA, 17th ed. (1985).  A variety of aqueous carriers may be used, for

example, water, buffered water, 0.4% saline, 0.3% glycine, and the like, and may include glycoproteins for enhanced stability, such as albumin, lipoprotein, globulin, etc. Generally, normal buffered saline (135-150 mM NaCl) will be employed as the pharmaceutically acceptable carrier, but other suitable carriers will suffice. These compositions can be sterilized by conventional liposomal sterilization techniques, such as filtration. The compositions may contain pharmaceutically acceptable auxiliary substances as required to approximate physiological conditions, such as pH adjusting and buffering agents, tonicity adjusting agents, wetting agents and the like, for example, sodium acetate, sodium lactate, sodium chloride, potassium chloride, calcium chloride, sorbitan monolaurate, triethanolamine oleate, etc. These compositions can be sterilized using the techniques referred to above or, alternatively, they can be produced under sterile conditions. The resulting aqueous solutions may be packaged for use or filtered under aseptic conditions and lyophilized, the lyophilized preparation being combined with a sterile aqueous solution prior to administration.

[0190] When preparing pharmaceutical preparations of the nucleic acid-lipid particles of the invention, it is preferable to use quantities of the particles which have been purified to reduce or eliminate empty particles or particles with nucleic acid associated with the external surface.

[0191] The methods of the present invention may be practiced in a variety of hosts. Preferred hosts include mammalian species, such as avian (*e.g.*, ducks), primates (*e.g.*, humans and chimpanzees as well as other nonhuman primates), canines, felines, equines, bovines, ovines, caprines, rodents (*e.g.*, rats and mice), lagomorphs, and swine.

[0192] The amount of particles administered will depend upon the ratio of nucleic acid to lipid; the particular nucleic acid used, the disease state being diagnosed; the age, weight, and condition of the patient and the judgment of the clinician; but will generally be between about 0.01 and about 50 mg per kilogram of body weight; preferably between about 0.1 and about 5 mg/kg of body weight or about $10^8$-$10^{10}$ particles per injection.

## F.   Cells for delivery of interfering RNA

[0193] The compositions and methods of the present invention are used to treat a wide variety of cell types, *in vivo* and *in vitro*. Suitable cells include, *e.g.*, hematopoietic precursor (stem) cells, fibroblasts, keratinocytes, hepatocytes, endothelial cells, skeletal and smooth muscle cells, osteoblasts, neurons, quiescent lymphocytes, terminally

differentiated cells, slow or noncycling primary cells, parenchymal cells, lymphoid cells, epithelial cells, bone cells, and the like.

[0194]    *In vivo* delivery of nucleic acid lipid particles encapsulating an interfering RNA is particularly suited for targeting tumor cells of any cell type. *In vivo* studies show that SNALP's accumulate at tumor sites and predominantly transfect tumor cells. See, Fenske, *et al., Methods Enzymol*, Academic Press, New York 346:36 (2002). The methods and compositions can be employed with cells of a wide variety of vertebrates, including mammals, and especially those of veterinary importance, *e.g*, canine, feline, equine, bovine, ovine, caprine, rodent, lagomorph, swine, etc., in addition to human cell populations.

[0195]    To the extent that tissue culture of cells may be required, it is well known in the art. Freshney (1994) (Culture of Animal Cells, a Manual of Basic Technique, third edition Wiley-Liss, New York), Kuchler *et al.* (1977) Biochemical Methods in Cell Culture and Virology, Kuchler, R.J., Dowden, Hutchinson and Ross, Inc., and the references cited therein provides a general guide to the culture of cells. Cultured cell systems often will be in the form of monolayers of cells, although cell suspensions are also used.

### G.    Detection of SNALPs

[0196]    In some embodiments, the nucleic acid-lipid particles are detectable in the subject 8, 12, 24, 48, 60, 72, or 96 hours after administration of the particles. The presence of the particles can be detected in the cells, tissues, or other biological samples from the subject. The particles by be detected, *e.g.*, by direct detection of the particles, detection of the interfering RNA sequence, detection of the target sequence of interest (*i.e.*, by detecting expression or reduced expression of the sequence of interest), or a combination thereof.

### 1.    Detection of Particles

[0197]    Nucleic acid-lipid particles are detected herein using any methods known in the art. For example, a label can be coupled directly or indirectly to a component of the SNALP or other lipid-based carrier system using methods well known in the art. A wide variety of labels can be used, with the choice of label depending on sensitivity required, ease of conjugation with the SNALP component, stability requirements, and available instrumentation and disposal provisions. Suitable labels include, but are not limited to,

WO 2005/121348  PCT/CA2005/000886

spectral labels, such as fluorescent dyes (*e.g.*, fluorescein and derivatives, such as fluorescein isothiocyanate (FITC) and Oregon Green™; rhodamine and derivatives, such Texas red, tetrarhodimine isothiocynate (TRITC), etc., digoxigenin, biotin, phycoerythrin, AMCA, CyDyes™, and the like; radiolabels, such as $^{3}H$, $^{125}I$, $^{35}S$, $^{14}C$, $^{32}P$, $^{33}P$, etc.; enzymes, such as horse radish peroxidase, alkaline phosphatase, etc.; spectral colorimetric labels, such as colloidal gold or colored glass or plastic beads, such as polystyrene, polypropylene, latex, etc. The label can be detected using any means known in the art.

### 2.    Detection of Nucleic Acids

[0198]    Nucleic acids are detected and quantified herein by any of a number of means well known to those of skill in the art. The detection of nucleic acids proceeds by well known methods such as Southern analysis, northern analysis, gel electrophoresis, PCR, radiolabeling, scintillation counting, and affinity chromatography. Additional analytic biochemical methods such as spectrophotometry, radiography, electrophoresis, capillary electrophoresis, high performance liquid chromatography (HPLC), thin layer chromatography (TLC), hyperdiffusion chromatography, may also be employed

[0199]    The selection of a nucleic acid hybridization format is not critical. A variety of nucleic acid hybridization formats are known to those skilled in the art. For example, common formats include sandwich assays and competition or displacement assays. Hybridization techniques are generally described in "Nucleic Acid Hybridization, A Practical Approach," Ed. Hames, B.D. and Higgins, S.J., IRL Press, 1985.

[0200]    The sensitivity of the hybridization assays may be enhanced through use of a nucleic acid amplification system which multiplies the target nucleic acid being detected. *In vitro* amplification techniques suitable for amplifying sequences for use as molecular probes or for generating nucleic acid fragments for subsequent subcloning are known. Examples of techniques sufficient to direct persons of skill through such *in vitro* amplification methods, including the polymerase chain reaction (PCR) the ligase chain reaction (LCR), Qβ-replicase amplification and other RNA polymerase mediated techniques (*e.g.*, NASBA™) are found in Sambrook, *et al.*, In *Molecular Cloning: A Laboratory Manual*, Cold Spring Harbor Laboratory Press, 2000, and Ausubel *et al.*, SHORT PROTOCOLS IN MOLECULAR BIOLOGY, eds., Current Protocols, a joint venture between Greene Publishing Associates, Inc. and John Wiley & Sons, Inc., (2002), as well as Mullis *et al.* (1987), U.S. Patent No. 4,683,202; PCR Protocols A Guide to Methods

and Applications (Innis *et al.* eds) Academic Press Inc. San Diego, CA (1990) (Innis); Arnheim & Levinson (October 1, 1990), *C&EN* 36; The *Journal Of NIH Research*, 3:81 (1991); (Kwoh *et al.*, *Proc. Natl. Acad. Sci. USA*, 86:1173 (1989); Guatelli *et al.*, *Proc. Natl. Acad. Sci. USA*, 87:1874 (1990); Lomell *et al.*, *J. Clin. Chem.*, 35:1826 (1989); Landegren *et al.*, *Science*, 241:1077 (1988); Van Brunt, *Biotechnology*, 8:291 (1990); Wu and Wallace, *Gene*, 4:560 (1989); Barringer *et al.*, *Gene*, 89:117 (1990), and Sooknanan and Malek, *Biotechnology*, 13:563 (1995). Improved methods of cloning *in vitro* amplified nucleic acids are described in Wallace *et al.*, U.S. Pat. No. 5,426,039. Other methods described in the art are the nucleic acid sequence based amplification (NASBA™, Cangene, Mississauga, Ontario) and Q Beta Replicase systems. These systems can be used to directly identify mutants where the PCR or LCR primers are designed to be extended or ligated only when a select sequence is present. Alternatively, the select sequences can be generally amplified using, for example, nonspecific PCR primers and the amplified target region later probed for a specific sequence indicative of a mutation.

[0201] Oligonucleotides for use as probes, *e.g.*, in *in vitro* amplification methods, for use as gene probes, or as inhibitor components are typically synthesized chemically according to the solid phase phosphoramidite triester method described by Beaucage and Caruthers, *Tetrahedron Letts.*, 22(20):1859 1862 (1981), *e.g.*, using an automated synthesizer, as described in Needham VanDevanter *et al.*, *Nucleic Acids Res.*, 12:6159 (1984). Purification of oligonucleotides, where necessary, is typically performed by either native acrylamide gel electrophoresis or by anion exchange HPLC as described in Pearson and Regnier, *J. Chrom.*, 255:137 149 (1983). The sequence of the synthetic oligonucleotides can be verified using the chemical degradation method of Maxam and Gilbert (1980) in Grossman and Moldave (eds.) Academic Press, New York, *Methods in Enzymology*, 65:499.

[0202] An alternative means for determining the level of transcription is *in situ* hybridization. In situ hybridization assays are well known and are generally described in Angerer *et al.*, *Methods Enzymol.*, 152:649 (1987). In an in situ hybridization assay cells are fixed to a solid support, typically a glass slide. If DNA is to be probed, the cells are denatured with heat or alkali. The cells are then contacted with a hybridization solution at a moderate temperature to permit annealing of specific probes that are labeled. The probes are preferably labeled with radioisotopes or fluorescent reporters.

## H.   Transfection Efficiency

[0203]   The transfection efficiency of the nucleic acid-lipid particles described herein can be optimized using an ERP assay. For example, the ERP assay can be used to distinguish the effect of various cationic lipids, non-cationic lipids, and bilayer stabilizing components of the SNALPs based on their relative effect on binding/uptake or fusion with/destabilization of the endosomal membrane. This assay allows one to determine quantitatively how each component of the SNALPs affects transfection efficacy, thereby optimizing the SNALPs. As explained herein, the Endosomal Release Parameter or, alternatively, ERP is defined as:

$$\frac{\text{REPORTER GENE EXPRESSION/CELL}}{\text{SNALP UPTAKE/CELL}}$$

[0204]   It will be readily apparent to those of skill in the art that any reporter gene (*e.g.*, luciferase, β-galactosidase, green fluorescent protein, *etc.*) can be used. In addition, the lipid component (or, alternatively, any component of the SNALP or lipid-based formulation) can be labeled with any detectable label provided the does inhibit or interfere with uptake into the cell. Using the ERP assay of the present invention, one of skill in the art can assess the impact of the various lipid components (*e.g.*, cationic lipid of Formula I or II, non-cationic lipid, PEG-lipid derivative, PEG-DAA conjugate, ATTA-lipid derivative, calcium, CPLs, cholesterol, *etc.*) on cell uptake and transfection efficiencies, thereby optimizing the SPLP or other lipid-based carrier system. By comparing the ERPs for each of the various SPLPs or other lipid-based formulations, one can readily determine the optimized system, *e.g.*, the SPLP or other lipid-based formulation that has the greatest uptake in the cell coupled with the greatest transfection efficiency.

[0205]   Suitable labels for carrying out the ERP assay of the present invention include, but are not limited to, spectral labels, such as fluorescent dyes (*e.g.*, fluorescein and derivatives, such as fluorescein isothiocyanate (FITC) and Oregon Green⁰; rhodamine and derivatives, such Texas red, tetrarhodimine isothiocynate (TRITC), *etc.*, digoxigenin, biotin, phycoerythrin, AMCA, CyDyes⁰, and the like; radiolabels, such as $^3$H, $^{125}$I, $^{35}$S, $^{14}$C, $^{32}$P, $^{33}$P, *etc.*; enzymes, such as horse radish peroxidase, alkaline phosphatase, *etc.*; spectral colorimetric labels, such as colloidal gold or colored glass or plastic beads, such as polystyrene, polypropylene, latex, *etc.* The label can be coupled directly or indirectly to a component of the SNALP using methods well known in the art. As indicated above, a

53

WO 2005/121348                                                          PCT/CA2005/000886

wide variety of labels can be used, with the choice of label depending on sensitivity required, ease of conjugation with the SNALP component, stability requirements, and available instrumentation and disposal provisions.

[0206]    The invention will be described in greater detail by way of specific examples. The following examples are offered for illustrative purposes, and are not intended to limit the invention in any manner. Those of skill in the art will readily recognize a variety of noncritical parameters which can be changed or modified to yield essentially the same results.

## EXAMPLES

[0207]    The following examples are offered to illustrate, but not to limited the claimed invention.

Example 1:  Materials and Methods

[0208]    *Materials*: DPPS, 1,2-Distearoyl-*sn*-glycero-3-phosphocholine (DSPC) and cholesterol were purchased from Avanti Polar Lipids (Alabaster, AL). TNS was obtained from Sigma-Aldrich Canada (Oakville, ON). RiboGreen was obtained from Molecular Probes (Eugene, OR). The alkyl mesylates were purchased from Nu-Chek Prep, Inc. (Elysian, MN, USA). siRNA (anti-luciferase and mismatch control) was purchased from Dharmacon (Lafayette, CO, USA). The anti-luciferase sense sequence was 5'-G.A.U.U.A.U.G.U.C.C.G.G.U.U.A.U.G.U.A.U.U-3'. The anti-luciferase antisense sequence was 5'-U.A.C.A.U.A.A.C.C.G.G.A.C.A.U.A.A.U.C.U.U-3'. All other chemicals were purchased from Sigma-Aldrich (Oakville, ON, Canada).

[0209]    *Synthesis of DSDMA and DODMA*: DSDMA and DODMA were synthesized using the respective alkyl bromides with methodology derived from that of a DOTMA precursor (Felgner *et al*, *PNAS USA*, 84, 7413-7417 (1987)). 3-(Dimethylamino)-1,2-propanediol (714 mg, 6 mmol) and 95% sodium hydride (NaH, 1.26 g, 50 mmol) were stirred in benzene (30 mL) under argon for 30 minutes. The correct (either oleyl or stearyl) alkyl bromide (5.0 g, 15 mmol) was added and the reaction refluxed under argon for 18 hours. The reaction mixture was then cooled in an ice bath while quenching via the slow addition of ethanol. Following dilution with a further 150 mL of benzene, the mixture was washed with distilled water (2 x 150 mL) and brine (150 mL), using ethanol (~ 20 mL) to aid phase separation if necessary. The organic phase was dried over

54

WO 2005/121348                                                    PCT/CA2005/000886

magnesium sulphate and evaporated. The crude product was purified on a silica gel (Kiesel Gel 60) column eluted with chloroform containing 0–5% methanol. Column fractions were analyzed by thin layer chromatography (TLC) (silica gel, chloroform/methanol 9:1 v/v, visualized with molybdate) and fractions containing pure product ($R_f$ = 0.5) were pooled and concentrated. The product was decolorized by stirring for 30 minutes in a suspension of activated charcoal (1 g) in ethanol (75 mL) at 60°C. The charcoal was removed by filtration through Celite, and the ethanol solution concentrated to typically yield 2.4 g (65%) of pure product. $^1$H-NMR (DSDMA): $\delta_H$ 3.65-3.32 (m, 7H, OCH, 3 x OCH$_2$), 2.45-2.31 (m, 2H, NCH$_2$), 2.27 (s, 6H, 2 x NCH$_3$), 1.61-1.45 (m, 4H, OCH$_2$CH$_2$), 1.40-1.17 (m, 60H, H$_{stearyl}$), 0.86 (t, 6H, CH$_2$CH$_3$). $^1$H-NMR (DODMA): $\delta_H$ 5.4-5.27 (m, 4H, 2 x CH=CH), 3.65-3.35 (m, 7H, OCH, 3 x OCH$_2$), 2.47-2.33 (m, 2H, NCH$_2$), 2.28 (s, 6H, 2 x NCH$_3$), 2.06-1.94 (m, 8H, 4 x CH$_2$CH=CH), 1.61-1.50 (m, 4H, OCH$_2$CH$_2$), 1.38-1.20 (m, 48H, H$_{oleyl}$), 0.88 (t, 6H, CH$_2$CH$_3$).

[0210]  *Synthesis of 1,2-DiLinoleyloxy-N,N-dimethylaminopropane (DLinDMA) and 1,2-Dilinolenyloxy-N,N-dimethylaminopropane (DLenDMA)*:  3-(Dimethylamino)-1,2-propanediol (714 mg, 6 mmol) and 95% sodium hydride (NaH, 1.26 g, 50 mmol) are stirred in benzene (30 mL) under nitrogen for 30 minutes. Linoleyl mesylate (5.0 g, 15 mmol) is added and the reaction refluxed under nitrogen for 3 hours. The reaction mixture is then cooled in an ice bath while quenching via the slow addition of ethanol. Following dilution with a further 150 mL of benzene, the mixture is washed with distilled water (2 x 150 mL) and brine (150 mL). The organic phase is dried over magnesium sulphate and evaporated to give the crude product.

The crude product is purified on a silica gel (Kiesel Gel 60) column eluted with 0–5% methanol in chloroform. Column fractions are analyzed by thin layer chromatography (TLC) (silica gel, chloroform/methanol 9:1 v/v, visualized with molybdate dip) and fractions containing purified product ($R_f$ = 0.5) are pooled and concentrated.

[0211]  Decolorization and further purification of DLinDMA is effected with a second column, this time eluting with 20 – 50% ethyl acetate in hexane. Column fractions are analyzed by TLC (silica gel, ethyl acetate/hexane 1:1 v/v, visualized with molybdate) and fractions containing pure product ($R_f$ = 0.4) are pooled and concentrated. The procedure described herein typically yields 2.2 g (60%) of pure product.

WO 2005/121348                                                    PCT/CA2005/000886

[0212]    For synthesis of DLenDMA, linolenyl mesylate is substituted for linoleyl mesylate and the remainder of the synthesis, decolorization, and purification reactions is carried out as described above.

[0213]    *Synthesis of PEG$_{2000}$-C-DMA*:  PEG-C-DMA was synthesized as follows.  In brief, a $C_{14}$ lipid anchor was prepared by first alkylating the hydroxyl groups of 3-allyloxypropane-1,2-diol with myristyl bromide.  The allyl group was subsequently removed via palladium catalysis, resulting in the $C_{14}$ hydroxyl lipid.  The hydroxyl group was converted to the primary amine by mesylation and amination to yield 1,2-dimyristyloxypropyl-3-amine, the lipid anchor.  Conjugation with PEG was effected by treating monomethoxy poly(ethylene glycol) (average molecular weight 2000) with an excess of diphosgene to form the chloroformate.  Addition of the $C_{14}$ amine lipid anchor and stirring overnight yielded PEG$_{2000}$-C-DMA, referred to here as PEG-C-DMA.

[0214]    *SNALP Preparation*:  SNALP with a lipid composition of DSPC:Chol:PEG-C-DMA:Cationic Lipid (20:48:2:30 molar percent) were prepared using the spontaneous vesicle formation by ethanol dilution method [Jeffs et al., *Pharm. Res.* In Press (2005)].  The sample's were diafiltered against 100 mL of PBS (20 wash volumes) using a cross flow ultrafiltration cartridge (Amersham Biosciences, Piscataway, NJ) and sterile filtered through Acrodisc 0.2 µm Posidyne filters (Pall Corp., Ann Arbor, MI).  The siRNA concentration of final samples was determined using the RiboGreen assay and a siRNA standard curve.  Particle size and polydispersity was determined using a Malvern Instruments Zetasizer 3000HSA (Malvern, UK).  Nucleic acid encapsulation was determined using a RiboGreen assay, comparing fluorescence in the presence and absence of Triton X-100.  RiboGreen fluorescence was measured using a Varian Eclipse Spectrofluorometer (Varian Inc) with $\lambda_{ex}$ = 500 nm, $\lambda_{em}$ = 525 nm.

[0215]    *TNS Assay*:  20 µM of SNALP lipid and 6 µM of TNS were mixed in a fluorescence cuvette in 2mL of 20 mM sodium phosphate, 25 mM citrate, 20 mM ammonium acetate and 150 mM NaCl, at a pH that was varied from 4.5 to 9.5.  Fluorescence was determined at each pH using a Varian Eclipse Spectrofluorometer (Varian Inc) with settings of $\lambda_{ex}$=322 nm, $\lambda_{em}$=431 nm.  Fluorescence for each system at the various pH was then normalized to the value at pH 4.5.  The pK$_a$ values are the point at which 50% of the molecules present are charged.  By assuming that minimum fluorescence represents zero charge, and maximum fluorescence represents 100% charge,

$pK_a$ can be estimated by measuring the pH at the point exactly half way between the values of minimum and maximum charge.

[0216]    *$^{31}P$ Nuclear Magnetic Resonance Spectroscopy*: Multilamellar vesicles (MLV) were prepared comprising DPPS and cationic lipid at a molar ratio of 1:1. This was accomplished by drying the lipids from chloroform solution, transferring to 10 mm NMR tubes, and hydrating in 1.5 mL of 10 mM sodium citrate, pH 4. Free induction decays (FIDs) corresponding to 1000 scans were obtained with a 3.0 μs, 60o pulse with a 1 s interpulse delay and a spectral width of 25000 Hz. A gated two-level proton decoupling was used to ensure sufficient decoupling with minimum sample heating. An exponential multiplication corresponding to 50 Hz of line broadening was applied to the FIDs prior to Fourier transformation. The sample temperature (+/-1 oC) was regulated using a Bruker B-VT1000 variable temperature unit. Chemical shifts were referenced to 85% phosphoric acid as an external standard.

[0217]    *In vitro Transfection*: Cells were cultured in MEM (Invitrogen) containing 10% fetal bovine serum (FBS) (CanSera) and 0.25 mg/mL G418 (Invitrogen). Neuro2A-G cells (Neuro2A cells stably transfected to express luciferase [R.E. Kingston. in *Current Protocols in Molecular Biology*, Vol. 2, pp. 9.1.4 - 9.1.9, John Wiley & Sons, Inc. (1997)]) were plated at a concentration of $4x10^4$ cells per well in 24-well plates and grown overnight. Cells were treated with SNALP at doses of 0.0625 – 1.0 μg/mL nucleic acid (AntiLuc Active or Mismatch Control) and incubated for 48 hours at 37oC and 5% $CO_2$. Cells were then washed with PBS and lysed with 200 μL 250mM sodium phosphate containing 0.1% Triton X-100. The luciferase activity for each well was determined using Luciferase Reagent (Promega) and a standard luciferase protein (Roche). The luminescence for each was measured using a Berthold MicroLumatPlus LB96V plate luminometer. The resulting luciferase activity was then normalized for the amount of protein using the Micro BCA assay kit (Pierce). Luciferase knockdown relative to a control was then determined for each system.

[0218]    *Cellular Uptake*: SNALP were prepared incorporating the non-exchangeable tritium-labeled lipid cholesteryl hexadecyl ether (3H-CHE) (11.1 μCi/ μmol total lipid) [Bally et al., in *Liposome Technology*, Vol. III, pp. 27-41, CRC Press (1993)]. Neuro2A cells (ATCC, VA, USA) were plated in 12 well plates at 1.6x105 cells per well in minimal essential media. The following day, media was removed and replaced with media containing radiolabelled SNALP at 0.5μg/mL nucleic acid. After 24 hours, the media and

unincorporated SNALP were removed, adherent cells gently washed 4 times with PBS, and then lysed with 600μL Lysis Buffer (250 mM phosphate with 0.1% Triton X-100). The resulting cell lysate (500 μL) was added to glass scintillation vials containing 5 mL Picofluor 40 (Perkin Elmer) and $^3$H-CHE was determined using a Beckman LS6500 scintillation counter (Beckman Instruments). The protein content of cell lysates was determined using the Micro BCA assay (Pierce). Uptake was expressed as a percentage of the total amount of activity applied to the cells per mg of cellular protein.

[0219]    *Uptake of* SNALP *Containing Cy3-labeled siRNA:* SNALP were formulated as previously described, but using siRNA labelled with the fluorophore Cy3 (Cy3-siRNA was a gift of Sirna Therapeutics Inc, Boulder, CO). The encapsulation, siRNA concentration, and particle size were determined as described.

[0220]    For the uptake study, $8x10^4$ Neuro2A-G cells were grown overnight on 4-well chamber slides (BD Falcon, Mississauga, ON) in MEM containing 0.25mg/mL G418. DSDMA, DODMA, DLinDMA, and DLenDMA SNALP containing Cy3-siRNA, as well as naked Cy3-siRNA and unlabeled DSDMA SNALP were placed on the cells at 0.5μg/mL siRNA. After a 4 hour incubation with the transfection media, the cells were washed with PBS, then with MEM containing G418 and finally with PBS once more. The cells were then fixed in a 4% paraformaldehyde solution in PBS for 10 min at room temperature. The cells were washed with PBS and stained with 300 nM DAPI (Molecular Probes, Eugene, OR) in PBS for 5 minutes. The cells were washed with PBS, the mounting media ProLong Gold Antifade Reagent (Molecular Probes, Eugene, OR) applied and a cover slip added. The cells were viewed using an Olympus BX60 Microscope modified for fluorescence capabilities. Cy3 fluorescence within the cells was visualized using a rhodamine cube set (Microgen Optics, Redding, CA) and the DAPI fluorescence was visualized using a DAPI cube set (Carsen Group, Markham, ON). Digital pictures were captured using an Olympus DP70 camera system. Pictures of the cells were taken at exposure times of 1/4 sec when examining Cy3 fluorescence and 1/80 sec when examining DAPI fluorescence.

Example 2:  SNALP formulations encapsulating siRNA

[0221]    This example demonstrates encapsulating siRNA in SNALP formulated with either short- or long-chain PEG-DAG and produced by continuously mixing organic lipid and aqueous buffer solutions. PEG-DAG lipids employed were PEG-dimyristylglycerol ($C_{14}$) (PEG-DMG) and PEG-distearylglycerol ($C_{18}$) (PEG-DSG). Anti-β-galactosidase (β-

gal) siRNA encapsulated in DSPC:Cholesterol:DODMA:PEG-DMG/PEG-DSG SNALP by this method resulted in ≥ 90 % encapsulation (Ribogreen Assay) and ~120 nm particle size (Malvern sizer). The preparations had the following characteristics:

4 ml prep: anti-B-gal siRNA in DSPC:Chol:DODMA:PEG-DMG liposomes
     Initial mix = 94 % encapsulation
     Post dilution mix = 98 % encapsulation
     Post incubation mix = 97 % encapsulation
     Post overnight dialysis = 96 % encapsulation
     Particle size = 109.7 nm
     Polydispersity = 0.14

8 ml prep:  anti-B-gal siRNA in DSPC:Chol:DODMA:PEG-DMG liposomes
     Post dilution & incubated mix = 89 %
     Post overnight dialysis = 91 %
     Particle size = 127.5 nm
     Polydispersity = 0.11

8 ml prep:  anti-B-gal siRNA in DSPC: Chol:DODMA:PEG-DSG liposomes
     Post dilution & incubated mix = 90 %
     Post overnight dialysis = 90 %
     Post sterile-filter = 90 %
     Particle size = 111.6 nm
     Polydispersity = 0.24

Example 3:  Downregulation of intracellular expression in cells by delivering in vitro an SNALP formulation encapsulating siRNA.

[0222]    This example demonstrates downregulation of β-Gal expression in CT26.CL25 cells delivered *in vitro* DSPC:Cholesterol:DODMA:PEG-DMG liposomes encapsulating anti-β-Gal siRNA. The results are depicted in Figure 4.

[0223]    *In vitro* delivery of 0.2 µg Oligofectamine-encapsulated anti-β-Gal siRNA decreased β-Gal activity by about 60 % in comparison to unexposed control cells. Encapsulating 1.5 µg anti-β-Gal siRNA in DSPC:Cholesterol:DODMA:PEG-DMG liposomes decreased β-Gal activity by about 30 % in comparison to unexposed control cells.

Example 4:  Assays for Serum Stability

[0224]    Lipid/therapeutic nucleic acid particles formulated according to the above noted techniques can be assayed for serum stability by a variety of methods.

[0225]    For instance, in a typical DNase 1 digestion, 1 µg of DNA encapsulated in the particle of interest is incubated in a total volume of 100 µL of 5 mM HEPES, 150 mM NaCl, 10.0 mM $MgCl_2$ pH 7.4. DNase treated samples are treated with either 100 or 10 U

WO 2005/121348                                                    PCT/CA2005/000886

of DNase I (Gibco – BRL).  1.0 % Triton X-100 can be added in control experiments to ensure that lipid formulations are not directly inactivating the enzyme.  Samples are incubated at 37°C for 30 min after which time the DNA is isolated by addition of 500 µL of DNAZOL followed by 1.0 mL of ethanol.  The samples are centrifuged for 30 min at 15,000 rpm in a tabletop microfuge.  The supernatant is decanted and the resulting DNA pellet is washed twice with 80% ethanol and dried.  This DNA is resuspended in 30 µL of TE buffer.  20 µL of this sample is loaded on a 1.0% agarose gel and subjected to electrophoresis in TAE buffer.

[0226]    In a typical serum assay, 50 µg of DNA in free, encapsulated, or encapsulated + 0.5% Triton X100 was aliquoted into 1.5 mL Eppendorf tubes.  To the tubes were added 45 µl normal murine or human serum, dH2O (to make final volume 50 µL).  The tubes were sealed with parafilm and incubated at 37°C.  A sample of the free, encapsulated, or encapsulated + 0.5% Triton X100 not digested by nuclease (standard) was frozen in liquid nitrogen in an Eppendorf tube and stored at -20°C.  Aliquots were taken at various time points, added to GDP buffer containing proteinase K (133 µg/mL) and immediately frozen in liquid nitrogen to stop the reaction.  Once all of the time points were collected, the samples were incubated at 55°C in a waterbath to activate proteinase K enabling it to denature any remaining exonuclease.  Proteinase K digested samples were applied to polyacrylamide gels to assess levels of exonuclease degradation.

[0227]    Particles disclosed above demonstrate serum stability by showing less than 5% and preferably undetectable amounts of DNA degradation (partial or total) as a result of such treatment, even in the presence of 100 U DNase 1.  This compares favorably to free DNA, which is completely degraded, and plasmid/lipid complexes (such as DOTMA or DODAC:DOPE complexes), wherein DNA is substantially (*i.e.*, greater than 20%, often 80%) degraded after such treatment.

Example 5:  Characterization of SNALPs.

[0228]    This example describes disease site targeting and gene expression resulting from intravenous administration of SNALP encapsulating plasmids in tumor bearing mice.

[0229]    Plasmid DNA was encapsulated in small (diameter ~70 nm) nucleic acid-lipid particles (*i.e.*, SNALP) comprising comprise of one plasmid per particle, encapsulated within a lipid bilayer stabilized by the presence of a bilayer stabilizing component, such as a poly(ethyleneglycol) (PEG) coating.  SNALP exhibited extended circulation lifetimes

WO 2005/121348                                                              PCT/CA2005/000886

following intravenous administration and promoted delivery of intact plasmid to distal tumor sites resulting in reporter gene expression at the disease site.

[0230]    SNALP with long circulation times accumulated to levels corresponding to five to ten percent of the total injected dose per gram of tumor or greater than 1000 copies of plasmid DNA per cell, giving rise to levels of gene expression that were more than two orders of magnitude greater than those observed in any other tissue. Interestingly, although the liver accumulated 20-30 % of the total injected dose, very low levels of gene expression were observed in the liver. This is thought to be due to the limited hepatocellular uptake of the PEG-ylated SNALP. *See*, Figures 8-10

[0231]    The *in vivo* delivery and transfection potential of nucleic acid-lipid particles containing a bilayer stabilizing component was further enhanced through the incorporation of a cationic PEG lipid (CPL) consisting of a DSPE anchor, $PEG_{3400}$ spacer chain and a cationic head group. When CPL were incorporated into SNALP at concentrations of 2 to 4 mol % the resulting CPL-SNALP were of a similar size and stability as native SNALP. Incorporation of CPL resulted in a dramatic increase in intracellular delivery and a concomitant increase in transfection activity measured both *in vitro* and *in vivo*. Specifically, CPL-SNALP yielded $10^5$-fold more *in vitro* gene expression than native SNALP. When CPL-SNALP were administered intravenously they yielded a substantial (250 fold) increase in hepatic gene expression compared to native SNALP. The increase in CPL-SNALP potency was specific to the liver. The levels of gene expression measured in the lung, kidney, spleen or heart remained unchanged, contributing to more than two orders of magnitude differential in the gene expression measured in the liver vs. other organs.

[0232]    These results illustrate the potential for modulating the delivery properties of PEG-lipid containing systems while retaining the stability and small uniform size required to achieve systemic gene delivery. In particular they demonstrate that disease site targeting and tissue specific gene expression can be re-programmed by altering the lipid composition of non-viral gene delivery systems.

Example 6:  SNALPs containing PEG-DAG conjugates

[0233]    This example demonstrates the preparation of a series of PEG-diacylglycerol lipids (PEG-DAG) SNALPs. In this example, the encapsulated nucleic acid is a plasmid.

[0234]    PEG-DAG SNALP were prepared incorporating 10 mol percent PEG-dilaurylglycerol ($C_{12}$), PEG-dimyristylglycerol ($C_{14}$), PEG-dipalmitoylglycerol ($C_{16}$) or

WO 2005/121348                                                                    PCT/CA2005/000886

PEG-disterylglycerol ($C_{18}$) and evaluated for *in vitro* transfection activity, pharmacokinetics and the biodistribution of gene expression resulting from systemic administration in tumor bearing mice. PEG-DAG lipid containing SNALP demonstrated a similar relationship between acyl chain length and *in vitro* transfection activity to those containing PEG-ceramides. Shorter acyl chain anchors (dimyristyl ($C_{14}$) and dipalmitoyl ($C_{16}$)) resulted in SNALP particles that were less stable but have higher transfection activity *in vitro* than those incorporating longer acyl chain anchors (disteryl ($C_{18}$)). Evaluation of the pharmacokinetics of PEG-DAG containing SNALP confirmed a correlation between the stability of the PEG lipid component and the circulation lifetime of SNALP. SNALP containing PEG-dimyristylglycerol ($C_{14}$), PEG-dipalmitoylglycerol ($C_{16}$) and PEG-disterylglycerol ($C_{18}$) demonstrated circulation half-lives of 0.75, 7 and 15 hours respectively. Extended circulation lifetime in turn correlates with an increase in tumor delivery and concomitant gene expression.

[0235]   Upon intravenous administration, PEG-disterylglycerol ($C_{18}$) containing SNALP bypass so-called 'first pass' organs, including the lung, and elicited gene expression in distal tumor tissue. The level of reporter gene expression observed in tumors represents a 100 to 1000-fold differential over that observed in any other tissue. This compared well with the behavior of SNALP containing PEG-ceramide $C_{20}$. The incorporation of PEG-DAG in SNALP confirmed that small size, low surface charge and extended circulation lifetimes are prerequisite to the passive disease site targeting leading to accumulation of plasmid DNA and gene expression in tumors following systemic administration of non-viral transfection systems. *See,* Figures 5-10.

MATERIALS AND METHODS

*Materials*

[0236]   DOPE and DSPC were obtained from Northern Lipids (Vancouver, BC). DODAC and the PEG-diacylglycerols were manufactured by Inex Pharmaceuticals (Burnaby, BC). The other materials, HEPES, OGP and $^3$H-cholesteryl hexadecyl ether, were obtained from a number of different commercial sources.

[0237]   DOPE:DODAC:PEG-Diacylglycerols (82.5:7.5:10) large unilamellar vesicles were prepared via detergent dialysis in Hepes Buffered Saline (150 mM NaCl and 10 mM HEPES) for 48 hours. Lipid stock solutions were prepared in ethanol and then dried down to create a lipid film which was reconstituted in final 200mM OGP. LUVs were labeled

62

with $^3$H-cholesteryl hexadecyl ether at 1uCi/1mg lipid. Particle sizes were determined by nicomp analysis. Radioactivity was determined by scintillation counting with Picofluor20.

[0238] SNALP containing PEG-Diacyglycerols were formulated via detergent dialysis by varying the salt concentration to maximize the percent of DNA encapsulation. Optimal salt concentration was chosen for the 48 hour detergent dialysis. Empty vesicles were removed by one step sucrose centrifugation. 3.5 % sucrose was used to separate out the empty particles from the plasmid-containing PEG-Diacylglycerol formulations except for PEG-Dimyristylglycerol containing SNALP which used 5.0 % sucrose. Empty vesicles migrated to the top of the tube which were fractioned out and removed.

*In vitro Transfection*

[0239] 5 x 10$^4$ cells/ml were plated onto 24-well plates (1 ml). Cells were left to grow for 24 hours. 500 μl of transfection media (2.5μg/well) was added and then incubated for stated timepoints. Transfection media was aspirated after timepoint and then exposed to complete media for another 24 hours at 37°C in 5.0 % $CO_2$. Complete media was removed. Cells were washed with PBS twice and stored at -70°C until day of experiment. Cells were lysed with 150 μl of 1x CCLR containing protease inhibitors. Plates were shaken for 5 minutes. 20 μl of each sample were assayed in duplicate on a 96-well luminescence plate for luciferase activity.

*Pharmacokinetics, Biodistribution, and in vivo Gene Expression*

[0240] Pharmacokinetics and biodistribution were all determined by normalizing the data to the quantity of radioactivity present. Approximately 500 μl of blood was obtained by cardiac puncture. Red blood cells and plasma were separated by centrifugation (4°C, 3000 rpm, 10 minutes) and 100 μl of plasma was used to determine radioactive counts. Organs were harvested at specified timepoints and homogenized in lysing matrix tubes (Fast Prep , 2 x 15 seconds, 4.5 intensity) to assay a portion of the mixture.

[0241] Gene expression was determined by luciferase assay. Organs were harvested, homogenized, and kept on ice throughout the experiment. Lysates were centrifuged (10,000 rpm, 5 minutes) and 20 μl of supernatant were assayed in duplicate on a 96-well luminescence plate for luciferase activity. The results are depicted in Figures 7-10.

*In vitro Gene Silencing*

[0242] Cells were transfected with SPLP comprising PEG-lipid conjugates and containing a plasmid encoding luciferase under the control of the CMV promoter and SNALPs containing anti-luciferase siRNA, according to the methods described above.

63

Gene expression was determined by luciferase assay. The results are depicted in Figure 17.

Example 7:  Expression of nucleic acids encapsulated in SPLP comprising PEG-dialkyloxypropyl conjugates

[0243]    This examples describes experiments comparing expression of nucleic acids encapsulated in SPLP comprising PEG-dialkyloxypropyl conjugates.  All SPLP formulations comprise a plasmid encoding luiferase under the control of the CMV promoter (pLO55)

| Group | # Mice | Tumor | Route | Treatment | Route | # Doses | Timepoint | ASSAY*** |
|---|---|---|---|---|---|---|---|---|
| A | 4 | Neuro-2a | SC | PBS | IV | 1 | 48 hrs | Body weights, Blood analyses, Luciferase activity |
| B | 5 | Neuro-2a | SC | SPLP PEG-DSG | IV | 1 | 48 hrs | |
| C | 5 | Neuro-2a | SC | SPLP PEG-A-DSA | IV | 1 | 48 hrs | |
| D | 5 | Neuro-2a | SC | SPLP PEG-A-DPA | IV | 1 | 48 hrs | |
| E | 5 | Neuro-2a | SC | SPLP PEG-A-DMA | IV | 1 | 48 hrs | |

[0244]    The lipids (DSPC:CHOL:DODMA:PEG-Lipid ) were present in the SPLP in the following molar ratios (20:55:15:10).  The following formulations were made:

A:       PBS sterile filtered, 5 mL.

B:       pL055-SPLP with PEG-DSG, 2 mL at 0.50 mg/mL.

C:       pL055-SPLP with PEG-A-DSA, 2 mL at 0.50 mg/mL.

D:       pL055-SPLP with PEG-A-DPA, 2 mL at 0.50 mg/mL.

E:       pL055-SPLP with PEG-A-DMA, 2 mL at 0.50 mg/mL.

| Group | # Mice | Seeding date | Treatment | Injection date | Collection date |
|---|---|---|---|---|---|
| A | 4 | Day 0 | PBS | Day 12 | Day 14 |
| B | 5 | Day 0 | SPLP PEG-DSG | Day 12 | Day 14 |
| C | 5 | Day 0 | SPLP PEG-A-DSA | Day 12 | Day 14 |
| D | 5 | Day 0 | SPLP PEG-A-DPA | Day 12 | Day 14 |
| E | 5 | Day 0 | SPLP PEG-A-DMA | Day 12 | Day 14 |

[0245]    $1.5 \times 10^6$ Neuro2A cells were administered to each mouse on day 0.  When the tumors were of a suitable size ($200 - 400$ mm$^3$), mice were randomized and treated with one dose of an SPLP formulation or PBS by intravenous (IV) injection. Dose amounts are based on body weight measurements taken on the day of dosing.  48 hours after SPLP

64

WO 2005/121348                                                   PCT/CA2005/000886

administration, the mice were sacrificed, their blood was collected, and the following tissues were collected weighed, immediately frozen and stored at -80°C until further analysis: tumor, liver (cut in 2 halves), lungs, spleen & heart.

[0246]    Gene expression in collected tissues was determined by assaying for enzymatic activity of expressed luciferase reporter protein. The results are shown in Figures 11 and 12.

[0247]    The results indicate that SPLP comprising PEG-dialkyloxypropyls (*i.e.*, PEG-DAA) can conveniently be used to transfect distal tumor to substantially the same extent as SPLP comprising PEG-diacylglycerols. Moreover, the transfection levels seen with SPLP containing PEG-dialkyloxypropyl are similar to those seen with SPLP containing PEG-diacylglycerols (*e.g.* PEG-DSG). It was also shown that similar to the PEG-diacylglycerol system, very little transfection occurred in non-tumor tissues. Moreover, the SPLP comprising PEG-dialkyloxypropyls exhibit reduced toxicity compared to other SPLP formulations.

Example 8:  SNALPs containing PEG-dialkyloxypropyl conjugates

[0248]    This example described experiments analyzing the biodistribution (local and systemic) and pharmacokinetics of a series of PEG-dialkyloxypropyl lipids SNALPs (*i.e.*, SPLP containing encapsulated siRNA.

*Local Biodistribution*

[0249]    To determine the local distribution of SPLP resulting from systemic administration of anti-β galactosidase siRNA containing SNALP in Neuro-2a tumor bearing mice via fluorescent microscopy.

A:      PBS

B:      anti-βgal siRNA-Rhodamine-PE labeled-DSPC:Chol:DODMA:PEG-A-DMA SNALP (1:20:54:15:10)

| Group | Mice | Cells | Treatment | Timepoint | Assay |
|-------|------|-------|-----------|-----------|-------|
| A | 2 | Neuro2A | PBS | 24hr | Fluorescent Photomicroscopy |
| B | 5 | Neuro2A | anti-Bgal siRNA-Rhodamine-PE labeled-DSPC:Chol:DODMA:PEG-A-DMA | 24hr | Fluorescent Photomicroscopy |

[0250]    $1.5 \times 10^6$ Neuro2A cells were administered to each mouse on day 0. When the tumors were of a suitable size ($200 - 400$ mm$^3$, typically day 9-12)), mice were

WO 2005/121348                                                    PCT/CA2005/000886

randomized and treated with one dose of an SNALP formulation comprising 100 µg siRNA or PBS by intravenous (IV) injection in a total volume of 230 µl. Dose amounts are based on body weight measurements taken on the day of dosing. 24 hours after SPLP administration, the mice were sacrificed, their blood was collected, and the following tissues were collected weighed, immediately frozen and stored at -80C until further analysis: tumor, liver (cut in 2 halves), lungs, spleen & heart.

[0251]    Local distribution of the SNALP was determined by fluorescence microscopy. Accumulation of SNALP is seen in, *e.g.*, the liver, demonstrating the SNALP comprising PEG-dialkyloxypropyls are able to extravasate, *i.e.*, exit the circulation and home to a target tissue or organ.

*Pharmacokinetics and Systemic Biodistribution*

[0252]    This example illustrates the pharmacokinetics and biodistribution of SPLPs containing a plasmid encoding luciferase under the control of the CMV promoter (LO55) and SNALPs containing anti-luciferase siRNA in mice seeded subcutaneously with Neuro2A tumors.

| Group | Mice | Cells | Treatment | Timepoint (h) |
|-------|------|-------|-----------|---------------|
| A | 6 | Neuro2A | [3-H]CHE-L055-DSPC:Chol:DODMA:PEG-A-DMA | 0.25, 1, 4, 8, 24 |
| B | 6 | Neuro2A | [3-H]CHE-anti-luc siRNA-DSPC:Chol:DODMA:PEG-A-DMA | 0.25, 1, 4, 8, 24 |
| C | 6 | Neuro2A | [3-H]CHE-L055 -DSPC:Chol:DODMA:PEG-C-DMA | 0.25, 1, 4, 8, 24 |
| D | 6 | Neuro2A | [3-H]CHE-L055-pSPLP (PEI) | 0.25, 1, 4, 8, 24 |
| E | 6 | Neuro2A | [3-H]CHE-L055-DSPC:Chol:DODMA:PEG-DSG | 0.25, 1, 4, 8, 24 |

[0253]    All samples are to be provided at 0.5 mg/ml nucleic acid. The following SPLP and SNALP formulations were prepared:

A. [$^3$H] CHE-L055-DSPC:Chol:DODMA:PEG-A-DMA (20:55:15:10)

B. [$^3$H] CHE-anti-luc siRNA-DSPC:Chol:DODMA:PEG-A-DMA (20:55:15:10)

C. [$^3$H] CHE-L055 -DSPC:Chol:DODMA:PEG-C-DMA (20:55:15:10)

D. [$^3$H] CHE-L055-pSPLP (PEI) (*i.e.*, precondensed SPLP)

E. [$^3$H] CHE-L055-DSPC:Chol:DODMA:PEG-DSG (20:55:15:10)

WO 2005/121348                                                                PCT/CA2005/000886

| Group | # Mice | Seeding date | Treatment | Injection date | Collection date |
|-------|--------|--------------|-----------|----------------|-----------------|
| A | 6 | Day 0 | [3-H]CHE-L055-DSPC:Chol:DODMA:PEG-A-DMA | Day 12 | July31 |
| B | 6 | Day 0 | [3-H]CHE-anti-luc siRNA-DSPC:Chol:DODMA:PEG-A-DMA | Day 12 | July31 |
| C | 6 | Day 0 | [3-H]CHE-L055 -DSPC:Chol:DODMA:PEG-C-DMA | Day 13 | Day 14 |
| D | 6 | Day 0 | [3-H]CHE-L055-pSPLP (PEI) | Day 13 | Day 14 |
| E | 6 | Day 0 | [3-H]CHE-L055-DSPC:Chol:DODMA:PEG-DSG | Day 14 | Day 15 |

[0254]    30 male A/J mice (Jackson Laboratories) were seeded subcutaneously with Neuro 2A cells at a dose of $1.5 \times 10^6$ cells in a total volume of 50 µL phosphate buffered saline on day zero. After tumors reached appropriate size (typically on day 9 or later), 200 µl (100 µg nucleic acid) of the SPLP or SNALP preparations described above, were administered intravenously. 0.25, 1, 2, 4, and 8 hours after administration of SPLP or SNALP, mice were weighed and blood (typically 25 µL) was collected by tail nick. 24 hours after administration of SPLP or SNALP, mice were sacrificed, blood was collected and assayed for clearance of [$^3$H]CHE. Organs (e.g., liver, lung, spleen, kidney, heart) and tumors were collected and evaluated for [$^3$H]CHE accumulation. The results are shown in Figures 13-16.

[0255]    For all formulations, SPLP containing PEG-DSG remained in circulation the longest, with 50% of the injected dose remaining after 6 h. Interestingly, there appeared to be a initial rapid clearance of pSPLP within the first 15 minutes that was not seen for any other formulation. After 1h the clearance profile of the pSPLP was quite similar to SPLP. This initial rapid clearance for the pSPLP sample may indicate that there are actually two types of particles present, one that clears very rapidly and one that behaves very much like SPLP.

[0256]    Anti-Luc siRNA containing vesicles (SNALP) formulated with the C14 PEG-A-DMA showed more rapid clearance from blood than SPLP containing the C18 PEG-DSG. However, this SNALP formulation showed significantly slower blood clearance than SPLP formulated with the same PEG lipid. A possible reason for this result maybe that siRNA containing particles can evade the cellular immune system more readily than plasmid containing SPLP.

[0257]    SPLP comprising PEG-C-DMA demonstrated a rapid clearance from blood, which was substantially the same as that observed for SPLP comprising PEG-A-DMA. For both of these formulations, the plasma half lives were approximately 2 h, lower than for SPLP containing C18 PEG-lipids.

67

WO 2005/121348
PCT/CA2005/000886

[0258]   SPLP containing PEG-DSG had the highest tumor accumulation at 10.9 % inject dose per gram tissue.  The two SPLP formulations containing the C14 PEG-lipids, PEG-A-DMA and PEG-C-DMA, had much lower tumor accumulation of 6.1% and 5.9% injected dose per gram tissue.  The SiRNA SNALP had slightly more tumor accumulation than an SPLP sample with the same PEG-lipid at 7.3%, which also correlates relatively well with the plasma half-life for this SNALP.  The pSPLP formulation had tumor accumulation at 7.5%, which is lower than the comparable PEG-DSG SPLP.

[0259]   Accumulation of PEG-DSG containing SPLP and pSPLP in the heart and lungs was higher than the other SPLP and SNALP, which is consistent with the increased circulation half lives of particles with C18 PEG-lipids.  Not surprisingly, there was an inverse relationship between plasma half-life and accumulation in the liver for all samples tested, while no trend was apparent for sample accumulation in the spleen. Accumulation in the kidneys was very low for all formulations tested, with accumulation between 1.2 and 2.4% injected dose per gram tissue.

Example 9:  Silencing of gene expression with SNALPS

[0260]   This example illustrates silencing of gene expression in Neuro 2A tumor bearing mice after co-administration of SPLPs containing a plasmid encoding luciferase under the control of the CMV promoter and SNALPs containing anti-luciferase siRNA.

| Group | # Mice | Tumor | Route | Treatment | Timepoint | Route | # Doses |
|-------|--------|-------|-------|-----------|-----------|-------|---------|
| 1 | 3 | | | PBS / PBS | 48 h | | |
| 24A | 4 | | | L055-SPLP / PBS  mix | | | |
| 24B | 4 | | | L055-SPLP / anti-luc siRNA liposomes mix | 24 h | | |
| 48A | 4 | Neuro-2a | SQ | L055-SPLP / PBS  mix | | IV | 1 |
| 48B | 4 | | | L055-SPLP / anti-luc siRNA liposomes mix | 48 h | | |
| 72A | 4 | | | L055-SPLP / PBS mix | | | |
| 72B | 4 | | | L055-SPLP / anti-luc siRNA liposomes mix | 72 h | | |

WO 2005/121348 PCT/CA2005/000886

| Group | # Mice | Seeding Date | Route | IV Treatment | Timepoint | Injection date | Collection Date |
|---|---|---|---|---|---|---|---|
| 1 | 3 | | | PBS / PBS | 48 h | Day 13 | |
| 24A | 4 | | | L055-SPLP / PBS mix | | Day 14 | |
| 24B | 4 | | | L055-SPLP / anti-luc siRNA liposomes mix | 24 h | Day 14 | |
| 48A | 4 | Day 0 | SQ | L055-SPLP / PBS mix | | Day 13 | Day 15 |
| 48B | 4 | | | L055-SPLP / anti-luc siRNA liposomes mix | 48 h | Day 13 | |
| 72A | 4 | | | L055-SPLP / PBS mix | | Day 12 | |
| 72B | 4 | | | L055-SPLP / anti-luc siRNA liposomes mix | 72 h | Day 12 | |

[0261] 36 male A/J mice (Jackson Laboratories) were seeded subcutaneously with Neuro 2A cells at a dose of 1.5 x $10^6$ cells in a total volume of 50 µL phosphate buffered saline on day zero. Once tumors reached appropriate size (typically on day 9 or later), 200-240 µl PBS, SPLP, or SNALP formulations (100 µg nucleic acid total) prepared as described in Example 6 above, were administered intravenously. 24, 48, or 72 after administration of PBS, SPLP or a mixture of SPLP and SNALP, mice were sacrificed and organs (e.g., liver, lung, spleen, kidney, heart) and tumors were collected and evaluated for luciferase activity. The results are shown in Figures 18-22.

[0262] The results demonstrate that co-administration of pL055 SPLP and anti-luc siRNA SNALP (both containing PEG-A-DMA) maximally decreases luciferase gene expression by 40% forty-eight hours after a single iv dose.

Example 10: Down Regulation of β-Gal Activity in Stably Transfected CT26-CL25 cells

[0263] SNALP were prepared containing siRNA duplex directed against the β-Galactosidase reporter gene and applied to the β-galactosidase expressing stable cell line: CT26CL25, plated at $2x10^4$ cells/well at a concentration of 1.0µg/mL siRNA. Cells were exposed to SNALP for 24 hours and β-galactosidase activity was determined after 96 hours. Silencing was observed in 90% of the cells in culture which correlates with silencing of a target protein in 40% of cells in vivo.

Example 11: Liver distribution of Rhodamine labeled SNALP Following a Single Intravenous Administration

[0264] SNALP were prepared containing siRNA duplex directed against the β-Galactosidase reporter gene using and administered to A/J mice intravenously, through the tail vein. Tissues were collected at 24 hours, snap frozen and sectioned for visualization of SNALP dissemination. Cells were stained with rhodamine and counterstained with

69

WO 2005/121348                                                    PCT/CA2005/000886

DAPI, which stains nuclei. The *in vivo* biodistribution of the SNALP favors the liver, with as much as 50% of the administered SNALP material delivered to the liver. The SNALP delivered to the liver is found in a diffuse pattern, distributed throughout the liver.

Example 12:  Silencing of gene expression following delivery of siRNA encapsulated in SPLP comprising cationic lipids

[0265]    This example describes experiments comparing expression of nucleic acids following *in vitro* transfection of Neuro2A cells with SNALP comprising:  (1) DODAC, DODMA, or DLinDMA; (2) PEG-C-DMA; and (3) an siRNA duplex directed against luciferase encapsulated in the SNALP (*i.e.*, siRNA comprising the following sequence: GAUUAUGUCCGGUUAUGUAUU and targeting the DNA sequence complementary to: GATTATGTCCGGTTATGTATT).  Neuro2A cells were stably transfected with a plasmid encoding luciferase under the control of the CMV promoter (pLO55).  The stably transfected cells were then transfected with SNALP comprising:  15, 20, 25, 30, 35, or 40% of DODAC, DODMA, or DLinDMA; 2% PEG-C-DMA, and an siRNA duplex directed against luciferase encapsulated in the SNALP.  Luciferase protein expression was measured 48 hours after transfection with SNALP.  SNALP comprising 30% DLinDMA was more effective in reducing luciferase expression in the Neuro2A cells than SNALP comprising DODAC or DODMA were.  These results are shown in Figure 23.

[0266]    DLinDMA, the most fusogenic lipid with the lowest apparent phase transition temperature, yielded the greatest knockdown when incorporated in SNALP, with luciferase expression only 21% that of the untreated control.  This was followed by the DLenDMA formulation (32%), and DODMA (54%).  The close correspondence between knockdown efficiency and the $H_{II}$ phase forming ability of the cationic lipid as observed suggests that the two parameters are linked.

Example 13:  SNALP Containing Unsaturated Cationic Lipids Show Increased Gene-Silencing Activity

[0267]    The ability of SNALP containing each of the four cationic lipids (*i.e.*, DSDMA, DODMA, DLinDMA, and DLenDMA) to effect gene silencing in stably transfected Neuro2A cells was evaluated.  Neuro2A cells stably transfected to express the luciferase were treated with SNALP containing anti-luciferase siRNA for 48 hours. Gene-silencing efficiency was evaluated by comparing the remaining luciferase activity in these cells to that remaining in cells treated with control SNALP containing mismatch siRNA.

70

WO 2005/121348                                    PCT/CA2005/000886

[0268]    Formulations comprising the saturated lipid DSDMA demonstrated no activity. As unsaturation in the lipid's alkyl chain increased, so did the capacity for RNA interference, with DLinDMA particles yielding an 80% knockdown in gene expression. [31]P-NMR established DLinDMA as having the lowest phase transition temperature in the series and accordingly, being the most fusogenic lipid.  Particles comprising DLenDMA, the most unsaturated lipid, were slightly less efficient than those containing DLinDMA. All results were found to be significant by t-Test ($P < 0.05$ at siRNA concentration of 0.5 $\mu$g/mL, and $P < 0.01$ at siRNA concentration of 1.0 $\mu$g/mL).  Error bars represent standard deviation, $n = 3$.  The results are shown in Figure 24.

Example 14:  In Vivo Transfection of Organs by Various SPLP Formulations

[0269]    This example describes experiments demonstrating *in vivo* transfection of organs with that SPLP comprising 15% DLinDMA can be used SPLP encapsulating a plasmid encoding luciferase under the control of the CMV promoter were administered to Neuro2A tumor bearing male A/J mice. The SPLP had the following formulations:

WO 2005/121348

PCT/CA2005/000886

PCT/CA 2005/000886

| | Sample Description |
|---|---|
| A | SPLP-PEG$_{2000}$-C-DMA (CHOL:DSPC:DODMA:PEG$_{2000}$-C-DMA 55:20:15:10 mol%) |
| B | SPLP-PEG$_{2000}$ DlinDMA (CHOL:DSPC:DlinDMA:PEG$_{2000}$-C-DMA 55:20:15:10 mol%) |
| C | SPLP-PEG$_{750}$-C-DMA/DODMA (CHOL:DSPC:DODMA:PEG$_{750}$-C-DMA 55:20:15:10 mol%) |
| D | SPLP-PEG$_{750}$-C-DMA/DLinDMA (CHOL:DSPC:DlinDMA:PEG$_{750}$-C-DMA 55:20:15:10 mol%) 0.41 mg/ml |
| E | SPLP- High PEG$_{750}$-C-DMA (CHOL:DSPC:DODMA:PEG$_{750}$-C-DMA 50:20:15:15 mol%) |
| F | SPLP- High PEG$_{750}$-C-DMA (CHOL:DSPC:DlinDMA:PEG$_{750}$-C-DMA 50:20:15:15 mol%) |
| G | SPLP-DODAC (CHOL:DSPC:DODMA:PEG$_{2000}$-C-DMA:DODAC 45:20:15:10:10 mol%) 0.35 mg/ml |

[0270]    Luciferase gene expression was assessed in liver, lung, spleen, heart and tumors 48 hours after intravenous administration of the SPLP.  The results are shown in Figure 25.

Example 15:  In Vivo Transfection of Tumor by Additional SPLP Formulations

[0271]    This example describes experiments demonstrating *in vivo* transfection of organs with that SPLP comprising DLinDMA or DODMA and varying percentages (15%, 10%, 5%, or 2.5%) of PEG-C-DMA.  SPLP encapsulating a plasmid encoding luciferase were administered to Neuro2A tumor bearing male A/J mice. The SPLP had the following formulations:

| | Mol % (DSPC : Chol : PEG-C-DMA : DXDMA |
|---|---|
| A | 20 : 50 : 15 : 15 (DODMA) |
| B | 20 : 55 : 10 : 15 (DODMA) |
| C | 20 : 60 : 5 : 15 (DODMA) |
| D | 20 : 62.5 : 2.5 : 15 (DODMA) |
| E | 20 : 55 : 10 : 15 (DLinDMA) |
| F | 20 : 60 : 5 : 15 (DLinDMA) |
| G | 20 : 62.5 : 2.5 : 15 (DLinDMA) |

[0272]    Luciferase gene expression was assessed in tumors 48 hours after intravenous administration of SPLP. The results are shown in Figure 26.

Example 16:  Blood Clearance of Lipid Vesicles comprising PEG-C-DMA

[0273]    This example describes experiments conducted to assess the blood clearance rate of lipid vesicles comprising various percentages of PEG-C-DMA.  A single intravenous dose of [3]H-CHE-labeled SPLP, SNALP, or empty vesicles was administered to male A/J

WO 2005/121348                              PCT/CA2005/000886

mice. SPLP comprised the cationic lipid DODMA and SNALP comprised the cationic lipid DLinDMA. The lipid vesicles had the following formulations:

| Group | Treatment | Mol % (DSPC : Chol : PEG-C-DMA : Cationic Lipid) |
|---|---|---|
| A | Empty vesicles | 20 : 48 : 2 : 30 |
| B | SNALP (DlinDMA, PEG-C-DMA) | 20 : 48 : 2 : 30 |
| C | SNALP (DlinDMA, PEG-C-DMA) | 20 : 55 : 5 : 20 |
| D | SPLP (15 mol% PEG-C-DMA) | 20 : 50 : 15 : 15 |
| E | SPLP (10 mol% PEG-C-DMA) | 20 : 55 : 10 : 15 |
| F | SPLP (5 mol% PEG-C-DMA) | 20 : 60 : 5 : 15 |

[0274]    The percentage of the injected dose of lipid vesicle remaining in plasma of the mice was determined at 1, 2, 4, and 24 hours following the administration of the $^3$H-CHE-labeled SPLP, SNALP, or empty vesicles. The results are shown in Figure 27.

Example 17:  Biodistribution of Lipid Vesicles Comprising PEG-C-DMA

[0275]    The example describes experiments conducted to assess the biodistribution of lipid vesicles comprising various percentages of PEG-C-DMA. A single intravenous dose of $^3$H-CHE-labeled SPLP, SNALP, or empty vesicles was administered to Neuro 2A tumor bearing male A/J mice. SPLP comprised the cationic lipid DODMA and SNALP comprised the cationic lipid DLinDMA. The lipid vesicles had the following formulations:

| Group | Treatment | Mol % (DSPC : Chol : PEG-C-DMA : Cationic Lipid) |
|---|---|---|
| A | Empty vesicles | 20 : 48 : 2 : 30 |
| B | SNALP (DlinDMA, PEG-C-DMA) | 20 : 48 : 2 : 30 |
| C | SNALP (DlinDMA, PEG-C-DMA) | 20 : 55 : 5 : 20 |
| D | SPLP (15 mol% PEG-C-DMA) | 20 : 50 : 15 : 15 |
| E | SPLP (10 mol% PEG-C-DMA) | 20 : 55 : 10 : 15 |
| F | SPLP (5 mol% PEG-C-DMA) | 20 : 60 : 5 : 15 |

[0276]    The percentage of the injected dose of lipid vesicles was assessed in the liver, spleen, lungs, and tumor of the mice 48 hours after administration of the $^3$H-CHE-labeled vesicles. The results are shown in Figure 28.

Example 18:  Silencing of Gene Expression at a Distal Tumor

[0277]    This example describes experiments demonstrating gene silencing in distal tumors following administration of SNALP comprising DLinDMA and encapsulating an anti-luciferase siRNA sequence.

73

WO 2005/121348                                                PCT/CA2005/000886

[0278]    Neuro 2A cells were stably transfected with a plasmid encoding luciferase under the control of the CMV promoter (pLO55) to generate Neuro 2A-G cells.  Male A/J mice were seeded with the Neuro 2A-G cells.  The SNALP encapsulating the anti-luciferase siRNA sequence (*i.e.*, siRNA comprising the following sequence:

GAUUAUGUCCGGUUAUGUAUU and targeting the DNA sequence complementary to: GATTATGTCCGGTTATGTATT) were administered to the Neuro2A-G tumor bearing A/J mice intravenously.  The SNALP formulations were as follows:

| Group | | Mol % (DSPC : Chol : PEG-C-DMA : DLinDMA) |
|---|---|---|
| | PBS | |
| A | Anti Luciferase SNALP | 20 : 48 : 2 : 30 |
| B | Control (Invert Sequence) SNALP | 20 : 48 : 2 : 30 |
| C | Anti Luciferase SNALP | 20 : 55 : 5 : 20 |
| D | Control (Invert Sequence) SNALP | 20 : 55 : 5 : 20 |
| E | Anti Luciferase SNALP | 20 : 55 : 10 : 15 |
| F | Control (Invert Sequence) SNALP | 20 : 55 : 10 : 15 |

[0279]    Luciferase gene expression was measured 48 hours following administration of SNALP comprising DLinDMA and encapsulating an anti-luciferase siRNA sequence.  The results are shown in Figure 29.

Example 19:  Silencing of Gene Expression in Neuro2A-G Tumor Cells in vitro

[0280]    This example describes experiments demonstrating gene silencing in mammalian cells following contact with SNALP comprising DLinDMA and encapsulating an anti-luciferase siRNA sequence described in Example 3 above.  Neuro 2A cells were stably transfected with a plasmid encoding luciferase as described in Example 3 above to generate Neuro 2A-G cells.  The Neuro 2A-G cell were contacted with SNALP formulations for 24 or 48 hours.  The SNALP formulations comprised either PEG-C-DLA ($C_{12}$) or PEG-C-DMA ($C_{14}$) and are as follows:

| Group | Treatment | Mol % (DSPC : Chol : PEG-C-DAA : DLinDMA) |
|---|---|---|
| A | SNALP (PEG-C-DLA) | 20 : 48 : 2 : 30 |
| B | SNALP (PEG-C-DLA) | 20 : 45 : 5 : 30 |
| C | SNALP (PEG-C-DLA) | 20 : 40 : 10 : 30 |
| D | SNALP (PEG-C-DMA) | 20 : 48 : 2 : 30 |

[0281]    Luciferase gene expression was measured 24 or 48 hours following contacting the Neuro 2A-G cells with SNALP encapsulating an anti-luciferase siRNA sequence.  The results are shown in Figure 30.

WO 2005/121348          PCT/CA2005/000886

Example 20:  Silencing of Gene Expression in Neuro2A-G Tumor Cells in vitro

[0282]    This example describes experiments demonstrating gene silencing in mammalian cells following contact with SNALP comprising DLinDMA and encapsulating an anti-luciferase siRNA sequence described in Example 3 above.  Neuro 2A cells were stably transfected with a plasmid encoding luciferase as described in Example 3 above to generate Neuro 2A-G cells.  The Neuro 2A-G cells were contacted with SNALP formulations for 48 hours in the presence and absence of chloroquine.  The SNALP formulations contained varying percentages of PEG-C-DMA ($C_{14}$) and either DODMA or DLinDMA.  The formulation were as follows:

| Group | Treatment | Mol % (DSPC : Chol : PEG-C-DAA : DLinDMA) |
|---|---|---|
| A | PBS | - |
| B | Naked siRNA | - |
| C | SNALP (PEG-C-DMA) | 20 : 40 : 10 : 30 |
| D | SNALP (PEG-C-DMA) | 20 : 46 : 4 : 30 |
| E | SNALP (PEG-C-DMA) | 20 : 48 : 2 : 30 |
| F | SNALP (PEG-C-DMA) | 20 : 49 : 1 : 30 |

[0283]    Luciferase gene expression was measured  48 hours following contacting the Neuro 2A-G cells with the SNALP encapsulating an anti-luciferase siRNA sequence.  The results are shown in Figure 31.

[0284]    It is to be understood that the above description is intended to be illustrative and not restrictive.  Many embodiments will be apparent to those of skill in the art upon reading the above description.  The scope of the invention should, therefore, be determined not with reference to the above description, but should instead be determined with reference to the appended claims, along with the full scope of equivalents to which such claims are entitled.  The disclosures of all articles and references, including patent applications, patents and PCT publications, and Genbank Accession Nos. are herein incorporated by reference in their entirety for all purposes.

WO 2005/121348

PCT/CA2005/000886

WHAT IS CLAIMED IS:

1. An nucleic acid-lipid particle, said nucleic acid-lipid particle comprising:

(a) an interfering RNA;

(b) a cationic lipid of Formula I and having the following structure:

(I),

wherein:

$R^1$ and $R^2$ are independently selected from the group consisting of: H and $C_1$-$C_3$ alkyls; and

$R^3$ and $R^4$ are independently selected from the group consisting of alkyl groups having from about 10 to about 20 carbon atoms, wherein at least one of $R^3$ and $R^4$ comprises at least two sites of unsaturation;

(c) a non-cationic lipid; and

(d) a conjugated lipid that inhibits aggregation of particles.

2. The nucleic acid-lipid particle of claim 1, wherein said cationic lipid is selected from the group consisting of: 1,2-DiLinoleyloxy-N,N-dimethylaminopropane (DLinDMA) and 1,2-Dilinolenyloxy-N,N-dimethylaminopropane (DLenDMA).

3. The nucleic acid-lipid particle of claim 1, wherein said interfering RNA in said nucleic acid-lipid particle is resistant in aqueous solution to degradation by a nuclease.

4. The nucleic acid-lipid particle of claim 1, wherein said particle has a median diameter of less than about 150 nm.

5. The nucleic acid-lipid particle of claim 1, wherein said interfering RNA comprises a small interfering RNA (siRNA).

6. The nucleic acid-lipid particle of claim 5, wherein said siRNA comprises 15-60 (duplex) nucleotides.

WO 2005/121348                                                                PCT/CA2005/000886

7.      The nucleic acid-lipid particle of claim 1, wherein said interfering RNA is transcribed from a plasmid.

8.      The nucleic acid-lipid particle of claim 1, wherein said interfering RNA comprises double-stranded RNA (dsRNA).

9.      The nucleic acid-lipid particle in accordance with claim 1, wherein said non-cationic lipid is a member selected from the group consisting of dioleoylphosphatidylethanolamine (DOPE), palmitoyloleoylphosphatidylcholine (POPC), egg phosphatidylcholine (EPC), distearoylphosphatidylcholine (DSPC), cholesterol, and a mixture thereof.

10.     The nucleic acid-lipid particle in accordance with claim 1, wherein the conjugated lipid that inhibits aggregation of particles is a member selected from the group consisting of a polyethyleneglycol (PEG)-lipid conjugate, a polyamide (ATTA)-lipid conjugate, and a mixture thereof.

11.     The nucleic acid-lipid particle in accordance with claim 1, wherein the conjugated lipid that inhibits aggregation of particles comprises a polyethyleneglycol-lipid and the PEG-lipid is member selected from the group consisting of a PEG-diacylglycerol (DAG), a PEG dialkyloxypropyl, a PEG-phospholipid, a PEG-ceramide, and a mixture thereof.

12.     The nucleic acid-lipid particle in accordance with claim 11, wherein the conjugated lipid that inhibits aggregation of particles comprises a polyethyleneglycol (PEG)-dialkyloxypropyl conjugate.

13.     The nucleic acid-lipid particle in accordance with claim 12, wherein the PEG-dialkyloxypropyl conjugate is a member selected from the group consisting of a PEG-dilauryloxypropyl ($C_{12}$), a PEG-dimyristyloxypropyl ($C_{14}$), a PEG-dipalmityloxypropyl ($C_{16}$), and a PEG-distearyloxypropyl ($C_{18}$).

14.     The nucleic acid-lipid particle in accordance with claim 1, wherein the conjugated lipid that inhibits aggregation of particles has the formula:

$$A-W-Y \text{ (Formula II)}$$

WO 2005/121348                                                      PCT/CA2005/000886

wherein:

A is a lipid moiety;

W is a hydrophilic polymer; and

Y is a polycationic moiety.

15.    The nucleic acid-lipid particle composition of claim 14, wherein W is a polymer selected from the group consisting of polyethyleneglycol (PEG), polyamide, polylactic acid, polyglycolic acid, polylactic acid/polyglycolic acid copolymers and combinations thereof, said polymer having a molecular weight of about 250 to about 7000 daltons.

16.    The nucleic acid-lipid particle composition of claim 14, wherein Y has at least 4 positive charges at a selected pH.

17.    The nucleic acid-lipid particle composition of claim 14, wherein Y is a member selected from the group consisting of lysine, arginine, asparagine, glutamine, derivatives thereof and combinations thereof.

18.    A method of introducing an interfering RNA into a cell, said method comprising contacting said cell with a nucleic acid-lipid particle comprising

(a) said interfering RNA;

(b) a cationic lipid of Formula I and having the following structure:

(I),

wherein:

$R^1$ and $R^2$ are independently selected from the group consisting of: H and $C_1$-$C_3$ alkyls; and

$R^3$ and $R^4$ are independently selected from the group consisting of alkyl groups having from about 10 to about 20 carbon atoms, wherein at least one of $R^3$ and $R^4$ comprises at least two sites of unsaturation.;

(c) a non-cationic lipid; and

(d) a conjugated lipid that inhibits aggregation of particles.

WO 2005/121348                                                                PCT/CA2005/000886

19. The method of claim 18, wherein said interfering RNA in said nucleic acid-lipid particle is resistant in aqueous solution to degradation with a nuclease.

20. The method of claim 18, wherein said particle has a median diameter of less than about 150 nm.

21. The method of claim 18, wherein said interfering RNA comprises a small interfering RNA (siRNA).

22. The method of claim 18, wherein said interfering RNA is transcribed from a plasmid.

23. The method of claim 18, wherein said non-cationic lipid is a member selected from the group consisting o dioleoylphosphatidylethanolamine (DOPE), palmitoyloleoylphosphatidylcholine (POPC), egg phosphatidylcholine (EPC), distearoylphosphatidylcholine (DSPC), palmitoyloleyolphosphatidylglycerol (POPG), dipalmitoyl phosphatidyl ethanolamine (DPPE), dimyristoylphosphoethanolamine (DMPE), distearoyl-phosphatidyl-ethanolamine (DSPE), 16-O-monomethyl PE, 16-O-dimethyl PE, 18-1-trans PE, palmitoyloleoyl- phosphatidylethanolamine (POPE), 1-stearoyl-2-oleoyl-phosphatidyethanolamine (SOPE), cholesterol, and a mixture thereof.

24. The method of claim 18, wherein the conjugated lipid that inhibits aggregation of particles is a member selected from the group consisting of a polyethyleneglycol (PEG)-lipid conjugate, a polyamide (ATTA)-lipid conjugate, and a mixture thereof.

25. The method of claim 18, wherein the conjugated lipid that inhibits aggregation of particles is a polyethyleneglycol (PEG)-lipid.

26. The method of claim 25, wherein the PEG-lipid is member selected from the group consisting of a PEG-diacylglycerol, a PEG dialkyloxypropyl, a PEG-phospholipid, a PEG-ceramide, and a mixture thereof.

27. The method of claim 26, wherein the conjugated lipid that inhibits aggregation of particles is a polyethyleneglycol (PEG)-dialkyloxypropyl conjugate.

WO 2005/121348    PCT/CA2005/000886

28.    The method of claim 27, wherein the PEG-dialkyloxypropyl conjugate is PEG-dimyristyloxypropyl ($C_{14}$).

29.    The method of claim 18, wherein said cell is in a mammal.

30.    The method of claim 29, wherein the mammal is a human.

31.    The method of claim 29, wherein presence of an interfering RNA at a site distal to the site of administration is detectable for at least 48 hours after administration of said particle.

32.    The method of claim 29, wherein presence of an interfering RNA at a site distal to the site of administration is detectable for at least 24 hours after administration of said particle.

33.    A method for *in vivo* delivery of interfering RNA, said method comprising administering to a mammalian subject a nucleic acid-lipid particle comprising:
    (a) said interfering RNA;
    (b) a cationic lipid of Formula I and having the following structure:

(I),
    wherein:
    $R^1$ and $R^2$ are independently selected from the group consisting of: H and $C_1$-$C_3$ alkyls; and
    $R^3$ and $R^4$ are independently selected from the group consisting of alkyl groups having from about 10 to about 20 carbon atoms, wherein at least one of $R^3$ and $R^4$ comprises at least two sites of unsaturation.;
    (c) a non-cationic lipid; and
    (d) a conjugated lipid that inhibits aggregation of particles.

34.    The method of claim 33, wherein said mammal is a human.

35.    The method of claim 34, wherein said human has a disease or disorder associated with expression of a gene and wherein expression of said gene is reduced by said interfering RNA.

36.    The method of claim 35, wherein said disease or disorder is associated with overexpression of said gene.

37.    The method of claim 33, wherein said administration is intravenous.

WO 2005/121348                                                          PCT/CA2005/000886

1/32



**FIG. 1**

**FIG. 2**

WO 2005/121348                                                         PCT/CA2005/000886

2/32

FIG. 3

DLenDMA.

WO 2005/121348



FIG. 4

WO 2005/121348    PCT/CA2005/000886

4/32



**FIG. 5**



**FIG. 6**

WO 2005/121348    PCT/CA2005/000886

5/32



Liver DNA Concentration Profile in Neuro-2a Tumour Bearing Male A/J Mice Following a Single Intravenous Administration of SPLP Containing PEG-Diacylglycerol

FIG. 7A

WO 2005/121348

PCT/CA2005/000886



Spleen DNA Concentration Profile in Neuro-2a Tumour Bearing Male A/J Mice Following a Single Intravenous Administration of SPLP Containing PEG-Diacylglycerol

**FIG. 7B**

WO 2005/121348

7/32

PCT/CA2005/000886

Lung DNA Concentration Profile in Neuro-2a Tumour Bearing Male A/J Mice Following
Single Intravenous Administration of SPLP Containing PEG-Diacylglycerol



**FIG. 7C**

WO 2005/121348

PCT/CA2005/000886



FIG. 7D

WO 2005/121348

PCT/CA2005/000886

9/32



Luciferase Gene Expression 24hrs Post IV Administration of SPLP Containing PEG-CeramideC20 verses PEG-diacyllycerols in Neuro-2a Tumour Bearing Male A/J Mice

# FIG. 8

WO 2005/121348                                           PCT/CA2005/000886

10/32

Luciferase Gene Expression 48hrs Post IV Administration of SPLP Containing PEG-CeramideC20 verses PEG-diacyllycerols in Neuro-2a Tumour Bearing Male A/J Mice



**FIG. 9**

WO 2005/121348                                              PCT/CA2005/000886

11/32

Luciferase Gene Expression 72hrs Post IV Administration of SPLP Containing PEG-CeramideC20 verses PEG-diacyllycerols in Neuro-2a Tumour Bearing Male A/J Mice



# FIG. 10

WO 2005/121348

PCT/CA2005/000886

12/32



FIG. 11

WO 2005/121348                                                                    PCT/CA2005/000886



FIG. 12

WO 2005/121348                                                    PCT/CA2005/000886

14/32



FIG. 13

WO 2005/121348                                                      PCT/CA2005/000886

15/32



FIG. 14

WO 2005/121348                                                     PCT/CA2005/000886

16/32



PRO-231: Blood Clearance of a Single IV Injection of pL055 SPLP, pSPLP and SNALP (100 ug DNA) labelled with 3H-CHE in Neuro-2a Tumour Bearing Male A/J Mice

FIG. 15

WO 2005/121348

PCT/CA2005/000886



PRO-231: Biodistribution of 3H-CHE labelled
SPLP, pSPLP and SNALP at 24 h in A/J Mice with
Neuro-2A Tumors

**FIG. 16**

WO 2005/121348

PCT/CA2005/000886



FIG. 17

WO 2005/121348

PCT/CA2005/000886



FIG. 18

WO 2005/121348

PCT/CA2005/000886

Timecourse silencing effect of anti-luc siRNA and pL055 SNALP (PBG-A-DMA) on luciferase gene expression in the tumour after a single iv dose of 50 ug of anti-luc siRNA & 50 ug of pL055 in Neuro-2a tumour bearing male AJ mice



**FIG. 19**

WO 2005/121348

PCT/CA2005/000886

21/32

Timecourse silencing effect of anti-luc siRNA and pL055 SNALP (PBG-A-DMA) on
luciferase gene expression in the tumour after a single iv dose of 50 ug of anti-luc
siRNA & 50 ug of pL055 in Neuro-2a tumour bearing male AJ mice



**FIG. 20**

WO 2005/121348                                                                 PCT/CA2005/000886

Timecourse silencing effect of anti-luc siRNA and pL055 SNALP (PBG-A-DMA) on luciferase gene expression in the tumour after a single iv dose of 50 ug of anti-luc siRNA & 50 ug of pL055 in Neuro-2a tumour bearing male AJ mice



**FIG. 21**

WO 2005/121348                                                PCT/CA2005/000886

23/32



FIG. 22

WO 2005/121348



**FIG. 23**

PCT/CA2005/000886

WO 2005/121348                                                 PCT/CA2005/000886



## FIG. 24

WO 2005/121348                                                                    PCT/CA2005/000886

26/32



FIG. 25

WO 2005/121348 PCT/CA2005/000886

27/32



FIG. 26

WO 2005/121348

28/32

PCT/CA2005/000886



**FIG. 27**

WO 2005/121348                                                        PCT/CA2005/000886



**FIG. 28**

WO 2005/121348                                        PCT/CA2005/000886



**FIG. 29**

WO 2005/121348                                                    PCT/CA2005/000886

31/32



# FIG. 30

WO 2005/121348 PCT/CA2005/000886

32/32



**FIG. 31**

<table>
<tr><td colspan="2"><strong>INTERNATIONAL SEARCH REPORT</strong></td><td>International application No.<br>PCT/CA2005/000886</td></tr>
</table>

| A. | CLASSIFICATION OF SUBJECT MATTER |
|---|---|
| | IPC(7): C12N 15/88, A61K 9/127, A61K 48/00, A61K 31/7105 |

According to International Patent Classification (IPC) or to both national classification and IPC

**B. FIELDS SEARCHED**

Minimum documentation searched (classification system followed by classification symbols)

IPC(7): C12N 15/88, A61K 9/127, A61K 48/00, A61K 31/7105

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched

Electronic database(s) consulted during the international search (name of database(s) and, where practicable, search terms used)
Databases: STN, CAPLUS, DELPHION, CANADIAN PATENT DATABASE
KEYWORDS/SEARCH PARAMETERS: Structure search of Formula I (claim 1), cationic lipid, unsaturation, liposome, diether, nucleic acid lipid particle

**C. DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
|---|---|---|
| A | ARPICCO S. et al., "Preparation and characterization of novel cationic lipids developed for gene transfection".<br>Proceed. Int'l. Symp. Control. Rel. Bioact. Mater. (Controlled Release Society, Torchilin, V.P.; Veronese Francesco m., Eds)), 1999, Vol. 26, pp.759-760.<br>ISSN 1022-0178<br>whole document, especially Scheme 1 (page 759), Results and Discussion and Conclusions | 1-37 |
| P, A | ARPICCO S. et al., "Synthesis, characterization and transfection activity of new saturated and unsaturated cationic lipids".<br>Il Farmaco, November 2004, Vol. 59, Number 11, pp. 869-878, ISSN 0014-827X<br>see Compound 13 (Scheme 1, page 871 and section 2.2.2., page 872),<br>Page 876, right column, first full paragraph, Figure 3 | 1-37 |
| A | CEVC, G., "How membrane chain-melting phase-transition temperature is affected by lipid chain asymmetry and degree of unsaturation: An effective chain-length model."<br>Biochemistry, July 1991, Vol. 30, No. 29, pp. 7186-7193.<br>ISSN 0006-2960<br>see whole document | 1-37 |

[X] Further documents are listed in the continuation of Box C.    [X] See patent family annex.

| * | Special categories of cited documents : | "T" | later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention |
|---|---|---|---|
| "A" | document defining the general state of the art which is not considered to be of particular relevance | | |
| "E" | earlier application or patent but published on or after the international filing date | "X" | document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone |
| "L" | document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified) | "Y" | document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art |
| "O" | document referring to an oral disclosure, use, exhibition or other means | "&" | document member of the same patent family |
| "P" | document published prior to the international filing date but later than the priority date claimed | | |

| Date of the actual completion of the international search | Date of mailing of the international search report |
|---|---|
| 30 September 2005 (30-09-2005) | 14 October 2005 (14-10-2005) |

| Name and mailing address of the ISA/CA<br>Canadian Intellectual Property Office<br>Place du Portage I, C114 - 1st Floor, Box PCT<br>50 Victoria Street<br>Gatineau, Quebec K1A 0C9<br>Facsimile No.: 001(819)953-2476 | Authorized officer<br><br>Raffaele Salvino   (819) 997-3031 |
|---|---|

Form PCT/ISA/210 (second sheet ) (April 2005)                                    Page 4 of 6

## INTERNATIONAL SEARCH REPORT

| International application No. |
| --- |
| PCT/CA2005/000886 |

---

**Box No. II     Observations where certain claims were found unsearchable (Continuation of item 2 of the first sheet)**

This international search report has not been established in respect of certain claims under Article 17(2)(a) for the following reasons :

1.  [X] Claim Nos. :    18-37

    because they relate to subject matter not required to be searched by this Authority, namely :

    Claims 18-37, directed to a method for treatment of the human or animal body by surgery or therapy which the International Search Authority is not required to search under Rule 39.1(iv) of the PCT.  Regardless, this Authority has carried out a search based on the alleged effects of the product defined in claims 18-37.

2.  [  ] Claim Nos. :

    because they relate to parts of the international application that do not comply with the prescribed requirements to such an extent that no meaningful international search can be carried out, specifically :

3.  [  ] Claim Nos. :

    because they are dependant claims and are not drafted in accordance with the second and third sentences of Rule 6.4(a).

---

**Box No. III     Observations where unity of invention is lacking (Continuation of item 3 of first sheet)**

This International Searching Authority found multiple inventions in this international application, as follows :

1.  [  ] As all required additional search fees were timely paid by the applicant, this international search report covers all searchable claims.

2.  [  ] As all searchable claims could be searched without effort justifying additional fees, this Authority did not invite payment of additional fees.

3.  [  ] As only some of the required additional search fees were timely paid by the applicant, this international search report covers only those claims for which fees were paid, specifically claim Nos. :

4.  [  ] No required additional search fees were timely paid by the applicant. Consequently, this international search report is restricted to the invention first mentioned in the claims; it is covered by claim Nos. :

     **Remark on Protest**  [  ] The additional search fees were accompanied by the applicant's protest and, where applicable, the payment of a protest fee.

                [  ] The additional search fees were accompanied by the applicant's protest but the applicable protest fee was not paid within the time limit specified in the invitation.

                [  ] No protest accompanied the payment of additional search fees.

### INTERNATIONAL SEARCH REPORT

International application No.
PCT/CA2005/000886

| C (Continuation). DOCUMENTS CONSIDERED TO BE RELEVANT | | |
|---|---|---|
| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
| A | KEOUGH, K.M.W., "Influence of chain unsaturation and chain position on thermotropism and intermolecular interactions in membranes." Biochem. Soc. Transactions, 1990, Vol. 18, No. 5, pp. 835-837. ISSN 0300-5127 see whole document | 1-37 |
| A | WO 02/087541 A1 [CA/CA] PROTIVA BIOTHERAPEUTICS INC. 7 November 2002 page 4 line 22 to page 8 line 26, page 23 line 29 to page 24 line 9 Figures 2, 4-9 and 12-13 Claims | 1-37 |

Form PCT/ISA/210 (continuation of second sheet) (April 2005)

## INTERNATIONAL SEARCH REPORT

Information on patent family members

International application No.
PCT/CA2005/000886

| Patent Document Cited in Search Report | Publication Date | Patent Family Member(s) | Publication Date |
|---|---|---|---|
| WO02087541 A1 | 07-11-2002 | US2003077829 A1 | 24-04-2003 |

# JA-009

# Exhibit 16

(12) INTERNATIONAL APPLICATION PUBLISHED UNDER THE PATENT COOPERATION TREATY (PCT)

(19) World Intellectual Property Organization
International Bureau



(43) International Publication Date
9 July 2009 (09.07.2009)

**PCT**



(10) International Publication Number
## WO 2009/086558 A1

(51) **International Patent Classification:**
*A61K 9/127* (2006.01)    *A61K 31/7088* (2006.01)

(21) **International Application Number:**
PCT/US2008/088676

(22) **International Filing Date:**
31 December 2008 (31.12.2008)

(25) **Filing Language:**    English

(26) **Publication Language:**    English

(30) **Priority Data:**
| | | |
|---|---|---|
| 61/018,616 | 2 January 2008 (02.01.2008) | US |
| 61/018,627 | 2 January 2008 (02.01.2008) | US |
| 61/039,748 | 26 March 2008 (26.03.2008) | US |
| 61/049,568 | 1 May 2008 (01.05.2008) | US |

(71) **Applicants** *(for all designated States except US)*: **TEKMIRA PHARMACEUTICALS CORPORATION** [CA/CA]; 200-8900 Glenlyon Parkway, Burnaby, British Columbia V5J 5J8 (CA). **THE UNIVERSITY OF BRITISH COLUMBIA** [CA/CA]; #103-6190 Agronomy Road, Vancouver, British Columbia V6T 1Z3 (CA). **ALNYLAM PHARMACEUTICALS** [US/US]; 300 Third Street, 3rd Floor, Cambridge, Massachusetts 02142 (US).

(72) **Inventors; and**

(75) **Inventors/Applicants** *(for US only)*: **HOPE, Michael, J.** [CA/CA]; 3550 West 11th Avenue, Vancouver, British Columbia V6R 2K2 (CA). **SEMPLE, Sean, C.** [CA/CA]; 10836 Magnolia Court, Delta, British Columbia V4E 3L5 (CA). **CHEN, Jianxin** [CA/CA]; 3948 West 18th Avenue, Vancouver, British Columbia V6S 1B7 (CA). **MADDEN, Thomas, D.** [CA/CA]; 2714 West 31st Avenue, Vancouver, British Columbia V6L 2A1 (CA). **MUI, Barbara** [CA/CA]; 1158 East 11th Avenue, Vancouver, British Columbia V5T 2G3 (CA). **CULLIS, Pieter, R.**

[CA/CA]; 3732 West 1st Avenue, Vancouver, British Columbia V6R 1H4 (CA). **CIUFOLINI, Marco, A.** [US/CA]; 2036 Main Mall, Vancouver, British Columbia V6T 1Z1 (CA). **WONG, Kim, F.** [CA/CA]; 4595 West 13th Avenue, Vancouver, British Columbia V6R 2V5 (CA). **MANOHARAN, Muthiah** [US/US]; 19 Rolling Lane, Weston, Massachusetts 02493 (US). **KALLANTHOTTATHIL, Rajeev, G.** [IN/US]; 25 Dean Road, Wayland, Massachusetts 01778 (US).

(74) **Agents:** LAHERTY, Carol, D. et al.; Seed Intellectual Property Law Group PLLC, Suite 5400, 701 Fifth Avenue, Seattle, Washington 98104-7064 (US).

(81) **Designated States** *(unless otherwise indicated, for every kind of national protection available)*: AE, AG, AL, AM, AO, AT, AU, AZ, BA, BB, BG, BH, BR, BW, BY, BZ, CA, CH, CN, CO, CR, CU, CZ, DE, DK, DM, DO, DZ, EC, EE, EG, ES, FI, GB, GD, GE, GH, GM, GT, HN, HR, HU, ID, IL, IN, IS, JP, KE, KG, KM, KN, KP, KR, KZ, LA, LC, LK, LR, LS, LT, LU, LY, MA, MD, ME, MG, MK, MN, MW, MX, MY, MZ, NA, NG, NI, NO, NZ, OM, PG, PH, PL, PT, RO, RS, RU, SC, SD, SE, SG, SK, SL, SM, ST, SV, SY, TJ, TM, TN, TR, TT, TZ, UA, UG, US, UZ, VC, VN, ZA, ZM, ZW.

(84) **Designated States** *(unless otherwise indicated, for every kind of regional protection available)*: ARIPO (BW, GH, GM, KE, LS, MW, MZ, NA, SD, SL, SZ, TZ, UG, ZM, ZW), Eurasian (AM, AZ, BY, KG, KZ, MD, RU, TJ, TM), European (AT, BE, BG, CH, CY, CZ, DE, DK, EE, ES, FI, FR, GB, GR, HR, HU, IE, IS, IT, LT, LU, LV, MC, MT, NL, NO, PL, PT, RO, SE, SI, SK, TR), OAPI (BF, BJ, CF, CG, CI, CM, GA, GN, GQ, GW, ML, MR, NE, SN, TD, TG).

**Published:**
— *with international search report*
— *with sequence listing part of description published separately in electronic form and available upon request from the International Bureau*



(54) **Title:** IMPROVED COMPOSITIONS AND METHODS FOR THE DELIVERY OF NUCLEIC ACIDS

(57) **Abstract:** The present invention provides compositions and methods for the delivery of therapeutic agents to cells. In particular, these include novel lipids and nucleic acid-lipid particles that provide efficient encapsulation of nucleic acids and efficient delivery of the encapsulated nucleic acid to cells in vivo. The compositions of the present invention are highly potent, thereby allowing effective knock-down of specific target protein at relatively low doses. In addition, the compositions and methods of the present invention are less toxic and provide a greater therapeutic index compared to compositions and methods previously known in the art.

WO 2009/086558 A1

WO 2009/086558                                                                              PCT/US2008/088676

# IMPROVED COMPOSITIONS AND METHODS FOR THE DELIVERY OF NUCLEIC ACIDS

## CROSS-REFERENCE(S) TO RELATED APPLICATION(S)

This application claims the benefit under 35 U.S.C. § 119(e) of U.S. Provisional Patent Application No. 61/018,616 filed January 2, 2008; U.S. Provisional Patent Application No. 61/018,627 filed January 2, 2008; U.S. Provisional Patent Application No. 61/039,748 filed March 26, 2008; and U.S. Provisional Patent Application No. 61/049,568 filed May 1, 2008, where these *(four)* provisional applications are incorporated herein by reference in their entireties.

## STATEMENT REGARDING SEQUENCE LISTING

The Sequence Listing associated with this application is provided in text format in lieu of a paper copy, and is hereby incorporated by reference into the specification. The name of the text file containing the Sequence Listing is 480208_457PC_SEQUENCE_LISTING.txt. The text file is 8 KB, was created on December 31, 2008, and is being submitted electronically via EFS-Web.

## BACKGROUND

### Technical Field

The present invention relates to the field of therapeutic agent delivery using lipid particles. In particular, the present invention provides cationic lipids and lipid particles comprising these lipids, which are advantageous for the *in vivo* delivery of nucleic acids, as well as nucleic acid-lipid particle compositions suitable for *in vivo* therapeutic use. Additionally, the present invention provides methods of making these compositions, as well as methods of introducing nucleic acids into

WO 2009/086558                                                                PCT/US2008/088676

cells using these compositions, *e.g.*, for the treatment of various disease conditions.

Description of the Related Art

Therapeutic nucleic acids include, *e.g.*, small interfering RNA (siRNA), micro RNA (miRNA), antisense oligonucleotides, ribozymes, plasmids, and immune stimulating nucleic acids. These nucleic acids act via a variety of mechanisms. In the case of siRNA or miRNA, these nucleic acids can down-regulate intracellular levels of specific proteins through a process termed RNA interference (RNAi). Following introduction of siRNA or miRNA into the cell cytoplasm, these double-stranded RNA constructs can bind to a protein termed RISC. The sense strand of the siRNA or miRNA is displaced from the RISC complex providing a template within RISC that can recognize and bind mRNA with a complementary sequence to that of the bound siRNA or miRNA. Having bound the complementary mRNA the RISC complex cleaves the mRNA and releases the cleaved strands. RNAi can provide down-regulation of specific proteins by targeting specific destruction of the corresponding mRNA that encodes for protein synthesis.

The therapeutic applications of RNAi are extremely broad, since siRNA and miRNA constructs can be synthesized with any nucleotide sequence directed against a target protein. To date, siRNA constructs have shown the ability to specifically down-regulate target proteins in both *in vitro* and *in vivo* models. In addition, siRNA constructs are currently being evaluated in clinical studies.

However, two problems currently faced by siRNA or miRNA constructs are, first, their susceptibility to nuclease digestion in plasma and, second, their limited ability to gain access to the intracellular compartment where they can bind RISC when administered systemically as the free siRNA or miRNA. These double-stranded constructs can be stabilized by incorporation of chemically modified nucleotide linkers within the molecule, for example, phosphothioate

2

WO 2009/086558                                                                 PCT/US2008/088676

groups. However, these chemical modifications provide only limited protection from nuclease digestion and may decrease the activity of the construct. Intracellular delivery of siRNA or miRNA can be facilitated by use of carrier systems such as polymers, cationic liposomes or by chemical modification of the construct, for example by the covalent attachment of cholesterol molecules [reference]. However, improved delivery systems are required to increase the potency of siRNA and miRNA molecules and reduce or eliminate the requirement for chemical modification.

Antisense oligonucleotides and ribozymes can also inhibit mRNA translation into protein. In the case of antisense constructs, these single stranded deoxynucleic acids have a complementary sequence to that of the target protein mRNA and can bind to the mRNA by Watson-Crick base pairing. This binding either prevents translation of the target mRNA and/or triggers RNase H degradation of the mRNA transcripts. Consequently, antisense oligonucleotides have tremendous potential for specificity of action (*i.e.*, down-regulation of a specific disease-related protein). To date, these compounds have shown promise in several *in vitro* and *in vivo* models, including models of inflammatory disease, cancer, and HIV (reviewed in Agrawal, *Trends in Biotech.* 14:376-387 (1996)). Antisense can also affect cellular activity by hybridizing specifically with chromosomal DNA. Advanced human clinical assessments of several antisense drugs are currently underway. Targets for these drugs include the bcl2 and apolipoprotein B genes and mRNA products.

Immune-stimulating nucleic acids include deoxyribonucleic acids and ribonucleic acids. In the case of deoxyribonucleic acids, certain sequences or motifs have been shown to illicit immune stimulation in mammals. These sequences or motifs include the CpG motif, pyrimidine-rich sequences and palindromic sequences. It is believed that the CpG motif in deoxyribonucleic acids is specifically recognized by an endosomal receptor, toll-like receptor 9 (TLR-9), which then triggers both the innate and acquired immune stimulation pathway.

3

WO 2009/086558                                                        PCT/US2008/088676

Certain immune stimulating ribonucleic acid sequences have also been reported. It is believed that these RNA sequences trigger immune activation by binding to toll-like receptors 6 and 7 (TLR-6 and TLR-7). In addition, double-stranded RNA is also reported to be immune stimulating and is believe to activate via binding to TLR-3.

One well known problem with the use of therapeutic nucleic acids relates to the stability of the phosphodiester internucleotide linkage and the susceptibility of this linker to nucleases. The presence of exonucleases and endonucleases in serum results in the rapid digestion of nucleic acids possessing phosphodiester linkers and, hence, therapeutic nucleic acids can have very short half-lives in the presence of serum or within cells. (Zelphati, O., *et al.*, *Antisense. Res. Dev.* 3:323-338 (1993); and Thierry, A.R., *et al.*, pp147-161 in Gene Regulation: Biology of Antisense RNA and DNA (Eds. Erickson, RP and Izant, JG; Raven Press, NY (1992)). Therapeutic nucleic acid being currently being developed do not employ the basic phosphodiester chemistry found in natural nucleic acids, because of these and other known problems.

This problem has been partially overcome by chemical modifications that reduce serum or intracellular degradation. Modifications have been tested at the internucleotide phosphodiester bridge (*e.g.*, using phosphorothioate, methylphosphonate or phosphoramidate linkages), at the nucleotide base (*e.g.*, 5-propynyl-pyrimidines), or at the sugar (*e.g.*, 2'-modified sugars) (Uhlmann E., *et al.* Antisense: Chemical Modifications. Encyclopedia of Cancer, Vol. X., pp 64-81 Academic Press Inc. (1997)). Others have attempted to improve stability using 2'-5' sugar linkages (*see, e.g.*, US Pat. No. 5,532,130). Other changes have been attempted. However, none of these solutions have proven entirely satisfactory, and *in vivo* free therapeutic nucleic acids still have only limited efficacy.

In addition, as noted above relating to siRNA and miRNA, problems remain with the limited ability of therapeutic nucleic acids to cross cellular membranes (see, Vlassov, *et al., Biochim. Biophys. Acta* 1197:95-1082 (1994))

and in the problems associated with systemic toxicity, such as complement-mediated anaphylaxis, altered coagulatory properties, and cytopenia (Galbraith, *et al., Antisense Nucl. Acid Drug Des.* 4:201-206 (1994)).

To attempt to improve efficacy, investigators have also employed lipid-based carrier systems to deliver chemically modified or unmodified therapeutic nucleic acids. In Zelphati, O and Szoka, F.C., *J. Contr. Rel.* 41:99-119 (1996), the authors refer to the use of anionic (conventional) liposomes, pH sensitive liposomes, immunoliposomes, fusogenic liposomes, and cationic lipid/antisense aggregates. Similarly siRNA has been administered systemically in cationic liposomes, and these nucleic acid-lipid particles have been reported to provide improved down-regulation of target proteins in mammals including non-human primates (Zimmermann et al., *Nature* 441: 111-114 (2006)).

In spite of this progress, there remains a need in the art for improved lipid-therapeutic nucleic acid compositions that are suitable for general therapeutic use. Preferably, these compositions would encapsulate nucleic acids with high-efficiency, have high drug:lipid ratios, protect the encapsulated nucleic acid from degradation and clearance in serum, be suitable for systemic delivery, and provide intracellular delivery of the encapsulated nucleic acid. In addition, these lipid-nucleic acid particles should be well-tolerated and provide an adequate therapeutic index, such that patient treatment at an effective dose of the nucleic acid is not associated with significant toxicity and/or risk to the patient. The present invention provides such compositions, methods of making the compositions, and methods of using the compositions to introduce nucleic acids into cells, including for the treatment of diseases.

BRIEF SUMMARY

The present invention provides novel amino lipids, as well as lipid particles comprising the same. These lipid particles may further comprise an

active agent and be used according to related methods of the invention to deliver the active agent to a cell.

In one embodiment, the present invention provides an amino lipid having a structure selected from the group consisting of:

WO 2009/086558   PCT/US2008/088676

and

In a related embodiment, the present invention includes an amino lipid having the following structure (I):

WO 2009/086558    PCT/US2008/088676

(I)

or salts wherein

$R^1$ and $R^2$ are either the same or different and independently optionally substituted $C_{12}$-$C_{24}$ alkyl, optionally substituted $C_{12}$-$C_{24}$ alkenyl, optionally substituted $C_{12}$-$C_{24}$ alkynyl, or optionally substituted $C_{12}$-$C_{24}$ acyl;

$R^3$ and $R^4$ are either the same or different and independently optionally substituted $C_1$-$C_6$ alkyl, optionally substituted $C_1$-$C_6$ alkenyl, or optionally substituted $C_1$-$C_6$ alkynyl or $R^3$ and $R^4$ may join to form an optionally substituted heterocyclic ring of 4 to 6 carbon atoms and 1 or 2 heteroatoms chosen from nitrogen and oxygen;

$R^5$ is either absent or hydrogen or $C_1$-$C_6$ alkyl to provide a quaternary amine;

m, n, and p are either the same or different and independently either 0 or 1 with the proviso that m, n, and p are not simultaneously 0;

q is 0, 1, 2, 3, or 4; and

Y and Z are either the same or different and independently O, S, or NH.

In one particular embodiment, the amino lipid has the structure:

DLin-K-DMA.

In related embodiments, the amino lipid is an (R) or (S) enantiomer of DLin-K-DMA.

8

WO 2009/086558                                                    PCT/US2008/088676

In further related embodiments, the present invention includes a lipid particle comprising one or more of the above amino lipids of the present invention. In certain embodiments, the particle further comprises one or more neutral lipids and one or more lipids capable of reducing particle aggregation. In one particular embodiment, the lipid particle consists essentially of or consists of: (i) DLin-K-DMA; (ii) a neutral lipid selected from DSPC, POPC, DOPE, and SM; (iii) cholesterol; and (iv) PEG-S-DMG, PEG-C-DOMG or PEG-DMA, in a molar ratio of about 20-60% DLin-K-DMA:5-25% neutral lipid:25-55% Chol:0.5-15% PEG-S-DMG, PEG-C-DOMG or PEG-DMA.

In additional related embodiments, the present invention includes lipid particles of the invention that further comprise one or more active agents or therapeutic agents. In one embodiment, a lipid particle of the present invention comprises an active agent or therapeutic agent that is a nucleic acid. In various embodiments, the nucleic acid is a plasmid, an immunostimulatory oligonucleotide, a siRNA, a microRNA, an antisense oligonucleotide, or a ribozyme.

In yet another related embodiment, the present invention includes a pharmaceutical composition comprising a lipid particle of the present invention and a pharmaceutically acceptable excipient, carrier, or diluent. In one embodiment, the pharmaceutical composition consists essentially of a lipid particle comprising, consisting essentially of, or consisting of one or more of the above amino lipids of the present invention, one or more neutral lipids, one or more lipids capable of reducing particle aggregation, and one or more siRNAs capable of reducing the expression of a selected polypeptide. In one particular embodiment, the lipid particle consists essentially of or consists of: (i) DLin-K-DMA; (ii) a neutral lipid selected from DSPC, POPC, DOPE, and SM; (iii) cholesterol; and (iv) PEG-S-DMG, PEG-C-DOMG or PEG-DMA, in a molar ratio of about 20-60% DLin-K-DMA:5-25% neutral lipid:25-55% Chol:0.5-15% PEG-S-DMG, PEG-C-DOMG or PEG-DMA.

9

WO 2009/086558                                                                PCT/US2008/088676

The present invention further includes, in other related embodiments, a method of modulating the expression of a polypeptide by a cell, comprising providing to a cell a lipid particle or pharmaceutical composition of the present invention. In certain embodiments, the lipid particle comprises, consists essentially of, or consists of one or more of the above amino lipids of the present invention, one or more neutral lipids, one or more lipids capable of reducing particle aggregation, and one or more siRNAs capable of reducing the expression of a selected polypeptide. In one particular embodiment, the lipid particle consists essentially of or consists of: (i) DLin-K-DMA; (ii) a neutral lipid selected from DSPC, POPC, DOPE, and SM; (iii) cholesterol; and (iv) PEG-S-DMG, PEG-C-DOMG or PEG-DMA, in a molar ratio of about 20-60% DLin-K-DMA:5-25% neutral lipid:25-55% Chol:0.5-15% PEG-S-DMG, PEG-C-DOMG or PEG-DMA. In particular embodiments, the lipid paticle comprises a therapeutic agent selected from an siRNA, a microRNA, an antisense oligonucleotide, and a plasmid capable of expressing an siRNA, a microRNA, or an antisense oligonucleotide, and wherein the siRNA, microRNA, or antisense RNA comprises a polynucleotide that specifically binds to a polynucleotide that encodes the polypeptide, or a complement thereof, such that the expression of the polypeptide is reduced. In another embodiment, the nucleic acid is a plasmid that encodes the polypeptide or a functional variant or fragment thereof, such that expression of the polypeptide or the functional variant or fragment thereof is increased.

In yet a further related embodiment, the present invention includes a method of treating a disease or disorder characterized by overexpression of a polypeptide in a subject, comprising providing to the subject a lipid particle or pharmaceutical composition of the present invention, wherein the therapeutic agent is selected from an siRNA, a microRNA, an antisense oligonucleotide, and a plasmid capable of expressing an siRNA, a microRNA, or an antisense oligonucleotide, and wherein the siRNA, microRNA, or antisense RNA comprises a

10

WO 2009/086558                                                                    PCT/US2008/088676

polynucleotide that specifically binds to a polynucleotide that encodes the polypeptide, or a complement thereof.

In another related embodiment, the present invention includes a method of treating a disease or disorder characterized by underexpression of a polypeptide in a subject, comprising providing to the subject the pharmaceutical composition of the present invention, wherein the therapeutic agent is a plasmid that encodes the polypeptide or a functional variant or fragment thereof.

In a further embodiment, the present invention includes a method of inducing an immune response in a subject, comprising providing to the subject the pharmaceutical composition of the present invention, wherein the therapeutic agent is an immunostimulatory oligonucleotide. In particular embodiments, the pharmaceutical composition is provided to the patient in combination with a vaccine or antigen.

In a related embodiment, the present invention includes a vaccine comprising the lipid particle of the present invention and an antigen associated with a disease or pathogen. In one embodiment, the lipid particle comprises an immunostimulatory nucleic acid or oligonucleotide. In a particular embodiment, the antigen is a tumor antigen. In another embodiment, the antigen is a viral antigen, a bacterial antigen, or a parasitic antigen.

The present invention further includes methods of preparing the lipid particles and pharmaceutical compositions of the present invention, as well as kits usedful in the preparation of these lipid particle and pharmaceutical compositions.

The present invention also includes a lipid particle comprising: a cationic lipid or an amino lipid, including any of those of the present invention; a neutral lipid, which may optionally be selected from DSPC, POPC, DOPE, and SM; cholesterol; and PEG-C-DOMG, in a molar ratio of about 20-60% amino lipid:5-25% neutral lipid:25-55% Chol:0.5-15% PEG-C-DOMG. In one embodiment, the lipid paticle comprises the amino lipid DLin-K-DMA. In related embodiments, the lipid particle further comprises a therapeutic agent. In one embodiment, the

11

WO 2009/086558                                                                    PCT/US2008/088676

therapeutic agent is a nucleic acid. In one particular embodiment, the nucleic acid is a siRNA. The present invention further contemplates a pharmaceutical composition comprising the lipid particle and a pharmaceutically acceptable excipient, carrier, or diluent, as well as a method of modulating the expression of a polypeptide by a cell, or treating or preventing a disease, comprising providing to a cell or subject the lipid particle.

## BRIEF DESCRIPTION OF THE SEVERAL VIEWS OF THE DRAWINGS

Figure 1 illustrates the effects of various ethanol concentrations on nucleic acid encapsulation and resulting vesicle stability. Figure 1A is a graph showing the amount of encapsulation of a 16mer phosphodiester oligonucleotide in DLinDMA/DSPC/CH/PEG-S-DMG (40:10:48:2 mole ratio) vesicles in the presence of 32, 34, and 36% ethanol. Figure 1B is a bar graph illustrating vesicle size before loading and 30 min and 60 min after loading in 32, 34, and 36% ethanol.

Figure 2 depicts the effect of time and temperature on nucleic acid encapsulation. Figure 2A is a graph showing the amount of encapsulation of a 16mer phosphodiester oligonucleotide in DLinDMA/DSPC/CH/PEG-S-DMG vesicles at 30º C and 40º C at the indicated incubation time points. Figure 2B is a bar graph showing vesicle size before incubation and after 15 min, 30 min, and 60 min of incubation at 40º C.

Figure 3 is a graph depicting the ability of various lipid formulations of nucleic acid-lipid particles containing Factor VII siRNA to reduce Factor VII expression *in vivo*. Factor VII levels following treatment with various Factor VII siRNA dosages in particles comprising either DLin-K-DMA, DLinDMA, or DLinDAP are shown.

Figure 4 is a graph comparing the amount of residual FVII following administration of various concentrations of DLin-DMA lipid particle formulations comprising the different indicated PEG-lipids.

12

Figure 5 is a graph comparing the amount of residual FVII following administration of various concentrations of DLin-K-DMA lipid particle formulations comprising the different indicated PEG-lipids.

Figure 6 is a graph depicting the serum ALT levels present following administration of the indicated lipid formulations at various siRNA dosages.

Figure 7A and Figure 7B demonstrate the relative tolerability of DLin-K-DMA lipid particles comprising either PEG-C-DOMG or PEG-S-DMG. Figure 7A shows serum ALT levels following treatment with the lipid particles at various siRNA dosages, and Figure 7B shows the change in weight of animals following treatment with the lipid particles at various siRNA dosages.

DETAILED DESCRIPTION

The present invention is based, in part, upon the discovery of cationic lipids that provide advantages when used in lipid particles for the *in vivo* delivery of an active agent, such as a therapeutic agent. In particular, as illustrated by the accompanying Examples, the present invention provides nucleic acid-lipid particle compositions comprising a cationic lipid according to the present invention that provide increased activity of the nucleic acid and improved tolerability of the compositions *in vivo*, resulting in a significant increase in therapeutic index as compared to lipid-nucleic acid particle compositions previously described. Additionally, compositions and methods of use are disclosed that provided for amelioration of the toxicity observed with certain therapeutic nucleic acid-lipid particles.

In certain embodiments, the present invention specifically provides for improved compositions for the delivery of siRNA molecules. It is shown herein that these compositions are effective in down-regulating the protein levels and/or mRNA levels of target proteins. Furthermore, it is shown that the activity of these improved compositions is dependent on the presence of a certain cationic lipids and that the molar ratio of cationic lipid in the formulation can influence activity.

The lipid particles and compositions of the present invention may be used for a variety of purposes, including the delivery of associated or encapsulated therapeutic agents to cells, both *in vitro* or *in vivo*. Accordingly, the present invention provides methods of treating diseases or disorders in a subject in need thereof, by contacting the subject with a lipid particle of the present invention associated with a suitable therapeutic agent.

As described herein, the lipid particles of the present invention are particularly useful for the delivery of nucleic acids, including, *e.g.*, siRNA molecules and plasmids. Therefore, the lipid particles and compositions of the present invention may be used to modulate the expression of target genes and proteins both in vitro and in vivo by contacting cells with a lipid particle of the present invention associated with a nucleic acid that reduces target gene expression (*e.g.*, a siRNA) or a nucleic acid that may be used to increase expression of a desired protein (*e.g.*, a plasmid encoding the desired protein).

Various exemplary embodiments of the cationic lipids of the present invention, as well as lipid particles and compositions comprising the same, and their use to deliver therapeutic agents and modulate gene and protein expression are described in further detail below.

A.    Amino Lipids

The present invention provides novel amino lipids that are advantageously used in lipid particles of the present invention for the *in vivo* delivery of therapeutic agents to cells, including but not limited to amino lipids having the following structures, including (R) and (S) enantiomers thereof:

14

WO 2009/086558                                                PCT/US2008/088676

**1,2-Dilinoleylcarbamoyloxy-3-dimethylaminopropane (DLin-C-DAP)**



$C_{43}H_{79}N_3O_4$
Exact Mass: 701.61
Mol. Wt.: 702.11
C, 73.56; H, 11.34; N, 5.98; O, 9.12

**1,2-Dilinoleyoxy-3-(dimethylamino)acetoxypropane (DLin-DAC)**



$C_{43}H_{79}NO_4$
Exact Mass: 673.60
Mol. Wt.: 674.09
C, 76.62; H, 11.81; N, 2.08; O, 9.49

**1,2-Dilinoleyoxy-3-morpholinopropane (DLin-MA)**

$C_{43}H_{79}NO_3$
Exact Mass: 657.61
Mol. Wt.: 658.09
C, 78.48; H, 12.10; N, 2.13; O, 7.29

15

WO 2009/086558                                                    PCT/US2008/088676

**1,2-Dilinoleoyl-3-dimethylaminopropane (DLinDAP)**



$C_{41}H_{73}NO_4$
Exact Mass: 643.55
Mol. Wt.: 644.02
C, 76.46; H, 11.43; N, 2.17; O, 9.94

**1,2-Dilinoleylthio-3-dimethylaminopropane (DLin-S-DMA)**



$C_{41}H_{77}NS_2$
Exact Mass: 647.55
Mol. Wt.: 648.19
C, 75.97; H, 11.97; N, 2.16; S, 9.89

**1-Linoleoyl-2-linoleyloxy-3-dimethylaminopropane (DLin-2-DMAP)**



$C_{41}H_{75}NO_3$
Exact Mass: 629.57
Mol. Wt.: 630.04
C, 78.16; H, 12.00; N, 2.22; O, 7.62

16

WO 2009/086558                                                    PCT/US2008/088676

### 1,2-Dilinoleyloxy-3-trimethylaminopropane chloride salt (DLin-TMA.Cl)



$C_{42}H_{80}ClNO_2$
Exact Mass: 665.59
Mol. Wt.: 666.54
C, 75.68; H, 12.10; Cl, 5.32; N, 2.10; O, 4.80

### 1,2-Dilinoleoyl-3-trimethylaminopropane chloride salt (DLin-TAP.Cl)



$C_{42}H_{76}ClNO_4$
Exact Mass: 693.55
Mol. Wt.: 694.51
C, 72.63; H, 11.03; Cl, 5.10; N, 2.02; O, 9.21

### 1,2-Dilinoleyloxy-3-(N-methylpiperazino)propane (DLin-MPZ)



$C_{44}H_{82}N_2O_2$
Exact Mass: 670.64
Mol. Wt.: 671.13
C, 78.74; H, 12.32; N, 4.17; O, 4.77

### 3-(N,N-Dilinoleylamino)-1,2-propanediol (DLinAP)



$C_{39}H_{73}NO_2$
Exact Mass: 587.56
Mol. Wt.: 588.00
C, 79.66; H, 12.51; N, 2.38; O, 5.44

17

**3-(N,N-Dioleylamino)-1,2-propanedio (DOAP)**

$C_{39}H_{77}NO_2$
Exact Mass: 591.60
Mol. Wt.: 592.03
C, 79.12; H, 13.11; N, 2.37; O, 5.40

**1,2-Dilinoleyloxo-3-(2-N,N-dimethylamino)ethoxypropane (DLin-EG-DMA)**

$C_{43}H_{81}NO_3$
Exact Mass: 659.62
Mol. Wt.: 660.11
C, 78.24; H, 12.37; N, 2.12; O, 7.27

**2,2-Dilinoleyl-4-dimethylaminomethyl-[1,3]-dioxolane (DLin-K-DMA)**

$C_{42}H_{77}NO_2$
Exact Mass: 627.60
Mol. Wt.: 628.07
C, 80.32; H, 12.36; N, 2.23; O, 5.09

In one embodiment of the invention, the amino lipid has the following structure (I):

18

(I)

or salts thereof, wherein

$R^1$ and $R^2$ are either the same or different and independently optionally substituted $C_{12}$-$C_{24}$ alkyl, optionally substituted $C_{12}$-$C_{24}$ alkenyl, optionally substituted $C_{12}$-$C_{24}$ alkynyl, or optionally substituted $C_{12}$-$C_{24}$ acyl;

$R^3$ and $R^4$ are either the same or different and independently optionally substituted $C_1$-$C_6$ alkyl, optionally substituted $C_1$-$C_6$ alkenyl, or optionally substituted $C_1$-$C_6$ alkynyl or $R^3$ and $R^4$ may join to form an optionally substituted heterocyclic ring of 4 to 6 carbon atoms and 1 or 2 heteroatoms chosen from nitrogen and oxygen;

$R^5$ is either absent or hydrogen or $C_1$-$C_6$ alkyl to provide a quaternary amine;

m, n, and p are either the same or different and independently either 0 or 1 with the proviso that m, n, and p are not simultaneously 0;

q is 0, 1, 2, 3, or 4; and

Y and Z are either the same or different and independently O, S, or NH.

"Alkyl" means a straight chain or branched, noncyclic or cyclic, saturated aliphatic hydrocarbon containing from 1 to 24 carbon atoms. Representative saturated straight chain alkyls include methyl, ethyl, n-propyl, n-butyl, n-pentyl, n-hexyl, and the like; while saturated branched alkyls include isopropyl, *sec*-butyl, isobutyl, *tert*-butyl, isopentyl, and the like. Representative saturated cyclic alkyls include cyclopropyl, cyclobutyl, cyclopentyl, cyclohexyl, and the like; while unsaturated cyclic alkyls include cyclopentenyl and cyclohexenyl, and the like.

"Alkenyl" means an alkyl, as defined above, containing at least one double bond between adjacent carbon atoms. Alkenyls include both cis and trans isomers. Representative straight chain and branched alkenyls include ethylenyl,

19

WO 2009/086558                                                           PCT/US2008/088676

propylenyl, 1-butenyl, 2-butenyl, isobutylenyl, 1-pentenyl, 2-pentenyl, 3-methyl-1-butenyl, 2-methyl-2-butenyl, 2,3-dimethyl-2-butenyl, and the like.

"Alkynyl" means any alkyl or alkenyl, as defined above, which additionally contains at least one triple bond between adjacent carbons. Representative straight chain and branched alkynyls include acetylenyl, propynyl, 1-butynyl, 2-butynyl, 1-pentynyl, 2-pentynyl, 3-methyl-1 butynyl, and the like.

"Acyl" means any alkyl, alkenyl, or alkynyl wherein the carbon at the point of attachment is substituted with an oxo group, as defined below. For example, -C(=O)alkyl, -C(=O)alkenyl, and -C(=O)alkynyl are acyl groups.

"Heterocycle" means a 5- to 7-membered monocyclic, or 7- to 10-membered bicyclic, heterocyclic ring which is either saturated, unsaturated, or aromatic, and which contains from 1 or 2 heteroatoms independently selected from nitrogen, oxygen and sulfur, and wherein the nitrogen and sulfur heteroatoms may be optionally oxidized, and the nitrogen heteroatom may be optionally quaternized, including bicyclic rings in which any of the above heterocycles are fused to a benzene ring. The heterocycle may be attached via any heteroatom or carbon atom. Heterocycles include heteroaryls as defined below. Heterocycles include morpholinyl, pyrrolidinonyl, pyrrolidinyl, piperidinyl, piperizynyl, hydantoinyl, valerolactamyl, oxiranyl, oxetanyl, tetrahydrofuranyl, tetrahydropyranyl, tetrahydropyridinyl, tetrahydroprimidinyl, tetrahydrothiophenyl, tetrahydrothiopyranyl, tetrahydropyrimidinyl, tetrahydrothiophenyl, tetrahydrothiopyranyl, and the like.

The terms "optionally substituted alkyl", "optionally substituted alkenyl", "optionally substituted alkynyl", "optionally substituted acyl", and "optionally substituted heterocycle" means that, when substituted, at least one hydrogen atom is replaced with a substituent. In the case of an oxo substituent (=O) two hydrogen atoms are replaced. In this regard, substituents include oxo, halogen, heterocycle, -CN, -OR$^x$, -NR$^x$R$^y$, -NR$^x$C(=O)R$^y$, -NR$^x$SO$_2$R$^y$, -C(=O)R$^x$, -C(=O)OR$^x$, -C(=O)NR$^x$R$^y$, –SO$_n$R$^x$ and -SO$_n$NR$^x$R$^y$, wherein n is 0, 1 or 2, R$^x$ and

20

WO 2009/086558                                                     PCT/US2008/088676

$R^y$ are the same or different and independently hydrogen, alkyl or heterocycle, and each of said alkyl and heterocycle substituents may be further substituted with one or more of oxo, halogen, -OH, -CN, alkyl, $-OR^x$, heterocycle, $-NR^xR^y$, $-NR^xC(=O)R^y$, $-NR^xSO_2R^y$, $-C(=O)R^x$, $-C(=O)OR^x$, $-C(=O)NR^xR^y$, $-SO_nR^x$ and $-SO_nNR^xR^y$.

"Halogen" means fluoro, chloro, bromo and iodo.

In some embodiments, the methods of the invention may require the use of protecting groups. Protecting group methodology is well known to those skilled in the art (*see, for example*, PROTECTIVE GROUPS IN ORGANIC SYNTHESIS, Green, T.W. et. al., Wiley-Interscience, New York City, 1999). Briefly, protecting groups within the context of this invention are any group that reduces or eliminates unwanted reactivity of a functional group. A protecting group can be added to a functional group to mask its reactivity during certain reactions and then removed to reveal the original functional group. In some embodiments an "alcohol protecting group" is used. An "alcohol protecting group" is any group which decreases or eliminates unwanted reactivity of an alcohol functional group. Protecting groups can be added and removed using techniques well known in the art.

The compounds of the present invention may be prepared by known organic synthesis techniques, including the methods described in more detail in the Examples. In general, the compounds of structure (I) above may be made by the following Reaction Schemes 1 or 2, wherein all substituents are as defined above unless indicated otherwise.

Compounds of structure (I) wherein m is 1 and p is 0 can be prepared according to Reaction Scheme 1. Ketone **1** and Grignard reagent **2**, wherein P is an alcohol protecting group such as trityl, can be purchased or prepared according to methods known to those of ordinary skill in the art. Reaction of **1** and **2** yields alcohol **3**. Deprotection of **3**, for example by treatment with mild acid, followed by bromination with an appropriate bromination reagent, for example phosphorous tribromide, yields **4** and **5** respectively. Treatment of bromide **5** with **6** yields the heterocyclic compound **7**. Treatment of **7** with amine **8**

21

WO 2009/086558                                                                    PCT/US2008/088676

then yields a compound of structure (I) wherein m is 1 and $R^5$ is absent (**9**). Further treatement of **9** with chloride **10** yields compounds of structure (I) wherein m is 1 and $R^5$ is present.

### 1.    Reaction Scheme 1

Compounds of structure (I) wherein m and p are 0 can be prepared according to Reaction Scheme 2.  Ketone **1** and bromide **6** can be purchased or prepared according to methods known to those of ordinary skill in the art. Reaction of **1** and **6** yields heterocycle **12**.  Treatment of **12** with amine **8** yields compounds of structure (I) wherein m is 0 and $R^5$ is absent (**13**).  Further treatment of **13** with **10** produces compounds of structure (I) wherein w is 0 and $R^5$ is present.

22

WO 2009/086558                                                        PCT/US2008/088676

2.    Reaction Scheme 2

In certain embodiments where m and p are 1 and n is 0, compounds of this invention can be prepared according to Reaction Scheme 3. Compounds **12** and **13** can be purchased or prepared according to methods know to those of ordinary skill in the art. Reaction of **12** and **13** yields a compound of structure (I) where $R^5$ is absent (**14**). In other embodiments where $R^5$ is present, **13** can be treated with **10** to obtain compounds of structure **15**.

WO 2009/086558                                                    PCT/US2008/088676

3.    Reaction Scheme 3

In certain other embodiments where either m or p is 1 and n is 0, compounds of this invention can be prepared according to Reaction Scheme 4. Compound **16** can be purchased or prepared according to methods know to those of ordinary skill in the art and reacted with **13** to yield a compound of structure (I) where $R^5$ is absent (**17**).  Other embodiments of structure (I) where $R^5$ is present can be prepared by treatment of **17** with **10** to yield compounds of structure **18**.

WO 2009/086558                                                              PCT/US2008/088676

4.    Reaction Scheme 4

In certain specific embodiments of structure (I) where n is 1 and m and p are 0, compounds of this invention can be prepared according to Reaction Scheme 5. Compound **19** can be purchased or prepared according to methods known to those of ordinary skill in the art. Reaction of **19** with formaldehyde followed by removal of an optional alcohol protecting group (P), yields alcohol **20**. Bromination of **20** followed by treatment with amine **8** yields **22**. Compound **22** can then be treated with n-butyl lithium and $R^1I$ followed by further treatment with n-butyl lithium and $R^2I$ to yield a compound of structure (I) where $R^5$ is absent (**23**). Further treatment of **23** with **10** yields a compound of structure (I) where $R^5$ is present (**24**).

WO 2009/086558                                                 PCT/US2008/088676

### 5.    Reaction Scheme 5

In particular embodiments, the amino lipids are of the present invention are cationic lipids. As used herein, the term "amino lipid" is meant to include those lipids having one or two fatty acid or fatty alkyl chains and an amino head group (including an alkylamino or dialkylamino group) that may be protonated to form a cationic lipid at physiological pH.

Other amino lipids would include those having alternative fatty acid groups and other dialkylamino groups, including those in which the alkyl substituents are different (*e.g.*, N-ethyl-N-methylamino-, N-propyl-N-ethylamino- and the like). For those embodiments in which $R^{11}$ and $R^{12}$ are both long chain alkyl or acyl groups, they can be the same or different. In general, amino lipids having less saturated acyl chains are more easily sized, particularly when the complexes must be sized below about 0.3 microns, for purposes of filter sterilization. Amino lipids containing unsaturated fatty acids with carbon chain lengths in the range of $C_{14}$ to $C_{22}$ are preferred. Other scaffolds can also be used to separate the amino group and the fatty acid or fatty alkyl portion of the amino lipid. Suitable scaffolds are known to those of skill in the art.

26

WO 2009/086558 PCT/US2008/088676

In certain embodiments, amino or cationic lipids of the present invention have at least one protonatable or deprotonatable group, such that the lipid is positively charged at a pH at or below physiological pH (e.g. pH 7.4), and neutral at a second pH, preferably at or above physiological pH. It will, of course, be understood that the addition or removal of protons as a function of pH is an equilibrium process, and that the reference to a charged or a neutral lipid refers to the nature of the predominant species and does not require that all of the lipid be present in the charged or neutral form. Lipids that have more than one protonatable or deprotonatable group, or which are zwiterrionic, are not excluded from use in the invention.

In certain embodiments, protonatable lipids according to the invention have a pKa of the protonatable group in the range of about 4 to about 11. Most preferred is pKa of about 4 to about 7, because these lipids will be cationic at a lower pH formulation stage, while particles will be largely (though not completely) surface neutralized at physiological pH around pH 7.4. One of the benefits of this pKa is that at least some nucleic acid associated with the outside surface of the particle will lose its electrostatic interaction at physiological pH and be removed by simple dialysis; thus greatly reducing the particle's susceptibility to clearance.

B. Lipid Particles

The present invention also provides lipid particles comprising one or more of the amino lipids described above. Lipid particles include, but are not limited to, liposomes. As used herein, a liposome is a structure having lipid-containing membranes enclosing an aqueous interior. Liposomes may have one or more lipid membranes. The invention contemplates both single-layered liposomes, which are referred to as unilamellar, and multi-layered liposomes, which are referred to as multilamellar. When complexed with nucleic acids, lipid particles may also be lipoplexes, which are composed of cationic lipid bilayers

27

sandwiched between DNA layers, as described, *e.g.*, in Felgner, *Scientific American*.

The lipid particles of the present invention may further comprise one or more additional lipids and/or other components such as cholesterol. Other lipids may be included in the liposome compositions of the present invention for a variety of purposes, such as to prevent lipid oxidation or to attach ligands onto the liposome surface. Any of a number of lipids may be present in liposomes of the present invention, including amphipathic, neutral, cationic, and anionic lipids. Such lipids can be used alone or in combination. Specific examples of additional lipid components that may be present are described below.

Additional components that may be present in a lipid particle of the present invention include bilayer stabilizing components such as polyamide oligomers (*see, e.g.*, U.S. Patent No. 6,320,017), peptides, proteins, detergents, lipid-derivatives, such as PEG coupled to phosphatidylethanolamine and PEG conjugated to ceramides (*see*, U.S. Patent No. 5,885,613).

In particular embodiments, the lipid particles include one or more of a second amino lipid or cationic lipid, a neutral lipid, a sterol, and a lipid selected to reduce aggregation of lipid particles during formation, which may result from steric stabilization of particles which prevents charge-induced aggregation during formation.

Examples of lipids that reduce aggregation of particles during formation include polyethylene glycol (PEG)-modified lipids, monosialoganglioside Gm1, and polyamide oligomers ("PAO") such as (described in US Pat. No. 6,320,017). Other compounds with uncharged, hydrophilic, steric-barrier moieties, which prevent aggregation during formulation, like PEG, Gm1 or ATTA, can also be coupled to lipids for use as in the methods and compositions of the invention. ATTA-lipids are described, *e.g.*, in U.S. Patent No. 6,320,017, and PEG-lipid conjugates are described, *e.g.*, in U.S. Patent Nos. 5,820,873, 5,534,499 and

28

WO 2009/086558                                            PCT/US2008/088676

5,885,613.  Typically, the concentration of the lipid component selected to reduce aggregation is about 1 to 15% (by mole percent of lipids).

Specific examples of PEG-modified lipids (or lipid-polyoxyethylene conjugates) that are useful in the present invention can have a variety of "anchoring" lipid portions to secure the PEG portion to the surface of the lipid vesicle.  Examples of suitable PEG-modified lipids include PEG-modified phosphatidylethanolamine and phosphatidic acid, PEG-ceramide conjugates (*e.g.,* PEG-CerC14 or PEG-CerC20) which are described in co-pending USSN 08/486,214, incorporated herein by reference, PEG-modified dialkylamines and PEG-modified 1,2-diacyloxypropan-3-amines.  Particularly preferred are PEG-modified diacylglycerols and dialkylglycerols.

In particular embodiments, a PEG-lipid is selected from:

**PEG-C-DOMG**

**PEG- DMA**

**PEG-S-DMG**

In embodiments where a sterically-large moiety such as PEG or ATTA are conjugated to a lipid anchor, the selection of the lipid anchor depends on

WO 2009/086558 PCT/US2008/088676

what type of association the conjugate is to have with the lipid particle. It is well known that mePEG (mw2000)-diastearoylphosphatidylethanolamine (PEG-DSPE) will remain associated with a liposome until the particle is cleared from the circulation, possibly a matter of days. Other conjugates, such as PEG-CerC20 have similar staying capacity. PEG-CerC14, however, rapidly exchanges out of the formulation upon exposure to serum, with a $T_{1/2}$ less than 60 mins. in some assays. As illustrated in US Pat. Application SN 08/486,214, at least three characteristics influence the rate of exchange: length of acyl chain, saturation of acyl chain, and size of the steric-barrier head group. Compounds having suitable variations of these features may be useful for the invention. For some therapeutic applications it may be preferable for the PEG-modified lipid to be rapidly lost from the nucleic acid-lipid particle *in vivo* and hence the PEG-modified lipid will possess relatively short lipid anchors. In other therapeutic applications it may be preferable for the nucleic acid-lipid particle to exhibit a longer plasma circulation lifetime and hence the PEG-modified lipid will possess relatively longer lipid anchors.

It should be noted that aggregation preventing compounds do not necessarily require lipid conjugation to function properly. Free PEG or free ATTA in solution may be sufficient to prevent aggregation. If the particles are stable after formulation, the PEG or ATTA can be dialyzed away before administration to a subject.

Neutral lipids, when present in the lipid particle, can be any of a number of lipid species which exist either in an uncharged or neutral zwitterionic form at physiological pH. Such lipids include, for example diacylphosphatidylcholine, diacylphosphatidylethanolamine, ceramide, sphingomyelin, dihydrosphingomyelin, cephalin, and cerebrosides. The selection of neutral lipids for use in the particles described herein is generally guided by consideration of, *e.g.*, liposome size and stability of the liposomes in the bloodstream. Preferably, the neutral lipid component is a lipid having two acyl groups, (*i.e.*, diacylphosphatidylcholine and diacylphosphatidylethanolamine).

30

WO 2009/086558                                                        PCT/US2008/088676

Lipids having a variety of acyl chain groups of varying chain length and degree of saturation are available or may be isolated or synthesized by well-known techniques. In one group of embodiments, lipids containing saturated fatty acids with carbon chain lengths in the range of $C_{14}$ to $C_{22}$ are preferred. In another group of embodiments, lipids with mono or diunsaturated fatty acids with carbon chain lengths in the range of $C_{14}$ to $C_{22}$ are used. Additionally, lipids having mixtures of saturated and unsaturated fatty acid chains can be used. Preferably, the neutral lipids used in the present invention are DOPE, DSPC, POPC, or any related phosphatidylcholine. The neutral lipids useful in the present invention may also be composed of sphingomyelin, dihydrosphingomyeline, or phospholipids with other head groups, such as serine and inositol.

The sterol component of the lipid mixture, when present, can be any of those sterols conventionally used in the field of liposome, lipid vesicle or lipid particle preparation. A preferred sterol is cholesterol.

Other cationic lipids, which carry a net positive charge at about physiological pH, in addition to those specifically described above, may also be included in lipid particles of the present invention. Such cationic lipids include, but are not limited to, N,N-dioleyl-N,N-dimethylammonium chloride ("DODAC"); N-(2,3-dioleyloxy)propyl-N,N-N-triethylammonium chloride ("DOTMA"); N,N-distearyl-N,N-dimethylammonium bromide ("DDAB"); N-(2,3-dioleoyloxy)propyl)-N,N,N-trimethylammonium chloride ("DOTAP"); 1,2-Dioleyloxy-3-trimethylaminopropane chloride salt ("DOTAP.Cl"); 3β-(N-(N',N'-dimethylaminoethane)-carbamoyl)cholesterol ("DC-Chol"), N-(1-(2,3-dioleyloxy)propyl)-N-2-(sperminecarboxamido)ethyl)-N,N-dimethylammonium trifluoracetate ("DOSPA"), dioctadecylamidoglycyl carboxyspermine ("DOGS"), 1,2-dileoyl-sn-3-phosphoethanolamine ("DOPE"), 1,2-dioleoyl-3-dimethylammonium propane ("DODAP"), N, N-dimethyl-2,3-dioleyloxy)propylamine ("DODMA"), and N-(1,2-dimyristyloxyprop-3-yl)-N,N-dimethyl-N-hydroxyethyl ammonium bromide ("DMRIE"). Additionally, a number of commercial preparations of cationic lipids

31

WO 2009/086558                                                    PCT/US2008/088676

can be used, such as, *e.g.*, LIPOFECTIN (including DOTMA and DOPE, available from GIBCO/BRL), and LIPOFECTAMINE (comprising DOSPA and DOPE, available from GIBCO/BRL).   In particular embodiments, a cationic lipid is an amino lipid.

Anionic lipids suitable for use in lipid particles of the present invention include, but are not limited to, phosphatidylglycerol, cardiolipin, diacylphosphatidylserine, diacylphosphatidic acid, N-dodecanoyl phosphatidylethanoloamine, N-succinyl phosphatidylethanolamine, N-glutaryl phosphatidylethanolamine, lysylphosphatidylglycerol, and other anionic modifying groups joined to neutral lipids.

In numerous embodiments, amphipathic lipids are included in lipid particles of the present invention.  "Amphipathic lipids" refer to any suitable material, wherein the hydrophobic portion of the lipid material orients into a hydrophobic phase, while the hydrophilic portion orients toward the aqueous phase.  Such compounds include, but are not limited to, phospholipids, aminolipids, and sphingolipids.  Representative phospholipids include sphingomyelin, phosphatidylcholine, phosphatidylethanolamine, phosphatidylserine, phosphatidylinositol, phosphatidic acid, palmitoyloleoyl phosphatdylcholine, lysophosphatidylcholine, lysophosphatidylethanolamine, dipalmitoylphosphatidylcholine, dioleoylphosphatidylcholine, distearoylphosphatidylcholine, or dilinoleoylphosphatidylcholine.  Other phosphorus-lacking compounds, such as sphingolipids, glycosphingolipid families, diacylglycerols, and β-acyloxyacids, can also be used.  Additionally, such amphipathic lipids can be readily mixed with other lipids, such as triglycerides and sterols.

Also suitable for inclusion in the lipid particles of the present invention are programmable fusion lipids.  Such lipid particles have little tendency to fuse with cell membranes and deliver their payload until a given signal event occurs.  This allows the lipid particle to distribute more evenly after injection into an

organism or disease site before it starts fusing with cells.  The signal event can be, for example, a change in pH, temperature, ionic environment, or time.  In the latter case, a fusion delaying or "cloaking" component, such as an ATTA-lipid conjugate or a PEG-lipid conjugate, can simply exchange out of the lipid particle membrane over time.  By the time the lipid particle is suitably distributed in the body, it has lost sufficient cloaking agent so as to be fusogenic.  With other signal events, it is desirable to choose a signal that is associated with the disease site or target cell, such as increased temperature at a site of inflammation.

In certain embodiments, it is desirable to target the lipid particles of this invention using targeting moieties that are specific to a cell type or tissue. Targeting of lipid particles using a variety of targeting moieties, such as ligands, cell surface receptors, glycoproteins, vitamins (*e.g.,* riboflavin) and monoclonal antibodies, has been previously described (*see, e.g.,* U.S. Patent Nos. 4,957,773 and 4,603,044).  The targeting moieties can comprise the entire protein or fragments thereof.  Targeting mechanisms generally require that the targeting agents be positioned on the surface of the lipid particle in such a manner that the target moiety is available for interaction with the target, for example, a cell surface receptor.  A variety of different targeting agents and methods are known and available in the art, including those described, *e.g.,* in Sapra, P. and Allen, TM, *Prog. Lipid Res.* 42(5):439-62 (2003); and Abra, RM *et al., J. Liposome Res.* 12:1-3, (2002).

The use of lipid particles, *i.e.,* liposomes, with a surface coating of hydrophilic polymer chains, such as polyethylene glycol (PEG) chains, for targeting has been proposed (Allen, *et al., Biochimica et Biophysica Acta* 1237: 99-108 (1995); DeFrees, *et al., Journal of the American Chemistry Society* 118: 6101-6104 (1996); Blume, *et al., Biochimica et Biophysica Acta* 1149: 180-184 (1993); Klibanov, *et al., Journal of Liposome Research* 2: 321-334 (1992); U.S. Patent No. 5,013556; Zalipsky, *Bioconjugate Chemistry* 4: 296-299 (1993); Zalipsky, *FEBS Letters* 353: 71-74 (1994); Zalipsky, in Stealth Liposomes Chapter 9 (Lasic and

Martin, Eds) CRC Press, Boca Raton Fl (1995). In one approach, a ligand, such as an antibody, for targeting the lipid particle is linked to the polar head group of lipids forming the lipid particle. In another approach, the targeting ligand is attached to the distal ends of the PEG chains forming the hydrophilic polymer coating (Klibanov, *et al.*, *Journal of Liposome Research* 2: 321-334 (1992); Kirpotin *et al.*, *FEBS Letters* 388: 115-118 (1996)).

Standard methods for coupling the target agents can be used. For example, phosphatidylethanolamine, which can be activated for attachment of target agents, or derivatized lipophilic compounds, such as lipid-derivatized bleomycin, can be used. Antibody-targeted liposomes can be constructed using, for instance, liposomes that incorporate protein A (*see*, Renneisen, *et al.*, *J. Bio. Chem.*, 265:16337-16342 (1990) and Leonetti, *et al.*, *Proc. Natl. Acad. Sci. (USA)*, 87:2448-2451 (1990). Other examples of antibody conjugation are disclosed in U.S. Patent No. 6,027,726, the teachings of which are incorporated herein by reference. Examples of targeting moieties can also include other proteins, specific to cellular components, including antigens associated with neoplasms or tumors. Proteins used as targeting moieties can be attached to the liposomes via covalent bonds (s*ee*, Heath, *Covalent Attachment of Proteins to Liposomes, 149 Methods in Enzymology* 111-119 (Academic Press, Inc. 1987)). Other targeting methods include the biotin-avidin system.

In one exemplary embodiment, the lipid particle comprises a mixture of an amino lipid of the present invention, neutral lipids (other than an amino lipid), a sterol (*e.g.,* cholesterol) and a PEG-modified lipid (*e.g.,* a PEG-S-DMG, PEG-C-DOMG or PEG-DMA). In certain embodiments, the lipid mixture consists of or consists essentially of an amino lipid of the present invention, a neutral lipid, cholesterol, and a PEG-modified lipid. In further preferred embodiments, the lipid particle consists of or consists essentially of the above lipid mixture in molar ratios of about 20-70% amino lipid: 5-45% neutral lipid:20-55% cholesterol:0.5-15% PEG-modified lipid.

In particular embodiments, the lipid particle consists of or consists essentially of DLin-K-DMA, DSPC, Chol, and either PEG-S-DMG, PEG-C-DOMG or PEG-DMA, *e.g.*, in a molar ratio of about 20-60% DLin-K-DMA: 5-25% DSPC:25-55% Chol:0.5-15% PEG-S-DMG, PEG-C-DOMG or PEG-DMA. In particular embodiments, the molar lipid ratio is approximately 40/10/40/10 (mol% DLin-K-DMA/DSPC/Chol/PEG-S-DMG or DLin-K-DMA/DSPC/Chol/PEG-C-DOMG or DLin-K-DMA/DSPC/Chol/PEG-DMA) or 35/15/40/10 mol% DLin-K-DMA/DSPC/Chol/PEG-S-DMG or DLin-K-DMA/DSPC/Chol/PEG-C-DOMG or DLin-K-DMA/DSPC/Chol/PEG-DMA. In another group of embodiments, the neutral lipid in these compositions is replaced with POPC, DOPE or SM.

C.    Therapeutic Agent-Lipid Particle Compositions and Formulations

The present invention includes compositions comprising a lipid particle of the present invention and an active agent, wherein the active agent is associated with the lipid particle. In particular embodiments, the active agent is a therapeutic agent. In particular embodiments, the active agent is encapsulated within an aqueous interior of the lipid particle. In other embodiments, the active agent is present within one or more lipid layers of the lipid particle. In other embodiments, the active agent is bound to the exterior or interior lipid surface of a lipid particle.

"Fully encapsulated" as used herein indicates that the nucleic acid in the particles is not significantly degraded after exposure to serum or a nuclease assay that would significantly degrade free DNA or RNA. In a fully encapsulated system, preferably less than 25% of particle nucleic acid is degraded in a treatment that would normally degrade 100% of free nucleic acid, more preferably less than 10% and most preferably less than 5% of the particle nucleic acid is degraded. Alternatively, full encapsulation may be determined by an Oligreen[®] assay. Oligreen[®] is an ultra-sensitive fluorescent nucleic acid stain for quantitating oligonucleotides and single-stranded DNA or RNA in solution (available from

Invitrogen Corporation, Carlsbad, CA). Fully encapsulated also suggests that the particles are serum stable, that is, that they do not rapidly decompose into their component parts upon *in vivo* administration.

Active agents, as used herein, include any molecule or compound capable of exerting a desired effect on a cell, tissue, organ, or subject. Such effects may be biological, physiological, or cosmetic, for example. Active agents may be any type of molecule or compound, including *e.g.*, nucleic acids, peptides and polypeptides, including, *e.g.*, antibodies, such as, *e.g.*, polyclonal antibodies, monoclonal antibodies, antibody fragments; humanized antibodies, recombinant antibodies, recombinant human antibodies, and Primatized™ antibodies, cytokines, growth factors, apoptotic factors, differentiation-inducing factors, cell surface receptors and their ligands; hormones; and small molecules, including small organic molecules or compounds.

In one embodiment, the active agent is a therapeutic agent, or a salt or derivative thereof. Therapeutic agent derivatives may be therapeutically active themselves or they may be prodrugs, which become active upon further modification. Thus, in one embodiment, a therapeutic agent derivative retains some or all of the therapeutic activity as compared to the unmodified agent, while in another embodiment, a therapeutic agent derivative lacks therapeutic activity.

In various embodiments, therapeutic agents include any therapeutically effective agent or drug, such as anti-inflammatory compounds, anti-depressants, stimulants, analgesics, antibiotics, birth control medication, antipyretics, vasodilators, anti-angiogenics, cytovascular agents, signal transduction inhibitors, cardiovascular drugs, *e.g.*, anti-arrhythmic agents, vasoconstrictors, hormones, and steroids.

In certain embodiments, the therapeutic agent is an oncology drug, which may also be referred to as an anti-tumor drug, an anti-cancer drug, a tumor drug, an antineoplastic agent, or the like. Examples of oncology drugs that may be used according to the invention include, but are not limited to, adriamycin, alkeran,

36

WO 2009/086558                                                                PCT/US2008/088676

allopurinol, altretamine, amifostine, anastrozole, araC, arsenic trioxide, azathioprine, bexarotene, biCNU, bleomycin, busulfan intravenous, busulfan oral, capecitabine (Xeloda), carboplatin, carmustine, CCNU, celecoxib, chlorambucil, cisplatin, cladribine, cyclosporin A, cytarabine, cytosine arabinoside, daunorubicin, cytoxan, daunorubicin, dexamethasone, dexrazoxane, dodetaxel, doxorubicin, doxorubicin, DTIC, epirubicin, estramustine, etoposide phosphate, etoposide and VP-16, exemestane, FK506, fludarabine, fluorouracil, 5-FU, gemcitabine (Gemzar), gemtuzumab-ozogamicin, goserelin acetate, hydrea, hydroxyurea, idarubicin, ifosfamide, imatinib mesylate, interferon, irinotecan (Camptostar, CPT-111), letrozole, leucovorin, leustatin, leuprolide, levamisole, litretinoin, megastrol, melphalan, L-PAM, mesna, methotrexate, methoxsalen, mithramycin, mitomycin, mitoxantrone, nitrogen mustard, paclitaxel, pamidronate, Pegademase, pentostatin, porfimer sodium, prednisone, rituxan, streptozocin, STI-571, tamoxifen, taxotere, temozolamide, teniposide, VM-26, topotecan (Hycamtin), toremifene, tretinoin, ATRA, valrubicin, velban, vinblastine, vincristine, VP16, and vinorelbine. Other examples of oncology drugs that may be used according to the invention are ellipticin and ellipticin analogs or derivatives, epothilones, intracellular kinase inhibitors and camptothecins.

### 1.   Nucleic Acid-Lipid Particles

In certain embodiments, lipid particles of the present invention are associated with a nucleic acid, resulting in a nucleic acid-lipid particle. In particular embodiments, the nucleic acid is fully encapsulated in the lipid particle. As used herein, the term "nucleic acid" is meant to include any oligonucleotide or polynucleotide. Fragments containing up to 50 nucleotides are generally termed oligonucleotides, and longer fragments are called polynucleotides. In particular embodiments, oligonucletoides of the present invention are 20-50 nucleotides in length.

WO 2009/086558                                                              PCT/US2008/088676

In the context of this invention, the terms "polynucleotide" and "oligonucleotide" refer to a polymer or oligomer of nucleotide or nucleoside monomers consisting of naturally occurring bases, sugars and intersugar (backbone) linkages.  The terms "polynucleotide" and "oligonucleotide" also includes polymers or oligomers comprising non-naturally occurring monomers, or portions thereof, which function similarly.  Such modified or substituted oligonucleotides are often preferred over native forms because of properties such as, for example, enhanced cellular uptake and increased stability in the presence of nucleases.

Oligonucleotides are classified as deoxyribooligonucleotides or ribooligonucleotides. A deoxyribooligonucleotide consists of a 5-carbon sugar called deoxyribose joined covalently to phosphate at the 5′ and 3′ carbons of this sugar to form an alternating, unbranched polymer.  A ribooligonucleotide consists of a similar repeating structure where the 5-carbon sugar is ribose.

The nucleic acid that is present in a lipid-nucleic acid particle according to this invention includes any form of nucleic acid that is known.  The nucleic acids used herein can be single-stranded DNA or RNA, or double-stranded DNA or RNA, or DNA-RNA hybrids.  Examples of double-stranded DNA include structural genes, genes including control and termination regions, and self-replicating systems such as viral or plasmid DNA.  Examples of double-stranded RNA include siRNA and other RNA interference reagents.  Single-stranded nucleic acids include, *e.g.*, antisense oligonucleotides, ribozymes, microRNA, and triplex-forming oligonucleotides.

Nucleic acids of the present invention may be of various lengths, generally dependent upon the particular form of nucleic acid.  For example, in particular embodiments, plasmids or genes may be from about 1,000 to 100,000 nucleotide residues in length.  In particular embodiments, oligonucleotides may range from about 10 to 100 nucleotides in length.  In various related embodiments, oligonucleotides, both single-stranded, double-stranded, and triple-stranded, may

WO 2009/086558                                                                    PCT/US2008/088676

range in length from about 10 to about 50 nucleotides, from about 20 o about 50 nucleotides, from about 15 to about 30 nucleotides, from about 20 to about 30 nucleotides in length.

In particular embodiments, an oligonucleotide (or a strand thereof) of the present invention specifically hybridizes to or is complementary to a target polynucleotide. "Specifically hybridizable" and "complementary" are terms which are used to indicate a sufficient degree of complementarity such that stable and specific binding occurs between the DNA or RNA target and the oligonucleotide. It is understood that an oligonucleotide need not be 100% complementary to its target nucleic acid sequence to be specifically hybridizable. An oligonucleotide is specifically hybridizable when binding of the oligonucleotide to the target interferes with the normal function of the target molecule to cause a loss of utility or expression therefrom, and there is a sufficient degree of complementarity to avoid non-specific binding of the oligonucleotide to non-target sequences under conditions in which specific binding is desired, *i.e.*, under physiological conditions in the case of in vivo assays or therapeutic treatment, or, in the case of *in vitro* assays, under conditions in which the assays are conducted. Thus, in other embodiments, this oligonucleotide includes 1, 2, or 3 base substitutions as compared to the region of a gene or mRNA sequence that it is targeting or to which it specifically hybridizes.

RNA Interference Nucleic Acids

In particular embodiments, nucleic acid-lipid particles of the present invention are associated with RNA interference (RNAi) molecules. RNA interference methods using RNAi molecules may be used to disrupt the expression of a gene or polynucleotide of interest. In the last 5 years small interfering RNA (siRNA) has essentially replaced antisense ODN and ribozymes as the next generation of targeted oligonucleotide drugs under development. SiRNAs are RNA duplexes normally 21-30 nucleotides long that can associate with a

39

WO 2009/086558                                                          PCT/US2008/088676

cytoplasmic multi-protein complex known as RNAi-induced silencing complex (RISC). RISC loaded with siRNA mediates the degradation of homologous mRNA transcripts, therefore siRNA can be designed to knock down protein expression with high specificity. Unlike other antisense technologies, siRNA function through a natural mechanism evolved to control gene expression through non-coding RNA. This is generally considered to be the reason why their activity is more potent *in vitro* and *in vivo* than either antisense ODN or ribozymes. A variety of RNAi reagents, including siRNAs targeting clinically relevant targets, are currently under pharmaceutical development, as described, *e.g.*, in de Fougerolles, A. *et al.*, Nature Reviews 6:443-453 (2007).

While the first described RNAi molecules were RNA:RNA hybrids comprising both an RNA sense and an RNA antisense strand, it has now been demonstrated that DNA sense:RNA antisense hybrids, RNA sense:DNA antisense hybrids, and DNA:DNA hybrids are capable of mediating RNAi (Lamberton, J.S. and Christian, A.T., (2003) Molecular Biotechnology 24:111-119). Thus, the invention includes the use of RNAi molecules comprising any of these different types of double-stranded molecules. In addition, it is understood that RNAi molecules may be used and introduced to cells in a variety of forms. Accordingly, as used herein, RNAi molecules encompasses any and all molecules capable of inducing an RNAi response in cells, including, but not limited to, double-stranded polynucleotides comprising two separate strands, *i.e.* a sense strand and an antisense strand, *e.g.*, small interfering RNA (siRNA); polynucleotides comprising a hairpin loop of complementary sequences, which forms a double-stranded region, *e.g.*, shRNAi molecules, and expression vectors that express one or more polynucleotides capable of forming a double-stranded polynucleotide alone or in combination with another polynucleotide.

RNA interference (RNAi) may be used to specifically inhibit expression of target polynucleotides. Double-stranded RNA-mediated suppression of gene and nucleic acid expression may be accomplished according to the

WO 2009/086558                                                                PCT/US2008/088676

invention by introducing dsRNA, siRNA or shRNA into cells or organisms.  SiRNA may be double-stranded RNA, or a hybrid molecule comprising both RNA and DNA, *e.g.*, one RNA strand and one DNA strand.  It has been demonstrated that the direct introduction of siRNAs to a cell can trigger RNAi in mammalian cells (Elshabir, S.M., *et al.* Nature 411:494-498 (2001)).  Furthermore, suppression in mammalian cells occurred at the RNA level and was specific for the targeted genes, with a strong correlation between RNA and protein suppression (Caplen, N. *et al.*, Proc. Natl. Acad. Sci. USA 98:9746-9747 (2001)).  In addition, it was shown that a wide variety of cell lines, including HeLa S3, COS7, 293, NIH/3T3, A549, HT-29, CHO-KI and MCF-7 cells, are susceptible to some level of siRNA silencing (Brown, D. *et al.* TechNotes 9(1):1-7, available at http://www.dot.ambion.dot.com/techlib/tn/91/912.html (9/1/02)).

RNAi molecules targeting specific polynucleotides can be readily prepared according to procedures known in the art.  Structural characteristics of effective siRNA molecules have been identified.  Elshabir, S.M. *et al.* (2001) Nature 411:494-498 and Elshabir, S.M. *et al.* (2001), EMBO 20:6877-6888.  Accordingly, one of skill in the art would understand that a wide variety of different siRNA molecules may be used to target a specific gene or transcript.  In certain embodiments, siRNA molecules according to the invention are double-stranded and 16 - 30 or 18 - 25 nucleotides in length, including each integer in between.  In one embodiment, an siRNA is 21 nucleotides in length.  In certain embodiments, siRNAs have 0-7 nucleotide 3' overhangs or 0-4 nucleotide 5' overhangs.  In one embodiment, an siRNA molecule has a two nucleotide 3' overhang.  In one embodiment, an siRNA is 21 nucleotides in length with two nucleotide 3' overhangs (*i.e.* they contain a 19 nucleotide complementary region between the sense and antisense strands).  In certain embodiments, the overhangs are UU or dTdT 3' overhangs.

Generally, siRNA molecules are completely complementary to one strand of a target DNA molecule, since even single base pair mismatches have

41

been shown to reduce silencing. In other embodiments, siRNAs may have a modified backbone composition, such as, for example, 2'-deoxy- or 2'-O-methyl modifications. However, in preferred embodiments, the entire strand of the siRNA is not made with either 2' deoxy or 2'-O-modified bases.

In one embodiment, siRNA target sites are selected by scanning the target mRNA transcript sequence for the occurrence of AA dinucleotide sequences. Each AA dinucleotide sequence in combination with the 3' adjacent approximately 19 nucleotides are potential siRNA target sites. In one embodiment, siRNA target sites are preferentially not located within the 5' and 3' untranslated regions (UTRs) or regions near the start codon (within approximately 75 bases), since proteins that bind regulatory regions may interfere with the binding of the siRNP endonuclease complex (Elshabir, S. *et al.* Nature 411:494-498 (2001); Elshabir, S. *et al.* EMBO J. 20:6877-6888 (2001)). In addition, potential target sites may be compared to an appropriate genome database, such as BLASTN 2.0.5, available on the NCBI server at www.ncbi.nlm, and potential target sequences with significant homology to other coding sequences eliminated.

In particular embodiments, short hairpin RNAs constitute the nucleic acid component of nucleic acid-lipid particles of the present invention. Short Hairpin RNA (shRNA) is a form of hairpin RNA capable of sequence-specifically reducing expression of a target gene. Short hairpin RNAs may offer an advantage over siRNAs in suppressing gene expression, as they are generally more stable and less susceptible to degradation in the cellular environment. It has been established that such short hairpin RNA-mediated gene silencing works in a variety of normal and cancer cell lines, and in mammalian cells, including mouse and human cells. Paddison, P. *et al.*, Genes Dev. 16(8):948-58 (2002). Furthermore, transgenic cell lines bearing chromosomal genes that code for engineered shRNAs have been generated. These cells are able to constitutively synthesize shRNAs, thereby facilitating long-lasting or constitutive gene silencing that may be passed

WO 2009/086558                                                                                    PCT/US2008/088676

on to progeny cells.  Paddison, P. *et al.*, Proc. Natl. Acad. Sci. USA 99(3):1443-1448 (2002).

ShRNAs contain a stem loop structure.  In certain embodiments, they may contain variable stem lengths, typically from 19 to 29 nucleotides in length, or any number in between.  In certain embodiments, hairpins contain 19 to 21 nucleotide stems, while in other embodiments, hairpins contain 27 to 29 nucleotide stems.  In certain embodiments, loop size is between 4 to 23 nucleotides in length, although the loop size may be larger than 23 nucleotides without significantly affecting silencing activity.  ShRNA molecules may contain mismatches, for example G-U mismatches between the two strands of the shRNA stem without decreasing potency.  In fact, in certain embodiments, shRNAs are designed to include one or several G-U pairings in the hairpin stem to stabilize hairpins during propagation in bacteria, for example.  However, complementarity between the portion of the stem that binds to the target mRNA (antisense strand) and the mRNA is typically required, and even a single base pair mismatch is this region may abolish silencing.  5' and 3' overhangs are not required, since they do not appear to be critical for shRNA function, although they may be present (Paddison *et al.* (2002) Genes & Dev. 16(8):948-58).

MicroRNAs

Micro RNAs (miRNAs) are a highly conserved class of small RNA molecules that are transcribed from DNA in the genomes of plants and animals, but are not translated into protein.  Processed miRNAs are single stranded ~17-25 nucleotide (nt) RNA molecules that become incorporated into the RNA-induced silencing complex (RISC) and have been identified as key regulators of development, cell proliferation, apoptosis and differentiation.  They are believed to play a role in regulation of gene expression by binding to the 3'-untranslated region of specific mRNAs.RISC mediates down-regulation of gene expression through

43

WO 2009/086558                                                                    PCT/US2008/088676

translational inhibition, transcript cleavage, or both.  RISC is also implicated in transcriptional silencing in the nucleus of a wide range of eukaryotes.

The number of miRNA sequences identified to date is large and growing, illustrative examples of which can be found, for example, in: "*miRBase: microRNA sequences, targets and gene nomenclature*" Griffiths-Jones S, Grocock RJ, van Dongen S, Bateman A, Enright AJ. NAR, 2006, 34, Database Issue, D140-D144; "*The microRNA Registry*" Griffiths-Jones S. NAR, 2004, 32, Database Issue, D109-D111; and also at http://microrna.sanger.ac.uk/sequences/.


Antisense Oligonucleotides

In one embodiment, a nucleic acid is an antisense oligonucleotide directed to a target polynucleotide.  The term "antisense oligonucleotide" or simply "antisense" is meant to include oligonucleotides that are complementary to a targeted polynucleotide sequence.  Antisense oligonucleotides are single strands of DNA or RNA that are complementary to a chosen sequence. In the case of antisense RNA, they prevent translation of complementary RNA strands by binding to it.  Antisense DNA can be used to target a specific, complementary (coding or non-coding) RNA. If binding takes places this DNA/RNA hybrid can be degraded by the enzyme RNase H.  In particular embodiment, antisense oligonucleotides contain from about 10 to about 50 nucleotides, more preferably about 15 to about 30 nucleotides.  The term also encompasses antisense oligonucleotides that may not be exactly complementary to the desired target gene.  Thus, the invention can be utilized in instances where non-target specific-activities are found with antisense, or where an antisense sequence containing one or more mismatches with the target sequence is the most preferred for a particular use.

Antisense oligonucleotides have been demonstrated to be effective and targeted inhibitors of protein synthesis, and, consequently, can be used to specifically inhibit protein synthesis by a targeted gene.  The efficacy of antisense oligonucleotides for inhibiting protein synthesis is well established.  For example,

44

the synthesis of polygalactauronase and the muscarine type 2 acetylcholine receptor are inhibited by antisense oligonucleotides directed to their respective mRNA sequences (U. S. Patent 5,739,119 and U. S. Patent 5,759,829).  Further, examples of antisense inhibition have been demonstrated with the nuclear protein cyclin, the multiple drug resistance gene (MDG1), ICAM-1, E-selectin, STK-1, striatal GABA$_A$ receptor and human EGF (Jaskulski *et al.*, Science. 1988 Jun 10;240(4858):1544-6; Vasanthakumar and Ahmed, Cancer Commun. 1989;1(4):225-32; Peris *et al.*, Brain Res Mol Brain Res. 1998 Jun 15;57(2):310-20; U. S. Patent 5,801,154; U.S. Patent 5,789,573; U. S. Patent 5,718,709 and U.S. Patent 5,610,288).  Furthermore, antisense constructs have also been described that inhibit and can be used to treat a variety of abnormal cellular proliferations, *e.g.* cancer (U. S. Patent 5,747,470; U. S. Patent 5,591,317 and U. S. Patent 5,783,683).

Methods of producing antisense oligonucleotides are known in the art and can be readily adapted to produce an antisense oligonucleotide that targets any polynucleotide sequence.  Selection of antisense oligonucleotide sequences specific for a given target sequence is based upon analysis of the chosen target sequence and determination of secondary structure, $T_m$, binding energy, and relative stability.  Antisense oligonucleotides may be selected based upon their relative inability to form dimers, hairpins, or other secondary structures that would reduce or prohibit specific binding to the target mRNA in a host cell.  Highly preferred target regions of the mRNA include those regions at or near the AUG translation initiation codon and those sequences that are substantially complementary to 5' regions of the mRNA.  These secondary structure analyses and target site selection considerations can be performed, for example, using v.4 of the OLIGO primer analysis software (Molecular Biology Insights) and/or the BLASTN 2.0.5 algorithm software (Altschul *et al.,* Nucleic Acids Res. 1997, 25(17):3389-402).

WO 2009/086558                                                    PCT/US2008/088676

Ribozymes

According to another embodiment of the invention, nucleic acid-lipid particles are associated with ribozymes. Ribozymes are RNA-protein complexes having specific catalytic domains that possess endonuclease activity (Kim and Cech, Proc Natl Acad Sci U S A. 1987 Dec;84(24):8788-92; Forster and Symons, Cell. 1987 Apr 24;49(2):211-20). For example, a large number of ribozymes accelerate phosphoester transfer reactions with a high degree of specificity, often cleaving only one of several phosphoesters in an oligonucleotide substrate (Cech et al., Cell. 1981 Dec;27(3 Pt 2):487-96; Michel and Westhof, J Mol Biol. 1990 Dec 5;216(3):585-610; Reinhold-Hurek and Shub, Nature. 1992 May 14;357(6374):173-6). This specificity has been attributed to the requirement that the substrate bind via specific base-pairing interactions to the internal guide sequence ("IGS") of the ribozyme prior to chemical reaction.

At least six basic varieties of naturally-occurring enzymatic RNAs are known presently. Each can catalyze the hydrolysis of RNA phosphodiester bonds in trans (and thus can cleave other RNA molecules) under physiological conditions. In general, enzymatic nucleic acids act by first binding to a target RNA. Such binding occurs through the target binding portion of a enzymatic nucleic acid which is held in close proximity to an enzymatic portion of the molecule that acts to cleave the target RNA. Thus, the enzymatic nucleic acid first recognizes and then binds a target RNA through complementary base-pairing, and once bound to the correct site, acts enzymatically to cut the target RNA. Strategic cleavage of such a target RNA will destroy its ability to direct synthesis of an encoded protein. After an enzymatic nucleic acid has bound and cleaved its RNA target, it is released from that RNA to search for another target and can repeatedly bind and cleave new targets.

The enzymatic nucleic acid molecule may be formed in a hammerhead, hairpin, a hepatitis δ virus, group I intron or RNaseP RNA (in association with an RNA guide sequence) or Neurospora VS RNA motif, for

46

WO 2009/086558                                                            PCT/US2008/088676

example.  Specific examples of hammerhead motifs are described by Rossi *et al.* Nucleic Acids Res. 1992 Sep 11;20(17):4559-65.  Examples of hairpin motifs are described by Hampel *et al.* (Eur. Pat. Appl. Publ. No. EP 0360257), Hampel and Tritz, Biochemistry 1989 Jun 13;28(12):4929-33; Hampel *et al.,* Nucleic Acids Res. 1990 Jan 25;18(2):299-304 and U. S. Patent 5,631,359.  An example of the hepatitis δ virus motif is described by Perrotta and Been, Biochemistry. 1992 Dec 1;31(47):11843-52; an example of the RNaseP motif is described by Guerrier-Takada *et al.*, Cell. 1983 Dec;35(3 Pt 2):849-57; Neurospora VS RNA ribozyme motif is described by Collins (Saville and Collins, Cell. 1990 May 18;61(4):685-96; Saville and Collins, Proc Natl Acad Sci U S A. 1991 Oct 1;88(19):8826-30; Collins and Olive, Biochemistry. 1993 Mar 23;32(11):2795-9); and an example of the Group I intron is described in U. S. Patent 4,987,071.  Important characteristics of enzymatic nucleic acid molecules used according to the invention are that they have a specific substrate binding site which is complementary to one or more of the target gene DNA or RNA regions, and that they have nucleotide sequences within or surrounding that substrate binding site which impart an RNA cleaving activity to the molecule.  Thus the ribozyme constructs need not be limited to specific motifs mentioned herein.

Methods of producing a ribozyme targeted to any polynucleotide sequence are known in the art.  Ribozymes may be designed as described in Int. Pat. Appl. Publ. No. WO 93/23569 and Int. Pat. Appl. Publ. No. WO 94/02595, each specifically incorporated herein by reference, and synthesized to be tested *in vitro* and *in vivo*, as described therein.

Ribozyme activity can be optimized by altering the length of the ribozyme binding arms or chemically synthesizing ribozymes with modifications that prevent their degradation by serum ribonucleases (see *e.g.*, Int. Pat. Appl. Publ. No. WO 92/07065; Int. Pat. Appl. Publ. No. WO 93/15187; Int. Pat. Appl. Publ. No. WO 91/03162; Eur. Pat. Appl. Publ. No. 92110298.4; U. S. Patent 5,334,711; and Int. Pat. Appl. Publ. No. WO 94/13688, which describe various

WO 2009/086558                                    PCT/US2008/088676

chemical modifications that can be made to the sugar moieties of enzymatic RNA molecules), modifications which enhance their efficacy in cells, and removal of stem II bases to shorten RNA synthesis times and reduce chemical requirements.

### Immunostimulatory Oligonucleotides

Nucleic acids associated with lipid paticles of the present invention may be immunostimulatory, including immunostimulatory oligonucleotides (ISS; single-or double-stranded) capable of inducing an immune response when administered to a subject, which may be a mammal or other patient. ISS include, *e.g.*, certain palindromes leading to hairpin secondary structures (see Yamamoto S., et al. (1992) J. Immunol. 148: 4072-4076), or CpG motifs, as well as other known ISS features (such as multi-G domains, see WO 96/11266).

The immune response may be an innate or an adaptive immune response. The immune system is divided into a more innate immune system, and acquired adaptive immune system of vertebrates, the latter of which is further divided into humoral cellular components. In particular embodiments, the immune response may be mucosal.

In particular embodiments, an immunostimulatory nucleic acid is only immunostimulatory when administered in combination with a lipid particle, and is not immunostimulatory when administered in its "free form." According to the present invention, such an oligonucleotide is considered to be immunostimulatory.

Immunostimulatory nucleic acids are considered to be non-sequence specific when it is not required that they specifically bind to and reduce the expression of a target polynucleotide in order to provoke an immune response. Thus, certain immunostimulatory nucleic acids may comprise a seuqence correspondign to a region of a naturally occurring gene or mRNA, but they may still be considered non-sequence specific immunostimulatory nucleic acids.

In one embodiment, the immunostimulatory nucleic acid or oligonucleotide comprises at least one CpG dinucleotide. The oligonucleotide or

WO 2009/086558                                                        PCT/US2008/088676

CpG dinucleotide may be unmethylated or methylated. In another embodiment, the immunostimulatory nucleic acid comprises at least one CpG dinucleotide having a methylated cytosine. In one embodiment, the nucleic acid comprises a single CpG dinucleotide, wherein the cytosine in said CpG dinucleotide is methylated.  In a specific embodiment, the nucleic acid comprises the sequence 5' TAACGTTGAGGGGCAT 3' (SEQ ID NO:2). In an alternative embodiment, the nucleic acid comprises at least two CpG dinucleotides, wherein at least one cytosine in the CpG dinucleotides is methylated. In a further embodiment, each cytosine in the CpG dinucleotides present in the sequence is methylated. In another embodiment, the nucleic acid comprises a plurality of CpG dinucleotides, wherein at least one of said CpG dinucleotides comprises a methylated cytosine.

In one specific embodiment, the nucleic acid comprises the sequence 5' TTCCATGACGTTCCTGACGT 3' (SEQ ID NO:33).  In another specific embodiment, the nucleic acid sequence comprises the sequence 5' TCCATGA**C**GTTCCTGA**C**GT 3' (SEQ ID NO:31), wherein the two cytosines indicated in bold are methylated. In particular embodiments, the ODN is selected from a group of ODNs consisting of ODN #1, ODN #2, ODN #3, ODN #4, ODN #5, ODN #6, ODN #7, ODN #8, and ODN #9, as shown below.

Table 1.  Exemplary Immunostimulatory Oligonucleotides (ODNs)

| ODN NAME | ODN SEQ ID NO | ODN SEQUENCE (5'-3') . |
|---|---|---|
| ODN 1 (INX-6295) human c-myc | SEQ ID NO: 2 | 5'-TAACGTTGAGGGGCAT-3 |
| * ODN 1m (INX-6303) | SEQ ID NO: 4 | 5'-TAAZGTTGAGGGGCAT-3 |
| ODN 2 (INX-1826) | SEQ ID NO: 1 | 5'-TCCATGACGTTCCTGACGTT-3 |
| * ODN 2m (INX-1826m) | SEQ ID NO: 31 | 5'-TCCATGAZGTTCCTGAZGTT-3 |

49

WO 2009/086558                                                                                    PCT/US2008/088676

| ODN NAME | ODN SEQ ID NO | ODN SEQUENCE (5'-3') . |
|---|---|---|
| ODN 3 (INX-6300) | SEQ ID NO: 3 | 5'-TAAGCATACGGGGTGT-3 |
| ODN 5 (INX-5001) | SEQ ID NO: 5 | 5'-AACGTT-3 |
| ODN 6 (INX-3002) | SEQ ID NO: 6 | 5'-GATGCTGTGTCGGGGTCTCCGGGC-3' |
| ODN 7 (INX-2006) | SEQ ID NO: 7 | 5'-TCGTCGTTTTGTCGTTTTGTCGTT-3' |
| ODN 7m (INX-2006m) | SEQ ID NO: 32 | 5'-TZGTZGTTTTGTZGTTTTGTZGTT-3' |
| ODN 8 (INX-1982) | SEQ ID NO: 8 | 5'-TCCAGGACTTCTCTCAGGTT-3' |
| ODN 9 (INX-G3139) | SEQ ID NO: 9 | 5'-TCTCCCAGCGTGCGCCAT-3' |
| ODN 10 (PS-3082) murine Intracellular Adhesion Molecule-1 | SEQ ID NO: 10 | 5'-TGCATCCCCCAGGCCACCAT-3 |
| ODN 11 (PS-2302) human Intracellular Adhesion Molecule-1 | SEQ ID NO: 11 | 5'-GCCCAAGCTGGCATCCGTCA-3' |
| ODN 12 (PS-8997) human Intracellular Adhesion Molecule-1 | SEQ ID NO: 12 | 5'-GCCCAAGCTGGCATCCGTCA-3' |
| ODN 13 (US3) human erb-B-2 | SEQ ID NO: 13 | 5'-GGT GCTCACTGC GGC-3' |
| ODN 14 (LR-3280) human c-myc | SEQ ID NO: 14 | 5'-AACC GTT GAG GGG CAT-3' |

50

WO 2009/086558                                         PCT/US2008/088676

| ODN NAME | ODN SEQ ID NO | ODN SEQUENCE (5'-3') . |
|---|---|---|
| ODN 15 (LR-3001)<br><br>human c-myc | SEQ ID NO: 15 | 5'-TAT GCT GTG CCG GGG TCT TCG GGC-3' |
| ODN 16 (Inx-6298) | SEQ ID NO: 16 | 5'-GTGCCG GGGTCTTCGGGC-3' |
| ODN 17 (hIGF-1R)<br><br>human Insulin Growth Factor 1 - Receptor | SEQ ID NO: 17 | 5'-GGACCCTCCTCCGGAGCC-3' |
| ODN 18 (LR-52)<br><br>human Insulin Growth Factor 1 - Receptor | SEQ ID NO: 18 | 5'-TCC TCC GGA GCC AGA CTT-3' |
| ODN 19 (hEGFR)<br><br>human Epidermal Growth Factor - Receptor | SEQ ID NO: 19 | 5'-AAC GTT GAG GGG CAT-3' |
| ODN 20 (EGFR)<br><br>Epidermal Growth Factor - Receptor | SEQ ID NO: 20 | 5'-CCGTGGTCA TGCTCC-3' |
| ODN 21 (hVEGF)<br><br>human Vascular Endothelial Growth Factor | SEQ ID NO: 21 | 5'-CAG CCTGGCTCACCG CCTTGG-3' |
| ODN 22 (PS-4189)<br><br>murine Phosphokinase C - alpha | SEQ ID NO: 22 | 5'-CAG CCA TGG TTC CCC CCA AC-3' |
| ODN 23 (PS-3521) | SEQ ID NO: 23 | 5'-GTT CTC GCT GGT GAG TTT CA-3' |

51

WO 2009/086558                                                                    PCT/US2008/088676

| ODN NAME | ODN SEQ ID NO | ODN SEQUENCE (5'-3') . |
|---|---|---|
| ODN 24 (hBcl-2) human Bcl-2 | SEQ ID NO: 24 | 5'-TCT CCCAGCGTGCGCCAT-3' |
| ODN 25 (hC-Raf-1) human C-Raf-s | SEQ ID NO: 25 | 5'-GTG CTC CAT TGA TGC-3' |
| ODN #26 (hVEGF-R1) human Vascular Endothelial Growth Factor Receptor-1 | SEQ ID NO: 26 | 5'-GAGUUCUGAUGAGGCCGAAAGGCCGAAAGUCUG-3' |
| ODN #27 | SEQ ID NO: 27 | 5'-RRCGYY-3' |
| ODN # 28 (INX-3280) . | SEQ ID NO: 28 | 5'-AACGTTGAGGGGCAT-3' |
| ODN #29 (INX-6302) | SEQ ID NO: 29 | 5'-CAACGTTATGGGGAGA-3' |
| ODN #30 (INX-6298) human c-myc | SEQ ID NO: 30 | 5'-TAACGTTGAGGGGCAT-3' |

·    "Z" represents a methylated cytosine residue.
·    Note: ODN 14 is a 15-mer oligonucleotide and ODN 1 is the same oligonucleotide having a thymidine added onto the 5' end making ODN 1 into a 16-mer. No difference in biological activity between ODN 14 and ODN 1 has been detected and both exhibit similar immunostimulatory activity (Mui *et al.,* 2001)

Additional specific nucleic acid sequences of oligonucleotides (ODNs) suitable for use in the compositions and methods of the invention are described in U.S. Patent Appln. 60/379,343, U.S. patent application Ser. No. 09/649,527, Int. Publ. WO 02/069369, Int. Publ. No. WO 01/15726, U.S. Pat. No. 6,406,705, and Raney *et al.,* Journal of Pharmacology and Experimental Therapeutics, 298:1185-1192 (2001). In certain embodiments, ODNs used in the compositions and methods of the present invention have a phosphodiester ("PO")

backbone or a phosphorothioate ("PS") backbone, and/or at least one methylated cytosine residue in a CpG motif.

Nucleic Acid Modifications

In the 1990's DNA-based antisense oligodeoxynucleotides (ODN) and ribozymes (RNA) represented an exciting new paradigm for drug design and development, but their application *in vivo* was prevented by endo- and exo-nuclease activity as well as a lack of successful intracellular delivery. The degradation issue was effectively overcome following extensive research into chemical modifications that prevented the oligonucleotide (oligo) drugs from being recognized by nuclease enzymes but did not inhibit their mechanism of action. This research was so successful that antisense ODN drugs in development today remain intact *in vivo* for days compared to minutes for unmodified molecules (Kurreck, J. 2003. Antisense technologies. Improvement through novel chemical modifications. *Eur J Biochem* 270:1628-44). However, intracellular delivery and mechanism of action issues have so far limited antisense ODN and ribozymes from becoming clinical products.

RNA duplexes are inherently more stable to nucleases than single stranded DNA or RNA, and unlike antisense ODN, unmodified siRNA show good activity once they access the cytoplasm. Even so, the chemical modifications developed to stabilize antisense ODN and ribozymes have also been systematically applied to siRNA to determine how much chemical modification can be tolerated and if pharmacokinetic and pharmacodynamic activity can be enhanced. RNA interference by siRNA duplexes requires an antisense and sense strand, which have different functions. Both are necessary to enable the siRNA to enter RISC, but once loaded the two strands separate and the sense strand is degraded whereas the antisense strand remains to guide RISC to the target mRNA. Entry into RISC is a process that is structurally less stringent than the recognition and cleavage of the target mRNA. Consequently, many different

WO 2009/086558                                                                     PCT/US2008/088676

chemical modifications of the sense strand are possible, but only limited changes are tolerated by the antisense strand (Zhang *et al.*, 2006).

As is known in the art, a nucleoside is a base-sugar combination. Nucleotides are nucleosides that further include a phosphate group covalently linked to the sugar portion of the nucleoside. For those nucleosides that include a pentofuranosyl sugar, the phosphate group can be linked to either the 2', 3' or 5' hydroxyl moiety of the sugar. In forming oligonucleotides, the phosphate groups covalently link adjacent nucleosides to one another to form a linear polymeric compound. In turn the respective ends of this linear polymeric structure can be further joined to form a circular structure. Within the oligonucleotide structure, the phosphate groups are commonly referred to as forming the internucleoside backbone of the oligonucleotide. The normal linkage or backbone of RNA and DNA is a 3' to 5' phosphodiester linkage.

The nucleic acid that is used in a lipid-nucleic acid particle according to this invention includes any form of nucleic acid that is known. Thus, the nucleic acid may be a modified nucleic acid of the type used previously to enhance nuclease resistance and serum stability. Surprisingly, however, acceptable therapeutic products can also be prepared using the method of the invention to formulate lipid-nucleic acid particles from nucleic acids that have no modification to the phosphodiester linkages of natural nucleic acid polymers, and the use of unmodified phosphodiester nucleic acids (*i.e.,* nucleic acids in which all of the linkages are phosphodiester linkages) is a preferred embodiment of the invention.

a.     Backbone Modifications

Antisense, siRNA and other oligonucleotides useful in this invention include, but are not limited to, oligonucleotides containing modified backbones or non-natural internucleoside linkages. Oligonucleotides having modified backbones include those that retain a phosphorus atom in the backbone and those that do not have a phosphorus atom in the backbone. Modified oligonucleotides that do not

54

WO 2009/086558                                                                 PCT/US2008/088676

have a phosphorus atom in their internucleoside backbone can also be considered to be oligonucleosides.  Modified oligonucleotide backbones include, for example, phosphorothioates, chiral phosphorothioates, phosphorodithioates, phosphotriesters, aminoalkylphosphotri-esters, methyl and other alkyl phosphonates including 3'-alkylene phosphonates and chiral phosphonates, phosphinates, phosphoramidates including 3'-amino phosphoramidate and aminoalkylphosphoramidates, thionophosphoramidates, thionoalkylphosphonates, thionoalkylphosphotriesters, phosphoroselenate, methylphosphonate, or O-alkyl phosphotriester linkages, and boranophosphates having normal 3'-5' linkages, 2'-5' linked analogs of these, and those having inverted polarity wherein the adjacent pairs of nucleoside units are linked 3'-5' to 5'-3' or 2'-5' to 5'-2'.  Particular non-limiting examples of particular modifications that may be present in a nucleic acid according to the present invention are shown in Table 2.

Various salts, mixed salts and free acid forms are also included. Representative United States patents that teach the preparation of the above linkages include, but are not limited to, U.S. Patent Nos. 3,687,808; 4,469,863; 4,476,301; 5,023,243; 5,177,196; 5,188,897; 5,264,423; 5,276,019; 5,278,302; 5,286,717; 5,321,131; 5,399,676; 5,405,939; 5,453,496; 5,455,233; 5,466,677; 5,476,925; 5,519,126; 5,536,821; 5,541,306; 5,550,111; 5,563,253; 5,571,799; 5,587,361; and 5,625,050.

In certain embodiments, modified oligonucleotide backbones that do not include a phosphorus atom therein have backbones that are formed by short chain alkyl or cycloalkyl internucleoside linkages, mixed heteroatom and alkyl or cycloalkyl internucleoside linkages, or one or more short chain heteroatomic or heterocyclic internucleoside linkages.  These include, *e.g.*, those having morpholino linkages (formed in part from the sugar portion of a nucleoside); siloxane backbones; sulfide, sulfoxide and sulfone backbones; formacetyl and thioformacetyl backbones; methylene formacetyl and thioformacetyl backbones; alkene containing backbones; sulfamate backbones; methyleneimino and

55

methylenehydrazino backbones; sulfonate and sulfonamide backbones; amide backbones; and others having mixed N, O, S and $CH_2$ component parts. Representative United States patents that describe the above oligonucleosides include, but are not limited to, U.S. Pat. Nos. 5,034,506; 5,166,315; 5,185,444; 5,214,134; 5,216,141; 5,235,033; 5,264,562; 5,264,564; 5,405,938; 5,434,257; 5,466,677; 5,470,967; 5,489,677; 5,541,307; 5,561,225; 5,596,086; 5,602,240; 5,610,289; 5,602,240; 5,608,046; 5,610,289; 5,618,704; 5,623,070; 5,663,312; 5,633,360; 5,677,437; and 5,677,439.

The phosphorothioate backbone modification (Table 2, #1), where a non-bridging oxygen in the phosphodiester bond is replaced by sulfur, is one of the earliest and most common means deployed to stabilize nucleic acid drugs against nuclease degradation.  In general, it appears that PS modifications can be made extensively to both siRNA strands without much impact on activity (Kurreck, J., *Eur. J. Biochem.* 270:1628-44, 2003).  However, PS oligos are known to avidly associate non-specifically with proteins resulting in toxicity, especially upon i.v. administration.  Therefore, the PS modification is usually restricted to one or two bases at the 3' and 5' ends.  The boranophosphate linker (Table 2, #2) is a recent modification that is apparently more stable than PS, enhances siRNA activity and has low toxicity (Hall *et al.*, Nucleic Acids Res. 32:5991-6000, 2004).

Table 2. Chemical Modifications Applied to siRNA and Other Nucleic Acids

| # | Abbrev-iation | Name | Modification Site | Structure |
|---|---|---|---|---|
| 1 | PS | Phosphorothioate | Backbone | |

WO 2009/086558

PCT/US2008/088676

| 2 | PB | Boranophosphate | Backbone | |
|---|-----|-----------------|----------|---|
| 3 | N3-MU | N3-methyl-uridine | Base | |
| 4 | 5'-BU | 5'-bromo-uracil | Base | |
| 5 | 5'-IU | 5'-iodo-uracil | Base | |
| 6 | 2,6-DP | 2,6-diaminopurine | Base | |

| 7 | 2'-F | 2'-Fluoro | Sugar | |
|---|------|-----------|-------|------|
| 8 | 2'-OME | 2"-O-methyl | Sugar | |
| 9 | 2'-O-MOE | 2'-O-(2-methoxylethyl) | Sugar | |
| 10 | 2'-DNP | 2'-O-(2,4-dinitrophenyl) | Sugar | |
| 11 | LNA | Locked Nucleic Acid (methylene bridge connecting the 2'-oxygen with the 4'-carbon of the ribose ring) | Sugar | |
| 12 | 2'-Amino | 2'-Amino | Sugar | |
| 13 | 2'-Deoxy | 2'-Deoxy | Sugar | |

WO 2009/086558                                                    PCT/US2008/088676

| 14 | 4'-thio | 4'-thio-ribonucleotide | Sugar | |
|----|---------|------------------------|-------|-----|

Other useful nucleic acids derivatives include those nucleic acids molecules in which the bridging oxygen atoms (those forming the phosphoester linkages) have been replaced with -S-, -NH-, -CH2- and the like. In certain embodiments, the alterations to the antisense, siRNA, or other nucleic acids used will not completely affect the negative charges associated with the nucleic acids. Thus, the present invention contemplates the use of antisense, siRNA, and other nucleic acids in which a portion of the linkages are replaced with, for example, the neutral methyl phosphonate or phosphoramidate linkages. When neutral linkages are used, in certain embodiments, less than 80% of the nucleic acid linkages are so substituted, or less than 50% of the linkages are so substituted.

### b.    Base Modifications

Base modifications are less common than those to the backbone and sugar. The modifications shown in 0.3-6 all appear to stabilize siRNA against nucleases and have little effect on activity ( Zhang, H.Y., Du, Q., Wahlestedt, C., Liang, Z. 2006. RNA Interference with chemically modified siRNA. *Curr Top Med Chem* 6:893-900).

Accordingly, oligonucleotides may also include nucleobase (often referred to in the art simply as "base") modifications or substitutions. As used herein, "unmodified" or "natural" nucleobases include the purine bases adenine (A) and guanine (G), and the pyrimidine bases thymine (T), cytosine (C) and uracil (U). Modified nucleobases include other synthetic and natural nucleobases such as 5-methylcytosine (5-me-C or m5c), 5-hydroxymethyl cytosine, xanthine, hypoxanthine, 2-aminoadenine, 6-methyl and other alkyl derivatives of adenine and guanine, 2-propyl and other alkyl derivatives of adenine and guanine, 2-

59

WO 2009/086558                                                           PCT/US2008/088676

thiouracil, 2-thiothymine and 2-thiocytosine, 5-halouracil and cytosine, 5-propynyl uracil and cytosine, 6-azo uracil, cytosine and thymine, 5-uracil (pseudouracil), 4-thiouracil, 8-halo, 8-amino, 8-thiol, 8-thioalkyl, 8-hydroxyl and other 8-substituted adenines and guanines, 5-halo particularly 5-bromo, 5-trifluoromethyl and other 5-substituted uracils and cytosines, 7-methylguanine and 7-methyladenine, 8-azaguanine and 8-azaadenine, 7-deazaguanine and 7-deazaadenine and 3-deazaguanine and 3-deazaadenine.

Certain nucleobases are particularly useful for increasing the binding affinity of the oligomeric compounds of the invention, including 5-substituted pyrimidines, 6-azapyrimidines and N-2, N-6 and O-6 substituted purines, including 2-aminopropyladenine, 5-propynyluracil and 5-propynylcytosine. 5-methylcytosine substitutions have been shown to increase nucleic acid duplex stability by 0.6-1.2° C. (Sanghvi, Y. S., Crooke, S. T. and Lebleu, B., eds., *Antisense Research and Applications* 1993, CRC Press, Boca Raton, pages 276-278). These may be combined, in particular embodiments, with 2'-O-methoxyethyl sugar modifications. United States patents that teach the preparation of certain of these modified nucleobases as well as other modified nucleobases include, but are not limited to, the above noted U.S. Pat. No. 3,687,808, as well as U.S. Pat. Nos. 4,845,205; 5,130,302; 5,134,066; 5,175,273; 5,367,066; 5,432,272; 5,457,187; 5,459,255; 5,484,908; 5,502,177; 5,525,711; 5,552,540; 5,587,469; 5,594,121, 5,596,091; 5,614,617; and 5,681,941.

c.    Sugar Modifications

Most modifications on the sugar group occur at the 2'-OH of the RNA sugar ring, which provides a convenient chemically reactive site Manoharan, M. 2004. RNA interference and chemically modified small interfering RNAs. *Curr Opin Chem Biol* 8:570-9; Zhang, H.Y., Du, Q., Wahlestedt, C., Liang, Z. 2006. RNA Interference with chemically modified siRNA. *Curr Top Med Chem* 6:893-900). The 2'-F and 2'-OME (0.7 and 8) are common and both increase stability, the 2'-

60

WO 2009/086558 PCT/US2008/088676

OME modification does not reduce activity as long as it is restricted to less than 4 nucleotides per strand ( Holen, T., Amarzguioui, M., Babaie, E., Prydz, H. 2003. Similar behaviour of single-strand and double-strand siRNAs suggests they act through a common RNAi pathway. *Nucleic Acids Res* 31:2401-7). The 2'-O-MOE (0.9) is most effective in siRNA when modified bases are restricted to the middle region of the molecule ( Prakash, T.P., Allerson, C.R., Dande, P., Vickers, T.A., Sioufi, N., Jarres, R., Baker, B.F., Swayze, E.E., Griffey, R.H., Bhat, B. 2005. Positional effect of chemical modifications on short interference RNA activity in mammalian cells. *J Med Chem* 48:4247-53). Other modifications found to stabilize siRNA without loss of activity are shown in 0.10-14.

Modified oligonucleotides may also contain one or more substituted sugar moieties. For example, the invention includes oligonucleotides that comprise one of the following at the 2' position: OH; F; O-, S-, or N-alkyl, O-alkyl-O-alkyl, O-, S-, or N-alkenyl, or O-, S- or N-alkynyl, wherein the alkyl, alkenyl and alkynyl may be substituted or unsubstituted $C_1$ to $C_{10}$ alkyl or C2 to C10 alkenyl and alkynyl. Particularly preferred are $O[(CH_2)_nO]_mCH_3$, $O(CH_2)_nOCH_3$, $O(CH_2)_2ON(CH_3)_2$, $O(CH_2)_nNH_2$, $O(CH_2)_nCH_3$, $O(CH_2)_nONH_2$, and $O(CH_2)_nON[(CH_2)_nCH_3)]_2$, where n and m are from 1 to about 10. Other preferred oligonucleotides comprise one of the following at the 2' position: $C_1$ to $C_{10}$ lower alkyl, substituted lower alkyl, alkaryl, aralkyl, O-alkaryl or O-aralkyl, SH, $SCH_3$, OCN, Cl, Br, CN, $CF_3$, $OCF_3$, $SOCH_3$, $SO_2CH_3$, $ONO_2$, $NO_2$, $N_3$, $NH_2$, heterocycloalkyl, heterocycloalkaryl, aminoalkylamino, polyalkylamino, substituted silyl, an RNA cleaving group, a reporter group, an intercalator, a group for improving the pharmacokinetic properties of an oligonucleotide, or a group for improving the pharmacodynamic properties of an oligonucleotide, and other substituents having similar properties. One modification includes 2'-methoxyethoxy (2'-O--$CH_2CH_2OCH_3$, also known as 2'-O-(2-methoxyethyl) or 2'-MOE) (Martin *et al.*, *Helv. Chim. Acta* 1995, 78, 486-504), *i.e.*, an alkoxyalkoxy group. Other modifications include 2'-dimethylaminooxyethoxy, *i.e.*, a

61

$O(CH_2)_2ON(CH_3)_2$ group, also known as 2'-DMAOE, and 2'-dimethylaminoethoxyethoxy (2'-DMAEOE).

Additional modifications include 2'-methoxy (2'-O--$CH_3$), 2'-aminopropoxy (2'-$OCH_2CH_2CH_2NH_2$) and 2'-fluoro (2'-F). Similar modifications may also be made at other positions on the oligonucleotide, particularly the 3' position of the sugar on the 3' terminal nucleotide or in 2'-5' linked oligonucleotides and the 5' position of 5' terminal nucleotide. Oligonucleotides may also have sugar mimetics such as cyclobutyl moieties in place of the pentofuranosyl sugar. Representative United States patents that teach the preparation of such modified sugars structures include, but are not limited to, U.S. Pat. Nos. 4,981,957; 5,118,800; 5,319,080; 5,359,044; 5,393,878; 5,446,137; 5,466,786; 5,514,785; 5,519,134; 5,567,811; 5,576,427; 5,591,722; 5,597,909; 5,610,300; 5,627,053; 5,639,873; 5,646,265; 5,658,873; 5,670,633; and 5,700,920.

In other oligonucleotide mimetics, both the sugar and the internucleoside linkage, *i.e.*, the backbone, of the nucleotide units are replaced with novel groups, although the base units are maintained for hybridization with an appropriate nucleic acid target compound. One such oligomeric compound, an oligonucleotide mimetic that has been shown to have excellent hybridization properties, is referred to as a peptide nucleic acid (PNA). In PNA compounds, the sugar-backbone of an oligonucleotide is replaced with an amide containing backbone, in particular an aminoethylglycine backbone. The nucleobases are retained and are bound directly or indirectly to aza nitrogen atoms of the amide portion of the backbone. Representative United States patents that teach the preparation of PNA compounds include, but are not limited to, U.S. Pat. Nos. 5,539,082; 5,714,331; and 5,719,262. Further teaching of PNA compounds can be found in Nielsen *et al.* (*Science*, 1991, 254, 1497-1500).

Particular embodiments of the invention are oligonucleotides with phosphorothioate backbones and oligonucleosides with heteroatom backbones, and in particular --$CH_2$--NH--O--$CH_2$--, --$CH_2$--N($CH_3$) --O--$CH_2$- (referred to as a

62

WO 2009/086558                                                                    PCT/US2008/088676

methylene (methylimino) or MMI backbone) --CH$_2$--O--N(CH$_3$) --CH$_2$--, --CH$_2$--N(CH$_3$)--N(CH$_3$) --CH$_2$-- and --O--N(CH$_3$) --CH$_2$--CH$_2$—(wherein the native phosphodiester backbone is represented as --O--P--O--CH$_2$ --) of the above referenced U.S. Pat. No. 5,489,677, and the amide backbones of the above referenced U.S. Pat. No. 5,602,240. Also preferred are oligonucleotides having morpholino backbone structures of the above-referenced U.S. Pat. No. 5,034,506.

### d.     Chimeric Oligonucleotides

It is not necessary for all positions in a given compound to be uniformly modified, and in fact more than one of the aforementioned modifications may be incorporated in a single compound or even at a single nucleoside within an oligonucleotide. Certain preferred oligonucleotides of this invention are chimeric oligonucleotides. "Chimeric oligonucleotides" or "chimeras," in the context of this invention, are oligonucleotides that contain two or more chemically distinct regions, each made up of at least one nucleotide. These oligonucleotides typically contain at least one region of modified nucleotides that confers one or more beneficial properties (such as, *e,g.*, increased nuclease resistance, increased uptake into cells, increased binding affinity for the RNA target) and a region that is a substrate for RNase H cleavage.

In one embodiment, a chimeric oligonucleotide comprises at least one region modified to increase target binding affinity. Affinity of an oligonucleotide for its target is routinely determined by measuring the Tm of an oligonucleotide/target pair, which is the temperature at which the oligonucleotide and target dissociate; dissociation is detected spectrophotometrically. The higher the Tm, the greater the affinity of the oligonucleotide for the target. In one embodiment, the region of the oligonucleotide which is modified to increase target mRNA binding affinity comprises at least one nucleotide modified at the 2' position of the sugar, most preferably a 2'-O-alkyl, 2'-O-alkyl-O-alkyl or 2'-fluoro-modified nucleotide. Such modifications are routinely incorporated into oligonucleotides and

63

WO 2009/086558                                                          PCT/US2008/088676

these oligonucleotides have been shown to have a higher Tm (*i.e.,* higher target binding affinity) than 2'-deoxyoligonucleotides against a given target. The effect of such increased affinity is to greatly enhance oligonucleotide inhibition of target gene expression.

In another embodiment, a chimeric oligonucletoide comprises a region that acts as a substrate for RNAse H. Of course, it is understood that oligonucleotides may include any combination of the various modifications described herein

Another modification of the oligonucleotides of the invention involves chemically linking to the oligonucleotide one or more moieties or conjugates which enhance the activity, cellular distribution or cellular uptake of the oligonucleotide. Such conjugates and methods of preparing the same are known in the art.

Those skilled in the art will realize that for *in vivo* utility, such as therapeutic efficacy, a reasonable rule of thumb is that if a thioated version of the sequence works in the free form, that encapsulated particles of the same sequence, of any chemistry, will also be efficacious. Encapsulated particles may also have a broader range of *in vivo* utilities, showing efficacy in conditions and models not known to be otherwise responsive to antisense therapy. Those skilled in the art know that applying this invention they may find old models which now respond to antisense therapy. Further, they may revisit discarded antisense sequences or chemistries and find efficacy by employing the invention.

The oligonucleotides used in accordance with this invention may be conveniently and routinely made through the well-known technique of solid phase synthesis. Equipment for such synthesis is sold by several vendors including Applied Biosystems. Any other means for such synthesis may also be employed; the actual synthesis of the oligonucleotides is well within the talents of the routineer. It is also well known to use similar techniques to prepare other oligonucleotides such as the phosphorothioates and alkylated derivatives.

WO 2009/086558                                                                PCT/US2008/088676

Characteristic of Nucleic Acid-Lipid Particles

In certain embodiments, the present invention relates to methods and compositions for producing lipid-encapsulated nucleic acid particles in which nucleic acids are encapsulated within a lipid layer. Such nucleic acid-lipid particles, incorporating siRNA oligonucleotides, are characterized using a variety of biophysical parameters including: (1)drug to lipid ratio; (2) encapsulation efficiency; and (3) particle size. High drug to lipid rations, high encapsulation efficiency, good nuclease resistance and serum stability and controllable particle size, generally less than 200 nm in diameter are desirable. In addition, the nature of the nucleic acid polymer is of significance, since the modification of nucleic acids in an effort to impart nuclease resistance adds to the cost of therapeutics while in many cases providing only limited resistance. Unless stated otherwise, these criteria are calculated in this specification as follows:

Nucleic acid to lipid ratio is the amount of nucleic acid in a defined volume of preparation divided by the amount of lipid in the same volume. This may be on a mole per mole basis or on a weight per weight basis, or on a weight per mole basis. For final, administration-ready formulations, the nucleic acid:lipid ratio is calculated after dialysis, chromatography and/or enzyme (*e.g.*, nuclease) digestion has been employed to remove as much of the external nucleic acid as possible;

Encapsulation efficiency refers to the drug to lipid ratio of the starting mixture divided by the drug to lipid ratio of the final, administration competent formulation. This is a measure of relative efficiency. For a measure of absolute efficiency, the total amount of nucleic acid added to the starting mixture that ends up in the administration competent formulation, can also be calculated. The amount of lipid lost during the formulation process may also be calculated. Efficiency is a measure of the wastage and expense of the formulation; and

Size indicates the size (diameter) of the particles formed. Size distribution may be determined using quasi-elastic light scattering (QELS) on a

WO 2009/086558                                                          PCT/US2008/088676

Nicomp Model 370 sub-micron particle sizer.  Particles under 200 nm are preferred for distribution to neo-vascularized (leaky) tissues, such as neoplasms and sites of inflammation.

Pharmaceutical Compositions

The lipid particles of present invention, particularly when associated with a therapeutic agent, may b formulated as a pharmaceutical composition, *e.g.*, which further comprises a pharmaceutically acceptable diluent, excipient, or carrier, such as physiological saline or phosphate buffer, selected in accordance with the route of administration and standard pharmaceutical practice.

In particular embodiments, pharmaceutical compositions comprising the lipid-nucleic acid particles of the invention are prepared according to standard techniques and further comprise a pharmaceutically acceptable carrier.  Generally, normal saline will be employed as the pharmaceutically acceptable carrier.  Other suitable carriers include, *e.g.*, water, buffered water, 0.9% saline, 0.3% glycine, and the like, including glycoproteins for enhanced stability, such as albumin, lipoprotein, globulin, *etc.*  In compositions comprising saline or other salt containing carriers, the carrier is preferably added following lipid particle formation.  Thus, after the lipid-nucleic acid compositions are formed, the compositions can be diluted into pharmaceutically acceptable carriers such as normal saline.

The resulting pharmaceutical preparations may be sterilized by conventional, well known sterilization techniques.  The aqueous solutions can then be packaged for use or filtered under aseptic conditions and lyophilized, the lyophilized preparation being combined with a sterile aqueous solution prior to administration.  The compositions may contain pharmaceutically acceptable auxiliary substances as required to approximate physiological conditions, such as pH adjusting and buffering agents, tonicity adjusting agents and the like, for example, sodium acetate, sodium lactate, sodium chloride, potassium chloride, calcium chloride, *etc.*  Additionally, the lipidic suspension may include lipid-

protective agents which protect lipids against free-radical and lipid-peroxidative damages on storage.  Lipophilic free-radical quenchers, such as $\alpha$-tocopherol and water-soluble iron-specific chelators, such as ferrioxamine, are suitable.

The concentration of lipid particle or lipid-nucleic acid particle in the pharmaceutical formulations can vary widely, *i.e.*, from less than about 0.01%, usually at or at least about 0.05-5% to as much as 10 to 30% by weight and will be selected primarily by fluid volumes, viscosities, *etc.*, in accordance with the particular mode of administration selected.  For example, the concentration may be increased to lower the fluid load associated with treatment.  This may be particularly desirable in patients having atherosclerosis-associated congestive heart failure or severe hypertension.  Alternatively, complexes composed of irritating lipids may be diluted to low concentrations to lessen inflammation at the site of administration.  In one group of embodiments, the nucleic acid will have an attached label and will be used for diagnosis (by indicating the presence of complementary nucleic acid).  In this instance, the amount of complexes administered will depend upon the particular label used, the disease state being diagnosed and the judgement of the clinician but will generally be between about 0.01 and about 50 mg per kilogram of body weight, preferably between about 0.1 and about 5 mg/kg of body weight.

As noted above, the lipid-therapeutic agent (*e.g.,* nucleic acid) particels of the invention may include polyethylene glycol (PEG)-modified phospholipids, PEG-ceramide, or ganglioside $G_{M1}$-modified lipids or other lipids effective to prevent or limit aggregation.  Addition of such components does not merely prevent complex aggregation.  Rather, it may also provide a means for increasing circulation lifetime and increasing the delivery of the lipid-nucleic acid composition to the target tissues.

The present invention also provides lipid-therapeutic agent compositions in kit form.  The kit will typically be comprised of a container that is compartmentalized for holding the various elements of the kit.  The kit will contain

the particles or pharmaceutical compositions of the present invention, preferably in dehydrated or concentrated form, with instructions for their rehydration or dilution and administration. In certain embodiments, the particles comprise the active agent, while in other embodiments, they do not.

D.    Methods of Manufacture

The methods and compositions of the invention make use of certain cationic lipids, the synthesis, preparation and characterization of which is described below and in the accompanying Examples. In addition, the present invention provides methods of preparing lipid particles, including those associated with a therapeutic agent, *e.g.*, a nucleic acid. In the methods described herein, a mixture of lipids is combined with a buffered aqueous solution of nucleic acid to produce an intermediate mixture containing nucleic acid encapsulated in lipid particles wherein the encapsulated nucleic acids are present in a nucleic acid/lipid ratio of about 3 wt% to about 25 wt%, preferably 5 to 15 wt%. The intermediate mixture may optionally be sized to obtain lipid-encapsulated nucleic acid particles wherein the lipid portions are unilamellar vesicles, preferably having a diameter of 30 to 150 nm, more preferably about 40 to 90 nm. The pH is then raised to neutralize at least a portion of the surface charges on the lipid-nucleic acid particles, thus providing an at least partially surface-neutralized lipid-encapsulated nucleic acid composition.

As described above, several of these cationic lipids are amino lipids that are charged at a pH below the $pK_a$ of the amino group and substantially neutral at a pH above the $pK_a$. These cationic lipids are termed titratable cationic lipids and can be used in the formulations of the invention using a two-step process. First, lipid vesicles can be formed at the lower pH with titratable cationic lipids and other vesicle components in the presence of nucleic acids. In this manner, the vesicles will encapsulate and entrap the nucleic acids. Second, the surface charge of the newly formed vesicles can be neutralized by increasing the

68

WO 2009/086558                                                                    PCT/US2008/088676

pH of the medium to a level above the pK$_a$ of the titratable cationic lipids present, *i.e.*, to physiological pH or higher.  Particularly advantageous aspects of this process include both the facile removal of any surface adsorbed nucleic acid and a resultant nucleic acid delivery vehicle which has a neutral surface.  Liposomes or lipid particles having a neutral surface are expected to avoid rapid clearance from circulation and to avoid certain toxicities which are associated with cationic liposome preparations. Additional details concerning these uses of such titratable cationic lipids in the formulation of nucleic acid-lipid particles are provided in US Patent 6,287,591 and US Patent 6,858,225, incorporated herein by reference.

It is further noted that the vesicles formed in this manner provide formulations of uniform vesicle size with high content of nucleic acids.  Additionally, the vesicles have a size range of from about 30 to about 150 nm, more preferably about 30 to about 90 nm.

Without intending to be bound by any particular theory, it is believed that the very high efficiency of nucleic acid encapsulation is a result of electrostatic interaction at low pH.  At acidic pH (e.g. pH 4.0) the vesicle surface is charged and binds a portion of the nucleic acids through electrostatic interactions.  When the external acidic buffer is exchanged for a more neutral buffer (*e.g.*. pH 7.5) the surface of the lipid particle or liposome is neutralized, allowing any external nucleic acid to be removed. More detailed information on the formulation process is provided in various publications (*e.g.*, US Patent 6,287,591 and US Patent 6,858,225).

In view of the above, the present invention provides methods of preparing lipid/nucleic acid formulations.  In the methods described herein, a mixture of lipids is combined with a buffered aqueous solution of nucleic acid to produce an intermediate mixture containing nucleic acid encapsulated in lipid particles, *e.g.*, wherein the encapsulated nucleic acids are present in a nucleic acid/lipid ratio of about 10 wt% to about 20 wt%. The intermediate mixture may optionally be sized to obtain lipid-encapsulated nucleic acid particles wherein the

69

WO 2009/086558                                                    PCT/US2008/088676

lipid portions are unilamellar vesicles, preferably having a diameter of 30 to 150 nm, more preferably about 40 to 90 nm. The pH is then raised to neutralize at least a portion of the surface charges on the lipid-nucleic acid particles, thus providing an at least partially surface-neutralized lipid-encapsulated nucleic acid composition.

In certain embodiments, the mixture of lipids includes at least two lipid components: a first amino lipid component of the present invention that is selected from among lipids which have a pKa such that the lipid is cationic at pH below the pKa and neutral at pH above the pKa, and a second lipid component that is selected from among lipids that prevent particle aggregation during lipid-nucleic acid particle formation. In particular embodiments, the amino lipid is a novel cationic lipid of the present invention.

In preparing the nucleic acid-lipid particles of the invention, the mixture of lipids is typically a solution of lipids in an organic solvent. This mixture of lipids can then be dried to form a thin film or lyophilized to form a powder before being hydrated with an aqueous buffer to form liposomes. Alternatively, in a preferred method, the lipid mixture can be solubilized in a water miscible alcohol, such as ethanol, and this ethanolic solution added to an aqueous buffer resulting in spontaneous liposome formation. In most embodiments, the alcohol is used in the form in which it is commercially available. For example, ethanol can be used as absolute ethanol (100%), or as 95% ethanol, the remainder being water. This method is described in more detail in US Patent 5,976,567).

In one exemplary embodiment, the mixture of lipids is a mixture of cationic amino lipids, neutral lipids (other than an amino lipid), a sterol (*e.g.,* cholesterol) and a PEG-modified lipid (*e.g.,* a PEG-S-DMG, PEG-C-DOMG or PEG-DMA) in an alcohol solvent. In preferred embodiments, the lipid mixture consists essentially of a cationic amino lipid, a neutral lipid, cholesterol and a PEG-modified lipid in alcohol, more preferably ethanol. In further preferred embodiments, the first solution consists of the above lipid mixture in molar ratios of

WO 2009/086558                                                      PCT/US2008/088676

about 20-70% amino lipid: 5-45% neutral lipid:20-55% cholesterol:0.5-15% PEG-modified lipid. In still further preferred embodiments, the first solution consists essentially of DLin-K-DMA, DSPC, Chol and PEG-S-DMG, PEG-C-DOMG or PEG-DMA, more preferably in a molar ratio of about 20-60% DLin-K-DMA: 5-25% DSPC:25-55% Chol:0.5-15% PEG-S-DMG, PEG-C-DOMG or PEG-DMA. In another group of preferred embodiments, the neutral lipid in these compositions is replaced with POPC, DOPE or SM.

In accordance with the invention, the lipid mixture is combined with a buffered aqueous solution that may contain the nucleic acids. The buffered aqueous solution of is typically a solution in which the buffer has a pH of less than the $pK_a$ of the protonatable lipid in the lipid mixture. Examples of suitable buffers include citrate, phosphate, acetate, and MES. A particularly preferred buffer is citrate buffer. Preferred buffers will be in the range of 1-1000 mM of the anion, depending on the chemistry of the nucleic acid being encapsulated, and optimization of buffer concentration may be significant to achieving high loading levels (*see, e.g.,* US Patent 6,287,591 and US Patent 6,858,225). Alternatively, pure water acidified to pH 5-6 with chloride, sulfate or the like may be useful. In this case, it may be suitable to add 5% glucose, or another non-ionic solute which will balance the osmotic potential across the particle membrane when the particles are dialyzed to remove ethanol, increase the pH, or mixed with a pharmaceutically acceptable carrier such as normal saline. The amount of nucleic acid in buffer can vary, but will typically be from about 0.01 mg/mL to about 200 mg/mL, more preferably from about 0.5 mg/mL to about 50 mg/mL.

The mixture of lipids and the buffered aqueous solution of therapeutic nucleic acids is combined to provide an intermediate mixture. The intermediate mixture is typically a mixture of lipid particles having encapsulated nucleic acids. Additionally, the intermediate mixture may also contain some portion of nucleic acids which are attached to the surface of the lipid particles (liposomes or lipid vesicles) due to the ionic attraction of the negatively-charged nucleic acids and

71

WO 2009/086558                                                PCT/US2008/088676

positively-charged lipids on the lipid particle surface (the amino lipids or other lipid making up the protonatable first lipid component are positively charged in a buffer having a pH of less than the $pK_a$ of the protonatable group on the lipid). In one group of preferred embodiments, the mixture of lipids is an alcohol solution of lipids and the volumes of each of the solutions is adjusted so that upon combination, the resulting alcohol content is from about 20% by volume to about 45% by volume. The method of combining the mixtures can include any of a variety of processes, often depending upon the scale of formulation produced. For example, when the total volume is about 10-20 mL or less, the solutions can be combined in a test tube and stirred together using a vortex mixer. Large-scale processes can be carried out in suitable production scale glassware.

Optionally, the lipid-encapsulated therapeutic agent (*e.g.*, nucleic acid) complexes which are produced by combining the lipid mixture and the buffered aqueous solution of therapeutic agents (nucleic acids) can be sized to achieve a desired size range and relatively narrow distribution of lipid particle sizes. Preferably, the compositions provided herein will be sized to a mean diameter of from about 70 to about 200 nm, more preferably about 90 to about 130 nm. Several techniques are available for sizing liposomes to a desired size. One sizing method is described in U.S. Pat. No. 4,737,323, incorporated herein by reference. Sonicating a liposome suspension either by bath or probe sonication produces a progressive size reduction down to small unilamellar vesicles (SUVs) less than about 0.05 microns in size. Homogenization is another method which relies on shearing energy to fragment large liposomes into smaller ones. In a typical homogenization procedure, multilamellar vesicles are recirculated through a standard emulsion homogenizer until selected liposome sizes, typically between about 0.1 and 0.5 microns, are observed. In both methods, the particle size distribution can be monitored by conventional laser-beam particle size determination. For certain methods herein, extrusion is used to obtain a uniform vesicle size.

72

Extrusion of liposome compositions through a small-pore polycarbonate membrane or an asymmetric ceramic membrane results in a relatively well-defined size distribution. Typically, the suspension is cycled through the membrane one or more times until the desired liposome complex size distribution is achieved. The liposomes may be extruded through successively smaller-pore membranes, to achieve a gradual reduction in liposome size. In some instances, the lipid-nucleic acid compositions which are formed can be used without any sizing.

In particular embodiments, methods of the present invention further comprise a step of neutralizing at least some of the surface charges on the lipid portions of the lipid-nucleic acid compositions. By at least partially neutralizing the surface charges, unencapsulated nucleic acid is freed from the lipid particle surface and can be removed from the composition using conventional techniques. Preferably, unencapsulated and surface adsorbed nucleic acids are removed from the resulting compositions through exchange of buffer solutions. For example, replacement of a citrate buffer (pH about 4.0, used for forming the compositions) with a HEPES-buffered saline (HBS pH about 7.5) solution, results in the neutralization of liposome surface and nucleic acid release from the surface. The released nucleic acid can then be removed via chromatography using standard methods, and then switched into a buffer with a pH above the pKa of the lipid used.

Optionally the lipid vesicles (*i.e.*, lipid particles) can be formed by hydration in an aqueous buffer and sized using any of the methods described above prior to addition of the nucleic acid. As described above, the aqueous buffer should be of a pH below the pKa of the amino lipid. A solution of the nucleic acids can then be added to these sized, preformed vesicles. To allow encapsulation of nucleic acids into such "pre-formed" vesicles the mixture should contain an alcohol, such as ethanol. In the case of ethanol, it should be present at a concentration of about 20% (w/w) to about 45% (w/w). In addition, it may be

73

WO 2009/086558                                                    PCT/US2008/088676

necessary to warm the mixture of pre-formed vesicles and nucleic acid in the aqueous buffer-ethanol mixture to a temperature of about 25º C to about 50º C depending on the composition of the lipid vesicles and the nature of the nucleic acid. It will be apparent to one of ordinary skill in the art that optimization of the encapsulation process to achieve a desired level of nucleic acid in the lipid vesicles will require manipulation of variable such as ethanol concentration and temperature. Examples of suitable conditions for nucleic acid encapsulation are provided in the Examples. Once the nucleic acids are encapsulated within the prefromed vesicles, the external pH can be increased to at least partially neutralize the surface charge. Unencapsulated and surface adsorbed nucleic acids can then be removed as described above.

E.      Method of Use

        The lipid particles of the present invention may be used to deliver a therapeutic agent to a cell, *in vitro* or *in vivo*. In particular embodiments, the therapeutic agent is a nucleic acid, which is delivered to a cell using a nucleic acid-lipid particles of the present invention. While the following description o various methodsof using the lipid particles and related pharmaceutical compositions of the present invention are exemplified by description related to nucleic acid-lipid particles, it is understood that these methods and compositions may be readily adapted for the delivery of any therapeutic agent for the treatment of any disease or disorder that would benefit from such treatment.

        In certain embodiments, the present invention provides methods for introducing a nucleic acid into a cell. Preferred nucleic acids for introduction into cells are siRNA, immune-stimulating oligonucleotides, plasmids, antisense and ribozymes. These methods may be carried out by contacting the particles or compositions of the present invention with the cells for a period of time sufficient for intracellular delivery to occur.

74

WO 2009/086558                                                    PCT/US2008/088676

The compositions of the present invention can be adsorbed to almost any cell type. Once adsorbed, the nucleic acid-lipid particles can either be endocytosed by a portion of the cells, exchange lipids with cell membranes, or fuse with the cells. Transfer or incorporation of the nucleic acid portion of the complex can take place via any one of these pathways. Without intending to be limited with respect to the scope of the invention, it is believed that in the case of particles taken up into the cell by endocytosis the particles then interact with the endosomal membrane, resulting in destabilization of the endosomal membrane, possibly by the formation of non-bilayer phases, resulting in introduction of the encapsulated nucleic acid into the cell cytoplasm. Similarly in the case of direct fusion of the particles with the cell plasma membrane, when fusion takes place, the liposome membrane is integrated into the cell membrane and the contents of the liposome combine with the intracellular fluid. Contact between the cells and the lipid-nucleic acid compositions, when carried out *in vitro*, will take place in a biologically compatible medium. The concentration of compositions can vary widely depending on the particular application, but is generally between about 1 μmol and about 10 mmol. In certain embodiments, treatment of the cells with the lipid-nucleic acid compositions will generally be carried out at physiological temperatures (about 37°C) for periods of time from about 1 to 24 hours, preferably from about 2 to 8 hours. For *in vitro* applications, the delivery of nucleic acids can be to any cell grown in culture, whether of plant or animal origin, vertebrate or invertebrate, and of any tissue or type. In preferred embodiments, the cells will be animal cells, more preferably mammalian cells, and most preferably human cells.

In one group of embodiments, a lipid-nucleic acid particle suspension is added to 60-80% confluent plated cells having a cell density of from about $10^3$ to about $10^5$ cells/mL, more preferably about $2 \times 10^4$ cells/mL. The concentration of the suspension added to the cells is preferably of from about 0.01 to 20 μg/mL, more preferably about 1 μg/mL.

WO 2009/086558                                                                PCT/US2008/088676

Typical applications include using well known procedures to provide intracellular delivery of siRNA to knock down or silence specific cellular targets. Alternatively applications include delivery of DNA or mRNA sequences that code for therapeutically useful polypeptides. In this manner, therapy is provided for genetic diseases by supplying deficient or absent gene products (*i.e.,* for Duchenne's dystrophy, see Kunkel, *et al., Brit. Med. Bull.* 45(3):630-643 (1989), and for cystic fibrosis, see Goodfellow, *Nature* 341:102-103 (1989)). Other uses for the compositions of the present invention include introduction of antisense oligonucleotides in cells (see, Bennett, *et al., Mol. Pharm.* 41:1023-1033 (1992)).

Methods of the present invention may be practiced *in vitro, ex vivo,* or *in vivo.* For example, the compositions of the present invention can also be used for deliver of nucleic acids to cells *in vivo,* using methods which are known to those of skill in the art. With respect to application of the invention for delivery of DNA or mRNA sequences, Zhu, *et al., Science* 261:209-211 (1993), incorporated herein by reference, describes the intravenous delivery of cytomegalovirus (CMV)-chloramphenicol acetyltransferase (CAT) expression plasmid using DOTMA-DOPE complexes. Hyde, *et al., Nature* 362:250-256 (1993), incorporated herein by reference, describes the delivery of the cystic fibrosis transmembrane conductance regulator (CFTR) gene to epithelia of the airway and to alveoli in the lung of mice, using liposomes. Brigham, *et al., Am. J. Med. Sci.* 298:278-281 (1989), incorporated herein by reference, describes the *in vivo* transfection of lungs of mice with a functioning prokaryotic gene encoding the intracellular enzyme, chloramphenicol acetyltransferase (CAT). Thus, the compositions of the invention can be used in the treatment of infectious diseases.

For *in vivo* administration, the pharmaceutical compositions are preferably administered parenterally, *i.e.,* intraarticularly, intravenously, intraperitoneally, subcutaneously, or intramuscularly. In particular embodiments, the pharmaceutical compositions are administered intravenously or intraperitoneally by a bolus injection. For one example, see Stadler, *et al.,* U.S.

WO 2009/086558                                                    PCT/US2008/088676

Patent No. 5,286,634, which is incorporated herein by reference. Intracellular nucleic acid delivery has also been discussed in Straubringer, *et al.,* METHODS IN ENZYMOLOGY, Academic Press, New York. 101:512-527 (1983); Mannino, *et al., Biotechniques* 6:682-690 (1988); Nicolau, *et al., Crit. Rev. Ther. Drug Carrier Syst.* 6:239-271 (1989), and Behr, *Acc. Chem. Res.* 26:274-278 (1993). Still other methods of administering lipid-based therapeutics are described in, for example, Rahman *et al.,* U.S. Patent No. 3,993,754; Sears, U.S. Patent No. 4,145,410; Papahadjopoulos *et al.,* U.S. Patent No. 4,235,871; Schneider, U.S. Patent No. 4,224,179; Lenk *et al.,* U.S. Patent No. 4,522,803; and Fountain *et al.,* U.S. Patent No. 4,588,578.

In other methods, the pharmaceutical preparations may be contacted with the target tissue by direct application of the preparation to the tissue. The application may be made by topical, "open" or "closed" procedures. By "topical," it is meant the direct application of the pharmaceutical preparation to a tissue exposed to the environment, such as the skin, oropharynx, external auditory canal, and the like. "Open" procedures are those procedures which include incising the skin of a patient and directly visualizing the underlying tissue to which the pharmaceutical preparations are applied. This is generally accomplished by a surgical procedure, such as a thoracotomy to access the lungs, abdominal laparotomy to access abdominal viscera, or other direct surgical approach to the target tissue. "Closed" procedures are invasive procedures in which the internal target tissues are not directly visualized, but accessed via inserting instruments through small wounds in the skin. For example, the preparations may be administered to the peritoneum by needle lavage. Likewise, the pharmaceutical preparations may be administered to the meninges or spinal cord by infusion during a lumbar puncture followed by appropriate positioning of the patient as commonly practiced for spinal anesthesia or metrazamide imaging of the spinal cord. Alternatively, the preparations may be administered through endoscopic devices.

WO 2009/086558 — PCT/US2008/088676

The lipid-nucleic acid compositions can also be administered in an aerosol inhaled into the lungs (*see*, Brigham, *et al., Am. J. Sci.* 298(4):278-281 (1989)) or by direct injection at the site of disease (Culver, Human Gene Therapy, MaryAnn Liebert, Inc., Publishers, New York. pp.70-71 (1994)).

The methods of the present invention may be practiced in a variety of subjects or hosts. Preferred subjects or hosts include mammalian species, such as humans, non-human primates, dogs, cats, cattle, horses, sheep, and the like. In particular embodiments, the subject is a mammal, such as a human, in need of treatment or prevention of a disease or disorder, *e.g.*, a subject diagnosed with or considered at risk for a disease or disorder.

Dosages for the lipid-therapeutic agent particles of the present invention will depend on the ratio of therapeutic agent to lipid and the administrating physician's opinion based on age, weight, and condition of the patient.

In one embodiment, the present invention provides a method of modulating the expression of a target polynucleotide or polypeptide. These methods generally comprise contacting a cell with a lipid particle of the present invention that is associated with a nucleic acid capable of modulating the expression of a target polynucleotide or polypeptide. As used herein, the term "modulating" refers to altering the expression of a target polynucleotide or polypeptide. In different embodiments, modulating can mean increasing or enhancing, or it can mean decreasing or reducing. Methods of measuring the level of expression of a target polynucleotide or polypeptide are known and available in the arts and include, e.g., methods employing reverse transcription-polymerase chain reaction (RT-PCR) and immunohistochemical techniques. In particular embodiments, the level of expression of a target polynucleotide or polypeptide is increased or reduced by at least 10%, 20%, 30%, 40%, 50%, or greater than 50% as compared to an appropriate control value.

WO 2009/086558                                                          PCT/US2008/088676

For example, if increased expression of a polypeptide desired, the nucleic acid may be an expression vector that includes a polynucleotide that encodes the desired polypeptide. On the other hand, if reduced expression of a polynucleotide or polypeptide is desired, then the nucleic acid may be, *e.g.*, an antisense oligonucleotide, siRNA, or microRNA that comprises a polynucleotide sequence that specifically hybridizes to a polnucleotide that encodes the target polypeptide, thereby disrupting expression of the target polynucleotide or polypeptide. Alternatively, the nucleic acid may be a plasmid that expresses such an antisense oligonucletoide, siRNA, or microRNA.

In one particular embodiment, the present invention provides a method of modulating the expression of a polypeptide by a cell, comprising providing to a cell a lipid particle that consists of or consists essentially of DLin-K-DMA, DSPC, Chol and PEG-S-DMG, PEG-C-DOMG or PEG-DMA, *e.g.*, in a molar ratio of about 20-60% DLin-K-DMA: 5-25% DSPC:25-55% Chol:0.5-15% PEG-S-DMG, PEG-C-DOMG or PEG-DMA, wherein the lipid particle is assocated with a nucleic acid capable of modulating the expression of the polypeptide. In particular embodiments, the molar lipid ratio is approximately 40/10/40/10 (mol% DLin-K-DMA/DSPC/Chol/PEG-S-DMG, PEG-C-DOMG or PEG-DMA). In another group of embodiments, the neutral lipid in these compositions is replaced with POPC, DOPE or SM.

In particular embodiments, the nucleic acid active agent or therapeutic agent is selected from an siRNA, a microRNA, an antisense oligonucleotide, and a plasmid capable of expressing an siRNA, a microRNA, or an antisense oligonucleotide, and wherein the siRNA, microRNA, or antisense RNA comprises a polynucleotide that specifically binds to a polynucleotide that encodes the polypeptide, or a complement thereof, such that the expression of the polypeptide is reduced.

79

WO 2009/086558                                                    PCT/US2008/088676

In other embodiments, the nucleic acid is a plasmid that encodes the polypeptide or a functional variant or fragment thereof, such that expression of the polypeptide or the functional variant or fragment thereof is increased.

In related embodiments, the present invention provides a method of treating a disease or disorder characterized by overexpression of a polypeptide in a subject, comprising providing to the subject a pharmaceutical composition of the present invention, wherein the therapeutic agent is selected from an siRNA, a microRNA, an antisense oligonucleotide, and a plasmid capable of expressing an siRNA, a microRNA, or an antisense oligonucleotide, and wherein the siRNA, microRNA, or antisense RNA comprises a polynucleotide that specifically binds to a polynucleotide that encodes the polypeptide, or a complement thereof.

In one embodiment, the pharmaceutical composition comprises a lipid particle that consists of or consists essentially of DLin-K-DMA, DSPC, Chol and PEG-S-DMG, PEG-C-DOMG or PEG-DMA, *e.g.*, in a molar ratio of about 20-60% DLin-K-DMA: 5-25% DSPC:25-55% Chol:0.5-15% PEG-S-DMG, PEG-C-DOMG or PEG-DMA, wherein the lipid particle is assocated with the therapeutic nucleic acid. In particular embodiments, the molar lipid ratio is approximately 40/10/40/10 (mol% DLin-K-DMA/DSPC/Chol/PEG-S-DMG, PEG-C-DOMG or PEG-DMA). In another group of embodiments, the neutral lipid in these compositions is replaced with POPC, DOPE or SM.

In another related embodiment, the present invention includes a method of treating a disease or disorder characterized by underexpression of a polypeptide in a subject, comprising providing to the subject a pharmaceutical composition of the present invention, wherein the therapeutic agent is a plasmid that encodes the polypeptide or a functional variant or fragment thereof.

In one embodiment, the pharmaceutical composition comprises a lipid particle that consists of or consists essentially of DLin-K-DMA, DSPC, Chol and PEG-S-DMG, PEG-C-DOMG or PEG-DMA, *e.g.*, in a molar ratio of about 20-60% DLin-K-DMA: 5-25% DSPC:25-55% Chol:0.5-15% PEG-S-DMG, PEG-C-

80

DOMG or PEG-DMA, wherein the lipid particle is assocated with the therapeutic nucleic acid. In particular embodiments, the molar lipid ratio is approximately 40/10/40/10 (mol% DLin-K-DMA/DSPC/Chol/PEG-S-DMG, PEG-C-DOMG or PEG-DMA). In another group of embodiments, the neutral lipid in these compositions is replaced with POPC, DOPE or SM.

The present invention further provides a method of inducing an immune response in a subject, comprising providing to the subject the pharmaceutical composition of the present invention, wherein the therapeutic agent is an immunostimulatory oligonucleotide. In certain embodiments, the immune response is a humoral or mucosal immune response. In one embodiment, the pharmaceutical composition comprises a lipid particle that consists of or consists essentially of DLin-K-DMA, DSPC, Chol and PEG-S-DMG, PEG-C-DOMG or PEG-DMA, e.g., in a molar ratio of about 20-60% DLin-K-DMA: 5-25% DSPC:25-55% Chol:0.5-15% PEG-S-DMG, PEG-C-DOMG or PEG-DMA, wherein the lipid particle is assocated with the therapeutic nucleic acid. In particular embodiments, the molar lipid ratio is approximately 40/10/40/10 (mol% DLin-K-DMA/DSPC/Chol/PEG-S-DMG, PEG-C-DOMG or PEG-DMA). In another group of embodiments, the neutral lipid in these compositions is replaced with POPC, DOPE or SM.

In further embodiments, the pharmaceutical composition is provided to the subject in combination with a vaccine or antigen. Thus, the present invention itself provides vaccines comprising a lipid particle of the present invention, which comprises an immunostimulatory oligonucleotide, and is also associated with an antigen to which an immune response is desired. In particular embodiments, the antigen is a tumor antigen or is associated with an infective agent, such as, e.g., a virus, bacteria, or parasiste.

A variety of tumor antigens, infections agent antigens, and antigens associated with other disease are well known in the art and examples of these are described in references cited herein. Examples of antigens suitable for use in the

WO 2009/086558

PCT/US2008/088676

present invention include, but are not limited to, polypeptide antigens and DNA antigens. Specific examples of antigens are Hepatitis A, Hepatitis B, small pox, polio, anthrax, influenza, typhus, tetanus, measles, rotavirus, diphtheria, pertussis, tuberculosis, and rubella antigens. In a preferred embodiment, the antigen is a Hepatitis B recombinant antigen. In other aspects, the antigen is a Hepatitis A recombinant antigen. In another aspect, the antigen is a tumor antigen. Examples of such tumor-associated antigens are MUC-1, EBV antigen and antigens associated with Burkitt's lymphoma. In a further aspect, the antigen is a tyrosinase-related protein tumor antigen recombinant antigen. Those of skill in the art will know of other antigens suitable for use in the present invention.

Tumor-associated antigens suitable for use in the subject invention include both mutated and non-mutated molecules that may be indicative of single tumor type, shared among several types of tumors, and/or exclusively expressed or overexpressed in tumor cells in comparison with normal cells. In addition to proteins and glycoproteins, tumor-specific patterns of expression of carbohydrates, gangliosides, glycolipids and mucins have also been documented. Exemplary tumor-associated antigens for use in the subject cancer vaccines include protein products of oncogenes, tumor suppressor genes and other genes with mutations or rearrangements unique to tumor cells, reactivated embryonic gene products, oncofetal antigens, tissue-specific (but not tumor-specific) differentiation antigens, growth factor receptors, cell surface carbohydrate residues, foreign viral proteins and a number of other self proteins.

Specific embodiments of tumor-associated antigens include, *e.g.*, mutated antigens such as the protein products of the Ras p21 protooncogenes, tumor suppressor p53 and BCR-abl oncogenes, as well as CDK4, MUM1, Caspase 8, and Beta catenin; overexpressed antigens such as galectin 4, galectin 9, carbonic anhydrase, Aldolase A, PRAME, Her2/neu, ErbB-2 and KSA, oncofetal antigens such as alpha fetoprotein (AFP), human chorionic gonadotropin (hCG); self antigens such as carcinoembryonic antigen (CEA) and melanocyte

82

differentiation antigens such as Mart 1/Melan A, gp100, gp75, Tyrosinase, TRP1 and TRP2; prostate associated antigens such as PSA, PAP, PSMA, PSM-P1 and PSM-P2; reactivated embryonic gene products such as MAGE 1, MAGE 3, MAGE 4, GAGE 1, GAGE 2, BAGE, RAGE, and other cancer testis antigens such as NY-ESO1, SSX2 and SCP1; mucins such as Muc-1 and Muc-2; gangliosides such as GM2, GD2 and GD3, neutral glycolipids and glycoproteins such as Lewis (y) and globo-H; and glycoproteins such as Tn, Thompson-Freidenreich antigen (TF) and sTn. Also included as tumor-associated antigens herein are whole cell and tumor cell lysates as well as immunogenic portions thereof, as well as immunoglobulin idiotypes expressed on monoclonal proliferations of B lymphocytes for use against B cell lymphomas.

Pathogens include, but are not limited to, infectious agents, *e.g.*, viruses, that infect mammals, and more particularly humans. Examples of infectious virus include, but are not limited to: Retroviridae (*e.g.*, human immunodeficiency viruses, such as HIV-1 (also referred to as HTLV-III, LAV or HTLV-III/LAV, or HIV-III; and other isolates, such as HIV-LP; Picornaviridae (*e.g.*, polio viruses, hepatitis A virus; enteroviruses, human Coxsackie viruses, rhinoviruses, echoviruses); Calciviridae (*e.g.*, strains that cause gastroenteritis); Togaviridae (*e.g.*, equine encephalitis viruses, rubella viruses); Flaviridae (*e.g.*, dengue viruses, encephalitis viruses, yellow fever viruses); Coronoviridae (*e.g.*, coronaviruses); Rhabdoviradae (*e.g.*, vesicular stomatitis viruses, rabies viruses); Coronaviridae (*e.g.*, coronaviruses); Rhabdoviridae (*e.g.*, vesicular stomatitis viruses, rabies viruses); Filoviridae (*e.g.*, ebola viruses); Paramyxoviridae (*e.g.*, parainfluenza viruses, mumps virus, measles virus, respiratory syncytial virus); Orthomyxoviridae (*e.g.*,influenza viruses); Bungaviridae (*e.g.*, Hantaan viruses, bunga viruses, phleboviruses and Nairo viruses); Arena viridae (hemorrhagic fever viruses); Reoviridae (*e.g.*, reoviruses, orbiviurses and rotaviruses); Birnaviridae; Hepadnaviridae (Hepatitis B virus); Parvovirida (parvoviruses); Papovaviridae (papilloma viruses, polyoma viruses); Adenoviridae (most adenoviruses);

Herpesviridae herpes simplex virus (HSV) 1 and 2, varicella zoster virus, cytomegalovirus (CMV), herpes virus; Poxviridae (variola viruses, vaccinia viruses, pox viruses); and Iridoviridae (*e.g.,* African swine fever virus); and unclassified viruses (*e.g.,* the etiological agents of Spongiform encephalopathies, the agent of delta hepatitis (thought to be a defective satellite of hepatitis B virus), the agents of non-A, non-B hepatitis (class 1=internally transmitted; class 2=parenterally transmitted (*i.e.,* Hepatitis C); Norwalk and related viruses, and astroviruses).

Also, gram negative and gram positive bacteria serve as antigens in vertebrate animals. Such gram positive bacteria include, but are not limited to Pasteurella species, Staphylococci species, and Streptococcus species. Gram negative bacteria include, but are not limited to, Escherichia coli, Pseudomonas species, and Salmonella species. Specific examples of infectious bacteria include but are not limited to: Helicobacterpyloris, Borelia burgdorferi, Legionella pneumophilia, Mycobacteria sps (*e.g.,* M. tuberculosis, M. avium, M. intracellulare, M. kansaii, M. gordonae), Staphylococcus aureus, Neisseria gonorrhoeae, Neisseria meningitidis, Listeria monocytogenes, Streptococcus pyogenes (Group A Streptococcus), Streptococcus agalactiae (Group B Streptococcus), Streptococcus (viridans group), Streptococcusfaecalis, Streptococcus bovis, Streptococcus (anaerobic sps.), Streptococcus pneumoniae, pathogenic Campylobacter sp., Enterococcus sp., Haemophilus infuenzae, Bacillus antracis, corynebacterium diphtheriae, corynebacterium sp., Erysipelothrix rhusiopathiae, Clostridium perfringers, Clostridium tetani, Enterobacter aerogenes, Klebsiella pneumoniae, Pasturella multocida, Bacteroides sp., Fusobacterium nucleatum, Streptobacillus moniliformis, Treponema pallidium, Treponema pertenue, Leptospira, Rickettsia, and Actinomyces israelli.

Additional examples of pathogens include, but are not limited to, infectious fungi that infect mammals, and more particularly humans. Examples of infectious fingi include, but are not limited to: Cryptococcus neoformans, Histoplasma capsulatum, Coccidioides immitis, Blastomyces dermatitidis,

**WO 2009/086558**                                                    **PCT/US2008/088676**

Chlamydia trachomatis, Candida albicans. Examples of infectious parasites include Plasmodium such as Plasmodium falciparum, Plasmodium malariae, Plasmodium ovale, and Plasmodium vivax. Other infectious organisms (*i.e.*, protists) include Toxoplasma gondii.

# EXAMPLES
## EXAMPLE 1
### SYNTHESIS OF 2,2-DILINOLEYL-4-DIMETHYLAMINOMETHYL-[1,3]-DIOXOLANE (DLin-K-DMA)

DLin-K-DMA was synthesized as shown in the following schematic and described below.



### Synthesis of Linoleyl Bromide (II)

A mixture of linoleyl methane sulfonate (6.2g, 18 mmol) and magnesium bromide etherate (17g, 55 mmol) in anhydrous ether (300 mL) was stirred under argon overnight (21 hours). The resulting suspension was poured into

WO 2009/086558                                                                PCT/US2008/088676

300 mL of chilled water. Upon shaking, the organic phase was separated. The aqueous phase was extracted with ether (2 x 150 mL). The combined ether phase was washed with water (2 x 150 mL), brine (150 mL), and dried over anhydrous $Na_2SO_4$. The solvent was evaporated to afford 6.5g of colourless oil. The crude product was purified by column chromatography on silica gel (230-400 mesh, 300 mL) eluted with hexanes. This gave 6.2 g (approximately 100%) of linoleyl bromide (II). 1H NMR (400 MHz, $CDCl_3$) $\delta$: 5.27-5.45 (4H, m, 2 x CH=CH), 3.42 (2H, t, $CH_2Br$), 2.79 (2H, t, C=C-$CH_2$-C=C), 2.06 (4H, q, 2 x allylic $CH_2$), 1.87 (2H, quintet, $CH_2$), 1.2-1.5 (16H, m), 0.90 (3H, t, $CH_3$) ppm.

## Synthesis of Dilinoleyl Methanol (III)

To a suspension of Mg turnings (0.45g, 18.7 mmol) with one crystal of iodine in 200 mL of anhydrous ether under nitrogen was added a solution of linoleyl bromide (II) in 50 mL of anhydrous ether at room temperature. The resulting mixture was refluxed under nitrogen overnight. The mixture was cooled to room temperature. To the cloudy mixture under nitrogen was added dropwise at room temperature a solution of ethyl formate (0.65g, 18.7 mmol) in 30 mL of anhydrous ether. Upon addition, the mixture was stirred at room temperature overnight (20 hours). The ether layer was washed with 10% $H_2SO_4$ aqueous solution (100 mL), water (2 x 100 mL), brine (150 mL), and then dried over anhydrous $Na_2SO_4$. Evaporation of the solvent gave 5.0g of pale oil. Column chromatography on silica gel (230-400 mesh, 300 mL) with 0-7% ether gradient in hexanes as eluent afforded two products, dilinoleyl methanol (2.0g, III) and dilinoleylmethyl formate (1.4g, IV). 1H NMR (400 MHz, $CDCl_3$) for dilinoleylmethyl formate (IV) $\delta$: 8.10 (1H, s, CHO), 5.27-5.45 (8H, m, 4 x CH=CH), 4.99 (1H, quintet, OCH), 2.78 (4H, t, 2 x C=C-$CH_2$-C=C), 2.06 (8H, q, 4 x allylic $CH_2$), 1.5-1.6 (4H, m, 2 x $CH_2$), 1.2-1.5 (32H, m), 0.90 (6H, t, 2 x $CH_3$) ppm.

Dilinoleylmethyl formate (IV, 1.4g) and KOH (0.2g) were stirred in 85% EtOH at room temperature under nitrogen overnight. Upon completion of the

86

reaction, half of the solvent was evaporated. The resulting mixture was poured into 150 mL of 5% HCL solution. The aqueous phase was extracted with ether (3 x 100 mL). The combined ether extract was washed with water (2 x 100 mL), brine (100 mL), and dried over anhydrous Na2SO4. Evaporation of the solvent gave 1.0 g of dilinoleyl methanol (III) as colourless oil. Overall, 3.0 g (60%) of dilinoleyl methanol (III) were afforded. 1H NMR (400 MHz, $CDCl_3$) for dilinoleyl methanol (III) $\delta$: ppm.

## Synthesis of Dilinoleyl Ketone (V)

To a mixture of dilinoleyl methanol (2.0g, 3.8 mmol) and anhydrous sodium carbonate (0.2g) in 100 mL of $CH_2Cl_2$ was added pydimium chlorochromate (PCC, 2.0g, 9.5 mmol). The resulting suspension was stirred at room temperature for 60 min. Ether (300 mL) was then added into the mixture, and the resulting brown suspension was filtered through a pad of silica gel (300 mL). The silica gel pad was further washed with ether (3 x 200 mL). The ether filtrate and washes were combined. Evaporation of the solvent gave 3.0 g of an oily residual as a crude product. The crude product was purified by column chromatography on silica gel (230-400 mesh, 250 mL) eluted with 0-3% ether in hexanes. This gave 1.8 g (90%) of dilinoleyl ketone (V). 1H NMR (400 MHz, $CDCl_3$) $\delta$: 5.25-5.45 (8H, m, 4 x CH=CH), 2.78 (4H, t, 2 x C=C-$CH_2$-C=C), 2.39 (4H, t, 2 x $COCH_2$), 2.05 (8H, q, 4 x allylic $CH_2$), 1.45-1.7 (4H, m), 1.2-1.45 (32H, m), 0.90 (6H, t, 2 x $CH_3$) ppm.

## Synthesis of 2,2-Dilinoleyl-4-bromomethyl-[1,3]-dioxolane (VI)

A mixture of dilinoleyl methanol (V, 1.3g, 2.5 mmol), 3-bromo-1,2-propanediol (1.5g, 9.7 mmol) and p-toluene sulonic acid hydrate (0.16g, 0.84 mmol) in 200 mL of toluene was refluxed under nitrogen for 3 days with a Dean-Stark tube to remove water. The resulting mixture was cooled to room temperature. The organic phase was washed with water (2 x 50 mL), brine (50 mL), and dried over anhydrous $Na_2SO_4$. Evaporation of the solvent resulted in a

WO 2009/086558                                                                PCT/US2008/088676

yellowish oily residue. Column chromatography on silica gel (230-400 mesh, 100 mL) with 0-6% ether gradient in hexanes as eluent afforded 0.1 g of pure VI and 1.3 g of a mixture of VI and the starting material. 1H NMR (400 MHz, CDCl₃) δ: 5.27-5.45 (8H, m, 4 x CH=CH), 4.28-4.38 (1H, m, OCH), 4.15 (1H, dd, OCH), 3.80 (1H, dd, OCH), 3.47 (1H, dd, CHBr), 3.30 (1H, dd, CHBr), 2.78 (4H, t, 2 x C=C-CH₂-C=C), 2.06 (8H, q, 4 x allylic CH₂), 1.52-1.68 (4H, m, 2 x CH₂), 1.22-1.45 (32H, m), 0.86-0.94 (6H, m, 2 x CH₃) ppm.

Synthesis of 2,2-Dilinoleyl-4-dimethylaminomethyl-[1,3]-dioxolane (DLin-K-DMA)

Anhydrous dimethyl amine was bubbled into an anhydrous THF solution (100 mL) containing 1.3 g of a mixture of 2,2-dilinoleyl-4-bromomethyl-[1,3]-dioxolane (VI) and dilinoleyl ketone (V) at 0°C for 10 min. The reaction flask was then sealed and the mixture stirred at room temperature for 6 days. Evaporation of the solvent left 1.5 g of a residual. The crude product was purified by column chromatography on silica gel (230-400 mesh, 100 mL) and eluted with 0-5% methanol gradient in dichloromethane. This gave 0.8 g of the desired product DLin-K-DMA. 1H NMR (400 MHz, CDCl₃) δ: 5.25-5.45 (8, m, 4x CH=CH), 4.28-4.4 (1H, m, OCH), 4.1 (1H, dd, OCH), 3.53 (1H, t OCH), 2.78 (4H, t, 2 x C=C-CH₂-C=C), 2.5-2.65 (2H, m, NCH₂), 2.41 (6H, s, 2 x NCH₃), 2.06 (8H, q, 4 x allylic CH₂), 1.56-1.68 (4H, m, 2 x CH₂), 1.22-1.45 (32H, m), 0.90 (6H, t, 2 x CH₃) ppm.

## EXAMPLE 2
### Synthesis OF 1,2-DILINOLEYLOXY-N,N-DIMETHYL-3-AMINOPROPANE (DLINDMA)

DLinDMA was synthesized as described below.



1,2-Dilinoleyloxy-3-dimethylaminopropane (DLinDMA)

WO 2009/086558  PCT/US2008/088676

To a suspension of NaH (95%, 5.2 g, 0.206 mol) in 120 mL of anhydrous benzene was added dropwise N,N-dimethyl-3-aminopropane-1,2-diol (2.8 g, 0.0235 mol) in 40 mL of anhydrous benzene under argon. Upon addition, the resulting mixture was stirred at room temperature for 15 min. Linoleyl methane sulfonate (99%, 20 g, 0.058 mol) in 75 mL of anhydrous benzene was added dropwise at room temperature under argon to the above mixture. After stirred at room temperature for 30 min., the mixture was refluxed overnight under argon. Upon cooling, the resulting suspension was treated dropwise with 250 mL of 1:1 (V:V) ethanol-benzene solution. The organic phase was washed with water (150 mL), brine (2 x 200 mL), and dried over anhydrous sodium sulfate. Solvent was evaporated in vacuo to afford 17.9 g of light oil as a crude product. 10.4 g of pure DLinDMA were obtained upon purification of the crude product by column chromatography twice on silica gel using 0-5% methanol gradient in methylene chloride. 1H NMR (400 MHz, CDCl$_3$) $\delta$: 5.35 (8H, m, CH=CH), 3.5 (7H, m, OCH), 2.75 (4H, t, 2 x CH$_2$), 2.42 (2H, m, NCH$_2$), 2.28 (6H, s, 2 x NCH$_3$), 2.05 (8H, q, vinyl CH$_2$), 1.56 (4H, m, 2 x CH$_2$), 1.28 (32H, m, 16 x CH$_2$), 0.88 (6H, t, 2 x CH$_3$) ppm.

## EXAMPLE 3

SYNTHESIS OF 1,2-DILINOLEYLOXY-3-TRIMETHYLAMINOPROPANE CHLORIDE (DLIN-TMA.CL)

DLin-TMA.Cl was synthesized as shown in the schematic and described below.

89

WO 2009/086558                                                              PCT/US2008/088676

**DLin-DMA**

$CH_3I$

**DLin-TMA.I**

HCl
NaCl

**DLin-TMA.Cl**

## Synthesis of 1,2-Dilinoleyloxy-3-dimethylaminopropane (DLin-DMA)

DLin-DMA was prepared as described in Example 2, based on etherification of 3-dimethylamino-1,2-propanediol by linoleyl methane sulfonate.

## Synthesis of 1,2-Dilinoleyloxy-3-trimethylaminopropane Iodide (DLin-TMA.I)

A mixture of 1,2-dilinoleyloxy-3-dimethylaminopropane (DLin-DMA, 5.5g, 8.9 mmol) and $CH_3I$ (7.5 mL, 120 mmol) in 20 mL of anhydrous $CH_2Cl_2$ was stirred under nitrogen at room temperature for 7 days. Evaporation of the solvent and excess of iodomethane afforded 7.0 g of yellow syrup as a crude DLin-TMA.I which was used in the following step without further purification.

## Preparation of 1,2-Dilinoleyloxy-3-trimethylaminopropane Chloride (DLin-TMA.Cl)

The above crude 1,2-dilinoleyloxy-3-trimethylaminopropane iodide (DLin-TMA.I, 7.0 g) was dissolved in 150 mL of $CH_2Cl_2$ in a separatory funnel. 40 mL of 1N HCl methanol solution was added, and the resulting solution was shaken

90

WO 2009/086558                                                                    PCT/US2008/088676

well. To the solution was added 50 mL of brine, and the mixture was shaken well. The organic phase was separated. The aqueous phase was extracted with 15 mL of CH2Cl2. The organic phase and extract were then combined. This completed the first step of ion exchange. The ion exchange step was repeated four more times. The final organic phase was washed with brine (100 mL) and dried over anhydrous $Na_2SO_4$. Evaporation of the solvent gave 6.0 g of yellow oil. The crude product was purified by column chromatography on silica gel (230-400 mesh, 250 mL) eluted with 0-15% methanol gradient in chloroform. This afforded 2.3 g of 1,2-dilinoleyloxy-3-trimethylaminopropane chloride (DLin-DMA.Cl) as a colourless syrup. 1H NMR (400 MHz, $CDCl_3$) $\delta$: 5.26-5.46 (8H, m, 4 x CH=CH), 3.95-4.15 (2H, m, $NCH_2$), 3.71 (1H, dd, OCH), 3.35-3.65 (6H, m, 3 x $OCH_2$), 3.51 (9H, s, 3 x $NCH_3$), 2.77 (4H, t, 2 x C=C-$CH_2$-C=C), 2.05 (8H, q, 4 x allylic $CH_2$), 1.75-2.0 (2H, br.), 1.49-1.75 (4H, m, 2 x $CH_2$), 1.2-1.45 (30H, m), 0.89 (6H, t, 2 x $CH_3$) ppm.

## EXAMPLE 4

### SYNTHESIS OF 1,2-DIOLEYLOXY-N,N-DIMETHYL-3-AMINOPROPANE (DODMA)

DODMA was synthesized as indicated below.

1,2-Dioleyloxy-3-dimethylaminopropane (DODMA)

DLinDMA was synthesized in the same manner, except that oleyl mesylate was replaced with linoley mesylate.

Benzene (800 mL) was added to sodium hydride (52g, 95%, 2.06 mol) in a 3L pear-shaped round bottom flask with a stir bar under argon. A solution of N,N-dimethylaminopropane-1,2-diol (28.1g, 234.8 mmol) in benzene

91

WO 2009/086558 PCT/US2008/088676

(200mL) was slowly added to the reaction flask under argon, rinsing with a further 50mL of benzene and allowed to stir for 10 minutes.

Oleyl mesylate (200.3g, 578.9 mmol) in benzene (200mL) was added to the reaction mixture under argon and rinsed with a further 1200mL of benzene. The reaction mixture was allowed to reflux under argon overnight.

The reaction mixture was transferred to 4L erlenmeyer flask and ethanol (100 mL) was added slowly under argon to quench unreacted sodium hydride. Additional ethanol (1300 mL) was added to give a total ethanol content of 1400mL such that benzene:ethanol is 1:1. The reaction mixture (800mL) was aliquoted to a 2L separatory funnel and 240mL water was added (benzene:ethanol:water 1:1:0.6 v/v). The organic phase was collected and the aqueous layer was re-extracted with benzene (100mL).

Oleyl mesylate (200.3g, 578.9 mmol) in benzene (200mL) was added to the reaction mixture under argon and rinsed with a further 1200mL of benzene. The reaction mixture was allowed to reflux under argon overnight. This step was repeated again.

The combined organic fractions were dried with anhydrous magnesium sulphate (30g) and filtered under vacuum using a sintered glass funnel. Solvent was removed on a rotovap (water bath 50 - 60□C). The viscous oily product was redissolved in dichloromethane (300 mL) and vacuum filtered through a sintered glass funnel with a filter paper and silica gel 60 (80g, 230 – 400 mesh). Dichloromethane was removed on a rotovap at 50 - 60□C.

The product was purified by column chromatography. A total of 151g product was divided into two ~75g aliquots and loaded onto two 600g silica gel 60 columns. The product was dissolved in 2% MeOH in dichloromethane (~1:1 w/v) prior to loading onto the column. 2% MeOH in dichloromethane (~1L) was used until product came out. Approximately 1L of 5%, 7.5% and then 10% MeOH in dichloromethane were used to elute the columns collecting ~200 mL fractions.

WO 2009/086558                                                                PCT/US2008/088676

Fractions with a top or bottom spot on TLC (impurity) and product were rotovaped separately from the pure fractions. Impure DODMA was collected from other batches, added together, and put down a column a second time to purify. The yield of DODMA was 95g.

## EXAMPLE 5

SYNTHESIS OF 1,2-DILINOLEYLOXY-3-(N-METHYLPIPERAZINO) PROPANE (DLIN-MPZ)

DLin-MPZ was synthesized as shown in the schematic diagram and described below.

**DLin-MPZ**

## Synthesis of 3-(N-methylpiperazino)-1,2-propanediol (III)

To a solution of 1-methylpiperazine (1.02g, 10.2 mmol) in anhydrous $CH_2Cl_2$ (100 mL) was added dropwise glycidol (0.75g, 9.7 mmol). The resulting mixture was stirred at room temperature for 2 days. Evaporation of the solvent gave an oily residual. The residual was re-dissolved in 100 mL of benzene. 1.8 g of viscous oil was obtained as a crude product after the solvent was evaporated. The crude product was used in the following step without further purification.

93

WO 2009/086558                                            PCT/US2008/088676

### Synthesis of 1,2-Dilinoleyloxy-3-N-methylpiperazinopropane (DLin-MPZ)

To a suspension of NaH (2.0g, 60%, 50 mmol) in 100 mL of anhydrous benzene under nitrogen was added dropwise a solution of 3-(N-methylpiperazino)-1,2-propanediol (III, 0.74g, 4.2 mmol) in 5 mL of anhydrous benzene. The resulting mixture was stirred at room temperature for 20 min. A solution of linoleyl methane sulfonate (3.2g, 9.3 mmol) in 20 mL of anhydrous benzene was then added dropwise. After stirred at room temperature for 20 min, the mixture was refluxed under nitrogen overnight. Upon cooling, 40 mL of 1:1 (V:V) ethanol-benzene was added slowly to the mixture followed by additional 60 mL of benzene and 100 mL of EtOH. The organic phase was washed with water (200 mL) and dried over anhydrous $Na_2SO_4$. Evaporation of the solvent gave 3.0 g of yellow oil as a crude product. The crude product was purified by repeated column chromatography on silica gel (230-400 mesh, 250 mL) eluted with 0-8% methanol gradient in chloroform. This afforded 1.1 g (39%) 1,2-dilinoleyloxy-3-N-methylpiperazinopropane (DLin-MPZ) as yellowish oil. 1H NMR (400 MHz, $CDCl_3$) δ: 5.27-5.45 (8H, m, 4 x CH=CH), 3.37-3.65 (7H, m, OCH and 3 x $OCH_2$), 2.77 (4H, t, 2 x C=C-$CH_2$-C=C), 2.33-2.74 (10H, br. and m, 5 x $NCH_2$), 2.31 (3H, s, $NCH_3$), 2.06 (8H, q, 4 x allylic $CH_2$), 1.49-1.63 (4H, m, 2 x $CH_2$), 1.2-1.45 (32H, m), 0.89 (6H, t, 2 x $CH_3$) ppm.

## EXAMPLE 6

SYNTHESIS OF 3-(N,N-DILINOLEYLAMINO)-1,2-PROPANEDIOL (DLinAP)

WO 2009/086558

PCT/US2008/088676



DOAP
3-(Dioleylamino)-1,2-propanediol

DLinAP
3-(Dilinoleylamino)-1,2-propanediol

The procedure described below was followed to synthesize DOAP, and DLinAP was synthesized in the same manner except that linoleyl methane sulfonate was used instead of oleyl Br.

Step 1:

(±)-3-Amino-1,2-propanediol was alkylated with oleyl bromide in acetonitrile at room temperature using 3.0 mol eq excess of the primary amine under nitrogen.  The reaction was monitored by TLC.  Loss of oleyl bromide was an indication of reaction completion.  The product was precipitated as the hydrobromide salt.

Step 2:

The secondary amine from step 1 (0.9g, 1 mol eq), N,N-diisopropylethylamine (Hunig's base) (0.5g, 1.5 mol eq), oleyl bromide (1.0g, 1.1 mol eq) and 20 mL of acetonitrile were placed in a round bottom flask and stirred at room temperature.  The completion of the reaction was followed by TLC.  The reaction mixture was taken to dryness in the rotovap.  Residue was dissolved in $CH_2Cl_2$ (10 - 20 mL) and washed with distilled water (10 - 20 mL).  The aqueous

96

WO 2009/086558                                                    PCT/US2008/088676

layer was washed with 3 x $CH_2Cl_2$ ( 10 -20 mL).  The combined organic fractions were dryed over MgSO4 and solvent was removed with a rotovap and purified by column chromatography.

1 mol eq (0.9g)

## EXAMPLE 7

SYNTHESIS OF 2-LINOLEYOLOXYL-3-LINOLEYLOXYL-1-N,N-DIMETHYLAMINOPROPANE (DLIN-2-DMAP)

DLin-2-DMAP was synthesized as shown in the schematic diagram and described below.

97

WO 2009/086558                                                    PCT/US2008/088676

**DMAP-Tr**

**Lin-2-DMAP-Tr**

**Lin-2-DMAP**

**DLin-2-DMAP**

## Synthesis of 1-Triphenylmethyloxy-3-(N,N-dimethylamino)-2-propanol (DMAP-Tr)

A mixture of 3-(dimethylamino)-1,2-propanediol (3.0 g, 25 mmol) and triphenylmethyl chloride (7.75 g, 27.8 mmol) in dry pyridine (100 mL) was refluxed for 30 min. Upon cooling, most of the solvent was evaporated in vacuo, and the resulting residual was re-dissolved in 400 mL of dichloromethane. The organic phase was washed with water (3 x 200 mL), brine (150 mL), and dried over anhydrous $Na_2SO_4$. Evaporation of the solvent gave 6.3 g of yellow oil as a crude product. The crude product was purified by column chromatography on silica gel (230-400 mesh, 500 mL) eluted with 0-10% methanol gradient in dichloromethane. This afforded 4.0 g of the product (DMAP-Tr) as yellow oil.

98

Synthesis of 1-Triphenylmethyloxy-2-linoleyloxy-3-N,N-dimethylaminopropane (Lin-2-DMAP-Tr)

NaH (60%, 2.17 g, 54 mmol) was washed with hexanes (3 x 40 mL) under nitrogen and then suspended in anhydrous benzene (60 mL). To the suspension was added dropwise DMAP-Tr (4.0 g, 11 mmol) in 20 mL of anhydrous benzene. Upon stirring of the resulting mixture at room temperature for 20 min, a solution of linoleyl methanesulfonate (4.5 g, 13 mmol) in 40 mL of anhydrous benzene was added dropwise under nitrogen. The mixture was stirred at room temperature for 30 min and then refluxed overnight. Upon cooling to room temperature, 30 mL of 1:1 (V:V) ethanol-benzene solution were added dropwise under nitrogen followed by 100 mL of benzene and 100 mL of water. Upon shaking, the aqueous phase was separated. The organic phase was washed with brine (2 x 100 mL) and dried over anhydrous sodium sulfate. Evaporation of the solvent afforded 6.8 g of yellowish oil. The crude product was chromatographed on a silica gel column (230-400 mesh, 400 mL) eluted with 0-3% methanol gradient in chloroform. 5.8 g (84%) of the desired product (Lin-2-DMAP-Tr) were obtained as yellowish oil.

Synthesis of 2-Linoleyloxy-3-(N,N-dimethylamino)-1-propanol (Lin-2-DMAP)

Lin-2-DMAP-Tr (5.8 g, 9.2 mmoL) was refluxed in 80% HOAc (25 mL) under nitrogen for 10 min. Upon cooling to room temperature, the mixture was diluted with water (100 mL). The resulting aqueous solution was neutralized to about pH 6 with 0.5% NaOH solution. The aqueous phase was then extracted with dichloromethane (4 x 100 mL). The combined organic phase was washed with 0.1% NaOH solution (100 mL), water (100 mL), brine (100 mL), and dried over anhydrous sodium sulfate. Evaporation of the solvent gave 5.6 g of a mixture of product and starting material as yellowish oil. The mixture was chromatographed on a silica gel column (230-400 mesh, 400 mL) eluted with 0-10% methanol gradient in chloroform. 2.2 g (62%) of the desired product (Lin-2-DMAP) were

WO 2009/086558                                                    PCT/US2008/088676

afforded as yellowish oil. 1H NMR (400 MHz, CDCl$_3$) $\delta$: 5.28-5.43 (4H, m, CH=CH), 4.25 (1H, br, OH), 3.78 (1H, dd, J = 11 and 4.8 Hz, OCH), 3.68 (1H, dd, J = 11 and 6.8 Hz, OCH), 3.49 (3H, m, OCH and OCH$_2$), 2.77 (2H, t, =CH-CH$_2$-CH=), 2.50-2.65 (2H, m, NCH$_2$), 2.32 (6H, s, 2 x NCH$_3$), 2.05 (4H, q, allylic 2 x CH$_2$), 1.55 (2H, m, CH$_2$), 1.30 (16H, m, 8 x CH$_2$), 0.89 (3H, t, CH$_3$) ppm.


## Synthesis of 2-Linoleyoloxyl-3-linoleyloxyl-1-N,N-dimethylaminopropane (DLin-2-DMAP)

To a solution of linoleic acid (2.36 g, 8.4 mmol) in anhydrous benzene (50 mL) was added dropwise oxalyl chloride (1.45 g, 11.4 mmol) under nitrogen. The resulting mixture was stirred at room temperature for 4 hours. Solvent and excess of oxalyl chloride was removed in vacuo to give linoleyol chloride as light yellowish oil.

The above linoleyol chloride was re-dissolved in anhydrous benzene (85 mL). To the resulting solution was added dropwise a solution of Lin-2-DMAP (2.9 g, 7.5 mmol) and dry pyridine (1 mL) in 15 mL of anhydrous benzene. The mixture was then stirred at room temperature under nitrogen for 2 days and a suspension was resulted. The mixture was diluted with benzene (100 mL). The organic phase was washed with a solution of 3:5 (V:V) ethanol-water (320 mL), brine (2 x 75 mL), and dried over anhydrous Na2SO4. The solvent was removed in vacuo affording 5.2 g of oil. The crude product was purified by column chromatography on silica gel (230-400 mesh, 450 mL) eluted with 0-4% methanol gradient in chloroform. This afforded 3.9 g (80%) of DLin-2-DMAP as yellowish oil. 1H NMR (400 MHz, CDCl$_3$) $\delta$: 5.25 (8H, m, 4 x CH=CH), 4.17 (1H, dd, J = 11.6 and 4 Hz, OCH), 3.96 (1H, dd, J = 11.6 and 5.2 Hz, OCH), 3.53-3.64 (1H, m, OCH), 3.35-3.53 (2H, m, OCH$_2$), 2.68 (4H, t, =CH-CH$_2$-CH=), 2.41 (2H, m, CH$_2$), 2.25 (6H, s, 2 x NCH$_3$), 2.21 (2H, m, CH$_2$), 1.96 (8H, q, allylic 4 x CH$_2$), 1.4-1.6 (4H, m, 2 x CH$_2$), 1.21 (30H, s, 15 x CH$_2$), 0.80 (6H, t, 2 x CH$_3$) ppm.

### EXAMPLE 8

SYNTHESIS OF 1,2-DILINOLEYLOXY-3-(2-N,N-DIMETHYLAMINO) ETHOXYPROPANE (DLIN-EG-DMA)

DLin-EG-DMA was synthesized as shown in the schematic diagram and described below.

### Synthesis of 1,2-Dilinoleyloxy-3-allyloxypropane (DLinPO-Allyl)

NaH (10g, 60%, 250 mmol) was washed three times with hexanes (3 x 75 mL) under nitrogen and then suspended in 200 mL of anhydrous benzene. To the NaH suspension was added dropwise a solution of 3-allyloxy-1,2-propanediol (4.2g, 32 mmol) in 10 mL of anhydrous benzene. The resulting mixture was stirred

WO 2009/086558                                                      PCT/US2008/088676

at room temperature for 15 min. A solution of linoleyl methane sulfonate (25.8g, 74.9 mmol) in 90 mL of anhydrous benzene was then added dropwise. The resulting mixture was stirred under nitrogen at room temperature for 30 min and the refluxed overnight. Upon cooling, 100 mL of 1:1 (V:V) ethanol-benzene was added slowly to the mixture followed by additional 300 mL of benzene. The organic phase was washed with water (300 mL), brine (2 x 300 mL), and dried over anhydrous Na2SO4. Evaporation of the solvent gave 22.2 g of yellow oil as a crude product. The crude product was purified by column chromatography on silica gel (230-400 mesh, 1200 mL) eluted with 0-8% ether gradient in hexanes. This afforded 12.4 g (62%) 1,2-dilinoleyloxy-3-allyloxypropane (DLinPO-Allyl) as colourless oil.

Synthesis of 1,2-Dilinoleyloxy-3-hydroxypropane (DLinPO)

A mixture of 1,2-dilinoleyloxy-3-allyloxypropane (DLinPO-Allyl, 4.8g, 7.6 mmol), tetrakis(triphenylphosphine) palladium (1.2 g, catalyst) and trifluoroacetic acid (5 mL) in ethanol (80 mL) was refluxed in dark under nitrogen overnight (25 hours). A brownish solution was resulted. Volume of the mixture was reduced by half by evaporation of the solvent, and the resulting residual was dissolved in 200 mL of ethyl acetate. The organic phase was washed with water (2 x 100 mL), brine (100 mL), and dried over anhydrous $Na_2SO_4$. Evaporation of the solvent gave 5.5 g of yellowish oil as a crude product. The crude product was purified by repeated column chromatography on silica gel (230-400 mesh, 100 mL) eluted with 0-2% methanol gradient in dichoromethane. This afforded 2.8 g (63%) 1,2-dilinoleyloxy-3-hydroxypropane (DLinPO) as yellowish oil. 1H NMR (400 MHz, $CDCl_3$) $\delta$: 5.27-5.45 (8H, m, 4 x CH=CH), 3.67-3.78 (1H, dd, OCH), 3.58-3.67 (2H, m, $OCH_2$), 3.4-3.58 (6H, m, 3 x $OCH_2$), 2.78 (4H, t, 2 x C=C-$CH_2$-C=C), 2.06 (8H, q, 4 x allylic $CH_2$), 1.49-1.67 (4H, m, 2 x $CH_2$), 1.23-1.45 (32H, m), 0.90 (6H, t, 2 x $CH_3$) ppm.

102

WO 2009/086558                                                                    PCT/US2008/088676

Synthesis of 1,2-Dilinoleyloxy-3-methylsulfonyoxypropane (DLinPO-Ms)

To a solution of 1,2-dilinoleyloxy-3-hydroxypropane (DLinPO, 3.6g, 6.1 mmol) and anhydrous triethylamine (1.6 mL, 11.5 mmol) in 100 mL of anhydrous dichloromethane under nitrogen was added dropwise methylsulfonyl chloride (0.8 mL, 9.1 mmol). The resulting mixture was stirred at room temperature overnight (23 hours). The reaction mixture was diluted with 100 mL of dichloromethane. The organic phase was washed water (2 x 100 mL), brine (100 mL), and dried over anhydrous Na2SO4, Evaporation of the solvent resulted in 4.1 g of brownish oil as a crude product, DLinPO-Ms. The crude product was used in the following step without further purification.

Synthesis of 1,2-Dilinoleyloxy-3-(2-N,N-dimethylamino)ethoxypropane (DLin-EG-DMA)

NaH (1.37g, 60%, 34.2 mmol) was washed twice with hexanes (2 x 15 mL) under nitrogen and then suspended in 120 mL of anhydrous benzene. To the NaH suspension was added dropwise a solution of dimethylaminoethanol (0.44g, 4.9 mmol) in 10 mL of anhydrous benzene. The resulting mixture was stirred at room temperature for 20 min. A solution of 1,2-dilinoleyloxy-3-methylsulfonyoxypropane (DLinPO-Ms, 3.4g, 5.1 mmol) in 20 mL of anhydrous benzene was then added dropwise. The resulting mixture was stirred under nitrogen at room temperature for 20 min and the refluxed overnight. Upon cooling, 100 mL of 1:1 (V:V) ethanol-benzene was added slowly to the mixture followed by additional 50 mL of benzene and 70 mL of ethanol. The organic phase was washed with water (200 mL), and dried over anhydrous $Na_2SO_4$. Evaporation of the solvent gave 3.2 g of yellowish oil as a crude product. The crude product was purified by column chromatography on silica gel (230-400 mesh, 300 mL) eluted with 0-6% methanol gradient in chloroform. This afforded 0.34 g (11%) 1,2-dilinoleyloxy-3-(2-N,N-dimethylamino)ethoxypropane (DLin-EG-DMA) as pale oil. 1H NMR (400 MHz, $CDCl_3$) δ: 5.27-5.46 (8H, m, 4 x CH=CH), 3.62 (2H, t, $OCH_2$),

103

WO 2009/086558                                                          PCT/US2008/088676

3.35-3.60 (9H, m, OCH and 4 x $OCH_2$), 2.78 (4H, t, 2 x C=C-$CH_2$-C=C), 2.61 (2H, t, $NCH_2$), 2.35 (6H, s, 2 x $NCH_3$), 2.05 (8H, q, 4 x allylic $CH_2$), 1.49-1.65 (4H, m, 2 x $CH_2$), 1.23-1.45 (32H, m), 0.90 (6H, t, 2 x $CH_3$) ppm.

## EXAMPLE 9

SYNTHESIS OF 1,2-DILINOLEYLOXY-3-(DIMETHYLAMINO)ACETOXYPROPANE (DLIN-DAC)

DLin-DAC was synthesized as indicated in the schematic diagram and described below.

**DLinPO-Allyl**

**DLinPO**

**DLin-DAC**

104

Synthesis of 1,2-Dilinoleyloxy-3-allyloxypropane (DLinPO-Allyl)

NaH (60%, 10 g, 250 mmol) was washed with hexanes (3 x 75 mL) under nitrogen and then suspended in anhydrous benzene (200 mL). To the suspension was added dropwise 3-allyloxy-1,2-propanediol (4.2 g, 32 mmol) in 10 mL of anhydrous benzene. Upon stirring of the resulting mixture at room temperature for 10 min, a solution of linoleyl methanesulfonate (25.8 g, 74.9 mmol) in 90 mL of anhydrous benzene was added dropwise under nitrogen. The mixture was stirred at room temperature for 30 min and then refluxed overnight. Upon cooling to room temperature, 100 mL of 1:1 (V:V) ethanol-benzene solution were added dropwise under nitrogen followed by 300 mL of benzene. The organic phase was washed with water (300 mL), brine (2 x 300 mL) and dried over anhydrous sodium sulfate. Evaporation of the solvent afforded 22.2 g of yellowish oil as a crude product. Column purification of the crude product (1200 mL silica gel, 230-400 mesh, eluted with 0-8% diethyl ether gradient in hexanes) afforded 12.4 g (62%) of colourless oil DLinPO-Allyl.

Synthesis of 2,3-Dilinoleyloxy-1-propanol (DLinPO)

To a solution of DLinPO-Allyl (12.4 g, 19.7 mmol) in 180 mL of ethanol was added trifluoroacetic acid (13 mL) followed by tetrakis(triphenylphosphine) palladium (3.1 g, 2.7 mmol). The resulting suspension was refluxed under nitrogen in dark overnight. After evaporation of the solvent, ethyl acetate (400 mL) was added to the residual. The organic phase was washed with water (2 x 100 mL), brine (100 mL), and dried over anhydrous $Na_2SO_4$. 12 g of yellowish oil were resulted upon removal of the solvent. The oily material was purified by column chromatography on silica gel (230-400 mesh, 500 mL) eluted with 0-1.5% methanol gradient in dichloromethane. This afforded 5.8 g (50%) of the product DLinPO.

WO 2009/086558                                                                PCT/US2008/088676

Synthesis of 1,2-Dilinoleyloxy-3-(dimethylamino)acetoxypropane (DLin-DAC)

N,N-Dimethylglycine hydrochloride (1.0 g, 6.7 mmol) was refluxed in 5 mL of oxalyl chloride for 60 min. The excess of oxalyl chloride was removed in vacuo. To the residual was added 50 mL of anhydrous benzene, and the solvent was evaporated to give a slightly brownish solid. The crude N,N-dimethylglycine acylchloride salt was used in the following step directly.

The above crude acylchloride was suspended in 50 mL of anhydrous dichloromethane under nitrogen. To the suspension was added dropwise a solution of DLinPO (1.0 g, 1.7 mmol) and dry triethylamine (1.4 mL, 11 mmol) in 20 mL of anhydrous dichloromethane. The resulting mixture was stirred at room temperature under nitrogen overnight. 100 mL of dichloromethane were then added. The organic phase was washed with water (2 x 75 mL), brine (75 mL), and dried over anhydrous Na2SO4. Evaporation of the solvent gave 1.1 g of light brownish oil as a mixture of the starting material and product. The desired product DLin-DAC, 0.24 g (20%) , was isolated by column chromatography on silica gel (230-400 mesh, 200 mL) eluted with 0-40% ethyl acetate gradient in hexanes. 1H NMR (400 MHz, CDCl$_3$) $\delta$: 5.36 (8H, m, 4 x CH=CH), 4.34 (1H, dd, J = 11.2 and 3.6 Hz, OCH), 4.18 (1H, dd, J = 11.6 and 5.6 Hz, OCH), 3.64 (1H, m, OCH), 3.4-3.6 (6H, m, 3 x OCH$_2$), 3.34 (2H, s, NCH$_2$), 2.78 (4H, t, =CH-CH2-CH=), 2.50 (6H, s, 2 x NCH$_3$), 2.05 (8H, q, allylic 4 x CH$_2$), 1.5-1.63 (4H, m, 2 x CH$_2$), 1.3 (32H, m, 16 x CH$_2$), 0.90 (6H, t, 2 x CH$_3$) ppm.


# EXAMPLE 10

SYNTHESIS OF 1,2-DILINOLEOYL-3-DIMETHYLAMINOPROPANE

1,2-Dilinoleoyl-3-N,N-dimethylaminopropane (DLin-DAP) was synthesized as described below.

To a solution of linoleic acid (99%, 49.7 g, 0.177 mol) in 800 mL of anhydrous benzene was added dropwise oxalyl chloride (99%, 29.8 g, 0.235 mol) under argon.  Upon addition, the resulting mixture was stirred at room temperature

WO 2009/086558                                        PCT/US2008/088676

for 2 hours until no bubble was released.  The solvent and excess of oxalyl chloride was removed in vacuo.  To the residual was added anhydrous benzene (1 L) followed by a solution of 3-N,N-dimethylamino-1,2-propanediol and dry pyridine in anhydrous benzene (100 mL) dropwise.  The resulting mixture was stirred at room temperature for 2 days. Upon evaporation of the solvent, 64 g of yellowish syrup were afforded.  19 g of pure DLinDAP were obtained upon purification of the crude product by column chromatography three times on silica gel using 0-5% methanol gradient in chloroform.  $^{1}$H NMR (400 MHz, CDCl$_3$) δ: 5.49 (1H, m), 5.43-5.26 (8H, m), 4.41 (1H, dd), 4.13 (1H, dd), 3.15-3.35 (2H, m), 2.82 (6H, s, 2 x NCH$_3$), 2.76 (4H, t), 2.35-2.6 (2H, m), 2.31 (2H, t), 2.03 (8H, q, vinyl CH$_2$), 1.53-1.68 (4H, m, 2 x CH$_2$), 1.2-1.4 (28H, m, 14 x CH$_2$), 0.88 (6H, t, 2 x CH$_3$) ppm.

## EXAMPLE 11

### SYNTHESIS OF DLIN-C-DAP

DLin-C-DAP was synthesized as shown in the schematic diagram and described below.

107

WO 2009/086558                                                          PCT/US2008/088676

**DLin-C-DAP**

## Preparation of Linoleyl Phthalimide

A mixture of potassium phthalimide (11.2 g, 59.5 mmol) and linoleyl methanesulfonate (9.3 g, 27 mmol) in 250 mL of anhydrous DMF was stirred at 70ºC under nitrogen overnight. The resulting suspension was poured into 500 mL of cold water. The aqueous phase was extracted with EtOAc (3 x 200 mL). The combined extract was washed with water (200 mL), brine (200 mL), and dried over anhydrous $Na_2SO_4$. Solvent was evaporated to give a mixture of solid and oily materials. To the mixture was added 300 mL of hexanes. The solid was filtered

108

WO 2009/086558                                                        PCT/US2008/088676

and washed with hexanes (2 x 25 mL). The filtrate and washes were combined, and the solvent was evaporated to result in 11 g of yellow oil as a crude product. The crude product was used in the next step with further purification.

Preparation of Linoleylamine

The above crude linoleyl phthalimide (11 g, ca. 27 mmol) and hydrazine (10 mL) were refluxed in 350 mL of ethanol under nitrogen overnight. The resulting white solid was filtered upon cooling the mixture to about 40-50ºC and the solid was washed with warm EtOH (2 x 30 mL). The filtrate and washes were combined and solvent evaporated. To the residual was added 400 mL of chloroform which resulted in precipitation of white solid. The solid was filtered again. The organic phase of the resulting filtrate was washed with water (2 x 100 mL), brine (100 mL), and dried over anhydrous Na2SO4. Solvent was removed in vacuo to afford 7.3 g of yellow oil as a crude product. This crude product was used in the next step without further purification. Pure linoleylamine was obtained by column chromatography on silica gel eluted with 0-20% methanol gradient in chloroform. 1H NMR (400 MHz, CDCl$_3$) $\delta$: 5.35 (4H, m, 2 x CH=CH), 2.76 (2H, t, J = 6.8 Hz, =CH-CH$_2$-CH=),), 2.68 (2H, t, J = 6.8 Hz, NCH$_2$), 2.04 (4H, q, allylic 2 x CH$_2$), 1.61 (2H, br., NH$_2$), 1.44 (2H, m, CH$_2$), 1.29 (18H, m, 9 x CH$_2$), 0.88 (6H, t, 2 x CH$_3$) ppm.

Preparation of Linoleyl Isocyanate

Anhydrous sodium carbonate (11g g) was suspended in a solution of linoleylamine (7.3 g, ca. 27 mmol) in anhydrous CH$_2$Cl$_2$ (200 mL) under good stirring and nitrogen. The suspension was cooled to 0-5ºC with an ice bath. To the suspension was added diphosgene (8.2 g, 41 mmol) in 10 mL of anhydrous CH$_2$Cl$_2$ under vigorous stirring. Upon addition, the resulting suspension was stirred at 0-5ºC under nitrogen for 60 min and then at room temperature for 2 hours. Upon completion of the reaction, 100 mL of water was added to the mixture and the

WO 2009/086558                                                                PCT/US2008/088676

mixture was stirred at room temperature for 30 min. The organic layer was separated, and washed with water (100 mL) and brine (100 mL). After drying with anhydrous $Na_2SO_4$, the solvent was evaporated to give 7.6 g of yellow oil as a crude product. The crude product was used in the following step without further purification.

Condensation of Linoleyl Isocyanate with 3-(Dimethylamino)-1,2-propanediol

To a solution of the above crude linoleyl isocyanate (7.6 g, ca. 25 mmol) in 150 mL of anhydrous benzene under nitrogen was added dropwise a solution of 3-(dimethylamino)-1,2-propanediol (0.99 g, 8.3 mmol) in 20 mL of anhydrous benzene. The resulting mixture was stirred at room temperature for 60 min and then refluxed for 4 hours followed by stirring at room temperature overnight. Upon dilution of the mixture with 150 mL benzene, the organic phase was washed with water (3 x100 mL), brine (100 mL), and dried over anhydrous $Na_2SO_4$. Evaporation of the solvent gave 8.4 g of yellow oil. Column purification of the oily material (500 mL silica gel, 230-400 mesh, eluted with 0-3% methanol gradient in chloroform) afforded 2.2 g (38%) of yellowish oil as the product DLin-C-DAP. 1H NMR (400 MHz, $CDCl_3$) $\delta$: 5.37 (8H, m, 4 x CH=CH), 5.06 (1H, br. CONH), 4.91 (1H, br. CONH), 4.79 (1H, m, OCH), 4.28 (1H, br. d, J = 11 Hz, OCH), 4.16 (1H, dd, J = 12 and 6 Hz, OCH), 3.16 (4H, m, 2 x $NCH_2$), 2.77 (4H, t, J = 6.4 Hz, =CH-$CH_2$-CH=), 2.4-2.7 (2H, m, $NCH_2$), 2.33 (6H, s, 2 x $NCH_3$), 2.05 (8H, m, allylic 4 x $CH_2$), 1.4-1.55 (4H, m, 2 x $CH_2$), 1.29 (40H, s, 20 x $CH_2$), 0.89 (6H, t, 2 x $CH_3$) ppm.

EXAMPLE 12

SYNTHESIS OF 1,2-DILINOLEYLOXY-3-MORPHOLINOPROPANE (DLIN-MA)

DLin-MA was synthesized as shown in the schematic diagram and described below.

110

WO 2009/086558                                                    PCT/US2008/088676

**DLin-MA**

To a suspension of NaH (7.6g, 95%, 0.30 mol) in 150 mL of anhydrous benzene under nitrogen was added dropwise a solution of 3-(N-morpholino)-1,2-propanediol (1.02g, 6.3 mmol) in 10 mL of anhydrous benzene. The resulting mixture was stirred at room temperature for 20 min. A solution of linoleyl methane sulfonate (5g, 14.5 mmol) in 20 mL of anhydrous benzene was then added dropwise. After stirred at room temperature for 20 min, the mixture was refluxed under nitrogen overnight. Upon cooling, 100 mL of 1:1 (V:V) ethanol-benzene was added slowly to the mixture followed by additional 90 mL of EtOH. The organic phase was washed with water (240 mL) and dried over anhydrous $Na_2SO_4$. Evaporation of the solvent gave yellow oil as a crude product. The crude product was purified by column chromatography on silica gel (230-400 mesh) eluted with 0-8% methanol gradient in dichloromethan. This afforded 2g of 1,2-dilinoleyloxy-3-N-morpholinopropane (DLin-MA) as yellowish oil. $^1$H NMR (400 MHz, CDCl$_3$) δ: 5.27-5.45 (8H, m, 4 x CH=CH), 3.3-3.8 (11H, m, OCH and 5 x OCH$_2$), 2.78 (4H, t, 2 x C=C-CH$_2$-C=C), 2.4-2.6 (6H, br. and m, 3 x NCH$_2$), 2.07 (8H, q, 4 x allylic CH$_2$), 1.49-1.63 (4H, m, 2 x CH$_2$), 1.2-1.5 (32H, m), 0.89 (6H, t, 2 x CH$_3$) ppm.

## EXAMPLE 13

### SYNTHESIS OF 1,2-DILINOLEYLTHIO-3-DIMETHYLAMINOPROPANE (DLIN-S-DMA)

DLin-S-DMA was synthesized as shown in the schematics and described below.

111

WO 2009/086558                                                    PCT/US2008/088676

**A.**

### Synthesis of Linoleylthio Acetate (II)

To a solution of triphenylphosphine (18.0g, 68.2 mmol) in 250 mL of anhydrous THF under nitrogen at 0-5°C was added dropwise diisopropyl azodicarboxylate (DIAD, 14.7 mL, 68 mmol). Upon addition, the resulting mixture was stirred at 0-5°C for 45 min. A yellow suspension was resulted. A solution of linoleyl alcohol (I, 9.1g, 34 mmol) and thiolacetic acid (5.1 mL, 68 mmol) was then added at 0-5°C dropwise over 30 min to the yellow suspension under nitrogen. The resulting mixture was stirred at 0-5°C for one hour and then let warm up to room temperature. After stirring at room temperature for 60 min, a brown solution was resulted. Evaporation of the solvent led to a brownish oily residual. The residual was re-dissolved in 600 mL of ether. The ether phase was washed with water (2 x 250 mL), brine (250 mL), and dried over anhydrous $Na_2SO_4$. The solvent was evaporated to afford 31g of brown oil which partially solidified overnight. This crude mixture was treated with 100 mL of hexanes. The solid was filtered off and washed with hexanes (2 x 30 mL). The filtrate and washes were combined and solvent evaporated to give 13 g of brown oil as a crude product. The crude product was purified by column chromatography twice on silica gel (230-400 mesh, 600 mL) eluted with 0-3% ether gradient in hexanes. This gave 10.0 g (91%) of linoleylthio acetate (II) as yellowish oil. 1H NMR (400 MHz, $CDCl_3$) $\delta$: 5.27-5.45 (4H, m, 2 x CH=CH), 2.87 (2H, t, $SCH_2$), 2.78 (2H, t, C=C-$CH_2$-C=C), 2.33 (3H, s, $COCH_3$), 2.06 (4H, q, 2 x allylic $CH_2$), 1.5-1.62 (2H, m, $CH_2$), 1.24-1.55 (16H, m), 0.90 (3H, t, $CH_3$) ppm.

112

WO 2009/086558                                                                      PCT/US2008/088676

Synthesis of Linoleyl Mercaptane (III)

To a suspension of LiAlH$_4$ (4.7g, 124 mmol) in 150 mL of anhydrous ether under nitrogen at 0-5°C was added dropwise a solution of with one crystal of iodine in 200 mL of anhydrous ether under nitrogen was added a solution of linoleylthio acetate (II, 10.0g, 30.8 mmol) in 100 mL of anhydrous ether. Upon addition, the suspension was allowed to warm up to room temperature and then stirred at room temperature for 4 hours. The resulting mixture was cooled to 0-5°C and 10 mL of NaCl saturated aqueous solution was added very slowly. After stirred at room temperature for 60 min, the suspension was filtered through a pad of diatomaceous earth. The solids were washed with ether (3 x 100 mL). The filtrate and washes were combined and solvent evaporated resulting in 7.2 g (83%) of linoleyl mercaptane (III) as colourless oil. 1H NMR (400 MHz, CDCl$_3$) $\delta$: 5.27-5.5 (4H, m, 2 x CH=CH), 2.78 (2H, t, C=C-CH$_2$-C=C), 2.53 (2H, q, SCH$_2$), 2.06 (4H, q, 2 x allylic CH$_2$), 1.5-1.62 (2H, m, CH$_2$), 1.23-1.45 (16H, m), 0.90 (3H, t, CH$_3$) ppm.

**WO 2009/086558**                                                          **PCT/US2008/088676**

### Synthesis of 1-Triphenylmethyloxy-2-hydroxy-3-dimethylaminopropane (V)

A mixture of 3-(dimethylamino)-1,2-propanediol (IV, 6.3g, 53 mmol) and triphenylmethyl chloride (15.5g, 55.6 mmol) in anhydrous pyridine (200 mL) was refluxed for 40 min. Upon cooling to room temperature, most of the solvent was removed in vacuo. To the resulting oily residual was added 400 mL of ethyl acetate. A large amount of solid was formed. The solid was filtered off and dried in air. The filtrate phase was washed with water (2 x 150 mL), brine (150 mL) and dried over anhydrous $Na_2SO_4$. Evaporation of the solvent afforded 8.5 g of brown oil as a crude product. The crude product was purified by column chromatography on silica gel (230-400 mesh, 500 mL) eluted with 0-10% methanol gradient in

114

chloroform. This gave 4.1 g (21%) of 1-triphenylmethyloxy-2-hydroxy-3-dimethylaminopropane (V) as yellowish solid.

Synthesis of 1-Triphenylmethyloxy-2-methylsulfonyloxy-3-dimethylaminopropane (VI)

To a solution of 1-triphenylmethyloxy-2-hydroxy-3-dimethylaminopropane (V, 4.2g, 11.7 mmol) and anhydrous triethylamine (2.5 mL, 17.9 mmol) in 150 mL of anhydrous dichloromethane under nitrogen was added dropwise with an ice-water cooling bath methylsulfonyl chloride (1.0 mL, 13 mmol). Upon addition, the cooling bath was removed and the mixture stirred at room temperature under nitrogen overnight (20 hours). The resulting mixture was diluted with 100 mL of dichloromethane. The organic phase was washed with water (2 x 100 mL), brine (100 mL), and dried over anhydrous $Na_2SO_4$. Evaporation of the solvent gave 4.3 g of yellowish oil as a crude product (VI). The crude product was used in the next step without further purification.

Synthesis of 1-Triphenylmethyloxy-2-linoleylthio-3-dimethylaminopropane (VII)

To a suspension of NaH (2.0 g, 95%, 79 mmol) in 100 mL of anhydrous benzene under nitrogen was added dropwise a solution of linoleyl mercaptane (III, 3.1 g, 11 mmol) in 30 mL of anhydrous benzene. The resulting mixture was stirred at room temperature for 20 min. A solution of 1-triphenylmethyloxy-2-methylsulfonyloxy-3-dimethylaminopropane (VI, 4.5g, 10 mmol) in 30 mL of anhydrous benzene was then added dropwise. After stirred at room temperature for 15 min, the mixture was refluxed gently under nitrogen for 3 days. Upon cooling, 30 mL of 1:1 (V:V) ethanol-benzene was added slowly to the mixture. The organic phase was washed once with 1:2 ethanol-water (360 mL) and dried over anhydrous Na2SO4. Evaporation of the solvent gave 7.1 g of yellowish oil as a crude product (VII). The crude product was purified by column chromatography on silica gel (230-400 mesh, 250 mL) eluted with 0-5% methanol

115

WO 2009/086558                                                                          PCT/US2008/088676

gradient in chloroform. This gave 5.5 g (88%) of 1-triphenylmethyloxy-2-linoleylthio-3-dimethylaminopropane (VII) as yellowish oil.


Synthesis of 1-Hydroxy-2-linoleylthio-3-dimethylaminopropane (VIII)

1-Triphenylmethyloxy-2-linoleylthio-3-dimethylaminopropane (VII, 5.5g, 8.8 mmol) was refluxed in 150 mL of 80% HOAc under nitrogen for 7 hours. Upon cooling, the solvent was removed to give a pale semi-solid. The material was re-dissolved in 200 mL of ethyl acetate. The organic phase was washed subsequently with 0.5% NaOH aqueous solution (100 mL), water (100 mL), and brine (100 mL). After drying over anhydrous $Na_2SO_4$, the solvent was evaporated. 5.1 g of a pale solid was resulted. Column chromatography of the crude product on silica gel (230-400 mesh, 250 mL) eluted with 0-7% methanol gradient in chloroform afforded 1.3 g (39%) of 1-hydroxy-2-linoleylthio-3-dimethylaminopropane (VIII). 1H NMR (400 MHz, $CDCl_3$) $\delta$: 5.27-5.53 (4H, m, 2 x CH=CH), 3.81 (1H, dd, OCH), 3.43 (1H, dd, OCH), 3.0-3.38 (1H, br.), 2.88 (1H, m, NCH), 2.7-2.82 (3H, m, C=C-$CH_2$-C=C and NCH), 2.52 (2H, t, $SCH_2$), 2.41 (6H, s, 2 x $NCH_3$), 2.06 (4H, q, 2 x allylic $CH_2$), 1.52-1.65 (2H, m, $CH_2$), 1.23-1.45 (16H, m), 0.90 (3H, t, $CH_3$) ppm.


Synthesis of 1-Methylulfonyloxyxy-2-linoleylthio-3-dimethylaminopropane (VIV)

To a solution of 1-hydroxy-2-linoleylthio-3-dimethylaminopropane (VIII, 1.3g, 3.2 mmol) and anhydrous triethylamine (0.7 mL, 5 mmol) in 50 mL of anhydrous dichloromethane under nitrogen was added dropwise methylsulfonyl chloride (0.5g, 4.3 mmol). The resulting mixture was stirred at room temperature overnight (19 hours). The reaction mixture was diluted with 50 mL of dichloromethane. The organic phase was washed water (2 x 50 mL), brine (50 mL), and dried over anhydrous $Na_2SO_4$. Evaporation of the solvent resulted in 1.4 g of yellowish oil as a crude product. The crude product was used in the following step without further purification.

116

WO 2009/086558          PCT/US2008/088676

Synthesis of 1,2-Dilinoleylthio-3-dimethylaminopropane (DLin-S-DMA)

NaH (0.89g, 60%, 22 mmol) was washed twice with hexanes (2 x 15 mL) under nitrogen and then suspended in 70 mL of anhydrous benzene. To the suspension was added dropwise a solution of linoleyl mercaptane (III, 1.1 g, 3.9 mmol) in 15 mL of anhydrous benzene. The resulting mixture was stirred at room temperature for 20 min. A solution of 1- methylsulfonyloxy-2-linoleylthio-3-dimethylaminopropane (VIV, 1.4g, 3.0 mmol) in 15 mL of anhydrous benzene was then added dropwise. After stirred at room temperature for 20 min, the mixture was refluxed gently under nitrogen for 2 days. Upon cooling, 200 mL of 1:1 (V:V) ethanol-benzene was added slowly to the mixture. The organic phase was washed with water (200 mL) and dried over anhydrous Na2SO4. Evaporation of the solvent gave 2.5 g of yellowish oil as a crude product. The crude product was purified by repeated column chromatography on silica gel (230-400 mesh, 250 mL) eluted with 0-3% methanol gradient in chloroform. This afforded 0.4 g (20%) 1,2-dilinoleylthio-3-dimethylaminopropane (DLin-S-DMA) as yellowish oil. 1H NMR (400 MHz, CDCl$_3$) $\delta$: 5.27-5.48 (8H, m, 4 x CH=CH), 2.88-3.0 (1H, m), 2.83 (2H, d, CH$_2$), 2.7 (4H, t, 2 x C=C-CH$_2$-C=C), 2.63-2.73 (1H, m), 2.58 (4H, double triplet, 2 x SCH$_2$), 2.39-2.49 (1H, m), 2.31 (6H, s, 2 x NCH$_3$), 2.06 (8H, q, 4 x allylic CH$_2$), 1.52-1.65 (4H, m, 2 x CH$_2$), 1.23-1.45 (32H, m), 0.90 (6H, t, 2 x CH$_3$) ppm.

## EXAMPLE 14

### SYNTHESIS OF 1,2-DILINOLEOYL-3-TRIMETHYLAMINOPROPANE CHLORIDE (DLIN-TAP.CL)

DLin-TAP.Cl was synthesized as shown in the schematic diagram and described below.

117

WO 2009/086558                                    PCT/US2008/088676

DLin-DAP

CH$_3$I

DLin-TAP.I

HCl
NaCl

DLin-TAP.Cl

## Synthesis of 1,2-Dilinoleoyl-3-dimethylaminopropane (DLin-DAP)

DLin-DAP was prepared according to procedures described in Example 10, based on estherification of 3-dimethylamino-1,2-propanediol by linoleoyl chloride.

## Synthesis of 1,2-Dilinoleoyl-3-trimethylaminopropane Iodide (DLin-TAP.I)

A mixture of 1,2-dilinoleoyl-3-dimethylaminopropane (DLin-DAP, 5.5g, 8.8 mmol) and CH3I (7.5 mL, 120 mmol) in 20 mL of anhydrous CH$_2$Cl$_2$ was stirred under nitrogen at room temperature for 10 days. Evaporation of the solvent and excess of iodomethane afforded 6.4 g of yellow syrup as a crude DLin-TAP.I which was used in the following step without further purification.

## Preparation of 1,2-Dilinoleoyl-3-trimethylaminopropane Chloride (DLin-TAP.Cl)

The above 1,2-dilinoleoyl-3-trimethylaminopropane iodide (DLin-TAP.I, 6.4 g) was dissolved in 150 mL of CH$_2$Cl$_2$ in a separatory funnel. 35 mL of 1N HCl methanol solution was added, and the resulting solution was shaken well.

118

WO 2009/086558                                              PCT/US2008/088676

To the solution was added 50 mL of brine and the mixture was shaken well. The organic phase was separated. The aqueous phase was extracted with 15 mL of $CH_2Cl_2$. The organic phase and extract were then combined. This completed the first step of ion exchange. The ion exchange step was repeated four more times. The final organic phase was washed with brine (75 mL) and dried over anhydrous Na2SO4. Evaporation of the solvent gave brownish oil. The crude product was purified by column chromatography on silica gel (230-400 mesh, 250 mL) eluted with 0-25% methanol gradient in chloroform. This afforded 2.2 g of 1,2-dilinoleoyl-3-trimethylaminopropane chloride (DLin-TAP.Cl) as white wax. 1H NMR (400 MHz, $CDCl_3$) δ: 5.61 (1H, br. OCH), 5.25-5.45 (8H, m, 4 x CH=CH), 4.4-4.7 (2H, m, NCH2), 4.11 (1H, dd, OCH), 3.80 (1H, dd, OCH), 3.51 (9H, s, 3 x $NCH_3$), 2.77 (4H, t, 2 x C=C-$CH_2$-C=C), 2.2-2.5 (4H, m, 2 x $COCH_2$), 2.04 (8H, q, 4 x allylic $CH_2$), 1.75-2.0 (2H, br.), 1.49-1.75 (4H, m, 2 x $CH_2$), 1.2-1.45 (28H, m), 0.89 (6H, t, 2 x $CH_3$) ppm.

## EXAMPLE 15
### Synthesis OF 2,3-DIMYRISTOLEOLOXYL-1-N,N-DIMETHYLAMINOPROPANE (DMDAP)

DMDAP was synthesized as shown in the schematic and described below.

WO 2009/086558                                                              PCT/US2008/088676

Synthesis of 2,3-Dimyristoleoloxyl-1-N,N-dimethylaminopropane (DMDAP)

To a solution of myristoleic acid (5.1 g, 22.5 mmol) in anhydrous benzene (60 mL) was added dropwise oxalyl chloride (3.93 g, 30.9 mmol) under argon. The resulting mixture was stirred at room temperature for 2 hours. Solvent and excess of oxalyl chloride was removed in vacuo and the residual was dissolved in anhydrous benzene (75 mL). To the resulting solution was added dropwise a solution of 3-(dimethylamino)-1,2-propanediol (1.28 g, 10.7 mmol) and dry pyridine (1.3 mL) in 10 mL of anhydrous benzene. The mixture was then stirred at room temperature under argon for 3 days and a suspension was resulted. The solid was filtered and washed with benzene. The wash was combined with the filtrate. The combine organic phase was diluted with benzene to about 250 mL and then washed with water (100 mL), dilute NaOH aqueous solution (ca. 0.01%) and brine (2 x 100 mL). The aqueous phase in each of the washes was back-extracted with benzene. Finally, the organic phase was dried over anhydrous $Na_2SO_4$. The solvent was removed in vacuo affording 6.5 g of colourless oil. The crude product was purified by column chromatography on silica gel (230-400 mesh, 300 mL) eluted with 0-30% ethyl acetate gradient in hexanes. This gave 3.4g (59% yield) of DMDAP. 1H NMR (400 MHz, $CDCl_3$) $\delta$: 5.29-5.40 (4H, m, CH=CH), 5.18-5.26 (1H, m, OCH), 4.37 (1H, dd, J = 11.6 and 3.2 Hz, OCH), 4.09 (1H, dd, J = 11.6 and 6.0 Hz, OCH), 2.52 (2H, m, $NCH_2$), 2.35-2.27 (4H, m, 2 x $COCH_2$), 2.30 (6H, s, 2 x $NCH_3$), 2.02 (8H, m, allylic 4 x $CH_2$), 1.62 (4H, m, 2 x $CH_2$), 1.30 (24H, m, 12 x $CH_2$), 0.90 (6H, t, 2 x $CH_3$) ppm.

## EXAMPLE 16

SYNTHESIS OF 1,2-DIOLEYLCARBAMOYLOXY-3-DIMETHYLAMINOPROPANE (DO-C-DAP)

DO-C-DAP was synthesized as shown in the schematic and described below.

120

WO 2009/086558                                                    PCT/US2008/088676

**DO-C-DAP**

### Preparation of Oleyl Isocyanate

Anhydrous sodium carbonate (5 g, 47 mmol) was suspended in a solution of oleylamine (3.83 g, 14.3 mmol) in anhydrous $CH_2Cl_2$ (100 mL) under good stirring and nitrogen. The suspension was cooled to 0-5°C with an ice bath. To the suspension was added diphosgene (3.86 g, 19.5 mmol) in 5 mL of anhydrous $CH_2Cl_2$ under vigorous stirring. Upon addition, the resulting suspension was stirred at 0-5°C under nitrogen for 60 min and then at room temperature for 2 hours. Upon completion of the reaction, the organic phase was washed first with water (6 x 100 mL) until pH of the aqueous phase was about 6 and then with brine (100 mL). After drying with anhydrous $Na_2SO_4$, the solvent was evaporated to give 4.4 g of slightly brownish oil as a crude product. The crude product was used in the following step without further purification.

WO 2009/086558                                                                PCT/US2008/088676

<u>Condensation of Oleyl Isocyanate with 3-(Dimethylamino)-1,2-propanediol</u>

To a solution of the above crude oleyl isocyanate (4.4 g, ca. 15 mmol) in 60 mL of anhydrous benzene under nitrogen was added dropwise a solution of 3-(dimethylamino)-1,2-propanediol (0.59 g, 5 mmol) in 10 mL of anhydrous benzene. The resulting mixture was stirred at room temperature for 90 min and then refluxed for 4 hours followed by stirring at room temperature overnight. Upon dilution of the mixture with 100 mL benzene, the organic phase was washed with water (4 x 75 mL), brine (75 mL), and dried over anhydrous $Na_2SO_4$. Evaporation of the solvent gave 5.0 g of yellow oil. Column purification of the oily material (400 mL silica gel, 230-400 mesh, eluted with 0-4% methanol gradient in chloroform) afforded 1.4 g (39%) of yellowish oil as the product DO-C-DAP. 1H NMR (400 MHz, $CDCl_3$) $\delta$: 5.35 (4H, m, 2 x CH=CH), 5.04 (1H, br. CONH), 4.90 (1H, br. CONH), 4.80 (1H, m, OCH), 4.28 (1H, br. d, J = 12 Hz, OCH), 4.16 (1H, dd, J = 12 and 6 Hz, OCH), 3.17 (4H, m, 2 x $NCH_2$), 2.38-2.65 (2H, m, $NCH_2$), 2.31 (6H, s, 2 x $NCH_3$), 2.02 (8H, m, allylic 4 x $CH_2$), 1.4-1.55 (4H, m, 2 x $CH_2$), 1.28 (44H, s, 22 x $CH_2$), 0.88 (6H, t, 2 x $CH_3$) ppm.

## EXAMPLE 17

SYNTHESIS OF 1-DILINOLEYLMETHYLOXY-3-DIMETHYLAMINOPROPANE (DLIN-M-DMA)

DLin-M-DMA was synthesized as shown in the schematic and described below.

**DLin-MeOH**

$CH_3SO_2Cl$
$Et_3N$

**DLin-MeOMs**

NaH    Dimethylaminoethanol

**DLinM-DMA**

<u>Synthesis of Dilinoleylmethanol (DLin-MeOH)</u>

Dilinoleylmethanol (DLin-MeOH) was prepared as described in the above.

<u>Synthesis of Dilinoleylmethyl Methane Sulfonate (DLin-MeOMs)</u>

To a solution of dilinoleylmethanol (DLin-MeOH, 1.0g, 1.9 mmol) and anhydrous triethylamine (0.4 mL, 2.9 mmol) in 100 mL of anhydrous dichloromethane under nitrogen was added dropwise methylsulfonyl chloride (0.20 mL, 2.6 mmol). The resulting mixture was stirred at room temperature overnight (21 hours). The reaction mixture was diluted with 50 mL of dichloromethane. The organic phase was washed water (50 mL), brine (75 mL), and dried over anhydrous Na2SO4, Evaporation of the solvent resulted in 1.26 g of yellowish oil as a crude product, DLin-MeOMs. The crude product was purified by column

123

WO 2009/086558                                         PCT/US2008/088676

chromatography on silica gel (230-400 mesh, 100 mL) eluted with 0-7% ether gradient in hexanes. This afforded 1.18 g of dilinoleylmethyl methane sulfonate as pale oil. 1H NMR (400 MHz, CDCl$_3$) $\delta$: 5.28-5.46 (8H, m, 4 x CH=CH), 4.71 (1H, quintet, OCH), 3.00 (3H, s, OSO$_2$CH$_3$), 2.78 (4H, t, 2 x C=C-CH$_2$-C=C), 2.06 (8H, q, 4 x allylic CH$_2$), 1.6-1.78 (4H, m, 2 x CH$_2$), 1.23-1.45 (36H, m), 0.90 (6H, t, 2 x CH$_3$) ppm.

Synthesis of Dilinoleylmethyloxy-3-dimethylaminopropane (DLin-M-DMA)

NaH (0.50g, 60%, 12.5 mmol) was washed twice with hexanes (2 x 15 mL) under nitrogen and then suspended in 75 mL of anhydrous benzene. To the NaH suspension was added dropwise a solution of dimethylaminoethanol (0.17g, 1.9 mmol) in 5 mL of anhydrous benzene. The resulting mixture was stirred at room temperature for 30 min. A solution of dilinoleylmethyl methane sulfonate (DLin-MeOMs, 1.15g, 1.9 mmol) in 20 mL of anhydrous benzene was then added dropwise. The resulting mixture was stirred under nitrogen at room temperature for 20 min and then refluxed overnight. Upon cooling, 50 mL of ethanol was added slowly to the mixture. The organic phase was washed with water (100 mL), and dried over anhydrous Na$_2$SO$_4$. Evaporation of the solvent gave 1.06 g of yellowish oil as a crude product. The crude product was purified by column chromatography on silica gel (230-400 mesh, 100 mL) eluted with 0-5% methanol gradient in dichloromethane. This afforded 60 mg (5%) dilinoleylmethyloxy-3-dimethylaminopropane (DLin-M-DMA) as pale oil. 1H NMR (400 MHz, CDCl$_3$) $\delta$: 5.27-5.46 (8H, m, 4 x CH=CH), 3.73 (2H, t, OCH$_2$), 3.26 (1H, quintet, OCH), 2.90 (2H, s, br., NCH$_2$), 2.78 (4H, t, 2 x C=C-CH$_2$-C=C), 2.60 (6H, s, 2 x NCH$_3$), 2.06 (8H, q, 4 x allylic CH$_2$), 1.1-1.6 (36H, m), 0.90 (6H, t, 2 x CH$_3$) ppm.

WO 2009/086558                                                                                    PCT/US2008/088676

## EXAMPLE 18

SYNHESIS OF CHIRAL FORMS OF 2,2-DILINOLEYL-4-DIMETHYLAMINOMETHYL-[1,3]-DIOXOLANE (DLIN-K-DMA)

(R)- and (S)-DLin-K-DMA was synthesized as describd below and depicted in the following diagram.

(S)-(+)-3-chloro-1,2-propanediol
or
(R)-(-)-3-chloro-1,2-propanediol

Dimethylamine

(R)- or (S)-DLin-K-DMA

### Synthesis of Linoleyl bromide

LiBr    Acetone

125

WO 2009/086558

PCT/US2008/088676

Linoleyl mesylate (100g, 0.29 mol) was added portion-wise to a stirred mixture of lithium bromide (113.4g, 1.306 mol) in acetone (1250mL) at room temperature. The reaction mixture was continued at room temperature for 16 hours. The solids were filtered under reduced pressure and washed with acetone. The filtrate was evaporated *in vacuo* and the resulting yellow liquid was purified by flash chromatography eluting with hexanes to give linoleyl bromide (90g, 95%) as colorless liquid.

Synthesis of Dilinoleyl methanol

A solution of linoleyl bromide (78g, 0.237 mol) in anhydrous ether (500mL) was added drop-wise to a stirred suspension of magnesium turnings (6.9g, 0.284 mol) with a crystal of iodine in anhydrous ether (1000mL) at room temperature under a nitrogen atmosphere. The resulting mixture was refluxed for 10 hours and then cooled to room temperature. Methyl formate (14.5g, 0.241 mol) was added drop-wise to the grey mixture and the reaction continued overnight. Sulfuric acid (5%, 1000mL) was added carefully to the reaction mixture. The ethereal phase was separated and the aqueous layer was washed with diethyl ether. The combined organic phase was washed with water and brine, dried with sodium sulfate, and concentrated under reduced pressure. The resulting oil was purified by flash chromatography eluting with 0-5% ether in hexanes to afford dilinoleyl methyl formate (42g).

126

WO 2009/086558                                                                PCT/US2008/088676

A mixture of dilinoleyl methyl formate (42g) and potassium hydroxide (9g) was stirred in 85% ethanol (250mL) at room temperature for 2 hours. The solvent was removed *in vacuo* and the aqueous residue was neutralized with 2M hydrochloric acid. The aqueous residue was extracted with ether. The combined organic layer was dried with sodium sulfate, filtered and concentrated under reduced pressure to give dilinoleyl methanol (38g) as pale yellow oil.

Synthesis of Dilinoleyl ketone

Pyridinium chlorochromate (46.3g, 0.2155mol) was added portion-wise to a stirred mixture of dilinoleyl methanol (38g, 0.0718 mol) in dichloromethane (750 mL) at room temperature for 2 hours. Ether was added to quench the reaction. The resulting brown mixture was filtered through Florisil eluting with ether. The solvent was removed under reduced pressure to afford dilinoleyl ketone (36g) as pale yellow oil.

Synthesis of 2, 2-Dilinoleyl-4-chloromethyl-[1, 3]-dioxolane

127

WO 2009/086558                                                    PCT/US2008/088676

## (S)-2, 2-Dilinoleyl-4-chloromethyl-[1, 3]-dioxolane

A mixture of dilinoleyl ketone (7g), (S)-(+)-3-chloro-1,2-propanediol (5g), p-toluenesulfonic acid (0.05g), and toluene (200mL) was heated to reflux for 20 hours using a Dean-Stark apparatus. The reaction mixture was cooled to room temperature and washed with sat. sodium bicarbonate and brine. The solvent was removed under *in vacuo* and the residue was purified by flash chromatography eluting with 2% ethyl acetate in hexanes. The product was isolated as pale yellow oil (7g).

## (R)-2, 2-Dilinoleyl-4-chloromethyl-[1, 3]-dioxolane

A mixture of dilinoleyl ketone (8g), (R)-(-)-3-chloro-1,2-propanediol (5g), p-toluenesulfonic acid (0.05g), and toluene (200mL) was heated to reflux for 20 hours using a Dean-Stark apparatus. The reaction mixture was cooled to room temperature and washed with sat. sodium bicarbonate and brine. The solvent was removed under reduced pressure and the residue was purified by flash chromatography eluting with 2% ethyl acetate in hexanes. The product was isolated as pale yellow oil (8g)

128

WO 2009/086558                                                    PCT/US2008/088676

## Synthesis of Chiral DLin-K-DMA

## Synthesis of (R)- DLin-K-DMA

A solution of the above (S)-ketal (7g) and dimethylamine (33% in EtOH, 500mL) in THF (50mL) was heated at 90°C under 30psi of pressure for 1 week. The solution was removed under reduced pressure and the residue was purified by flash chromatography eluting with 3-75% ethyl acetate in hexanes. (R)-DLin-K-DMA was isolated as pale brown liquid (6g).

## Synthesis of (S)- DLin-K-DMA

A solution of the above (R)-ketal (3.5g) and dimethylamine (33% in EtOH, 500mL) in THF (50mL) was heated at 85°C under 30psi of pressure for 1 week. The solution was removed *in vacuo* and the residue was purified by flash chromatography eluting with 3-75% ethyl acetate in hexanes. (S)- DLin-K-DMA was isolated as pale brown liquid (2g).

WO 2009/086558                                                    PCT/US2008/088676

## EXAMPLE 19

### SYNTHESIS OF MPEG2000-1,2-DI-$O$-ALKYL-$SN$3-CARBOMOYLGLYCERIDE

The PEG-lipids, such as mPEG2000-1,2-Di-$O$-Alkyl-$sn$3-Carbomoylglyceride (PEG-C-DOMG) were synthesized as shown in the schematic and described below.

Ia R = $C_{14}H_{29}$
Ib R = $C_{16}H_{33}$
Ic R = $C_{18}H_{37}$

DSC, TEA
DCM
0°C-RT

IIa R = $C_{14}H_{29}$
IIb R = $C_{16}H_{33}$
IIc R = $C_{18}H_{37}$

Py /DCM
0°C-RT

IVa R = $C_{14}H_{29}$
IVb R = $C_{16}H_{33}$
IVc R = $C_{18}H_{37}$

### Synthesis of IVa

1,2-Di-$O$-tetradecyl-$sn$-glyceride **Ia** (30 g, 61.80 mmol) and $N,N'$-succinimidylcarboante (DSC, 23.76 g, 1.5eq) were taken in dichloromethane (DCM, 500 mL) and stirred over an ice water mixture. Triethylamine (TEA, 25.30 mL, 3 eq) was added to the stirring solution and subsequently the reaction mixture was allowed to stir overnight at ambient temperature. Progress of the reaction was monitored by TLC. The reaction mixture was diluted with DCM (400 mL) and the organic layer was washed with water (2X500 mL), aqueous $NaHCO_3$ solution (500 mL) followed by standard work-up. The residue obtained was dried at ambient temperature under high vacuum overnight. After drying, the crude carbonate **IIa** thus obtained was dissolved in dichloromethane (500 mL) and stirred over an ice

WO 2009/086558                                                          PCT/US2008/088676

bath. To the stirring solution, mPEG$_{2000}$-NH$_2$ (**III,** 103.00 g, 47.20 mmol, purchased from NOF Corporation, Japan) and anhydrous pyridine (Py, 80 mL, excess) were added under argon. In some embodiments, the x in compound **III** has a value of 45-49, preferably 47-49, and more preferably 49. The reaction mixture was then allowed to stir at ambient temperature overnight. Solvents and volatiles were removed under vacuum and the residue was dissolved in DCM (200 mL) and charged on a column of silica gel packed in ethyl acetate. The column was initially eluted with ethyl acetate and subsequently with gradient of 5-10 % methanol in dichloromethane to afford the desired PEG-Lipid **IVa** as a white solid (105.30g, 83%). $^1$H NMR (CDCl$_3$, 400 MHz) $\delta$ = 5.20-5.12(m, 1H), 4.18-4.01(m, 2H), 3.80-3.70(m, 2H), 3.70-3.20(m, -O-CH$_2$-CH$_2$-O-, PEG-CH$_2$), 2.10-2.01(m, 2H), 1.70-1.60 (m, 2H), 1.56-1.45(m, 4H), 1.31-1.15(m, 48H), 0.84(t, J= 6.5Hz, 6H). MS range found: 2660-2836.

Synthesis of IVb

1,2-Di-*O*-hexadecyl-*sn*-glyceride **Ib** (1.00 g, 1.848 mmol) and DSC (0.710 g, 1.5eq) were taken together in dichloromethane (20 mL) and cooled down to 0°C in an ice water mixture. Triethylamine (1.00 mL, 3eq) was added and the reaction was stirred overnight. The reaction was followed by TLC, diluted with DCM, washed with water (2 times), NaHCO$_3$ solution and dried over sodium sulfate. Solvents were removed under reduced pressure and the resulting residue of **IIb** was maintained under high vacuum overnight. This compound was directly used for the next reaction without further purification. MPEG$_{2000}$-NH$_2$ **III** (1.50g, 0.687 mmol, purchased from NOF Corporation, Japan) and **IIb** (0.702g, 1.5eq) were dissolved in dichloromethane (20 mL) under argon. In some embodiments, the x in compound **III** has a value of 45-49, preferably 47-49, and more preferably 49. The reaction was cooled to 0°C. Pyridine (1 mL, excess) was added and the reaction stirred overnight. The reaction was monitored by TLC. Solvents and volatiles were removed under vacuum and the residue was purified by

WO 2009/086558                                                                    PCT/US2008/088676

chromatography (first ethyl acetate followed by 5-10% MeOH/DCM as a gradient elution) to obtain the required compound **IVb** as a white solid (1.46 g, 76 %). $^1$H NMR (CDCl$_3$, 400 MHz) $\delta$ = 5.17(t, J= 5.5Hz, 1H), 4.13(dd, J= 4.00Hz, 11.00 Hz, 1H), 4.05(dd, J= 5.00Hz, 11.00 Hz, 1H), 3.82-3.75(m, 2H), 3.70-3.20(m, -O-CH$_2$-CH$_2$-O-, PEG-CH$_2$), 2.05-1.90(m, 2H), 1.80-1.70 (m, 2H), 1.61-1.45(m, 6H), 1.35-1.17(m, 56H), 0.85(t, J= 6.5Hz, 6H). MS range found: 2716-2892.


Synthesis of IVc

1,2-Di-*O*-octadecyl-*sn*-glyceride **Ic** (4.00 g, 6.70 mmol) and DSC (2.58 g, 1.5eq) were taken together in dichloromethane (60 mL) and cooled down to 0°C in an ice water mixture. Triethylamine (2.75 mL, 3eq) was added and the reaction was stirred overnight. The reaction was followed by TLC, diluted with DCM, washed with water (2 times), NaHCO$_3$ solution, and dried over sodium sulfate. Solvents were removed under reduced pressure and the residue was maintained under high vacuum overnight. This compound was directly used for the next reaction without further purification. MPEG$_{2000}$-NH$_2$ **III** (1.50g, 0.687 mmol, purchased from NOF Corporation, Japan) and **IIc** (0.760g, 1.5eq) were dissolved in dichloromethane (20 mL) under argon. In some embodiments, the x in compound **III** has a value of 45-49, preferably 47-49, and more preferably 49. The reaction was cooled to 0°C. Pyridine (1 mL, excess) was added and the reaction was stirred overnight. The reaction was monitored by TLC. Solvents and volatiles were removed under vacuum and the residue was purified by chromatography (ethyl acetate followed by 5-10% MeOH/DCM as a gradient elution) to obtain the desired compound **IVc** as a white solid (0.92 g, 48 %). $^1$H NMR (CDCl$_3$, 400 MHz) $\delta$ = 5.22-5.15(m, 1H), 4.16(dd, J= 4.00Hz, 11.00 Hz, 1H), 4.06(dd, J= 5.00Hz, 11.00 Hz, 1H), 3.81-3.75(m, 2H), 3.70-3.20(m, -O-CH$_2$-CH$_2$-O-, PEG-CH$_2$), 1.80-1.70 (m, 2H), 1.60-1.48(m, 4H), 1.31-1.15(m, 64H), 0.85(t, J= 6.5Hz, 6H). MS range found: 2774-2948.

132

WO 2009/086558                                                    PCT/US2008/088676

EXAMPLE 20

PREPARATION AND CHARACTERIZATION OF NUCLEIC ACID-LIPID PARTICLES

Nucleic acid lipid particles containing a siRNA that targets Factor VII were prepared and characterized as described below.

Materials and Methods:

Lipids

Distearoylphosphatidylcholine (DSPC), sphingomyelin (SM), and palmitoyloleoylphosphatidylcholine (POPC) were purchased from Northern Lipids (Vancouver, Canada). 1,2-dioleoyloxy-3-dimethylammoniumpropane (DODAP) was purchased from Avanti Polar Lipids (Alabaster, AL). Cholesterol was purchased from Sigma Chemical Company (St. Louis, Missouri, USA) or Solvay Pharmaceuticals (Weesp, The Netherlands). PEG-C-DOMG was synthesized as described herein. The PEG-S-DMG and PEG-DMA were synthesized as described in Heyes *et al.* (2006) Synthesis and Charactierization of Novel Poly(ethylene glycol)-lipid Conjugates Suitable for Use in Drug Delivery, J. Controlled Release 112:280-290.

Buffers and Solvents

Ethanol (100%), methanol, chloroform, citric acid monohydrate, sodium citrate dehydrate, HEPES, NaCl and phosphate-buffered saline (PBS) were all purchased from commercial suppliers.

siRNA

siRNAs were chemically synthesized as described in John *et al.* (John *et al.*, Nature advance online publication, 26 September 2007 (DOI:10.1038/nature06179). Sequences of siRNAs used in these studies were as follows:

133

si-FVII sense, 5'-GGAUCAUCUCAAGUCUUACTT-3' (SEQ ID NO:34);

si-FVII antisense, 5'-GUAAGACUUGAGAUGAUCCTT-3' (SEQ ID NO:35);

si-Luc sense, 5'-cuuAcGcuGAGuAcuucGATT-3' (SEQ ID NO:36);

si-Luc antisense, 5'-UCGAAGuACUcAGCGuAAGTT-3' (SEQ ID NO:37);

Lower-case letters denote 2'-*O*-Me-modified nucleotides; bold letters denote 2'-*F*-modified nucleotides. All siRNAs contained phosphorothioate linkages between the two thymidines (T) at the 3' end of each strand.


Preparation of Liposomal siRNA Formulations

Liposomal siRNA formulations comprising various cationic lipids in combination with DSPC, cholesterol and PEG-C-DOMG at an approximate ratio (mol%) of 40% cationic lipid:10% DSPC:40% cholesterol:10% PEG-C-DOMG were prepared as described in Maurer *et al.* (Biophys J., 2001), with modifications. Stock solutions of each lipid were prepared in absolute ethanol. Alternatively, lipids were weighed on an analytical balance, mixed in the desired ratio in an RNase-free container, and absolute ethanol was added to dissolve the lipids. In some instances, warming (*e.g.*, 50°C) was required to completely dissolve the lipids or lipid mixtures. Once the lipids were dissolved in ethanol, the appropriate volume of lipids was added, with mixing, to 50 mM citrate, pH4.0 to form liposomes with a lipid concentration of 8-10 mM and a final ethanol concentration of 30-40% by volume (typically 34%).

These pre-formed vesicles (PFV) were extruded 3 times through two stacked 80 nm filters as described previously (Hope *et al.*, 1986). In some instances, depending on the lipid composition, warming was required to extrude the liposomes. The mean particle size of the PFVs was determined by QELS and

134

WO 2009/086558    PCT/US2008/088676

was generally 50-120 nm (more typically, 70-80 nm), depending on the lipid composition and formulation conditions used.

Stock solutions of siRNA were dissolved in 10 mM citrate, 30 mM NaCl, pH 6.0 and stored at 4°C until use. Immediately prior to formulation, an aliquot of the siRNA stock solution was added to a mixture of ethanol and 50 mM citrate, pH 4.0 to achieve a final ethanol concentration that was equivalent to that used in the specific PFV composition, typically 34% ethanol by volume.

After preparing the siRNA, both the siRNA and PFV were equilibrated for 10 minutes at the desired incubation temperature (25-45°C, depending on the lipid composition used) prior to mixing. The siRNA was then added quickly, with continual mixing, to the PFVs and the resulting mixture was incubated for 30 minutes at the selected temperature (mixing continually). At the completion of the incubation, the sample was typically diluted 2-3 fold in 50 mM citrate or PBS (or HBS), pH 7.4, concentrated to its original volume by tangential flow diafiltration and then washed with 10-15 volumes of PBS (or HBS), pH 7.4 to remove residual ethanol and exchange the external buffer. In some instances, generally involving small formulation volumes, the incubation mixtures were placed in pre-washed dialysis tubing (100K MWt cutoff) and the samples were dialyzed overnight against PBS (or HBS), pH 7.4. After completion of the buffer exchange and ethanol removal, samples were concentrated to the desired siRNA concentration by tangential flow dialfiltration.

Particle Size Analysis

The size distribution of liposomal siRNA formulations was determined using a NICOMP Model 380 Sub-micron particle sizer (PSS NICOMP, Particle Sizing Systems, Santa Barbara, CA). Mean particle diameters were generally in the range 50-120 nm, depending on the lipid composition used. Liposomal siRNA formulations were generally homogeneous and had standard deviations (from the

mean particle size) of 20-50 nm, depending on the lipid composition and formulation conditions used.

### Ion Exchange Chromatography to Determine Non-encapsulated (Free) siRNA

Anion exchange chromatography, using either DEAE Sepharose columns or commercial centrifugation devices (Vivapure D Mini columns, catalogue number VS-IX01DH24), was used to measure the amount of free siRNA in the liposome formulations. For the DEAE Sepharose columns, siRNA-containing formulations were eluted through columns (~2.5 cm bed height, 1.5 cm diameter) equilibrated with HBS (145 mM NaCl, 20 mM HEPES, pH 7.5). Aliquots of the initial and eluted samples were assayed for lipid and siRNA content by HPLC and A260, respectively. The percent encapsulation was calculated based on the relative siRNA-to-lipid ratios of the pre and post column samples.

For the Vivapure centrifugal devices, an aliquot (0.4 mL, <1.5 mg/mL siRNA) of the siRNA-containing formulation was eluted through the positively charged membrane by centrifugation (2000 ×g for 5 min). Aliquots of the pre and post column samples were analyzed as described above to determine the amount of free siRNA in the sample.

### Determination of siRNA Concentration

siRNA concentration was determined by measuring the absorbance at 260 nm after solubilization of the lipid. The lipid was solubilized according to the procedure outlined by Bligh and Dyer (Bligh, *et al., Can. J. Biochem. Physiol.* 37:911-917 (1959). Briefly, samples of liposomal siRNA formulations were mixed with chloroform/methanol at a volume ratio of 1:2.1:1 (aqueous sample:methanol:chloroform). If the solution was not completely clear (*i.e.,* a single, clear phase) after mixing, an additional 50–100 mL (volume recorded) of methanol was added and the sample was remixed. Once a clear monophase was

WO 2009/086558                                                                PCT/US2008/088676

obtained, the sample was assayed at 260 nm using a spectrophotometer. siRNA concentration was determined from the A260 readings using a conversion factor of approximately 45 µg/mL = 1.0 OD, using a 1.0 cm path length. The conversion factor in the chloroform/methanol/water monophase varies (35-50 µg/mL = 1.0 OD) for each lipid composition and is determined empirically for each novel lipid formulation using a known amount of siRNA.

### Determination of Lipid Concentrations and Ratios

Cholesterol, DSPC, PEG-lipid (*e.g.*, PEG-S-DMG) and cationic lipid (*e.g.*, DLin-K-DMA) were measured against reference standards using a Waters Alliance HPLC system consisting of an Alliance 2695 Separations Module (autosampler, HPLC pump, and column heater), a Waters 2424 Evaporative Light Scattering Detector (ELSD), and Waters Empower HPLC software (version 5.00.00.00, build number 1154; Waters Corporation, Milford, MA, USA). Samples (15 µL) containing 0.8 mg/mL total lipid in 90% ethanol were injected onto a reversed-phase XBridge C18 column with 2.5 µm packing, 2.1 mm x 50 mm (Waters Corporation, Milford, MA, USA) heated at 55°C and chromatographed with gradient elution at a constant flow rate of 0.5 mL/min. The mobile phase composition changed from 10 mM $NH_4HCO_3$:methanol (20:80) to THF:10 mM $NH_4HCO_3$:methanol (16:4:80) over 16 minutes. The gas pressure on the ELSD was set at 25 psi, while the nebulizer heater-cooler set point and drift tube temperature set point were set at 100% and 85°C respectively. Measured lipid concentrations (mg/mL) were converted to molar concentrations, and relative lipid ratios were expressed as mol% of the total lipid in the formulation.

### Determination of Encapsulation Efficiency

Trapping efficiencies were determined after removal of external siRNA by tangential flow diafiltration or anion exchange chromatography. siRNA and lipid concentrations were determined (as described above) in the initial

formulation incubation mixtures and after tangential flow diafiltration.  The siRNA-to-lipid ratio (wt/wt) was determined at both points in the process, and the encapsulation efficiency was determined by taking the ratio of the final and initial siRNA-to-lipid ratio and multiplying the result by 100 to obtain a percentage.

The results of these studies are provided in Table 5.


## EXAMPLE 21

REGULATION OF MAMMALIAN GENE EXPRESSION USING NUCLEIC ACID-LIPID PARTICLES


Factor VII (FVII), a prominent protein in the coagulation cascade, is synthesized in the liver (hepatocytes) and secreted into the plasma.  FVII levels in plasma can be determined by a simple, plate-based colorimetric assay.  As such, FVII represents a convenient model for determining siRNA-mediated downregulation of hepatocyte-derived proteins, as well as monitoring plasma concentrations and tissue distribution of the nucleic acid lipid particles and siRNA.


Factor VII Knockdown in Mice

FVII activity was evaluated in FVII siRNA-treated animals at 24 hours after intravenous (bolus) injection in C57BL/6 mice.  FVII was measured using a commercially available kit (Biophen FVII Kit™; Aniara Corp., Mason, OH), following the manufacturer's instructions at a microplate scale.  FVII reduction was determined against untreated control mice, and the results were expressed as % Residual FVII.  Four dose levels (2, 5, 12.5, 25 mg/kg FVII siRNA) were used in the initial screen of each novel liposome composition, and this dosing was expanded in subsequent studies based on the results obtained in the initial screen.


Determination of Tolerability

The tolerability of each novel liposomal siRNA formulation was evaluated by monitoring weight change, cageside observations, clinical chemistry

WO 2009/086558                                                    PCT/US2008/088676

and, in some instances, hematology. Animal weights were recorded prior to treatment and at 24 hours after treatment. Data was recorded as % Change in Body Weight. In addition to body weight measurements, a full clinical chemistry panel, including liver function markers, was obtained at each dose level (2, 5, 12.5 and 25 mg/kg siRNA) at 24 hours post-injection using an aliquot of the serum collected for FVII analysis. Samples were sent to the Central Laboratory for Veterinarians (Langley, BC) for analysis. In some instances, additional mice were included in the treatment group to allow collection of whole blood for hematology analysis.

Determination of Therapeutic Index

Therapeutic index (TI) is an arbitrary parameter generated by comparing measures of toxicity and activity. For these studies, TI was determined as:

TI = MTD (maximum tolerated dose) / $ED_{50}$ (dose for 50% FVII knockdown)

The MTD for these studies was set as the lowest dose causing >7% decrease in body weight and a >200-fold increase in alanine aminotransferase (ALT), a clinical chemistry marker with good specificity for liver damage in rodents. The $ED_{50}$ was determined from FVII dose-activity curves.

Determination of siRNA plasma levels

Plasma levels of Cy3 fluorescence were evaluated at 0.5 and 3 h post-IV injection in C57BL/6 mice using a fluorescently labeled siRNA (Cy-3 labeled luciferase siRNA). The measurements were done by first extracting the Cy3-siRNA from the protein-containing biological matrix and then analyzing the amount of Cy-3 label in the extract by fluorescence. Blood was collected in EDTA-containing Vacutainer tubes and centrifuged at 2500 rpm for 10 min at 2-8$^{o}$C to isolate the plasma. The plasma was transferred to an Eppendorf tube and either

WO 2009/086558                                                                                      PCT/US2008/088676

assayed immediately or stored in a -30$^{\circ}$C freezer. An aliquot of the plasma (100 $\mu$L maximum) was diluted to 500 $\mu$L with PBS (145 mM NaCl, 10 mM phosphate, pH 7.5), then methanol (1.05 mL) and chloroform (0.5 mL) were added, and the sample vortexed to obtain a clear, single phase solution. Additional water (0.5 mL) and chloroform (0.5 mL) were added and the resulting emulsion sustained by mixing periodically for a minimum of 3 minutes. The mixture was centrifuged at 3000 rpm for 20 minutes and the aqueous (top) phase containing the Cy-3-label was transferred to a new tube. The fluorescence of the solution was measured using an SLM Fluorimeter at an excitation wavelength of 550 nm (2 nm bandwidth) and emission wavelength of 600 nm (16 nm bandwidth). A standard curve was generated by spiking aliquots of plasma from untreated animals with the formulation containing Cy-3-siRNA (0 to 15 $\mu$g/mL) and the sample processed as indicated above. Data was expressed as Plasma Cy-3 concentration ($\mu$g/mL).

Determination of siRNA Biodistribution

Tissue (liver and spleen) levels of Cy3 fluorescence were evaluated at 0.5 and 3 h post-IV injection in C57BL/6 mice for each novel liposomal siRNA formulation. One portion of each tissue was analyzed for total fluorescence after a commercial phenol/chloroform (Trizol® reagent) extraction, while the other portion was evaluated by confocal microscopy to assess intracellular delivery. Upon collection, each tissue was weighed and divided into 2 pieces.

Sections (400 – 500 mg) of liver obtained from saline-perfused animals were accurately weighed into Fastprep tubes and homogenized in 1 mL of Trizol using a Fastprep FP120 instrument. An aliquot of the homogenate (typically equivalent to 50 mg of tissue) was transferred to an Eppendorf tube and additional Trizol was added to achieve 1 mL final volume. Chloroform (0.2 mL) was added and the solution was mixed and incubated for 2-3 min before being centrifuged for 15 min at 12,000$\times$g. An aliquot (0.5 mL) of the aqueous (top) phase containing

WO 2009/086558                                                           PCT/US2008/088676

Cy3 was diluted with 0.5 mL of PBS and the fluorescence of the sample measured as described above.

Spleens from saline-perfused treated animals were homogenized in 1 mL of Trizol using Fastprep tubes. Chloroform (0.2 mL) was added to the homogenate, incubated for 2-3 min and centrifuged for 15 min at 12 000 ×g at 2-8°C. An aliquot of the top aqueous phase was diluted with 0.5 mL of PBS and the fluorescence of the sample was measured as described above. The data was expressed as the % of the Injected Dose (in each tissue) and Tissue Cy-3 Concentration ($\mu$g/mL).

In preparation for confocal microscopy, whole or portions of tissues recovered from saline-perfused animals were fixed in commercial 10% neutral-buffered formalin. Tissues were rinsed in PBS, pH 7.5 and dissected according to RENI Guide to Organ Trimming, available at (http://www.item.fraunhofer.de/reni/trimming/index.php). The specimens were placed cut side down in molds filled with HistoPrep (Fisher Scientific, Ottawa ON, SH75-125D) and frozen in 2-methylbutane that had been cooled in liquid Nitrogen until the equilibration point was reached. Next, the frozen blocks were fastened to the cryomicrotome (CM 1900; Leica Instruments, Germany) in the cryochamber (−18°C) and trimmed with a disposable stainless steel blade (Feather S35, Fisher Scientific, Ottawa ON), having a clearance angle of 2.5°. The sample was then cut at 10$\mu$m thickness and collected on to Superfrost/Plus slides (Fisher Scientific, Ottawa ON, 12-550-15) and dried at room temperature for 1 minute and stored at −20°C. Slides were rinsed 3 times in PBS to remove HistoPrep, mounted with Vectorshield hard set (Vector Laboratories, Inc. Burlingame CA, H-1400) and frozen pending microscopy analysis. In some instances, TOTO-3 (1:10,000 dilution) was used to stain nuclei.

Fluorescence was visualized and images were captured using a Nikon immunofluorescence confocal microscope C1 at 10x and 60x magnifications using the 488-nm (green) 568-nm (red) and 633-nm (blue) laser lines for excitation

141

of the appropriate fluorochromes. Raw data were imported using ImageJ.1.37v to select and generate Z-stacked multiple (2-3) slices, and Adobe Photoshop 9.0 to merge images captured upon excitation of fluorochromes obtained different channels.

The results of these experiments are provided in Table 6. Treatments that demonstrate utility in the mouse models of this invention are excellent candidates for testing against human disease conditions, at similar dosages and administration modalities.

EXAMPLE 22

EFFECTS OF LOADING CONDITIONS ON NUCLEIC ACID LOADING AND PARTICLE STABILITY

The effects of various loading conditions, including ethanol concentration, time, temperature, and nucleic acid:lipid ratio, on oligonucleotide loading and vesicle stability were determined.

Effect of ethanol concentration on oligonucleotide loading and vesicle stability

The presence of ethanol during the encapsulation process is needed to facilitate lipid rearrangement and encapsulation of the polynucleotide. However, the amount of ethanol required varies for different lipid compositions as too high of a concentration of ethanol can also lead to membrane instability.

The effect of using 32, 34 and 36 % ethanol to encapsulate a 16mer phosphodiester oligonucleotide (ODN) in DLinDMA/DSPC/CH/PEG-S-DMG (40:10:48:2 mole ratio) vesicles is shown in Figure 1A. After a 30 min incubation at $23^{\circ}$C, the 32 and 34 % ethanol-containing mixture resulted in 75 − 85 % encapsulation whereas the mixture containing 36 % ethanol had only 28 % encapsulation and this did not increase by 60 min (Figure 1A). The low encapsulation seen with the 36 % ethanol sample correlated with a large vesicle size increase as measured by quasi-elastic light scattering using a Nicomp particle sizer (Figure 1B), suggesting that the vesicle membrane had destabilized and

142

WO 2009/086558                                                   PCT/US2008/088676

significant inter-vesicle fusion had occurred.   This vesicle instability can also occur when the incubation time is extended to 60 min with the 32 and 34 % ethanol-containing samples (Figure 1B) and correlated with a loss of ODN encapsulation (Figure 1A).

Effect of time and temperature on oligonucleotide loading vesicle stability

The effect of temperature on the extent and kinetics of ODN encapsulation was characterized using DLinDMA/DSPC/CH/PEG-S-DMG (40:10:42:8, mole ratio) vesicles.  Vesicles were incubated with ODN at an initial ratio of 0.06 (wt/wt) in 50 mM citrate, pH 4 buffer containing 34 % ethanol.  Using an incubation temperature of 30$^o$C, a maximum encapsulation of 70 % was obtained at 30 min after which the encapsulation efficiency remained unchanged within the error of the measurements (Figure 2A).  At 40$^o$C, 80 – 90 % encapsulation efficiency was observed over a 15 to 60 min time course (Figure 2A).  Changes in vesicle size were also monitored by quasi-elastic light scattering. At both 30 (data not shown) and 40$^o$C (Figure 3B), the vesicle size remained stable.

Effect of siRNA to lipid ratio and the formulation process on encapsulation efficiency

The amount of siRNA that can be encapsulated by cationic lipid-containing vesicles (measured as the encapsulated siRNA to lipid ratio) can reach a saturation level for a given lipid composition and/or formulation process.

Using the pre-formed vesicle method (PFV), a maximum encapsulated siRNA to lipid ratio was observed at ~0.050 (wt/wt).  As shown in Table 1, when an initial siRNA to lipid ratio of 0.061 (wt/wt) was used in the incubation mixture, a final encapsulated ratio of 0.049 was obtained with DLinDMA/DSPC/CH/PEG-S-DMG (40:10:40:10 mole ratio) vesicles, correlating to 80 % encapsulation.  However, at a higher initial siRNA/lipid ratio of 0.244, a

143

similar final encapsulated ratio of 0.052 was observed, correlating to 21 % encapsulation. The maximum siRNA/lipid ratio obtained can be limited by the amount of positive charge available to interact with the negatively charged backbone of the siRNA. However, at a siRNA/lipid ratio of 0.060 there is still a ~3-fold excess of positive to negative charge, suggesting that the encapsulation under these conditions is not limited by charge interactions.

A higher encapsulated siRNA/lipid ratio was obtained using an alternative formulation method ("classic method") as described in Semple, S.C. *et al., Biochim Biophys Acta* 1510:152-66 (2001) and Semple, S.C., *et al., Methods Enzymol* 313:322-41 (2000). Briefly, instead of incubating cationic vesicles with the siRNA to induce lipid rearrangement and siRNA encapsulation (the PFV method), the lipids are solubilized in 100 % ethanol and added directly to an aqueous solution containing the siRNA at pH 4 (34 % ethanol final). Using this method, a progressive increase in encapsulated siRNA/lipid ratio was observed when higher incubation siRNA/lipid ratios were used (Table 1). At initial siRNA/lipid ratios of 0.060 and 0.120, nearly complete encapsulation was observed; however, at an initial siRNA/lipid ratio of 0.240, only 61 % encapsulation was obtained suggesting that a plateau was being reached. This plateau may reflect saturation in the positive charges (*i.e.*, cationic lipid) available to interact with the anionic backbone of the siRNA. The 0.147 siRNA/lipids ratio (wt/wt) obtained (Table 3) is near the theoretical charge neutralization ratio of 0.178.

Using the PFV technique, the siRNA/lipid ratio was not increased by increasing the mole% of cationic lipid in a formulation composed of DLinDMA/CH/PEG-S-DMG, and at 70 mole% DLinDMA the siRNA to lipid ratio was significantly reduced from that obtained at 50 and 60 mole% DLinDMA (Table 4).

Table 3

144

| Formulation method | siRNA/lipid ratio (wt/wt) | | % Encapsulation |
| --- | --- | --- | --- |
| | Initial | Final | |
| PFV | 0.061 | 0.049 | 80 % |
| PFV | 0.244 | 0.052 | 21 % |
| Classic | 0.060 | 0.060 | 100 % |
| Classic | 0.120 | 0.113 | 94 % |
| Classic | 0.240 | 0.147 | 61 % |

Table 4

| Lipid composition | Lipid mole ratio | siRNA/lipid ratio (wt/wt) | | % Encapsulation |
| --- | --- | --- | --- | --- |
| | | Initial | Final | |
| DLinDMA/CH/PEG-S-DMG | 50:40:10 | 0.077 | 0.040 | 52 |
| DLinDMA/CH/PEG-S-DMG | 60:28:12 | 0.089 | 0.044 | 50 |
| DLinDMA/CH/PEG-S-DMG | 70:16:14 | 0.089 | 0.028 | 31 |

## EXAMPLE 23

EFFECT OF CATIONIC LIPID ON PHARMACOKINETICS, BIODISTRIBUTION, AND BIOLOGICAL ACTIVITY OF NUCLEIC ACID-LIPID PARTICLES

The effect of different cationic lipid formulations on the *in vivo* characteristics of various nucleic acid-lipid particles was examined in using the Factor VII siRNA in C57BL/6 mice, essentially as described in Example 21. The various lipid compositions tested are described in Table 5.

Formulations were generated at a nominal lipid ratio of 40/10/40/10 (mol% aminolipid/DSPC/Chol/PEG-S-DMG). Cy-3 fluorescence in plasma, liver and spleen was assessed as described in Example 21. In general, with a few

145

WO 2009/086558                                                      PCT/US2008/088676

exceptions, formulations with the lowest plasma levels and highest liver levels of Cy-3 fluorescence at 0.5 h post-IV injection showed the highest activity in the Factor VII model when formulated with a FVII-specific siRNA.  The results of these studies are summarized in Table 6.

The ability of various lipid formulations to knockdown Factor VII expression was determined in a liver model using Factor VII siRNA, in order to evaluate the impact of aminolipid linker chemistry.  The structure of the headgroup in each lipid was the same.  Each formulation was generated at a nominal lipid ratio of 40/10/40/10 (mol% aminolipid/DSPC/Chol/PEG-S-DMG).  Samples were injected intravenously into C57BL/6 mice at the doses indicated in Figure 3. Factor VII levels in serum were measured against control mice at 24 hours post-injection.  The dose (mg/kg) to achieve 50% Factor VII reduction was improved approximately 10-fold using the ketal linkage (DLin-K-DMA lipid) as compared with the ether linkage (DLinDMA lipid), and approximately 100-fold as compared with the ester linkage (DLinDAP lipid; Figure 3).

Table 5 – Formulation Characteristics of Novel Lipid Formulations Tested In Vivo.

| Lipid Composition [1] | Nominal siRNA-to-Lipid Ratio (wt/wt) [2] | Incubation Conditions | Diafiltration Buffer | Formulation Characteristics | | | |
|---|---|---|---|---|---|---|---|
| | | | | Particle Size (nm) | Final siRNA-to-Lipid Ratio (wt/wt) | Encapsulation (%) | siRNA Recovery (%) |
| **DLinTMA**/DSPC/Chol/PEG-S-DMG | 0.061 | RT/15 min | PBS | 185 ± 72 | NA | NA | 84 |
| **DLinTAP**/DSPC/Chol/PEG-S-DMG | 0.060 | RT/15 min | PBS | 127 ± 41 | NA | NA | 81 |
| **DOTAP**/DSPC/Chol/PEG-S-DMG | 0.060 | 31°C/30 min | PBS | 71 ± 22 | NA | NA | 47 |
| **DODMA**/DSPC/Chol/PEG-S-DMG | 0.062 | 31°C/30 min | PBS | 66 ± 17 | 0.054 | 99 | 77 |
| **DLinDMA**/DSPC/Chol/PEG-S-DMG | 0.063 | 31°C/30 min | PBS | 72 ± 23 | NA | NA | 77 |
| **DLinDAC**/DSPC/Chol/PEG-S-DMG | 0.061 | RT/30 min | PBS | 74 ± 26 | NA | NA | 60 |
| **DLin-C-DAP**/DSPC/Chol/PEG-S-DMG | 0.060 | 31°C/30 min | PBS | 73 ± 25 | NA | NA | 58 |
| **DLin-2-DMAP**/DSPC/Chol/PEG-S-DMG | 0.062 | 31°C/30 min | PBS | 79 ± 26 | NA | NA | 42 |
| **DLin-S-DMA**/DSPC/Chol/PEG-S-DMG | 0.062 | 31°C/30 min | PBS | 69 ± 25 | NA | NA | 46 |
| **DLinMA**/DSPC/Chol/PEG-S-DMG | 0.061 | 31°C/30 min, pH3 | PBS | 78 ± 35 | NA | NA | 46 |
| **DLinAP**/DSPC/Chol/PEG-S-DMG | 0.064 | 31°C/30 min | PBS | 75 ± 40 | NA | NA | 32 |
| **DLinDAP**/DSPC/Chol/PEG-S-DMG | 0.061 | 31°C/30 min | HBS | 73 ± 35 | NA | NA | NA |
| **DLin-EG-DMA**/DSPC/Chol/PEG-S-DMG | 0.061 | 31°C/30 min | PBS | 76 ± 27 | NA | NA | 64 |
| **DLinMPZ**/DSPC/Chol/PEG-S-DMG | 0.061 | 31°C/30 min | PBS | 75 ± 20 | 0.061 | 103 | 88 |
| **DLin-K-DMA**/DSPC/Chol/PEG-S-DMG | 0.062 | RT/30 min | PBS | 73 ± 20 | 0.060 | 100 | 76 |

147

WO 2009/086558

1 The nominal lipid ratio (mol%) for each formulation was 40/10/40/10 (mol% aminolipid/DSPC/Chol/PEG-S-DMG)

2 The nominal siRNA-to-lipid ratio expressed as μg siRNA/μmol total lipid was 0.0466 unless otherwise noted; variation on a wt/wt basis results from different molecular weights of the different aminolipids

Table 6 – Pharmacokinetics, Biodistribution and Activity of Selected Novel Lipid Formulations Tested In Vivo.

| Lipid Composition [1] | Plasma Cy3 Concentration (μg equiv/mL) | | Liver Cy3 Concentration (% Injected Dose) | | Spleen Cy3 Concentration (% Injected Dose) | | Factor VII Activity |
|---|---|---|---|---|---|---|---|
| | 0.5 h | 3 h | 0.5 h | 3 h | 0.5 h | 3 h | |
| DLin-K-DMA/DSPC/Chol/PEG-S-DMG | 1.1 | 0.4 | 32.0 | 4.0 | ND | ND | +++++++ |
| DLinDMA/DSPC/Chol/PEG-S-DMG | 15.3 | 0.7 | 50.0 | 17.0 | 0.79 | 0.17 | ++++ |
| DLinMPZ/DSPC/Chol/PEG-S-DMG | 20.3 | 0.4 | 52.0 | 37.5 | 1.53 | 0.15 | +++ |
| DLinDAC/DSPC/Chol/PEG-S-DMG | 27.1 | 0.3 | 29.0 | 6.5 | 0.23 | 0.13 | ++ |
| DLin-2-DMAP/DSPC/Chol/PEG-S-DMG | 17.5 | 8.8 | 20.5 | 2.5 | 0.34 | 0.11 | ++ |
| DLinAP/DSPC/Chol/PEG-S-DMG | 86.2 | 23.1 | 11.5 | 5.0 | 0.37 | 0.24 | ++ |
| DLin-C-DAP/DSPC/Chol/PEG-S-DMG | 69.4 | 19.0 | 28.5 | 13.5 | 0.79 | 0.12 | + |
| DLin-S-DMA/DSPC/Chol/PEG-S-DMG | 10.7 | 5.4 | 2.5 | 0.0 | 0.02 | 0.04 | + |
| DLinMA/DSPC/Chol/PEG-S-DMG | 20.2 | 0.4 | 10.5 | 4.5 | 0.12 | 0.32 | + |
| DLinDAP/DSPC/Chol/PEG-S-DMG | 46.6 | 3.3 | 20.5 | 16.5 | 0.74 | 0.22 | + |

[1] Factor VII scoring system based on < 50% Factor VII knockdown at the following doses: +, 25 mg/kg; ++, 12.5 mg/kg, +++, 5 mg/kg; ++++, 2 mg/kg; +++++, 0.8 mg/kg; ++++++, 0.32 mg/kg; +++++++, 0.128 mg/kg

PCT/US2008/088676

148

## EXAMPLE 24

EFFECT OF CATIONIC LIPID ON TOLERABILITY AND THERAPEUTIC INDEX OF NUCLEIC ACID-LIPID PARTICLES

Various nucleic acid-lipid formulations were prepared as outlined in Example 20. The nominal lipid ratios for each formulation was 40/10/40/10 (mol% aminolipid/DSPC/Chol/PEG-S-DMG), and the nominal siRNA-to-lipid ratio was 0.0466 ($\mu$g siRNA siRNA/$\mu$mol total lipid). Mortality/morbidity, weight change and alanine aminotransferase (ALT; a plasma marker for liver damage), were measured for various siRNA doses (2, 5, 12.5 and 25 mg/kg) at 24 hours post-IV injection in C57BL/6 mice. Formulations were sorted based on mean weight loss at a 25 mg/kg siRNA dose. The results of these studies are summarized in Table 7.

Therapeutic index estimates were determined for certain formulations by deriving from $ED_{50}$ values in Factor VII dose response curves (*e.g.*, Example 23, Figure 2) and tolerability assessments to determine maximum tolerated doses (MTDs). The MTD for these formulations was set as the lowest dose to cause $\geq 7\%$ weight loss, a 200-fold increase in ALT and no severe clinical signs. The results of these studies are shown in Table 8.

149

WO 2009/086558

PCT/US2008/088676

Table 7 – Tolerability Information for Novel Lipid Formulations - Body Weight, Liver Enzymes, Mortality.

| Formulation | Δ Body Weight (%) | | | | Δ ALT[1] (-fold increase) | | | | Comments/Mortalities |
|---|---|---|---|---|---|---|---|---|---|
| | 2 mg/ kg | 5 mg/ kg | 12.5 mg/kg | 25 mg/kg | 2 mg/ kg | 5 mg/ kg | 12.5 mg/ kg | 25 mg/ kg | |
| **DLinTMA**/DSPC/Chol/PEG-S-DMG | +0.1 | -4.6 | **DEAD** | **DEAD** | NC | NC | **DEAD** | **DEAD** | |
| **DLinAP**/DSPC/Chol/PEG-S-DMG | +6.9 | +4.7 | **-7.5** | **DEAD** | NC | NC | 4 | **DEAD** | |
| **DLinMPZ**/DSPC/Chol/PEG-S-DMG | +2.3 | +4.0 | **-0.7** | **-14.7** | NC | NC | 3 | 183 | Sick at 25 mg/kg |
| **DODMA**/DSPC/Chol/PEG-S-DMG | +3.8 | **-0.7** | **-12.8** | **-10.3** | NC | NC | 159 | 384 | 1 death (n=3) at 25 mg/kg |
| **DLin-K-DMA**/DSPC/Chol/PEG-S-DMG | +2.9 | +1.4 | **-10.4** | **-9.1** | NC | NC | 192 | 200 | Sick at 25 mg/kg. 3 deaths at 25 mg/kg (n=12) |
| **DLin-C-DAP**/DSPC/Chol/PEG-S-DMG | +6.2 | +7.1 | +1.4 | **-9.0** | NC | NC | 3 | 562 | Sick at 25 mg/kg |
| **DLinDMA**/DSPC/Chol/PEG-S-DMG | +4.2 | +2.9 | **-10.2** | **-8.6** | NC | NC | 209 | 587 | High dose is 18.75. Multiple deaths ≥ 18.75 |
| **DLin-S-DMA**/DSPC/Chol/PEG-S-DMG | +5.2 | +4.9 | +2.2 | **-8.5** | NC | NC | 2 | 68 | |
| **DLin-EG-DMA**/DSPC/Chol/PEG-S-DMG | +2.9 | +2.5 | +0.2 | **-4.6** | NC | NC | 2 | 100 | |
| **DLin-2-DMAP**/DSPC/Chol/PEG-S-DMG | +2.0 | +3.7 | +3.0 | +6.5 | NC | NC | NC | NC | |
| **DLinMA**/DSPC/Chol/PEG-S-DMG | +2.6 | +1.9 | +2.1 | +1.2 | NC | NC | NC | 2 | |
| **DLinTAP**/DSPC/Chol/PEG-S-DMG | +2.3 | +0.2 | +3.1 | +0.9 | NC | NC | NC | NC | |
| **DOTAP**/DSPC/Chol/PEG-S-DMG | +2.9 | +4.4 | +2.3 | +0.7 | NC | NC | NC | NC | High dose is 17.5 |
| **DLinDAC**/DSPC/Chol/PEG-S-DMG | +9.0 | +4.3 | +6.0 | +0.5 | NC | NC | NC | NC | |
| **DLinDAP**/DSPC/Chol/PEG-S-DMG | ND | +5.4 | -1.0 | +0.4 | ND | ND | NC | 2 | |

[1] Increase in ALT versus untreated control animals. NC = no change; ND = not done

150

Table 8: Therapeutic Index (TI) Comparison of Lipid Particle Formulations

| Lipid Composition | ED50 (mg/kg) | MTD (mg/kg) | TI |
|---|---|---|---|
| **DLinDAP**/DSPC/Chol/PEG-S-DMG | ~15 | >60 | >4.0 |
| **DLinDMA**/DSPC/Chol/PEG-S-DMG | ~1.0 | 12.5 | 12.5 |
| **DLin-K-DMA**/DSPC/Chol/PEG-S-DMG | ~0.1 | 15 | 150 |

TI=MTD/ED50; ED50 = lowest dose to achieve 50% FVII knockdown.


## EXAMPLE 25

ENHANCED TOLERABILITY OF LIPOSOMAL siRNA FORMULATIONS COMPRISING PEG-C-DOMG

The activity and tolerability of liposomal formulations comprising various combinations of vationic lipid and PEG-lipid were tested. Liposomal formulations comprising either DLin-DMA or DLin-K-DMA in combination with PEG-S-DMG, PEG-c-DOMG, or PEG-DMA (also referred to as PEG-c-DMA) were prepared and evaluated as described in Examples 20 and 21. The composition and characteristics of the specific formulations evaluated is summarized in Table 9.

151

WO 2009/086558

PCT/US2008/088676

Table 9. Liposomal Formulations

## DP-0342 Summary (DLinDMA, PEG-s-DMG, PEG-c-DOMG, PEG-c-DMA)

| Sample | Particle Size (nm) | Total Lipid (mg/mL) | Lipid Ratio | Total siRNA (mg/mL) | Free siRNA (mg/mL) | % Free siRNA | siRNA : Lipid (Encapsulated siRNA) |
|---|---|---|---|---|---|---|---|
| Final A (PEG-s-DMG) | 67.5 | 117.05 | 39.0 : 10.4 : 41.1 : 9.6 | 5.902 | 0.029 | 0.5 | 0.050 |
| Final B (PEG-c-DOMG) | 70.4 | 80.72 | 38.0 : 10.7 : 41.2 : 10.1 | 4.022 | 0.138 | 3.4 | 0.048 |
| Final C (PEG-c-DMA) | 72.5 | 84.90 | 39.7 : 10.4 : 40.2 : 9.6 | 4.507 | 0.134 | 3.0 | 0.052 |

## DP-0343 Summary (DLin-K-DMA, PEG-s-DMG, PEG-c-DOMG, PEG-c-DMA)

| Sample | Particle Size (nm) | Total Lipid (mg/mL) | Lipid Ratio | Total siRNA (mg/mL) | Free siRNA (mg/mL) | % Free siRNA | siRNA : Lipid (Encapsulated siRNA) |
|---|---|---|---|---|---|---|---|
| Final A (PEG-s-DMG) | 65.0 | 72.32 | 39.8 : 10.5 : 39.9 : 9.8 | 5.944 | 0.103 | 1.7 | 0.081 |
| Final B (PEG-c-DMA) | 62.0 | 72.26 | 39.7 : 10.4 : 40.2 : 9.8 | 4.656 | 0.069 | 1.5 | 0.063 |
| Final C (PEG-c-DOMG) | 61.0 | 168.58 | 40.0 : 10.5 : 39.8 : 9.7 | 10.143 | 0.028 | 0.3 | 0.060 |

152

The ability of these various formulations to reduce FVII levels and their tolerability was examined as described in Example 21.

As shown in Figure 4, formulations comprising the cationic lipid DLin-DMA in combination with any of the PEG-lipids tested resulted in a similar dose-dependent reduction in FVII. Specifially, formulations comprising DLin-DMA had approximately equal ED50 for all three PEG-lipids tested.

In contrast, as shown in Figure 5, formulations comprising DLin-K-DMA showed greater activity in combination with PEG-C-DOMG, and lesser activity in combination with either PEG-S-DMG or PEG-DMA (PEG-C-DMA).

However, dramatic differences were observed in the toxicity of the various formulations. As shown in Figure 6, formulations comprising DLin-K-DMA were less toxic than equivalent DLin-DMA formulations, with the following rank order of toxicity:

DMA formulation: PEG-S-DMG >> PEG-C-DMA > PEG-C-DOMG

KDMA formulation: PEG-S-DMG >> PEG-C-DMA = PEG-C-DOMG. On further comparison, DLin-K-DMA formulations comprising PEG-C-DOMG exhibitied significantly greater tolerability than DLin-K-DMA formulations comprising PEG-S-DMG, as shown in Figures 7A and 7B.

The various embodiments described above can be combined to provide further embodiments. All of the U.S. patents, U.S. patent application publications, U.S. patent applications, foreign patents, foreign patent applications and non-patent publications referred to in this specification and/or listed in the Application Data Sheet, are incorporated herein by reference, in their entirety. Aspects of the embodiments can be modified, if necessary to employ concepts of the various patents, applications and publications to provide yet further embodiments.

These and other changes can be made to the embodiments in light of the above-detailed description. In general, in the following claims, the terms

used should not be construed to limit the claims to the specific embodiments disclosed in the specification and the claims, but should be construed to include all possible embodiments along with the full scope of equivalents to which such claims are entitled.  Accordingly, the claims are not limited by the disclosure.

WO 2009/086558                                                                    PCT/US2008/088676

CLAIMS

1.      An amino lipid having the following structure (I):

(I)

wherein

$R^1$ and $R^2$ are either the same or different and independently optionally substituted $C_{12}$-$C_{24}$ alkyl, optionally substituted $C_{12}$-$C_{24}$ alkenyl, optionally substituted $C_{12}$-$C_{24}$ alkynyl, or optionally substituted $C_{12}$-$C_{24}$ acyl;

$R^3$ and $R^4$ are either the same or different and independently optionally substituted $C_1$-$C_6$ alkyl, optionally substituted $C_1$-$C_6$ alkenyl, or optionally substituted $C_1$-$C_6$ alkynyl or $R^3$ and $R^4$ may join to form an optionally substituted heterocyclic ring of 4 to 6 carbon atoms and 1 or 2 heteroatoms chosen from nitrogen and oxygen;

$R^5$ is either absent or present and when present is hydrogen or $C_1$-$C_6$ alkyl;

m, n, and p are either the same or different and independently either 0 or 1 with the proviso that m, n, and p are not simultaneously 0;

q is 0, 1, 2, 3, or 4; and

Y and Z are either the same or different and independently O, S, or NH.

2.      The amino lipid of claim 1, having the structure:

155

WO 2009/086558                                                      PCT/US2008/088676

3.      An amino lipid having a structure selected from the group consisting of:

WO 2009/086558                                                    PCT/US2008/088676

and

4.      A lipid particle comprising an amino lipid of any one of claims 1-3.

5.      The lipid particle of claim 4, comprising the amino lipid of claim 2.

157

WO 2009/086558                                                    PCT/US2008/088676

6.      The lipid particle of claim 4, wherein the particle further comprises a neutral lipid and a lipid capable of reducing particle aggregation.

7.      The lipid particle of claim 6, wherein the lipid particle consists essentially of:

(i) DLin-K-DMA;

(ii) a neutral lipid selected from DSPC, POPC, DOPE, and SM;

(iii) cholesterol; and

(iv) PEG-S-DMG, PEG-C-DOMG or PEG-DMA,

in a molar ratio of about 20-60% DLin-K-DMA:5-25% neutral lipid:25-55% Chol:0.5-15% PEG-S-DMG, PEG-C-DOMG or PEG-DMA.

8.      A lipid particle, wherein the lipid particle comprises:

(i) one or more cationic or amino lipids;

(ii) one or more neutral lipids selected from DSPC, POPC, DOPE, and SM;

(iii) cholesterol; and

(iv) PEG-C-DOMG,

in a molar ratio of about 20-60% cationic lipid or amino lipid:5-25% neutral lipid:25-55% cholesterol:0.5-15% PEG-C-DOMG.

9.      The lipid particle of claim 8, wherein the amino lipid is an amino lipid of any one of claims 1-3.

10.     The lipid particle of any one of claims 4-9, further comprising a therapeutic agent.

11.     The lipid particle of claim 10, wherein the therapeutic agent is a nucleic acid.

WO 2009/086558 PCT/US2008/088676

12. The lipid particle of claim 11, wherein the nucleic acid is a plasmid.

13. The lipid particle of claim 11, wherein the nucleic acid is an immunostimulatory oligonucleotide.

14. The lipid particle of claim 11, wherein the nucleic acid is selected from the group consisting of: a siRNA, a microRNA, an antisense oligonucleotide, and a ribozyme.

15. The lipid particle of claim 14, wherein the nucleic acid is a siRNA.

16. A pharmaceutical composition comprising a lipid particle of any one of claims 10-15 and a pharmaceutically acceptable excipient, carrier, or diluent.

17. A method of modulating the expression of a polypeptide by a cell, comprising providing to a cell the lipid particle of any one of claims 10-15.

18. The method of claim 17, wherein the therapeutic agent is selected from a siRNA, a microRNA, an antisense oligonucleotide, a plasmid capable of expressing a siRNA, a microRNA, and an antisense oligonucleotide, and wherein the siRNA, microRNA, or antisense RNA comprises a polynucleotide that specifically binds to a polynucleotide that encodes the polypeptide, or a complement thereof, such that the expression of the polypeptide is reduced.

19. The method of claim 17, wherein the nucleic acid is a plasmid that encodes the polypeptide or a functional variant or fragment thereof, such that expression of the polypeptide or the functional variant or fragment thereof is increased.

WO 2009/086558             PCT/US2008/088676

20. A method of treating a disease or disorder characterized by overexpression of a polypeptide in a subject, comprising providing to the subject the pharmaceutical composition of claim 16, wherein the therapeutic agent is selected from a siRNA, a microRNA, an antisense oligonucleotide, a plasmid capable of expressing a siRNA, a microRNA, and an antisense oligonucleotide, and wherein the siRNA, microRNA, or antisense RNA comprises a polynucleotide that specifically binds to a polynucleotide that encodes the polypeptide, or a complement thereof.

21. A method of treating a disease or disorder characterized by underexpression of a polypeptide in a subject, comprising providing to the subject the pharmaceutical composition of claim 16, wherein the therapeutic agent is a plasmid that encodes the polypeptide or a functional variant or fragment thereof.

22. A method of inducing an immune response in a subject, comprising providing to the subject the pharmaceutical composition of claim 16, wherein the therapeutic agent is an immunostimulatory oligonucleotide.

23. The method of claim 22, wherein the pharmaceutical composition is provided to the patient in combination with a vaccine or antigen.

24. A vaccine comprising the lipid particle of claim 13 and an antigen associated with a disease or pathogen.

25. The vaccine of claim 24, wherein said antigen is a tumor antigen.

26. The vaccine of claim 24, wherein said antigen is a viral antigen, a bacterial antigen, or a parasitic antigen.

160

WO 2009/086558                                                            PCT/US2008/088676

1/7





*FIG. 1*

WO 2009/086558                                                              PCT/US2008/088676

2/7





*FIG. 2*

WO 2009/086558

PCT/US2008/088676

3/7



FIG. 3

WO 2009/086558                                                                           PCT/US2008/088676

4/7



*FIG. 4*

WO 2009/086558                                                                 PCT/US2008/088676

5/7



FIG. 5

WO 2009/086558                                                    PCT/US2008/088676



*FIG. 6*

WO 2009/086558                                                                 PCT/US2008/088676

7/7

## ALT (24 h)



*FIG. 7A*

## Weight Change (24 h)



*FIG. 7B*

## INTERNATIONAL SEARCH REPORT

| International application No. |
| --- |
| PCT/US 08/88676 |

**A.   CLASSIFICATION OF SUBJECT MATTER**
IPC(8) - A61K 9/127; A61K 31/7088 (2009.01)
USPC - 424/450, 514/44
According to International Patent Classification (IPC) or to both national classification and IPC

**B.   FIELDS SEARCHED**

Minimum documentation searched (classification system followed by classification symbols)
IPC(8): A61K 9/127; A61K 31/7088 (2009.01)
USPC: 424/450, 514/44

Documentation searched other than minimum documentation to the extent that such documents are included in the fields searched
USPC: 435/6, 424/450, 400, 435/458, 455, 440, 514/44, 536/22.1

Electronic data base consulted during the international search (name of data base and, where practicable, search terms used)
PubWest, PubMed, Google Patent, Google Scholar: amino lipid, neutral lipid, particle aggregation, DLin-K-DMA, DSPC, POPC, DOPE, SM, cholesterol, cationic, PEG-C-DOMG, therapeutic agent, plasmid, immunostimulatory oligonucleotide, siRNA, polypeptide, vaccine, antigen, tumor antigen, viral, bacterial, parasitic antigen

**C.   DOCUMENTS CONSIDERED TO BE RELEVANT**

| Category* | Citation of document, with indication, where appropriate, of the relevant passages | Relevant to claim No. |
| --- | --- | --- |
| X ___ A | US 6,858,225 B2 (SEMPLE et al.) 22 Feb 2005 (22.02.2005); figure 2a; col 3, ln 1-3; col 3, ln 39-43; col 3, ln 52-55; col 13, ln 18-20; col 14, ln 21-31;  col 17, ln 50-53; col 17, ln 61- col 18, ln 26; col 19, ln 14-21; | 3-4, 6 ---------------- 1, 2, 5, 7, 8 |
| A | US 6,235,310 B1 (Wang et al.) 22 May 2001 (22.05.2001) fig 1b | 2, 5 |

☐   Further documents are listed in the continuation of Box C.    ☐

*    Special categories of cited documents:
"A"   document defining the general state of the art which is not considered to be of particular relevance
"E"   earlier application or patent but published on or after the international filing date
"L"   document which may throw doubts on priority claim(s) or which is cited to establish the publication date of another citation or other special reason (as specified)
"O"   document referring to an oral disclosure, use, exhibition or other means
"P"   document published prior to the international filing date but later than the priority date claimed

"T"   later document published after the international filing date or priority date and not in conflict with the application but cited to understand the principle or theory underlying the invention
"X"   document of particular relevance; the claimed invention cannot be considered novel or cannot be considered to involve an inventive step when the document is taken alone
"Y"   document of particular relevance; the claimed invention cannot be considered to involve an inventive step when the document is combined with one or more other such documents, such combination being obvious to a person skilled in the art
"&"   document member of the same patent family

| Date of the actual completion of the international search | Date of mailing of the international search report |
| --- | --- |
| 30 Jan 2008 (30.01.2008) | 2 7 FEB 2009 |

| Name and mailing address of the ISA/US | Authorized officer: |
| --- | --- |
| Mail Stop PCT, Attn: ISA/US, Commissioner for Patents P.O. Box 1450, Alexandria, Virginia 22313-1450 Facsimile No.   571-273-3201 | Lee W. Young PCT Helpdesk: 571-272-4300 PCT OSP: 571-272-7774 |

Form PCT/ISA/210 (second sheet) (April 2007)

| INTERNATIONAL SEARCH REPORT | International application No. |
|---|---|
| | PCT/US 08/88676 |

**Box No. II    Observations where certain claims were found unsearchable (Continuation of item 2 of first sheet)**

This international search report has not been established in respect of certain claims under Article 17(2)(a) for the following reasons:

1. ☐ Claims Nos.:
because they relate to subject matter not required to be searched by this Authority, namely:

2. ☐ Claims Nos.:
because they relate to parts of the international application that do not comply with the prescribed requirements to such an extent that no meaningful international search can be carried out, specifically:

3. ☒ Claims Nos.: 9-26
because they are dependent claims and are not drafted in accordance with the second and third sentences of Rule 6.4(a).

**Box No. III    Observations where unity of invention is lacking (Continuation of item 3 of first sheet)**

This International Searching Authority found multiple inventions in this international application, as follows:

1. ☐ As all required additional search fees were timely paid by the applicant, this international search report covers all searchable claims.

2. ☐ As all searchable claims could be searched without effort justifying additional fees, this Authority did not invite payment of additional fees.

3. ☐ As only some of the required additional search fees were timely paid by the applicant, this international search report covers only those claims for which fees were paid, specifically claims Nos.:

4. ☐ No required additional search fees were timely paid by the applicant. Consequently, this international search report is restricted to the invention first mentioned in the claims; it is covered by claims Nos.:

**Remark on Protest**    ☐ The additional search fees were accompanied by the applicant's protest and, where applicable, the payment of a protest fee.
☐ The additional search fees were accompanied by the applicant's protest but the applicable protest fee was not paid within the time limit specified in the invitation.
☐ No protest accompanied the payment of additional search fees.

Form PCT/ISA/210 (continuation of first sheet (2)) (April 2007)