**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

GLAXOSMITHKLINE BIOLOGICALS SA and GLAXOSMITHKLINE LLC,

Plaintiffs,

v.

PFIZER INC., PHARMACIA & UPJOHN CO. LLC, BIONTECH SE, BIONTECH MANUFACTURING GMBH, and BIONTECH US INC.,

Defendants.

C.A. No. 24-512-GBW

**JURY TRIAL DEMANDED**

**STIPULATION TO EXTEND TIME**

IT IS HEREBY STIPULATED AND AGREED by the parties, through their undersigned counsel, and subject to the approval of the Court that the following deadlines in the Scheduling Order (D.I. 56) are amended as follows:

| Deadline | Current Date | Extended Date |
|---|---|---|
| Opening Expert Reports (D.I. 56 ¶ 4(f)(vii)) | September 2, 2026 | September 11, 2026 |
| Rebuttal Expert Reports (D.I. 56 ¶ 4(f)(vii)) | October 14, 2026 | October 21, 2026 |
| Reply Expert Reports (D.I. 56 ¶ 4(f)(vii)) | November 4, 2026 | November 11, 2026 |

The remaining deadlines in the Scheduling Order shall remain unchanged.

*/s/ Kelly E. Farnan*
Kelly E. Farnan (#4395)
Sara M. Metzler (#6509)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
metzler@rlf.com

*Attorneys for Plaintiffs GlaxoSmithKline Biologicals SA and GlaxoSmithKline LLC*

*/s/ Anthony D. Raucci*
Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com
araucci@morrisnichols.com

*Attorneys for Defendants Pfizer Inc., Pharmacia & Upjohn Co. LLC, BioNTech SE, BioNTech Manufacturing GmbH, and BioNTech US Inc.*

IT IS SO ORDERED this ____ day of August, 2026.

______________________________
The Honorable Gregory B. Williams