**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GLAXOSMITHKLINE BIOLOGICALS SA and GLAXOSMITHKLINE LLC,<br><br>Plaintiffs,<br><br>v.<br><br>PFIZER INC., PHARMACIA & UPJOHN CO. LLC, BIONTECH SE, BIONTECH MANUFACTURING GMBH, and BIONTECH US INC.,<br><br>Defendants. | C.A. No. 24-cv-0512 (GBW) |

**STIPULATION TO EXTEND DEADLINES REGARDING CERTAIN OF THE PARTIES' EXPERT REPORTS**

Plaintiffs GlaxoSmithKline Biologicals SA and GlaxoSmithKline LLC (collectively, "GSK" or "Plaintiffs") and Defendants Pfizer Inc. and Pharmacia & Upjohn Co. LLC (collectively, "Pfizer") and BioNTech SE, BioNTech Manufacturing GmbH, and BioNTech US Inc. (collectively, "BioNTech," and together with Pfizer, "Defendants") hereby STIPULATE, and AGREE as follows:

WHEREAS, on September 8, 2026, Plaintiffs informed Defendants that due to other litigation commitments, Plaintiffs' damages expert witness requires additional time to complete his expert report, which is currently due on September 11, 2026.

IT IS HEREBY STIPULATED AND AGREED, by and among the parties for purposes of this litigation only, subject to the approval of the Court:

1. Plaintiffs and Defendants agree the following deadlines are modified:
    a. The deadline for Plaintiffs to submit their opening expert report for damages is extended to September 16, 2026.

b. The deadline for Defendants to submit their responsive expert reports for damages and any opinions on which their damages report depends is extended to October 26, 2026.

c. All other dates in the Court's Scheduling Order will remain the same.

*/s/ Sara M. Metzler*
Kelly E. Farnan (#4395)
Sara M. Metzler (#6509)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
farnan@rlf.com
metzler@rlf.com

*Attorneys for Plaintiffs GlaxoSmithKline Biologicals SA and GlaxoSmithKline LLC*

*/s/ Jeremy A. Tigan*
Jeremy A. Tigan (#5239)
Megan E. Dellinger (#5739)
Anthony D. Raucci (#5948)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jtigan@morrisnichols.com
mdellinger@morrisnichols.com
araucci@morrisnichols.com
*Attorneys for Defendants Pfizer Inc., Pharmacia & Upjohn Co. LLC, BioNTech SE, BioNTech Manufacturing GmbH, and BioNTech US Inc.*

*Attorneys for Defendants*

IT IS SO ORDERED this ____ day of September, 2026.

______________________________
The Honorable Gregory B. Williams